# SPEARS Incident Summary: BCS220059233

**CAD Master Incident:**  BCSO-2022-0082748
**Case Number(s):**

## Incident Details:

| | |
|---|---|
| **CAD Problem Nature:** | Traffic Stop |
| **Source:** | Officer initiated by |
| **Reported time:** | 03/16/2022 11:15 |
| **Incident Type:** | Traffic Stop |
| **Priority:** | 0 |
| **Incident time:** | 03/16/2022 12:31 - |
| **Incident location:** | 16400 IH 35 S N N, SAN ANTONIO, BEXAR TX USA 78002 (Jurisdiction: BCSO, Division: CHARLIE, Response area: C30) |
| **Incident status:** | |
| **Incident status date:** | |
| **Summary:** | TRAFFIC STOP WITH POSITIVE K-9 ALERT |
| **Classification:** | |

## External incident numbers:

| | |
|---|---|
| **External file:** | **Judicial #:** |
| **Misc. number:** | **Civil number:** |
| **Other agency:** | **Citation:** |

## Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | SCHOTT, ALEK JOSEPH | **Gender:** | Male |
| **Classification:** | Vehicle owner/manager | **DOB:** | ▮▮▮▮ |
| **DL:** | ▮▮▮▮ | | |
| **Address:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| **Telephone:** | | | |
| **Email:** | | | |
| **Height:** | ▮ | **Weight:** ▮ | **Build:** |
| **Race:** ▮ | | **Hair Color:** | **Eye Color:** |

## Involved Vehicles:

- Other / Ford F250 Supercab 2019 VIN:▮▮▮▮▮▮▮▮▮▮▮ / [Automobile: Hardtop, 4-door] TX Reg

# Colors: Black / Black

## Involved Addresses:

- 16400 IH 35 S N N / Dispatch address / SAN ANTONIO, Texas, USA 78002 (Jurisdiction: BCSO, Division: CHARLIE, Response area: C30)

## Involved Officers:

- Assisting officer / GEREB, J. / #35011 / BCS / Sworn / SPECIAL ENFORCEMENT / #17314 GAMBOA, P.
- Assisting officer; Reporting officer / MOLINA, M. / #35946 / BCS / Sworn / CANINE
- Reporting officer / BABB, J. / #38552 / BCS / Sworn / SPECIAL ENFORCEMENT / #17314 GAMBOA, P.

## General report, Incident: BCS220059233

| | | | |
|---|---|---|---|
| **Author:** | #38552 BABB, J. | **Report time:** | 03/18/2022 15:33 |
| **Entered by:** | #38552 BABB, J. | **Entered time:** | 03/18/2022 15:33 |

**Narrative:**

 While on patrol working in a Criminal Interdiction Capacity wearing the BCSO Tan uniform with a chest mounted Axon Body Worn Camera (BWC). Driving a marked patrol Tahoe equipped with internal red and blue emergency lights, front mounted Vigilant license plate readers, a dash and rear seat mounted Axon Camera that was mistaking not activated, a NCIC/TCIC computer system, and a Brazos electronic ticket writing system. I was sitting static on the side of US Highway 35 South I observed the listed Ford F250 Texas license plate ▉▉▉▉▉▉ driving over the painted line on the left side of the road. I activated my red and blue emergency lights and initiated a traffic stop. The listed Ford pulled over without Incident.

 I approached the listed Ford on the passenger side of the vehicle. I made contact with the white male driver that was wearing khaki pants and a gray sweatshirt. I advised the driver who identified as Alek Schott of my name and the reason for the stop. I advised Alek Schott of my concern for sleepy drivers and he immediately began informing me of how he stayed at a hotel. I observed Alek Schott was sitting with his hands up and then rested on the steering wheel. Alek Schott looked to breathing harder than normal by the rise and fall of his chest. Alek Schott's hand was trembling when he handed me his drivers license. I found this to be odd due to the fact I told Alek I was issuing him a warning for failure to maintain a lane. I asked Alek Schott to sit in my passenger seat while I type his warning on the Brazos system. Alek Schott agreed to sit in my passenger seat ands exited the vehicle. I asked Alek Schott if he had any weapons in his vehicle and he stated "I dont think so there shouldn't be." This concerned me because most people know what's in there vehicle in my experience.

