# EXHIBIT 2

## Message History (5)

 On 7/15/2022 7:36:18 PM, alek schott wrote:

TO: "Bexar County Open Records Request Portal"[bexarcountytx@govqa.us]
Hi
Please advise the tracking number for the mailed camera footage and method it was sent. It has not yet been received.
Alek Schott 281 734 5061
On Wed, Jul 13, 2022 at 9:05 AM Bexar County Open Records Request Portal wrote:

✉ On 7/13/2022 9:04:47 AM, Bexar County Open Records Request Portal wrote:

**Subject:** [Records Center] Sheriff Records Request :: S004068-040622
**Body:**
Good Morning,

Please see the attachment.

Body worn camera video was mailed to on July 11, 2022.

 On 5/31/2022 8:39:11 AM, alek schott wrote:

Hi. Can you please provide an update to this request and/or the timeline expected to provide the documents requested?
Alek Schott
281 734 5061

✉ On 4/6/2022 2:12:58 PM, Bexar County Open Records Request Portal wrote:





Dear alek schott:

Thank you for your interest in public information of Bexar County. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on **4/6/2022** and given the reference number **S004068-040622** for tracking purposes.

Records Requested: *I am requesting vehicle camera footage (dashcam, inside and back seat), body cam footage, incident reports and drug dog reports for all 3 officers and drug dog at the scene for sheriffs office warning number E00000000751992 date 3/16/2022 time 9:32 am. original officer ID 1604.*

Your request will be forwarded to the appropriate County departments for processing. You will be contacted about the availability of the records in question.

**PLEASE NOTE: The Texas Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.**

You can monitor the progress of your request at the link below, and you'll receive an email when your request has been completed.

Thank you,

*Bexar County*



✉ On 4/6/2022 2:12:58 PM, alek schott wrote:

Request Created on Public Portal

