# EXHIBIT 3

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **BCSO-2022-0082748**
Case Numbers:
Incident Date: **3/16/2022 11:15:08**
Report Generated: **7/13/2022 08:44:58**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident Type:** | 1 | **Alarm Level:** | |
| **Priority:** | 00 | **Problem:** | Traffic Stop |
| **Determinant:** | | **Agency:** | BCLE |
| **Base Response#:** | | **Jurisdiction:** | BCSO |
| **Confirmation#:** | | **Division:** | CHARLIE |
| **Taken By:** | Babb, Joel | **Battalion:** | CHARLIE |
| **Response Area:** | C30 | **Response Plan:** | C30 (1 Officer) |
| **Disposition:** | Warning Issued | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | | **Delay Reason (if any):** | |
| **Longitude:** | 98724814 | **Latitude:** | 29256242 |

## Incident Location

| | | | |
|---|---|---|---|
| **Location Name:** | | **County:** | BEXAR |
| **Address:** | IH 35 S NB | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | SHEPHERD RD/NB IH 35 S OFRP SHEPHERD RD |
| **Building:** | | **Map Reference:** | 711F6 |
| **City, State, Zip:** | UBC TX 78002 | | |

## Supplemental Information - Person

**PERSON 1**
**Name:** schott alek      **DOB:** [redacted]

## Supplemental Information - Vehicle

**VEHICLE 1**
**License:** [redacted]

## Call Receipt

| | | | |
|---|---|---|---|
| **Caller Name:** | | | |
| **Method Received:** | | **Call Back Phone:** | |
| **Caller Type:** | | **Caller Location:** | |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

## Time Stamps

| Description | Date | Time | User |
|---|---|---|---|
| Phone Pickup | 3/16/2022 | 11:15:08 | |
| 1st Key Stroke | 3/16/2022 | 11:15:08 | |
| In Waiting Queue | 3/16/2022 | 11:15:07 | |
| Call Taking Complete | 3/16/2022 | 11:15:08 | Babb, Joel |
| 1st Unit Assigned | 3/16/2022 | 11:15:07 | |
| 1st Unit Enroute | 3/16/2022 | 11:15:07 | |
| 1st Unit Arrived | 3/16/2022 | 11:15:07 | |
| Closed | 3/16/2022 | 12:31:20 | Mobile3 |

## Elapsed Times

| Description | Time |
|---|---|
| Received to In Queue | |
| Call Taking | |
| In Queue to 1st Assign | 00:00:00 |
| Call Received to 1st Assign | -00:00:00. |
| Assigned to 1st Enroute | 00:00:00 |
| Enroute to 1st Arrived | 00:00:00 |
| Incident Duration | 01:16:12 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5i12 | Y | 11:15:07 | Warning Issued | 11:15:07 | | 11:15:07 | 11:16:44 | | 12:31:20 | | | |
| 5K18 | N | 11:27:05 | | 11:27:05 | | 11:47:34 | 11:48:56 | | 12:22:35 | | | |
| 5i11 | N | 12:22:36 | | 12:22:36 | | | | | 12:22:48 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| 5i12 | Babb, Joel [redacted] |
| 5K18 | Molina III, Martin A [redacted] |
| 5i11 | Gereb, Joe [redacted] |

## Caution Notes
**No Caution Notes found**

## Pre-Scheduled Information
**No Pre-Scheduled Information**

## Transports
**No Transports Information**

## Transport Legs
**No Transports Information**

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 3/16/2022 | 11:15:08 | Babb, Joel | Response | | *** License #:[redacted] *** |
| 3/16/2022 | 11:49:50 | [redacted] | Response | | 5K18 NARC K9 DEPLOYMENT TIMESTAMP |
| 3/16/2022 | 11:50:49 | [redacted] | Response | | 5K18 POSITIVE ALERT // DRIVERSIDE DOOR |
| 3/16/2022 | 12:22:35 | Molina III, Martin A | Response | | kdar,k9 deployment, bwc avail |
| 3/16/2022 | 12:22:47 | Gereb, Joe | Response | | dar, assist/cover bwc avail |
| 3/16/2022 | 12:30:47 | Babb, Joel | Response | | DAR OIA T STOP X1 WARNING |
| 3/16/2022 | 12:30:58 | Babb, Joel | Response | | AXON BWC |

## Address Changes
**No Address Changes**

## Priority Changes

| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | 00 | | M |

## Alarm Level Changes
**No Alarm Level Changes**

## Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | | Incident Timer Clear | IH 35 S NB | Incident Late Timer cleared for BCSO-2022-0082748 | Mobile3 |

