EXHIBIT 4

# S005550-012323 - Sheriff Records Request

## Message History (4)

 On 2/7/2023 4:57:19 PM, Joshua Windham wrote:

TO: "Bexar County Open Records Request Portal"[bexarcountytx@govqa.us]

Thank you for this response. Please indicate which request numbers these documents are responsive to. I see your point about item (8). At the very least, though, I do
not see documents responsive to items (4)–(7), which I identified with specific descriptions based on the Incident Detail Report. I'd appreciate a response soon so that I can evaluate which parts of my request you have responded to and which parts remain outstanding.


Best,

Joshua Windham
Attorney*
Institute for Justice
703-682-9320 ext. 223
*Licensed in North Carolina
Elfie Gallun Fellow in Freedom & the Constitution

From: Bexar County Open Records Request Portal

Sent: Tuesday, February 7, 2023 5:26 PM
To: Joshua Windham
Subject: [Records Center] Sheriff Records Request :: S005550-012323

On 2/7/2023 4:25:22 PM, Bexar County Open Records Request Portal wrote:

**Subject:** [Records Center] Sheriff Records Request :: S005550-012323
**Body:**
greetings,

Please see the attachment.

Claims information can be obtain by the District Attorneys office

On 1/23/2023 11:28:17 AM, Bexar County Open Records Request Portal wrote:





Dear Joshua Windham:

Thank you for your interest in public information of Bexar County. Your request has been received and is being processed in accordance with Chapter 552 of Texas Government Code, the Public Information Act. Your request was received in this office on **1/23/2023** and given the reference number **S005550-012323** for tracking purposes.

Records Requested: ***This is a request for records under Tex. Gov't Code Ann. §§ 522.001 et seq. I request copies of the following public records:***

*1. Records in any format (written, digital, audio, video) associated with Incident #BCSO-2022-0082748 on March 16, 2022.*

*2. Records (including logs and audio recordings) of any calls made or received by Deputy Joel Babb (ID #1604) on March 16, 2022.*

*3. Records of any driver's license, license plate, or other ID check performed by Deputy Joel Babb or any supervising officer during Incident #BCSO-2022-0082748 on March 16, 2022.*

*4. Supplemental Vehicle Record 6056498 from Incident #BCSO-2022-0082748 on March 16, 2022 (referenced on page 2 of the Incident Detail Report).*

*5. Records of the Person Check and Person Check Supplemental Info performed regarding during Incident #BCSO-2022-0082748 on March 16, 2022 (referenced on page 2 of the Incident Detail Report).*

*6. Supplemental Person Record 7786170 from Incident #BCSO-2022-0082748 on March 16, 2022 (referenced on page 2 of the Incident Detail Report).*

*7. Emails sent or received by Deputy Joel Babb (ID #1604) regarding Incident #BCSO-2022-0082748 from March 16, 2022 through the present.*



*8. Emails regarding CCMSI Claim 22G62K215086.*

*9. The most recently updated version of the operating/policy manual for the Baxer County Sheriff's Office Criminal Interdiction Unit.*

Your request will be forwarded to the appropriate County departments for processing. You will be contacted about the availability of the records in question.

**PLEASE NOTE: The Texas Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.**

You can monitor the progress of your request at the link below, and you'll receive an email when your request has been completed.

Thank you,

*Bexar County*

---

✉ On 1/23/2023 11:28:15 AM, Joshua Windham wrote:

Request Created on Public Portal

