# EXHIBIT 5

**Exhibit 5**
Screenshots from Alek Schott's Dashcam Footage[1]

Screenshot from embedded timestamp 11:12:57



Screenshot from embedded timestamp 11:12:59



---

[1] The full footage was linked in footnote 4 of the Complaint and is available at https://tinyurl.com/3efyfck4.

1

Screenshot from embedded timestamp 11:13:01

