UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT,<br><br>   *Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>   *Defendants*. | Civil Action No. 5: 23-cv-00706-OLG-RBF |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT JAVIER SALAZAR

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alek Schott files this notice of dismissal to dismiss Defendant Javier Salazar from the above-styled suit without prejudice. The complaint was filed June 1, 2023. Defendant Salazar was served on June 15, 2023. Defendant Salazar has filed neither an answer nor a motion for summary judgment. Plaintiff files this notice of dismissal with the intention of dismissing Defendant Salazar without prejudice to refiling. Plaintiff maintains his claims against the three other defendants, Joel Babb, Martin A. Molina III, and Bexar County, Texas.

Counsel for Plaintiff has conferred with counsel for Defendant Salazar, who does not oppose dismissal of Defendant Salazar from this case. Counsel for the parties therefore advise the Court that Defendant Salazar's Motion to Dismiss Plaintiff's Original Complaint (Docket Entry No. 14) is now moot. Further, Plaintiff respectfully requests that the Court update the style of this case to remove "JAVIER SALAZAR, in his individual and official capacity;".

1

Dated: July 19, 2023

Respectfully Submitted,

/s/ Christen Mason Hebert
**Christen Mason Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701
Phone: (512) 480-5936
Fax: (512) 480-5937
chebert@ij.org

**Joshua Windham***
(NC Bar No. 51071)
**Trace E. Mitchell***
(DC Bar No. 178094)
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jwindham@ij.org
tmitchell@ij.org

*Attorneys for Plaintiff*
*\*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all attorneys of record.

                                              /s/ Christen Mason Hebert
                                              Christen Mason Hebert