

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**ALEK SCHOTT,**
   Plaintiff,

V.   N0. 5:2023cv00706

**JOEL BABB,**
**MARTIN A. MOLINA,**
**BEXAR COUNTY SHERIFF JAVIER SALAZAR,**
   Individually and in their Official Capacities,
   Defendants,

## AFFIDAVIT OF THE HUMAN RIGHTS REPORTER-ENTRPRENEUR AND PRO SE LITIGANT MR. REYNALDO FLORES

My name is Reynaldo Flores, yes indeed I am the same Reynaldo Flores, who successfully established the criminal operations of these same Defendants and criminal partners, Sex Offenders BCSO, San Antonio Police Officers R. Vara, 2046, Valadez R., Frances Ochoa, W. McCourt, M. Blanquis, B. Moen, J. Porter, Aaron Klopp, inter alios.

As the record reveals i am older than 18 years of age, sane, free man, international citizen, not alienated with any terrorist organization in the USA, formerly and currently prosecuting corrupted lawyers, D.A., Police Officers and Judges in the United States. Said Defendants and active members of the financially broken Terrorist Organization of Sex Drugs/Weapons and Human Trafficking Cartel America's Gulag, also known on the underworld as **Los Panochudos/Los**

Page 1 of 5

**Marranos.**

On December 29th 2011, the corrupted Defendant and former San Antonio Police Officer, Javier Salazar, instructed the Sex Offender SAPO R. Vara, 2046 to forcible abduct me and my children at gun point, in vengeance for my advocacy on behalf of our political prisoners in the United States and for the free exercise of my Constitutional rights and Treaties. These same Defendants and *hostis humanis generis*, also raped my infant children and insane wife (currently being used as sexual slaves on countless of false trials in Bexar County, Texas).

. Said Defendants in their customary criminal and outrageous conduct, entered into my commercial properties, dwelling and vehicles, without a valid warrant, proceeding to vandalize and steal over one million Dollar in assets, in violation to Federal Rule of Criminal Procedure 41, and Fourth Amendment USCA, in order to make me dependable of the corrupted appointed lawyer **George Albritton Eastland**. And by such means of lies, deception and brutality, secure a draconian conviction, while torturing my children in order to coerce me to take a 129-year involuntary plea. As well-known, Defendants use the customary physical punishments and torture, poisoning their victims, and feeding them in Bexar County Jail with meals no worthy of human consumption, in order to inflict them lethargy and try their victims in the infested judicial circus of USA Courts.

. Certainly, with nothing to loss, on November 26th 2012, after eleven months of torture in the nasty Bexar County Jail, [without a fair opportunity of bail and self defense] I decided to entrap the offenders and enemies of all human kind in a private jury trial, in which I allowed these same Defendants and criminal partners the performance of their judicial circus and *venier* composed by corrupted Bexar County employees, felons, and offenders used by Defendants to secure false convictions. I successfully demonstrated to the International Community the gross

violation of human rights in USA. As noted on a recent PWMP *In Re Jose David Moreno,* 5th Cir. N0. 23-40067. (a Mexican American entrepreneur forcible abducted at the wealthy city of Monterrey, Mexico, while robbed by these Defendants criminal partners abroad, and currently tortured in GEO Detention Center in segregation and charged for crimes committed by these same Defendants) ironically, this is the same case in which this same District Court indicted several Defendants charging them as leaders of a such Cartel, operated by USA Judges, Police Officers and Prosecutors. See *USA v. Juan Gerardo Chavez Treviño.* (Currently incarcerated in GEO San Antonio, Texas, on false conspiracy charges and as leader of the Mexican-American Cartel operated by Federal Judges).

