UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT,<br><br> *Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br> *Defendants*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

## ADVISORY TO THE COURT

On July 20, 2023, Reynaldo Flores—an unknown third party who is not affiliated with Plaintiff Alek Schott, his counsel, Defendants, or their counsel—filed an affidavit (Docket Entry No. 20) in the above-styled case. The text of the docket entry for the affidavit erroneously purports to be a filing "by Alek Schott." Neither Plaintiff nor his counsel authorized Mr. Flores to file an affidavit in this case. Other than accusing the Defendants of crimes unconnected with this case, Mr. Flores's affidavit has no relationship to the case or its parties.

Plaintiff respectfully requests that the text of docket entry number 20 be updated to reflect that the affidavit was filed by Reynaldo Flores and not by Alek Schott. Alternatively, if the Court wants to maintain the docket sheet as is, Plaintiff asks that Court indicate in a new docket entry that docket entry number 20 was filed by a third party, Reynaldo Flores, and not Alek Schott.

1

Dated: July 25, 2023 Respectfully Submitted,

/s/ Christen Mason Hebert
**Christen Mason Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701
Phone: (512) 480-5936
Fax: (512) 480-5937
chebert@ij.org

**Joshua Windham***
(NC Bar No. 51071)
**Trace E. Mitchell***
(DC Bar No. 178094)
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jwindham@ij.org
tmitchell@ij.org

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert
