UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT,<br><br>             Plaintiff,<br><br>v.<br><br>JOEL BABB, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARTIN A MOLINA, III, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; and BEXAR COUNTY, TEXAS,<br><br>             Defendants. | CIVIL NO. SA-23-CV-00706-OLG-RBF |

## ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed September 27, 2023, concerning Defendant Bexar County's Motion to Dismiss. (*See* R&R, Dkt. No. 33.) Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The parties, through counsel, were electronically served with a copy of the R&R on September 27, 2023, and the time to object has passed.

Because no party has objected to the Magistrate Judge's R&R, the Court has reviewed the recommendation to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 33) and, for the reasons set forth therein, Defendant Bexar County's Motion to Dismiss (Dkt. No. 13) is **DENIED**.

It is so **ORDERED**.

**SIGNED** this ___ day of October, 2023.

                                             _____
                                             ORLANDO L. GARCIA
                                             United States District Judge