# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-cv-00706-OLG-RBF |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff Alek Schott moves for entry of the proposed confidentiality and protective order accompanying this motion (Proposed Order). Alek's counsel conferred with Defendants' counsel to tailor the form protective order from this Court's local rules to the needs of this case. Defendants consent to this motion and to the entry of the Proposed Order. Among other things, the Proposed Order will facilitate discovery and promote the resolution of discovery disputes. Alek therefore respectfully requests that the Court enter the Proposed Order.

Dated: January 18, 2024

Respectfully submitted,

/s/ Christen M. Hebert
**Christen M. Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Phone: (512) 480-5936
Fax: (512) 480-5937
chebert@ij.org

1

**Joshua A. Windham***
(NC Bar No. 51071)
**Daniel Z. Nelson***
(VA Bar No. 96173)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jwindham@ij.org
dnelson@ij.org

*Attorneys for Plaintiff*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all attorneys of record.

                                                  /s/ Christen Mason Hebert
                                                 Christen Mason Hebert

                                                 *Attorney for Plaintiff*