# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
| *Plaintiff,* § | |
| v. § | |
| § | |
| JOEL BABB, IN HIS INDIVIDUAL AND OFFICIAL § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| CAPACITY; MARTIN A. MOLINA III, IN § | |
| HIS INDIVIDUAL AND OFFICIAL CAPACITY; § | |
| JAVIER SALAZAR, IN HIS INDIVIDUAL § | |
| AND OFFICIAL CAPACITY; AND § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
| *Defendants.* § | |
| § | |

## ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Defendants **BEXAR COUNTY, ET AL** request that this case be mediated by a United States Magistrate Judge in the Western District of Texas for the San Antonio Division. Defendants' counsel has conferred with Plaintiff's counsel and Plaintiff is not opposed to mediation by a Magistrate.

The Court's Scheduling Order requires mediation by July 2, 2024. Defendants' counsel asserts unto the Court that the case is ripe for mediation at the Court's first convenient setting.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY:   /s/ Charles S. Frigerio
         CHARLES S. FRIGERIO
         SBN:  07477500

HECTOR X. SAENZ
SBN: 17514850

ROBERT W. PIATT III
Bar No. 24041692
SUSAN A. BOWEN
Bar No. 02725950
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Phone: (210) 335-0785
Fax: (210) 335-2773
robert.piatt@bexar.org
sbowen@bexar.org

ATTORNEYS FOR BEXAR COUNTY, TEXAS,
and DEPUTIES JOEL BABB, MARTIN A. MOLINA III

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2024, I electronically filed the foregoing Advisory to the Court via electronic mail to the following:

| | |
|---|---|
| Christen Mason Hebert<br>INSTITUTE FOR JUSTICE<br>816 Congress Ave., Suite 960<br>Austin, TX 78701 | Email: chebert@ij.org |
| Joshua Windham*<br>Trace E. Mitchell*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Rd., Suite 900<br>Arlington, VA 22203<br>Attorneys for Plaintiff | Email: jwindham@ij.org<br>Email: tmitchell@ij.org |

    /s/ Charles S. Frigerio
CHARLES S. FRIGERIO