IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § § *Plaintiff,* § § v. § § JOEL BABB, IN HIS INDIVIDUAL AND OFFICIAL § CAPACITY; MARTIN A. MOLINA III, IN § HIS INDIVIDUAL AND OFFICIAL CAPACITY; § JAVIER SALAZAR, IN HIS INDIVIDUAL § AND OFFICIAL CAPACITY; AND § BEXAR COUNTY, TEXAS, § § *Defendants.* § § | Civil Action No.: 5:23-cv-706-OLG-RBF |

## DEFENDANTS' ADVISORY TO THE CLERK-OF-COURT

Defendants in the above-captioned case elect as follows:

☐ We consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendants in the above-captioned case waive the right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☒ <u>We do not consent to proceed before a United States Magistrate Judge</u>. Defendants in the above-captioned case elect **not** to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the United States District Judge.

Defendants' Name:   **BEXAR COUNTY** and **DEPUTIES JOEL BABB** and **MARTIN A. MOLINA III.**

By: /s// Charles S. Frigerio                                Date: February 22, 2024
    CHARLES S. FRIGERIO
    SBN: 07477500
    LAW OFFICES OF CHARLES S. FRIGERIO, P.C.
    Riverview Towers
    111 Soledad Street, Suite 465
    San Antonio, Texas 78205
    (210) 271-7877
    csf@frigeriolawfirm.com
    ATTORNEYS FOR DEFENDANTS ABOVE