**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-cv-00706-OLG-RBF |

**PLAINTIFF'S UNOPPOSED MOTION TO RESET MEDIATION DATE**

Plaintiff respectfully asks that the Court reset the mediation in the above-styled case. The Court set mediation for May 6, 2024, in-person at United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, 78207 (Dkt. No. 45). Plaintiff's attorneys are unavailable for mediation the week of May 6th due to a series of professional and personal conflicts. Additionally, Plaintiff expressly consented to mediation via Zoom given the expense of and childcare difficulties associated with attending an in-person mediation session in San Antonio. *See* Exhibit A (Plaintiff consented to mediation before a magistrate judge in the San Antonio Division "provided the mediation is scheduled for a half-day Zoom session.").

Plaintiff respectfully asks the Court to reset mediation for a half-day Zoom session April 30th or any day during the week of May 13th. Plaintiff's counsel has conferred with Defendants' counsel, and Defendants do not oppose this motion.

1

Dated: March 4, 2024

Respectfully submitted,

/s/ Christen M. Hebert

**Christen M. Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Phone: (512) 480-5936
Fax: (512) 480-5937
chebert@ij.org

**Joshua A. Windham\***
(NC Bar No. 51071)
**Daniel Z. Nelson\***
(VA Bar No. 96173)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jwindham@ij.org
dnelson@ij.org

*Attorneys for Plaintiff*

\*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all attorneys of record.


/s/ Christen Mason Hebert
Christen Mason Hebert

*Attorney for Plaintiff*