# EXHIBIT A

# Christie Hebert

| | |
|---|---|
| **From:** | Christie Hebert |
| **Sent:** | Friday, February 16, 2024 2:03 PM |
| **To:** | Charles Frigerio |
| **Cc:** | Daniel Nelson; Joshua Windham; Piatt, Robert; Bowen, Susan |
| **Subject:** | RE: Schott v. Babb et al.: Copies of Draft Protective Order and Correspondence from Plaintiff's Counsel |

Charles,

Thank you for the quick phone conversation today.

I just spoke with my client. Alek does not oppose mediating this case before a magistrate judge in the Western District, San Antonio Division provided the mediation is scheduled for a half-day Zoom session. But, as I indicated on the phone and outlined in the offer letter sent 10/11/23, a settlement comprised purely of monetary compensation is a nonstarter. If Defendants are only willing to provide Alek monetary compensation, mediation will not be productive.

Best,
Christie

**From:** Charles Frigerio <csf@frigeriolawfirm.com>
**Sent:** Friday, February 16, 2024 12:30 PM
**To:** Christie Hebert <chebert@ij.org>
**Cc:** Daniel Nelson <dnelson@ij.org>; Joshua Windham <jwindham@ij.org>; Piatt, Robert <robert.piatt@bexar.org>; Bowen, Susan <sbowen@bexar.org>
**Subject:** RE: Schott v. Babb et al.: Copies of Draft Protective Order and Correspondence from Plaintiff's Counsel

Counsel,

I have reviewed Plaintiff's Demand Letter and Defendants' Rejection.
We know that the Mediation deadline in July2, 2024.

With that deadline in mind, I plan to file an Advisory with the Court requesting a Magistrate Mediate our case.
We can at least have a date for mediation within the scheduling order deadline.
Please advise if you are opposed to a Magistrate in the Western District, San Antonio Division mediating the case.

Regards,

*Charles S. Frigerio*

Charles S. Frigerio | Attorney at Law | Law Offices of Charles S Frigerio PC
Riverview Towers | 111 Soledad, Ste 465 | San Antonio, TX | 78205
T: 210.271.7877 | F: 210.271.0602 | Email: csf@Frigeriolawfirm.com

1