UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-cv-00706-OLG-RBF |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET MEDIATION DATE

This matter comes before the Court on Plaintiff's Unopposed Motion to Reset Mediation Deadline (ECF 46). The motion is GRANTED, and it is hereby **ORDERED:**

1. The parties and their lead counsel shall appear before the undersigned at **9:30 A.M.** on _____, for mediation via Zoom. A Zoom access link will be shared via email on behalf of the undersigned before the mediation.

2. All other deadlines in the undersigned's March 1, 2024 order (Dkt. No. 45) are reset as follows:

   a. Plaintiff's counsel is invited to submit a written itemization of damages and settlement demand to Defendants' counsel with a brief explanation of why such a settlement is appropriate, on or before _____. If Plaintiff submits a demand, Defendants' counsel must respond by submitting a

1

    written offer to Plaintiff, with a brief explanation of why such a settlement offer is appropriate or not, on or before _____.

    b. If no settlement is reached, each party must submit to the undersigned, on or before noon on _____, an *ex parte*, *in camera* statement in letter format, setting forth the status of settlement negotiations and the party's respective settlement position concerning all issues involved in the case, including a brief explanation of the rationale for the position taken.

3. All other instructions in the undersigned's March 1, 2024 order (Dkt. No. 45) remain in effect.

**SIGNED AND ENTERED** this \_\_\_\_ day of _____.

 

_____
Henry J. Bemporad
United States Magistrate Judge