**Courts Applicant Admitted to Practice**

| Court | Admission Date |
|---|---|
| U.S. Supreme Court | August 2, 2021 |
| U.S. Court of Appeals- 5th Circuit | April 7, 2021 |
| U.S. Court of Appeals- 4th Circuit | September 22, 2021 |
| U.S. Court of Appeals- 2nd Circuit | October 31, 2022 |
| U.S. District Court for the Eastern District of New York | November 30, 2012 |
| U.S. District Court for the Southern District of New York | November 30, 2012 |
| U.S. District Court for the Eastern District of Texas | April 4, 2022 |
| U.S. District Court for the Eastern District of Wisconsin | April 5, 2023 |