UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALEK SCHOTT, Plaintiff,

vs.   Case No.: 5:23-cv-00706-OLG-RBF

JOEL BABB, ET AL., Defendants.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by William R. Aronin, counsel for Alek Schott, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and William R. Aronin may appear on behalf of Alek Schott in the above case.

IT IS FURTHER ORDERED that William R. Aronin, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March, 20____.

_____
UNITED STATES MAGISTRATE JUDGE