EXHIBIT 12

# LAW OFFICES OF CHARLES S. FRIGERIO

A Professional Corporation
Attorneys at Law and Counselors
111 Soledad, Suite 465
San Antonio, Texas 78205
**Telephone 210.271.7877**
Fax 210.271.0602

CHARLES S. FRIGERIO* ** + ++
HECTOR X SAENZ*
CHARLES A. FRIGERIO
STEVEN N. HARKIEWICZ
*Of Counsel*
JULIE ANN VASQUEZ
*Litigation Administrator*

*Board Certified Personal Injury Trial Law
  Texas Board of Legal Specialization*
**American Board of Trial Advocacy*
+*Litigation Counsel of America*
++*National Board of Trial Advocacy*

Email: Firm@FrigerioLawFirm.com
www.FrigerioLawFirm.com

February 16, 2024

Christen Mason Hebert                    Email: chebert@ij.org
Institute for Justice
816 Congress Ave., Suite 970
Austin, TX 78701

Joshua A. Windham                         Email: jwindham@ij.org
Trace E. Mitchell                         Email: tmitchell@ij.org
Daniel Nelson                             Email: dnelson@ij.org
Institute for Justice
901 North Glebe Road, Suite 900
Arlington, VA 22203

Re:     Civil Action No. 5:23-cv-00706; *Alex Schott v. Joel Babb in his
        individual and official capacity; Martin A. Molina III, in his individual
        and official capacity and Bexar County Texas*; In the United States
        District Court for the Western District of Texas San Antonio Division.

Counsel:

    In response to your deficiency tome of February 9, 2024 please be advised Defendants
responding in good faith as follows:

    (A)     **First Request for Production**:

        1.      <u>Response to Plaintiff's First Requests for Production 6-9</u>:   No other
                documents are in the possession of the Defendants other than what has
                been previously produced.

        2.      <u>Response to Plaintiff's First Request for Production No. 34</u>:  See attached.

(B)     <u>**Second Request for Production**</u>:

    (3)    <u>Response to Plaintiff's Second Request for Production No. 38</u>: Defendants have produced Deputy Babb's Citizen Complaints and his entire Internal Affairs Disciplinary Records to date.  Defendants are not ignoring portions of Plaintiff's requests.

    (4)    <u>Response to Plaintiff's Second Request for Production No. 39</u>:  After conferring with the Bexar County Sheriff's Department there are no Interdiction MOU documents (Memorandum of Understanding) concerning the Interdiction Unit.  There are no documents responsive to this request

    (5)    <u>Response to Plaintiff's Second Request for Production No. 40</u>:  No other responsive documents exist.

    (6)    <u>Response to Plaintiff's Second Request for Production No. 41</u>:  No documents exist.

    (7)    <u>Response to Plaintiff's Second Request for Production No. 42</u>:  No other documents exist other than those documents previously produced.

    (8)    <u>Response to Plaintiff's Second Request for Production No. 43</u>: Defendants stand by their objections.

    (9)    <u>Response to Plaintiff's Second Request for Production No. 44</u>:  Defendant is producing Gereb's personnel file, as well as body worn camera from Deputy Gereb concerning the incident in question.

    (10)    <u>Response to Plaintiff's Second Request for Production No. 45-46</u>: Please be advised that the Bexar County Sheriff's Department no longer conducts performance evaluations, however, the personnel files have previously been produced.

    (11)    <u>Response to Plaintiff's Second Request for Production No. 47-48</u>: Please be advised that the Bexar County Sheriff's Department does not conduct performance and therefore there are no performance evaluations for Deputy Gareb.

    (12)    <u>Response to Plaintiff's Second Request for Production No. 49</u>: Dog Certifications for K-9 Maximus as well as certifications for Herrera and Molina have been produced.

    (13)    <u>Response to Plaintiff's Second Request for Production No. 50-51</u>: All documents concerning K-9 Maximus have been produced.

Below find a link containing Defendant's Bates Nos. 5917 through 6039.

SCHOTT - DEF BATES 5915-6039

Sincerely,

*Charles S. Frigerio*

Charles S. Frigerio
(Electronically Signed)

CSF:jav
Enclosure As Stated Above
Cc:    Susan A. Bowen                  Email: sbowen@bexar.org
        Bexar County District Attorney's Office
        Civil Section
        101 W. Nueva, 7th Fl.
        San Antonio, TX 78205