# Schott v. Bexar County, et al
# Defendant's Document Production

| PRODUCED | NAME OF DOCUMENT (VIDEO) | BATES NUMBERING |
|---|---|---|
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Policy | 1 – 158 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Schott Search Request | 159-160 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Reports | 161-168 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Xcel BCLE-013162022 | 169 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | CAD Messaging | 170-171 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Schott Citation Detail | 172 |
| January 26, 2024 2nd Resp RFP | 135 Videos regarding Babb 18.3 GB | 173-318 |
| | MISNUMBERED 279 | |
| January 26, 2024 2nd Resp RFP | 58 Videos regarding Babb 18.4 GB | 319-380 |
| | Misnumbered Bates 351-356 | **351-356** |
| January 26, 2024 2nd Resp RFP | 42 Videos regarding Babb 18.4 GB | 381-422 |
| January 26, 2024 2nd Resp RFP | 15 Videos regarding Babb 7.56 GB | 423-437 |
| | Misnumbered Bates | 438-448 |
| January 26, 2024 2nd Resp RFP | 9 Videos regarding Babb - 6.16 GB | 449-457 |
| January 26, 2024 2nd Resp RFP | 19 Videos regarding Babb – 18.0 GB | 458-476 |
| January 26, 2024 2nd Resp RFP | 3 Videos regarding Babb - 18.6 GB | 477-479 |
| | Misnumbered Bates | 480-492 |
| January 26, 2024 2nd Resp RFP | 12 Videos regarding Babb – 17.2 GB | 493-504 |
| January 26, 2024 2nd Resp RFP | 38 Videos regarding Babb – 118.1 GB | 505-542 |
| | MISNUMBERED 534 | |
| January 26, 2024 2nd Resp RFP | 109 Videos regarding Molina – 18.4 GB | 543-649 |
| January 26, 2024 2nd Resp RFP | 26 Videos regarding Molina – 17.8 GB | 650-675 |
| | MISNUMBERED 546 | |
| January 26, 2024 2nd Resp RFP | 9 Videos regarding Molina – 17.8 GB | 676-684 |
| | 475 VIDEOS totaling 294.72 GB | |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | BABB 201 File | 685-863 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Molina 201 File | 864-933 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | 12lei-BT Stops | 934-945 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Intermediate Search and Seizure 946<br>Lesson Plan Arrest Search & Seizure 947-965<br>Lesson Plan K-9 Familiarization for Patrolman 967-972<br>Misdemeanor and Felony Traffic Stops 973-980<br>Stops Lesson Plan 3404 1of 2 – 981<br>Stops Lesson Plan 2 of 2 = 117-1280<br>Traffic Accident Investigation – 1281-1297 | 946-981<br>1117-1280<br>1281-1297<br>1299-1373 |

# Schott v. Bexar County, et al
# Defendant's Document Production

|  | Traffic Stops -1299-1373 |  |
|---|---|---|
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Traffic Presentations | 1374-1393 |
|  | MISNUMBERED | 1394-1398 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Molina PSR | 1399-1411 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Molina Training Certificates | 1412-1464 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Missing Files | 1465 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Canine Training GH & Max | 1466-1938 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Canine Training MM | 1939-2098 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Babb Disciplinary Files | 2099-2187 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Disciplinary Molina | 2188-2225 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | K-9 SOP | 2226-2249 |
| October 9, 2023 Susan Bowen Resp Plaintiff's 1st RFP | BCSO Manuals and Policies | 2250-2306 |
| DA October 30, 2023 Susan Bowen Resp Plaintiff's 1st RFP | Citation Data Dump | 2307 |
| Feb 6, 2024 2nd Resp RFP | SPEARS Incident Summaries | 2554-3390 |
| Feb 6, 2024 2nd Resp RFP | Canine Unit SOP | 3391-3400 |
| Feb 6, 2024 2nd Resp RFP | Travel Zones | 3401-3403 |
| Feb 6, 2024 2nd Resp RFP | Agenda Forms | 3404-3406 |
| Feb 6, 2024 2nd Resp RFP | EGrants Traffic Safety Subgrantee Guide | 3407-3444 |
| Feb 6, 2024 2nd Resp RFP | BCSO STEP SOP | 3445-3466 |
| Feb 6, 2024 2nd Resp RFP | Agency Data Sharing Report | 3467-3516 |
| Feb 6, 2024 2nd Resp RFP | X-cell PDF | 3517-3529 |
| Feb 6, 2024 2nd Resp RFP | BCSO Policy Manual | 3530-3926 |
| Feb 6, 2024 2nd Resp RFP | K-9 Unit Deployment Detail Report | 3927-5363 |
| Feb 6, 2024 2nd Resp RFP | SPEARS Incident Summary | 5364-5682 |
| Supp Resp Feb 20, 2024 | Def Bates 5915 Body Cam Video Gereb Part 1 | 5915 |
| Supp Resp Feb 20, 2024 | Def Bates 5916 Body Cam Video Gereb Part 2 | 5916 |
| Supp Resp Feb 20, 2024 | Herrera 201 File | 5917-6035 |
| Supp Resp Feb 20, 2024 | BCSO Organizational Chart | 6036-6037 |
| Supp Resp Feb 20, 2024 | List of Command Staff | 6038-6039 |
| Supp Resp Feb 20, 2024 | Gamboa 201 File | 6040-6171 |
| Supp Resp Feb 20, 2024 | Gereb 201 File | 6172-6250 |
| Supp Resp Feb 20, 2024 | Rodriguez 201 File | 6251-6384 |

# Schott v. Bexar County, et al
# Defendant's Document Production

| | | |
|---|---|---|
| Supplemental Response March 15, 2024 | Spears Reports (Formerly numbered as 2308-2553) which overlapped prior production. | 6385-7525 |
| Supplemental Response March 15, 2024 | X-Cel Spreadsheet replacing Bates 5683 | 7526 |
| Supplemental Response March 15, 2024 | Babb Certifications (Formerly numbered as 1340-1375) | 7527-7572 |
| Supplemental Response March 15, 2024 | Canine Records and Policies | 7573-7585 |