UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>    *Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>    *Defendants.* | Civil Action No. 5:23-cv-00706-OLG-RBF |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Alek Schott files this unopposed motion to amend the scheduling order a second time as set forth below. On January 12, 2024, this Court entered an amended scheduling order in this case. Dkt. No. 38. Good cause exists for this Court to amend the scheduling order a second time. Discovery, which is currently set to close on September 23, 2024, is still ongoing. On April 5, 2024, this Court heard Alek's motion to compel and indicated it was granting Alek's motion to compel. As requested by the Court, Alek submitted a proposed order on that motion.

Alek proposes to extend the current deadlines. Among other things, a second amended scheduling order will provide more time for discovery, thereby enabling a better presentation on the merits. Alek's counsel conferred with Defendants' counsel, who does not oppose this motion.

| Event/Item (Dkt. No. 29) | Current Deadline | Proposed Amended Deadline (**bold** indicates change) |
|---|---|---|
| Amend or supplement pleadings or add parties (¶ 2) | April 18, 2024 | **June 18, 2024** |
| Expert Witness Disclosure (Plaintiff) (¶ 3) | June 20, 2024 | **August 22, 2024** |
| Mediation (¶ 7) | July 2, 2024 | **None**<br><br>The parties are set for mediation in April 2024. |
| Expert Witness Disclosure (Defendants) (¶ 3) | August 1, 2024 | **October 1, 2024** |
| Expert Witness Disclosure (Rebuttal) (¶ 3) | Within 14 days of receipt of the report of the opposing expert | Within 14 days of receipt of the report of the opposing expert |
| Objections to Proposed Expert Testimony (¶ 4) | Within 14 days of receipt of the written report of the expert's proposed testimony, or within 14 days of the expert's deposition, if a deposition is taken, whichever is later. | Within 14 days of receipt of the written report of the expert's proposed testimony, or within 14 days of the expert's deposition, if a deposition is taken, whichever is later. |
| Close of Discovery (¶ 5) | September 23, 2024 | **November 22, 2024** |
| Dispositive Motions (¶ 6) | October 21, 2024 | **January 16, 2025** |
| Trial (¶ 8) | To be determined at a later date by the Court | To be determined at a later date by the Court |

For the reasons above, Alek respectfully requests that the Court amend the case schedule as proposed above and as set forth in the accompanying [Proposed] Second Amended Scheduling Order.

Dated: April 12, 2024                    Respectfully submitted,

                                              /s/ Christen M. Hebert
**Christen M. Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Phone: (512) 480-5936
Fax: (512) 480-5937
chebert@ij.org

**Joshua A. Windham***
(NC Bar No. 51071)
**Daniel Z. Nelson***
(VA Bar No. 96173)
**William Aronin***
(NY State Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jwindham@ij.org
dnelson@ij.org

*Attorneys for Plaintiff*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert

*Attorney for Plaintiff*
