UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-cv-00706-OLG-RBF |

### [PROPOSED] SECOND AMENDED SCHEDULING ORDER

The Court GRANTS Plaintiff's Unopposed Motion to Amend Scheduling Order. The Court therefore issues the following Second Amended Scheduling Order:

1. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **June 18, 2024**.

2. All parties asserting claims for relief shall file their designation of testifying experts, and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **August 22, 2024**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **October 1, 2024**. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

3. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 14 days of receipt of the written report of the expert's proposed testimony, or within 14 days of the expert's deposition, if a deposition is

1

taken, whichever is later.

4. The parties shall complete all discovery on or before **November 22, 2024**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

5. All dispositive motions shall be filed no later than **January 16, 2025**. Dispositive motions, as defined in Local Rule CV-7, and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7.

6. The parties are set for mediation later this month. No additional mediation will be required.

7. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16 regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

**IT IS SO ORDERED.**

SIGNED this ___ day of April 2024.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE