UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEK SCHOTT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-23-CV-706-OLG (RBF) |
| JOEL BABB in his Individual and Official Capacity; MARTIN A. MOLINA, III in his Individual and Official Capacity; and BEXAR COUNTY, TEXAS, | § § § § § § | |
| Defendants. | § § | |

### ADVISORY OF NON-SETTLEMENT DURING MEDIATION

The matter before the Court is the outcome of the Mediation held by the undersigned on today's date. (*See* Docket Entries 44 and 47.) Pursuant to Local Civil Rule CV-88(g), the District Court is advised that this case did **not** settle during mediation.

**SIGNED** on April 29, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge