**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-cv-00706-OLG-RBF |

## PLAINTIFF'S EXPERT DESIGNATION

Plaintiff submits the following designation of his testifying expert as required by Federal Rule of Civil Procedure 26(a)(2)(A):

> Sergeant Richard Palacios
> Palacios Accident Reconstruction, LLC
> 157 Lake Front Drive
> Boerne, Texas 78006
> 361-701-2751
> 830-816-5014
> palaciossar@sbcglobal.net
> PARconsulting.TX.com

Dated: September 30, 2024

Respectfully submitted,

/s/ Christen Mason Hebert

**Joshua A. Windham**\* (NC Bar No. 51071)
**Daniel Z. Nelson**\* (VA Bar No. 96173)
**William R. Aronin**\* (NY State Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org; dnelson@ij.org; waronin@ij.org

**Christen Mason Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

*Attorneys for Plaintiff*
\*Admitted pro hac vice

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 30, 2024, a true and correct copy of the foregoing

document was served via CM/ECF notification to all counsels of record.

/s/ Christen Mason Hebert
Christen Mason Hebert
