**OFFICER'S RETURN**

Came to hand this 24th day of Oct., 2024, and executed this the ____ day of ____, 2024, at ____ o'clock ____ M, in the following manner: By delivering to the within witness _____, a true copy hereof, and tendering to the witness any fees required by law.

Returned this 28th day of Oct., 2024.

_Austin Cook_
SIGNATURE OF SERVER

- R.M.S. Controls Inc. is located within David Wayne Hooks Memorial Airport. It is not to be accessed without proper invitation or security badge. Spoke to owner Erick at #- ▮▮▮▮▮ and he would not give further instruction for us to get access to his hangar.
-AC

- WO#: 432418 -Tag: 1

**OFFICER'S RETURN**

Came to hand this 24th day of Oct, 2024, and executed this the ____ day of ____, 2024, at ____ o'clock ____ M, in the following manner: By delivering to the within witness _____, a true copy hereof, and tendering to the witness any fees required by law.

Returned this 28th day of Oct., 2024.

_Austin Cook_
SIGNATURE OF SERVER

- Catherine Casey the practice owner told me she no longer lives or has the office here in Houston and has moved to the Austin area. She called me back from [redacted] She was not able to provide further info, but stated she is more than happy to help and give P.O. box/address for when client calls.   —ACC

: WO#: 432418 -Tag: 2