# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
| *Plaintiff,* § | |
| v. § | |
| § | |
| JOEL BABB, IN HIS INDIVIDUAL AND OFFICIAL § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| CAPACITY; MARTIN A. MOLINA III, IN § | |
| HIS INDIVIDUAL AND OFFICIAL CAPACITY; § | |
| JAVIER SALAZAR, IN HIS INDIVIDUAL § | |
| AND OFFICIAL CAPACITY; AND § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
| *Defendants.* § | |
| § | |

## NOTICE OF VACATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Attorneys Charles S. Frigerio, the undersigned lead counsels for Defendants herein, advises the Court that they will be on vacation and out of the state as follows:

- November 26, 2024 through December 2, 2024.

- December 23, 2024 through January 2, 2025.

Lead Counsel Frigerio and Attorney Saenz and Attorney Charles Anthony Frigerio, therefore, respectfully requests that no hearings, trials or appearances requiring their presence be scheduled during those time periods.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO, P.C.
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY:   /s/ Charles S. Frigerio
        CHARLES S. FRIGERIO
        SBN:  07477500
        LEAD COUNSEL
        Email: csf@frigeriolawfirm.com

          HECTOR X. SAENZ
          SBN:  17514850
          Email: hxs@frigeriolawfirm.com

          CHARLES A. FRIGERIO
          SBN: 24140090
          NMBN: 161626
          Email: Charlie@Frigeriolawfirm.com
        ATTORNEYS FOR BEXAR COUNTY, TEXAS,
       and MARTIN A. MOLINA III

### **CERTIFICATE OF SERVICE**

  I hereby certify that on the 21ST day of November, 2024, I electronically filed the foregoing Notice of Vacation to the Court via electronic mail to the following:

Christen Mason Hebert
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701      Email:  chebert@ij.org

Joshua Windham*      Email: jwindham@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
*Attorneys for Plaintiff*
*Admitted Pro Hae Vice

Blair J. Leake
Wright & Greenhill, P.C.    Email: BLeake@w-g.com
4700 Mueller Blvd, Suite 200
Austin, Texas 78723
*Attorney for Defendant Joel Babb*

ROBERT W. PIATT III
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205   Email: robert.piatt@bexar.org

          /s/ Charles S. Frigerio
         CHARLES S. FRIGERIO