# WRIGHT & GREENHILL, P.C.
### ATTORNEYS AT LAW

4700 MUELLER BLVD., STE. 200　　　　　　　　　　　　　　　　　TELEPHONE 512/476-4600
AUSTIN, TEXAS 78723　　　　　　　　　　　　　　　　　　　　　FACSIMILE  512/476-5382
P.O. BOX 2166 ♦ 78768　　　　　　　　　　　　　　　　　　　　DIRECT DIAL 512/708-5255

STEPHEN B. BARRON　　　　　　　　　　　　　　　　　　　　　　sbarron@w-g.com

February 10, 2025

**Via Certified Mail (CMRRR):**  9589 0710 5270 1811 4881 83
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

RE: Case No. 5:23-cv-00706-OLG-RBF; *Alek Schott v. Joel Babb, Martin A. Molina III, Javier Salazar, and Bexar County, Texas*, in the United States District Court for the Western District of Texas, San Antonio Division

To the Clerk of the Court:

Enclosed please find one (1) USB zip drive which contains Defendant Joel Babb's **Video Exhibit 5 (Dkt. 97-5)** which was filed as an attachment to his Response in Opposition to Plaintiff Schott's Partial Motion to Strike the Testimony of Interdiction Expert Gary Haston **(Dkt. 97)** on February 10, 2025:

　　**97-5.**  Ex. 5 – Schott's Dash Cam.mp4

If you have any questions or wish to discuss this matter further, please contact me at your convenience.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　WRIGHT & GREENHILL, P.C.

　　　　　　　　　　　　　　　　　　　By: *Stephen B. Barron*
　　　　　　　　　　　　　　　　　　　　　 Stephen B. Barron

Enclosure – (1) USB Drive

*Schott v. Babb, et al.*
February 10, 2025
Page 2 of 2

cc:     *Via E-Mail to all Counsel of record on February 7, 2025, with Dropbox Link to Video Exhibit 5 (Dkt. 97-5):*

Christen M. Hebert
chebert@ij.org
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 970
Austin, TX 78701
**-AND-**
Joshua A. Windham
jwindham@ij.org
Will Aronin
waronin@ij.org
Joshua A. Fox
jfox@ij.org
**INSTITUTE FOR JUSTICE**
901 N. Glebe Road, Suite 900
Arlington, VA 22203

**COUNSEL FOR PLAINTIFF**


Charles S. Frigerio
csf@frigeriolawfirm.com
Hector X. Saenz
hxs@frigeriolawfirm.com
Charles A. Frigerio
charlie@frigeriolawfirm.com
**LAW OFFICES OF CHARLES S. FRIGERIO**
111 Soledad, Suite 465
San Antonio, Texas 78205

**COUNSEL FOR DEFENDANTS**
**BEXAR COUNTY AND MARTIN A. MOLINA III**