UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-CV-00706-OLG-RBF |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
CLAIMS AGAISNT DEFENDANT JOEL BABB**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Alek Schott files this unopposed motion to dismiss his claims against Defendant Joel Babb ("Deputy Babb") from the above-styled suit with prejudice. Alek maintains that Deputy Babb violated the Fourth Amendment, Deputy Babb's conduct violated of clearly established law, and Deputy Babb is not entitled to qualified immunity. In dismissing his claims against Deputy Babb, Alek is simply exercising his prerogative over what claims to litigate and against which defendants. Alek and Deputy Babb agree that the parties shall each bear their own costs and fees.

Alek respectfully requests that the Court (1) dismiss the claims against Deputy Babb with prejudice; and (2) remove "JOEL BABB, in his individual and official capacity;" from the case style.

1

Dated: February 12, 2025.                                    Respectfully submitted,

/s/ Christen M. Hebert
**Christen M. Hebert**
(TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

**Joshua A. Windham\*** (NC Bar No. 51071)
**William R. Aronin\*** (NY State Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org

\*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert