UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants*. | Civil Action No. 5:23-CV-00706-OLG-RBF |

## PLAINTIFF'S MOTION TO WITHDRAWAL JOSHUA A. FOX AS CO-COUNSEL

Pursuant to Local Rule AT-3, Plaintiff Alek Schott respectfully moves the Court to withdraw Joshua A. Fox as co-counsel in the above-captioned case. Christen Mason Hebert of the Institute for Justice remains lead counsel for Alek.

Mr. Fox no longer works at the Institute for Justice and no longer represents Alek, who consents to his withdrawal.

Alek respectfully requests that the Court withdraw Joshua A. Fox as co-counsel in this case.

Dated: February 12, 2025.  Respectfully submitted,

/s/ Christen M. Hebert
**Joshua A. Windham*** (NC Bar No. 51071)        **Christen M. Hebert**
**William R. Aronin*** (NY State Bar No. 4820031)  (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE                              INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900                       816 Congress Avenue, Suite 970
Arlington, VA 22203                                Austin, TX 78701
(703) 682-9320                                     (512) 480-5936
jwindham@ij.org                                    chebert@ij.org
waronin@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert
