**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PARTIALLY STRIKE THE TESTIMONY OF DEFENDANT JOEL BABB'S EXPERT GARY D. HASTON**

# EXHIBIT E

*Babb Deposition Supplement*

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION
 3
     ALEK SCHOTT,                       §
 4         Plaintiff,                   §
                                        §
 5                                      §
     VS.                                §
 6                                      §
     JOEL BABB, in his individual       §   CIVIL ACTION NO.
 7   and official capacity;             §   5:23-cv-00706-OLG-RBF
     MARTIN A. MOLINA III, in his       §
 8   individual and official            §
     capacity; JAVIER SALAZAR, in       §
 9   his individual and official        §
     capacity; and BEXAR COUNTY,        §
10   TEXAS,                             §
           Defendants.                  §
11
12        ---------------------------------------------
13                    ORAL DEPOSITION OF
14                        JOEL BABB
15                      JULY 15, 2024
16        ---------------------------------------------
17            ORAL DEPOSITION of JOEL BABB, produced as a
18   witness at the instance of the Plaintiff(s), and duly
19   sworn, was taken in the above-styled and numbered cause
20   on July 15, 2024, from 9:22 a.m. to 5:19 p.m., before
21   Molly Carter, Certified Shorthand Reporter in and for the
22   State of Texas, reported by machine shorthand, at the Law
23   Offices of Charles S. Frigerio, 111 Soledad, Suite 465,
24   San Antonio, Texas, pursuant to the Federal Rules of
25   Civil Procedure.
```

```
 1                    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF(S):
            Ms. Christen M. Hebert
 4          Mr. Jeffrey Rowes
            INSTITUTE FOR JUSTICE
 5          816 Congress Avenue, Suite 970
            Austin, Texas 78701
 6          (512) 480-5936
            chebert@ij.org
 7          jrowes@ij.org
 8
      FOR THE DEFENDANT(S) JOEL BABB:
 9          Mr. Blair J. Leake
            WRIGHT & GREENHILL, PC
10          4700 Mueller Boulevard, Suite 200
            Austin, Texas 78723
11          (512) 476-4600
            bleake@w-g.com
12
13    FOR THE BEXAR COUNTY DEFENDANT(S):
            Mr. Charles S. Frigerio
14          Mr. Hector X. Saenz
            LAW OFFICES OF CHARLES S. FRIGERIO P.C.
15          111 Soledad, Suite 465
            San Antonio, Texas 78205
16          (210) 271-7877
            csf@frigeriolawfirm.com
17
18
19
20
21
22
23
24
25
```

Page 146

1   you drive your vehicle; is that correct?
2       A   Yes, ma'am.
3       Q   Then you turn on your lights; is that also
4   correct?
5       A   Yes, ma'am.
6       Q   So that's the kind of the timeline of events?
7       A   Yes.
8       Q   Okay.  Before we get much further, help me
9   understand Kiki.
10      A   Okay.
11      Q   Do you know Kiki -- did you know Kiki's real
12  name?
13      A   No.  I believe that might be his name.  I've
14  heard him called that numerous times.  Again, he's just
15  the, the Fusion Center guy on that, the WhatsApp.
16      Q   Sure.
17      A   I don't know him.
18      Q   And had you ever met Kiki before?
19      A   If I had -- I may have, but I don't know.  And
20  the reason I say that is I've been on so many operations,
21  when we hit those houses I'm talking about with the
22  different units, a lot of guys from -- I've been in
23  meetings where there's just tons of people talking, but I
24  don't -- like, again, me and these people aren't, we're
25  not close.

1  Q   Sure.
2  A   It was business.
3  Q   Yeah.  And you would say like that this is an
4  important conversation, right?
5  A   Yes.
6  Q   And you're trying to be really precise --
7  A   Yes.
8  Q   -- in this conversation.  Is that fair?
9  A   Yes.  Are you talking about the conversation --
10 Q   That we're having, you and I, right now.
11 A   I'm trying to be, yes.
12 Q   Yeah.  So I'm just trying to get a sense of
13 that.  So you could have met Mr. Kiki, Kiki, at some
14 point, but you can't say for certain yes or no; is that
15 correct?
16 A   That is correct.
17 Q   And you don't want to be making a mistake.
18 A   No.  Because the only thing I can tell you --
19 and the reason I'm sounding so vague is because one thing
20 I do know about Kiki when I hear him on the phone, he had
21 a very thick Hispanic accent, and his voice sounded
22 familiar to me, but I don't know if it's from a -- I
23 just -- I remember when I was talking to him thinking in
24 my head like his voice sounded familiar.
25 Q   And that's okay.  And like you don't --

Page 148

1   essentially, if I can give you a snapshot, you don't want
2   it to come out later that you had actually met Kiki at
3   some point and then be accused of lying.  Is that fair?
4       A    Absolutely.
5       Q    Right.  And so you're just, you know, being,
6   you know, careful about your words, not committing to
7   anything because you just don't want to make a mistake.
8            MR. LEAKE:  Objection, form.
9       A    I do not know if I've met him.
10      Q    (By Ms. Hebert) Yeah.
11      A    I can't answer that question, because I
12  didn't -- what I'm saying is I haven't shaken anybody's
13  hand and said, "Hi, how are you doing?  I'm Joel."  "Hi,
14  how are you doing?  I'm Kiki."  So that's why --
15      Q    No, I totally understand.
16      A    -- I just recognize his voice, ma'am.
17      Q    I totally understand.  And so you're just --
18  you can't say yes, you can't say no, because you want to
19  be 100 percent correct.
20      A    Yes, ma'am.
21      Q    So do you know if Kiki was a law enforcement
22  officer?
23      A    If he works at a Fusion Center, yes --
24      Q    Okay.
25      A    -- he should be.  He's either that or Border

Page 149

1  Patrol or -- if I understand correctly, because I've
2  never been in one, a Fusion Center actually consists of
3  federal and law enforcement type units.  There's DEA
4  guys, Homeland Security, and it's -- from what I
5  understand, it's everybody in those buildings.
6       Q    Sure.  And you had never been to the Laredo
7  Fusion Center?
8       A    No, ma'am.
9       Q    Could the Laredo Fusion Center have private
10 individuals who work there?
11      A    Possibly.  Again, I don't know what the layout
12 is.  I just know it's one of our bases of people that we
13 do get for missions, a lot of information from.
14      Q    Sure. And you couldn't pick Mr. Kiki out in
15 like a line of people.  You wouldn't know who he was if
16 there was like a lineup?
17      A    No, ma'am, not off of face.  Like I said, it
18 was the voice that sounds familiar when I talk to him.
19      Q    Sure.  And how many times would you say you had
20 spoken to Mr. Kiki?  I'm going to call him Mr. Kiki
21 because I feel like that's respectful.
22      A    Yeah.
23      Q    But if not, let me know.  How many times had
24 you spoken to Mr. Kiki?
25      A    Just that day.  Just that day.  I don't think

