**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PARTIALLY STRIKE THE TESTIMONY OF DEFENDANT JOEL BABB'S EXPERT GARY D. HASTON**

# EXHIBIT F

*Haston Deposition Supplement*

```
                                                            Page 1
 1               UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION
 3     ALEK SCHOTT,                    )
           Plaintiff,                  )
 4                                     )
       v.                              ) Civil Action No.
 5                                     ) 5:23-cv-00706-OLG-RBF
       JOEL BABB, in his individual    )
 6     and official capacity;          )
       MARTIN A. MOLINA III, in his    )
 7     individual and official         )
       capacity; JAVIER SALAZAR,       )
 8     in his individual and           )
       official capacity; and BEXAR    )
 9     COUNTY, TEXAS,                  )
           Defendants.                 )
10
11
12     **************************************************
                        ORAL DEPOSITION OF
13
                           GARY HASTON
14
                         JANUARY 10, 2025
15     **************************************************
16           ORAL DEPOSITION OF GARY HASTON, produced as a
17     witness at the instance of the Plaintiff, and duly
18     sworn, was taken in the above-styled and numbered cause
19     on January 10, 2025, from 9:07 a.m. to 4:46 p.m.,
20     before Donna Wright, CSR in and for the State of Texas,
21     reported by machine shorthand, at the LAW OFFICES OF
22     WRIGHT & GREENHILL, P.C., 4700 Mueller, Austin, Texas,
23     pursuant to the Federal Rules of Civil Procedure and
24     the provisions stated on the record or attached hereto.
25
```

```
                                                                Page 2
 1                        A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3       Mr. Joshua A. Windham
         Ms. Christen M. Hebert
 4       INSTITUTE FOR JUSTICE
         816 Congress Avenue
 5       Suite 970
         Austin, Texas 78701
 6       (512) 480-5936
         chebert@ij.org
 7
             -and-
 8
         Mr. Joshua A. Windham
 9       Mr. Joshua Z. Fox
         Institute for Justice
10       901 North Glebe Road, Suite 900
         Arlington, VA  22203
11       (703) 682-9320
         jwindham@ij.org
12       jfox@ij.org
13
     FOR THE DEFENDANT JOEL BABB:
14       Mr. Stephen Barron
         WRIGHT & GREENHILL, P.C.
15       4700 Mueller Boulevard
         Suite 200
16       Austin, Texas 78723
         (512) 200-9697
17       sbarron@w-g.com
18
     FOR THE DEFENDANTS MARTIN A. MOLINA III
19   AND BEXAR COUNTY, TEXAS:
         Mr. Hector X. Saenz (via Zoom)
20       LAW OFFICES OF CHARLES S. FRIGERIO
         111 Soledad Street
21       Suite 840
         San Antonio, Texas 78205
22       (210) 271-7877
         csfrigeriolaw@sbcglobal.net
23
24
25
```

Page 238

1    information" in your report, you're using that term
2    because you didn't know who the source of the
3    information is.  Is that fair?
4         A.   That's fair.
5         Q.   Okay.  Who is Kiki?
6         A.   I have no idea.
7         Q.   Okay.  Do you know what the Laredo Fusion
8    Center is?
9         A.   Uh-huh.  So not necessarily the Laredo Fusion
10   Center, but what a fusion center is, is where
11   information, intelligence --
12        Q.   Sure, sure.  And I'm not asking you what a
13   fusion center is more generally, but do you know what
14   the Laredo Fusion Center is specifically?
15        A.   Not unless it's one of the fusion centers
16   within the network.
17        Q.   Sure.  Did you do anything to evaluate whether
18   the Laredo Fusion Center exists?
19        A.   I'm certain they have one, but no.
20        Q.   Okay.  Did you do anything to learn who Kiki
21   was?
22        A.   No, ma'am.
23        Q.   Okay.  As you sit here today, do you know if
24   Kiki was a law enforcement officer?
25        A.   I do not.

```
                                                          Page 274
 1              UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION
 3   ALEK SCHOTT,                    )
         Plaintiff,                  )
 4                                   )
     v.                              ) Civil Action No.
 5                                   ) 5:23-cv-00706-OLG-RBF
     JOEL BABB, in his individual    )
 6   and official capacity;          )
     MARTIN A. MOLINA III, in his    )
 7   individual and official         )
     capacity; JAVIER SALAZAR,       )
 8   in his individual and           )
     official capacity; and BEXAR    )
 9   COUNTY, TEXAS,                  )
         Defendants.                 )
10
11
            REPORTER'S CERTIFICATION OF THE ORAL
12               DEPOSITION OF GARY HASTON
                    JANUARY 10, 2025
13
14          I, Donna Wright, a Certified Shorthand
15   Reporter and Notary Public in and for the State of
16   Texas, hereby certify to the following:
17          That the witness, GARY HASTON, was duly
18   sworn by the officer and that the transcript of the
19   oral deposition is a true record of the testimony given
20   by the witness;
21          That the original deposition was delivered to
22   Ms. Stephen Barron;
23          That a copy of this certificate was served on
24   all parties and/or the witness shown herein on
25   _____;
```

Page 275

1        I further certify that pursuant to FRCP Rule
2  30(3) that the signature of the deponent:
3        __X__ was requested by the deponent or a party
4  before the completion of the deposition and that the
5  signature is to be before any notary public and
6  returned within 30 days from date of receipt of the
7  transcript.  If returned, the attached Changes and
8  Signature page contains any changes and the reasons
9  therefore:
10       ____ was not requested by the deponent or a
11  party before the completion of the deposition.
12       I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties or
14  attorneys in the action in which this proceeding was
15  taken, and further that I am not financially or
16  otherwise interested in the outcome of the action.
17       Certified to by me on this, the 14th day of
18  January, 2025.
19
20
21
22  DONNA WRIGHT, Texas CSR 1971
     Expiration Date:  11/30/26
23  VERITEXT LEGAL SOLUTIONS
     300 Throckmorton Street
24  Ft. Worth, Texas 76102
     Firm Registration No. 571
25