**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PARTIALLY STRIKE THE TESTIMONY OF DEFENDANT JOEL BABB'S EXPERT GARY D. HASTON**

# EXHIBIT G

*Gamboa Deposition, Vol. 1*

Page 1

1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
2                       SAN ANTONIO DIVISION
3       ALEK SCHOTT,                )
                    PLAINTIFF,      )
4                                   )
        VS.                         )
5                                   )
        JOEL BABB, IN HIS           )
6       INDIVIDUAL AND OFFICIAL     )   CIVIL ACTION NO.
        CAPACITY; MARTIN A.         )   5:23-CV-00706-OLG-RBF
7       MOLINA III, IN HIS          )
        INDIVIDUAL AND OFFICIAL     )
8       CAPACITY; JAVIER SALAZAR,   )
        IN HIS INDIVIDUAL AND       )
9       OFFICIAL CAPACITY; AND      )
        BEXAR COUNTY, TEXAS,        )
10                  DEFENDANTS.     )
       ***********************************************************
11                      ORAL DEPOSITION OF
12                   SERGEANT PETER GAMBOA
13                       July 23, 2024
14     ***********************************************************
15
16            ORAL DEPOSITION of SERGEANT PETER GAMBOA,
17     produced as a witness at the instance of the Plaintiff,
18     and duly sworn, was taken in the above-styled and
19     numbered cause on the 23rd day of July, 2024, from
20     9:29 a.m. to 4:46 p.m., before Anica Diaz, CSR, RPR,
21     CRR, in and for the State of Texas, reported by machine
22     shorthand, at the Law Offices of Charles S. Frigerio,
23     111 Soledad Street, Suite 465, San Antonio, Texas,
24     pursuant to the Federal Rules of Civil Procedure and the
25     provisions stated on the record or attached.

```
                                                              Page 2

 1                    A P P E A R A N C E S
 2     COUNSEL FOR THE PLAINTIFF:
 3              MS. CHRISTEN M. HEBERT
                INSTITUTE FOR JUSTICE
 4              816 Congress Avenue, Suite 970
                Austin, Texas 78701
 5              Tel: (512) 480-5936
                chebert@ij.org
 6
                MR. JOSHUA A. WINDHAM
 7              INSTITUTE FOR JUSTICE
                901 North Glebe Road, Suite 900
 8              Arlington, Virginia 22203
                Tel: (703) 682-9320
 9              jwindham@ij.org
10
       COUNSEL FOR THE DEFENDANTS:
11
                MR. CHARLES S. FRIGERIO
12              MR. CHARLES A. FRIGERIO
                LAW OFFICES OF CHARLES S. FRIGERIO, P.C.
13              111 Soledad Street, Suite 465
                San Antonio, Texas 78205
14              Tel: (210) 271-7877
                csfrigeriolaw@sbcglobal.net
15              firm@frigeriolawfirm.com
16
       COUNSEL FOR DEFENDANT JOEL BABB:
17
                MR. RYAN ELLSWORTH
18              WRIGHT & GREENHILL, PC
                4700 Mueller Boulevard, Suite 200
19              Austin, Texas 78723
                Tel: (512) 476-4600
20              rellsworth@w-g.com
21
       ALSO PRESENT:
22
                Mr. Hector Saenz
23
24
25
```

1    Q.   Okay.  But you were aware that criminal
2    interdiction deputies placed drivers in the front seat
3    of their vehicles; is that right?
4    A.   Yes, ma'am.  Yes, ma'am.
5    Q.   And you never told them that they should not do
6    that; is that correct?
7    A.   Correct.  Correct.
8    Q.   And at the time that you were the sergeant over
9    the criminal interdiction unit, you didn't conduct
10   traffic stops as part of your daily duties; is that
11   right?
12   A.   Correct.
13   Q.   Okay.  I think you can put that away.
14   A.   Okay.
15   Q.   I just have one more topic to just ask you
16   about.
17   A.   Sure.
18   Q.   Have you ever heard of the Laredo Fusion
19   Center?
20   A.   I have not.
21   Q.   And have you ever heard or know -- do you know
22   an law enforcement officer named Kiki, that goes by the
23   name of Kiki?
24   A.   No.
25   Q.   So you wouldn't know if there was a law

```
 1    enforcement officer named Kiki?
 2         A.   (Witness shakes head.)
 3         Q.   Okay.
 4              MR. FRIGERIO:  That's a no?
 5         A.   No.  Sorry.
 6         Q.   (By Ms. Hebert)  No, that's okay.  I forget
 7    sometimes too.
 8              And to your knowledge, the sheriff's office
 9    has worked with a fusion center in El Paso; is that
10    right?
11         A.   Correct.
12         Q.   Are there any other fusion centers in the
13    Valley area that the Bexar County Sheriff's Office has
14    worked with?
15         A.   Not that I know of.
16              MS. HEBERT:  Okay.  Any other questions?
17    Okay.  We don't have any other questions at this time.
18    But I am going to raise some production issues.  We're
19    here on --
20              MR. FRIGERIO:  We can do that.  I might
21    have some questions for him.
22              MS. HEBERT:  For --
23              MR. FRIGERIO:  For Sergeant.
24              MS. HEBERT:  Sure.  But I'm still going to
25    raise these production issues now and then we can pass
```

Page 254

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                      SAN ANTONIO DIVISION
 3     ALEK SCHOTT,                  )
                                     )
 4              PLAINTIFF,           )
                                     )
 5     VS.                           )
                                     )
 6     JOEL BABB, IN HIS             )
       INDIVIDUAL AND OFFICIAL       )    CIVIL ACTION
 7     CAPACITY; MARTIN A.           )        NO.
       MOLINA III, IN HIS            )    5:23-CV-00706-OLG-RBF
 8     INDIVIDUAL AND OFFICIAL       )
       CAPACITY; JAVIER SALAZAR,     )
 9     IN HIS INDIVIDUAL AND         )
       OFFICIAL CAPACITY; AND        )
10     BEXAR COUNTY, TEXAS,          )
                                     )
11              DEFENDANTS.          )
12     ***********************************************************
13                    REPORTER'S CERTIFICATION
                DEPOSITION OF SERGEANT PETER GAMBOA
14                         July 23, 2024
15           I, Anica Diaz, Certified Shorthand Reporter in
       and for the State of Texas, hereby certify to the
16     following:
17           That the witness, SERGEANT PETER GAMBOA, was
       duly sworn by the officer and that the transcript of the
18     oral deposition is a true record of the testimony given
       by the witness;
19
             I further certify that pursuant to FRCP Rule
20     30(f)(1) that the signature of the deponent:
21       __X__ was requested by the deponent or a party
       before the completion of the deposition and that the
22     signature is to be before any notary public and returned
       within 30 days from date of receipt of the transcript.
23     If returned, the attached Changes and Signature Page
       contains any changes and the reasons therefor;
24
         ____ was not requested by the deponent or a party
25     before the completion of the deposition.
```

1        I further certify that I am neither counsel
   for, related to, nor employed by any of the parties or
2  attorney in the action in which this proceeding was
   taken, and further that I am not financially or
3  otherwise interested in the outcome of the action.
4        Certified to by me this 9th day of
   August, 2024.

8        Anica Diaz, Texas CSR(8021), RPR, CRR
         Expiration Date:  08-31-24
9        Veritext Legal Solutions
         Firm Registration No. 571
10       300 Throckmorton Street, Suite 1600
         Fort Worth, Texas 76102