**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PARTIALLY STRIKE THE TESTIMONY OF DEFENDANT JOEL BABB'S EXPERT GARY D. HASTON**

# EXHIBIT H

*Gereb Deposition, Vol. 2*

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION
 3
     ALEK SCHOTT,                )
 4        Plaintiff              )
                                 )
 5   VS.                         )  CIVIL ACTION NO.
                                 )  5:23CV-00706-OLG-RBF
 6   JOEL BABB, in his           )
     individual and official     )
 7   capacity; MARTIN A.         )
     MOLINA, III, in his         )
 8   individual and official     )
     capacity; JAVIER            )
 9   SALAZAR, in his             )
     individual and official     )
10   capacity; and BEXAR         )
     COUNTY, TEXAS               )
11        Defendants             )
12
              ORAL DEPOSITION OF JOE GEREB
13                  AUGUST 1, 2024
                      VOLUME 2
14
15       ORAL DEPOSITION OF JOE GEREB, produced as a witness
16   at the instance of the Plaintiff and duly sworn, was
17   taken in the above styled and numbered cause on
18   Thursday, August 1, 2024, from 1:30 p.m. to 4:40 p.m.
19   before Janalyn Elkins, CSR, in and for the State of
20   Texas, reported by computerized stenotype machine, at
21   the offices of Charles S. Frigerio, 111 Soledad, Suite
22   465, San Antonio, Texas, pursuant to the Federal Rules
23   of Civil Procedure and any provisions stated on the
24   record herein.
25
```

```
 1                    A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3       CHRISTIE HEBERT
         INSTITUTE OF JUSTICE
 4       816 Congress Avenue, Suite 960
         Austin, Texas  78701
 5       Tel:  (512) 480-5936
         chebert@ij.org
 6   - AND -
         JOSHUA WINDHAM
 7       INSTITUTE OF JUSTICE
         901 N. Glebe Road, Suite 900
 8       Arlington, Virginia 22203
         Tel:  (703) 682-9320
 9       Jwindham@ij.org
10   FOR THE DEFENDANT BEXAR COUNTY, TEXAS:
         CHARLES S..FRIGERIO
11       HECTOR SAENZ
         CHARLES A. FRIGERIO
12       LAW OFFICES OF CHARLES S. FRIGERIO, P.C.
         111 Soledad, Suite 465
13       San Antonio, Texas  78205
         Tel:  (210) 271-7877
14       csfrigeriolaw@sbcglobal.net
         Charlie@frigeriolawfirm.com
15
16   FOR THE DEFENDANT JOEL BABB:
         RYAN ELLSWORTH
17       WRIGHT & GREENHILL, P.C.
         4700 Mueller Boulevard, Suite 200
18       Austin, Texas  78723
         Tel:  (512) 476-4600
19       rellsworth@w-g.com
20
21
22
23
24
25
```

Page 59

1      A.   No.  Because Deputy Garza was already a part of
2  it and I believe Deputy Babb was as well --
3      Q.   Okay.
4      A.   -- and I think pretty much it was, like, kind
5  of oh, he's doing his job.
6      Q.   Okay.  Cool.  Have you ever heard of a law
7  enforcement officer named Kiki?
8      A.   Yes.
9      Q.   Okay.  Tell me about Kiki?
10     A.   I really don't remember.  I know a lot of the
11 information from WhatsApp was coming from him.
12     Q.   Did you know his name?
13     A.   No.
14     Q.   Do you know what entity he worked for?
15     A.   I don't recall.  There were so many different
16 agencies on that group.
17     Q.   Did you have any way of telling -- did you have
18 any way of confirming that the people on the WhatsApp
19 group were actually with a law enforcement agency?
20     A.   From my knowledge, you were not to be on that
21 group unless you were a law enforcement officer.
22     Q.   Sure.  I understand that.  But did you have any
23 way of verifying or checking?
24     A.   No, ma'am.
25     Q.   Have you ever heard of the Laredo Fusion

Page 60

1  Center?
2      A.  No, ma'am.
3              MS. HEBERT:  What time is it?
4              MR. WINDHAM:  2:40.
5              MS. HEBERT:  We've been going about an
6  hour.  Are you okay to take a break?
7              THE WITNESS:  I'm good to keep going.
8              MS. HEBERT:  Okay.  Well, then we can keep
9  going.  Do you need a break?  Okay, let's take a break.
10 Sorry, I know that you're ready to go, but I thought I
11 would just check to see if anybody needed to use the
12 rest room.
13             THE WITNESS:  I'm good to go but if you
14 guys need a break I'm fine.
15             MS. HEBERT:  I try to, like, remember to
16 check every, like, hour or so.
17             So, 10 minutes everybody?
18             MR. FRIGERIO:  We're off the record.
19             (Brief recess.)
20     Q.  (BY MS. HEBERT)  Okay.  We're back on the
21 record after a short restroom refresher.
22             And we're talking about the Northwest
23 Highway Group before we took a break.  You mentioned
24 yourself, Deputy Joseph Garza and Deputy Babb, who are
25 part of the Northwest Highway Group from Bexar County.

Page 140

1  REPORTER'S CERTIFICATION

   DEPOSITION OF JOE GEREB

2  TAKEN AUGUST 1, 2024

3       I, Janalyn Elkins, Certified Shorthand
4  Reporter in and for the State of Texas, hereby certify
5  to the following:
6       That the witness, JOE GEREB, was duly sworn by
7  the officer and that the transcript of the oral
8  deposition is a true record of the testimony given by
9  the witness;
10      That the original deposition was delivered to
11 CHRISTIE HEBERT;
12      That a copy of this certificate was served on
13 all parties and/or the witness shown herein on
14 _____.
15      I further certify that pursuant to FRCP No.
16 30(f)(i) that the signature of the deponent was
17 requested by the deponent or a party before the
18 completion of the deposition and that the signature is
19 to be returned within 30 days from date of receipt of
20 the transcript.  If returned, the attached Changes and
21 Signature Page contains any changes and the reasons
22 therefor.
23      I further certify that I am neither counsel
24 for, related to, nor employed by any of the parties in
25 the action in which this proceeding was taken, and

Page 141

1  further that I am not financially or otherwise
2  interested in the outcome of the action.
3           Certified to by me this 18th day of August
4    2024.
5
6                        *[signature: Janalyn Elkins]*
                         JANALYN ELKINS
7                        Texas CSR 3631
                         Expiration Date 1/31/2025
8                        Veritext Legal Solutions
                         300 Throckmorton Street, Suite 1600
9                        Fort Worth, Texas  76102
                         Firm Registration No. 571
10                       PH:  (817) 336-3042