# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § § § | |
| BEXAR COUNTY, TEXAS, | § | |
| *Defendant.* | § § § | |

## ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Defendant **BEXAR COUNTY** filed its designation of expert witnesses on November 4, 2024 [Dkt. 71] in accordance with this Court's scheduling order. Defendant Bexar County stated in the said designation that the defendant reserves the right to list any and all witnesses and experts listed by Plaintiff and/or Co-Defendant.

Defendant Bexar County has retained expert Gary Haston who was formerly retained by Defendant Joel Babb. Defendant Joel Babb and Defendant Martin Molina have been dismissed from this case pursuant to Rule 41, Fed. R. Civ. Proc.

Defendant Bexar County advises the Court of its retention of Co-Defendant Babb's expert Gary Haston. Defendant Bexar County asserts that the scope of Expert Haston's opinions remain as detailed in his expert report and deposition taken by Plaintiff's counsel. This advisory is made for the purpose of informing the Court that Defendant Bexar County's Counsel will be appearing at the March 5, 2025 hearing in response to Plaintiff's Motion to Strike Expert Haston.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY:   /s/ Charles S. Frigerio
      CHARLES S. FRIGERIO
      SBN:  07477500
      Email: csf@frigeriolawfirm.com

      HECTOR X. SAENZ
      SBN:  17514850
      Email: hxs@frigeriolawfirm.com

      CHARLES A. FRIGERIO
      SBN: 24140090
      NMBN: 161626
      Email: Charlie@Frigeriolawfirm.com
ATTORNEYS FOR BEXAR COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2025, I electronically filed the foregoing Advisory to the Court via electronic mail to the following:

Christen Mason Hebert
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701      Email:  chebert@ij.org

Joshua Windham*      Email: jwindham@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Attorneys for Plaintiff

      /s/ Charles S. Frigerio
      CHARLES S. FRIGERIO