**Brenda Trujillo**

**From:** Caroline Swift
**Sent:** Monday, March 3, 2025 9:58 AM
**To:** TXWDml_All Staff DC Docketing San Antonio
**Subject:** FW: 5:23-cv-00706, Schott v. Babb et al., 3.5.25 Hearing

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Good morning!

Could you please file the below email in 5:23-cv-706 as "Plaintiff's Motion for Remote Hearing"? Please let me know if you have any questions.

Thank you!



**Caroline Swift**
*Term Clerk to Honorable Richard B. Farrer*
*United States Magistrate Judge*
U.S. District Court
Western District of Texas
Office:     210-472-6357
caroline_swift@txwd.uscourts.gov
Click our seal to visit the Texas Western District Court website

**From:** Christie Hebert <chebert@ij.org>
**Sent:** Monday, March 3, 2025 7:07 AM
**To:** TXWDml_Chambers SA Judge Farrer <TXWDml_Chambers_SA_JudgeFarrer@txwd.uscourts.gov>
**Cc:** Charles Frigerio <csf@frigeriolawfirm.com>; Charlie Frigerio <charlie@frigeriolawfirm.com>; Joshua Windham <jwindham@ij.org>; Blair Leake <bleake@w-g.com>; Kendall Morton <kmorton@ij.org>; Julie Vasquez <jav@frigeriolawfirm.com>; Sam Houston <shouston@w-g.com>; Hector Saenz <hxs@frigeriolawfirm.com>
**Subject:** 5:23-cv-00706, Schott v. Babb et al., 3.5.25 Hearing

**CAUTION - EXTERNAL:**

Good morning,

I hope this email finds you well. I represent Alek Schott in *Schott v. Babb et al.*, Case No. 5:23-cv-00706. Our case appears to be set for an in-person hearing on Wednesday, March 5th at 1 pm (order attached for reference). Can you confirm that Judge Farrer would like the parties to appear in-person or is a Zoom hearing an option?

If the Court is open to a Zoom hearing, Plaintiff's counsel would appreciate the opportunity to appear virtually as some of Plaintiff's counsel will be traveling from Virgina.

Thank you,
Christie Hebert

1

**Christie Hebert**
Attorney
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX  78701
(512) 480-5936 ext. 703
apanju@ij.org
www.ij.org

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2