# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants*. | Civil Action No. 5:23-CV-00706-OLG-RBF |

## JOINT MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS AND SET A BRIEFING SCHEDULE

Plaintiff Alek Schott and Defendant Bexar County, Texas (the "Parties"[1]) respectfully request an extension of time to file dispositive motions and set a briefing schedule as follows:

1.     Pursuant to this Court's Third Amended Scheduling Order, the deadline to file dispositive motions is March 6, 2025. ECF No. 64. This case is set for a hearing on Plaintiff's motions to strike Defendant's experts on March 5, 2025. In setting that hearing, the Court indicated that the parties could seek relief from the Court regarding the dispositive motions deadline. ECF No. 99.

2.     The Parties request the Court extend the deadline to file dispositive motions and set a briefing schedule to accommodate litigation deadlines, trial dates, and scheduling conflicts as follows:

---

[1] Plaintiff's motions to dismiss Defendants Joel Babb and Martin A. Molina III (ECF Nos. 100 & 103) remaining pending at this time.

      a.    Dispositive Motions:    April 11, 2025;

      b.    Responses to Dispositive Motions:    April 30, 2025; and

      c.    Replies in Support of Dispositive Motions:  May 12, 2025.

3. The Parties do not seek this extension for purposes of delay, nor will this motion prejudice the Parties.

Dated: March 3, 2025.    Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF CHARLES S. FRIGERIO<br>A Professional Corporation<br>Riverview Towers<br>111 Soledad, Suite 465<br>San Antonio, Texas 78205<br>(210) 271-7877<br><br>BY:  /s/ Charles S. Frigerio<br>      CHARLES S. FRIGERIO<br>      SBN: 07477500<br>      Email: csf@frigeriolawfirm.com<br><br>      HECTOR X. SAENZ<br>      SBN: 17514850<br>      Email: hxs@frigeriolawfirm.com<br><br>      CHARLES A. FRIGERIO<br>      SBN: 24140090<br>      NMBN: 161626<br>      Email: Charlie@Frigeriolawfirm.com<br><br>ATTORNEYS FOR BEXAR COUNTY, TEXAS | /s/ Christen M. Hebert<br>**Christen M. Hebert** (TX Bar No. 24099898)<br>INSTITUTE FOR JUSTICE<br>816 Congress Avenue, Suite 970<br>Austin, TX 78701<br>(512) 480-5936<br>chebert@ij.org<br><br>**Joshua A. Windham*** (NC Bar No. 51071)<br>**William R. Aronin*** (NY State Bar No. 4820031)<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>(703) 682-9320<br>jwindham@ij.org<br>waronin@ij.org<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiff* |

2