# Brenda Trujillo

| | |
|---|---|
| From: | Caroline Swift |
| Sent: | Monday, March 3, 2025 11:31 AM |
| To: | Brenda Trujillo |
| Subject: | FW: 5:23-cv-00706, Schott v. Babb et al., 3.5.25 Hearing |

Hi Brenda,

Do you mind filing the below email from Charles Frigerio as the Response to that motion you're filing on the docket for me?

Really appreciate it! Thanks!



**Caroline Swift**
*Term Clerk to Honorable Richard B. Farrer*
*United States Magistrate Judge*
U.S. District Court
Western District of Texas
Office:    210-472-6357
caroline_swift@txwd.uscourts.gov
Click our seal to visit the Texas Western District Court website

**From:** Charles Frigerio <csf@frigeriolawfirm.com>
**Sent:** Monday, March 3, 2025 11:03 AM
**To:** Caroline Swift <Caroline_Swift@txwd.uscourts.gov>; Christie Hebert <chebert@ij.org>
**Cc:** Charlie Frigerio <charlie@frigeriolawfirm.com>; Joshua Windham <jwindham@ij.org>; Blair Leake <bleake@w-g.com>; Kendall Morton <kmorton@ij.org>; Julie Vasquez <jav@frigeriolawfirm.com>; Sam Houston <shouston@w-g.com>; Hector Saenz <hxs@frigeriolawfirm.com>
**Subject:** RE: 5:23-cv-00706, Schott v. Babb et al., 3.5.25 Hearing

**CAUTION - EXTERNAL:**

Defendant is not opposed.

Regards,

*Charles S. Frigerio*

Charles S. Frigerio | Attorney at Law | Law Offices of Charles S Frigerio PC
Riverview Towers | 111 Soledad, Ste 465 | San Antonio, TX | 78205
T: 210.271.7877 | F: 210.271.0602 | Email: csf@Frigeriolawfirm.com

1

   


ATTORNEY/CLIENT PRIVILEGED COMMUNICATION: ***CONFIDENTIALITY NOTICE***The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

**From:** Caroline Swift <Caroline_Swift@txwd.uscourts.gov>
**Sent:** Monday, March 3, 2025 9:44 AM
**To:** Christie Hebert <chebert@ij.org>
**Cc:** Charles Frigerio <csf@frigeriolawfirm.com>; Charlie Frigerio <charlie@frigeriolawfirm.com>; Joshua Windham <jwindham@ij.org>; Blair Leake <bleake@w-g.com>; Kendall Morton <kmorton@ij.org>; Julie Vasquez <jav@frigeriolawfirm.com>; Sam Houston <shouston@w-g.com>; Hector Saenz <hxs@frigeriolawfirm.com>
**Subject:** RE: 5:23-cv-00706, Schott v. Babb et al., 3.5.25 Hearing

Good morning,

The Court is amenable to a Zoom hearing. Is opposing counsel opposed to the request for virtual hearing?

I will file your email on the docket as a motion for remote hearing and the Court will enter an order on the motion by the end of the day today.

Best,



**Caroline Swift**
*Term Clerk to Honorable Richard B. Farrer*
*United States Magistrate Judge*
U.S. District Court
Western District of Texas
Office:    210-472-6357
caroline_swift@txwd.uscourts.gov
Click our seal to visit the Texas Western District Court website

**From:** Christie Hebert <chebert@ij.org>
**Sent:** Monday, March 3, 2025 7:07 AM
**To:** TXWDml_Chambers SA Judge Farrer <TXWDml_Chambers_SA_JudgeFarrer@txwd.uscourts.gov>
**Cc:** Charles Frigerio <csf@frigeriolawfirm.com>; Charlie Frigerio <charlie@frigeriolawfirm.com>; Joshua Windham <jwindham@ij.org>; Blair Leake <bleake@w-g.com>; Kendall Morton <kmorton@ij.org>; Julie Vasquez <jav@frigeriolawfirm.com>; Sam Houston <shouston@w-g.com>; Hector Saenz <hxs@frigeriolawfirm.com>
**Subject:** 5:23-cv-00706, Schott v. Babb et al., 3.5.25 Hearing

**CAUTION - EXTERNAL:**

Good morning,

I hope this email finds you well. I represent Alek Schott in *Schott v. Babb et al.*, Case No. 5:23-cv-00706. Our case appears to be set for an in-person hearing on Wednesday, March 5th at 1 pm (order attached for reference). Can you confirm that Judge Farrer would like the parties to appear in-person or is a Zoom hearing an option?

If the Court is open to a Zoom hearing, Plaintiff's counsel would appreciate the opportunity to appear virtually as some of Plaintiff's counsel will be traveling from Virgina.

Thank you,
Christie Hebert

**Christie Hebert**
Attorney
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX  78701
(512) 480-5936 ext. 703
apanju@ij.org
www.ij.org

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.