IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEK SCHOTT, | § § § | |
| *Plaintiff,* | § § § | 5:23-CV-00706-OLG-RBF |
| vs. | § § § | |
| JOEL BABB, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARTIN A MOLINAIII, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND  BEXAR COUNTY, TEXAS, | § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RE-SETTING HEARING

**IT IS ORDERED THAT** the March 5, 2025, in-person Motions Hearing **is RE-SET** for video teleconference. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy.

**IT IS SO ORDERED**.

SIGNED this 3rd day of March, 2025.

RICHARD B.  FARRER
UNITED STATES MAGISTRATE JUDGE