UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants*. | Civil Action No. 5:23-CV-00706-OLG-RBF |

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE
DISPOSITIVE MOTIONS AND SET A BRIEFING SCHEDULE**

Plaintiff Alek Schott and Defendant Bexar County, Texas (the "Parties"[1]) respectfully request an extension of time to file dispositive motions and a briefing schedule as follows:

1. Pursuant to this Court's Order to Extend Scheduling Order Deadlines, the deadline to file dispositive motions is April 11, 2025. ECF No. 108 (Text Order).

2. The Parties request the Court extend the deadline to file dispositive motions and set a briefing schedule to accommodate litigation deadlines, trial dates, scheduling conflicts, and the Court's pending decision on three motions to strike expert testimony, as follows:

    a. Dispositive Motions: June 11, 2025;

    b. Responses to Dispositive Motions: July 2, 2025; and

    c. Replies in Support of Dispositive Motions: July 16, 2025.

---

[1] Plaintiff's unopposed motions to dismiss Defendants Joel Babb and Martin A. Molina III (ECF Nos. 100 & 103) remain pending at this time.

1

3. The Parties do not seek this extension for purposes of delay, nor will this motion prejudice the Parties.

Dated: March 19, 2025.                                          Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF CHARLES S. FRIGERIO<br>A Professional Corporation<br>Riverview Towers<br>111 Soledad, Suite 465<br>San Antonio, Texas 78205<br>(210) 271-7877<br><br>BY:   /s/ Charles S. Frigerio<br>        CHARLES S. FRIGERIO<br>        SBN: 07477500<br>        Email: csf@frigeriolawfirm.com<br><br>        HECTOR X. SAENZ<br>        SBN: 17514850<br>        Email: hxs@frigeriolawfirm.com<br><br>        CHARLES A. FRIGERIO<br>        SBN: 24140090<br>        NMBN: 161626<br>        Email: Charlie@Frigeriolawfirm.com<br><br>ATTORNEYS FOR BEXAR COUNTY, TEXAS | /s/ Christen M. Hebert<br>**Christen M. Hebert** (TX Bar No. 24099898)<br>INSTITUTE FOR JUSTICE<br>816 Congress Avenue, Suite 970<br>Austin, TX 78701<br>(512) 480-5936<br>chebert@ij.org<br><br>**Joshua A. Windham\*** (NC Bar No. 51071)<br>**William R. Aronin\*** (NY State Bar No. 4820031)<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>(703) 682-9320<br>jwindham@ij.org<br>waronin@ij.org<br><br>\*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiff* |

2

## CERTIFICATE OF SERVICE

I certify that on March 19, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert
