UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS AND SET A BRIEFING SCHEDULE**

This matter comes before the Court on the Parties' Joint Motion to Extend the Deadline to File Dispositive Motions and Set a Briefing Schedule. The Court has reviewed the motion and finds that it should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that the following briefing schedule is set:

a. Dispositive Motions: June 11, 2025;

b. Responses to Dispositive Motions: July 2, 2025; and

c. Replies in Support of Dispositive Motions: July 16, 2025.

**SIGNED** this _____ day of _____, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE