**FILED**
April 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT,<br><br>*Plaintiff*,<br><br>v.<br><br>JOEL BABB, in his individual and official capacity; MARTIN A. MOLINA III, in his individual and official capacity; JAVIER SALAZAR, in his individual and official capacity; and BEXAR COUNTY, TEXAS,<br><br>*Defendants*. | Civil Action No. 5:23-CV-706-OLG-RBF |

## ORDER DISMISSING DEFENDANT JOEL BABB

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss Claims Against Defendant Joel Babb. The Court has reviewed Plaintiff's motion and finds that it should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that Plaintiff's claims against Defendant Joel Babb are **DISMISSED WITH PREJUDICE** and "JOEL BABB, in his individual and official capacity" shall be removed from the case style. The parties shall each bear their own fees and costs.

**SIGNED** this 8th day of April, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE