UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT<br><br>*Plaintiff,*<br><br>v.<br><br>BEXAR COUNTY, TEXAS,<br><br>*Defendants.* | Civil Action No. 5:23-CV-00706-OLG-RBF |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND SUMMARY JUDGMENT PAGE LIMIT BY FIVE PAGES

Plaintiff Alek Schott moves to extend the page limit for both parties' motions for summary judgment by five pages, and states as follows:

1. Under Local Rule 7(C)(2), all motions are limited to 20 pages "[u]nless otherwise authorized by the court."

2. To ensure the Court has the key facts and law in this case, Plaintiff requests that the Court extend the summary judgment page limit by five pages for both parties.

3. Plaintiff's counsel has made a good-faith effort to prepare a motion for summary judgment that meets the 20-page limit, but a 20-page motion risks depriving the Court of critical facts and law that will assist the Court in evaluating Plaintiff's summary judgment motion.

4. Plaintiff's counsel has conferred with Defendant's counsel and Defendant does not oppose this motion.

Accordingly, Plaintiff requests that the motion be granted and that the page limit for both parties' motions for summary judgment be extended by five pages, to 25 total pages.

| | |
|---|---|
| Dated: June 5, 2025. | Respectfully submitted,<br><br>/s/ Christen M. Hebert<br>**Christen M. Hebert**<br>(TX Bar No. 24099898)<br>INSTITUTE FOR JUSTICE<br>816 Congress Avenue, Suite 970<br>Austin, TX 78701<br>(512) 480-5936<br>chebert@ij.org<br><br>**Joshua A. Windham*** (NC Bar No. 51071)<br>**William R. Aronin*** (NY State Bar No. 4820031)<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>(703) 682-9320<br>jwindham@ij.org<br>waronin@ij.org<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiff* |

2

## CERTIFICATE OF SERVICE

I certify that on June 5, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert