**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
|     *Plaintiff,* § | |
| v. § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
|     *Defendant.* § | |

**DEFENDANT BEXAR COUNTY'S
MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT F**

PLAINTIFF ALEK SCHOTT'S TRUCK DASH CAM VIDEO.

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.