## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| § | |
| § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
| *Defendant.* § | |
| § | |

# **EXHIBIT G**

BODY WORN CAMERA FOOTAGE OF DEPUTY JOEL BABB
DEFENDANT BATES BC000502.

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.