**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| BEXAR COUNTY, TEXAS, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

# **EXHIBIT H**

BODY WORN CAMERA VIDEO OF DEPUTY MARTIN MOLINA III
(K-9 MAX HANDLER) DEFENDANT BATES BC000671.

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.