**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> §    Civil Action No.: 5:23-cv-706-OLG-RBF <br> § <br> BEXAR COUNTY, TEXAS, § <br> § <br> *Defendant.* § <br> § | |

**EXHIBIT I**

E<small>XCEL</small> S<small>PREADSHEET OF</small> B<small>EXAR</small> C<small>OUNTY</small> T<small>RAFFIC</small> S<small>TOPS</small>

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.