# B.C.S.O K9
## Certificate of Training

PRESENTED TO

### Martin A. Molina III

Has successfully completed 350 hours of Performance and Acedemic Training in

## Basic Narcotics & Patrol Handler Detection Course

January 5th 2021         March 11th 2021

DEF BATES BC007604

EXHIBIT 26
WIT: Molina
DATE:
Jazzmen Canales, CSR, RPR



Certificate of Achievement

NCATS

Presented To:

**Deputy Molina & K9 Max**

For fulfilling the NCATS Patrol and Narcotics Audit Standards

National Canine Audit Tracking System
May 2023

DEF BATES BC007605



# Certificate of Achievement
# NCATS

## Presented To:

# Deputy Molina & K9 Max

For fulfilling the NCATS Patrol and Narcotic Audit Standards

National Canine Audit Tracking System
May 2021

DEF BATES BC007606



*Certificate of Achievement*

**NCATS**

*Presented To:*

# Deputy Molina & K9 Max

For fulfilling the NCATS Patrol and Narcotics Audit Standards

National Canine Audit Tracking System
May 2022

DEF BATES BC007607

# K-9 Reliability and Experience Analysis

## *Bexar County Sheriff's Office*

Dates reported - 01/01/00 to 06/14/24

| K9 Deployment Statistics | | | | | |
|---|---|---|---|---|---|
| Team | Deployments | # of Arrests | Arrest Ratio | Evaluated Activities | Substantiated | Reiability |
| Max 2-Martin Molina | 225 | 108 | 48% | 156 | 140 | Narcotics 89.74% |
| | **225** | **108** | | **156** | **140** | |

| K-9 Deployment Types History | # | % |
|---|---|---|
| | (1) | 0.44% |
| Area Search | (4) | 1.78% |
| Attic/Crawl Space Search | (1) | 0.44% |
| Building Search | (2) | 0.89% |
| Call-Out Narcotics | (1) | 0.44% |
| Cell Search | (1) | 0.44% |
| Exterior Vehicle Scenting | (57) | 25.33% |
| Narcotics Area Sweep | (55) | 24.44% |
| Perimeter Containment | (15) | 6.67% |
| Suspect Search (Area) | (14) | 6.22% |
| Suspect Search (Building) | (3) | 1.33% |
| Take Down Arrest | (10) | 4.44% |
| Track | (2) | 0.89% |
| Vehicle Search | (59) | 26.22% |

| K9 Training Statistics | | | | | |
|---|---|---|---|---|---|
| Team | Training Sessions | Training Hours | Evaluated Activities | False Alerts | Reliability |
| Max 2-Martin Molina | 67 | 1215:7 | 309 | 1 | Narcotics 99.52% |

| K-9 Training Session Types History | # | % |
|---|---|---|
| Article Search Training | (1) | 0.68% |

Report created by KANINE Visual Pro software     Page 1 of 2

**DEF BATES BC 009012**

| | | |
|---|---|---|
| Certification | (2) | 1.37% |
| Classroom | (2) | 1.37% |
| Firearm Training | (1) | 0.68% |
| K9 Demonstration | (1) | 0.68% |
| Multi-Purpose | (30) | 20.55% |
| Narcotics Area Sweep | (1) | 0.68% |
| Narcotics Detection Training | (3) | 2.05% |
| Obedience Training | (5) | 3.42% |
| Tracking Training | (14) | 9.59% |
| Weekly Group Training | (86) | 58.90% |

## Tracking Statistics

| Team | Deployment Tracks | Distance | Success Rate | Training Tracks | Distance | Success Rate |
|---|---|---|---|---|---|---|
| Max 2-Martin Molina | 4 | 0.43 Miles | **75%** | 20 | 3.92 Miles | **80%** |
| | **4** | | | **20** | | |

## K9 Bite Statistics

| Team | Total Apprehensions | Bite Apprehensions | Bite Ratio |
|---|---|---|---|
| Max 2-Martin Molina | 16 | 5 | 31.25% |
| | **16** | **5** | |

## K-9 Deployment Finds History
NOTE: All items with a Unit Type of GM and OZ are converted to Lbs for totalling.

### K9 Max 2

| | |
|---|---|
| | 6.0000 |
| Cocaine | 52.1730 |
| Crystal Meth | 0.6810 |
| Heroin | 5.8870 |
| Marijuana | 88.7463 |
| Methamphetamine | 89.3507 |
| Other | 1.0000 |

DEF BATES BC 009013