 I came around to the driver side of the vehicle and Alek Schott again placed his hands in the air. I asked Alek Schott if I could pat him down and he gave me consent to pat him down for weapons. Alek Schott sat in my passenger and was explaining to me that he worked in remote power. I asked him where he was heading and he explained that he was was going to see a client that was testing his helium engines. I was noticing when Alek Schott spoke with me about his job and what he was going to do in reference to the client he was responding with my questions in a low tone that I could barely hear. Alek Schott was also responding with alot of delaying responses such as uuuummm and ahhhh. When I spoke with Alek Schott about Houston and other things not pertaining to what he was doing down south, I observed a deviation in his behaviour. Alek Schott was speaking clearly and at a higher volume. Using my training and experience I found these deviation in behavior and his delaying statements to questions about his job to be possible deception. I further observed that using the LPR systems that Alek Schott had been on I-10 west at midnight the night before heading south and had a one day turn around.

 I asked Alek Schott if he had anything illegal in his vehicle and listed a variety of narcotics. Alek Schott said no to all contraband I listed. I asked Alek Schott if I could search his vehicle and he stated no. I explained to Alek Schott that I am going to call for a narcotics K-9 to do a outer sniff of his vehicle because I have reason to believe he possibly has something in his vehicle. Alek Schott stated that he refused consent because he doesn't know if a person that changed his oil dropped a joint in it. Alek Schott advised that he had some law school.

 Deputy Molina arrived on scene with K-9 Maximus and conducted his outer sniff. K-9 Maximus alerted to the driver side door of the listed Ford. I informed Alek Schott that he the dog alerted and he was detained and that he was going to sit in the back of my vehicle while I search the vehicle. I placed Alek Schott in the back of my patrol vehicle and began my search.

 Deputy J Gereb and Molina assisted me in my search and as I was searching the back seat I could not figure out how to move the rear seat forward to look behind it. Deputy J Gereb advised me that he could not open the bed cover either. I made contact with Alek Schott and asked him to open the rear bed cover and the back seat for us so that we dont damage anything. Alek Schott used a remote control to open the bed cover and I observed him struggling and having to push it manually while he was using the remote. I informed Alek Schott to stand back by my vehicle while we finish the search. Once I completed the search we found nothing. I issued Alek Schott his warning and walked him back to his truck and explained how we searched the truck and asked him if he had any questions. Alek Schott was pulling his bed cover closed manually and asked for my assistance. I assisted and Alek Schott asked if the stop would be documented and I explained that it had a incident number and would show that he was stopped and a K-9 alerted and he was searched. Alek Schott was released. No further actions were taken I returned to service.

## Supplemental, Incident: BCS220059233

**Author:** #35946 MOLINA, M.  **Report time:** 03/17/2022 16:19

**Entered by:** #35946 MOLINA, M.  **Entered time:** 03/17/2022 16:19

**Narrative:**

I was dispatched to listed location to assist 5i12 with a k9 free air sniff. Once on location i made contact with the driver who advised me I could run my k9 on his vehicle and that he would not alert to anything. I walked max around the black pickup truck where he alerted on the driver side door. once inside the vehicle k9 maximus was alerting on the passenger side of the truck. I advised deputy babb of where k9 max had alerted too. k9 was secured back into the k9 Tahoe. bwc available.

## Supplemental, Incident: BCS220059233

| | | | |
|---|---|---|---|
| **Author:** | #38552 BABB, J. | **Report time:** | 04/12/2022 22:04 |
| **Entered by:** | #38552 BABB, J. | **Entered time:** | 04/12/2022 22:04 |

**Narrative:**

I discoverd on the date of April 12, 2022 that my dash cam was inoperable on March 16, 2022 during listed traffic stop. Sergeant Gamboa was reveiwing the footage from the stop due to a complaint and advised me that he could not find the footage. I then realized at that point the footage was not there. All body cam footage however was there.

## Action log

| Type | Entry time | Event time | Author | Link | Log entry |
|---|---|---|---|---|---|