| Date | Time | Unit | Action | Location | Details | Workstation |
|---|---|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | 5i12 | DISP | IH 35 S NB | From Sector CNTRL to WEST | v8484 |
| 3/16/2022 | 11:15:07 | 5i12 | Update Sector | IH 35 S NB | From Sector CNTRL to WEST | v8484 |
| 3/16/2022 | 11:15:07 | 5i12 | RESP | IH 35 S NB | Responding From = IH 35 S NB\NB IH 35 S OFRP SHEPHERD RD. | v8484 |
| 3/16/2022 | 11:15:07 | 5i12 | ONSCENE | IH 35 S NB | | v8484 |
| 3/16/2022 | 11:15:07 | | Incident in Waiting Queue | | | |
| 3/16/2022 | 11:15:08 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 3/16/2022 | 11:15:08 | 5i12 | TrafficStop incident created | IH 35 S NB | Incident Created Successfully from unit 5i12 by Babb, Joel | v8484 |
| 3/16/2022 | 11:15:08 | | Supplemental Information | IH 35 S NB | Supplemental Vehicle record 6056498 was added for license plate ▮▮▮▮ | Mobile3 |
| 3/16/2022 | 11:15:08 | | License Plate | IH 35 S NB | Plate Number ▮▮▮▮ has been added. | Mobile3 |
| 3/16/2022 | 11:15:12 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending Incident Time Warning timer expired | |
| 3/16/2022 | 11:16:44 | 5i12 | SECURE | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | | ▮▮▮▮ |
| 3/16/2022 | 11:17:32 | 5i12 | Record Check: Person Check | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | 5i12 IncidentId: 48799864 lastname-schott firstname-alek dob- ▮▮▮▮ BasicQuery-true lastnameB-schott firstnameB-alek DOBB ▮▮▮▮ | v8484 |
| 3/16/2022 | 11:17:32 | 5i12 | Person Check Supplemental info | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | Added Person Check supplemental information | v8484 |
| 3/16/2022 | 11:17:32 | | Supplemental Information | IH 35 S NB | Supplemental Person record 7786170 - was added for alek schott | Mobile3 |
| 3/16/2022 | 11:27:05 | 5K18 | DISP | IH 35 S NB | | v8093 |
| 3/16/2022 | 11:27:05 | 5K18 | Update Sector | IH 35 S NB | From Sector CNTRL to WEST | v8093 |
| 3/16/2022 | 11:27:05 | 5K18 | RESP | IH 35 S NB | Responding From = IH 10 W\SB IH 10 W OFRP VIA CROSSROADS. | v8093 |
| 3/16/2022 | 11:27:18 | 5K18 | Route Deviation | IH 10 W SB\N CROSSROADS BLVD | Unit 5K18 deviated from original driving directions route | v8093 |
| 3/16/2022 | 11:47:34 | 5K18 | ONSCENE | IH 35 S NB | | v8093 |
| 3/16/2022 | 11:48:56 | 5K18 | SECURE | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | | ▮▮▮▮ |
| 3/16/2022 | 12:22:35 | 5K18 | AVAIL | IH 35 S NB | Unit Cleared From Incident BCSO-2022-0082748 | v8093 |
| 3/16/2022 | 12:22:36 | 5i11 | DISP | IH 35 S NB | | v8446 |
| 3/16/2022 | 12:22:36 | 5i11 | Update Sector | IH 35 S NB | From Sector BCLEOUT to WEST | v8446 |
| 3/16/2022 | 12:22:36 | 5i11 | RESP | IH 35 S NB | Responding From = IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD. | v8446 |
| 3/16/2022 | 12:22:48 | 5i11 | AVAIL | IH 35 S NB | Unit Cleared From Incident BCSO-2022-0082748 | v8446 |
| 3/16/2022 | 12:31:20 | 5i12 | Disposition | IH 35 S NB | Warning Issued | v8484 |
| 3/16/2022 | 12:31:20 | 5i12 | AVAIL | IH 35 S NB | Unit Cleared From Incident BCSO-2022-0082748 | v8484 |
| 3/16/2022 | 12:31:20 | 5i12 | Response Closed | IH 35 S NB | Response Disposition: Warning Issued | v8484 |
| 3/17/2022 | 08:06:56 | | Read Comment | | Comment for Incident 864 was Marked as Read. | |
| 3/17/2022 | 08:09:17 | | UserAction | | User clicked Exit/Save | ▮▮▮▮ |

**Edit Log**

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | CurrentSectorID | 0 | 79 | (Response Viewer) | Incident | WPCADMOBPD02 | Mobile3 |
| 3/16/2022 | 11:15:07 | Reponse Area | | C30 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | House Number | | 0 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Intersection Street ID | | SHEPHERD RD/NB IH 35 S OFRP SHEPHERD RD | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Alternate TAC Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Primary TAC Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Comand Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Current Sector | 0 | 79 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Home Sector | 0 | 79 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Jurisdiction | | BCSO | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Battalion | | CHARLIE | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Division | | CHARLIE | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Longitude | | 98724814 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Latitude | | 29256242 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | StreetID | 0 | 73265 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Postal Code | | 78002 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | State | | TX | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | County | | BEXAR | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | City | | UBC | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Address | | IH 35 S NB | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:08 | Map_Info | | 711F6 | Polygon Lookup | | WPCADMOBPD02 | Mobile3 |
| 3/17/2022 | 08:06:56 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | ROC-003 | BCLE43646 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**

| Description | Data | User |
|---|---|---|
| PSAP | BEXAR CO SO: 210-335-4630 | Mobile3 |
| SAPD CHANNEL | NOT SAPD | Mobile3 |

**Attachments**
**No Attachment**