Once the offenders and Defendants were celebrating in advance their achieved goal and 129 years sentence, in 2012cr1969, I easily entrapped them by disclosing a footage, which demonstrated that the false victim never was kidnapped, nor raped neither assaulted. Instead proving before the corrupted *venier,* that indeed the real offender was the alleged victim herself. And in clear violation to the double jeopardy clause, being exposed by the discrepancies, even the same clown appointed lawyer, Eastland, filed a **Motion for Directed Verdict** asking the Jury and Skinner Court to find me guilty, while concealing the false Police Report written by the Sex Offender SAPO R. Vara 2046, [among several multifarious statements] which clearly states that I was the victim of several aggravated felonies, at Defendants Salazar, and criminal partners' hands.

Despite the judgment of acquittal entered by jury, in flagrant violation to the due process clause and Texas 83th Legislature, instead to be released, i was erased and held in a metal cage without ventilation for 4 additional years which caused me severe and irreparable physical injuries, until I instituted *Reynaldo Flores v.*

*SAPD, DeMartino, Susan D. Reed, The Texas' Gulag, Fourth Court of Appeals, et al.,* 2:14cv283". Only then I was released from abduction. (Refiled on different jurisdiction pursuant to 28 USC Section 1350) See *Jose Reyes Lujan Treviño v. DHS ICE, Immigration Judges San Antonio Texas, Cynthioa LaFuente Gaona, et al.,* 5th Cir. N0. 22-40229 *(in Cert to the U.S. Supreme Court).* (American Citizen entrepreneur sentenced to the exile by the corrupted immigration Judge John P. McPhaul)

Going back on my feet, i will not hesitate to make any [financial] effort in order to expose these same offenders, extradite them and try them before a credible Court System and International Court of Human Rights. See also *In Re Noe Gonzales Martinez,* 5th Cir. N0. 23-40069. (Kidnapped and brutally assaulted by federal Police Officers and DHS ICE and ranked as illegal alien despite his unrelinquished LPR)

These Defendants and enemies of all humankind are not entitled to qualified immunity on Plaintiff' clear established Constitutional rights and Treaties. *Monroe v. Pape*, 365 U.S. 167 (1961).

Finally, I possess material evidence revealing that s I personally transmitted to this District Court and *Judge Orlando Garcia,* evidence of the customary torture and punishments and how the offenders Bexar County Sheriff acting in chain conspiracy with State and Federal employees are poisoning our political prisoners in Bexar County Jail.

***Facts. On or about August 30th 2013, I transmitted inside a latex glove the swine meals used by Bexar County Sheriff to feed human being in San Antonio Texas.*** As it is until this very date.

We all know in advance that Bexar County Texas and San Antonio city are in

complete financial bankruptcy, as demonstrated on several litigations against these same offenders and Defendants, for which such illegal violation of civil rights has become a custom and police since the institution of the Court System.

As noted back on March 14th 2014, in which these miserable Defendants sent me a message to please voluntarily dismissed my claims. Since they are indigents having no financial means to afford damages, for which are compelled to illegally execute detentions, seizures and robberies perpetrated against their victims, such as this case at bar. While begging this District Court to dismiss genuine claims alleging lack of subject matter jurisdiction or claiming immunity on clear established Constitutional rights and Treaties. Fed. R, Civ. P. 8(a) cited by **Bell Atlantic v. Twombly,** 550 U.S. 544 (2007) holding that a pleading standard requirement in federal courts just require how, when and where and nothing else.

In the interest of the justice, I hope justice prevail in this current suit, pending prosecution against Salazar and criminal organization, pursuant to 28 USC Section 1350 in the proper forum. Said Defendants have been warned to never and for no reason leave the USA, otherwise, would face the duress of the International justice, on the gross violation of human rights against their millions of victims.

I declare that the foregoing instrument and Affidavit is true and correct pursuant to 28 USC Section 1746.

Dated and signed on this the 5th day of June 2023.

_____
REYNALDO FLORES
Human Rights Reporter-Entrepreneur-Pro Se Litigant
& Philanthropist
Ph # (210) 6093593
proselitigants1972@gmail.com