```
                                                              Page 323
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION
 3
      ALEK SCHOTT,                        §
 4         Plaintiff,                     §
                                          §
 5                                        §
      VS.                                 §
 6                                        §
      JOEL BABB, in his individual        §   CIVIL ACTION NO.
 7    and official capacity;              §   5:23-cv-00706-OLG-RBF
      MARTIN A. MOLINA III, in his        §
 8    individual and official             §
      capacity; JAVIER SALAZAR, in        §
 9    his individual and official         §
      capacity; and BEXAR COUNTY,         §
10    TEXAS,                              §
           Defendants.                    §
11
12                       - - - - - -
13               REPORTER'S CERTIFICATION
14             ORAL DEPOSITION OF JOEL BABB
15                    JULY 15, 2024
16                       - - - - - -
17       I, MOLLY CARTER, Certified Shorthand Reporter in and
18    for The State of Texas, hereby certify to the following:
19         That the witness, JOEL BABB, was duly sworn by the
20    officer and that the transcript of the oral deposition is
21    a true record of the testimony given by the witness;
22         I further certify that pursuant to FRCP Rule
23    30(e)(1), that the signature of the deponent:
24         _XX_ was requested by the deponent or a party before
25    the completion of the deposition and returned within 30
```

Page 324

1   days from date of receipt of the transcript.  If
2   returned, the attached Changes and Signature Page
3   contains any changes and the reasons therefor;
4   ____ was not requested by the deponent or a party
5   before the completion of the deposition.
6        I further certify that I am neither attorney nor
7   counsel for, related to, nor employed by any of the
8   parties to the action in which this testimony was taken.
9   Further, I am not a relative or employee of any attorney
10  of record in this cause, nor do I have a financial
11  interest in the action.
12       Certified to by me on this 25th day of July 2024.
13
14
15
16
                    <%signature%>
17                  MOLLY CARTER, CSR NO. 2613
                    Expires:  04/30/2024
18
                    Veritext Legal Solutions
19                  Firm Registration No. 571
                    300 Throckmorton, Suite 1600
20                  Fort Worth, Texas  76102
                    800-336-4000
21
22
23
24
25