# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 6

Page 1

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
2                    SAN ANTONIO DIVISION

3

    ALEK SCHOTT,                    §
4          Plaintiff,               §
                                    §
5                                   §
    VS.                             §
6                                   §
    JOEL BABB, in his individual    §   CIVIL ACTION NO.
7   and official capacity;          §   5:23-cv-00706-OLG-RBF
    MARTIN A. MOLINA III, in his    §
8   individual and official         §
    capacity; JAVIER SALAZAR, in    §
9   his individual and official     §
    capacity; and BEXAR COUNTY,     §
10  TEXAS,                          §
           Defendants.              §
11
              -------------------------------------------
12
                       ORAL DEPOSITION OF
13
                      AARON VON MULDAU
14        **As 30(b)(6) Representative of Bexar County**
15                     JULY 17, 2024
16            -------------------------------------------
17          ORAL DEPOSITION of AARON VON MULDAU, produced
18   as a witness at the instance of the Plaintiff(s), and
19   duly sworn, was taken in the above-styled and numbered
20   cause on July 17, 2024, from 9:31 a.m. to 3:42 p.m.,
21   before Molly Carter, Certified Shorthand Reporter in and
22   for the State of Texas, reported by machine shorthand, at
23   the Law Offices of Charles S. Frigerio, 111 Soledad,
24   Suite 465, San Antonio, Texas, pursuant to the Federal
25   Rules of Civil Procedure.

Page 2

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFF(S):
          Ms. Christen M. Hebert
4         INSTITUTE FOR JUSTICE
          816 Congress Avenue, Suite 970
5         Austin, Texas 78701
          (512) 480-5936
6         chebert@ij.org
7         Mr. Joshua A. Windham
          INSTITUTE FOR JUSTICE
8         901 North Glebe Road, Suite 900
          Arlington, Virginia 22203
9         (703) 682-9320
          jwindham@ij.org

10

11   FOR THE BEXAR COUNTY DEFENDANT(S):
          Mr. Charles S. Frigerio
12        Mr. Hector X. Saenz
          LAW OFFICES OF CHARLES S. FRIGERIO P.C.
13        111 Soledad, Suite 465
          San Antonio, Texas 78205
14        (210) 271-7877
          csf@frigeriolawfirm.com

15

16   FOR THE DEFENDANT(S) AARON VON MULDAU:
          Mr. Blair J. Leake (via Zoom)
17        WRIGHT & GREENHILL, PC
          4700 Mueller Boulevard, Suite 200
18        Austin, Texas 78723
          (512) 476-4600
19        bleake@w-g.com

20

21   ALSO PRESENT:
          Sergeant Pedro Gamboa
22        Sergeant Benjamin Olvera
          Sergeant John Turack

23

24

25

Page 3

1                        I N D E X

2

        Appearances ......................................    2

3

4    AARON VON MULDAU

            Examination by Ms. Hebert ....................    5

5

6    Signature and Changes ............................ 220

7    Reporter's Certificate ........................... 221

8

9

10

11

12                        EXHIBITS

13    NUMBER          DESCRIPTION                       PAGE

14    Exhibit 5     ...................................... 148

                3/16/22 Incident Detail Report

15

        Exhibit 8     ...................................... 165

16                SPEARS Incident Summary: BCS220059233

                Re: Alek Joseph Schott

17

        Exhibit 10    ...................................... 184

18                3/16/22 Incident Detail Report (with

                redactions)

19

        Exhibit 12    ......................................  58

20                3/16/22 Citation/Warning

21    Exhibit 14    ...................................... 121

                Bexar County Sheriff's Office Manual of

22                Policy and Procedure (as of 8/3/21)

23    Exhibit 16    ...................................... 156

                6/12/23 Request for Investigation, and

24                Report Documents

25

1    Exhibit 27  ....................................... 181
                 K-9 Deployment Detail Report
2
     Exhibit 46  ....................................... 162
3                Internal Affairs Investigation Report
4    Exhibit 53  .......................................  22
                 Bexar County Sheriff's Office
5                Organizational Chart
6    Exhibit 54  ....................................... 136
                 Babb Interdiction Training Documentation
7                and Certifications
8    Exhibit 55  ....................................... 149
                 6/26/24 Response to Grievance
9
     Exhibit 56  .......................................  13
10               Notice of 30(b)(6) Deposition to Bexar
                 County
11
     Exhibit 57  .......................................  57
12               Bexar County Citation Data Excel
                 Spreadsheet
13
     Exhibit 58  ....................................... 122
14               Bexar County Sheriff's Office Manual of
                 Policy and Procedure
15
     Exhibit 59  ....................................... 133
16               Conversation #32 from Cell Phone Examiner
17   Exhibit 60  ....................................... 196
                 6/21/23 Emails Re: Tickets, with
18               Attachment DepBabbCiteQ1Cy2022.pdf
19   Exhibit 61  ....................................... 197
                 Citations and Warnings from 1/10/2022 to
20               3/30/2022
21   Exhibit 62  ....................................... 203
                 Organized Crime Division Phone List
22
     Exhibit 63  ....................................... 204
23               Order Granting Plaintiff's Motion to
                 Compel
24
25

Page 5

```
 1                  THE REPORTER:  We are on the record.

 2                       AARON VON MULDAU,

 3      having been first duly sworn, testified as follows:

 4                    E X A M I N A T I O N

 5      BY MS. HEBERT:

 6          Q    Good morning.  I'm Christie Hebert and I

 7      represent the Plaintiff, Alek Schott, in this case.

 8      Today we are joined by several people.  This is my

 9      colleague, Josh Windham.

10              Your Counsel, the County's Counsel, Charles

11      Frigerio, is with us.

12              We have Molly, the court reporter, and she is

13      going to take down everything you say today.

14              We are also joined by -- I wrote this down

15      because I want to make sure I've got everybody's name

16      right.

17              Well, I'll just go by memory.  Officer Turack?

18              SERGEANT TURACK:  Yes, ma'am.

19              MS. HEBERT:  Officer Olvera?

20              SERGEANT OLVERA:  Yes, ma'am.

21              MS. HEBERT:  And Officer Gamboa?

22              SERGEANT GAMBOA:  Correct.

23              MS. HEBERT:  And I apologize if I don't get

24      everybody's rank.

25              THE WITNESS:  They're all sergeants.
```

Aaron Von Muldau                                                    July 17, 2024

                                                              Page 6

1              MS. HEBERT:  All sergeants.  That's helpful.

2        Q    (By Ms. Hebert) And what is your rank, sir?

3        A    Captain.

4        Q    I just want to make sure I address you

5    correctly.  So that's everybody we've got in the room.

6              We're going to have the usual stipulations

7    here.  By appearing here today, you're waiving any

8    objections or defects in your deposition notice.

9              And then by appearing here today, you're also

10   waiving any objections to Molly's qualifications as our

11   court reporter.

12       A    What do you mean by waiving my -- for

13   deposition notice?

14             MR. FRIGERIO:  Yeah, we'll just -- we're not

15   objecting to her as a court reporter.

16             THE WITNESS:  Oh, okay.

17       Q    (By Ms. Hebert) You're not objecting to her as

18   a court reporter and you're not objecting to the notice

19   of the deposition as deficient.

20       A    No, I'm here voluntarily.

21       Q    You're here, right.  Or on behalf of the

22   County.

23       A    Yes, ma'am.

24       Q    What is your full name?

25       A    Aaron Andrew von Muldau.

Page 7

```
 1        Q     And are you here today testifying on behalf of
 2   Bexar County?
 3        A     Bexar County Sheriff's Office, yes, ma'am.
 4        Q     And Bexar County, therefore, on top of --
 5        A     Yes.
 6        Q     -- the Bexar County Sheriff's Office?
 7        A     We fall under them.
 8        Q     And before I go on, I want to go over a couple
 9   of housekeeping matters.  Everybody who may testify today
10   might listen in and -- so we don't have to repeat this
11   multiple times.  Have you ever testified under oath
12   before?
13        A     Yes.
14        Q     Okay.  And when did you testify under oath?
15        A     Lots of times.
16        Q     Okay.  Can you tell me about that?
17        A     I've testified under oath as an officer, as a
18   witness in criminal case proceedings.  I've testified as
19   an officer under civil proceedings.  I've testified as a
20   supervisor.  I've testified numerous times as an
21   investigator, different roles under investigations.  And
22   the last time, I can't actually recall when I've
23   testified.  It's been a while.
24              I've been a supervisor or a mid level or higher
25   level supervisor since 2014.  So -- oh, you know what,
```

Aaron Von Muldau                                                    July 17, 2024

Page 8

1    that's not true.  Part of my duties as the executive

2    officer for the Sheriff's Office, I represent the County

3    in all civil and disciplinary proceedings that have

4    passed the Loudermill.  So I testify quite often in

5    discipline hearings and investigations against the

6    agency.

7         Q    Okay.  Thank you.  Have you ever had your

8    deposition taken before?

9         A    Yes.

10        Q    Okay.  How many times would you estimate?

11        A    Two to five.

12        Q    Okay.  So sounds like you're pretty familiar

13   with how a deposition goes in general.

14        A    It's been a long time, so if you want to go

15   over the rules, that would be fine.

16        Q    Okay.  Have you ever testified on behalf of

17   Bexar County before?

18        A    I have.

19        Q    Okay.  And you understand that you are under

20   oath today?

21        A    I do.

22        Q    And you swore to tell the truth, correct?

23        A    I do.

24        Q    And you understand that being under oath here

25   in Mr. Frigerio's office before Molly, the court

Aaron Von Muldau                                    July 17, 2024

Page 9

1    reporter, is the same oath as if you were in a courtroom

2    before a judge?

3        A    I do, ma'am.

4        Q    It's important that we have a clear record

5    today.  So that means it's important for me to ask clear

6    questions.  So if you do not understand a question that I

7    ask, please let me know.

8             And then by contrast, it's important that you

9    give clear, verbal answers.  So please do not nod your

10   head or say uh-huh or huh-uh, because that's very

11   difficult for the court reporter to capture on the

12   record.  And I'll do my best to help you navigate that

13   process.  Can you agree to do that?

14       A    I understand.

15       Q    Also, one thing that is a little bit

16   challenging is, please do not start answering a question

17   before I finish asking it.  And I'll do the same for you,

18   I'll try to avoid interrupting you.  I'll let you finish

19   your answer.  It's not quite a natural conversation,

20   because, you know, sometimes you know where the other

21   person is going and you want to just kind of jump in.  So

22   we'll do our best to take a pause.  Is that okay?

23       A    I understand.

24       Q    Otherwise, Molly -- as Blair likes to say,

25   Molly will throw a stapler at us.

Aaron von Muldau                                                      July 17, 2024

                                                                    Page 10

1              If you do not know the answer to a question, it

2     is okay to say so.  But if you do know the answer, you're

3     required to provide it.  And if you do not know the

4     answer to a question, I will try to ask you and help --

5     ask you to help me remember to ask -- to identify who the

6     right person is to answer that question for the County.

7     Understand?

8          A    Understood.

9          Q    The County's attorney, Mr. Frigerio, may state

10    an objection.  That does not mean that I've asked a bad

11    question.  You still have to answer the question, unless

12    Mr. Frigerio instructs you not to answer.

13             Mr. Frigerio is just stating an objection on

14    the record so that if we want to use the answer to the

15    question or the question later, Mr. Frigerio could argue

16    to the Court that the question was improper.  Do you

17    understand?

18         A    I understand.

19         Q    If you would like to take a break, have a

20    drink, or just getting tired, just let me know and we can

21    take a break.  I only ask that you ask to take a break

22    after we finish a question.  So not, not while a question

23    is pending.  You understand?

24         A    I understand.

25         Q    We're going to look at some documents today.

Aaron von Muldau                                                                July 17, 2024

Page 11

1    And you have the right to read those documents in their

2    entirety and understand them.  And if you need to take

3    more time with a document, we can take a break, again.

4              I'm going to call your attention to specific

5    parts of a document, just to expedite things, so we're

6    not here asking every question about the document ever.

7    But again, it is your right to read the document in its

8    entirety.  Do you understand?

9         A    I understand.

10        Q    And that goes for kind of the entire

11   conversation here.  I'm not looking to trick you or trap

12   you.  I'm looking to ask you questions, understand the

13   answer, and get clear answers on the record.  Do you

14   understand?

15        A    I understand.

16        Q    Is there any reason why you are not able to

17   give your fullest and best testimony today, such as you

18   took an impairing medication?

19        A    No.

20        Q    Did you have any alcohol this morning?

21        A    No, ma'am.

22        Q    Okay.  And are you generally feeling

23   clear-headed to testify?

24        A    I am.

25        Q    We're going to talk a lot about Bexar County

Aaron Von Muldau

July 17, 2024

Page 12

1    today.  And can we agree when I say "the County," I'm

2    referring to Bexar County?

3         A    I'm going to assume that you -- my

4    understanding when you say Bexar County is the umbrella

5    of the County.

6         Q    Right.

7         A    If you want something specific from the

8    Sheriff's Office, you will delineate that saying

9    specifically for the Sheriff's Office.

10        Q    Sure.  And when -- can we agree that when I say

11   "the Sheriff's Office," I mean the Bexar County Sheriff's

12   Office?

13        A    Yes, ma'am.

14        Q    And can we also agree that when I say

15   "Sheriff," I'm referring to the position of the Sheriff

16   of Bexar County?  Can we agree to that?

17        A    Yes, ma'am.

18        Q    Just trying to create like a shorthand so I

19   don't have to every time I ask a question say Bexar

20   County, the Sheriff's Office of Bexar County --

21        A    I --

22        Q    -- and the Sheriff of Bexar County.

23        A    I understand.

24        Q    I'm going to show you an exhibit.

25             MS. HEBERT:  Can you get Exhibit A for us?  And

Aaron Von Muldau                                        July 17, 2024

Page 13

1    we're going to mark this as Exhibit 56.

2            MR. FRIGERIO:  I've got one, Josh.

3            MR. WINDHAM:  You do have one?

4            MR. FRIGERIO:  Yeah.

5        Q    (By Ms. Hebert) Have you seen this document

6    before?

7        A    I have.

8        Q    Do you know what it is?

9        A    I do.

10       Q    What is it?

11       A    This is to compel a -- requesting a deposition

12   of members.  This one specifically is -- was directed

13   saying, you know -- I originally saw this, I believe,

14   with Susan Bowen.  But we are -- this is -- these are the

15   things that you are going to be referencing for my

16   deposition for the Sheriff's Office.

17       Q    Sure.  And have you reviewed the subject matter

18   that starts on Page 1 and runs to Page 3, topics?

19       A    Are you talking about --

20       Q    The bottom of Page 1.

21       A    -- that says 1, 2, 3, 4 -- those?

22       Q    Runs through 10, yes, sir.

23       A    10?  Yes, ma'am, I have.

24       Q    Okay.  And you understand that you are here

25   today to testify as Bexar County's representative on

Aaron Von Muldau                                          July 17, 2024

Page 14

1    these topics, unless there's another person in the room

2    that needs to be designated as the person to speak about

3    those topics?

4         A    I do understand that.

5         Q    Okay.  And that means that the County

6    designated you as its representative for the purpose of

7    providing testimony on these topics.  You understand

8    that?

9         A    I do.

10        Q    And I know that testifying on behalf of a

11   county can be kind of awkward.  But since you're

12   testifying on behalf of the County, we'll generally try

13   to make sure and make clear that your answers are on

14   behalf of the County and not just you personally.  Do you

15   understand that?

16        A    I do understand.

17        Q    Okay.  And other than speaking with Bexar

18   County's attorney, Mr. Frigerio, did you do anything else

19   to prepare for this deposition today?

20        A    No.

21        Q    Okay.  Did you review any documents?

22        A    For this deposition?

23        Q    Yes, sir.

24        A    I did not.

25        Q    Okay.  Did you review any videos?

Page 15

1          A     No.

2          Q     Did you have conversations with anyone other

3     than Mr. Frigerio?  And I want to be clear, I'm not

4     asking about your attorney conversations, but did you

5     have conversations with anybody else?

6          A     Concerning the deposition and the case?

7          Q     Yes.

8          A     I have not.

9          Q     Any -- about any topics that you would be

10    expected to testify about today?

11         A     Not -- not any topics that I was expected to

12    testify.

13         Q     Okay.  And did you bring any documents with you

14    to today's deposition?

15         A     I did not.

16         Q     Okay.  Let's start with just the preliminaries.

17    What is your current position with the Bexar County

18    Sheriff's Office?

19         A     I am -- I promoted to the rank of captain and I

20    am the executive officer.  So I wear multiple hats.  The

21    main part of my job is to work with administration for

22    the two assistant chiefs in regards to discipline

23    matters, lawsuits, discovery, things like that.

24               In addition, I have command over the public

25    safety communication center of dispatch.  I also have

Aaron Von Muldau                                    July 17, 2024

Page 16

```
 1   command over the academy administration, not the

 2   day-to-day and not what they're teaching, but how they

 3   operate as a structure.

 4       Q    What does that mean?  I'm sorry, I don't

 5   understand.

 6       A    I deal with all their supervisors, making sure

 7   the supervisors get along and do what they're supposed to

 8   be doing.

 9       Q    I understand.  Okay.

10       A    I don't -- I don't devolve into what they're

11   teaching, their -- I make sure that their licensing and

12   their compliance is up to date and that things are being

13   done the way they need to be done.  But I don't deal with

14   like classes and teaching and stuff like that.

15       Q    Understand.

16            MR. WINDHAM:  Just for the record, somebody did

17   just enter the room.

18            MS. HEBERT:  Ah, yes.

19            MR. SAENZ:  Sorry.

20            MS. HEBERT:  Can you state your name for the

21   record?

22            MR. SAENZ:  Hector Saenz.

23            MS. HEBERT:  Hector Saenz just joined us today.

24       Q    (By Ms. Hebert) Okay.  I want to ask generally

25   about the Sheriff's Office.  How many peace officers does
```

Aaron von Muldau                                          July 17, 2024

Page 17

1    the County employ?

2         A    What is your definition of peace officer?

3         Q    I mean, as I understand it, there's a peace

4    officer license.

5         A    Correct.

6         Q    How many officers have a peace officer license?

7         A    In law enforcement, I believe approximately 567

8    to 600.  I'm kind of fuzzy with the numbers.

9         Q    Sure.

10         A    And then in detention, with POs, I think it's

11    about 280 -- 250 to 280.

12         Q    And that latter number, 250 to 280 are the

13    folks who work in the detention center?

14         A    Yes.  They are assigned -- they are fully

15    licensed, commissioned peace officers through the

16    Sheriff's Office that are assigned to the detention

17    center.

18         Q    Sure.  And how many officers would you estimate

19    go on patrol?

20         A    On patrol?  Okay.  I'm not trying to be

21    obstinate.  What is your definition of patrol?

22         Q    Sure.  Go out on the streets and are patrolling

23    in various capacities.

24         A    Enforcement units?

25         Q    Sure.

Aaron von Muldau                                           July 17, 2024

Page 18

1          A     About 250.

2          Q     And you'll have to bear with me.  I'm not as up

3     on the jargon --

4          A     No, no, but that's why --

5          Q     Sure.

6          A     When I ask the question, because the Sheriff's

7     Office operates kind of funky.  We have a Patrol

8     Division.

9          Q     Uh-huh.

10         A     But I also have numerous enforcement units.  So

11    in other depositions, some people clarify the difference

12    and some people say "I want everything."

13         Q     Sure.

14         A     So that's why I'm asking.

15         Q     So approximately 250 officers go out on the

16    streets in some capacity or another?

17         A     Right.  I know we've added some positions this

18    last budget cycle, but the way they were added I haven't

19    really kept up with the exact numbers, which is why I'm

20    not -- I can't give you today it's this many.  I know I'm

21    within 90 percent, so --

22         Q     Within 90 percent of this case is fine.  Just

23    an estimate is generally fine.

24         A     Yes, it's about 250, 275.

25         Q     I'm not going to do a gotcha and then tomorrow

Aaron von Muldau

July 17, 2024

Page 19

1    it's actually 261 and --

2         A    Right.

3         Q    Don't worry about that.  I'm just trying to get

4    a general estimate of what the lay of the land looks

5    like.  How many officers or what percentage would you

6    estimate of those officers who do patrol make traffic

7    stops?

8         A    That make traffic stops?  I would say they all

9    have the capability of making traffic stops.

10        Q    Okay.  And what percentage or what number of

11   those officers make traffic stops as part of their daily

12   duties?

13        A    Okay, I'm trying to understand what you're

14   asking me.  So they --

15        Q    I understand that the officers all have the

16   capacity.

17        A    Uh-huh.

18        Q    Who is charged with making a traffic stop?

19   What number, what percentage of the officers who are on

20   patrol it's part of their job duty?

21        A    All of them.

22        Q    Okay.  And can you explain the term "take-home

23   patrol car"?

24        A    I can.

25        Q    Would you mind explaining it?

Aaron von Muldau                                        July 17, 2024

Page 20

```
 1        A     We do not have the staffing to carry out a 24/7

 2   operation.  So we supplement that by putting deputies and

 3   officers on call.  So there are people, like myself or

 4   supervisors that have specialty -- specialty --

 5   specialties that are then given the opportunity to take a

 6   marked unit patrol car home.

 7             Like mine is unmarked, but I have all the

 8   equipment a patrol car would have for the most part.  I

 9   don't have some of the traffic equipment like meaning I

10   don't carry a radar unit, because they are expensive.  If

11   I make a traffic stop, it's based on law and probable

12   cause and those things, but it's not necessarily

13   utilizing the exact same equipment.  But for the most

14   part it's close.

15             These officers are put on call -- on a call

16   status.  And when they are needed on their off time, then

17   they are recalled and brought back and that's what that

18   vehicle is utilized for.

19        Q     I understand.  And you mentioned specialties,

20   officers with specialties getting patrol cars.  Can you

21   explain what specialties get a patrol car -- or a

22   take-home patrol car?  Excuse me.

23        A     They're -- it just depends on what your -- your

24   job functions.  Like we have currently a TAG unit, and

25   they only -- we've got two kind of different shifts.  You
```

Page 21

1    have your daylight TAG, and then your gang -- which is

2    split up into gang unit, covert.  And then you have

3    nighttime, which is street crimes, which goes after

4    violent offenders.

5              They both work under different grants,

6    different other task force.  So they usually work an 8-

7    to 10-hour shift.  And then if we have gang violence or

8    something like that, or we have a critical incident --

9    because patrol is limited.  We don't have just that many

10   patrolmen.  We use -- to call these people in to help

11   cover when we do have a critical incident, so we're

12   not -- we can still function and carry out the mandates

13   constitutionally that we're given.  And these officers

14   will then supplement those.

15             Another unit would be traffic.  We only have a

16   total of, I think, about 18 people assigned to traffic,

17   or 18 positions.  There are some openings right now.  But

18   you have your motor unit and then you have your DWI

19   enforcement unit, and they have two commercial motor

20   vehicle guys.  And you also have one or two aggressive

21   unit drivers.  I don't know how many, you know, the exact

22   makeup, but it's like that.

23             So if we have a major crash overnight and -- or

24   even during the day, that these units will then come in,

25   supplement, because they have the training and expertise

Aaron von Muldau                                         July 17, 2024

Page 22

1    to map a crime scene or map a crash scene or -- people

2    like with my unit, we deal with all videos and stuff like

3    that.  So when there is a critical incident, we send a

4    team out there to not only show the administrators and

5    the investigators on scene immediately what the body

6    camera or video has shown, but we also capture it and

7    preserve that video immediately so nothing disastrous

8    happens to it.

9        Q    I understand.  And who makes the decision on

10   which officers get a take-home patrol car?

11       A    The Sheriff.

12       Q    I'm going to show you another exhibit.  We've

13   previously introduced this exhibit as Exhibit 53.  Mine's

14   going to be in color; yours is not.  I'm sorry about

15   that.  Just the version that we previously introduced is

16   not in color.

17            MS. HEBERT:  Let me give Charles a copy.

18            MR. FRIGERIO:  Okay.

19            MS. HEBERT:  Charles, this is the same thing

20   from yesterday.

21       Q    (By Ms. Hebert) Can you tell me what this is?

22       A    This is the organizational chart that I've

23   provided.

24       Q    And there are a couple of pages.  Would you

25   mind just glancing through it?

Page 23

1        A    Okay.

2        Q    Let me know when you're ready.

3        A    Okay.

4        Q    Okay.  The first page -- and I believe the

5    number at the bottom is BC 6036.  Do you see that?

6        A    I do.

7        Q    These numbers at the bottom are what's known as

8    Bates labeled.  You probably have dealt with that

9    a million times.  Just numbers that attorneys put on so

10   you can reference all the documents.

11       A    I'm familiar.

12       Q    Okay.  At the bottom is BC 6036.

13       A    Uh-huh.

14       Q    And what is the date on the bottom left side of

15   this page?

16       A    Nobody told me to bring my glasses.

17            It looks like it's March 16th, 2020.

18       Q    Okay.  And --

19       A    Maybe 18th.  I don't know.  I can't --

20       Q    Well, let's see.  I think it says March 18th,

21   2020.

22       A    I agree.

23       Q    And does this organization chart accurately

24   reflect the organization of the Sheriff's Office as of

25   March 18th, 2020?

Aaron von Muldau                                          July 17, 2024

Page 24

```
 1       A    (Reviewing document.)  It's kind of hard to

 2   read because of the gray scaling.  It does appear this

 3   is -- this appears to be the document that I provided.

 4   So yes, in 2020, that does appear to be correct.

 5       Q    Okay.  And just generally, can you tell me on

 6   this organizational chart what groups or what sections

 7   make traffic stops, as part of their daily duties?  And I

 8   know that everybody has the capacity to make a traffic

 9   stop.

10       A    Right.

11       Q    In fact, Sheriff Salazar said that he likes to

12   make traffic stops.

13       A    He does.

14       Q    So if you can just point me to generally who is

15   charged with making traffic stops as part of their

16   duties.

17       A    So I'm trying to figure out the best way to go

18   about doing this.  So East Patrol and everything under

19   East Patrol --

20       Q    When you say "East Patrol," are you referring

21   to that east section on the far right-hand side?

22       A    Yes, it's under -- it's under the Law

23   Enforcement Bureau --

24       Q    Sure.

25       A    -- far left, once we follow the tree, East
```

Aaron von Muldau                                              July 17, 2024

Page 25

1    Patrol division.

2         Q    Okay.

3         A    So A shift, B shift, C shift.

4         Q    Oh, I see it.  Okay.  I see it.

5         A    The --

6         Q    East Patrol division.  So A, B, C.

7         A    It's not the whole division though.

8         Q    Okay.

9         A    It's A, B and C shift.  It is under Court

10   Services branch, which is a break-off.  It would be the

11   Security and Transport Unit.

12        Q    Sure.

13        A    Then we move over to the next branch, which is

14   West Patrol.  All of those units would fall underneath

15   it.  Under the CID branch, you would have, let's see.

16   Back then, I don't remember -- I don't think we had the

17   breakout then.  Where is Traffic?  East section.

18   Criminal Investigations, General Investigations, Property

19   Crime, Asset Forfeiture, Narcotics --

20        Q    For me, I see Traffic Law Enforcement under

21   Community Readiness --

22        A    Okay.

23        Q    -- and Training division.

24        A    I'll get to that.

25        Q    Okay.

Aaron von Muldau                                          July 17, 2024

Page 26

1       A    I'm just trying to get all this.  So it's East

2   Patrol, all the way down under Court Services.  The only

3   one under Court Services is Security and Transport.  All

4   of West Patrol.  At that time I'm not seeing anything in

5   CID that would normally -- on a day-to-day basis, as far

6   as their units.

7            We go to Community Readiness.  Starting with

8   the left branch, I don't think there's anything on that

9   side that you would say would be in their normal duties.

10      Q    And when you refer to the left branch under

11  Community Readiness --

12      A    I'm sorry, it's actually not that.  But if you

13  look right here, so you have this little branch that

14  comes here.

15      Q    Sure.

16      A    This is all the administration, so it doesn't

17  look like any of these enforcement officers are.

18      Q    Understood.

19      A    But under Strategic Operations, you would have

20  SCORE, the Tactical Response Section, Traffic Law

21  Enforcement Section.  That looks to be, based on this --

22  I mean, the Adult Detention Center, their perimeter, I

23  don't know if it's broken out.  But that might be under

24  their transport.  They have officers that patrol one or

25  two blocks around the jail and that they -- they've

1    issued tickets before.

2         Q    Okay.

3         A    But for the most part -- oh, then you go over

4    to Operations.  Where's Canine?  Canine, I didn't see

5    them broken down somewhere.

6         Q    I think I see them under Operations division,

7    Special Operations, towards the very bottom.

8         A    Okay.  So SCORE, Tactical Response -- if you're

9    seeing them, I'm not, because it's not on my --

10              MR. FRIGERIO:  Over there.

11        A    No, that is for the detention.  That's

12   different.  But they don't have -- the Detention Canines

13   are in the detention center.

14              MR. FRIGERIO:  Okay.

15        Q    (By Ms. Hebert) Okay.

16        A    We have a Canine Unit, and for some reason -- I

17   know it's here.  It's just everything's kind of running

18   together.  But Canine also does a big portion of traffic.

19        Q    Okay.  So I guess generally, I'm going to try

20   to summarize that.  The East -- so the folks who do

21   traffic stops as part of their duties, that's East Patrol

22   division, the A, B, C sections.

23        A    Uh-huh.

24        Q    And then the Security and Transport Unit under

25   the Court Services piece.

Aaron von Muldau                                                    July 17, 2024

Page 28

1        A     Yes.

2        Q     In the West Patrol division, that's Section --

3    A Shift section, B Shift section, C Shift section.

4        A     Yes.

5        Q     And then under the Criminal Investigations

6    Division, there's nothing in there where they're charged

7    with doing --

8        A     At that time.

9        Q     At that time, correct?

10        A     Yes.  In 2020, yes, ma'am, I don't -- I'm

11    looking at the units.  I'm sorry, I know it sounds -- it

12    seems like I'm a little bit discombobulated, but we put

13    all these things together, so sometimes I've got to look

14    at the document, because --

15        Q     I understand.  I understand.  And then the --

16    on the other side, in the operations side, some of the

17    folks in the detention may occasionally do a traffic

18    stop.

19        A     Yeah.  The only ones that would have it as part

20    of their normal duties would be the perimeter officers.

21    And there's usually like two per shift, maybe one to two

22    per shift.

23        Q     Understood.  And the Canine Unit is not, as far

24    as we can tell, is not on this organizational chart and

25    they would also have a duty to --

Aaron Von Muldau                                              July 17, 2024

Page 29

```
 1        A    Yes.

 2        Q    -- do traffic stops?

 3        A    Which is odd, because it should be here.

 4        Q    That's okay.  Let's look at another page.

 5        A    Oh, but did you go over the Strategic

 6   Operations, SCORE, Tactical Response?

 7        Q    I did not.  Thank you.

 8        A    Traffic.

 9        Q    And I missed the SCORE Unit, Tactical Response,

10   and Traffic Law Enforcement Section under the Community

11   Readiness Division.  They also do traffic stops; is that

12   correct?

13        A    Yes.

14        Q    Okay.  I'm going to flip to the other side of

15   this, or the next page.

16        A    Okay.

17        Q    And this, at the bottom you'll see BC 6037.

18   Did I read that correctly?

19        A    I do.

20        Q    And what's the date at the bottom of this?  I'm

21   going to say --

22        A    April --

23        Q    Just to try to save your eyes, does it say --

24        A    April 21st, 2022.

25        Q    Okay, thank you.  It says April 21st, 2022?
```

Aaron Von Muldau                                                July 17, 2024

                                                            Page 30

 1          A     Uh-huh.

 2          Q     And does this chart accurately reflect the

 3     organization of the Sheriff's Office on April 21st, 2022?

 4          A     It does.  Yeah, this is what we're currently

 5     built out as.

 6          Q     Okay.  And I'm going to ask you the same

 7     question here.  What units, what officers have making

 8     traffic stops --

 9          A     So --

10          Q     -- as a part of their daily duties?

11          A     I'll try to make this easier.  From left to

12     right, we'll start with the first triple tier, which is

13     Adult Detention Center.  Their perimeter -- again, they

14     still have a -- they still have those guys.  Their

15     perimeter -- which might be under their transport.  They

16     have just a very handful of guys that do that.  Under the

17     Operations, no.

18                Professional Standards, obviously not.  Let me

19     make sure there's nothing in there.  There's nothing

20     under the Professional Standards and Development.

21                The Court Security, or Court and Judicials, we

22     do have, again, a small contingent of two or three

23     perimeter officers that enforce the County laws downtown

24     around the County buildings --

25          Q     Understood.

Aaron von Muldau                                July 17, 2024

Page 31

```
 1      A    -- parking, things like that.  But it's a very

 2   small contingent.

 3           And then under the Patrol Division, basically

 4   everybody under Patrol does it.  Now, the night

 5   commander, obviously that is a commander, and so he's

 6   like me, yes, I have the capability.  Do I do it every

 7   day?  No.  But the Sheriff does too, so it just is

 8   what -- you know, propensity is that they would do it.

 9           But East Patrol, West Patrol all do it.

10   Reserve does not.  SCORE, yes.  EOC does not.

11           Under CID, you have the Organized Crime.  You

12   have the Texas Anti-Gang Unit would be one of them.

13   Special Enforcement Unit would be another.  Special

14   Operations Unit would be another.  Under major crimes,

15   extraditions, fugitive apprehension, homicide, property

16   crimes.  And then -- so there has been a move currently,

17   but the Traffic Safety section would also be responsible.

18           Again, I'm not seeing where Canine falls.  But

19   the Canine Unit could be under the Special Enforcement --

20   they might have moved them under the Special Enforcement.

21   I'm sorry, I don't know.  Things kind of move around a

22   little bit.  But --

23      Q    Okay.

24      A    Canine would be one that I would tell you

25   that that is part of their job duties.
```

Aaron Von Muldau                                                    July 17, 2024

Page 32

1          Q     And who would know where the Canine Unit falls?

2          A     Sergeant Olvera.

3          Q     Okay.

4                MS. HEBERT:  Charles, how do you want to do

5     this?  Do you want to, like as questions come up --

6                MR. FRIGERIO:  Do you want to just ask him

7     right now?

8                MS. HEBERT:  -- we put him under oath and then

9     ask questions?

10                MR. FRIGERIO:  Sure, if you would.

11                MS. HEBERT:  Okay.  I guess we'll do that.

12     Sergeant Olvera -- Molly, will you administer the oath

13     for Sergeant Olvera?

14                THE REPORTER:  Can we go off the record for a

15     second?

16                MS. HEBERT:  Sure.

17          (Discussion of the record.)

18                THE REPORTER:  We're back on the record.

19          A     After consulting, they fall under the Special

20     Operations branch.

21          Q     (By Ms. Hebert) And by "they," who are you

22     referring to?

23          A     The Canine Unit falls under the Special

24     Operations.

25          Q     Okay.  Thank you.

Page 33

1      A    Special Enforcement.

2      Q    Special Enforcement Unit in the Criminal

3    Investigations Division?

4      A    Yes, uh-huh.

5      Q    Is there any other organizational chart that we

6    should be aware of?

7      A    No.  This -- the April 21st, 2022, is our most

8    current.

9      Q    Okay.  And was there any organizational -- what

10   organizational chart governed at the time of the traffic

11   stop in this issue, which was March 16th, 2022?

12     A    It should have been the preceding one, the

13   organizational chart Bates stamped 6036, March 18th,

14   2020.

15     Q    Okay.  And I'm going to look at the next page

16   of this document, Bates labeled 6038.

17     A    I have it.

18     Q    Can you tell me what this page is?

19     A    This looks to be the Sheriff's administration,

20   all the chiefs, chief assignments.

21     Q    Okay.  And what is the effective date of this

22   list?

23     A    No idea.

24     Q    Okay.  So we just have a list of leadership

25   positions, but we don't know what date they were in

1    charge?

2         A    On this one?

3         Q    Yes, sir.

4         A    No, ma'am.  Based on this document, I don't

5    know which one it's referring to.

6         Q    Okay.  And would you estimate that it

7    corresponds to the March 18th, 2022, organizational

8    chart?  Does that seem accurate?

9         A    The March -- which Bates stamp did you say?  38

10   refers to the 20?  No.

11        Q    That's not accurate?

12        A    No, the Bates stamp 6039 is accurate for the

13   2020.

14        Q    Okay.

15        A    The Bates stamp 6038 would be the accurate one

16   for the 2021.

17        Q    There is no 2021.  There's a 2022 --

18        A    Or '22.

19        Q    -- and a 2020.

20        A    I'm sorry, April 21st, 2022.

21        Q    Okay.  So let me make sure I got that right.

22   The Bates stamp BC 6038 is accurate for which year?

23        A    38 is for April 21st, 2022.  I know that

24   because that's when Raul Garza was promoted from

25   lieutenant to, in the Patrol division -- or from a

Page 35

1    lieutenant in Patrol -- or lieutenant in administration

2    to the deputy chief of the Patrol division.

3         Q    Okay.  And then the subsequent page of BC

4    6039 --

5         A    Refers to March 18th, 2020, because at the time

6    Ronald Bennett -- before this was issued, Ronald Bennett

7    was the Patrol chief, and he had departed -- he retired.

8    And so that was the opening that subsequently led to Raul

9    Garza.

10        Q    Okay.  And I think we can put this to the side

11   for now and come back to it if we need it.  Thank you.

12             Now I want to talk about traffic stops just in

13   general.

14        A    Okay.

15        Q    How many traffic stops do County Sheriff's

16   officers make each year, in total?

17        A    I want to say last year it was around 28,000.

18        Q    Okay.

19        A    I think.  It's been subsequently going down

20   over the years.  Traffic has not been a priority for a

21   while.

22        Q    Okay.  How many searches of vehicles would you

23   estimate, would the County estimate that its officers

24   make each year?

25        A    I provided a document that shows what all that

Page 36

1    was.  Offhand, I can't tell you.

2         Q    Okay.

3         A    We -- we provide a report to the State in

4    regards to vehicle traffic stops and vehicle searches.

5    It's -- I've been in charge of that report since I think

6    2018.  2017, 2018.  And we've provided it every year to

7    the State that shows what our, what the true accounting

8    is.

9         Q    Okay.  And for any given traffic stop, what

10   records does the County require an officer to make?

11        A    I don't understand.

12        Q    Another way of thinking about this is, what

13   forms must an officer fill out in making or conducting a

14   traffic stop?

15        A    Okay.  That's a kind of loaded question.

16   Making a traffic stop.

17             Making a traffic stop, the officer pulls over

18   the vehicle and then they are required to fill out the

19   citation data, which is an electronic -- most traffic

20   stops are done electronically.  We still do have some

21   paper citations when -- the electronic means, but they

22   are duplicates of each other.

23             But it is -- complies with State statute:

24   Name, date of birth.  We require a phone number.  We have

25   now put on email addresses, because we've been able to

Aaron von Muldau                                              July 17, 2024

Page 37

1    communicate and remind people of court dates and things

2    like that through that.  A description of the vehicle,

3    the description of the violator, a description of the

4    location where the violation was observed.  They then --

5    a description of the violation.  And then they have

6    weather conditions.  Then we have the compliance with

7    racial profiling and the Sandra Bland Act.

8        Q    Thank you for that.  So every traffic stop

9    should have that information completed?

10       A    Yes.

11       Q    Should there be body worn camera footage for

12   every traffic stop done by an officer who's charged with

13   making traffic stops as part of their duties?

14       A    If the officer has a body worn camera assigned

15   to them, the rule is yes.  Does equipment fail?  It does.

16   So as long as they have documented it, saying that there

17   is a failure and what the failure is and then they take

18   the subsequent steps, which are to notify the team that

19   there was a failure, then there are times where they

20   don't have it.

21       Q    Sure.  And I understand technology sometimes

22   just --

23       A    Uh-huh, but yes.  General rule, there is a

24   requirement.

25       Q    General rules, there is a requirement to have

1    body camera footage if you have a body camera on you for

2    a traffic stop?

3         A    Yes, ma'am.

4         Q    And I understand technology fails.  Trust me,

5    technology fails for me a lot.  How does an officer

6    document when their body worn camera fails?

7         A    There's several ways.  One, you document it in

8    the report.  They are then required -- they were taught

9    to get -- report it to their supervisor.  They were

10   taught to write an incident report, and that would be

11   done through our RMS.

12        Other basics that have been accepted would be

13   through email to their supervisor, email to the

14   appropriate technology team.

15        Q    Okay.  Should there be dash camera for every

16   traffic stop if the officer has a dash camera on their

17   vehicle?

18        A    As a general rule of thumb, yes, that is

19   what --

20        Q    And again, the same probably caveat, sometimes

21   dash cameras fail.

22        A    Sure.

23        Q    And if the dash camera fails, an officer is

24   supposed to document the same way you've outlined for a

25   body worn camera.

1        A    Yes, ma'am.

2        Q    I want to ask generally a question about body

3   worn camera, and I'm happy to examine this if we need to

4   look at it.  But I think you're going to be familiar

5   anyway.

6             Up in the right-hand corner, the top of any

7   body worn camera footage or a dash camera footage,

8   there's usually a line of numbers, two lines of numbers.

9        A    Yes.

10       Q    Do you know what I'm talking about?

11       A    I do.

12       Q    And usually, as my understanding, there's the

13   date; is that correct?

14       A    So there's -- it depends, because those are

15   overlays in mass.  So what you see versus what I see --

16   because I have my computer set up differently, but yes,

17   it usually has basic information.  The registration of

18   who the camera or who the video is of.  Usually when you

19   go back and review a video, it says who pulled up the

20   video, right?  Because you can't just have anybody --

21   it's not anybody that goes in there.  So we know where

22   the video came from.

23             It will have date, time.  I think ours actually

24   has the designation for Green Mountain Time, the minus --

25   I think we're -- because we're in daylight savings, we're

Page 40

1    at minus zero five hours now.  When we go into daylight

2    savings time, then it goes to minus six.

3            But it does have basic information on the stop,

4    day, time, when it occurred.

5        Q    Okay.  And you talked about it identifying the

6    officer who is in it, who owns it.  And that

7    identification is through a number process; is that

8    correct?

9        A    Yes.  We -- the way we have it set up is

10   they're identified -- the County's employee number that

11   is issued for, for the officer, when he gets hired, never

12   changes.  It never gets reissued.  It always stays with

13   that.

14           So when we started going to the electronic

15   databases, what we discovered is badge numbers and other

16   types of identification would change, including, you

17   know, you would think email, oh, your first and last name

18   don't change, but they do, and they change a lot, both

19   men and women.

20           So we found that -- we chose a number that does

21   not change.  So that stays with them with their career.

22   So in 20 years, if a video came up and we had to pull it

23   up and it says mine, it says 13411, they can go into the

24   database and say, "Okay, who was employee 13411?"  In 20

25   years it's still going to be Aaron von Muldau.

Aaron von Muldau                                    July 17, 2024

Page 41

1         Q     Okay.  Thank you for that.

2         A     Uh-huh.

3         Q     You talked a little bit about the time.  The

4    timestamp is in GMT?  Is that fair?

5         A     No.  It depends -- we got that fixed.  At one

6    time it showed in GMT.  It should currently be showing in

7    central standard time, but it shows the GMT designation

8    of minus five.  So it's GMT minus five, five hours.

9         Q     Okay.

10        A     I believe is how it's read.

11        Q     Depending on daylight savings or not.

12        A     Correct.  Right.

13        Q     And are, are the timestamps that are in the

14   corners of the videos generally accurate?

15        A     Yes.  They are generally set server based.  So

16   when that camera logs in and has been docked, it

17   should -- if something was to get off, it should reset

18   that every time.

19        Q     Okay.

20        A     Have I ever seen it where something is off?

21   Yes.  But that usually tends to be, we've had that error

22   with a server side or something like that.  But

23   oftentimes we have a couple of different ways of

24   checking.  So if something goes off, that's how we are

25   able to discover it.  It says, hey, it's 6:00 p.m. and

1    it's really light outside, but the RMS data and GPS data

2    show that it's actually 6:00 a.m.  Then we know that we

3    need to go look at that and we'll take care of it.

4          Q    Okay.  And then for any given traffic stop, I

5    want to just understand the universe of like what records

6    could potentially exist for a traffic stop.  And I'm

7    going to give you a list.  And if I'm missing something

8    that could exist for a traffic stop, please let me know.

9          A    Okay.

10         Q    So as I understand it, there's the RMS summary,

11   which says SPEARS at the top of it, that goes with a

12   traffic stop.  Are you familiar with that document?

13         A    So yes and no.  So this is where clarification

14   needs to be.

15         Q    Sure.

16         A    You're asking me -- yes, there are instances

17   where a SPEARS report will be completed.

18         Q    Okay.  And is that required for every traffic

19   stop?

20         A    No.

21         Q    Okay.  And an Incident Detail Report, do you

22   know what I'm talking about when I say Incident Detail

23   Report?

24         A    I do.

25         Q    Are those required for every traffic stop?

Page 43

1     A    Those are generated through the CAD system.

2     Q    Okay.

3     A    They're not a requirement, because it's not

4  interaction normally done by the officer.  He's allowed

5  to comment on it, but those are generated automatically

6  with him checking in and out through dispatch saying,

7  "I'm out on a traffic stop," or through the mobile.

8          We do not, we do have -- we've given general

9  direction that shadow stops are not allowed, meaning that

10  I can pull people over and not document it.  That is not

11  the practice of the Sheriff's Office.  That has been

12  documented -- they will be documented.  Does it happen?

13  I'm sure it does.  But that is not a practice of the

14  Sheriff's Office.

15          We document it for officer safety.  We need to

16  know where you're at.  We need to know for, to comply

17  with Sandra Bland and the Michael Morton Act and other

18  statutorily required, and that is listed.

19     Q    Okay.  I want to understand a little bit more

20  of what you just said about shadow stops.  What are

21  shadow stops?

22     A    In the past -- and that "shadow stops" is my

23  term.

24     Q    Sure.

25     A    It is not an official term.  It is when what we

Aaron Von Muldau                                          July 17, 2024

Page 44

1    say in the past, many years ago -- and when I mean many

2    years ago, it was probably when I was still a patrolman,

3    so that's been a while.

4         Q    Can you give me an estimate when that was?

5         A    My first promotion was --

6         Q    1998?

7         A    -- 2006.

8         Q    Okay.

9         A    I'm not that old.

10        Q    Okay.

11        A    So yeah, it's been -- but you -- before all of

12   the statutorily requirements, you could pull somebody

13   over and not document anything, because you didn't have

14   to document race, you didn't have to document, you know,

15   use of force.  You didn't have to document these things.

16   And those weren't a requirement back then.

17             So we, when I started getting involved with the

18   traffic stops back in 2012 and stuff like that, we made

19   sure to change how we were training, change that, you

20   know, with the compliances with the new laws.  And they

21   started coming in around the 2000 -- I mean, they've

22   always slowly been changing, but there was some headway

23   in 2010, 2009-2010.  I can't remember the exact precursor

24   where it says no, we're going to start doing this.  And

25   then you had the racial profiling report come out and it

Aaron von Muldau                                                    July 17, 2024

Page 45

1    says you will do this.  And we made sure to mandate that

2    no, they will be documented.

3         Q    Okay.  When you say that you made sure to

4    mandate they will be documented, how -- how was that

5    mandate communicated to officers?

6         A    Through policy and directives.

7         Q    And when you say policy and directives --

8         A    And training.  I'm sorry, training.

9         Q    Sure.  When you say policy and directives, is

10   there somewhere, and we can look -- we'll look at this in

11   a little bit -- in the Sheriff's manual or a directive

12   that specifically says shadow stops --

13        A    No, because again --

14        Q    -- for lack of a better description.  I know

15   that there's probably a different --

16        A    No, the mandate was that they would all be

17   documented.

18        Q    Okay.  So the mandate is, it is Sheriff's

19   Office official policy that all stops should be

20   documented.

21        A    Be documented, correct.

22        Q    Okay.  So I wanted to just go back to the

23   records that could exist for a traffic stop.

24        A    Uh-huh.

25        Q    There should be a warning or citation record;

Aaron von Muldau                                                July 17, 2024

Page 46

1    is that correct?

2         A    Nowadays, yes, ma'am.

3         Q    And "nowadays" makes me think that it wasn't

4    always the policy.

5         A    It wasn't always the policy.  I told you back

6    in 2006 that these things weren't mandated.

7         Q    Sure.

8         A    So you had a lot of verbal, "Hey, you know,

9    you're not wearing your seat belt.  Don't do it again."

10        Q    Okay.  Would you say that -- would the County

11   say that effective by March 16th, 2022, every stop should

12   have had a written warning or --

13        A    Yes.

14        Q    -- official citation?

15        A    Yes, ma'am.

16        Q    For every traffic stop, should there be a

17   record of what computer records, computer checks were run

18   through the CAD system?

19        A    Yes.

20        Q    Okay.  And one of the other officers testified

21   about the -- I'm going to get this wrong, just bear with

22   me -- the NCIC/TCIC --

23        A    What about it?

24        Q    -- system?

25        A    Uh-huh.

Aaron von Muldau                                    July 17, 2024

Page 47

1        Q    Should there be a record of any checks through

2    that system --

3        A    Yes.

4        Q    -- every time there's a traffic stop?  Or is

5    the CAD --

6        A    If he's run.  I mean, when you say should there

7    be, if he runs a person, then those are the checks.  It

8    goes into the TLETS system, which does TCIC/NCIC, it does

9    warrant checks, it does local checks, it does municipal

10   checks, things like that.

11       Q    But that's not a requirement to do that -- to

12   run through the NCIC --

13       A    No.

14       Q    -- system every stop?

15       A    No, ma'am.

16       Q    I'm going to just ask you to try to let me

17   finish a question, because we're interrupting each other

18   a little bit.

19       A    Sorry.

20       Q    And Molly's giving me an evil eye right now.  I

21   just saw it out of the corner of my eye.

22            So things that could also exist would be an LPR

23   record for a particular vehicle?  And by "LPR" I mean

24   license plate reader.  Could there be a license plate

25   reader record for a particular vehicle for a particular

Aaron Von Muldau                                July 17, 2024

Page 48

1    stop?

2        A    Yes.

3        Q    So we've got the SPEARS, RMS summary with

4    potential reports, we've got the incident detail report,

5    we've got a warning or citation record, we've got body

6    worn camera, dash worn camera, an LPR readout, CAD -- the

7    CAD record, the NCIC -- NCIC/TCIC record.  Anything else

8    that I'm missing that could exist for a traffic stop?

9        A    No.  You're pulling some records that are all

10   one.

11       Q    Okay.

12       A    So they're not necessarily -- you might be

13   looking -- so TCIC, TLETS, CAD record, incident report

14   detail, they're all --

15       Q    Together?

16       A    -- one.

17       Q    Okay.  That's helpful.  Thank you.  I guess

18   that leads me to another question, how the records of a

19   traffic stop are linked.  So when you want to go look,

20   when the County wants to go look at a specific traffic

21   stop, what happened, how does the County pull all the

22   records for that traffic stop?

23       A    They have a person like me in charge of that.

24   And so the steps is I always look for the IDR because

25   it's going to always have the most information, which is

Aaron von Muldau                                    July 17, 2024

Page 49

1     the incident --

2          Q     When you say IDR --

3          A     Incident detail report.

4          Q     Okay.

5          A     Because on there, I can look for name, date of

6     birth.  I can look for location, I can look date, time.

7     It will have an incident number.  Usually if it has an

8     incident number, that will then tell me I can go look

9     into the RMS under that incident number because that's

10    how it gets designated in the RMS.

11            From there, I look date and time.  And then I

12    can look under the officer in the Brazos eCitation system

13    for that particular day and go through, you know, one by

14    one his records, or if they documented the person's name

15    and date of birth, I can pull it that way and pull up the

16    citation.

17            The body cameras and video cameras, if they are

18    doing what they're supposed to be doing and they are

19    logged in and assigned as properly, when the incident

20    number is created on the IDR, when they log out to say,

21    "Hey, I've stopped a vehicle," then those things get

22    attached to the video.

23            Are there failures?  Yes.  So again, by looking

24    at the date, time, when the officer's there and then

25    physically reviewing the videos for that time frame,

Page 50

```
 1    usually that's how we find them.
 2          Q    That sounds pretty labor intensive for you.
 3          A    It can be.
 4          Q    Okay.  So there's no comprehensive system where
 5    all the records are generally linked together and you can
 6    just type in a number and it pulls it for you?
 7          A    I wish.  But no, it doesn't, because these are
 8    all different databases, right?  The eCitation doesn't
 9    necessarily talk to the RMS.  And the programming is so
10    convoluted that it's very difficult to -- it's very cost
11    prohibitive.
12               So unfortunately, there isn't -- we haven't
13    found a vendor that says, hey, here's one size fits all,
14    we do eCitation, we do RMS, we do this, we do that, where
15    everything is doing that.  You're seeing a lot of vendors
16    start to go that way, but you know, we're talking about
17    50 years of how we've done business.
18               I mean, the County has been using a COBOL
19    database for 50 years that we just recently converted
20    over to.  Has nothing to do with this.  But that tells
21    you how long it takes for us to move up.  We just --
22    we've moved into an electronic society probably the
23    better part of 20 -- starting in 2018 to 2020 where most
24    records in about 2020 started becoming electronic.
25          Q    So it sounds to me that a lot of -- you try to
```

Page 51

1    use the incident number to what matches with the incident

2    number, recognizing that not all of the pieces of data

3    are affiliated with the incident number.

4         A    Correct.

5         Q    Is that fair?

6         A    Yes.

7         Q    And then the rest, it sounds like you match

8    using date, time and officer involved or any other

9    information that you have.

10        A    It could be.  But I mean, there's -- it's a

11   little -- I'm sorry.  Yes, ma'am.  It's a little bit more

12   complicated than that and a little bit more exacting than

13   that, but yes, that's the gist of it.

14        Q    Okay.  Just wanted to understand kind of how it

15   all fits together.

16        A    It is a manual process.

17        Q    It sounds arduous.

18             Let's see.  All right.  I want to look at

19   another exhibit, but it's going to require me to set up

20   the computer.

21        A    Okay.

22        Q    So I'm going to take a brief break, if that's

23   okay with everybody.

24        A    Works for me.

25             THE REPORTER:  We're off the record.

 1          (Recess from 10:27 a.m. to 10:35 a.m.)

 2          THE REPORTER:  We are back on the record.

 3      Q    (By Ms. Hebert) Okay.  Have a good break?

 4      A    I did.  Thank you.

 5      Q    I have up here on the screen what was

 6  previously given to us as BC 2307.  Are you familiar with

 7  this document?

 8      A    It looks like the citation data that I was

 9  requested to pull.

10      Q    Okay.  And how do you know?

11      A    Because I reviewed the document and it looks

12  like the citation data that I pulled.

13      Q    Okay.  Would you say that this is the citation

14  data that you pulled?

15      A    Go to the last line.

16      Q    And I mean, I think you mean --

17      A    No, no, no.  Down.

18      Q    Okay.

19      A    It should be 173.  You might want to pull the

20  bar --

21      Q    Okay.  Let's just pull the bar then.  And this

22  is going to be a little awkward, because we're navigating

23  through a giant document.

24      A    Yes, that does appear to be -- and if you would

25  go over to the right, ma'am.

Page 53

1     Q    This way?

2     A    It does appear to be the document that I --

3     without having the document in front of me, but yes, it

4     does appear to be what I provided.

5     Q    Well, I want to be clear that it is the

6     document.  And based on your recollection.  Because it's

7     very hard to provide the whole document in front of you.

8     So I've got the electronic version.

9     A    Right.  No.

10    Q    This was provided to us as --

11    A    But it does look like it.  It does not look

12    like there was anything taken out.  It doesn't look like

13    there was anything edited.  So it does look like the

14    document.  It has the citation number, the date, the

15    time, the status, the judge it was assigned to, the court

16    date.  And if you go over to the right, it had the

17    violator information, it had the vehicle information.

18    Q    Okay.  And there are 178,000 rows, give or

19    take.

20    A    Yes, ma'am.

21    Q    Okay.  Does that mean that this reflects

22    178,820 different traffic stops?

23    A    It reflects 178,820 entries.

24    Q    Entries.  Okay.  Are there -- have you seen

25    duplicate entries for traffic stops?

Aaron Von Muldau                                                July 17, 2024

Page 54

1        A    No.  But I'm looking at the one right there

2   where it says "null," which means that it's probably a

3   test.  And if I --

4        Q    Sure.

5        A    If I recall, to the best of my ability, there

6   were some tests or non- -- not necessarily, but I believe

7   most of them are traffic stops --

8        Q    Okay.

9        A    -- warnings and citations.

10       Q    And how would we filter out the tests?  Just

11  filter out the nulls?  Is that fair?

12       A    You would have to -- it just depends.  Some of

13  them -- because some of them are incomplete, if I

14  remember right.  But you would have to -- there's a lot

15  of ways to filter it out.

16       Q    Okay.

17       A    It's not necessarily on one thing.

18       Q    Well, if we need to, during this conversation,

19  let me know if I'm missing something.

20       A    Sure.

21       Q    And I just want to make sure that we're going

22  to -- we know what date range we're looking at here for

23  this data.

24       A    Okay.

25       Q    And I'm going to go to the top.

Aaron von Muldau
July 17, 2024

Page 55

1         A    Uh-huh.

2         Q    Scroll back all the way to the top.  And I

3    think that this is the best way.  I'm going to look at

4    the Issue Date column.

5         A    That is correct.

6         Q    And the first column -- the first entry in the

7    Issue Date column is what looks like to me January 1st of

8    2020.  Am I reading that right?

9         A    Yes.  That was the parameters.

10        Q    So does that mean the earliest stop in this

11   data is from January 1st, 2020?

12        A    Yes, ma'am.

13        Q    And I'm going to go to the very bottom again.

14   And other than these two null ones at the bottom, the

15   last date I see is this September 11th, 2023.  Am I

16   reading that correct?

17        A    Yes, ma'am, that's when it was generated.

18        Q    And does that mean that this reflects Bexar

19   County's traffic stop data from January 1st of 2020 to

20   September 11th of 2023?

21        A    It does.

22        Q    I guess it would be fair to say that's a

23   3.5-year period, three and a half year, give or take?

24        A    Yes, ma'am.

25        Q    Okay.  And we already talked about the total

Aaron von Muldau                                         July 17, 2024

                                                              Page 56

1    number of lines in this Excel spreadsheet, just for the

2    record.  How is this spreadsheet created?

3        A    The data is initially stuck into a SQL

4    database, and I contacted Brazos, instead of trying to

5    pull up each individual, and they gave me a dump for all

6    the data that was requested.

7        Q    And when you say "dump for all the data that

8    was requested," tell me about that.

9        A    So if they had a field, I wanted the data.

10       Q    So you asked for everything.

11       A    I did.

12       Q    Okay.  And how does this data get into the

13   Brazos system?  Where's the source?

14       A    The source comes from when the officer

15   initiates there's an application on the in-car computer,

16   the MDT -- or MDC.

17       Q    MDC.

18       A    Mobile data computer.  There's an application

19   on there.  They log in with a pre-defined unique user

20   name and password.  And with that, it then -- it's like

21   an application on your phone.  It starts off with -- you

22   start the citation, you put the basic information, when,

23   where, how.  Then it goes into the location and you fill

24   out that information.  Then it asks for the defendant and

25   vehicle information.  You fill that part out.

Aaron von Muldau                                              July 17, 2024

Page 57

1           Then you go into -- there's another -- there's

2     an additional tab that then goes into the actual

3     violation, and you fill out all the precursors with the

4     violation.

5           And all along this is it's capturing the Sandra

6     Bland information.  It will have little questions like,

7     you know:  Was there a search?  Was there not a search?

8     If there was a search, did you find anything?  What did

9     you find?  There's specific categories that the State has

10    set up that we're required to do.

11          And then finally, the last part is they can add

12    additional pictures, because some of the cars have

13    optical readers, so we would take a picture of the

14    driver's license to designate that this is the person I

15    spoke with.  The -- and it does the weather conditions,

16    and then the officer's able to put any comments in there.

17    Q    Okay.  I think I know what you're talking

18    about.  So I'm going to just look for this document, so

19    bear with me.

20    A    Uh-huh.

21          MR. WINDHAM:  Before you introduce that, we

22    have 57 for this spreadsheet; is that correct?  Or did

23    you give a number?

24          MS. HEBERT:  Yes, that is -- I did not.  Can we

25    mark this spreadsheet as Exhibit 57?  Sorry, I was a

Page 58

1      little late on that.  Thank you, Mr. Windham.

2                  MR. WINDHAM:  Sure.

3                  MS. HEBERT:  Why don't you put that on one of

4      those blank pieces of paper so Molly has an easy record

5      of it.

6                  MR. WINDHAM:  Yeah.

7          Q    (By Ms. Hebert) So this exhibit that we just

8      looked at, the Excel spreadsheet with Bexar County's

9      traffic stop data, this is going to be marked as Exhibit

10     57.  Do you understand that?

11         A    I do.

12         Q    Once we do that, we'll get it --

13                 MS. HEBERT:  This is just for your records,

14     Molly.

15                 THE REPORTER:  Thank you.

16                 MS. HEBERT:  Put that over there, if you don't

17     mind.

18         Q    (By Ms. Hebert) I'm going to hand you what has

19     previously been introduced as Plaintiff's Exhibit 12,

20     which is in our stuff, Exhibit F.

21                 Is this -- and I'll represent to you that

22     Officer Gereb and I think another person's already

23     testified about this record, but is this what you're

24     talking about as what, what the data that we're seeing on

25     Exhibit 57 is drawn from?  This is the result?

Aaron Von Muldau                                    July 17, 2024

Page 59

1        A    Yes.  This is a representation.  This is a PDF

2     that gets generated after the data's entered.  I don't

3     believe it contains everything.

4        Q    Okay.  So what, the system that you talked

5     about, the mobile data computer, that's just the computer

6     that an officer has in his or her vehicle; is that fair?

7        A    Yes.

8        Q    Okay.  And is the CAD system an app on that

9     computer?

10       A    Yes.

11       Q    Okay.  And what's the app on the computer that

12    you entered this information in?

13       A    ECitation.

14       Q    The citation app?

15       A    ECitation.

16       Q    ECitation.  Okay.  So the eCitation system is

17    where they put the information for the warning or

18    citation?

19       A    Yeah.  There's several names, because the

20    company gets bought out, but we commonly refer to it as

21    Brazos.  But as the company gets bought out, they bring

22    out a new name for it.  But -- so I, we've gone down to

23    it's the eCitation system.

24       Q    Okay.  So an officer enters the information

25    into the eCitation system.  Eventually, if they hit the

Aaron von Muldau                                    July 17, 2024

Page 60

1     print button, it prints out the warning or the citation,

2     and this document we see as Exhibit 12 is the PDF record

3     of that.

4          A    Yes.  It is the PDF -- this is what's

5     considered the official court record.

6          Q    Okay.  And you mentioned that it doesn't

7     contain everything, this P --

8          A    Correct.

9          Q    What is missing?

10         A    I don't believe it has any of the Sandra

11    Bland and Michael Morton questions and stuff like

12    that that are required.

13         Q    And what are those questions, generally?

14         A    They do have them -- here, what is this over

15    here?  I want to say there's 11, but it's, you know, race

16    known -- some of this stuff is here.  Arrest, no.

17    Search, no search.  Contraband.  There are other parts to

18    it that get found out throughout that it's contained, but

19    it's not contained in the same way that it goes in.

20         Q    Help me understand that.  I'm sorry, I didn't

21    necessarily follow that.  So you said there was 11

22    questions that need to be --

23         A    Yes, I don't remember.  I don't recall them

24    offhand.

25         Q    That's okay.  But an officer is supposed to

Aaron Von Muldau                                    July 17, 2024

Page 61

1    fill them out; is that correct?

2         A    Yes, uh-huh.

3         Q    And then that information would go into this

4    e-ticket system?

5         A    Yes.  It goes into the database, because that's

6    where we begin the -- that is where we begin the racial

7    profiling report.

8         Q    Okay.  I understand.  I think we can put that

9    aside.  I just used Exhibit 12 to illustrate --

10        A    Yes.

11        Q    -- and help us understand --

12        A    But that is --

13        Q    -- exactly what you were talking about.

14        A    Right.  That's basically where all this

15   information comes from is the entry from the officer.

16        Q    Okay.  Let me just make that clear for the

17   record.  So the information that we see in this

18   spreadsheet that is Exhibit 57 comes from documents like

19   Exhibit 12 through the e-ticket system.

20        A    It's the opposite.

21        Q    Okay.  So the officer enters information into

22   the e-ticket system.  That e-ticket system generates

23   records like P12 and the spreadsheet?

24        A    Yes.  But it goes -- that -- the SQL database

25   does that.  So you have fields, the officer enters into

Page 62

1    the fields, it goes there.

2         Q    Okay.  When I go --

3              MR. WINDHAM:  You're pointing at Exhibit 57,

4    correct?

5              THE WITNESS:  Exhibit 57.

6         A    It goes into the database.  I want a citation.

7    I want a copy of the citation.  Then it takes that data

8    and puts it --

9         Q    (By Ms. Hebert) And pulls it to P12?

10        A    Yes.

11        Q    So let me just summarize that so I make sure I

12   understand.  An officer enters the information into the

13   e-ticket system.  It goes into the database, which is

14   this -- effectively the data in this database is Exhibit

15   57.  And then when you want to pull the citation record,

16   the form that is produced is P12.

17        A    Yes.

18        Q    Okay.  Just trying to understand how everything

19   connects.  Thank you.

20        A    Okay.

21        Q    All right.  Let's go back to Exhibit 57.  And

22   I'm going to go back to the top of 57.

23        A    Okay.

24        Q    There we go.  I'm going to look at the headers

25   and go header by header here just to make sure I

1    understand.  So citation number, that's a unique number

2    of the traffic stop, if it's an individual traffic stop;

3    is that fair?

4         A    Yes.

5         Q    And that would correspond to a number that we

6    see in this P12; is that correct?

7         A    Yes.

8         Q    Okay.  The issue date is the date that the

9    citation or the warning was issued; is that correct?

10        A    So I'm kind of at odds, because sometimes their

11   data is bad.  And if you look, all of those are issued at

12   the same time, when in fact they -- I mean, you can't

13   have them issued all at the same time.

14        Q    Sure.  So why is the data bad?

15        A    Well, I'm not saying -- but that -- I don't

16   know what they're referencing on the 6:00 a.m.

17        Q    Sure.

18        A    That could be the, when it was processed into

19   the system --

20        Q    Okay.

21        A    -- and accepted.

22        Q    Okay.  So we'll -- oh, I went too far.  We'll

23   come back to that.

24             The Device ID, what is the Device ID?

25        A    That should be the device that was actually

Page 64

1    issuing -- no.  That should be the device that was

2    actually issuing the citation.

3         Q    Okay.  And then I'm going to skip over, I

4    think, some of this.  I'm going to go to Offense Time,

5    which is another header.  And that Offense Time, this

6    seems to be changing based on different times.  Would you

7    say that that's the time of the stop?

8         A    Yes.  The time of when the incident was

9    occurred.

10        Q    Okay.  And the Offense Date, would you say

11   that's the date of the offense?

12        A    Yes.

13        Q    There's a bunch of court information.  I'm

14   going to skip over that.  I don't think it's particularly

15   relevant, but if I'm missing something, let me know.

16             Again, court information, I'm going to -- I'm

17   going to stop on the header that says Stop Result.  And I

18   understand this column to reflect whether a citation,

19   official citation, i.e., something with like a ticket

20   consequence was issued or a warning.  Am I understanding

21   that correctly?

22        A    Yes.

23        Q    And then the next column is Officer Last Name.

24   Does this column reflect the last name of the officer who

25   made the stop?

Page 65

```
 1        A    Yes.

 2        Q    Officer Information, I think we can just

 3   generally associate with last name.  I'm now going to

 4   headers underneath the green section.  The green section

 5   saying Violator Information.  And I see Last Name on

 6   the -- I'm on the Last Name column.  And would this

 7   column reflect the last name of the person who was pulled

 8   over?

 9        A    Yes.

10        Q    Then we're in a section, a big header, a yellow

11   big header called Location Information.  I'm just

12   scrolling through to see if there's anything that's

13   important.

14             I'm going to look -- now I'm in the

15   reddish-orange, I don't know what color you would

16   classify that as, section.  And I'm going to look at the

17   Offense Description.  Is this Offense Description what

18   generally the officer claims they pulled the person over

19   for?

20        A    Yes.

21        Q    And then I see Violation Stop Result.  Again,

22   the citation or warning, citation being a ticket, an

23   actual consequential ticket versus a warning?

24        A    Yes.  I believe there's actually four headings

25   under Stop -- Violator Stop Result.  But yes, that's --
```

Aaron Von Muldau                                July 17, 2024

Page 66

```
 1        Q    Okay.  Let's look at those headings then.  I
 2   just turned on the filter mechanism for this particular
 3   column, and I'm going to click the down arrow to see what
 4   options come up.  I see Citation, Null and Warning.
 5        A    Okay.
 6        Q    And would Null reflect the tests that you were
 7   talking about earlier?
 8        A    Could be a test, could be a couple of things.
 9   That's what I would probably say, if it's not valid --
10   it's not a valid citation or warning.
11        Q    Okay.  Understood.  What is the difference
12   between a citation and a warning, just so we're clear on
13   the record?
14        A    A citation has a monetary, judiciary penalty,
15   and a warning does not.
16        Q    Okay.  And when an officer hands a driver a
17   piece of paper, how does the driver tell whether it's a
18   citation or a warning?
19        A    It is usually printed on it, it says it.
20        Q    It says at the top?
21        A    Yes, ma'am.
22        Q    And then we're looking at some additional
23   information on the offense.  I don't think we need any of
24   that.  Additional Violator Information.  And then we see
25   Notes, which I assume is just an, where an officer can
```

Aaron von Muldau                                              July 17, 2024

Page 67

1     put notes on a given stop.  And it looks like there's

2     some weather notes and the conditions of the roadway.

3              And then I'm going to go to Stop Data

4     Information.  And I see various classifications.  I'm

5     going to look at the first -- or the second sub-header in

6     the Stop Data Information.  This is the reason of the

7     stop.  Why -- and I'm going to look at some of these

8     options.  I see moving Traffic Violation, Null,

9     Pre-existing Knowledge, Traffic Violation, and Violation

10    of Law.  Did I get that correct?

11         A    Yes.  Those are the -- those are going to be

12    the racial profiling, Michael Morton statutory

13    requirement things that we have to fill out.

14         Q    Okay.  So would you say that this Stop Data

15    Information, the blue header then, is like the -- is the

16    Michael Morton questions in general?

17         A    In general, yes.

18         Q    Okay.  And I see one, two, three, four, five

19    categories.  And there's a Null, which we previously

20    discussed is like an invalid stop.  But what is a Moving

21    Traffic Violation?

22         A    It's while the vehicle is in operation and

23    moving.

24         Q    Okay.

25         A    So rolling a stop sign, speeding type thing.

Aaron von Muldau                                                   July 17, 2024

Page 68

1        Q     So it's like what you would think, it's a

2    traffic violation while someone was moving?

3        A     For the most part, yes.

4        Q     Okay.

5        A     While the vehicle was in motion.

6        Q     And what is the Pre-existing Knowledge

7    column -- or option within the Reason for the Stop

8    column?

9        A     Pre-existing Knowledge, that would be almost

10   like a, kind of like a pretext stop that you know a

11   violator's carrying cocaine or moving illegal immigrants,

12   things like that.

13       Q     Okay.

14       A     Pre-existing knowledge that they know that this

15   person is an offender or something like that.

16       Q     Okay.  And how would they know that that was an

17   offender?

18       A     Through investigations.

19       Q     Okay.  We can come back to it if we need to.

20             And what is a Vehicle Traffic Violation,

21   compared to a Moving Traffic Violation?

22       A     Vehicle Traffic Violation, it's pretty much --

23   it's when the vehicle's not in motion.  Could be a

24   parking violation --

25       Q     A non-moving violation?

Aaron Von Muldau                                    July 17, 2024

Page 69

1        A     Yes, ma'am.

2        Q     And then what is Violation of Law?

3        A     Violation of Law is anything over a Class C

4    misdemeanor that has a confinement.

5        Q     Okay.  So help me understand how an officer

6    would select between these options.

7        A     So there are traffic stops and there are things

8    that occur.  And so if it has a potential for confinement

9    and not be -- Moving Traffic Violation and Vehicle

10   Traffic Violation would be for basically traffic stops.

11   You know, he would select, you know, this was -- the

12   vehicle was in motion, this was a moving traffic

13   violation; the vehicle wasn't in motion, it's not a

14   moving -- it's just a traffic violation.

15             The violation of law is an offense if he

16   selects an offense, whether it be citation, cite and

17   release, that is a crime punishable higher -- that has a

18   physical detainment aspect to it.

19             The pre-existing, like I said, it doesn't get

20   used very often, so it's kind of hard.  But when you work

21   on task force, whether it's with the DEA or Secret

22   Service, sometimes like that they have wires that --

23   legal, legal taps and stuff like that that they are

24   utilizing, and information will be garnered from that

25   legal tap that will then lead to a traffic stop.

```
 1        Q    Okay.  And you used the term "pretext stop" a
 2   minute ago.  What is a pretext stop?
 3        A    It all depends on what you mean it means.
 4        Q    Well, you used the --
 5        A    I used the word, but --
 6        Q    So what did you mean by it?
 7        A    It's basically having knowledge and based --
 8   having knowledge of an offense that is occurring prior to
 9   the traffic stop.
10        Q    Okay.  So you must have knowledge of an offense
11   that is actually occurring before the traffic stop?
12        A    Yes.
13        Q    Okay.  And I'm a little confused about these
14   categories because it seems like they're overlapping; is
15   that fair?  So like if you make a traffic stop or a
16   moving traffic stop violation, and then you arrest
17   somebody, that seems to be both a moving traffic
18   violation and a violation of law.  Is that my -- is my
19   understanding correct?
20        A    Yes.
21        Q    So how would you know which one to check?
22        A    The legislature put this into play, without
23   very much explanation.  So sometimes it's a dart game.
24   But we try to use the best.  And what we end up doing is
25   going with the higher.
```

Aaron von Muldau                                                    July 17, 2024

Page 71

1         Q    Okay.  I understand.

2              And then when would you use pre-existing

3    knowledge versus a vehicle violation or a moving

4    violation?

5         A    It just depends on what the information and

6    what occurred when it happened.  It doesn't mean a moving

7    violation or a traffic stop didn't happen.  But there are

8    times where they've had to pull over cars because the

9    guy's complying and he's not breaking the law.

10        Q    Sure.

11        A    And they'll use the pre-existing knowledge

12   that's saying:  Hey, listen, we have information that

13   he's moving 10 tons of cocaine.  We stopped him.

14        Q    Okay.  And then I want to look at the next

15   column.  I see that as the Search column.  And I'm going

16   to pull that down.  The options that I see here are

17   Consent, Contraband in Plain View, Incident to Arrest,

18   Inventory, No Search, and Probable Cause, and also Null.

19   Did I get that correct?

20        A    Yes, ma'am.

21        Q    And again, Null would be the same thing.  I'm

22   just going to say any time we see Null that means

23   there's -- it's invalid data; is that correct?

24        A    Or there's no data there.

25        Q    Or there's no data there at all.  So I would

Aaron Von Muldau                                                July 17, 2024

Page 72

1    assume that Consent Search means the person consented to

2    a search.  Is my understanding correct?

3         A    Yes.

4         Q    And Contraband in Plain View, that's pretty

5    self-evident.  There was contraband in plain view so an

6    officer searched; is that correct?

7         A    Yes.

8         Q    Incident to Arrest, my understanding would be

9    someone was arrested and then they searched after the

10   person was arrested.

11        A    Uh-huh.

12        Q    Is that correct?

13        A    Yes.

14        Q    And then Inventory, tell me what an inventory

15   is.

16        A    We have a duty to protect people's property

17   when they've been arrested.  So like a vehicle, they will

18   inventory a vehicle in areas that are common that are not

19   locked, to make sure that when the vehicle is being towed

20   or impounded, that any personal things of value are

21   documented, to say that they were in the vehicle when we

22   gave it over to the tow company.

23        Q    Understood.  And No Search, that's

24   self-evident.  No search was conducted?

25        A    Uh-huh.

Aaron von Muldau                                                         July 17, 2024

Page 73

1          Q     And what is --

2          A     Yes, ma'am.  I'm sorry.  I shook my head.  But

3     yes, ma'am.

4          Q     Okay.  And what is a Probable Cause Search?

5          A     Meaning that they had probable cause to,

6     whether it be a warrant or there are circumstances, the

7     vehicle exception rule, things like that that allow for

8     them to carry on a search that would not normally be

9     allowed.

10         Q     Okay.  Thanks.  And what is Contraband Type

11    generally, that category?  There seems to be a lot listed

12    here, so I'm not going to go through everything.  What

13    does Contraband Type mean?

14         A     Based on that, I'd have to look at the list.

15    It's not --

16         Q     I can open the list.

17         A     No, no, no, that's the codes.  So you have

18    narcotics, you have weapons, you have things that are not

19    allowed.  And each one of those A's, C's, S's, W's --

20         Q     Uh-huh.

21         A     -- refer to something like that.

22         Q     Sure.

23         A     Off the top of my head, I don't -- I'd have

24    to -- looking at the statute, I would be able to match --

25    these are all categories that are required by the State

Aaron von Muldau                                              July 17, 2024

Page 74

1     for this report.

2          Q    Okay.  That's helpful.

3          A    And yes, they do overlap and they do not make

4     sense sometimes.

5          Q    I'm sensing some frustration there.

6          A    It's difficult.

7          Q    I understand.  I see a column that says, "Knew

8     Race."  Does that mean the officer asked about the race

9     or just observed the race?  Help me understand what that

10    means.

11         A    As part of the racial profiling, one of the

12    things they want to know is did you know the race of the

13    violator, was the race of the violator known prior to

14    making the stop.

15              What they're looking for is, hey, are you only

16    pulling over because you found -- you know, I was driving

17    while white.  And they're like, you know, that is not

18    against the law.  So they're asking that question.  There

19    are times when you know the race, and there are times

20    when a car passes you at 60 miles an hour with windows up

21    and tinted windows that I have no idea who --

22         Q    Totally understand.

23         A    It could be a green alien.  But that's what

24    that question refers to.

25         Q    That's helpful.  That's all, I just wanted to

Aaron von Muldau                                          July 17, 2024

Page 75

1    know what it was.  And then there's Arrest Reason, Use of

2    Force, and that's the end of the columns.

3         A    Uh-huh.

4         Q    So now I want to ask you just generally how the

5    County uses this information.  What does the County do

6    with this spreadsheet?

7         A    They don't.  It's not normally pulled.

8         Q    So no one usually looks at this spreadsheet?

9         A    No, not in this format.  I use information --

10   because it's kept in a database.

11        Q    Sure.

12        A    So we don't -- I don't print out or use the

13   database.  But we use the database to build reports,

14   right.

15        Q    Okay.

16        A    I want to know how many stops we've been doing.

17   I want to know how many -- for the racial profiling, I

18   need to know what all these answers are.  Do they match

19   the number of stops?  Because those are things that we

20   look at, right?  You know, those go back to what you call

21   those -- what I described as a shadow stop, right?  Do

22   the numbers match?  If they don't match, why don't they

23   match?  Who's making mistakes?  Who's not filling out the

24   information?

25        Q    So you audit the data; is that fair?

Aaron Von Muldau                                               July 17, 2024

Page 76

1        A    I'm one of the people.  But yes, I am the main

2    person that audits the data.

3        Q    Okay.  And then the County generally audits the

4    data.  You'd said there are other people that do it.  The

5    County does it.

6        A    Yes.

7        Q    And what kind of reports are generated from

8    this Excel spreadsheet?  You talked about a couple of

9    them, whether officers are making stops, the racial

10   profiling data.  Are there any -- how do you assess

11   whether shadow stops are occurring?

12       A    Because I discover that there are stops that

13   happen and they're not documented.

14       Q    And what happens after that?

15       A    We take action on those officers, whether it

16   be -- sometimes it could be from a reprimand, it could be

17   from a counseling to suspension.

18       Q    Okay.  And what if -- do you audit the

19   correctness of the data?  So how do you know what the

20   officer's putting into this database is correct?

21       A    I don't understand the question.

22       Q    Sure.  Thanks.  That's probably my fault for

23   asking a bad question.

24            When an officer says they pulled over a red

25   Honda Civic driven by Josh Windham, how does the County

Aaron von Muldau                                        July 17, 2024

Page 77

 1    know that that information is correct?  How do they know

 2    it's not Charles' ex-girlfriend?

 3         A    We don't know unless a complaint's filed.  And

 4    then from there, that's when we start doing our

 5    investigation.

 6         Q    Okay.  I want to do a little bit of filtering

 7    on --

 8         A    Sure.

 9         Q    -- this Excel spreadsheet just to talk about

10    some of the results.  And I'm going to go to the Search

11    column and I'm going to filter the Search column to

12    review all the searches that the County has record of.

13         A    Okay.

14         Q    So I'm going to deselect Select All, and I'm

15    going to hit Consent, Contraband In Plain View, Incident

16    To Arrest, Inventory, and Probable Cause.  Did I get all

17    the searches?

18         A    I believe so.

19         Q    Okay.  And let's filter that down.  And I'm

20    seeing here at the bottom -- I'll move my cursor -- that

21    there were 3,785 searches in the three years; is that

22    correct?

23         A    Based on the search that you completed, I agree

24    with that.

25         Q    Okay.  Based on the data that I have here.

Aaron Von Muldau                                           July 17, 2024

Page 78

1          A     Uh-huh.

2          Q     Okay.  And I'm going to go back up here.  And

3    I'm going to uncheck some boxes.  I'm going to uncheck

4    Contraband In Plain View and Incident To Arrest and

5    Inventory.  And I'm going to do Consent and Probable

6    Cause.  Do you see that?

7          A     I do.

8          Q     Okay.  Oops.  And filtering that, I see that

9    there are -- the results that pop up are 2,989 based on

10   this number at the bottom of the corner.  Do you see

11   that?

12         A     I agree with that.

13         Q     Okay.  And so does that 2,989 mean that there

14   were 2,989 searches based on probable cause and consent

15   according to the County's data?

16         A     There are 2,989 entries into that field that

17   meet the standard that you put in.

18         Q     Sure.  So there are 2,989 consent and probable

19   cause search records in the County's data for that 3.5

20   years?

21         A     I would agree with that.

22         Q     And then I'm going to filter again and take off

23   the Consent and just do Probable Cause.  And so based on

24   this information, I'm filtering again, there would be

25   2,103 probable cause searches in the approximately 3.5

Aaron von Muldau                                              July 17, 2024

Page 79

1    years in the County's data.  Is that correct?

2        A    I agree.

3        Q    So I'm going to take this filter off.  And go

4    back to all of the data.  And you should see -- we're

5    back at the regular, full view of all the data; is that

6    correct?

7        A    It doesn't show me the number, but it looks

8    like it's correct.

9        Q    Okay.  Is there anything in this spreadsheet,

10   in the County's data that indicates how long a traffic

11   stop lasted?

12           Put this another way.  I see you've given me a

13   blank look.  Does the County track how long a traffic

14   stop lasts?

15       A    Yes.

16       Q    How?

17       A    Incident Report Detail.  If they check out on

18   the traffic stop, it shows from when the time he checked

19   out or entered the -- into the traffic incident on the

20   MDT to the time he checks back in.

21       Q    Okay.  So you'd have to look at each individual

22   traffic stop to determine the length of that stop.

23       A    Yes, ma'am.

24       Q    There's no aggregate way that the County has

25   data on multiple traffic stops and the duration?

1        A    Aggregate way?

2        Q    By that I mean just all the traffic stops that

3    the County has data on, is there any way to look at how

4    long traffic stops are lasting?

5        A    Yes.

6        Q    How?

7        A    Going to the Incident Report Detail reporting

8    server, and write a query to say I want all traffic stops

9    and then tell me from the start to -- start, end time,

10   calculate, and tell me where everything falls.

11       Q    Okay.  Have you ever done that?

12       A    No.

13       Q    To your knowledge, has the County ever done

14   that?

15       A    No.  We've only investigated complaints.

16       Q    Okay.  So you only look -- the County only

17   looks on a complaint-by-complaint basis for the length of

18   a stop?

19       A    Yes --

20       Q    I'll rephrase, because you're looking confused.

21            So to evaluate the length of a stop, that issue

22   only comes up when a individual complaint is made.

23       A    I think I understand what you're saying, but I

24   don't quite.

25       Q    Let me try again.

Aaron Von Muldau                                    July 17, 2024

                                                    Page 81

1        A    Because in regards to an individual traffic

2    stop, do I track individual traffic stops?  Unless

3    there's a complaint, we do not.

4             We do use approximations and time variations to

5    better improve processes.  So we use -- we use a lot of

6    data for statistical analysis, this being some of that

7    data.

8        Q    Sure.  And in this data, in this Exhibit 57,

9    there's no column or information that tells the County

10   how long a traffic stop lasted; is that fair?

11       A    Yes, that is correct.

12       Q    And you just testified that the County has

13   never pulled the collective number of how, how long

14   traffic stops are lasting?

15       A    No, that's not what I said.

16       Q    Okay.  Help me understand.

17       A    We have used it in the past.  It is not a

18   common practice.

19       Q    Okay.

20       A    You asked if I pulled it.  Nope, sure haven't.

21       Q    Sure.  And to your knowledge, has the County

22   ever done it?  Has the County ever pulled how long its

23   traffic stops are lasting?

24       A    I can't speak for the whole county because

25   there are several different departments that would use

Aaron Von Muldau                                    July 17, 2024

Page 82

1    that information.  But I would say in the Sheriff's

2    Office, we've probably used it maybe two -- I know we

3    used it back in 2010, 2012, when we evaluated from going

4    from a paper citation to an eCitation.  And we discovered

5    that by implementing an eCitation, we dropped the traffic

6    stop and the contact on the side of the road by like

7    50 percent.

8             We have used it for other minor things, but not

9    as an aggregate, as I think what you're trying to

10   describe.

11        Q    Yeah.  And I'm talking about all the data, the

12   big picture.  Is there someone looking at the big picture

13   of how long traffic stops are lasting?

14        A    I don't think so, in and of itself.

15        Q    Okay.  I want to go to the Offense Description

16   column.  Bear with me while I try to find where that is.

17        A    Uh-huh.

18        Q    I think it's here.  Okay.  So my cursor is on

19   the Offense Description column.  And I'm going to pull

20   down the menu here.  And I'm going to look at some

21   offenses.  I'm going to take off the Select All.  I'll

22   just do it this way.

23             I see one here, going to start with this first

24   one, Failed To Exhibit License.  Can you tell me what

25   that offense is?

1        A    Parks and Wildlife, you don't have a hunting

2    license, fishing license, something like that.

3        Q    Okay.  Can you tell me what the offenses of

4    Failed To Display Driver's License means?

5        A    When --

6        Q    The offense of -- what the offense of Failed To

7    Exhibit Driver's License means?

8        A    When the officer has requested your driver's

9    license and you refuse, though you have a valid driver's

10   license, you give him his name and date of birth.  Under

11   Texas statute, you are required to present it.  When you

12   fail to do that, then that could be, based on the

13   circumstances, could be an offense.

14       Q    Okay.  I'm going to click that.  Do you know

15   what Failed To Display License Receipt is?

16       A    Not offhand.

17       Q    Okay.

18       A    There's a lot of laws in the Traffic Code that

19   are no longer valid, like the presenting your

20   registration paperwork.  It's --

21       Q    Understood.

22       A    So --

23       Q    Understood that that's no longer a thing.

24       A    They just never get rid of them.

25       Q    So I'm going to check Failed To Display

Aaron von Muldau                                                    July 17, 2024

Page 84

1    Driver's License.

2         A    Okay.

3         Q    And I'm going to filter to only that offense,

4    as I understand it.  And then can you look down here in

5    the bottom left-hand corner and tell me what the number

6    is there?  I see 787; is that correct?

7         A    Correct, I agree.

8         Q    So 787 times someone, based on the data, has

9    been pulled over for failing to display their driver's

10   license?

11        A    They are not pulled over for failing to display

12   their driver's license.

13        Q    Okay.  Yeah, you're correct to correct me

14   there.  So they are found to have committed the offense

15   of failed to display their driver's license; is that

16   correct?

17        A    Okay.  I agree.

18        Q    And I see in the Violation Stop Result column

19   both citations and warnings; is that correct?

20        A    And nulls, yes, ma'am.

21        Q    And nulls.

22        A    Uh-huh.

23        Q    So that means that the Sheriff's Office and

24   Sheriff's officers are finding -- are giving warnings and

25   citations for the offense of Failed To Display Driver's

Aaron Von Muldau                                                    July 17, 2024

Page 85

1    License.

2         A    Correct.

3         Q    I'm going to go back to -- I'm going to take

4    off this filter on Offense Description.  So I'm going to

5    select All so we have it back so that all the data is

6    back.  And then I'm going to go back to Offense

7    Description again and unselect All -- I think this is

8    right -- and I'm going to search Lane, and I'm going to

9    look at some particular offenses.

10             I see a couple of offenses that might mean the

11   same thing, so you can just correct me if I'm not

12   understanding this right.  Failed To Drive In A Single

13   Lane, is that the same as Failed To Maintain A Single

14   Lane?

15        A    Offhand I'd have to review the statute.  But I

16   believe that they could be the same.

17        Q    Okay.  So I'll check both of those.  And what

18   about Failed To Use Designated Lane?  Could that be the

19   same, or is that a different offense?

20        A    That is probably a different offense.

21        Q    Okay.

22        A    You are required to not drive in a bus lane --

23        Q    Ah.

24        A    -- and people are driving in a bus lane or an

25   HOV lane or something like that.  Unfortunately, there's

Page 86

1    2,000 and -- I would say that though I'm very

2    knowledgeable, I don't know them all by heart, which is

3    why I always carry my Penal Code with me.

4         Q    Do you really?

5         A    I do.

6         Q    Where do you keep it?

7         A    In my car.

8         Q    Okay.  So you always have it just in case?

9         A    (Nodding head.)

10        Q    That's interesting.  All right.  So I'm just

11   going to look to see if there's any other lanes.  I see

12   Failure To Drive In A Single Marked Lane.  Would you say

13   that's the same as Failed To Drive In A Single Lane or

14   Failed To Maintain A Single Lane?

15        A    Could be.

16        Q    Should I check that one if I'm trying to get

17   all the same offense of Failed To Drive In A Single Lane

18   or Failed To Maintain --

19        A    I would.  I would say that that would be most

20   of the time used the same thing.

21        Q    Okay.

22        A    You're going through one of the things that

23   we've always done.  We've since changed this, because

24   before, the way the County kind of -- there's 2,082

25   traffic laws.  And the County had offense numbers for

Aaron von Muldau                                              July 17, 2024

Page 87

1    about 400 of them.  And then when we would come across

2    one of those that went outside that, well, we'll just add

3    it to one of the other ones.

4           So up until recently, and this was about three

5    years ago, we were able to make a change saying that no,

6    we're not making our own offense codes.  So we've gone

7    back to the DPS codes, but I don't think that our

8    database has quite caught up.

9           Q    Sure.

10          A    Because another one that you'll find in there

11   is No Insurance.  There's no such law for no insurance.

12   It's Failure To Maintain A Financial Responsibility.

13          Q    Uh-huh.

14          A    Someone like me knows that so when I go to look

15   for it, it doesn't say, "Failure To Maintain Financial

16   Responsibility."  It says, "No Insurance."  So it's kind

17   of a -- I understand when why they did what they did,

18   plain English, make it easy for the officer.  But for

19   someone that dots I's and cross T's, it makes it

20   difficult.

21          But yes, I would say offhand, based on the

22   three, they would probably all work in synonymous with

23   each other.

24          Q    Okay.  And are there any other offenses here or

25   options here that I should check for failure to maintain

Aaron Von Muldau                                        July 17, 2024

Page 88

1   a lane?

2       A    I don't --

3       Q    I can scroll through if you --

4       A    I don't think so.  I was looking through.  I --

5   I don't think so.

6       Q    Okay.  So then I'm going to filter based on

7   that.  And it looks like there are 1,448 stops, according

8   to the County's data, where an officer found that a

9   person failed to maintain a single lane; is that correct?

10      A    I agree.

11      Q    Okay.  I'm going to go to the Officer Last Name

12  column.  Bear with me while I find it.

13          I'm going to filter the officer last name.  And

14  at the time of the stop, I understand that the Criminal

15  Interdiction Unit had two officers; is that correct?

16      A    Yes.  I believe at the time there was two

17  officers assigned.

18      Q    And my understanding from prior testimony is

19  that was Officer Babb and Officer Gereb; is that correct?

20      A    I can verify that those two were assigned at

21  that time.

22      Q    Okay.  So I'm going to find those names.

23          Okay.  I'm missing something here.

24      A    I actually think you were on the wrong column.

25      Q    Okay, thank you.  I was on the wrong -- not

Aaron von Muldau                                                    July 17, 2024

Page 89

1      Officer Last Name, I was on Officer First Name.  Thank

2      you.  So I want to check Babb, then go to Gereb.  And I

3      see 259 as the result; is that correct?

4           A    I agree.

5                MS. HEBERT:  Did you happen to write down the

6      first filtered number?

7                MR. WINDHAM:  I did not.

8                THE WITNESS:  1,448.

9                MR. WINDHAM:  You dot I's and --

10               MS. HEBERT:  You do.

11          Q    (By Ms. Hebert) And we have 259.  So I'm just

12     going to go to another spreadsheet and do the division.

13     259 divided by 1448.  And let's say approximately 17

14     percent of the County's data of traffic stops for the

15     Failure To Maintain A Lane, Officer Gereb and Officer

16     Babb were responsible for in that three-and-a-half years.

17          A    Okay.  I agree with that.

18          Q    Okay.  I'm going to go back to our data, and

19     I'm going to clear the Officer Last Name.  So go Select

20     All, bring it back to all the data.  And I'm going to go

21     back to the --

22          A    And you can verify that I was right.  1,448.

23          Q    Yep.  You were right.  Good memory.

24               I'm going to go back to the offense

25     information.  Looking for vehicle information.  I'm going

Aaron von Muldau                                        July 17, 2024

Page 90

1    to go back to offense description, and I'm going to add

2    another offense here, or look at a different offense

3    here.  I'm going to search for lane generally.  Lane.

4    I'm going to make this bigger so we can all see.  I just

5    realized I could do that.

6              I'm going to deselect Search All results, and

7    I'm going to click Changed Lane When Unsafe.  I'm going

8    to click Failure to Main -- Drive In A Single Lane, the

9    same stuff we clicked before, Failure to Signal Lane

10   Change.  I'm not going to use the Failure To Designate

11   Lane, because as I understand it, that's really not

12   something we're going to look at on the highway.  Failure

13   To Drive -- come on -- In A Single Marked Lane.  Improper

14   Lane Change and Unsafe Lane Change.

15             Do you see me do all that?

16       A    I do.

17       Q    Okay.  Then I'm going to filter that down.  And

18   do you see the number here in the bottom left-hand

19   corner, 2439?

20       A    I agree.

21       Q    And that means 2,439 stops for these particular

22   offenses are in the County's data?

23       A    That you selected, yes, ma'am.

24       Q    Correct.  And I'm going to go back over to the

25   officers and go to Officer Last Name.  Deselect All, then

Aaron von Muldau                                                    July 17, 2024

Page 91

1    select Babb and select Gereb.  I'm going to filter that.

2    And do you see that 520 is the number in the bottom

3    left-hand corner?

4         A    I see it.

5         Q    Then I'm going to go back to the math sheet

6    because math is not my strong suit.  520 divided by 2439,

7    and do you see that 21 -- and I'm going to round that to

8    a percentage.  Would that amount -- would the conclusion

9    of that data analysis that we just did mean that Officer

10   Gereb and Officer Babb were responsible for approximately

11   20 percent of the offenses we just looked at?

12        A    I agree.

13        Q    And generally I'm going to ask kind of the

14   bigger picture question.  Does that mean that 20 percent

15   of the County's offenses that deal with traveling within

16   a lane safely Officer Gereb and Officer Babb are

17   responsible for?

18             MR. FRIGERIO:  Objection, form, but you can go

19   ahead and answer.

20        A    You're asking me 20 percent of --

21        Q    (By Ms. Hebert) We looked at --

22        A    -- the offenses that you filtered for --

23        Q    Sure.

24        A    -- were by Gereb -- I'm sorry, I think you lost

25   me halfway through the question.

Aaron von Muldau                                                    July 17, 2024

Page 92

```
1        Q     That's okay.  It's a hard question to answer

2   based on the data.  But of the offenses we looked at,

3   Officer Gereb and Officer Babb, 20 -- or of the offenses

4   we looked at, are Officer Gereb and Officer Babb

5   responsible for 20, approximately 20 percent of those

6   offenses?

7             MR. FRIGERIO:  Objection, form.

8        A     Agreed.

9             MR. WINDHAM:  The thing I would want clarified

10  on the record is, for this 3.5-year period.

11       Q     (By Ms. Hebert) Okay.  And just so we're clear,

12  that for this 3.5-year period that we looked at for this

13  data, Officer Gereb and Officer Babb were responsible for

14  approximately a little more than 20 percent of the

15  traffic stops for the offenses we just selected for?

16            MR. FRIGERIO:  Objection, form.

17       A     I agree.

18       Q     (By Ms. Hebert) And I'm going to look at just

19  for one more time the offenses we selected for.  I'm

20  looking for the description.  The offenses we selected

21  for are Failure To Maintain Single Lane, Fail To Signal

22  Lane Change, Unsafe Lane Change --

23       A     There was two more.

24       Q     And those are the ones that Officer Babb and

25  Officer Gereb --
```

Aaron von Muldau                                           July 17, 2024

Page 93

1        A     No, there was two more that you had selected, I

2     think.

3        Q     Right.  But none of those offenses show up for

4     Officer Babb and Officer Gereb.  So once --

5        A     Okay.  Oh, yes.  Okay.

6        Q     So we filtered -- we have filtered this Excel

7     spreadsheet based on officer last name and the offense

8     description; is that correct?

9        A     But if they're not listed there, wouldn't --

10    isn't there -- wouldn't the math be wrong?  Because if

11    you're showing this for what they have done -- well, I

12    guess this is for the 520, right?  The 520 that you

13    put --

14       Q     Yes, this is the 520 result here.

15       A     So the 520 shows those three offenses, okay, I

16    agree with that.

17       Q     So essentially, just to summarize, there are

18    Officer Gereb and Officer Babb, according to this data,

19    for 3.5 years, pulled 520 people over for unsafe lane

20    change, fail to main -- fail to signal lane change and

21    fail to maintain a single lane.

22       A     Based on your filtering that is -- I agree with

23    that assessment.

24       Q     Okay.  I am going to take off all of the

25    filters.  So bear with me as I figure that out.  Well,

Page 94

1    you know, actually I have just the officer last names on

2    here right now, so let's go to that.  And what I'm seeing

3    is the filters for Gereb and Babb are still on; is that

4    correct?  Let me look here so you can see it.  There's

5    Gereb.

6         A    Uh-huh.

7         Q    And there's Babb.

8         A    I agree.

9         Q    And Gereb and Babb looks like pulled, according

10   to this data, pulled over 2,671 people during that 3.5

11   years.

12        A    No.

13        Q    Okay.  Tell me why.  What am I missing?

14        A    Because you see some of those -- I believe we

15   saw it earlier, if you get -- if you're issued multiple

16   citations --

17        Q    Sure.

18        A    -- it looks like there's multiple entries.  So

19   that doesn't --

20        Q    Okay.

21        A    The number of citations don't necessarily

22   equate to the number of traffic stops.

23        Q    So how would I filter that out then?

24        A    I have no idea.

25        Q    Okay.

1        A    What I would do, if -- because I'm not that

2    guy.  But if we go over to the violator and see if we

3    start seeing double entries.

4        Q    I think violator is this way, so let's see.

5        A    You'll see potentially like some -- J█████

6    H█████.

7        Q    Uh-huh.

8        A    J█████ -- Line 3774, he has three entries all

9    looking at the same time, same date.

10       Q    I don't see Line 3774.

11            MR. WINDHAM:  It's in the middle.

12       Q    (By Ms. Hebert) Oh, this one, right here?

13       A    Right.  You see that he has three entries?

14       Q    Sure.

15       A    All right back to back?

16       Q    Uh-huh.

17       A    It's not that he got pulled over back to back.

18    Then you have C█████ M█████████, and then you have A█████

19    H█████.  So you have duplicates.  So it's not a

20    one-for-one equation.  So the math is, yes, there's that

21    many citations, but it doesn't necessarily mean it's the

22    same thing.

23       Q    Okay.  I understand.  That's really a helpful

24    piece of information.  So how would you filter out

25    duplicates to evaluate the number of stops?

Aaron von Muldau                                                    July 17, 2024

                                                              Page 96

1        A    I -- I don't -- I'm not a Excel expert.

2        Q    Sure.  Who would know?  Who would be the

3   person?

4        A    I don't -- I don't have anybody like that on my

5   staff.

6        Q    Okay.  So you don't have anybody who would be

7   able to manage this Excel spreadsheet and tell us how it

8   works?

9        A    What do you mean "to manage"?

10       Q    Like just how to filter this information so we

11  can remove the duplicates to tell --

12       A    Well, so you take -- we know J███ H██████,

13  let's go look at the citation data.

14       Q    Okay.

15       A    Go all the way to the left.  I mean, it would

16  be a manual process.  So right there -- look, it shows

17  right there.  So that's how you would do it is you would

18  say --

19       Q    Okay.

20       A    I think there's a way to do it in Excel where

21  you can say find duplicates and remove.

22       Q    Okay.

23       A    But that's -- again, I'm not a -- I have

24  talents, but I'm not an expert in that.  That's why some

25  of this stuff is very convoluted and takes time, because

Page 97

1    I only know one way.  So it's just looking through the

2    data.

3          Q     Sure.  And you know, I'm not an Excel Wizard --

4          A     Right.

5          Q     -- by any stretch of the imagination.  Took me

6    a lot to figure this out.

7          A     The County doesn't pay for anyone on our staff

8    to do this.  This is us, me and Microsoft Help.

9          Q     I completely understand.  Thank you.  And thank

10   you for bearing with me as we navigated this.

11         A     But now we found an easy way of looking at it.

12   Because now you can see right there it's not -- if you

13   close that menu, you see that there's several times --

14         Q     There's several stops.

15         A     So the numbers are not necessarily equating.

16         Q     Okay.  So if someone -- that someone is not

17   me --

18         A     Uh-huh.

19         Q     -- knew how to remove duplicates, they could

20   remove duplicates based off the citation number?

21         A     I would see that, because that's what I'm

22   looking at.  I'm seeing like, you know, 94 is in there a

23   couple of times.

24         Q     Right.

25         A     I would say that that is a valid statement.

Aaron von Muldau                                                July 17, 2024

Page 98

1        Q     Okay.  Thank you.  That's helpful.

2              MS. HEBERT:  Do you know how to remove

3    duplicates?

4              MR. WINDHAM:  No.

5              MS. HEBERT:  Okay.  That's fine.

6        Q     (By Ms. Hebert) I think we'll just take a break

7    from this then.  Oh, there's one thing that I do want to

8    look at while we're here.  Okay.  We're still filtered by

9    officer last name of Gereb and Babb; is that correct?

10   Right here, in the Officer Last Name?

11       A     Yes.  Did the number change though?

12       Q     No.  Haven't changed.  It's still -- here's

13   Gereb.

14       A     I think something's changed, because I --

15             THE WITNESS:  Do you have the original number?

16             THE REPORTER:  I could look.

17             MS. HEBERT:  Let me see.  Hold on.

18             MR. FRIGERIO:  It's 2671, I think.

19             THE WITNESS:  You're pretty sure it was 2671?

20   Okay.

21       Q     (By Ms. Hebert) Not in terms of the total

22   stops.  I think that we're still there.

23       A     I understand.

24       Q     I'm going to go to the Search column.  And I am

25   going to click the Options, and I'm going to deselect

Page 99

1    All, and I'm going to just go through the numbers here.

2    Consent Search, 44 consent searches.

3        A    I agree.

4        Q    And then I'm going to go down to -- this looks

5    funky, though, to me, so I just want to make sure we're

6    doing this right.  I know, bear with me.  I just want to

7    make sure that our filters are on right, so we're not

8    getting any incorrect information.

9            MR. WINDHAM:  Before you move on, can you just

10   hit the drop down arrow at the top there, Christie?  I'll

11   just point to it.

12           MS. HEBERT:  This thing.

13           MR. WINDHAM:  I just want to see what the

14   options are up there.  Okay.

15       Q    (By Ms. Hebert) I'm going to go back to the

16   officers and just make sure that there's no other filters

17   on.  No filters, no filters.  Just -- and I have no idea

18   what the number is right here.  I'm just trying to make

19   sure that I'm not making any mistake and leaving

20   something on.  So the filter that is on is Officer Last

21   Name, and we have Babb and Gereb.

22       A    Agreed.

23       Q    And I don't see any other filters on here.  If

24   you see one and I'm missing it, give a shout.

25       A    Just the original one that you have for

Aaron von Muldau                                    July 17, 2024

Page 100

1    consent.

2        Q    And then we get to the consent.  So I'm showing

3    44 consent searches, according to the County's data, for

4    Officer Gereb and Officer Babb for 3.5 years; is that

5    correct?

6        A    Agreed.

7        Q    And then I'm going to take off Consent and do

8    Probable Cause.  And I'm showing 103 probable cause

9    searches for Officers Gereb and Babb over 3.5 years; is

10   that correct?

11       A    Agree.

12       Q    And then I'm just going to take the search

13   filter off entirely, and it's still filtered based on

14   Officer Gereb and Officer Babb.  I'm just going to

15   control F here for a second, and I'm going to search for

16   Schott, which is the Plaintiff's name in this case.  And

17   it looks like we've selected where Alek Schott is.  Do

18   you see that?  I'm going to scroll down so it's like more

19   centered.

20       A    I see it.  101311 is the designation on the

21   line.

22       Q    Thank you.  And would this row reflect the

23   County's records, data records for Alek Schott in this

24   Exhibit 57 for the stop of Mr. Schott?

25       A    You would have to move over for the date and

Aaron von Muldau                                                July 17, 2024

Page 101

1    time so that could be --

2        Q    Sure.

3        A    -- verified --

4        Q    I'll verify the date and time.

5        A    -- but it does look like --

6        Q    3/16/2022.

7        A    3/16.  That does appear to be the record.

8        Q    Then I'm going to go all over here.  I'm

9    going -- bear with me, I'm going all the way over.  Do

10   you see where it says, "No Search"?

11       A    I see that.

12       Q    Does that mean the County's data shows that no

13   search was conducted on the traffic stop of Mr. Schott on

14   3/16/2022?  I'm just referring to this Exhibit 57.

15       A    For Exhibit 57, that is correct.

16           MS. HEBERT:  Okay.  I'm going to take a brief

17   break so I can make sure I've got everything on this

18   Excel spreadsheet.  So give us five minutes or so.  Does

19   that work for everybody?

20           MR. FRIGERIO:  Okay.

21           MR. LEAKE:  Yes.

22           THE REPORTER:  We're off the record.

23       (Recess from 11:40 a.m. to 11:47 a.m.)

24           THE REPORTER:  We are back on the record.

25       Q    (By Ms. Hebert) Thank you.  Is there a better

Aaron von Muldau                                    July 17, 2024

Page 102

1    way of analyzing this spreadsheet that I'm missing?  We

2    just walked through a bunch of things, and I just want to

3    make sure that I'm doing -- like if there's something I'm

4    missing in the analysis we just did --

5              MR. FRIGERIO:  He'd like to clarify something.

6         Q    (By Ms. Hebert) Okay, sure.  What would you

7    like to clarify?

8              THE WITNESS:  Which part?

9              MR. FRIGERIO:  The no search.

10             THE WITNESS:  Oh.  So the no search.  Without

11   saying it, I -- your last question, the last question

12   that was asked of me, does the data show that there was

13   no search, yes.  But this isn't a one-for-one

14   relationship as I explained, right?

15             He, in his report -- based on his report, he

16   said that he had written and issued the citation prior to

17   calling Molina over, which means that at the time that he

18   issued and entered the information on the citation, it

19   would be -- a reasonable person would say that at the

20   time of the issuance of the warning, that no search had

21   been completed.

22             Now, I will not say that I'm an expert when it

23   comes to interdiction type enforcement, though I've done

24   it early in my career, but that was 20 years ago.  So the

25   rules on how they do stops -- not really rules, but how

Page 103

1    they operate are a little bit different than what I

2    normally interact with, with like patrolmen.  There's

3    expectations, things like that.

4              With reasonable suspicion, they're allowed to

5    extend stops.  What that is, I don't know.  I know he

6    documented some stuff in his report.  But, you know, I

7    didn't go into that.  That's not -- that is not my

8    expertise, not my pur- -- you know, not -- it's not my

9    purview, but it's not -- it's not my expertise.

10        Q    (By Ms. Hebert) Sure.

11        A    So at the time this was issued, and based on

12   the timestamps and what I can remember of the reports, I

13   believe that this warning was actually issued before he

14   called Molina over.  My memory was it was 20 to -- or 30

15   to 40 minutes before Molina showed up after he was

16   contacted about this particular stop.

17        Q    And what are you -- how are you using the term

18   "issued"?  Can you define that in this context?

19        A    Issued, that on -- based on the report, he said

20   the initial stop happened.  Babb said the initial stop

21   occurred, brought him over to the car to issue the

22   warning.  And I think from there, it was like 12 minutes

23   later on, from the time the vehicle was stopped -- I'd

24   have to look at the -- I think it shows on the Incident

25   Detail Report, or one of them, that he documented that he

1    issued -- he issued the warning and then sent him on

2    his -- or then called Molina over.  But that's just my

3    understanding.

4        Q    Okay.  I just want to look at Plaintiff's

5    Exhibit 12.  This is not a gotcha.  Just tell me where on

6    this document is the issue time.  Is it on this document?

7    I don't know.

8        A    There is an issue time, but I'm not sure it's

9    correct.

10       Q    Okay.  Tell me where the issue time is.

11       A    Time of offense is 8:32, but that's what I --

12       Q    I see 9:32.  I know you don't have your

13   glasses, so --

14       A    Okay.

15       Q    -- I'm just going to tell you I see 9:32.

16       A    Yeah, 9:32.  And if I recall, this incident

17   happened around 11:00.

18       Q    Okay.

19       A    But if we go in here, I don't know if it's

20   timestamped on the actual citation.

21       Q    Sure.  Let's look here.  Okay.  I don't know

22   what I just did.

23       A    I don't know if it goes that far into the

24   metadata.

25       Q    There's something funky.  Because now it's just

Aaron von Muldau                                    July 17, 2024

                                                      Page 105

1    missing entirely.  Let me see what we've got filtered

2    here.

3             Is there -- just let me ask this question.  Are

4    you -- you're testifying right now on behalf of the

5    County on this --

6         A    Yes.

7         Q    -- data.

8         A    Uh-huh.

9         Q    Is there someone else who would have a better

10   understanding of this Excel spreadsheet than you?

11        A    No.  Not with the County.

12        Q    It just feels sometimes like the blind is

13   leading the blind here, so I just wanted to ask.

14        A    Yes.  The -- I mean, is there someone better

15   than me?  Yes.  It's called Brazos.  Tyler Technologies.

16        Q    Okay.

17        A    They're the ones that provided it.

18        Q    I'm trying to clear out all the filters.

19        A    You have a filter on, because it says there is

20   a filter on.

21        Q    Right.

22             SERGEANT GAMBOA:  Probably the officers.

23             MS. HEBERT:  This must be really painful for

24   everybody else in the room as they're watching me

25   navigate this.  I'm sorry.

Aaron von Muldau                                    July 17, 2024

                                                    Page 106

1              THE WITNESS:  Well, now try to do it and see if

2       it will pick it up.

3          Q     (By Ms. Hebert) Okay.

4          A     I know it's around the 1100, or 111,000 I

5       think.  That one right there.  Go right there.

6          Q     This one?

7          A     Yep, that's the one.

8          Q     And we were looking for -- a timestamp I

9       suppose is what we were looking for.

10         A     Yeah, but now how do we see the time?

11         Q     So I see 3/16, 9:32, which is the same as what

12      we just saw there.  Let's make this a lot easier.

13         A     And this could convolute stuff because his

14      computer could have been -- the timestamp's taken from

15      the computer, and we've had issues with that in the past

16      where our time clock has kind of gone wonky on us.

17      They're all set by the, by the server.

18         Q     Sure.  And I'm just trying to understand

19      when -- like when the issue point would be.

20         A     You would have to -- I mean, ultimately, unless

21      it's here, we'd have to ask him.

22         Q     And when you say "issue," does that mean the

23      citation is printed?

24         A     Not necessarily.  But I believe that there was

25      metadata that might tell us when he started making the

Page 107

1    entry.  So that would give us a better understanding of

2    when it was selected.

3         Q     Okay.  So I'm going to go back a little bit.

4    We talked about duplicates.  And I think I know how to

5    remove duplicates right now, but the question I have for

6    you is, would removing duplicates, to your knowledge,

7    change this data at all?  The conclusions we were talking

8    about --

9         A     Yes.

10        Q     -- how would it change it?

11        A     Might make them less.

12        Q     Okay.  So let's walk through that to make sure

13   that I understand what we're doing.

14        A     Potentially.  I don't know.

15        Q     Yeah.

16        A     When we looked at the --

17        Q     Let's look it.

18        A     When you had --

19        Q     Let's make sure we're doing it right.

20        A     You had Babb and you had Gereb selected.  And

21   it was 2651.

22        Q     Sure.

23        A     And then when we filtered certain things out,

24   it was still -- it still appeared -- it appeared that

25   there were still duplicates there.

Aaron von Muldau                                    July 17, 2024

                                                    Page 108

1        Q    Sure.  So let's try to do this together to

2   figure out how to do all this.  So I'm looking at the

3   whole raw data, like everything.  There's no filters on.

4   You can see there's no filters on the top row.

5        A    Uh-huh.

6        Q    I'm going to do something -- make our lives

7   easier right now.  I know there's a way to do this, so

8   just I'm going to freeze, freeze top row.  And so maybe

9   that will allow us to scroll down and to be the same.

10  Let's see.  Nope, just that row.

11       A    You have to -- yeah, you have to freeze --

12       Q    I'm going to select this row.  I don't remember

13  how you do that.

14       A    Yeah.  I'm not that great at it.  Me, I would

15  just delete the top row and make the top row freeze, but

16  that's not helping.

17       Q    Well --

18       A    That doesn't help.

19            SERGEANT GAMBOA:  So if you go to the second,

20  right under that row, and then hit the freeze, it should

21  come under 3.

22            MS. HEBERT:  I don't know where you're going.

23            SERGEANT GAMBOA:  Line Number 3.

24            MS. HEBERT:  Line 2.  We're on Line 2.

25            SERGEANT GAMBOA:  Go to Line 3.

Page 109

1          MS. HEBERT:  Line 3.

2          SERGEANT GAMBOA:  Okay.  Now, hit freeze.

3          MS. HEBERT:  Anybody knows where the freeze

4   is -- okay.  Here's the freeze.

5          SERGEANT GAMBOA:  So unfreeze it and then

6   freeze it.

7          MS. HEBERT:  See if that works.  I feel like it

8   might.  Nope.  Okay.  We're just going to go with it.

9      Q     (By Ms. Hebert) So this is the raw data, right?

10  I haven't -- there's no filters on.  You can see that.

11     A    Uh-huh.

12     Q    We're back at ground zero.  Okay.  I am going

13  to -- as I understand it, I'm going to go to Home.

14     A    If we're only looking at Schott, what if we

15  just filtered by his last name, Schott.

16     Q    No, I'm going to look at the whole data set

17  again.

18     A    Okay.

19     Q    So that we can deal with the duplicate

20  analysis.  So this button comes up, the menu Remove

21  Duplicates.  You see that?

22     A    Uh-huh.

23     Q    And I'm going to unselect All.  And we

24  previously talked about filtering by citation number, so

25  this should filter out the citation number duplicates.

```
 1       A    Okay.

 2       Q    So that we just have the raw number of stops.

 3  Does that make sense?

 4       A    Makes --

 5       Q    Okay, so I'll do that.  So there were some

 6  duplicates found and this unique values remains.  And I'm

 7  seeing 100,000 -- 125,303 unique stops.

 8       A    Agree.

 9       Q    Is that correct?

10       A    I agree with that.

11       Q    Okay.  And I'm going to undo that, so just

12  click the control Z Undo button.  That comes back to our

13  original data.  Now I'm going to go back to the officers

14  and filter by officer last name again.  You've got Gereb,

15  and then I'm going to do the same thing that I did

16  before, which is --

17       A    Remove duplicates.

18       Q    -- remove duplicates.  We're going to do remove

19  duplicates again.  And then unselect All and then I'm

20  going to do the citation number again.  And it's going to

21  think real hard.  And that doesn't work.

22       A    No, it did.  It shows only 200 -- 2,444.

23       Q    Okay.  So you're looking down here?

24       A    But it dropped -- I mean, it's still doing the

25  whole spreadsheet just because you're filtering.
```

Page 111

```
 1        Q     Got it.

 2        A     But it's -- it took the duplicates out of your

 3   filter.

 4        Q     Okay.  So then that would mean that of all the

 5   traffic stop data that we have in Exhibit 57, Gereb and

 6   Babb are responsible for 2,444 stops.

 7        A     I agree.

 8        Q     Is that right?

 9        A     Unique stops, yes.

10        Q     Unique stops.  Okay.

11        A     Sorry --

12        Q     What?

13        A     -- that I'm making you go through all that.

14        Q     No, it's okay.  I mean, I'm making you go

15   through it too.

16              We have to look at the offense information.

17   Okay.  I'm going to -- right now we're still filtered by

18   Officer Babb and Officer Gereb.

19        A     Uh-huh.

20        Q     And I'm going to try to do the same as we did

21   before.

22        A     I think you just put "lane" in the search and

23   it made it a little less.

24        Q     Expedite things faster.  Failure -- Failed To

25   Maintain A Lane and Unsafe Lane Change.
```

Page 112

1      A    Okay.

2      Q    And again, now we have 477.  Is that number

3   correct?

4      A    That's what it shows.

5      Q    Do you think I need to remove the duplicates

6   here?  I don't believe we have the same problem because

7   it should be --

8      A    No, no.  Now, the duplicates are still removed.

9      Q    Okay.

10      A    So I don't -- I don't see anything --

11      Q    Any problem?

12      A    They should still be removed, because it's

13   showing 125,000, which means that --

14      Q    The duplicates are removed?

15      A    Uh-huh.

16      Q    So 477 stops for that -- for -- all right.  Let

17   me make sure that I'm clear.  Exhibit 57 is showing 477

18   stops by Officer Gereb and Officer Babb in a 3.5-year

19   period for failure to maintain a lane and unsafe lane

20   change; is that correct?

21      A    I agree with that.

22      Q    All right.  So then I'm going to take off the

23   officers' last names, but keep on the filter for those

24   two offenses.

25      A    Okay.

Aaron von Muldau                                    July 17, 2024

Page 113

1       Q     And we have 1,612.  Am I reading that correct?

2       A     I agree with that.

3       Q     Okay.  And our percentage is -- let's do this

4    in Excel spreadsheet.

5             MS. HEBERT:  Can you give me the first number,

6    the denominator, Josh?

7             MR. WINDHAM:  1,612.

8             MS. HEBERT:  Let's go back to here.  So -- give

9    me the whole -- both numbers.

10             MR. WINDHAM:  Well, the denominator is 1,612.

11    The numerator is 477.

12             MS. HEBERT:  477 divided by, what was that,

13    1 --

14             MR. FRIGERIO:  -- 612.

15             MR. WINDHAM:  1612.

16             MS. HEBERT:  1612.

17       Q     (By Ms. Hebert) And I have 29 percent, nearly

18    30 percent.

19       A     I agree with that.

20       Q     So based on the analysis that we just did,

21    Officer Gereb and Officer Babb are responsible for 30

22    percent of the County's stops for failure to maintain a

23    single lane and unsafe lane change, according to this

24    data in Exhibit 57, for 3.5 years.

25       A     For the designation of, that you filtered for,

Aaron von Muldau                                      July 17, 2024

                                                    Page 114

1    30 percent is correct.

2        Q    Okay.  And you were very careful in your words

3    there.  What was I missing?

4        A    I'm trying to resolve in my head, because you

5    keep saying the total traffic stops.

6        Q    Uh-huh.

7        A    And it's not total traffic stops.  It's total

8    traffic stops for the designation.  So they wrote 30

9    percent of the tickets for failure to maintain or the

10   unsafe lane change, and I agree with that.

11       Q    Okay.  Okay.  And just so we are clear, Deputy

12   Babb left criminal interdiction; is that right?

13       A    I don't know how he --

14       Q    Deputy Babb is no longer a criminal

15   interdiction officer today.

16       A    That is correct.

17       Q    And Deputy Babb was dismissed from the

18   Sheriff's Office; is that correct?

19       A    He was terminated.

20       Q    And when he was terminated, what was his

21   position?

22       A    I believe he was an academy instructor at the

23   time.

24       Q    Okay.  Then at some point he changed from being

25   a criminal interdiction officer to being an academy

Page 115

1    instructor; is that correct?

2         A    Yes.

3         Q    Do you know when that change happened?

4         A    I do not.

5         Q    Okay.  So this, we previously talked about how

6    this data ran to 2023, September of 2023; is that

7    correct?

8         A    Yes.

9         Q    And as of September 2023, was Officer Babb a

10   criminal interdiction officer?

11        A    From September on is what you're asking me?

12        Q    No, I'm asking -- basically, what I'm trying to

13   get at is the data set we have is from one -- January 1st

14   of 2020, to --

15        A    9/11/20- --

16        Q    -- 9/11/2023.  And Deputy Babb was not a

17   criminal interdiction officer that entire time, was he?

18        A    I don't believe so, but I don't know.  No --

19   oh, I see what you're saying.  Yes.  No, he was not.

20        Q    So during that 3.5 years, Deputy Babb was not a

21   criminal interdiction officer for that entire 3.5 years.

22        A    Correct.

23        Q    When he was an instructor at the academy, was

24   he doing traffic stops as part of his daily duties?

25        A    No.

Page 116

```
 1              MS. HEBERT:  Okay.  I think I'm going to take a

 2     break.  Can we take a short break?  Because I think we're

 3     done with the Excel spreadsheet, and I just need --

 4              MR. WINDHAM:  You made it.

 5              MS. HEBERT:  I just need a break, because that

 6     was a lot.

 7              THE REPORTER:  We are off the record.

 8         (Recess from 12:06 p.m. to 1:00 p.m.)

 9              THE REPORTER:  We are back on the record.

10         Q    (By Ms. Hebert) We're back from lunch.  I have

11     to ask you this question.  In between lunch and when you

12     returned, did you talk to anybody about this deposition?

13         A    Mr. Frigerio.

14         Q    I'm not going to ask you about any comments you

15     had with Mr. Frigerio.  Anyone else?

16         A    No.

17         Q    Did you talk to anybody about the content of

18     this lawsuit?

19         A    No.

20         Q    I do want to clean up one item.  Earlier you

21     were talking -- we were talking about the issue date for

22     the citation --

23         A    Yes.

24         Q    -- and the issue time for the citation.  When

25     the citation is issued, does that mean the traffic stop
```

Page 117

1    is over?

2         A    Not necessarily.

3         Q    Okay.  Tell me why.

4         A    When the citation is issued, that means

5    that that part has been done and completed.

6              Normally, on the acceptance and submission of

7    the citation, that's what it means.  But if there's

8    reasonable suspicion to carry on further investigation,

9    statute and state or -- and law has given us as long as

10   you have reasonable suspicion to continue.

11        Q    Sure.  And I just want to make sure I

12   understand your answer, because there were a couple of

13   this's and that's.

14             As I understand it, you're saying that the

15   issuance of the citation means that the part of the

16   traffic stop that deals with the traffic violation --

17        A    Right.

18        Q    -- is over.

19        A    Meaning that this document was complete at that

20   time.

21        Q    Just so I understand then, when the citation or

22   the warning is issued, the part of the traffic stop

23   dealing with the traffic violation is over.

24        A    Yes.

25        Q    Okay.  So I want to talk about training.  I

Aaron von Muldau                                              July 17, 2024

Page 118

1    understand that after an officer completes his or her

2    initial training at the academy, and then has their -- I

3    think the Sheriff used a term like "breakout," like maybe

4    out of an egg, they have their breakout period.  They've

5    done their time with their patrol training officer.

6    After that period, so like after the initial training --

7         A    He's a full officer.

8         Q    He's a full officer.

9         A    Okay.

10        Q    How does the Sheriff's Office continue to train

11   officers?

12        A    We -- there are several ways.  One is if

13   something is mandated.  Every two years they meet and --

14   TCOLE meets and says, Okay, for the next training cycle

15   these particular things are hot topics and that we want

16   officers trained more, whether it be use of force,

17   whether it be on how to deal with mental health.  Those

18   types of hot button topics, we do a lot of that.

19             Sometimes we will have specialty classes that

20   break down for those individuals, like crisis

21   negotiation, dealing with that type of person.  That was

22   always a stand-alone class.

23             But then we also afford every -- or we require

24   the patrolmen to go through 40 hours of training every

25   year.  TCOLE mandates 40 hours for a two-year period, but

Aaron von Muldau                                    July 17, 2024

Page 119

```
 1   we offer -- our in-service training is usually 40 hours,

 2   and it's on refreshers and, and to start correcting

 3   issues that we think that people are going off the rails

 4   or to redirect behavior, or train for new statutes and

 5   things like that.

 6         Q    Okay.  I want to make sure I got all that.

 7              So there's state mandated training.  We can put

 8   that to the side.

 9         A    Uh-huh.

10         Q    And then there are specialty classes.

11         A    Right.

12         Q    And the Sheriff's Office provides some classes

13   that kind of fit in both buckets; is that fair?

14         A    Yes.

15         Q    Mandated and specialty classes?

16         A    Yes, ma'am.

17         Q    Okay.  And the Sheriff's Office has in-service

18   days?

19         A    Yes.

20         Q    Is there any annual training as like a generic

21   update on the Sheriff's Office policies?

22         A    It's usually covered in in-service.  But it's

23   not as, as policy changes.  Policy changes are put out

24   through our, a system called power DMS.  We have an

25   electronic database.  It's been in play probably since
```

Page 120

1    2015, 2016 I think.

2         Q    Uh-huh.

3         A    It does go back that far, where we started

4    actually going from the paper-based system so we could

5    track the changes and modifications and directives and

6    stuff like that in a central location that the officers

7    are required to electronically sign off on.

8         Q    Okay.  That's helpful.

9              To your knowledge, to the County's knowledge,

10   has the Sheriff's Office ever offered interdiction

11   training, generally?

12        A    Define what you mean by "offering."

13        Q    Provide itself.  Has internal training.  Has

14   the Sheriff's Office ever given internal training --

15        A    Yes.

16        Q    -- on interdiction?

17        A    We have brought -- we have brought experts in

18   to train officers.  We have hosted classes.

19             Have we put a class together and taught it

20   ourselves?  No.

21        Q    Okay.  And can you tell me about the experts

22   you've brought in?  Do you happen to know those now?

23        A    It's -- I don't know which ones are recent.

24   I -- that, again, as part of my duties, that's not

25   something that I delve into.  Interdiction belongs to the

Page 121

1    specialty units.

2         Q    Sure.

3         A    So I don't go that far down unless there's a

4    reason for it.

5         Q    Understood.  I guess this is a good time to

6    just ask you, who is the best person to talk about the

7    County's policies and practices on interdiction?

8         A    Pete Gamboa, Sergeant Gamboa.

9         Q    Okay.  And who is the best person to talk to

10   about the County's policies and practices on the Canine

11   Unit?

12        A    Sergeant Ben Olvera.

13        Q    Okay.  I want to look at two exhibits.  One has

14   previously been admitted as Plaintiff's 14, and it's G in

15   our booklet.

16             MR. WINDHAM:  Charles, do you want the manual?

17             MR. FRIGERIO:  Probably not, sir.

18             MR. WINDHAM:  I'm happy to hand it to you.

19   It's heavy.  Sorry.

20        Q    (By Ms. Hebert) Again, this exhibit has

21   previously been introduced as Plaintiff's Exhibit 14.  It

22   was marked so.

23             Captain, are you familiar with this document?

24        A    I am familiar.

25        Q    What is it?

Aaron von Muldau                                    July 17, 2024

Page 122

1        A    It is the policy and procedure manual as of --

2   this one was current as of August 3, 2021.

3             MS. HEBERT:  And then I want to introduce

4   another exhibit, Exhibit X in our thing, Josh, and this

5   exhibit has not previously been introduced.  And we're

6   going to mark this as Exhibit 58.

7        Q    (By Ms. Hebert) We're giving you a stack of

8   paper.  Captain, what is Exhibit 58?

9        A    Exhibit 58 is the updated policy dated

10  April 5th, 2022.

11       Q    Okay.  And which policy manual was in effect at

12  the time of this traffic stop, which was March 16, 2022?

13       A    Should be the August 3rd, 2021, policy.

14       Q    Okay.  And since the policy manual was

15  updated -- was the policy manual updated from 2021 to

16  August of 2022?

17       A    Correct.  It -- the policy --

18       Q    Or April of 2022.  Excuse me.

19       A    The policy manual is a living document, so it

20  is constantly being updated, which is why we went to the

21  power DMS, because it allows us to stop having to publish

22  these manuals.  And then it's just kept in an electronic

23  file cabinet that the officers would then, not only be

24  able to reference, but be responsible for, and we know

25  that they've received the policy.

Aaron von Muldau                                July 17, 2024

                                                        Page 123

1        Q    Okay.  So then now, when you look to pull the

2    sheriff's policy manual, do you just pull up the whole

3    DMS system?

4        A    It is -- the DMS -- PowerDMS is a records

5    database.

6        Q    Uh-huh.

7        A    So this is a document --

8        Q    Uh-huh.

9        A    -- within the DMS.

10       Q    And all the officers have access to the DMS?

11       A    Yes.

12       Q    And if you wanted to search the policy on

13   uniform, you go pull up your DMS and you go to the

14   chapter on uniform?

15       A    Yes.

16       Q    Okay.  I just wanted to make sure I understood.

17   So it's basically this, but an electronic version.

18       A    Yes, ma'am.

19       Q    Okay.  I'd like to go to Page 33 and 34 of the

20   Exhibit -- what did we mark it as?

21            MR. WINDHAM:  58.

22       Q    (By Ms. Hebert) 58.  I'm trying to see if I

23   have a -- we're going to Section 409.  So I think it's

24   the first initial 33 page, so -- and I'm looking at Page

25   Bates labeled 3546.  Do you see where I am?

Page 124

1        A    I do.

2        Q    I'm looking at Section 409, Training and Career

3    Progression.  Do you see where I am?

4        A    I see.

5        Q    And I am going to read this paragraph,

6    Paragraph A.

7             "It is the policy of the Sheriff's Office to

8    encourage employees to develop skills and knowledge which

9    will better qualify them to perform their work.  In

10   addition to on-the-job, supervisory and technical

11   training provided by the BCSO sheriff's academy,

12   employees are encouraged to enroll in outside courses."

13             Did I read that correctly?

14       A    Yes.

15       Q    How are officers encouraged to enroll in

16   outside courses?

17       A    Not only -- oftentimes they're -- funding is

18   always an issue.  But we do secure funding through

19   different grants and different sources throughout the

20   year to send officers to training.

21             In addition, officers will go to -- they'll pay

22   for a class on their own, and we'll give them the time.

23   Instead of utilizing their own time, we give them the

24   time as a kind of a carrot to -- because they're still

25   doing something in relation to their job duties, to go to

Aaron von Muldau                                          July 17, 2024

                                                       Page 125

1    the training, you know:  Hey, I -- it's a week training.

2    It's $250.  I'll pay the 250.  Can I not use my time to

3    do it?  So --

4         Q    I'm sorry, I'm trying to understand.  I don't

5    mean to interrupt you.  When you mean use your time, so

6    that it's counted as work days, they're not taking PTO.

7         A    Correct.

8         Q    And by PTO, I mean paid time off.

9         A    Yes, ma'am.

10        Q    When will the County pay for courses, outside

11   courses?

12        A    When, one, we have the funding, and two, it's

13   approved and it coincides with your -- something that

14   would benefit the Sheriff's Office.

15        Q    Okay.  And how does the County decide what to

16   approve?

17        A    That's up to the supervisors and then

18   ultimately the division chief.

19        Q    Okay.  And I'm assuming that approval process,

20   if someone -- if -- scratch that.

21             If a course is approved, does that mean the

22   supervisor and the other individual you just mentioned

23   believe that the outside training would benefit the

24   County?  You just said that there's a -- that the outside

25   courses are approved and that they would benefit the

Aaron von Muldau                                    July 17, 2024

Page 126

1    County.  So I'm just trying to shorthand that.  So if

2    they're approved, does that mean the supervisor believes

3    that that training will benefit the County?

4         A    Yes.  But it's not in the same way that you're

5    saying.  I'm not going to pay for a class and give

6    someone work time to go and learn how to crochet, right,

7    because that has nothing to do with their job.

8         Q    Sure.

9         A    So it has to have something with a function,

10   right?  If I have a detention officer that is looking to

11   take patrol classes, there is a benefit because that's

12   someone that will progress further on.

13            But I have a civilian that is a office

14   personnel, and they want to go take patrol classes.  What

15   exactly -- what benefits does the County -- because there

16   has to be a give and a take.  We want them to improve.

17            There are other forms and fashions that we

18   allow to, you know, we pay -- we help people educate

19   themselves, things like that.  But it's not -- it

20   wouldn't be considered something that we would normally

21   use for training funds because they are limited.

22        Q    Understood.  So if a supervisor approves an

23   outside training, that supervisor is concluding that the

24   training will help the officer in the scope of their

25   duties.

Aaron von Muldau                                          July 17, 2024

                                                              Page 127

1        A     Yes.

2        Q     How does a supervisor or the County -- so we're

3    going to say the supervisor on behalf of the County --

4    evaluate courses?  So I guess, and I'll explain.  I'll

5    unpack that.

6              Are there materials that a officer who wants to

7    do an outside training has to submit to the County?

8        A     Normally, yes.

9        Q     What are those materials?

10       A     We usually ask for the syllabus.  The

11   supervisor then will review the class, make sure, one,

12   it's a licensed educator, you know.  Something that isn't

13   just put on by some fly-by-night company that isn't going

14   to, you know -- a right wing, left wing, whatever you

15   want to call it.  Could be a whole lot of reasons why.

16             But they do research it to say, yeah, this is a

17   valid class, valid training, and then they provide the

18   syllabus and the course description and what the officer

19   will be learning.  And they then evaluate that based on

20   all the requests that come in, and then they decide who

21   gets what.

22       Q     Okay.  And of the outside courses that a

23   supervisor approves, how do they decide what to pay for

24   versus not pay for?

25       A     Oftentimes it has to do a lot with what funding

Aaron von Muldau                                        July 17, 2024

                                                        Page 128

1    we have available.

2         Q    Okay.  If one officer gets a training approved,

3    does that mean the training's going to be approved for

4    other officers?

5              I'll give you an example.  If Charles applies

6    to his supervisor and gets a training approved, does that

7    mean when Hector applies next week, the training is also

8    going to be approved for Hector?

9         A    No.

10        Q    Okay.  Explain to me why there might be

11   different results.

12        A    Could be different job duties.

13        Q    Uh-huh.

14        A    One might benefit more than the other.  It

15   could also impact the shift.  It could impact time off.

16   It could impact -- there's a lot of factors that go into

17   it.  It's not I like Hector and I don't like Charles.

18        Q    It's okay if that's true.

19        A    Yeah.  But -- and it is true.  But that's

20   just -- the reality is -- no, there's a lot of things

21   that go into what that decision is, you know.  If

22   Mr. Frigerio put in for a training at the beginning of

23   the cycle, obviously there's more funding.

24        Q    Sure.

25        A    There's more time to plan to let him off to go

Aaron von Muldau                                      July 17, 2024

Page 129

1    to that training.  Whereas Hector finds out about, hey,

2    Charles is going to this class in December, and we're at

3    the end of November and I'm putting in for it.  So

4    there's a lot of factors that go into it.  It's not

5    necessarily based on --

6        Q    Understood.

7        A    -- just because one is approved and one is not

8    approved.

9        Q    So if the logistics -- let's just say if the

10   logistics works out, the County has the funding and no

11   one's going to be left shorthanded, and just the

12   logistics of approving the training, all things being

13   equal and Charles and Hector are doing the same job,

14   would the fact that the training was already approved for

15   Charles mean that the training would be approved for

16   Hector?

17       A    Could be.  Not necessarily would be.

18   There's -- everything -- there's so many things that go

19   into it.

20            So you normalize other things, but now what we

21   also have to look at is, okay, what is his attendance

22   like?  Does he -- has he not necessarily earned the

23   right?  But if his job performance here is subpar and I

24   need him concentrating on these things, would this

25   training help him?  Okay.  Then that more than likely is.

Aaron von Muldau                                          July 17, 2024

                                                      Page 130

1      But it's not a definitive just because one gets approved

2      one doesn't.

3           It could be a train-the-trainer class, which

4      means that I can save a whole lot of money by sending

5      Charles, pay an extra hundred dollars, he now comes back

6      and then starts training our department.

7           Q    Understood.  Understood.  That's helpful.

8           I'm going to read the next page.  We're going

9      to go to the next page and look at B.  So we'll read B on

10     BC 3547.  I'm going to read it out loud.

11          "It is important that the BCSO personnel office

12     is aware of any special training that employees receive,

13     whether on the job or otherwise.  Continuing education is

14     a matter of record with the BCSO and one of the factors

15     considered in determining the best candidates for

16     promotion or special assignments."

17          Did I read that correctly?

18          A    Yes.

19          Q    And just generally, why is it important that

20     the Sheriff's Office is aware of special training?

21          A    So as we learned earlier with the spreadsheet,

22     the County has had an issue with properly staffing

23     certain positions.  IT being one, right?  The County, as

24     much as we all love working for the government, doesn't

25     pay as well.  And after COVID, if you have an IT

Aaron von Muldau                                    July 17, 2024

Page 131

1    background, you get paid stupid money out in the real

2    world.

3              So what is occurring is they have to find

4    people like me that have specialty skills or that can

5    learn specialty skills.  One of the biggest things that

6    has happened was during the 2018 -- when we had Trayvon

7    and then -- the Martin case, and then you had George

8    Floyd and stuff like that.

9              One of the disconnects that we found was having

10   suitable representation for groups, whether it was for

11   LBGT, LBGT, autism, Jewish, Muslim.  And we -- he

12   started -- the Sheriff decided that, hey, listen, we can

13   continue to try to beat our head against the wall to try

14   to find, you know, to try to get funding for this, or we

15   can ask our employees to take on another hat and help us

16   with that.

17             So we have representations, or representative

18   people that will go out and they're representatives, so

19   that if you're having an issue within your community that

20   you have someone specifically that you can come back and

21   address your issues and bring those to the Sheriff's

22   Office, and we -- you know, trying to be mindful, we try

23   to work with them to better their community and their

24   lives.

25        Q    Okay.  So I guess that was a great example of

Aaron von Muldau                                             July 17, 2024

Page 132

```
 1    if the Sheriff's Office knows about specialized training

 2    or specialized aptitudes, it can use those when it needs

 3    them.

 4         A    Yes.

 5         Q    Is that fair?

 6         A    Yes.

 7         Q    I want to look at another exhibit, Exhibit GG.

 8              Now, I'll kind of just talk generally while

 9    Josh is getting this out.  Did the County submit cell

10    phones in this case for forensic examination?

11         A    Okay, now we just went way -- we went somewhere

12    different.

13         Q    Yes.

14         A    Did the County submit cell phones?  Yes.  I

15    think it was one personal phone and two, maybe three

16    County cell phones that you requested.

17         Q    Right.  I have it somewhere.

18              MR. WINDHAM:  Let me know when you want me to

19    hand this to you.

20         Q    (By Ms. Hebert) I believe it was -- let's

21    see -- the personal phone of Joel Babb, the County phone

22    of Sergeant Gamboa, the County phone of Deputy Molina,

23    the County phone of Officer Gereb, and the personal phone

24    of Officer Gereb.  That's what I have as their records,

25    correct?
```

Aaron von Muldau                                                July 17, 2024

Page 133

1       A    Correct.  The only one that I was not

2   responsible for giving over was Babb because he was, I

3   believe, in the process of being terminated.

4       Q    Understood.  Understood.  And is the County

5   aware that the forensic examination was completed?

6       A    Yes.

7       Q    And results from the forensic examination was

8   provided to all the parties in this litigation?

9       A    That was what the court order said.

10      Q    Okay.  I'm going to hand you what has been

11  marked Exhibit 59.  I'm going to represent to you that

12  this is the conversation that the parties received from

13  the forensic examiner from Sergeant Gamboa, labeled as

14  Conversation Number 32.  Do you see that at the top of

15  the page?

16      A    I do.

17      Q    And I'm just going to highlight, this is a text

18  message, as far as we understand, from Officer Ortega to

19  Sergeant Gamboa.  And it says:  Hey Sergeants -- which is

20  how I understand "Sgts"; is that correct?

21      A    I would -- yes.

22      Q    "Since I'll be out of town for the weekend, I'm

23  going to need y'all to send the weekly reports for your

24  respective units, please.  Ochoa-K9, Gamboa-Interdiction,

25  and Steve just combine SCU/GANG please."

Page 134

1           Do you see that?

2      A    I do.

3      Q    Did I read that correctly?

4      A    Yes.

5      Q    Okay.  What are the weekly reports?

6      A    Excuse me?

7      Q    What are the weekly reports?

8      A    That is their statistical and descriptive of

9  what their units, their officers are doing for the week.

10      Q    Okay.  And when I see Gamboa-Interdiction, does

11  that mean that Sergeant Gamboa was responsible for

12  providing a weekly report to Officer Ortega?

13      A    Ray Ortega was -- is and was a lieutenant over

14  Special Operations.  And based on the wording, I would --

15  I would agree with you.

16      Q    Okay.  Has the County provided any weekly

17  reports in this litigation?

18      A    I am not aware that that was asked for.  If you

19  could point out in the request for production.

20      Q    Sure.  We'll look at the records on the request

21  for production and I'll get back to you on that.

22           Have you seen a weekly report for interdiction?

23      A    No.

24      Q    So the County -- you on behalf of the County

25  doesn't know what a weekly report for interdiction looks

Page 135

1    like?

2         A    I do not.

3         Q    Okay.  And we'll get the RFP number for you.

4              We'll come back to that for you.

5              While I'm on the topic of reports, yesterday

6    the Sheriff testified that the command staff meets

7    weekly.  Are you aware of that?

8         A    I am.

9         Q    Are there minutes from the weekly command staff

10   meetings?

11        A    I am not aware of any minutes, but I also don't

12   participate as an active person --

13        Q    Sure.

14        A    -- in command staff.

15        Q    Sure.  But are you the person the County has

16   designated to speak on behalf of records?

17        A    I am.

18        Q    And how would you find out if there are minutes

19   from the weekly command staff meetings?

20        A    I don't believe there are minutes because they

21   don't have any office assistants.  There's nobody there

22   designated to take minutes.

23        Q    Okay.  I'm going to go on to a little more

24   training.  I'm going to jump around a little bit here

25   just because I'm trying not to keep us here forever.

 1          A    I'm understanding.

 2          Q    Did the criminal interdiction officers receive

 3     any specialized training from the Sheriff's Office

 4     itself?  And by that I mean the Sheriff's Office provided

 5     the training, did the instructing.  Because I know

 6     there's a lot of provision --

 7          A    I am not aware of the Sheriff's Office

 8     providing the instruction other than facilitating an

 9     outside instructor.

10          Q    That's fine.  I'm going to look at Exhibit M in

11     our stuff, and then I'll pass it to you.  And this was

12     previously admitted as Exhibit 54.

13          (Discussion off the record.)

14          Q    (By Ms. Hebert) Captain, can you tell me what

15     this exhibit, Exhibit 54 is?

16          A    It's a TCOLE roster listing.

17          Q    Okay.  And there are more pages than just that

18     page.  Can you flip through and tell me what the

19     collective documents are?  And I'll represent to you this

20     is how we received them from the County, so --

21          A    Uh-huh.

22          Q    -- as a collection.

23          A    This is a submission -- the first, I don't

24     know, Page 2 and Page 3 are the evaluation for training

25     verification --

Page 137

1          Q     Sure.

2          A     -- for outside training.  There is a process

3    that we put together that when, in order for the officer

4    to get credit, TCOLE credit, because remember there's so

5    many mandated hours that you have to have every year.

6          Q     Sure.

7          A     It goes on their transcript.  They have to

8    submit a course description, they have to submit a, the

9    syllabus.  They have to submit a -- I believe they have

10   to submit something on the instructor.  They have to

11   submit a summary of what they learned and how it's going

12   to be applied.  And they -- I think that's pretty much --

13   they keep changing it, so I'm trying to remember what it

14   currently was versus what it was.  But I think that's

15   about it.  They submit that to the academy.  That's

16   reviewed by the academy commander.  Here it shows Raul

17   Garza, which was the academy commander.  And he approved

18   them under the TCOLE course 3408 for 16 hours.

19         Q     Okay.  So I guess my question is, this whole

20   collection of documents I believe -- I want you to

21   correct me if I'm wrong -- are the documents that the

22   County produced in response to our request that Deputy

23   Babb's interdiction training records be produced; is that

24   correct?

25         A     This -- correct.  This is what we had on file,

Aaron von Muldau                                                    July 17, 2024

Page 138

1    and this is what was provided.

2         Q    For his interdiction training.

3         A    For his interdiction training.  Right.  I can't

4    remember -- I think it was Request for Production 61,

5    or thereabouts.

6         Q    Okay.  I just want to make sure --

7         A    Yes.

8         Q    -- that I'm understanding it correctly.

9         A    Yes.  This is the -- these are the documents

10   for outside training, and you can see that he has the --

11   here's the syllabus, here's the biography of the

12   instructor, the course attendance sheets, and the

13   evaluation.

14        Q    Okay.  And I'm going to just take a step back.

15   You had asked me for the RFP number.  RFP 40:  All

16   documents concerning reports on BCSO's criminal

17   interdiction activities and the results of those

18   activities, including any such reports submitted to the

19   Bexar County Commissioners Court or used to support

20   budget processes.

21             So just basically all the criminal interdiction

22   reports.

23        A    Then that is a failing on my part because

24   that's not how I understand it.  But -- because though

25   it's a report, it's not used for budget.  It wasn't used

Aaron von Muldau                                                July 17, 2024

                                                        Page 139

1      for budget.  It wasn't used to present to Commissioners

2      Court.

3          Q     Sure.  And just to be clear, that request is

4      including such reports, but it's not --

5          A     Right.

6          Q     -- the only such reports.

7          A     Then I will tell you that's a failing on my

8      part.  I misunderstood what you were asking for.

9          Q     Sure.  So I'm going to ask you and your

10     attorney, will the County be providing the weekly

11     interdiction reports following this deposition?

12              MR. FRIGERIO:  Can you give me a time frame?

13              MS. HEBERT:  Within a week.

14              MR. FRIGERIO:  No, what range?  I mean, you

15     said weekly reports.

16              MS. HEBERT:  The same as the request, Charles.

17     Our request is limited in scope in terms of dates.  I

18     believe --

19              MR. WINDHAM:  January 1st, 2020, through

20     present.

21              MS. HEBERT:  And we are, we've got depositions

22     next week, the first of which is Tuesday -- what's the

23     date on Tuesday?

24              MR. WINDHAM:  The 23rd.

25              MS. HEBERT:  23rd.

```
 1              MR. WINDHAM:  Yes.

 2              MS. HEBERT:  So, I mean, the sooner the better,

 3     Charles, given that we are doing a deposition on Tuesday,

 4     the 23rd.

 5              THE WITNESS:  I believe I can meet that time

 6     frame.

 7              MS. HEBERT:  Okay.

 8              THE WITNESS:  I'll have a better answer for you

 9     tomorrow, but it might be as soon as tomorrow, because

10     those should be one central location.

11              MS. HEBERT:  Sure.  Thank you.

12         Q    (By Ms. Hebert) Okay.  We can go back to

13     Exhibit 54.  I'm going to have a couple of questions for

14     you about Exhibit 54.

15         A    Okay.

16         Q    Look at the first page.

17         A    Okay.

18         Q    Now, I think you were answering this already,

19     but I just want to make sure I understand.  BC 11512 I

20     see instructor as Raul Garza, but I thought Raul Garza

21     was a BC -- or a Sheriff's Office officer.  So why would

22     it say Instructor Garza?

23         A    Because that is what goes in our system.  He is

24     the academy commander.  He is an instructor.  But he is

25     the instructor commander that is reviewing all the
```

Page 141

1    documentation saying that it is legitimate and correct

2    and submitting it to TCOLE.

3         Q    Got it.

4         A    They don't --

5         Q    So he didn't actually teach a course?

6         A    No, ma'am.  This is for outside instruction.

7         Q    Okay.  And looking to the next page, BC 11513

8    and then going forward to 11543, and you'll stop at

9    11543.  These are generally the kinds of materials that

10   the County requires an officer to submit in getting

11   outside training approved; is that correct?

12        A    Yes.  There is the critique evaluation.  Here's

13   the form that gives the initial description.  It has the

14   learning objectives.

15        Q    Sure.

16        A    It has basically the course syllabus.  It has a

17   biography.  Obviously we don't want to be trained by

18   people of less moral character.  How they're going to

19   train, what they're going to train.  It has the rosters.

20   I'm not sure if this was two, two courses.  It looks like

21   they might be --

22        Q    I think there's several courses in here.

23        A    Yeah.

24        Q    And we'll go through some of them.

25        A    So, but yeah, but that's -- it has the stuff.

Page 142

1    And then based on the number you told me to stop at, that

2    looks like the documentation needed for TCOLE in order

3    for us to submit, and we have to keep record of it as

4    part of his training file.

5         Q     Sure.  Can we go to 11546.  And looking at

6    11546, this seems to be the same form we looked at at the

7    beginning that was 11513, just the updated version of

8    that form.  As far as I can tell, 11546 is an individual

9    request to attend a training course/seminar, and the

10   other one was an outside training verification.

11             It's my understanding they're essentially the

12   same kind of form, just one's the more recent version?

13        A     No, they're not the same.

14        Q     Tell me more.

15        A     The outside training form, if you read here at

16   the bottom, Outside Training Verification, this is a

17   TCOLE form.

18        Q     Okay.

19        A     This is what we submit when we as an academy or

20   an instructor accepts and reports to TCOLE the hours and

21   that it meets the request.  The 11546 is the internal

22   document that gives him approval to attend this class.

23        Q     Okay.  That's very helpful.  And so the 11546

24   document, you see the course name.  Name of Course:

25   Identifying Criminal Vehicles and Occupants/Street Cop

Page 143

1    Training.

2           Did I read that correctly?

3       A    Yes.

4       Q    And what's the date on this submission?

5       A    The submission was 5/31/2021.

6       Q    Okay.  And the date of the course was

7    July 19th, 2021.  Am I reading that right?

8       A    Yes.

9       Q    And it seems like the justification for the

10   training was criminal interdiction training, job

11   performance improvement.  Am I reading that correctly?

12      A    Yes.

13      Q    And I see four signatures on this approval

14   form.  Are you -- am I counting the same as you?

15      A    Yes.

16      Q    And can you tell me -- I can't always read the

17   handwriting, so I just want to make sure that we are

18   reading all the same.  The first one, is that Sergeant

19   Gamboa?

20      A    Yes.

21      Q    And then the second one, sometimes I know that

22   the signatures don't necessarily match up with the name,

23   so is that Lieutenant Ortega?

24      A    Correct.

25      Q    And then followed by Deputy Chief or

Page 144

1    Director -- and I have no idea what that signature is.

2        A    Deputy Chief Nancy Sanford.  She's over CID.

3        Q    Okay.  And then the final signature?

4        A    Is Deputy, or Assistant Chief Deputy Roland

5    Schuler.

6        Q    Okay.  So that means that all four of these

7    people whose signatures are here on 11546 approved the

8    training?

9        A    Right.  This is the -- that is his -- at the

10   time of 2021, that was his -- oh, gosh, the chain of

11   command.  There was not a captain over --

12       Q    Oh, I get it.

13       A    -- organized Crime at the time, which is why

14   you see there's a blank spot there.

15       Q    So essentially these four signatures, everyone

16   in Deputy Babb's chain of command approved the training

17   you see at 11546.

18       A    Yes, it appears that way.

19       Q    Okay.  And then just flipping to the next page,

20   it seems like BC 11548 and 11549 are the materials, the

21   course materials that go with 11546.  Is my understanding

22   correct?

23       A    Yes.  This is what we had talked -- when you

24   had asked me earlier, this is one of the things that they

25   would use to verify whether it's an approved class.  This

1    is one of the things they would use to verify.  So more

2    than likely, not only do you submit this, but the

3    supervisors, mainly Sergeant Gamboa, would probably go to

4    Street Cop Training to make sure that it complies and

5    it's what we -- it complies with our mission.

6         Q    Right.  And by approving the training, Sergeant

7    Gamboa is saying this Street Cop Training complies with

8    the Sheriff's Office's mission.

9         A    Yes.

10        Q    Did Sergeant Gamboa go to this training?

11        A    I don't have his record in front of me.

12        Q    Okay.  And did you go to this training?

13        A    Did I?  No.

14        Q    Okay.  I wanted to look at the next page as

15   well, BC 11550.  This seems to be a very similar form,

16   and so I'm not going to repeat everything here for you.

17   But I just wanted to ask you, there's a void at the top.

18   And I just wanted to know what that meant.  Does that

19   mean the training was canceled or not approved?  I

20   just -- what does the void mean here?

21        A    Well, looking at this, it was approved all the

22   way down to Chief Sanford, but it could have been that

23   they decided not to go -- they decided not to send him.

24   It could be that he decided -- as we talked earlier, that

25   he transferred.  So I don't know exactly how those dates

Aaron von Muldau                                          July 17, 2024

Page 146

1    align.  No, this isn't 2021, so he would still have been

2    there.  I don't know why.  It just wasn't -- they didn't

3    go through with it.

4         Q    Okay.  So it means this training didn't happen.

5         A    Correct.

6         Q    Okay.

7         A    Or there could have been an issue with the form

8    that they wanted to change.  But it's a conference.  We

9    could have had something else that had come up at the

10   same time where there was a conflict.  There's a lot of

11   reasons.  But it does not appear that he went to the

12   training.

13        Q    Sure.  And no problem.  I just wanted to

14   understand.

15        A    Uh-huh.

16        Q    And then I see a couple of certificates at the

17   back here.  And these certificates generally mean that

18   Deputy Babb completed these trainings; is that your

19   understanding -- the County's understanding?

20        A    Yes.  Well, on 1556, yes, it looks like he,

21   that was for Federal Motor Carrier Safety Administration.

22        Q    Sure.

23        A    For 11557 that looks like a certificate for the

24   Street Cop Training.

25        Q    Okay.  And just to stop you on that one.

Aaron von Muldau                                                 July 17, 2024

Page 147

1          A     Oh.

2          Q     So this certificate then means that Deputy Babb

3     completed the Street Cop conference training on

4     October 4th, 2021, and he provided that, those materials,

5     evidence of the completion of that training to the

6     County?

7          A     Yes.

8          Q     Okay.  We don't need to go through every single

9     certificate.  I just wanted to make sure that --

10         A     Oh, okay.

11         Q     -- I understood everything.

12               Okay.  Now I want to talk about the traffic

13    stop of Mr. Schott.  Can you, based on the County's

14    perspective, can you just confirm what traffic violation

15    Mr. Schott was stopped for?

16         A     To the best of my recollection -- well, I

17    actually have it here.  He -- the violation --

18         Q     Hold on.  Let the record reflect that the

19    Captain's consulting Plaintiff's Exhibit 12.

20         A     Oh, sorry.  Failure, or failed to maintain a

21    single lane, warning, no fine.

22         Q     Okay.  And based on the County's record, how

23    long was Mr. Schott detained?  And if you don't know,

24    ask -- tell me what record would help you identify

25    that --

Aaron von Muldau                                          July 17, 2024

Page 148

1          A     I would need the --

2          Q     -- and I can help you get to it.

3          A     -- the Incident Detail Report for the stop.

4          Q     Okay.  Let's look at Plaintiff's Exhibit 5,

5     which is our B.  We're going to hand you what's been

6     previously marked Plaintiff's Exhibit 5.

7          A     Okay.

8          Q     Do you know what this is?

9          A     I do.  It's the incident detail report from

10    when Deputy Joel Babb issued the warning, began his stop

11    and then completed his stop.

12         Q     Okay.  Based on this record, the Incident

13    Detail Report, how long was Mr. Schott detained?

14         A     Are you okay with an approximation or --

15         Q     Approximation is fine.

16         A     Looks like an hour and 15 minutes, thereabouts.

17         Q     And was any, were any -- I don't know if it was

18    or were.  Were any contraband -- was any contraband

19    discovered --

20         A     Um --

21         Q     -- during the stop of Mr. Schott?

22         A     The -- no.  No contraband was discovered during

23    the stop.

24         Q     Okay.  You can put that aside for now.  I'm

25    going to go to what's been previously admitted as

Aaron von Muldau                                           July 17, 2024

                                                        Page 149

1    Exhibit 55.  And in our records it is U.

2          (Discussion off the record.)

3          Q     (By Ms. Hebert) Okay.  And I'm going to start

4    with Exhibit 55 by not starting with the first page, but

5    I'm going to go to the page that's labeled BC 11584.  And

6    do you know what this is?

7          A     Yes.

8          Q     What is this, the pages that you're seeing in

9    1155 -- 11584 and 11589 [sic] and 11586, what are those

10   pages?

11         A     This is the second part of the process for

12   dismissal of -- seeking dismissal from Deputy Joel Babb.

13         Q     And the first part being Notice of Order of

14   Dismissal?

15         A     Right.  Per the CBA rules, we are required to

16   give them a proposed notice.  And after that, I think

17   it's ten days and his first part of the Loudermill, then

18   the order should be going into effect.  Or if it's at the

19   end of his Loudermill.  I'd have to -- I could tell you.

20         Q     That's okay.  I mean, to the general -- there's

21   a Notice of Proposed Dismissal --

22         A     Right.

23         Q     -- and this is the Order of Dismissal.  Is that

24   fair that this is the Order of Dismissal?

25         A     This is the -- this is the enactment of the

Aaron von Muldau                                        July 17, 2024

Page 150

1    order saying that you are no longer going to be here.

2         Q    Okay.  And so through this piece of paper, the

3    County notified Joel Babb that he was being terminated;

4    is that correct?

5         A    Yes, ma'am.

6         Q    Okay.  And do you see nearly all the way down

7    of this page of 1150 -- of 11584, do you see the specific

8    reasons?

9         A    I do.

10        Q    And is it correct to say that this section of

11   the order, all the way to "Present at the hearing were

12   the following," on BC 11585, sets out the reasons that

13   the County terminated Joel Babb?  It's not a trick

14   question.

15        A    No, I'm just verifying because -- but yes, I

16   agree with that, that those are the reasons for why he

17   was terminated.

18        Q    Sure.  And I think a way to shortcut this might

19   be, was Deputy Babb terminated for turning off his mobile

20   recording device, which is A, failing to activate his

21   mobile recording device, and dishonesty, which is C -- A,

22   B and C?

23        A    You bring them up as individually.  We look at

24   them as cumulative.

25        Q    Sure.

Page 151

1          A     So the dishonesty, in and of itself, is enough

2     for termination.  The other two in and of themselves, by

3     themselves, would not necessarily necessitate

4     termination.  We have a discipline matrix that would

5     govern that, but could.

6          Q     Understood.  So in this particular instance

7     with Officer Babb, these three reasons, A, B and C, were

8     the reasons that Officer Babb was terminated,

9     collectively.

10         A     Yes.  He lied about the camera.

11         Q     Okay.  So just to kind of get to the nutshell

12    of it, Officer Babb was terminated for lying about his

13    dash cam.

14         A     Yes.

15         Q     Did the County dismiss Officer Babb for

16    violating any other policies not listed here in 11585?

17         A     Um --

18         Q     And I'm not trying to trick you here.  It's

19    basically --

20         A     Right.  So the policy violations are listed in

21    11584.

22         Q     Okay.

23         A     So these are the policy violations.  The

24    actions go over both pages.  And no, this is what we used

25    to determine that he was being dismissed.

Aaron von Muldau                                          July 17, 2024

Page 152

1        Q    Okay.  I just -- the no was a little ambiguous

2    on the record so I just want to make --

3        A    Oh, okay.

4        Q    -- clear.  11584 to 11585 are the reasons, the

5    only reasons --

6        A    Yes.

7        Q    -- that Officer Babb was terminated.

8        A    That is correct, ma'am.

9        Q    Okay.  Officer Babb testified, or Mr. Babb

10   testified that at the time he was placed on leave for the

11   allegations concerning this lawsuit, he was already on

12   leave for some kind of investigation or allegations that

13   he was having an affair with another officer's wife.  Are

14   you familiar with that?

15       A    I am familiar.

16       Q    Can you tell me more about why Officer Babb was

17   initially placed on leave?

18       A    I provided the -- we provided the documentation

19   for that.  Apparently -- I can't -- I don't remember that

20   one in depth because I never really covered it.  We

21   provided it because it was part of the discovery.

22       Q    Sure.

23       A    Apparently, he was living or -- and had a good

24   friendship with another officer.  And during that time

25   frame, he developed a relationship with the officer's

Page 153

1    wife, and that relationship turned physical at some

2    point.

3         Q    Sure.

4         A    That's not a -- that was a moral issue that we

5    had.  I know -- I think, if I recall correctly, he was

6    offered a suspension.  Even though that happened after

7    this, it was because of the discovery -- not discovery

8    for -- the discovery of the discrepancy when I started

9    doing the discovery for this case when we pulled the --

10   when we were requested to pull the physical logs for the

11   cameras.

12        Obviously, one is probably a little bit more

13   complicated than the other, which is why, even though

14   they were running kind of simultaneously, you made a

15   statement that Babb related that he was put on leave as

16   part of this lawsuit.  He was never put on leave as part

17   of this lawsuit.  He was put on leave because of the

18   dishonesty.  And he was previously on leave because of

19   the potential type of charges, the moral, moralistic

20   charges initially for the sleeping with the -- the

21   accusation of sleeping with another officer's wife.

22        Q    Understood.  And I appreciate you making sure

23   that everything's precise and cleaned up.

24        What were the results of any -- let me back up

25   a second.  The accusation that he was sleeping with

Aaron von Muldau                                    July 17, 2024

Page 154

1    another officer's wife, was that investigated?

2        A    Yes.

3        Q    And what were the conclusions of that

4    investigation?

5        A    There were sustainments in some of the -- I

6    believe.  And I believe he was offered, to the best of my

7    recollection, was a hefty suspension.  I want to say it

8    was like 30 or 45 days.  But I could be wrong.  I --

9    unfortunately, I do see a lot of these, so --

10       Q    Sure.

11       A    But I know -- if I recall correctly, that there

12   was something founded and that he was facing a suspension

13   when this one was completed and then reared its ugly

14   head.

15       Q    Sure.  And do you know when that conclusion

16   about the suspension for the allegations of an affair was

17   reached?  When did that -- when was that investigation

18   concluded, is basically what I'm trying to ask.

19       A    I don't remember the dates.  I know they're on

20   the forms, and that I -- they were provided.  Initially,

21   when we met with the Federal Magistrate in, I think it

22   was February or March --

23       Q    When we had --

24       A    We had --

25       Q    -- the motion to compel?

1      A     Yes.

2      Q     That was in April, April of 2024.

3      A     I don't believe -- I believe the one case had

4   been resolved, and we were just waiting for this one to

5   be served and move forward.  So there's a date of -- I

6   think it happened August, and I think he was served in

7   November.  I just don't remember --

8      Q     Of 2023?

9      A     I believe so.

10     Q     Okay.

11     A     But I can -- I can't be held to it because I

12  don't know the exact dates.  I know I've provided the

13  documents.

14     Q     Sure.  And --

15     A     I just know that one was completed before this

16  one.

17           MS. HEBERT:  And Charles, just to be

18  100 percent transparent, I do not recall seeing those

19  documents.  And my recollection is that we got Deputy

20  Babb's disciplinary records before this event might have

21  happened.  So we'll just confirm that.  And if we don't

22  have it, I'll ask you to produce it.

23           MR. FRIGERIO:  Okay.  I believe we did.

24           MS. HEBERT:  I know that we have the light pole

25  incident.  I just don't remember the other one.

Page 156

```
1              MR. FRIGERIO:  You specifically asked about --

2              THE WITNESS:  Yeah.

3              MR. FRIGERIO:  -- what was the name of the

4    complainant in your request.

5              THE WITNESS:  Yeah, you asked about these two,

6    and we provided them.

7              MS. HEBERT:  Okay.

8              THE WITNESS:  I, I know there was a delay in

9    this one because it had not been served.

10             MS. HEBERT:  Sure.  And we'll just make sure.

11   It might just be my memory failing me, to be honest.

12             THE WITNESS:  Or things just ran together.

13             MS. HEBERT:  So we'll just make sure that we've

14   dotted our I's and crossed our T's there.

15        Q    (By Ms. Hebert) So with that in mind, I'm going

16   to move on to another exhibit, an exhibit that's

17   previously been admitted as Plaintiff's 16.

18             THE REPORTER:  And I have that, I think.

19             MS. HEBERT:  Yes, ma'am, you do.

20             THE REPORTER:  Here you go.

21        Q    (By Ms. Hebert) Captain, I'll just ask you,

22   what is this document?

23        A    The whole thing or --

24        Q    The whole thing.  You can shortchange it by

25   telling us what the whole thing is.
```

Page 157

1         A    This appears to be the beginning of the

2    investigation for June 12th, 2023.  I believe that is

3    kind of when we discovered that there was a discrepancy

4    with his camera.

5         Q    Well, I'll represent to you that Mr. Schott

6    filed this lawsuit on June 1st of 2023.  Does that change

7    your answer?

8         A    Trying to run the dates.  Because I know --

9         Q    That's okay.  How about --

10        A    But this is the beginning of -- because I know

11   he filed his lawsuit, but he also filed a complaint.  I'm

12   not sure that they necessarily started that.

13        Q    That's okay.  We'll just --

14        A    But it could have been.

15        Q    We'll just focus on the actual record, which is

16   BC 2161.  Is this a request for investigation?

17        A    Yes.

18        Q    Is the date of this request for investigation

19   June 12th, 2023?

20        A    Yes, ma'am.

21        Q    Okay.  And can you read to me the "re" for that

22   request for investigation, the "re" line?

23        A    "Request for Investigation, Deputy Joel Babb,

24   Employee 38552."

25        Q    Okay.  So only Deputy Babb is listed here in

Aaron von Muldau                                          July 17, 2024

Page 158

1    the "re" line; is that correct?

2         A    It is.

3         Q    And I want to skip to the next page, BC 2162.

4    Do you know what this page is?

5         A    Yes.

6         Q    What is it?

7         A    This was -- if I recall, Mr. Schott had called

8    in to file a complaint during -- after the initial stop,

9    about the vehicle being damaged and wanting to be made

10   whole.

11             In addition, I think there were a couple of

12   other things that he said that the traffic stop wasn't

13   legitimate and that he had been held on the side of the

14   road for a period of time.  But this is the initial --

15   coming from his complaint into Internal Affairs.

16        Q    Okay.  And is the date on this document BC 2162

17   June 2nd, 2022?

18        A    That is what it reads.

19        Q    And if I use the term --

20        A    Well, that's the date that the case was closed.

21        Q    Okay.  That's the date the case was closed.  If

22   I refer to this investigation -- so sometime in 2022

23   Sergeant Rodriguez conducted an investigation into

24   Mr. Schott's complaint; is that fair?

25        A    Yes.

Page 159

1        Q    And if I refer to that investigation as the

2   first investigation, do you know what I'm talking about?

3        A    I do.

4        Q    Okay.  Then I want to go back to the prior

5   page.  And the date on this piece of paper is June 12th,

6   2023.  Was there a second investigation opened up into

7   the traffic stop concerning Mr. Schott?

8        A    Yes.

9        Q    If I refer to this 2023 investigation as the

10  second investigation, do you know what I'm talking about?

11       A    I do.

12       Q    I want to go back to the page with the first

13  investigation, and this -- is this document the document

14  that indicates that Sergeant Rodriguez's investigation

15  into Mr. Schott's complaint was closed?

16       A    Yes.

17       Q    And the date of that closing is June 2nd, 2022;

18  is that correct?

19       A    Yes, ma'am.

20       Q    And is the explanation of this document -- you

21  see the Explanation section listed about midway through,

22  do you see that?

23       A    I do.

24       Q    Is that the reason the case was closed?

25       A    That is what she typed up and said why she

Aaron von Muldau                                July 17, 2024

Page 160

1    closed the case.

2        Q    Sure.  And let's skip down in that explanation,

3    I'm going to read a sentence.  "When I reviewed Deputy

4    Babb's body worn camera (BWC), I did not see any policy

5    violations."

6            Did I read that sentence correctly?

7        A    Yes.

8        Q    Okay.  And does the County agree with Sergeant

9    Rodriguez's conclusions that the body worn camera of

10   Deputy Babb, from the traffic stop of March 16th, 2022,

11   did not show any policy violations?

12       A    I haven't reviewed it.

13       Q    Okay.  Who on the County's behalf would be

14   prepared to testify about the content of Babb's body worn

15   camera?

16       A    Sergeant Marta Rodriguez.  She's the one that

17   reviewed it.

18       Q    Okay.  So Sergeant Rodriguez, now Sergeant

19   Ortega, she is the best person to testify whether the

20   body worn camera of Deputy Babb reveals any policy

21   violations?

22       A    She was the one that reviewed it for the policy

23   violations, yes, ma'am.

24       Q    Okay.  I want to look at this explanation just

25   again.  Is it fair to say -- and I don't see anything --

Aaron von Muldau                                                July 17, 2024

                                                     Page 161

1    that -- all right.  Just take a step back.

2              Does C in this explanation refer to

3    complainant?

4         A    I would agree with that.

5         Q    And the complainant would be Mr. Schott; is

6    that correct?

7         A    Yes.

8         Q    Okay.  I don't see anything in this paragraph

9    that talks about reviewing Deputy Babb's dash camera.  Do

10   you?

11        A    It does not.

12        Q    Okay.  Did Sergeant Rodriguez fail to

13   investigate Deputy Babb's dash camera?

14        A    You would have to ask Sergeant Rodriguez.  I

15   don't know what she investigated or did not investigate.

16        Q    Sure.  Okay.  Can we go back to the first page?

17        A    Yes, ma'am.

18        Q    BC 2161.  And this is the document, the RFI for

19   the second investigation.  As we sit here today, is the

20   second investigation closed?

21        A    Yes.

22        Q    So there -- is the County conducting any

23   additional investigation into this, the facts surrounding

24   the stop of Alek Schott?

25        A    Not that I'm aware of.

Aaron von Muldau                                                July 17, 2024

Page 162

1          Q    Okay.  Okay.  I want to look at Plaintiff's

2     Exhibit 46.  And I'm going to look at my N.

3               MS. HEBERT:  Charles, you should have it too.

4     It's BC 8302.

5          (Discussion off the record.)

6               THE REPORTER:  Back on the record.

7          Q    (By Ms. Hebert) Captain, what is this document

8     that's marked Plaintiff's Exhibit 46?

9          A    It is the document that encompasses the second

10    investigation into Deputy Joel Babb concerning this

11    traffic stop.

12         Q    Okay.  And is this report the only report from

13    the second investigation?  Is there any other report out

14    there is what I'm asking you.

15         A    Not that I'm aware of.

16         Q    Okay.  So as far as the County is aware of,

17    this is the only report that was produced as a result of

18    the second investigation?

19         A    This is what I provided, yes, ma'am.  I don't

20    believe there's any other reports.

21         Q    Okay.

22         A    There shouldn't be.

23         Q    Okay.  I just want to make sure.

24               And I see the name on the front cover is

25    Sergeant Victor Perez.  Was Sergeant Perez the only

Page 163

 1    person tasked with investigating the traffic stop of Alek

 2    Schott the second time around?

 3         A    I don't know.  If you allow me to look --

 4         Q    Sure.

 5         A    -- I think there's -- there might be a listing

 6    here on what they had.  Because sometimes they assign

 7    multiple tasks, and they'll put a summary for the -- on

 8    who does what.  So I don't know what, what you were

 9    provided.

10              MR. WINDHAM:  BC 8310.

11              THE WITNESS:  8310?

12              MR. WINDHAM:  Perhaps.

13         A    No.  8310 is everybody that was involved.

14         Q    (By Ms. Hebert) Is the key.  But I just want to

15    make sure that I understand everybody who was doing the

16    investigating.  Was there anybody else other than Victor

17    Perez who was tasked with investigating Officer Babb?

18         A    No.  He was the main investigator.  So if

19    someone helped him, by looking at statements and stuff --

20    I don't know if they did or not, but they've done that in

21    the past.  But he was the main investigator that compiles

22    everything together and then gives you a report.

23         Q    Great.  I want to go to BC 8304 -- BC 8304 to

24    BC 8309.  We're going to add in BC 8310, because that's

25    the identification legend.  So BC 8304 to 8310.

1       A    I have them.

2       Q    Are these the findings that Sergeant Perez

3    issued as a result of the second investigation?

4       A    This is the summary of the complete

5    investigation.

6       Q    Okay.

7       A    Which includes the findings.

8       Q    Sure.  I want to go to BC 8306.

9       A    Uh-huh.

10      Q    And I'm going to read a paragraph for you

11   that's about one-third of the way down.

12           "I researched the Vigilant database, license

13   plate reader information and observed C's vehicle

14   captured on March 15th, 2022, at 18:52 hours by Fayette

15   County Sheriff's Office and again at RO's traffic stop."

16           Did I read that correctly?

17      A    That is correct.

18      Q    And I understand that paragraph to say that

19   Sergeant Perez researched the LPR information and

20   observed Mr. Schott's vehicle, based on the records of

21   the LPR information, traveling at 6:52 p.m. on

22   March 15th, 2022, in Fayette County; is that correct?

23      A    That is correct.

24      Q    And then the next time that Mr. Schott's

25   vehicle was observed on the LPR information was at the

Page 165

1    traffic stop conducted by Deputy Babb; is that correct?

2        A    Yes.

3        Q    Okay.  I am going to look at -- and we can keep

4    this out.  We're going to need this to come back to it.

5    We're going to go to Plaintiff's Exhibit 8.

6            MS. HEBERT:  Which I believe you also have a

7    copy of, Molly.

8        (Discussion off the record.)

9        Q    (By Ms. Hebert) Captain, do you recognize this

10   document?

11       A    I do.

12       Q    What is it?

13       A    It is the SPEARS Incident Summary of the

14   incident BCSO 20220082749.  And it is in reference to --

15       Q    748.  I believe you said 749.

16       A    You're probably right.  Yes.  824748.  And it

17   is in reference to the traffic stop on an Alek Joseph

18   Schott.

19       Q    Okay.  I want to flip to BC 166.

20       A    Uh-huh.

21       Q    Do you see this page?  What is this page?

22       A    This is the general report entered by Deputy

23   Joel Babb.

24       Q    Okay.  And just one question, at least right at

25   this point.  Do you see the third paragraph?

Aaron von Muldau                                    July 17, 2024

Page 166

1          A     I do.

2          Q     And the final sentence, "I further observed

3     that using the LPR systems that Alek Schott had been on

4     I-10 west at midnight the night before heading south and

5     had a one-day turnaround."  Do you see that sentence?

6          A     I do.

7          Q     That seems to be an inconsistency from what the

8     investigator, Sergeant Perez, found when he concluded

9     that the LPR records, as we just reviewed, showed that

10    the last stop, the last reading on Mr. Schott's vehicle

11    was at 6:52 p.m. on March 15th.  And Mr. Babb is saying

12    that there had been a scan at midnight the night before.

13    Do you understand that correctly?

14         A     I do.

15         Q     Why was that inconsistency not highlighted as a

16    inconsistency in Sergeant Perez's report?

17         A     You would have to ask Sergeant Perez.

18         Q     Okay.  And there is no discussion of this

19    inconsistency in the Order of Dismissal for Deputy Babb,

20    is there?

21         A     No.

22         Q     Okay.  I want to flip back to Exhibit 46.  And

23    then the third paragraph on this page, it starts with "I

24    obtained."  Can you read that paragraph to yourself?  I'm

25    not going to read it out loud to you.  It's rather long.

Aaron von Muldau                              July 17, 2024

Page 167

1          A     (Reviewing document.)   Okay.

2          Q     Does this paragraph indicate that the

3     investigator, Sergeant Perez, obtained the logs of Deputy

4     Babb's dash camera on the date of the stop, March 16th,

5     2022?

6          A     He did.

7          Q     And can we go to BC 8371 to BC 8378.   And are

8     these records -- these pages, 8371 to 8378 the

9     information about Deputy Babb's vehicle's dash camera

10    logs?

11          To me it looks like the first two are emails

12    about the metadata for Deputy Babb's dash camera,

13    followed by some additional emails.   And then I think BC

14    8376 to 8378 are the logs.   Is that understanding

15    correct?

16          A     For the vehicle, yes, ma'am.

17          Q     Okay.   And what is the -- if we look at BC

18    8376, what is the date of the vehicle log?

19          A     What do you mean?

20          Q     What -- this is a log from what date from

21    Deputy Babb's patrol vehicle?

22          A     I thought I went a couple of days, but it's

23    specifically over the 3/16/2022.

24          Q     Okay.   Is there any other date?   Let's just

25    look through.

Page 168

1      A    I don't remember how I did the log.

2      Q    Okay.  I see some three -- on Page --

3      A    3/15.

4      Q    -- Page 8378 I see from 3/15.

5      A    Yes.

6      Q    So would it be fair to say that BC 8376 through

7   BC 8378 are the vehicle logs for Deputy Babb for

8   3/15/2022 and 3/16/2022?

9      A    Give me just a second just to verify that.

10  Yes, that is correct.

11     Q    Okay.

12     A    It's out of order, but yes, ma'am.

13     Q    They are out of order?  Okay.  Good to know.

14  So let's just make sure how we would put them in order.

15  Is there a page number somewhere?

16     A    78 would go in front of 76.

17     Q    Okay.  Did the County review dash cam logs for

18  Deputy Babb for any date other than 3/15 and 3/16 of

19  2022?

20     A    No.

21     Q    Okay.  Why not?

22     A    As far as what do you mean?

23     Q    Well --

24     A    So the log -- go ahead.

25     Q    No, go ahead.  I didn't mean to interrupt you.

Aaron von Muldau                                    July 17, 2024

                                                    Page 169

1        A    No, it's all right.

2        Q    Well, if the County concluded that Deputy Babb

3   was dishonest about manipulating his dash camera one

4   time, did the County evaluate whether Deputy Babb

5   manipulated his dash camera multiple times?

6        A    I'm trying to think how to answer this, because

7   I reviewed his log over a period of time.

8        Q    Sure.

9        A    Did I go back and look at specifics?  No.  What

10  we looked at is that this was a practice common to him.

11  We don't know why he was doing what he was doing, but

12  this was not the first time.  It wasn't prevalent where

13  he was doing it all the time, but there were other times

14  where there were indications that there's something else

15  could have.  But I don't remember exactly because it was

16  a lot of data.

17            I believe this camera had been in play since

18  20 -- the summer of 2020.  So there are a lot of logs.

19  But this is one of the things that set off with the

20  discovery that I, when I was first notified, which is

21  probably when this -- this was kicked off because of my

22  report, the second investigation.

23       Q    Okay.  Let me just take a couple of steps back

24  because you used a lot of this's.  I just want to make

25  sure it's clear for the record.

Aaron von Muldau                                              July 17, 2024

Page 170

```
 1        A    Oh.

 2        Q    So this -- I'm going to try to unpack the

 3   this's.  Would it be correct to say that the discovery

 4   requests in this case prompted the County to look into

 5   Deputy Babb's vehicle dash camera logs?

 6        A    Yes.

 7        Q    Would it be correct to say that before the

 8   discovery requests in this case, the vehicle dash camera

 9   logs of Deputy Babb had not been examined for any issues

10   of dishonesty?

11        A    Yes.

12        Q    Would it be correct to say that you, on behalf

13   of the County, have reviewed more than just the 3/15 and

14   3/16 vehicle logs for the dash cam of Deputy Babb?

15        A    Yes.

16        Q    And would it be correct to say that you, on

17   behalf of the County, have concluded that this was not --

18             Would it be correct to say that based on your

19   review, that you, on behalf of the County, have concluded

20   that the 3/16 dash cam issue, manipulation, was not the

21   only time that Deputy Babb may have turned off his dash

22   camera?

23        A    Yes.

24        Q    Can you estimate how many times, based on your

25   review?
```

Aaron von Muldau                                    July 17, 2024

Page 171

1      A     No.

2      Q     We previously deposed Deputy Molina in this

3   case.  And Deputy Molina testified that he turned off his

4   dash camera on his way to the stop of Alek Schott.  Has

5   Deputy Molina been investigated for turning off his dash

6   camera on the way to the stop of Alek Schott?

7      A     No.

8            MR. FRIGERIO:  Objection, form.

9            MS. HEBERT:  I'll ask that question again.  You

10  can object again, but I think you guys went over each

11  other and you couldn't quite hear either of you.

12     Q     (By Ms. Hebert) We previously deposed Deputy

13  Molina in this case, and Deputy Molina testified that he

14  had previously turned off his dash cam on the way to the

15  traffic stop of Alek Schott.  Has Deputy Molina been

16  investigated for turning off his dash camera on the way

17  to the traffic stop of Alek Schott?

18           MR. FRIGERIO:  Objection, form.  Now you can

19  answer.

20     A     I'm not aware of any investigation on Deputy

21  Molina at this time.

22     Q     (By Ms. Hebert) Is that a no?  Has the County

23  opened any investigation into Deputy Molina?

24     A     I am not aware of any investigation into Deputy

25  Molina.

Page 172

1          Q     Okay.

2          A     There are reasons why they are allowed to turn

3     them off.

4          Q     Sure.

5          A     I don't know if he met that threshold.

6          Q     Sure.  What are the reasons that a deputy is

7     allowed to turn the dash camera off?

8          A     There's a few, one being in a static spot, one

9     being that -- off the top of my head, we have -- it's in

10    policy, Chapter 44.

11         Q     Okay.  We can look at 44.  All right.  Okay.

12    So we're going to go to Plaintiff's Exhibit 14, which is

13    G.

14         (Discussion off the record.)

15         Q     (By Ms. Hebert) Plaintiff's 14, which is

16    Exhibit G.  And what was the chapter you wanted to look

17    at?

18         A     It should be Chapter 44.

19         Q     Okay.  Captain, what were you calling my

20    attention to?

21         A     If you'll give me a second.

22         Q     Sure.

23         A     (Reviewing document.)  "Procedures.  When to

24    Use" --

25         Q     Can you tell me what page you're looking at?

Aaron von Muldau                                    July 17, 2024

Page 173

1    I'm sorry.  I know they're kind of like not labeled here.

2         A    It's Page 2.

3         Q    Page 2.  Thanks.  Okay, Page 2.  You're looking

4    at 44.04, Procedures?

5         A    "When to Use the Cameras.  Deputies shall not

6    keep the event mode activated for the entire shift.

7    Mandatory use shall begin recording upon reception of a

8    call or when initiating a response to an incident,

9    whether dispatched or not, and shall continue recording

10   through the entire call of the incident.  Each deputy in

11   cover shall activate camera prior to making contact in

12   any of the following situations," which says this is when

13   you have to have it on.  Right?

14        Q    Sure.

15        A    "An enforcement or investigative encounter.

16   This includes temporary detentions, vehicle stops,

17   pedestrian stops, consensual encounters, service of a

18   search warrant or arrest warrant, contact with all

19   complainants, any situation where the deputy reasonably

20   believes that the recording may provide evidence in a

21   criminal or internal investigation, any nonenforcement

22   encounter that becomes confrontational, assault of law

23   enforcement.  Discretionary use:  Deputies" --

24        Q    We don't need you to read all of it.

25        A    No, I understand.

Aaron von Muldau                                    July 17, 2024

Page 174

1       Q    Okay.

2       A    But nonenforcement encounters when a recording

3    could have value as evidence.

4            So with him driving over there, he is not part

5    of the pursuit.  He's not part of the initial.  It does

6    give him some discretionary to shut it off.

7       Q    Okay.  That's helpful.  That's clarity for me.

8            And the -- so it's the County's position that

9    if he turned it off while he was driving there, that

10   could be permissible as a nonenforcement encounter?

11      A    It could be if he follows the policy, yes,

12   ma'am.  But I have not looked into that.  I don't believe

13   that there is any open investigation into that, so --

14      Q    Sure.

15      A    -- I would say that there's --

16      Q    Understood.  Okay.  And it's just helpful for

17   you to point me to the right section of the manual.  It's

18   a large manual.

19           MS. HEBERT:  I'm going to flip back to Exhibit

20   46, which is our N, Joshua.

21      Q    (By Ms. Hebert) And I'm going to go to Page BC

22   8337.

23      A    83.

24      Q    37.  And it seems like 8337, 8338 and 8339 are

25   part of the same document or record; is that a correct --

Page 175

1      A    No.

2      Q    -- conclusion?  No?  Tell me more.

3      A    The 8337 and 8338 are a combined document.  It

4    is a TLETS return for his driver's license.

5      Q    Okay.

6      A    8339 is a separate TLETS entry that comes back

7    and shows everybody that has run this plate I think.

8    Plate or -- I think it's the plate, over a period of

9    time.

10      Q    Okay.  So let's look at the top of BC 8337.

11      A    Okay.

12      Q    And what does that top line represent?

13      A    That his driver's license is eligible and

14    expires in 2030.

15      Q    Okay.  So could this be the record from running

16    Mr. Schott's driver's license, rather than his plate?

17      A    Yes, ma'am.  That's the TLETS return for his --

18      Q    Okay.  And what does TLETS mean?

19      A    It's the Texas Law Enforcement Telenetwork

20    System.

21      Q    Okay.  So is BC 8337 and 8338 the record for

22    running Mr. Schott's --

23      A    That --

24      Q    -- driver's license?

25      A    -- appears to be his driver's license return.

Aaron von Muldau                                    July 17, 2024

Page 176

1          Q    Okay.  And then BC 8339, as I understood it,

2     you just said that this is -- BC 8339, this document, is

3     the record of the --

4          A    License plate.

5          Q    -- license plate searches?

6          A    Yes.

7          Q    Okay.  And does BC 8339 show that Deputy Babb

8     ran Mr. Schott's driver's license number twice?

9          A    Yes.

10         Q    What are the two dates that Deputy Babb ran

11    Mr. Schott's license?

12         A    The first -- the first date was 3/16/2022, at

13    11:17 a.m.  The second date was 3/18/2022 at 3:21 p.m.

14         Q    Okay.  And I want to go back to the license

15    plate search records.  Is this what Deputy Babb would

16    have seen when he ran Mr. Schott's driver's license

17    number?

18              Is this what comes up when you run someone's

19    driver's license number?

20         A    I'm confused.  You said license plate record,

21    so I'm --

22         Q    I mean driver's license.  Sorry, I got them

23    confused.

24              Is this the document that an officer will see

25    in their computer system in a patrol car when they run

Aaron von Muldau                                          July 17, 2024

                                                    Page 177

1    Mr. Schott's driver's license?

2         A    It does appear to be the correct document.

3         Q    Okay.  Would something that needed to be

4    investigated show up on this document, BC 8337 to 8338,

5    would it show up in red?  Do you know?  Like if there was

6    a search warrant or a -- I mean, a warrant out for

7    someone's arrest, would it show up in red on this

8    document?

9         A    Not necessarily.

10         Q    Okay.  I just don't know how it works.  Because

11    I see there's red writing at the top, and I was just

12    curious of if something --

13         A    The mask is set by a lot of things.  The

14    officers in the vehicles, the time of day, the day or

15    night settings that they're using could all affect that.

16    Usually the, when there is a hit for like, as you said, a

17    warrant, it's not going to show up necessarily in this

18    record.  It would be a separate record which is followed

19    by an audio cue that there is a potential problem.

20         Q    Okay.  Let's go back -- I'm sorry to jump

21    around a lot here.

22         A    That's okay.

23         Q    Can we go back to Plaintiff's Exhibit 16, which

24    is H for our records.  Okay.  And we previously talked

25    about this exhibit, the first page being the document

Aaron von Muldau                                    July 17, 2024

Page 178

 1    that opens the second investigation; is that fair?

 2        A    Yes.

 3        Q    Okay.  And we looked at the fact that Deputy

 4    Babb's name is on the "re" line.  Can you read -- I'm

 5    going to read the second paragraph of this document to

 6    you.

 7        A    Okay.

 8        Q    "At this time we are requesting an

 9    investigation be conducted to determine the facts of the

10    case and to identify all potential misconduct by any

11    Sheriff's personnel as well as all potential violations

12    of statutes, laws and/or local ordinances."

13             Did I read that correctly?

14        A    Yes, you read it correctly.

15        Q    Okay.  And is this language, this second

16    paragraph language, generic language that is included in

17    every RFI, or does this paragraph change depending on the

18    RFI?

19        A    I've read a lot of them, so I would say that

20    there's never -- we use go-bys.

21        Q    Uh-huh.

22        A    But it's not necessarily the same.  It can

23    change and will change depending on what the, what is

24    determined.  But yes, it is a standard -- it's probably a

25    standard line that they have consolidated to that,

Aaron von Muldau                                    July 17, 2024

                                                    Page 179

1   saying:  Hey, listen, this is what we're looking for.

2        Q    Okay.  Was there any investigation into Officer

3   Gereb as part of the second investigation?

4        A    Not that I'm aware of.

5        Q    Any investigation into Officer Gamboa as part

6   of the second investigation?

7        A    Not that I'm aware of.

8        Q    Was there any investigation into Marta Ortega,

9   formerly known as Marta Rodriguez?

10       A    No.

11       Q    Was there any investigation into the Internal

12  Affairs Division itself and how it handles complaints?

13       A    No.

14       Q    Finally, was there any investigation into

15  Deputy Molina as part of the second investigation?

16       A    Not that I'm aware of.

17       Q    Okay.  Let's go to BC 8325, and that is not

18  part of this exhibit.  That is part of 46.

19       A    Could you give me the number again?

20       Q    46, and it is 8325.  And I want to look at

21  Question 10, the actual question, not necessarily the

22  answer.  "Reviewing your call history associated with

23  Deputy Molina and his canine over a three-month period, I

24  observed that the canine had several positive alerts with

25  no contraband found.  Were you" -- "Where you aware of

Page 180

1    this canine's inconsistent performance?"

2            With the "where" -- I think meant to be "were."

3            Did I read that correctly?

4       A    You did.

5       Q    Okay.  This investigator, Sergeant Perez,

6    classified Deputy Molina's canine performance as

7    inconsistent, at least asking were you aware of this

8    inconsistent performance.  Do you know what Sergeant

9    Perez reviewed to determine that the Canine Unit had an

10   inconsistent performance?

11      A    I am not.

12      Q    You do not know what he reviewed?

13      A    No.  You would need to ask Sergeant Perez.

14      Q    Sure.  Why is there -- if there is an

15   inconsistent canine performance, why was there no

16   investigation about that?

17           MR. FRIGERIO:  Objection, form.

18      A    Because I don't believe that the canine is

19   inconsistent.

20      Q    (By Ms. Hebert) Okay.  And what has led you to

21   that conclusion?

22      A    We've provided logs to show that the dog is not

23   inconsistent.

24      Q    Okay.  I'm going to hand you another exhibit.

25   This has previously been admitted as Plaintiff's

Aaron von Muldau                                               July 17, 2024

                                                        Page 181

1     Exhibit 27.  Captain, do you know what this document is?

2          A    I do.

3          Q    What is this document?

4          A    It's a detailed deployment report when,

5     basically what the dog -- when he goes and uses the dog.

6          Q    Okay.  And what is the date on this Deployment

7     Detail Report?

8          A    3/16/2022.

9          Q    And the time?

10         A    11:49 a.m.

11         Q    And if I represented to you that Deputy Molina

12    testified that this was the Deployment Detail Report from

13    the stop of Alek Schott, would you agree with that

14    statement?

15         A    I have no reason not to.

16         Q    Okay.  And do you see about a little over

17    halfway down where it says, "Marijuana"?  It's in the

18    gray band, so it's easy to miss.  It says, "Activity

19    Finds."

20         A    Just a second.  Narcotics -- narcotics --

21         Q    Right -- keep going down.

22              MR. FRIGERIO:  A little bit lower.

23         A    "Activity Finds."  Yes, I see, it says,

24    "Activity Finds, 1."

25         Q    (By Ms. Hebert) Then you see the band below

Page 182

1    that where it says, "Marijuana"?

2         A    "Trace amounts," correct.

3         Q    It says, "Trace amounts"?

4         A    Uh-huh.

5         Q    Does this mean that Deputy Molina concluded

6    that there was a trace amount of marijuana in

7    Mr. Schott's vehicle?

8         A    I would say that's what it indicates.

9         Q    Okay.  Earlier today we talked about how the

10   County's records show that there was no contraband found

11   in Mr. Schott's vehicle.  How do you explain this trace

12   amount record on the Canine Deployment Report?

13        A    I'm trying to recall what I said.  But I don't

14   think it was that -- I believe Deputy Molina put in his

15   report that they found the leftover -- potential leftover

16   garbage of some marijuana and stuff, but I don't recall

17   exactly.

18        Q    Sure.  Let's take a look at that.  This is

19   Plaintiff's Exhibit 8.

20             MS. HEBERT:  Let's go to Exhibit 8, which is C

21   in our binders, Mr. Windham.

22        Q    (By Ms. Hebert) You have Exhibit 8.

23        A    Do I have it?

24        Q    Uh-huh, somewhere.  Okay.  Let's flip to --

25   first we're going to start with BC 166, which is -- we're

Page 183

1    going to flip to BC 166, Captain.

2          A    166.  Yes, ma'am.

3          Q    And again, we previously looked at this page.

4    Is this Officer Babb's report?

5          A    Yes.

6          Q    Okay.  Do you see about midway through the last

7    paragraph -- I'm going to read it to you.  It says, "Once

8    I" -- do you see where I am?

9          A    Uh-huh.

10         Q    "Once I completed the search we found nothing."

11   Did I read that correctly?

12         A    You did.

13         Q    Does this mean that Officer Babb concluded

14   nothing had been found in the search of Mr. Schott's

15   vehicle?

16         A    That's what it would say.

17         Q    Then the next page BC 167, is this the

18   supplemental report written by Deputy Molina?

19         A    It is.

20         Q    And can you tell me where in this report it

21   indicated that Deputy Molina found anything in

22   Mr. Schott's vehicle?

23         A    He said that the dog alerted, but that was all

24   he says.

25         Q    Right.  So as far as you can tell, the report

Page 184

1    says that the dog alerted.  Is there anything about

2    finding anything as a result of the search from the

3    alert?

4         A    No.

5         Q    In the wake of Mr. Schott's complaint, and that

6    includes the lawsuit, has the County made any policy

7    changes about how officers should conduct traffic stops

8    in general?

9         A    No.

10        Q    I want to look at one more series of records

11   from the traffic stop.  We looked at this a little bit

12   earlier today, but can we go back to the Incident Detail

13   Report for Mr. Schott?  And that is Exhibit 5.  And the

14   BC number on this is BC 161.

15        A    Okay.

16        Q    And I want to flip to Page BC 162.  And do you

17   see where it says, "Activity Log"?

18        A    Activity Log, yes.

19        Q    What does it say below Activity Log?

20        A    "No call activity."

21             MS. HEBERT:  Okay.  I want to look at what has

22   previously been admitted as Plaintiff's Exhibit 10, which

23   is our D.  And I think we need to provide a copy of that.

24             MR. WINDHAM:  Sure.  Are there multiple there,

25   Captain?

Page 185

```
 1              THE WITNESS:  No.  There's only one.  I'm
 2      sorry.
 3              MR. WINDHAM:  Okay.  Here's a copy.
 4              MR. FRIGERIO:  Okay.
 5         Q    (By Ms. Hebert) And I'm going to represent to
 6      you, Captain, that this is the version of the Schott
 7      Incident Detail Report that Mr. Schott received via the
 8      open records request.
 9         A    Okay.
10         Q    And if you flip to the bottom, or look at the
11      bottom of this first page, do you see where it says
12      "Activity Log"?
13         A    Which one are we looking at, 10?
14         Q    We're looking at 10, yes, sir.
15         A    Yes.  Uh-huh.
16         Q    You see how it says "3/16/2022" below it --
17      below Activity Log?
18         A    I do.
19         Q    And then we flip to the back, the other page,
20      Page 2.
21         A    Uh-huh.
22         Q    Are there several entries under Activity Log on
23      the next page?
24         A    Yes.
25         Q    Why the difference?  Why the difference between
```

Aaron von Muldau                                    July 17, 2024

Page 186

1    Exhibit 5, I think it was --

2         A    Because I don't know what she's pulling.  I

3    pulled 5.  That -- I think it will even say I'm the one

4    that pulled it, but I don't know if it timestamps it.

5    But it also could be the way -- what this report was, how

6    she ran the report.  Because --

7         Q    Who's she?

8         A    Open records, which is -- at the time of this,

9    could either be Sergeant Alires.  We have an open records

10   unit.  It's run by a lieutenant or a sergeant.  Right now

11   it's run by Lieutenant Abraham.  It was run by

12   Lieutenant -- I can't remember her name.  She was a

13   sergeant.  Castillo.  Castillo?  Yeah.  Castillo.  And

14   now it's Sergeant Alires.  So based on this, it could

15   just be the report that she pulled versus what I pulled.

16   It's not trying to hide anything, but yeah.

17        Q    Sure.  And how come the Activity Log was never

18   provided to us in discovery?

19        A    I wasn't aware that it was pulling up

20   differently.  This is the first time I've seen it.

21        Q    Okay.

22        A    So it's not something that usually -- could

23   have been the way I pulled it up.  It's possible.  I

24   don't know.

25        Q    Sure.

Aaron von Muldau                                                    July 17, 2024

Page 187

```
 1        A    I only know one way to pull it, but they tend

 2    to be a little bit more savvy.

 3        Q    Okay.  I want to just ask about a couple of

 4    things on the Activity Log just to understand --

 5        A    Sure.

 6        Q    -- how it works.  So the first entry on the

 7    first page of Exhibit 10 -- we don't have a Bates label

 8    on this one -- I see the date of 3/16/2022 and a time of

 9    11:15.  And then I see "Activity:  Incident timer clear."

10             What does this line indicate, this line of the

11    activity log?

12        A    So it says 3/16/2022, time 11:15, timer clear.

13    That looks to be that that is -- so when a -- initially

14    there's several steps to how a call gets created, right?

15    One being you call into dispatch and they enter -- a call

16    taker, an operator, enters all this information, then

17    sends it over for dispatch.  And then a timer starts,

18    until the time it gets dispatched.  So it starts

19    tracking.  You'll see those times up towards the -- from

20    the time the call came in to the time it was assigned in

21    the mid part.

22             So that's when that timer -- but because this

23    was self-generated, he did it through a traffic stop, it

24    almost automatically just self-generates, so there's no

25    timer to say it hasn't been assigned because it's already
```

Aaron von Muldau                                          July 17, 2024

Page 188

1    been assigned.

2         Q    Understood.  Okay, that's helpful.  So does

3    this 11:15:07 or 11:15:08, does that mean that's the time

4    that the record for the traffic stop was initiated?

5         A    That's what the record is showing.

6         Q    Okay.  So Deputy Babb indicated that the

7    traffic stop was going to happen; however, I don't really

8    understand the system, so you're going to have to tell me

9    that.  But would it be fair to say that Deputy Babb was

10   initiating the traffic stop at 11:15:07?

11        A    That's when he pushed the button on the

12   application, the mobile application, that's when he

13   pushed the button for a traffic stop.

14        Q    Okay.  Can you flip to the second page of this

15   Activity Log that's Plaintiff's Exhibit 10?

16        A    Okay.

17        Q    I just have a couple of questions about some of

18   the entries.  You see that a lot of them are 11:15:07, or

19   11:15:08, down to one that says 11:15:12.  And that one

20   says, as far as I can tell, "Remove Waiting Pending

21   Incident."  What does that mean?

22        A    Well, let me see.  Basically everything up

23   until that point is the automatic saying -- you know, as

24   I discussed, you know, it goes through its progressions.

25   It was dispatched, updated, he hit response.  It's all at

Aaron von Muldau                                    July 17, 2024

Page 189

1    one time because he's doing it on site.  And then it

2    automatically puts him on scene.  I'm sure that's a

3    background script that does all of that.

4         Q    Sure.

5         A    Then the incident is created.  Incident

6    created, it says that he stopped a plate, and then he

7    added the license plate.  "Remove Waiting Pending

8    Incident warning."  It looks like that's the timer.  And

9    because he is actively with the computer, it

10   automatically kicked off the timer.

11        Q    Okay.  So I just want to break that down a

12   little bit because I think we processed through a lot.

13            In this -- in the entries before the Remove

14   Waiting Pending Incident, does that mean that Officer

15   Babb had entered Mr. Schott's license plate before the

16   waiting pending incident, one of these other lines?

17        A    It says that he entered the license plate at

18   11:15:08.

19        Q    Okay.  And then I want to go to 11:16:44 --

20        A    Uh-huh.

21        Q    -- where it says, "Secure."  Do you see that

22   line?

23        A    I do.

24        Q    What does "secure" mean there?

25        A    So there is a timer that, when the officer

Aaron von Muldau                                    July 17, 2024

Page 190

1    first initially checks out, he goes -- and the way it's

2    set up is he's supposed to go and speak with the

3    complainant.  That keeps the timer going so that dispatch

4    knows that he's out on the traffic stop and that until he

5    knows that everything is good to go, he'll usually come

6    back, get the license and stuff, come back and hit

7    "Secure."

8            There are officers that are very confident that

9    they usually secure themselves upon pulling somebody over

10   if they feel comfortable.

11       Q    Sure.  So secure is --

12       A    It's a physical action.

13       Q    This is me just understanding.  Secure is the

14   way the officer tells the folks back at dispatch "I'm

15   okay"?

16       A    Yes, ma'am.

17       Q    Okay.  And so --

18       A    It stops the timer for them.

19       Q    So 11:16:44, Officer Babb indicated that he was

20   secure.

21       A    Yes.

22       Q    And then the next line, "11:17:32 Record Check

23   Person," what is that line?

24       A    He completed a records check on Alex, first

25   name, Schott last name, date of birth.  And then it has

Page 191

1    the search parameter.

2            Q     Okay.  And so at 11:17:32 --

3            A     He entered his information into the computer.

4            Q     And it came back.

5            A     Yes, at some point.

6            Q     Okay.  And 11:17:32, there's two -- there's

7    three entries with 11:17:32.  Does this mean that Deputy

8    Babb ran the computer checks on Mr. Schott and those

9    computer checks came back?  Is that correct?

10           A     Yes, it's the script that runs all that.

11           Q     Okay.  So at 11:17:32, Officer Deputy Babb had

12   the computer information on Mr. Schott.

13                 MR. FRIGERIO:  Objection, form.

14           A     It appears that way.

15           Q     (By Ms. Hebert) Okay.  And then I want to ask

16   about that last one, 11:17:32, Supplemental Person Record

17   was added for Alek Schott.  What is a Supplemental Person

18   Record?

19           A     I would have to check, but it looks like

20   that -- so he not only ran it by date of birth, I think

21   he ran him by his driver's license.  Is there a way to

22   verify his driver's license?  I think --

23           Q     Yes.  I can tell you what page that is.

24           A     Is it here?  His driver's license --

25           Q     It's BC 8337, in that --

Aaron von Muldau                                    July 17, 2024

                                                    Page 192

 1        A     Yeah, okay.  That's his date of birth.

 2   11974520 -- I don't know.  That number offhand is not --

 3   I would have to ask somebody because I don't -- there's

 4   a -- there are scripts that come behind this, so could

 5   that be a return from TLETS that that's how they're

 6   recording it?  I don't go that -- I'm not that

 7   technical --

 8        Q     That's very in depth.

 9        A     Yeah.

10        Q     Okay, I get it.  But basically --

11        A     But these are scripts -- so TLETS has a certain

12   mask that you have to enter, enter -- the way information

13   is entered.  It's not -- it's not very easy.  They use a

14   bunch of shorthand codes, kind of like what court

15   reporters would do sometimes when they're doing their

16   stuff.

17              Well, it's hard to teach laymen to do that.  So

18   what we do is we then give them a GUI that allow them to

19   put in basic things.  And then once we put those things

20   in there, there are scripts behind it that says, okay,

21   this is this shorthand code, and then you add this, and

22   then it gets a return.

23              My knowledge is that looks like it's some kind

24   of record return back from them saying this is your

25   record.  It could be a TLETS number, it could be, it does

Aaron von Muldau                                    July 17, 2024

                                                    Page 193

1    not -- it does not appear to be anything connected

2    directly with Mr. Schott or any other ID that we would

3    normally run.

4         Q    Okay.  So as I understood what you just said,

5    that supplemental person record seems to be the return of

6    any information on Mr. Schott from the --

7         A    It's possible, yes, ma'am.

8         Q    Okay.  I think that we can skip a lot of the

9    rest of that.  I have one question.  Do you see where it

10   says by 5I11?  There's several entries there, starts

11   around 12:22 --

12        A    Yes.

13        Q    -- to 12:22:48.

14        A    Yes, I see that.

15        Q    And does that indicate that the officer

16   identified as 5I11 arrived and then was available nearly

17   a couple minutes later?  I don't know how else to

18   describe it.

19        A    It's not a couple of minutes, it's seconds.  He

20   probably arrived on scene, attached himself to the call,

21   and then cleared himself to make himself available while

22   he's assisting to, if another call or dispatch needed

23   him, he would show available as an available unit and he

24   could leave.

25        Q    Okay, got it.  Understand.  That's helpful.

Aaron von Muldau                                      July 17, 2024

                                                      Page 194

1              And then the last two lines here under 3:17

2       "Read Comment User Action."  Do you see those?  The last

3       two lines in the activity log.

4          A    Read Comment, yes.

5          Q    What do those lines mean?

6          A    I believe those refer back to -- so this is

7       kind of funny.  I believe they refer back to these

8       comments up here.  What time was that again?

9          Q    Okay.  What comments are you looking at?

10         A    12:31, right?  No.  What are the times on

11      those?  I can't even --

12              MR. FRIGERIO:  12:31:20.

13              THE WITNESS:  No, they're not 12:31:20.

14      They're actually --

15         Q    (By Ms. Hebert) 3/17, 8:06:56.  And 3/17,

16      8:09:17.  So I don't understand what that is.  I just

17      want to know, that's it.

18         A    I can find out.  I don't know.  It -- could it

19      be some kind of timestamp that it goes into.  I don't

20      know.  But I can find out.

21         Q    Sure.

22         A    Because I, I -- I don't know.  There are

23      things -- I believe there are timers and stuff that allow

24      us to change a record up to a certain point.

25         Q    Uh-huh.

Aaron von Muldau                                    July 17, 2024

Page 195

```
 1        A    That could be closing it out.

 2        Q    Okay.

 3        A    But I don't know.  I would have to ask my CAD

 4   administrator.

 5        Q    Okay.

 6             MS. HEBERT:  Charles, how do you want to handle

 7   that?

 8             THE WITNESS:  Provide the answer?

 9             MR. FRIGERIO:  We'll provide the answer.

10             MS. HEBERT:  Okay.

11             THE WITNESS:  Yeah, there's nothing --

12        Q    (By Ms. Hebert) We're not hiding the ball here.

13   I just don't know what it means.

14        A    Yeah, you know, like I said, I don't know why

15   the reports even printed out differently.

16        Q    Sure.  Okay.

17        A    Do you know --

18             MR. LEAKE:  Christie, when you guys are ready,

19   I would love a bathroom break.

20             MS. HEBERT:  Sure.  This is a good time for a

21   bathroom break.

22             THE REPORTER:  We're off the record.

23        (Recess from 2:56 p.m. to 3:05 p.m.)

24             THE REPORTER:  We are back on the record.

25             MS. HEBERT:  I'm going to introduce another
```

```
 1    exhibit, and we don't have this one before.  It's exhibit

 2    MM in our binders.

 3              MR. WINDHAM:  Are we on 60, just so I'm clear?

 4              THE REPORTER:  Yes.

 5         (Discussion off the record.)

 6              MR. WINDHAM:  Here you go.

 7         Q    (By Ms. Hebert) Okay.  And the only reason I

 8    want to look at this document is -- this is an email

 9    exchange, is it not?

10         A    It is.

11         Q    And you see the attachment, it says

12    DepBabbCiteQ1CY2022.  Did I read that correctly, the

13    attachment at the top?

14         A    Yes.

15         Q    Did I read that attachment name correctly?

16         A    D-E-P.

17         Q    Dep --

18         A    B-A-B-B.

19         Q    Uh-huh.

20         A    CiteQ1CY2022.

21         Q    Okay.  And does that moniker, that name, mean

22    that that document is Deputy Babb's citations from the

23    first quarter of 2022?

24         A    I have no idea.

25         Q    Let's look at Exhibit S in the binders.  We're
```

Page 197

1    going to mark this Exhibit 61.

2              MR. WINDHAM:  Give me a moment.

3              THE WITNESS:  I might need a couple of paper

4    clips so I don't -- so these don't start running

5    together.

6         (Discussion off the record.)

7         Q    (By Ms. Hebert) I'm handing you what's been

8    marked Exhibit 61.  Can you flip through it?  And we'll

9    start on the first page.  Is this a warning citation?  We

10   talked about these documents earlier.

11        A    Yes.

12        Q    Is this a warning record?

13        A    It is.

14        Q    And what's the date on this warning record?  Is

15   the date 1/10/2022?

16        A    Yes.

17        Q    Okay.  And we'll flip to the middle.  I'm

18   looking at Page 81.

19        A    Mine's labeled -- okay.

20        Q    Is this another citation?

21        A    This is a citation.

22        Q    This is a citation, document citation record?

23        A    Uh-huh.

24        Q    So this person got an actual citation?

25        A    They did.

Aaron von Muldau                                                    July 17, 2024

Page 198

1          Q     And is the date on this document 2/20/2022?

2          A     Yes.

3          Q     I'm going to flip to the very last one.  And is

4     this another warning, Page 159?

5          A     Yes.

6          Q     And is the date on this record 3/30/2022?

7          A     Yes.

8          Q     Okay.  Now, the first page is 1, the last page

9     is 159.  So would it be fair to say there's 159 pages in

10    here?

11         A     Yes.

12         Q     I'm not trying to trick you.

13         A     No, no, I agree.

14         Q     Would it be fair to say that there are 159

15    citations or warnings in here?

16         A     Individual documents, yes.

17         Q     Correct.  And would it be fair to say that

18    these citations or warnings run from 1/10/2022 to

19    3/30/2022?

20         A     Yes.

21         Q     So would this document be the document that was

22    attached to the email we just looked at?  That would be

23    the -- with citations from Q1 of 2022 for Deputy Babb.

24         A     As I was never asked for this document, I did

25    not provide the document.  I would assert that that makes

Aaron von Muldau                                    July 17, 2024

                                                    Page 199

1    sense, but I cannot testify that they are one and the

2    same.

3         Q    Sure.  And the County provided this document to

4    us.  So this document you're seeing was the attachment to

5    BC 8453.

6         A    This was a -- this was provided through an open

7    records act, right?

8         Q    No.  This was provided through the production.

9         A    Uh, no.

10             MR. WINDHAM:  There are Bates stamps at the

11   bottom.

12        Q    (By Ms. Hebert) On this one?  I don't know

13   about the M.  I don't see the Bates stamps.

14        A    Because I've never seen this, so I don't --

15        Q    I'll tell you what the Bates label is.  Hold on

16   one second.  On the email I didn't see one either.

17        A    And I didn't know anybody else was providing.

18   I see that Brittany Malloy -- this was just this year, so

19   it may be that someone asked, but I --

20        Q    I have this email, that was MM, was BC 8453.

21   Does -- that email was produced as 8453.  I'm not sure

22   why there's no Bates stamps on the bottom.

23        A    Well, I have no reason to dispute it.

24        Q    Sure.

25        A    If that's what you're saying it is, that's what

Aaron von Muldau                                        July 17, 2024

                                                    Page 200

1     it is.  But just for the record, I'm saying I did not

2     provide this, so I have never seen the two.

3          Q    Sure.  And can you -- look at the first page

4     of -- I don't know what exhibit that is -- 61.  The first

5     page of 61.

6          A    Yes.

7          Q    And what officer issued this warning?

8          A    Deputy Babb.

9          Q    Okay.  And can you just flip through here?  I'm

10    going to tell you that I have looked through this

11    document --

12         A    I have no doubt.

13         Q    That every one is from Deputy Babb?

14         A    Right.  And I have no doubt that everything

15    that you find right here should be in Exhibit 57.

16         Q    Okay.  Thanks.  That's helpful.

17         A    Based on the timestamps.

18         Q    Sure.  And will you just flip through, and

19    based on my review of these documents, every single one

20    every them says, "No Search."

21         A    Okay.

22         Q    So would you just flip through -- if you see

23    one that says, "Search," you tell me.  But I have

24    reviewed it at length and I have not seen one.  So if I'm

25    missing something, let me know.

Page 201

```
 1         A    (Reviewing document.)

 2         Q    And while you're doing that, can we go off the

 3    record for a second?

 4              THE REPORTER:  Uh-huh.

 5         (Discussion off the record.)

 6         Q    (By Ms. Hebert) Let's go back on the record and

 7    we'll see if we can expedite this process.

 8         A    I'm sorry.

 9         Q    That's all right.

10         A    But this is a court hearing, and I want to make

11    sure that I'm --

12         Q    Captain, I just want to be clear I know you're

13    busting it here.  I know you're busting it here.  I know

14    you're trying your best to answer these questions and go

15    through these documents with me to the best of your

16    ability.  I get it.

17              MR. WINDHAM:  Are we on the record?  I just

18    want to make sure.

19              THE REPORTER:  Yes.

20              MS. HEBERT:  I understand.

21         Q    (By Ms. Hebert) Okay.  So I want to filter

22    this.

23         A    But based on the 159 documents that you have in

24    front of me, I would safely assert that you are correct,

25    that they all, these say, "No Search."
```

Page 202

```
 1        Q    I think that's fine for now.  We'll just leave
 2   it at that.
 3        A    But I just want to qualify, it's these 159
 4   documents.  This does not necessarily mean --
 5        Q    Sure.
 6        A    -- that this is everything he did in that
 7   quarter.
 8        Q    Understood.
 9        A    Okay.
10        Q    Understood.
11        A    All right.  I'm good with what I said.
12        Q    Okay.  I want to look at another exhibit.
13   Sorry about that.  We're going to go to OO for us.  And
14   again, we talked about previously -- this is on my
15   computer.  Shoot.
16             We previously talked about the fact that there
17   was a phone forensic examination in this case.
18        A    Yes, you did tell me.
19        Q    And the results from that phone forensic
20   examination were produced.  I'm going to represent to you
21   that this document that we are about to look at is a
22   document that was obtained from Officer Gereb's personal
23   phone, via his text messages, or via his phones.
24             MR. WINDHAM:  Want to introduce that?
25             MS. HEBERT:  Yeah, I'm going to introduce what
```

1    is being marked as Exhibit 62.

2         A    I hope you have better luck with these phone

3    dumps than we do.  They usually shut down my computer.

4         Q    (By Ms. Hebert) So this is a document that was

5    produced as an attachment in the attachment folders.

6         A    Oh, okay.

7         Q    From -- oh, shoot.

8              MR. FRIGERIO:  Do you have a copy?

9              MR. WINDHAM:  So it's going to be this.  I just

10   handed her a cover sheet.

11             MR. FRIGERIO:  Oh.

12             MS. HEBERT:  And this is within the forensic

13   examinations.  We'll email a copy of this to Molly.  So

14   you can get it that way, or you can pull it from the

15   examination results.

16        Q    (By Ms. Hebert) So this is from Officer Gereb's

17   personal phone and this was an attachment recovered by

18   the forensic examiner.  And as I understand it, this is a

19   phone list.  It says at the top -- what does it say at

20   the top?

21        A    Organized Crime Division.

22        Q    So just based purely on this record obtained

23   from Officer Gereb's phone, is this an Organized Crime

24   Division phone list?

25        A    The covert looks like everybody there I am

Aaron von Muldau                                      July 17, 2024

Page 204

1    familiar that they are assigned to that unit, Gang Intel.

2    If you would go down, please, that looks correct.  Brian

3    Curtis -- this is a relatively new list.  But yes, it

4    does look to be, for the Organized Crime Division that

5    looks correct.

6          Q    Okay.  And for that Organized Crime Division, I

7    just want to ask a couple of questions.  I see that under

8    Gang Intel, we see that Officer Pete Gamboa is listed.

9          A    Yes.

10         Q    And that he has two phone numbers listed for

11   him.

12         A    He does.

13         Q    But only one of those phone numbers was

14   provided for the forensic examination.

15         A    Understood.

16         Q    Why was the personal phone not provided?

17         A    I was not asked to.  When that came up in the

18   question, the only -- on the order --

19         Q    Sure.

20         A    -- it specifically said for Gereb's.

21         Q    Let's look at the order granting Plaintiff's

22   motion to compel, which is L in our records.

23              Okay.  I'm going to mark this Exhibit 63.  I'm

24   handing you what's been marked Exhibit 63.

25         A    Okay.

Page 205

1        Q    And I want to go to Page 4.  And I'm going to

2    look at Item 2 on Page 4.  I'm going to read that to you.

3             "Defendants shall surrender the cell phones of

4    Defendant Joel Babb, Defendant Martin A Molina III,

5    Deputy Joe Gereb and Sergeant Pedro Gamboa (also known as

6    Pete Gamboa) to Flashback or other vendor within seven

7    days of this order."

8             Did I read that correctly?

9        A    You did.

10       Q    So my understanding, based on this phone list,

11   is that Sergeant Gamboa had two phones; is that correct?

12       A    Yes.

13       Q    But only one of those phones was surrendered to

14   Flashback for forensic examination; is that correct?

15       A    Yes.

16       Q    I'm going to -- also represent to you that

17   Officer Babb testified that he had a County phone as an

18   instructor and that he may have used that phone to text

19   other County employees about County business.  And do you

20   know what the number of Deputy Babb's phone was while he

21   was an instructor for the County?

22       A    I don't know it, but I do have record of it.

23       Q    Okay.  Has that phone been searched for records

24   related to criminal interdiction?

25       A    I was told that because it -- he did not

Aaron von Muldau                                    July 17, 2024

Page 206

```
 1    receive it until after he was done with criminal

 2    interdiction that we did not provide it.

 3         Q    Understood.  So was that phone searched?

 4         A    No.

 5         Q    Okay.  And why was that phone not provided?

 6    The order says shall surrender the cell phones of

 7    Defendant Joel Babb, Molina, Gereb, and Sergeant Pedro

 8    Gamboa.  How come the County phone assigned to Deputy

 9    Babb was not surrendered?

10         A    I was not instructed to take that phone up.

11         Q    I mean, the Court did instruct Defendants -- is

12    that --

13              MR. FRIGERIO:  If they use -- my understanding

14    is if they were used in, for business purposes.  Just

15    because his number's listed doesn't mean Gamboa ever used

16    his personal phone for County business.

17              MS. HEBERT:  Sure.  We can take this back to

18    the Court and say that -- and fight about it.  But the

19    Court did order the phones of these folks listed -- and

20    we weren't even appraised [sic] that these other phones

21    existed.

22              We can fight about it, but I'm going to say

23    that the order plainly says that these cell phones were

24    supposed to be surrendered.  And quibbling about what

25    they were used for on a particular situation I think is
```

1      going to get us in hot water.

2             So Charles, if you would let me know by

3      tomorrow what the County's position is on these

4      additional phones that were not surrendered for forensic

5      examination, that would be appreciated.

6             It is Plaintiff's position that all phones

7      should have been surrendered as part of this Court's

8      order, especially phones listed on the Organized Crime

9      Unit and phones given to one of these folks by the

10     County.

11            MR. FRIGERIO:  It also said that Defendant

12     Babb, Molina and Gereb used their cell phones within the

13     scope of their employment with the Bexar County Sheriff's

14     Office in making traffic stops, including using their

15     phones to communicate with Sergeant Gamboa.  I mean,

16     that's the way I read it.

17            MS. HEBERT:  Sure.

18            MR. FRIGERIO:  Not that their personal phones

19     would be subjected, although the only one -- the only one

20     that was personal was Gereb, and that's because he did

21     use it.

22            MS. HEBERT:  Sure.  We can -- let us know the

23     County's position on the additional phones.

24        Q    (By Ms. Hebert) Let's see.  What else?

25            (Counsel conferring off the record.)

Aaron von Muldau                                    July 17, 2024

Page 208

1        Q     (By Ms. Hebert) Okay.  I want to scroll to the

2    bottom of this Organized Crime Division chart.  And you

3    see where Canine is listed?

4        A     I do.

5        Q     Do you see how Deputy Molina is listed under

6    Canine?

7        A     I do.

8        Q     Is there any other Canine officer listed as

9    part of the Organized Crime Division?

10       A     At this time, no.

11       Q     Why is Deputy Molina listed as part of the

12   Organized Crime Division?

13       A     That's where he, his assignment is.  He's

14   attached to them.

15       Q     How long has he been attached to the Organized

16   Crime Division?

17       A     I don't know, ma'am.  I don't keep track of

18   day-to-day --

19       Q     Sure.  Who would know?

20       A     Probably Deputy Molina.  But -- or his, one of

21   his sergeants.  Do you know?

22             SERGEANT GAMBOA:  So he was assigned --

23             MS. HEBERT:  Okay, we're going to pause and go

24   off the record.

25             THE REPORTER:  We're off.

Page 209

1          (Discussion off the record.)

2               THE REPORTER:  We're back on the record.

3          Q     (By Ms. Hebert) Captain, do you know what date

4     this Organized Crime Division phone list is from?

5          A     I don't, but based on the listing of officers

6     and movement that we've had, this is probably March or

7     April of this year.

8          Q     And "this year" being 2024?

9          A     Maybe May.  Yes, 2024.  It's a 2024 list.

10         Q     Okay.

11         A     Because there was a change in leadership and

12    the new person is already on there.

13         Q     And do you know when Deputy Molina was assigned

14    to the Organized Crime Division?

15         A     The exact date, no.  I know he was there at

16    least March 16th, 2022, but he was -- prior to that,

17    there was only one other Canine assigned prior to him,

18    which was Gerard Tubbs, but he retired or resigned and

19    went to another agency.

20         Q     Okay.  So let me unpack that.  The original

21    Canine assigned to the Organized Crime Division was with

22    someone named Officer Tubbs.

23         A     Gerard Tubbs.

24         Q     Gerard Tubbs.  And Gerard Tubbs retired at some

25    point.

Aaron von Muldau                                              July 17, 2024

                                                        Page 210

1          A    Yes, left the agency.

2          Q    And you don't know exactly when Officer Tubbs

3     retired.

4          A    I would say around the early part of 2022 or

5     latter part of 2021.

6          Q    Fine.  And as of March 16th, 2022, Deputy

7     Molina was the Canine officer assigned to the Organized

8     Crime Division?

9          A    Yes.

10              MR. FRIGERIO:  What was the date on that again,

11    that he was assigned to Organized Crime?

12              THE WITNESS:  We know it's before March 16th,

13    but I want to say -- 2022, but I want to say it was

14    either -- the way retirements go, it's usually the latter

15    part.  But knowing 2022 was an election year, he probably

16    would have resigned latter part of 2023 -- or '21 to '22.

17    Because I know he took a chief's spot somewhere.

18              MS. HEBERT:  Okay.  We're going to go off the

19    record.  Y'all are talking on the record.

20              THE WITNESS:  Oh.

21              MS. HEBERT:  And I don't want that to be

22    captured by Molly.

23              THE REPORTER:  Okay.  We're off the record.

24         (Discussion off the record.)

25         Q    (By Ms. Hebert) Going back on the record.  We

Page 211

```
 1    are finished with Exhibit 63, the Organized Crime

 2    Division.  We can leave that.  I want to just ask a

 3    couple of questions about patrol cars and the use of

 4    patrol cars.

 5         A    Okay.

 6         Q    Under County policy, is it okay for an officer

 7    to complete reports in his patrol car?

 8         A    Yes.

 9         Q    Okay.  And I guess would it be fair to say that

10    an officer's patrol car is effectively his or her mobile

11    office?

12         A    Yes.

13         Q    Under County policy, under the County's rules,

14    what are the rules for how an officer can decorate his

15    patrol car?  And by that I mean like -- could I display

16    pictures of my family in my patrol car?

17         A    There's nothing against it.

18         Q    Okay.  Pictures of my dog?

19         A    Nothing against it.

20         Q    What about stickers like "Protect the Cops"?

21         A    There's -- I don't think -- I don't think we've

22    ever had a reference to something like that.  Officers

23    have used like the thin blue line or the Veterans or

24    police officer flag, which has the blue line instead of

25    the red line, or the thin -- you know.  But we as an
```

Aaron von Muldau                                                July 17, 2024

                                                           Page 212

1    agency are very careful about not alienating and using

2    derogatory -- derogatory tones or messaging, so that

3    could be something that would be -- it's usually on a

4    case-by-case basis.

5         Q    Sure.

6         A    But that's kind of the direction that we have

7    given.

8         Q    Understood.  So I mean, I guess the way I hear

9    what you're saying is if an officer puts some, like some

10   sticker or some sign with a racist slogan or a naked

11   woman in their patrol car --

12        A    They're in trouble.

13        Q    -- someone would have something to say about

14   it.

15        A    More than something to say, but yes, ma'am.

16        Q    And I suppose there's some -- how would the

17   County know if an officer had those kind of pictures?

18        A    How would they know?  There are inspections.

19   There are -- the vehicles go to different areas to get

20   maintenance and things like that, so it would just -- you

21   know, and other people seeing it.  Officers are real good

22   about telling on each other.

23        Q    Okay.  So let me unpack that.  So if an officer

24   had a picture or a sign or a logo in their patrol car

25   that they weren't supposed to have, the County would have

Aaron von Muldau                                           July 17, 2024

                                                        Page 213

1    something to say about it?

2         A     Yes.

3         Q     When an officer makes a traffic stop and the

4    officer turns on their lights or their siren or one of

5    the two, does the driver have to stop?

6         A     No.  Driver doesn't have to stop.

7         Q     Okay.  So -- if a police officer turns on

8    their --

9         A     But there's consequences, but --

10        Q     Okay.  Tell me -- all right.  So let me back up

11   there.  So if an officer turns on his lights --

12        A     Uh-huh.

13        Q     -- and is signaling to a driver to pull over --

14        A     Right.

15        Q     -- if the driver does not pull over, what are

16   the consequences?

17        A     He can be charged with evading in a motor

18   vehicle.

19        Q     Okay.  So pull over and stop or suffer the

20   consequences.

21        A     You are -- when you are directed to, as long

22   as, you know, you have something that's complying, but

23   there are -- the statute allows, and we allow as an

24   agency -- you know, you're a single woman and we're in

25   the middle of the country, we're not going to make you

Aaron von Muldau                                      July 17, 2024

Page 214

1    pull over on a dirt road in the middle of nowhere, right?

2    You indicate to the officer that, hey, I acknowledge you,

3    and then we go up to the nearest lighted area, populated

4    area that you feel safe.

5         Q    Sure.

6         A    Now, that doesn't mean that, hey, I don't like

7    this gas station, but I want to go to the gas station 20

8    miles away to my house.  It means that, you know, you

9    acknowledge the officer and do that.

10             There are -- in order to do patrol stops, you

11   know, there's markings that you have to have, things like

12   that.  And then if the vehicle -- because the city or the

13   state does have vehicles or allow vehicles that are

14   unmarked, there are certain rules that go along with

15   that, right?

16             They're allowed to call dispatch and say, hey,

17   I'm being pulled over on this.  And whether they get

18   through San Antonio Police Department or whether Bexar

19   County agency that we dispatch for 22 people, Medina

20   County, they will identify where they're at and they will

21   call the affected jurisdiction and say, "Listen, are you

22   conducting a traffic stop?"

23        Q    Sure.

24        A    But yes, under normal indications, when your

25   lights and sirens come on, you comply with the officer

```
 1   and you pull over.

 2        Q    Thanks.  That's all I wanted to know.

 3             Under County policy, what should an officer do

 4   if a driver tries to leave the traffic stop before the

 5   officer releases the driver?

 6        A    Under the County policy?

 7        Q    So basically, what's an officer supposed to do

 8   if the driver tries to leave before the officer says

 9   you're free to go?

10        A    I don't recall a policy that directly addresses

11   that.  It is a violation of statute, and it could be

12   considered evading, resisting arrest or -- a traffic stop

13   is a form of arrest.

14        Q    Okay.  I have one really more line of

15   questioning and then I'm going to say we're done, God

16   willing.

17             We talked about the inconsistencies in Deputy

18   Molina's SPEARS report which didn't say he found

19   anything, and then the trace Canine Deployment Report.

20   Why isn't Molina being investigated for that?

21        A    For what?

22        Q    We can look at the documents again, but on the

23   Canine Deployment Detail Report, we saw how the trace

24   marijuana was discovered --

25        A    Uh-huh.
```

Page 216

```
 1        Q     -- in Mr. Schott's vehicle.  And we looked at
 2    the SPEARS/RMS report, which was Exhibit 8, where Molina
 3    didn't say anything about finding trace marijuana in
 4    Mr. Schott's vehicle.  Is Molina being investigated for
 5    any kind of inconsistency with his reporting?
 6        A     No.
 7        Q     Why not?
 8        A     Because I think we're confusing many factors
 9    that go into play.  The reports, like it says, there was
10    no contraband found on the citation, or it is usually --
11    they're not putting down that they're seizing anything.
12    But there are things that, you know, you find leaves, you
13    find remnants, things that don't equate what the DA takes
14    as possession.  So it's not documented in the report as
15    contraband.
16            I don't know -- I remember reading somewhere
17    during all of this stuff that we've provided that there
18    was some remnants.  That's all I can remember.  But it
19    wasn't a testable or usable amount.  So it's not --
20    depending on the perception of the officer, it's not
21    necessarily considered contraband because he's not taking
22    anything away from anybody.
23        Q     Sure.  Let's look at the Molina report again.
24            MS. HEBERT:  Can you help me find that?  It's
25    Exhibit 27.  I'll hand that to you.
```

Aaron von Muldau                                    July 17, 2024

Page 217

```
 1              MR. WINDHAM:  His supplemental?

 2              MS. HEBERT:  No, just the deployment.  The

 3     deployment record.

 4              MR. WINDHAM:  Oh.

 5              MS. HEBERT:  It's not going to be in there for

 6     you.

 7              MR. WINDHAM:  This?

 8              MS. HEBERT:  Thanks.

 9         Q    (By Ms. Hebert) Let's look at this again.

10     We're looking at Plaintiff's Exhibit 27.  Do you see

11     where it says the trace amount, the line?

12         A    Yes.

13         Q    It doesn't say leaves, does it?

14         A    I don't know what selections are available for

15     that --

16         Q    Sure.

17         A    -- field.

18         Q    It says marijuana; is that correct?

19         A    It does say marijuana.

20         Q    It does not say leaves, correct?

21         A    It does not say leaves.

22         Q    It does not say unidentified subject, does it?

23         A    Nope.

24         Q    It says marijuana.

25         A    It does.
```

Aaron von Muldau                                    July 17, 2024

Page 218

1      Q    And there was no marijuana tested from

2   Mr. Shots' vehicle, was there?

3      A    There -- we do not have field tests for

4   marijuana.

5      Q    Sure.  Was there any field tests done on any

6   materials from Mr. Schott's vehicle?

7      A    I'm not aware.

8      Q    So you can't say whether this marijuana was

9   actually found or not?

10     A    No.  As I said, it was listed in one of the

11  reports that there were some possible remnants, but that

12  was about it.

13     Q    Okay.  What report?

14     A    I don't remember.  I've provided over 10,000

15  documents, ma'am.

16     Q    Sure.

17     A    I don't -- there's a lot of stuff that I've

18  provided.  So I just -- that is the best of my recall.

19  The only thing I can do is try to explain the

20  discrepancy.  But you know, when it comes to that, you

21  would have to talk to Deputy Molina.

22     Q    Sure.

23          MS. HEBERT:  And Charles, I'm going to call for

24  the production of any report that says there was

25  substance found in Mr. Schott's vehicle.

Aaron von Muldau                                                    July 17, 2024

Page 219

1            MR. FRIGERIO:  There is none other than Exhibit

2      27.

3        Q    (By Ms. Hebert) Okay.  So this is the only

4      document saying that there was a substance found --

5            MR. FRIGERIO:  Yes.

6            MS. HEBERT:  -- in Mr. Schott's vehicle?

7            THE WITNESS:  Okay.

8        Q    (By Ms. Hebert) Is this the only document

9      saying that there was a substance found in Mr. Schott's

10     vehicle?

11       A    I believe so, but I don't -- I can't recall

12     completely.

13           MS. HEBERT:  Okay.  No further questions at

14     this time.

15           MR. FRIGERIO:  Reserve our questions.

16           THE REPORTER:  We are off the record.  The

17     deposition is concluded.

18           MR. WINDHAM:  Did Blair have any questions?

19     I'm sorry to do that.

20           MR. LEAKE:  No, it's okay.  I'm likewise

21     reserving.

22           MS. HEBERT:  Sorry, Blair, we forgot about you

23     for a minute.

24           THE REPORTER:  Sorry about that.

25          (Deposition concluded at 3:42 p.m.)

Page 220

CHANGES AND SIGNATURE OF WITNESS

WITNESS NAME:  AARON VON MULDAU

DATE OF DEPOSITION:  JULY 17, 2024

PAGE/LINE   CHANGE                     REASON FOR CHANGE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      I, AARON VON MULDAU, have read the foregoing

deposition and hereby affix my signature that same is

true and correct, except as noted above.


                         _____

                         AARON VON MULDAU

                                                        Page 221

1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
2                     SAN ANTONIO DIVISION
3
     ALEK SCHOTT,                        §
4          Plaintiff,                    §
                                         §
5                                        §
     VS.                                 §
6                                        §
     JOEL BABB, in his individual        §   CIVIL ACTION NO.
7    and official capacity;              §   5:23-cv-00706-OLG-RBF
     MARTIN A. MOLINA III, in his        §
8    individual and official             §
     capacity; JAVIER SALAZAR, in        §
9    his individual and official         §
     capacity; and BEXAR COUNTY,         §
10   TEXAS,                              §
          Defendants.                    §
11
12                    - - - - - -
13                REPORTER'S CERTIFICATION
14           ORAL DEPOSITION OF AARON VON MULDAU
15                   JULY 17, 2024
16                    - - - - - -
17      I, MOLLY CARTER, Certified Shorthand Reporter in and
18   for The State of Texas, hereby certify to the following:
19      That the witness, AARON VON MULDAU, was duly sworn
20   by the officer and that the transcript of the oral
21   deposition is a true record of the testimony given by the
22   witness;
23      I further certify that pursuant to FRCP Rule
24   30(e)(1), that the signature of the deponent:
25      _XX_ was requested by the deponent or a party before

Page 222

1    the completion of the deposition and returned within 30

2    days from date of receipt of the transcript.  If

3    returned, the attached Changes and Signature Page

4    contains any changes and the reasons therefor;

5           ____ was not requested by the deponent or a party

6    before the completion of the deposition.

7           I further certify that I am neither attorney nor

8    counsel for, related to, nor employed by any of the

9    parties to the action in which this testimony was taken.

10   Further, I am not a relative or employee of any attorney

11   of record in this cause, nor do I have a financial

12   interest in the action.

13          Certified to by me on this 29th day of July 2024.

14

15

16

17

18          MOLLY CARTER, CSR NO. 2613

            Expires:  04/30/2024

19

            Veritext Legal Solutions

20          Firm Registration No. 571

            300 Throckmorton, Suite 1600

21          Fort Worth, Texas  76102

            800-336-4000

22

23

24

25

Page 223

1    Charles Frigerio, Esquire

2    csf@frigeriolawfirm.com

3                        July 30, Esquire

4    RE:    Schott, Alek v. Babb, Joel Et Al

5        7/17/2024, Aaron von Muldau (#6710900)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   clientservices-va@veritext.com

16    Return completed errata within 30 days from

17   receipt of testimony.

18      If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

[& - 1st]

| & | | | |
|---|---|---|---|
| **&**  2:17 | | | |

**&**

**&**  2:17

**0**

**00706**  1:7
221:7
**04/30/2024**
222:18

**1**

**1**  13:18,20,21
113:13 181:24
198:8 221:24
**1,448**  88:7 89:8
89:22
**1,612**  113:1,7
113:10
**1/10/2022**  4:19
197:15 198:18
**10**  3:17 13:22
13:23 21:7
71:13 166:4
179:21 184:22
185:13,14
187:7 188:15
**10,000**  218:14
**100**  155:18
**100,000**  110:7
**101311**  100:20
**103**  100:8
**10:27**  52:1
**10:35**  52:1
**11**  60:15,21
**1100**  106:4
**111**  1:23 2:13
**111,000**  106:4
**1150**  150:7

**11512**  140:19
**11513**  141:7
142:7
**11543**  141:8,9
**11546**  142:5,6
142:8,21,23
144:7,17,21
**11548**  144:20
**11549**  144:20
**1155**  149:9
**11550**  145:15
**11557**  146:23
**11584**  149:5,9
150:7 151:21
152:4
**11585**  150:12
151:16 152:4
**11586**  149:9
**11589**  149:9
**11974520**
192:2
**11:00**  104:17
**11:15**  187:9,12
**11:15:07**  188:3
188:10,18
**11:15:08**  188:3
188:19 189:18
**11:15:12**
188:19
**11:16:44**
189:19 190:19
**11:17**  176:13
**11:17:32**
190:22 191:2,6
191:7,11,16
**11:40**  101:23
**11:47**  101:23

**11:49**  181:10
**11th**  55:15,20
**12**  3:19 58:19
60:2 61:9,19
103:22 104:5
147:19
**121**  3:21
**122**  4:13
**125,000**  112:13
**125,303**  110:7
**12752**  222:17
**12:06**  116:8
**12:22**  193:11
**12:22:48**
193:13
**12:31**  194:10
**12:31:20**
194:12,13
**12th**  157:2,19
159:5
**13**  4:9
**133**  4:15
**13411**  40:23,24
**136**  4:6
**14**  3:21 121:14
121:21 172:12
172:15
**1448**  89:13
**148**  3:14
**149**  4:8
**15**  148:16
**1556**  146:20
**156**  3:23
**159**  198:4,9,9
198:14 201:23
202:3
**15th**  164:14,22
166:11

**16**  3:23 122:12
137:18 156:17
177:23
**1600**  222:20
**161**  184:14
**1612**  113:15,16
**162**  4:2 184:16
**165**  3:15
**166**  165:19
182:25 183:1,2
**167**  183:17
**16th**  23:17
33:11 46:11
160:10 167:4
209:16 210:6
210:12
**17**  1:15,20
89:13 220:3
221:15
**173**  52:19
**178,000**  53:18
**178,820**  53:22
53:23
**18**  21:16,17
**181**  4:1
**184**  3:17
**18:52**  164:14
**18th**  23:19,20
23:25 33:13
34:7 35:5
**196**  4:17
**197**  4:19
**1998**  44:6
**19th**  143:7
**1:00**  116:8
**1st**  55:7,11,19
115:13 139:19
157:6

| 2 | | | |
|---|---|---|---|

**2**   3:2 13:21 108:24,24 136:24 173:2,3 173:3 185:20 205:2
**2,000**   86:1
**2,082**   86:24
**2,103**   78:25
**2,439**   90:21
**2,444**   110:22 111:6
**2,671**   94:10
**2,989**   78:9,13 78:14,16,18
**2/20/2022**   198:1
**20**   34:10 40:22 40:24 50:23 91:11,14,20 92:3,5,5,14 102:24 103:14 169:18 214:7
**200**   2:17 110:22
**2000**   44:21
**2006**   44:7 46:6
**2009-2010**   44:23
**2010**   44:23 82:3
**2012**   44:18 82:3
**2014**   7:25
**2015**   120:1
**2016**   120:1

**2017**   36:6
**2018**   36:6,6 50:23 131:6
**2020**   23:17,21 23:25 24:4 28:10 33:14 34:13,19 35:5 50:23,24 55:8 55:11,19 115:14 139:19 169:18
**2021**   34:16,17 122:2,13,15 143:7 144:10 146:1 147:4 210:5
**2022**   29:24,25 30:3 33:7,11 34:7,17,20,23 46:11 122:10 122:12,16,18 158:17,22 159:17 160:10 164:14,22 167:5 168:19 196:23 198:23 209:16 210:4,6 210:13,15
**20220082749**   165:14
**2023**   55:15,20 115:6,6,9 155:8 157:2,6 157:19 159:6,9 210:16
**2024**   1:15,20 155:2 209:8,9 209:9 220:3

221:15 222:13
**203**   4:21
**2030**   175:14
**204**   4:22
**21**   91:7 210:16
**210**   2:14
**2161**   157:16 161:18
**2162**   158:3,16
**21st**   29:24,25 30:3 33:7 34:20,23
**22**   4:4 34:18 210:16 214:19
**220**   3:6
**221**   3:7
**22203**   2:8
**2307**   52:6
**23rd**   139:24,25 140:4
**24/7**   20:1
**2439**   90:19 91:6
**250**   17:11,12 18:1,15,24 125:2,2
**259**   89:3,11,13
**261**   19:1
**2613**   222:18
**2651**   107:21
**2671**   98:18,19
**27**   4:1 181:1 216:25 217:10 219:2
**271-7877**   2:14
**275**   18:24
**28,000**   35:17

**280**   17:11,11 17:12
**29**   113:17
**29th**   222:13
**2:56**   195:23
**2nd**   158:17 159:17

| 3 | | | |
|---|---|---|---|

**3**   13:18,21 108:21,23,25 109:1 122:2 136:24
**3,785**   77:21
**3.5**   55:23 78:19 78:25 92:10,12 93:19 94:10 100:4,9 112:18 113:24 115:20 115:21
**3/15**   168:3,4,18 170:13
**3/15/2022**   168:8
**3/16**   101:7 106:11 168:18 170:14,20
**3/16/2022**   101:6,14 167:23 168:8 176:12 181:8 185:16 187:8 187:12
**3/16/22**   3:14,18 3:20
**3/17**   194:15,15
**3/18/2022**   176:13

**[3/30/2022 - 8337]**                                    Page 3

**3/30/2022** 4:20
198:6,19
**30** 1:14 4:10
103:14 113:18
113:21 114:1,8
154:8 221:24
222:1 223:3,16
**300** 222:20
**32** 4:16 133:14
**33** 123:19,24
**34** 123:19
**3408** 137:18
**3546** 123:25
**3547** 130:10
**37** 174:24
**3774** 95:8,10
**38** 34:9,23
**38552** 157:24
**3:05** 195:23
**3:21** 176:13
**3:42** 1:20
219:25
**3rd** 122:13

**4**

**4** 13:21 205:1,2
**40** 103:15
118:24,25
119:1 138:15
**400** 87:1
**409** 123:23
124:2
**44** 99:2 100:3
172:10,11,18
**44.04** 173:4
**45** 154:8
**46** 4:2 162:2,8
166:22 174:20

179:18,20
**465** 1:24 2:13
**4700** 2:17
**476-4600** 2:18
**477** 112:2,16
112:17 113:11
113:12
**480-5936** 2:5
**4th** 147:4

**5**

**5** 3:4,14 148:4
148:6 184:13
186:1,3
**5/31/2021**
143:5
**50** 50:17,19
82:7
**512** 2:5,18
**520** 91:2,6
93:12,12,14,15
93:19
**53** 4:4 22:13
**54** 4:6 136:12
136:15 140:13
140:14
**55** 4:8 149:1,4
**56** 4:9 13:1
**567** 17:7
**57** 4:11,11
57:22,25 58:10
58:25 61:18
62:3,5,15,21
62:22 81:8
100:24 101:14
101:15 111:5
112:17 113:24
200:15

**571** 222:20
**58** 3:19 4:13
122:6,8,9
123:21,22
**59** 4:15 133:11
**5:23** 1:7 221:7
**5i11** 193:10,16
**5th** 122:10

**6**

**6** 1:14 4:10
**6/12/23** 3:23
**6/21/23** 4:17
**6/26/24** 4:8
**60** 4:17 74:20
196:3
**600** 17:8
**6036** 23:5,12
33:13
**6037** 29:17
**6038** 33:16
34:15,22
**6039** 34:12
35:4
**61** 4:19 138:4
197:1,8 200:4
200:5
**612** 113:14
**62** 4:21 203:1
**63** 4:22 204:23
204:24 211:1
**6710900** 223:5
**682-9320** 2:9
**6:00** 41:25 42:2
63:16
**6:52** 164:21
166:11

**7**

**7/17/2024**
223:5
**703** 2:9
**748** 165:15
**749** 165:15
**76** 168:16
**76102** 222:21
**78** 168:16
**78205** 2:13
**787** 84:6,8
**78701** 2:5
**78723** 2:18

**8**

**8** 3:15 21:6
165:5 182:19
182:20,22
216:2
**8/3/21** 3:22
**800-336-4000**
222:21
**81** 197:18
**816** 2:4
**824748** 165:16
**83** 174:23
**8302** 162:4
**8304** 163:23,23
163:25
**8306** 164:8
**8309** 163:24
**8310** 163:10,11
163:13,24,25
**8325** 179:17,20
**8337** 174:22,24
175:3,10,21
177:4 191:25

**8338** 174:24
175:3,21 177:4
**8339** 174:24
175:6 176:1,2
176:7
**8371** 167:7,8
**8376** 167:14,18
168:6
**8378** 167:7,8
167:14 168:4,7
**8453** 199:5,20
199:21
**8:06:56** 194:15
**8:09:17** 194:16
**8:32** 104:11

**9**

**9** 4:1
**9/11/20** 115:15
**9/11/2023**
115:16
**90** 18:21,22
**900** 2:8
**901** 2:8
**94** 97:22
**970** 2:4
**9:31** 1:20
**9:32** 104:12,15
104:16 106:11

**a**

**a.m.** 1:20 42:2
52:1,1 63:16
101:23,23
176:13 181:10
**aaron** 1:13,17
2:16 3:4 5:2
6:25 40:25
220:2,20,25

221:14,19
223:5
**ability** 54:5
201:16
**able** 11:16
36:25 41:25
57:16 73:24
87:5 96:7
122:24
**above** 1:19
220:22 223:6
**abraham**
186:11
**academy** 16:1
114:22,25
115:23 118:2
124:11 137:15
137:16,17
140:24 142:19
**acceptance**
117:6
**accepted** 38:12
63:21
**accepts** 142:20
**access** 123:10
**accounting**
36:7
**accuracy** 223:9
**accurate** 34:8
34:11,12,15,22
41:14
**accurately**
23:23 30:2
**accusation**
153:21,25
**acknowledge**
214:2,9

**acknowledg...**
223:12
**act** 37:7 43:17
199:7
**action** 1:6
76:15 190:12
194:2 221:6
222:9,12
**actions** 151:24
**activate** 150:20
173:11
**activated** 173:6
**active** 135:12
**actively** 189:9
**activities**
138:17,18
**activity** 181:18
181:23,24
184:17,18,19
184:20 185:12
185:17,22
186:17 187:4,9
187:11 188:15
194:3
**actual** 57:2
65:23 104:20
157:15 179:21
197:24
**actually** 7:22
19:1 26:12
39:23 42:2
63:25 64:2
65:24 70:11
88:24 94:1
103:13 120:4
141:5 147:17
194:14 218:9

**add** 57:11 87:2
90:1 163:24
192:21
**added** 18:17,18
189:7 191:17
**addition** 15:24
124:10,21
158:11
**additional** 57:2
57:12 66:22,24
161:23 167:13
207:4,23
**address** 6:4
131:21
**addresses**
36:25 215:10
**administer**
32:12
**administration**
15:21 16:1
26:16 33:19
35:1 146:21
**administrator**
195:4
**administrators**
22:4
**admitted**
121:14 136:12
148:25 156:17
180:25 184:22
**adult** 26:22
30:13
**affair** 152:13
154:16
**affairs** 4:3
158:15 179:12
**affect** 177:15

| | | | |
|---|---|---|---|
| **affected** 214:21 | **alcohol** 11:20 | **amounts** 182:2 | **appear** 24:2,4 |
| **affiliated** 51:3 | **alek** 1:3 3:16 | 182:3 | 52:24 53:2,4 |
| **affix** 220:21 | 5:7 100:17,23 | **analysis** 81:6 | 101:7 146:11 |
| **afford** 118:23 | 161:24 163:1 | 91:9 102:4 | 177:2 193:1 |
| **agency** 8:6 | 165:17 166:3 | 109:20 113:20 | **appearances** |
| 209:19 210:1 | 171:4,6,15,17 | **analyzing** | 3:2 |
| 212:1 213:24 | 181:13 191:17 | 102:1 | **appeared** |
| 214:19 | 221:3 223:4 | **andrew** 6:25 | 107:24,24 |
| **aggregate** | **alert** 184:3 | **annual** 119:20 | **appearing** 6:7 |
| 79:24 80:1 | **alerted** 183:23 | **answer** 9:19 | 6:9 |
| 82:9 | 184:1 | 10:1,2,4,6,11 | **appears** 24:3 |
| **aggressive** | **alerts** 179:24 | 10:12,14 11:13 | 144:18 157:1 |
| 21:20 | **alex** 190:24 | 91:19 92:1 | 175:25 191:14 |
| **ago** 44:1,2 70:2 | **alien** 74:23 | 117:12 140:8 | **applicable** |
| 87:5 102:24 | **alienating** | 157:7 169:6 | 223:8 |
| **agree** 9:13 12:1 | 212:1 | 171:19 179:22 | **application** |
| 12:10,14,16 | **align** 146:1 | 195:8,9 201:14 | 56:15,18,21 |
| 23:22 77:23 | **alires** 186:9,14 | **answering** 9:16 | 188:12,12 |
| 78:12,21 79:2 | **allegations** | 140:18 | **applied** 137:12 |
| 84:7,17 88:10 | 152:11,12 | **answers** 9:9 | **applies** 128:5,7 |
| 89:4,17 90:20 | 154:16 | 11:13 14:13 | **appraised** |
| 91:12 92:17 | **allotted** 223:19 | 75:18 | 206:20 |
| 93:16,22 94:8 | **allow** 73:7 | **anti** 31:12 | **appreciate** |
| 99:3 100:11 | 108:9 126:18 | **antonio** 1:2,24 | 153:22 |
| 110:8,10 111:7 | 163:3 192:18 | 2:13 214:18 | **appreciated** |
| 112:21 113:2 | 194:23 213:23 | 221:2 | 207:5 |
| 113:19 114:10 | 214:13 | **anybody** 15:5 | **apprehension** |
| 134:15 150:16 | **allowed** 43:4,9 | 39:20,21 96:4 | 31:15 |
| 160:8 161:4 | 73:9,19 103:4 | 96:6 109:3 | **appropriate** |
| 181:13 198:13 | 172:2,7 214:16 | 116:12,17 | 38:14 |
| **agreed** 92:8 | **allows** 122:21 | 163:16 199:17 | **approval** |
| 99:22 100:6 | 213:23 | 216:22 | 125:19 142:22 |
| **ah** 16:18 85:23 | **ambiguous** | **anyway** 39:5 | 143:13 |
| **ahead** 91:19 | 152:1 | **apologize** 5:23 | **approve** |
| 168:24,25 | **amount** 91:8 | **app** 59:8,11,14 | 125:16 |
| **al** 223:4 | 182:6,12 | **apparently** | **approved** |
| **a**▮ 95:18 | 216:19 217:11 | 152:19,23 | 125:13,21,25 |
| | | | 126:2 128:2,3 |

128:6,8 129:7
129:8,14,15
130:1 137:17
141:11 144:7
144:16,25
145:19,21
**approves**
126:22 127:23
**approving**
129:12 145:6
**approximately**
17:7 18:15
78:25 89:13
91:10 92:5,14
**approximation**
148:14,15
**approximatio...**
81:4
**april** 29:22,24
29:25 30:3
33:7 34:20,23
122:10,18
155:2,2 209:7
**aptitudes** 132:2
**arduous** 51:17
**area** 214:3,4
**areas** 72:18
212:19
**argue** 10:15
**arlington** 2:8
**arrest** 60:16
70:16 71:17
72:8 75:1
77:16 78:4
173:18 177:7
215:12,13
**arrested** 72:9
72:10,17

**arrived** 193:16
193:20
**arrow** 66:3
99:10
**aside** 61:9
148:24
**asked** 10:10
56:10 74:8
81:20 102:12
134:18 138:15
144:24 156:1,5
198:24 199:19
204:17
**asking** 9:17
11:6 15:4
18:14 19:14
42:16 74:18
76:23 91:20
115:11,12
139:8 162:14
180:7
**asks** 56:24
**aspect** 69:18
**assault** 173:22
**assert** 198:25
201:24
**assess** 76:10
**assessment**
93:23
**asset** 25:19
**assign** 163:6
**assigned** 17:14
17:16 21:16
37:14 49:19
53:15 88:17,20
187:20,25
188:1 204:1
206:8 208:22

209:13,17,21
210:7,11
**assignment**
208:13
**assignments**
33:20 130:16
**assistant** 15:22
144:4
**assistants**
135:21
**assisting**
193:22
**associate** 65:3
**associated**
179:22
**assume** 12:3
66:25 72:1
**assuming**
125:19
**attached** 49:22
193:20 198:22
208:14,15
222:3 223:11
**attachment**
4:18 196:11,13
196:15 199:4
203:5,5,17
**attend** 142:9
142:22
**attendance**
129:21 138:12
**attention** 11:4
172:20
**attorney** 10:9
14:18 15:4
139:10 222:7
222:10 223:13

**attorneys** 23:9
**audio** 177:19
**audit** 75:25
76:18
**audits** 76:2,3
**august** 122:2
122:13,16
155:6
**austin** 2:5,18
**autism** 131:11
**automatic**
188:23
**automatically**
43:5 187:24
189:2,10
**available** 128:1
193:16,21,23
193:23 217:14
223:6
**avenue** 2:4
**avoid** 9:18
**aware** 33:6
130:12,20
133:5 134:18
135:7,11 136:7
161:25 162:15
162:16 171:20
171:24 179:4,7
179:16,25
180:7 186:19
218:7
**awkward**
14:11 52:22

| **b** |
| --- |

**b** 1:14 4:10
25:3,6,9 27:22
28:3 130:9,9

148:5 150:22
151:7 196:18
196:18,18
**babb**   1:6 4:6
88:19 89:2,16
91:1,10,16
92:3,4,13,24
93:4,18 94:3,7
94:9 98:9
99:21 100:4,9
100:14 103:20
107:20 111:6
111:18 112:18
113:21 114:12
114:14,17
115:9,16,20
132:21 133:2
146:18 147:2
148:10 149:12
150:3,13,19
151:7,8,12,15
152:7,9,9,16
153:15 157:23
157:25 160:10
160:20 162:10
163:17 165:1
165:23 166:11
166:19 168:7
168:18 169:2,4
170:9,14,21
176:7,10,15
183:13 188:6,9
189:15 190:19
191:8,11
198:23 200:8
200:13 205:4
205:17 206:7,9
207:12 221:6

223:4
**babb's**   137:23
144:16 155:20
160:4,14 161:9
161:13 167:4,9
167:12,21
170:5 178:4
183:4 196:22
205:20
**back**   20:17
25:16 32:18
35:11 39:19
44:16,18 45:22
46:5 52:2 55:2
62:21,22 63:23
68:19 75:20
78:2 79:4,5,20
82:3 85:3,5,6,6
87:7 89:18,20
89:21,24 90:1
90:24 91:5
95:15,15,17,17
99:15 101:24
107:3 109:12
110:12,13
113:8 116:9,10
120:3 130:5
131:20 134:21
135:4 138:14
140:12 146:17
153:24 159:4
159:12 161:1
161:16 162:6
165:4 166:22
169:9,23
174:19 175:6
176:14 177:20
177:23 184:12

185:19 190:6,6
190:14 191:4,9
192:24 194:6,7
195:24 201:6
206:17 209:2
210:25 213:10
**background**
131:1 189:3
**bad**   10:10
63:11,14 76:23
**badge**   40:15
**ball**   195:12
**band**   181:18,25
**bar**   52:20,21
**based**   20:11
26:21 34:4
41:15 53:6
64:6 70:7
73:14 77:23,25
78:9,14,23
83:12 84:8
87:21 88:6
92:2 93:7,22
97:20 100:13
102:15 103:11
103:19 113:20
120:4 127:19
129:5 134:14
142:1 147:13
147:22 148:12
164:20 170:18
170:24 186:14
200:17,19
201:23 203:22
205:10 209:5
**basic**   39:17
40:3 56:22
192:19

**basically**   31:3
61:14 69:10
70:7 115:12
123:17 138:21
141:16 151:19
154:18 181:5
188:22 192:10
215:7
**basics**   38:12
**basis**   26:5
80:17 212:4
**bates**   23:8
33:13,16 34:9
34:12,15,22
123:25 187:7
199:10,13,15
199:22
**bathroom**
195:19,21
**bc**   23:5,12
29:17 34:22
35:3 52:6
130:10 140:19
140:21 141:7
144:20 145:15
149:5 150:12
157:16 158:3
158:16 161:18
162:4 163:10
163:23,23,24
163:24,25
164:8 165:19
167:7,7,13,17
168:6,7 174:21
175:10,21
176:1,2,7
177:4 179:17
182:25 183:1

183:17 184:14
184:14,16
191:25 199:5
199:20
**bcs220059233**
3:16
**bcso** 124:11
130:11,14
165:14
**bcso's** 138:16
**bear** 18:2
46:21 57:19
82:16 88:12
93:25 99:6
101:9
**bearing** 97:10
**beat** 131:13
**becoming**
50:24
**began** 148:10
**beginning**
128:22 142:7
157:1,10
**behalf** 6:21 7:1
8:16 14:10,12
14:14 105:4
127:3 134:24
135:16 160:13
170:12,17,19
**behavior** 119:4
**believe** 13:13
17:7 23:4
41:10 54:6
59:3 60:10
65:24 77:18
85:16 88:16
94:14 103:13
106:24 112:6

114:22 115:18
125:23 132:20
133:3 135:20
137:9,20
139:18 140:5
154:6,6 155:3
155:3,9,23
157:2 162:20
165:6,15
169:17 174:12
180:18 182:14
194:6,7,23
219:11
**believes** 126:2
173:20
**belongs** 120:25
**belt** 46:9
**ben** 121:12
**benefit** 125:14
125:23,25
126:3,11
128:14
**benefits** 126:15
**benjamin** 2:22
**bennett** 35:6,6
**best** 9:12,22
11:17 24:17
54:5 55:3
70:24 121:6,9
130:15 147:16
154:6 160:19
201:14,15
218:18
**better** 45:14
50:23 81:5
101:25 105:9
105:14 107:1
124:9 131:23

140:2,8 203:2
**bexar** 1:9,14
2:11 3:21 4:4
4:10,12,14 7:2
7:3,4,6 8:17
11:25 12:2,4
12:11,16,19,20
12:22 13:25
14:17 15:17
55:18 58:8
138:19 207:13
214:18 221:9
**big** 27:18 65:10
65:11 82:12,12
**bigger** 90:4
91:14
**biggest** 131:5
**binders** 182:21
196:2,25
**biography**
138:11 141:17
**birth** 36:24
49:6,15 83:10
190:25 191:20
192:1
**bit** 9:15 28:12
31:22 41:3
43:19 45:11
47:18 51:11,12
77:6 103:1
107:3 135:24
153:12 181:22
184:11 187:2
189:12
**blair** 2:16 9:24
219:18,22
**bland** 37:7
43:17 57:6

60:11
**blank** 58:4
79:13 144:14
**bleake** 2:19
**blind** 105:12
105:13
**blocks** 26:25
**blue** 67:15
211:23,24
**body** 22:5
37:11,14 38:1
38:1,6,25 39:2
39:7 48:5
49:17 160:4,9
160:14,20
**booklet** 121:15
**bottom** 13:20
23:5,7,12,14
27:7 29:17,20
55:13,14 77:20
78:10 84:5
90:18 91:2
142:16 185:10
185:11 199:11
199:22 208:2
**bought** 59:20
59:21
**boulevard** 2:17
**bowen** 13:14
**boxes** 78:3
**branch** 25:10
25:13,15 26:8
26:10,13 32:20
**brazos** 49:12
56:4,13 59:21
105:15
**break** 10:19,21
10:21 11:3

25:10 51:22
52:3 98:6
101:17 116:2,2
116:5 118:20
189:11 195:19
195:21
**breaking** 71:9
**breakout** 25:17
118:3,4
**brian** 204:2
**brief** 51:22
101:16
**bring** 15:13
23:16 59:21
89:20 131:21
150:23
**brittany**
199:18
**broken** 26:23
27:5
**brought** 20:17
103:21 120:17
120:17,22
**buckets** 119:13
**budget** 18:18
138:20,25
139:1
**build** 75:13
**buildings** 30:24
**built** 30:5
**bunch** 64:13
102:2 192:14
**bureau** 24:23
**bus** 85:22,24
**business** 50:17
205:19 206:14
206:16

**busting** 201:13
201:13
**button** 60:1
109:20 110:12
118:18 188:11
188:13
**bwc** 160:4
**bys** 178:20

**c**

**c** 2:1 25:3,6,9
27:22 28:3
69:3 150:21,22
151:7 161:2
182:20
**c's** 73:19
164:13
**cabinet** 122:23
**cad** 43:1 46:18
47:5 48:6,7,13
59:8 195:3
**calculate** 80:10
**call** 11:4 20:3
20:15,15 21:10
75:20 127:15
173:8,10
179:22 184:20
187:14,15,15
187:20 193:20
193:22 214:16
214:21 218:23
**called** 65:11
103:14 104:2
105:15 119:24
158:7
**calling** 102:17
172:19

**cam** 151:13
168:17 170:14
170:20 171:14
**camera** 22:6
37:11,14 38:1
38:1,6,15,16
38:23,25 39:3
39:7,7,18
41:16 48:6,6
151:10 157:4
160:4,9,15,20
161:9,13 167:4
167:9,12 169:3
169:5,17 170:5
170:8,22 171:4
171:6,16 172:7
173:11
**cameras** 38:21
49:17,17
153:11 173:5
**canceled**
145:19
**candidates**
130:15
**canine** 27:4,4
27:16,18 28:23
31:18,19,24
32:1,23 121:10
179:23,24
180:6,9,15,18
182:12 208:3,6
208:8 209:17
209:21 210:7
215:19,23
**canine's** 180:1
**canines** 27:12
**capability** 19:9
31:6

**capacities**
17:23
**capacity** 1:7,8
1:9 18:16
19:16 24:8
221:7,8,9
**captain** 6:3
15:19 121:23
122:8 136:14
144:11 156:21
162:7 165:9
172:19 181:1
183:1 184:25
185:6 201:12
209:3
**captain's**
147:19
**capture** 9:11
22:6
**captured**
164:14 210:22
**capturing** 57:5
**car** 19:23 20:6
20:8,21,22
22:10 56:15
74:20 86:7
103:21 176:25
211:7,10,15,16
212:11,24
**care** 42:3
**career** 40:21
102:24 124:2
**careful** 114:2
212:1
**carrier** 146:21
**carrot** 124:24
**carry** 20:1,10
21:12 73:8

86:3 117:8
**carrying** 68:11
**cars** 20:20
  57:12 71:8
  211:3,4
**carter** 1:21
  221:17 222:18
**case** 5:7 7:18
  15:6 18:22
  86:8 100:16
  131:7 132:10
  153:9 155:3
  158:20,21
  159:24 160:1
  170:4,8 171:3
  171:13 178:10
  202:17 212:4,4
**castillo** 186:13
  186:13,13
**categories** 57:9
  67:19 70:14
  73:25
**category** 73:11
**caught** 87:8
**cause** 1:20
  20:12 71:18
  73:4,5 77:16
  78:6,14,19,23
  78:25 100:8,8
  222:11
**caveat** 38:20
**cba** 149:15
**cell** 4:16 132:9
  132:14,16
  205:3 206:6,23
  207:12
**center** 15:25
  17:13,17 26:22

27:13 30:13
**centered**
  100:19
**central** 41:7
  120:6 140:10
**certain** 107:23
  130:23 192:11
  194:24 214:14
**certificate** 3:7
  146:23 147:2,9
**certificates**
  146:16,17
**certification**
  221:13
**certifications**
  4:7
**certified** 1:21
  221:17 222:13
**certify** 221:18
  221:23 222:7
**chain** 144:10
  144:16
**challenging**
  9:16
**change** 40:16
  40:18,18,21
  44:19,19 87:5
  90:10,14,14
  92:22,22 93:20
  93:20 98:11
  107:7,10
  111:25 112:20
  113:23 114:10
  115:3 146:8
  157:6 178:17
  178:23,23
  194:24 209:11
  220:5,5

**changed** 86:23
  90:7 98:12,14
  114:24
**changes** 3:6
  40:12 119:23
  119:23 120:5
  184:7 220:1
  222:3,4 223:10
**changing** 44:22
  64:6 137:13
**chapter** 123:14
  172:10,16,18
**character**
  141:18
**charge** 34:1
  36:5 48:23
**charged** 19:18
  24:15 28:6
  37:12 213:17
**charges** 153:19
  153:20
**charles** 1:23
  2:11,12 5:10
  22:17,19 32:4
  77:2 121:16
  128:5,17 129:2
  129:13,15
  130:5 139:16
  140:3 155:17
  162:3 195:6
  207:2 218:23
  223:1
**chart** 4:5 22:22
  23:23 24:6
  28:24 30:2
  33:5,10,13
  34:8 208:2

**chebert** 2:6
**check** 70:21
  79:17 83:25
  85:17 86:16
  87:25 89:2
  190:22,24
  191:19
**checked** 79:18
**checking** 41:24
  43:6
**checks** 46:17
  47:1,7,9,9,10
  79:20 190:1
  191:8,9
**chief** 33:20
  35:2,7 125:18
  143:25 144:2,4
  145:22
**chief's** 210:17
**chiefs** 15:22
  33:20
**chose** 40:20
**christen** 2:3
**christie** 5:6
  99:10 195:18
**cid** 25:15 26:5
  31:11 144:2
**circumstances**
  73:6 83:13
**citation** 3:20
  4:12 36:19
  45:25 46:14
  48:5 49:16
  52:8,12,13
  53:14 56:22
  59:14,18 60:1
  62:6,7,15 63:1
  63:9 64:2,18

64:19 65:22,22
66:4,10,12,14
66:18 69:16
82:4 96:13
97:20 102:16
102:18 104:20
106:23 109:24
109:25 110:20
116:22,24,25
117:4,7,15,21
197:9,20,21,22
197:22,24
216:10
**citations** 4:19
36:21 54:9
84:19,25 94:16
94:21 95:21
196:22 198:15
198:18,23
**cite** 69:16
**citeq1cy2022**
196:20
**city** 214:12
**civic** 76:25
**civil** 1:6,25
7:19 8:3 221:6
**civilian** 126:13
**claims** 65:18
**clarification**
42:13
**clarified** 92:9
**clarify** 18:11
102:5,7
**clarity** 174:7
**class** 69:3
118:22 120:19
124:22 126:5
127:11,17

129:2 130:3
142:22 144:25
**classes** 16:14
118:19 119:10
119:12,15
120:18 126:11
126:14
**classifications**
67:4
**classified** 180:6
**classify** 65:16
**clean** 116:20
**cleaned** 153:23
**clear** 9:4,5,9
11:13,23 14:13
15:3 53:5
61:16 66:12
89:19 92:11
105:18 112:17
114:11 139:3
152:4 169:25
187:9,12 196:3
201:12
**cleared** 193:21
**click** 66:3
83:14 90:7,8
98:25 110:12
**clicked** 90:9
**clientservices**
223:15
**clips** 197:4
**clock** 106:16
**close** 20:14
97:13
**closed** 158:20
158:21 159:15
159:24 160:1
161:20

**closing** 159:17
195:1
**cobol** 50:18
**cocaine** 68:11
71:13
**code** 83:18
86:3 192:21
**codes** 73:17
87:6,7 192:14
**coincides**
125:13
**colleague** 5:9
**collection**
136:22 137:20
**collective** 81:13
136:19
**collectively**
151:9
**color** 22:14,16
65:15
**column** 55:4,6
55:7 64:18,23
64:24 65:6,7
66:3 68:7,8
71:15,15 74:7
77:11,11 81:9
82:16,19 84:18
88:12,24 98:24
**columns** 75:2
**combine**
133:25
**combined**
175:3
**come** 21:24
32:5 35:11
44:25 63:23
66:4 68:19
87:1 90:13

108:21 127:20
131:20 135:4
146:9 165:4
186:17 190:5,6
192:4 206:8
214:25
**comes** 26:14
56:14 61:15,18
80:22 102:23
109:20 110:12
130:5 175:6
176:18 218:20
**comfortable**
190:10
**coming** 44:21
158:15
**command**
15:24 16:1
135:6,9,14,19
144:11,16
**commander**
31:5,5 137:16
137:17 140:24
140:25
**comment** 43:5
194:2,4
**comments**
57:16 116:14
194:8,9
**commercial**
21:19
**commissioned**
17:15
**commissioners**
138:19 139:1
**committed**
84:14

[common - constantly]

**common** 72:18
81:18 169:10
**commonly**
59:20
**communicate**
37:1 207:15
**communicated**
45:5
**communicati...**
15:25
**community**
25:21 26:7,11
29:10 131:19
131:23
**company** 59:20
59:21 72:22
127:13
**compared**
68:21
**compel** 4:23
13:11 154:25
204:22
**compiles**
163:21
**complainant**
156:4 161:3,5
190:3
**complainants**
173:19
**complaint**
80:17,17,22
81:3 157:11
158:8,15,24
159:15 184:5
**complaint's**
77:3
**complaints**
80:15 179:12

**complete**
117:19 164:4
211:7
**completed** 37:9
42:17 77:23
102:21 117:5
133:5 146:18
147:3 148:11
154:13 155:15
183:10 190:24
223:16
**completely**
97:9 219:12
**completes**
118:1
**completion**
147:5 222:1,6
**compliance**
16:12 37:6
**compliances**
44:20
**complicated**
51:12 153:13
**complies** 36:23
145:4,5,7
**comply** 43:16
214:25
**complying** 71:9
213:22
**comprehensive**
50:4
**computer**
39:16 46:17,17
51:20 56:15,18
59:5,5,9,11
106:14,15
176:25 189:9
191:3,8,9,12

202:15 203:3
**concentrating**
129:24
**concerning**
15:6 138:16
152:11 159:7
162:10
**concluded**
154:18 166:8
169:2 170:17
170:19 182:5
183:13 219:17
219:25
**concluding**
126:23
**conclusion**
91:8 154:15
175:2 180:21
**conclusions**
107:7 154:3
160:9
**conditions** 37:6
57:15 67:2
**conduct** 184:7
**conducted**
72:24 101:13
158:23 165:1
178:9
**conducting**
36:13 161:22
214:22
**conference**
146:8 147:3
**conferring**
207:25
**confident**
190:8

**confinement**
69:4,8
**confirm** 147:14
155:21
**conflict** 146:10
**confrontational**
173:22
**confused** 70:13
80:20 176:20
176:23
**confusing**
216:8
**congress** 2:4
**connected**
193:1
**connects** 62:19
**consensual**
173:17
**consent** 71:17
72:1 77:15
78:5,14,18,23
99:2,2 100:1,2
100:3,7
**consented** 72:1
**consequence**
64:20
**consequences**
213:9,16,20
**consequential**
65:23
**considered**
60:5 126:20
130:15 215:12
216:21
**consolidated**
178:25
**constantly**
122:20

| | | | |
|---|---|---|---|
| **constitutiona...** | **conversations** | 88:19 89:3 | 196:12,15 |
| 21:13 | 15:2,4,5 | 90:24 93:8 | 205:8 |
| **consulting** | **converted** | 94:4 98:9 | **correctness** |
| 32:19 147:19 | 50:19 | 100:5,10 | 76:19 |
| **contact** 82:6 | **convolute** | 101:15 104:9 | **correspond** |
| 173:11,18 | 106:13 | 110:9 112:3,20 | 63:5 |
| **contacted** 56:4 | **convoluted** | 113:1 114:1,16 | **corresponds** |
| 103:16 | 50:10 96:25 | 114:18 115:1,7 | 34:7 |
| **contain** 60:7 | **cop** 142:25 | 115:22 122:17 | **cost** 50:10 |
| **contained** | 145:4,7 146:24 | 125:7 132:25 | **counsel** 5:10,10 |
| 60:18,19 | 147:3 | 133:1,20 | 207:25 222:8 |
| **contains** 59:3 | **copies** 223:14 | 137:21,24,25 | 223:14 |
| 222:4 | **cops** 211:20 | 141:1,11 | **counseling** |
| **content** 116:17 | **copy** 22:17 | 143:24 144:22 | 76:17 |
| 160:14 | 62:7 165:7 | 146:5 150:4,10 | **counted** 125:6 |
| **context** 103:18 | 184:23 185:3 | 152:8 158:1 | **counting** |
| **contingent** | 203:8,13 | 159:18 161:6 | 143:14 |
| 30:22 31:2 | **corner** 39:6 | 164:17,22,23 | **country** 213:25 |
| **continue** | 47:21 78:10 | 165:1 167:15 | **county** 1:9,14 |
| 117:10 118:10 | 84:5 90:19 | 168:10 170:3,7 | 2:11 3:21 4:4 |
| 131:13 173:9 | 91:3 | 170:12,16,18 | 4:10,12,14 |
| **continuing** | **corners** 41:14 | 174:25 177:2 | 6:22 7:2,3,4,6 |
| 130:13 | **correct** 5:22 | 182:2 191:9 | 8:2,17 10:6 |
| **contraband** | 8:22 17:5 24:4 | 198:17 201:24 | 11:25 12:1,2,4 |
| 60:17 71:17 | 28:9 29:12 | 204:2,5 205:11 | 12:5,11,16,20 |
| 72:4,5 73:10 | 39:13 40:8 | 205:14 217:18 | 12:20,22 14:5 |
| 73:13 77:15 | 41:12 45:21 | 217:20 220:22 | 14:11,12,14 |
| 78:4 148:18,18 | 46:1 51:4 55:5 | **correcting** | 15:17 17:1 |
| 148:22 179:25 | 55:16 57:22 | 119:2 | 30:23,24 35:15 |
| 182:10 216:10 | 60:8 61:1 62:4 | **correctly** 6:5 | 35:23 36:10 |
| 216:15,21 | 63:6,9 67:10 | 29:18 64:21 | 46:10 48:20,21 |
| **contrast** 9:8 | 70:19 71:19,23 | 124:13 130:17 | 50:18 75:5,5 |
| **control** 100:15 | 72:2,6,12 | 134:3 138:8 | 76:3,5,25 |
| 110:12 | 76:20 77:1,22 | 143:2,11 153:5 | 77:12 79:13,24 |
| **conversation** | 79:1,6,8 81:11 | 154:11 160:6 | 80:3,13,16 |
| 4:16 9:19 | 84:6,7,13,13 | 164:16 166:13 | 81:9,12,21,22 |
| 11:11 54:18 | 84:16,19 85:2 | 178:13,14 | 81:24 86:24,25 |
| 133:12,14 | 85:11 88:9,15 | 180:3 183:11 | 97:7 105:5,11 |

125:10,15,24
126:1,3,15
127:2,3,7
129:10 130:22
130:23 132:9
132:14,16,21
132:22,23
133:4 134:16
134:24,24
135:15 136:20
137:22 138:19
139:10 141:10
147:6 150:3,13
151:15 160:8
161:22 162:16
164:15,22
168:17 169:2,4
170:4,13,17,19
171:22 184:6
199:3 205:17
205:19,19,21
206:8,16
207:10,13
211:6,13
212:17,25
214:19,20
215:3,6 221:9
**county's** 5:10
10:9 13:25
14:18 40:10
55:19 58:8
78:15,19 79:1
79:10 88:8
89:14 90:22
91:15 100:3,23
101:12 113:22
120:9 121:7,10
146:19 147:13

147:22 160:13
174:8 182:10
207:3,23
211:13
**couple** 7:8
22:24 41:23
66:8 76:8
85:10 97:23
117:12 140:13
146:16 158:11
167:22 169:23
187:3 188:17
193:17,19
197:3 204:7
211:3
**course** 125:21
127:18 137:8
137:18 138:12
141:5,16 142:9
142:24,24
143:6 144:21
**courses** 124:12
124:16 125:10
125:11,25
127:4,22
141:20,22
**court** 1:1 5:12
6:11,15,18
8:25 9:11
10:16 25:9
26:2,3 27:25
30:21,21 37:1
53:15 60:5
64:13,16 133:9
138:19 139:2
192:14 201:10
206:11,18,19
221:1

**court's** 207:7
**courtroom** 9:1
**cover** 21:11
162:24 173:11
203:10
**covered** 119:22
152:20
**covert** 21:2
203:25
**covid** 130:25
**c███** 95:18
**crash** 21:23
22:1
**create** 12:18
**created** 49:20
56:2 187:14
189:5,6
**credit** 137:4,4
**crime** 4:21 22:1
25:19 31:11
69:17 144:13
203:21,23
204:4,6 207:8
208:2,9,12,16
209:4,14,21
210:8,11 211:1
**crimes** 21:3
31:14,16
**criminal** 7:18
25:18 28:5
33:2 88:14
114:12,14,25
115:10,17,21
136:2 138:16
138:21 142:25
143:10 173:21
205:24 206:1

**crisis** 118:20
**critical** 21:8,11
22:3
**critique** 141:12
**crochet** 126:6
**cross** 87:19
**crossed** 156:14
**csf** 2:14 223:2
**csr** 222:18
**cue** 177:19
**cumulative**
150:24
**curious** 177:12
**current** 15:17
33:8 122:2
**currently**
20:24 30:4
31:16 41:6
137:14
**cursor** 77:20
82:18
**curtis** 204:3
**cv** 1:7 221:7
**cycle** 18:18
118:14 128:23

**d**

**d** 3:1 184:23
196:16
**da** 216:13
**daily** 19:11
24:7 30:10
115:24
**damaged** 158:9
**dart** 70:23
**dash** 38:15,16
38:21,23 39:7
48:6 151:13

161:9,13 167:4
167:9,12
168:17 169:3,5
170:5,8,14,20
170:21 171:4,5
171:14,16
172:7
**data**  4:12 36:19
42:1,1 51:2
52:8,12,14
54:23 55:11,19
56:3,6,7,9,12
56:18 58:9,24
59:5 62:7,14
63:11,14 67:3
67:6,14 71:23
71:24,25 75:25
76:2,4,10,19
77:25 78:15,19
79:1,4,5,10,25
80:3 81:6,7,8
82:11 84:8
85:5 88:8
89:14,18,20
90:22 91:9
92:2,13 93:18
94:10 96:13
97:2 100:3,23
101:12 102:12
105:7 107:7
108:3 109:9,16
110:13 111:5
113:24 115:6
115:13 169:16
**data's**  59:2
**database**  40:24
50:19 56:4
61:5,24 62:6

62:13,14 75:10
75:13,13 76:20
87:8 119:25
123:5 164:12
**databases**
40:15 50:8
**date**  16:12
23:14 29:20
33:21,25 36:24
39:13,23 49:5
49:6,11,15,24
51:8 53:14,16
54:22 55:4,7
55:15 63:8,8
64:10,11 83:10
95:9 100:25
101:4 116:21
139:23 143:4,6
155:5 157:18
158:16,20,21
159:5,17 167:4
167:18,20,24
168:18 176:12
176:13 181:6
187:8 190:25
191:20 192:1
197:14,15
198:1,6 209:3
209:15 210:10
220:3 222:2
**dated**  122:9
**dates**  37:1
139:17 145:25
154:19 155:12
157:8 176:10
**day**  16:2,2
21:24 26:5,5
31:7 40:4

49:13 166:5
177:14,14
208:18,18
222:13
**daylight**  21:1
39:25 40:1
41:11
**days**  119:18
125:6 149:17
154:8 167:22
205:7 222:2
223:16
**dea**  69:21
**deal**  16:6,13
22:2 91:15
109:19 118:17
**dealing**  117:23
118:21
**deals**  117:16
**dealt**  23:8
**december**
129:2
**decide**  125:15
127:20,23
**decided**  131:12
145:23,23,24
**decision**  22:9
128:21
**decorate**
211:14
**defects**  6:8
**defendant**  2:11
2:16 56:24
205:4,4 206:7
207:11
**defendants**
1:10 205:3
206:11 221:10

**deficient**  6:19
**define**  103:18
120:12
**defined**  56:19
**definition**  17:2
17:21
**definitive**
130:1
**delay**  156:8
**delete**  108:15
**delineate**  12:8
**delve**  120:25
**denominator**
113:6,10
**dep**  196:17
**departed**  35:7
**department**
130:6 214:18
**departments**
81:25
**depbabbciteq...**
196:12
**depbabbciteq...**
4:18
**depending**
41:11 178:17
178:23 216:20
**depends**  20:23
39:14 41:5
54:12 70:3
71:5
**deployment**
4:1 181:4,6,12
182:12 215:19
215:23 217:2,3
**deponent**
221:24,25
222:5 223:13

**deposed**  171:2
171:12
**deposing**
223:13
**deposition**  1:12
1:17 4:10 6:8
6:13,19 8:8,13
13:11,16 14:19
14:22 15:6,14
116:12 139:11
140:3 219:17
219:25 220:3
220:21 221:14
221:21 222:1,6
**depositions**
18:11 139:21
**depth**  152:20
192:8
**deputies**  20:2
173:5,23
**deputy**  35:2
114:11,14,17
115:16,20
132:22 137:22
143:25 144:2,4
144:4,16
146:18 147:2
148:10 149:12
150:19 155:19
157:23,25
160:3,10,20
161:9,13
162:10 165:1
165:22 166:19
167:3,9,12,21
168:7,18 169:2
169:4 170:5,9
170:14,21

171:2,3,5,12
171:13,15,20
171:23,24
172:6 173:10
173:19 176:7
176:10,15
178:3 179:15
179:23 180:6
181:11 182:5
182:14 183:18
183:21 188:6,9
191:7,11
196:22 198:23
200:8,13 205:5
205:20 206:8
208:5,11,20
209:13 210:6
215:17 218:21
**derogatory**
212:2,2
**describe**  82:10
193:18
**described**
75:21
**description**
3:13 37:2,3,3,5
45:14 65:17,17
82:15,19 85:4
85:7 90:1
92:20 93:8
127:18 137:8
141:13
**descriptive**
134:8
**deselect**  77:14
90:6,25 98:25
**designate**
57:14 90:10

**designated**
14:2,6 49:10
85:18 135:16
135:22
**designation**
39:24 41:7
100:20 113:25
114:8
**detail**  3:14,18
4:1 42:21,22
48:4,14 49:3
79:17 80:7
103:25 148:3,9
148:13 181:7
181:12 184:12
185:7 215:23
**detailed**  181:4
**detained**
147:23 148:13
**detainment**
69:18
**detention**
17:10,13,16
26:22 27:11,12
27:13 28:17
30:13 126:10
**detentions**
173:16
**determine**
79:22 151:25
178:9 180:9
**determined**
178:24
**determining**
130:15
**develop**  124:8
**developed**
152:25

**development**
30:20
**device**  63:24,24
63:25 64:1
150:20,21
**devolve**  16:10
**difference**
18:11 66:11
185:25,25
**different**  7:21
20:25 21:5,6
27:12 41:23
45:15 50:8
53:22 64:6
81:25 85:19,20
90:2 103:1
124:19,19
128:11,12
132:12 212:19
**differently**
39:16 186:20
195:15
**difficult**  9:11
50:10 74:6
87:20
**directed**  13:12
213:21
**direction**  43:9
212:6
**directive**  45:11
**directives**  45:6
45:7,9 120:5
**directly**  193:2
215:10
**director**  144:1
**dirt**  214:1
**disastrous**  22:7

**disciplinary**
8:3 155:20
**discipline** 8:5
15:22 151:4
**discombobul...**
28:12
**disconnects**
131:9
**discover** 41:25
76:12
**discovered**
40:15 82:4
148:19,22
157:3 215:24
**discovery**
15:23 152:21
153:7,7,8,9
169:20 170:3,8
186:18
**discrepancy**
153:8 157:3
218:20
**discretionary**
173:23 174:6
**discussed**
67:20 188:24
**discussion**
32:17 136:13
149:2 162:5
165:8 166:18
172:14 196:5
197:6 201:5
209:1 210:24
**dishonest**
169:3
**dishonesty**
150:21 151:1
153:18 170:10

**dismiss** 151:15
**dismissal**
149:12,12,14
149:21,23,24
166:19
**dismissed**
114:17 151:25
**dispatch** 15:25
43:6 187:15,17
190:3,14
193:22 214:16
214:19
**dispatched**
173:9 187:18
188:25
**display** 83:4,15
83:25 84:9,11
84:15,25
211:15
**dispute** 199:23
**district** 1:1,1
221:1,1
**divided** 89:13
91:6 113:12
**division** 1:2
4:21 18:8 25:1
25:6,7,23 27:6
27:22 28:2,6
29:11 31:3
33:3 34:25
35:2 89:12
125:18 179:12
203:21,24
204:4,6 208:2
208:9,12,16
209:4,14,21
210:8 211:2
221:2

**dms** 119:24
122:21 123:3,4
123:9,10,13
**docked** 41:16
**document** 11:3
11:5,6,7 13:5
24:1,3 28:14
33:16 34:4
35:25 38:6,7
38:24 42:12
43:10,15 44:13
44:14,14,15
52:7,11,23
53:2,3,6,7,14
57:18 60:2
104:6,6 117:19
121:23 122:19
123:7 142:22
142:24 156:22
158:16 159:13
159:13,20
161:18 162:7,9
165:10 167:1
172:23 174:25
175:3 176:2,24
177:2,4,8,25
178:5 181:1,3
196:8,22
197:22 198:1
198:21,21,24
198:25 199:3,4
200:11 201:1
202:21,22
203:4 219:4,8
**documentation**
4:6 141:1
142:2 152:18

**documented**
37:16 43:12,12
45:2,4,17,20
45:21 49:14
72:21 76:13
103:6,25
216:14
**documents**
3:24 10:25
11:1 14:21
15:13 23:10
61:18 136:19
137:20,21
138:9,16
155:13,19
197:10 198:16
200:19 201:15
201:23 202:4
215:22 218:15
**dog** 180:22
181:5,5 183:23
184:1 211:18
**doing** 16:8
24:18 28:7
44:24 49:18,18
50:15 70:24
75:16 77:4
99:6 102:3
107:13,19
110:24 115:24
124:25 129:13
134:9 140:3
153:9 163:15
169:11,11,13
189:1 192:15
201:2
**dollars** 130:5

**dot** 89:9
**dots** 87:19
**dotted** 156:14
**double** 95:3
**doubt** 200:12
200:14
**downtown**
30:23
**dps** 87:7
**drawn** 58:25
**drink** 10:20
**drive** 85:12,22
86:12,13,17
90:8,13
**driven** 76:25
**driver** 66:16,17
213:5,6,13,15
215:4,5,8
**driver's** 57:14
83:4,7,8,9 84:1
84:9,12,15,25
175:4,13,16,24
175:25 176:8
176:16,19,22
177:1 191:21
191:22,24
**drivers** 21:21
**driving** 74:16
85:24 174:4,9
**drop** 99:10
**dropped** 82:5
110:24
**duly** 1:19 5:3
221:19
**dump** 56:5,7
**dumps** 203:3
**duplicate** 53:25
109:19

**duplicates**
36:22 95:19,25
96:11,21 97:19
97:20 98:3
107:4,5,6,25
109:21,25
110:6,17,18,19
111:2 112:5,8
112:14
**duration** 79:25
**duties** 8:1
19:12 24:7,16
26:9 27:21
28:20 30:10
31:25 37:13
115:24 120:24
124:25 126:25
128:12
**duty** 19:20
28:25 72:16
**dwi** 21:18

**e**

**e** 2:1,1 3:1 5:4
61:4,19,22,22
62:13 196:16
221:24
**earlier** 66:7
94:15 116:20
130:21 144:24
145:24 182:9
184:12 197:10
**earliest** 55:10
**early** 102:24
210:4
**earned** 129:22
**easier** 30:11
106:12 108:7

**east** 24:18,19
24:20,21,25
25:6,17 26:1
27:20,21 31:9
**easy** 58:4 87:18
97:11 181:18
192:13
**ecitation** 49:12
50:8,14 59:13
59:15,16,16,23
59:25 82:4,5
**edited** 53:13
**educate** 126:18
**education**
130:13
**educator**
127:12
**effect** 122:11
149:18
**effective** 33:21
46:11
**effectively**
62:14 211:10
**egg** 118:4
**either** 171:11
186:9 199:16
210:14
**election** 210:15
**electronic**
36:19,21 40:14
50:22,24 53:8
119:25 122:22
123:17
**electronically**
36:20 120:7
**eligible** 175:13
**email** 36:25
38:13,13 40:17

196:8 198:22
199:16,20,21
203:13
**emails** 4:17
167:11,13
**employ** 17:1
**employed**
222:8
**employee**
40:10,24
157:24 222:10
**employees**
124:8,12
130:12 131:15
205:19
**employment**
207:13
**enactment**
149:25
**encompasses**
162:9
**encounter**
173:15,22
174:10
**encounters**
173:17 174:2
**encourage**
124:8
**encouraged**
124:12,15
**enforce** 30:23
**enforcement**
17:7,24 18:10
21:19 24:23
25:20 26:17,21
29:10 31:13,19
31:20 33:1,2
102:23 173:15

173:23 175:19
english 87:18
enroll 124:12
  124:15
enter 16:17
  187:15 192:12
  192:12
entered 59:2,12
  79:19 102:18
  165:22 189:15
  189:17 191:3
  192:13
enters 59:24
  61:21,25 62:12
  187:16
entire 11:10
  115:17,21
  173:6,10
entirely 100:13
  105:1
entirety 11:2,8
entries 53:23
  53:24,25 78:16
  94:18 95:3,8
  95:13 185:22
  188:18 189:13
  191:7 193:10
entry 55:6
  61:15 107:1
  175:6 187:6
eoc 31:10
equal 129:13
equate 94:22
  216:13
equating 97:15
equation 95:20
equipment
  20:8,9,13

37:15
errata 223:11
  223:13,16
error 41:21
especially
  207:8
esquire 223:1,3
essentially
  93:17 142:11
  144:15
estimate 8:10
  17:18 18:23
  19:4,6 34:6
  35:23,23 44:4
  170:24
et 223:4
evading 213:17
  215:12
evaluate 80:21
  95:25 127:4,19
  169:4
evaluated 82:3
evaluation
  136:24 138:13
  141:12
event 155:20
  173:6
eventually
  59:25
everybody 6:5
  7:9 24:8 31:4
  51:23 101:19
  105:24 163:13
  163:15 175:7
  203:25
everybody's
  5:15,24

everything's
  27:17 153:23
evidence 147:5
  173:20 174:3
evident 72:5,24
evil 47:20
ex 77:2
exact 18:19
  20:13 21:21
  44:23 155:12
  209:15
exacting 51:12
exactly 61:13
  126:15 145:25
  169:15 182:17
  210:2
examination
  3:4 132:10
  133:5,7 202:17
  202:20 203:15
  204:14 205:14
  207:5
examinations
  203:13
examine 39:3
examined
  170:9
examiner 4:16
  133:13 203:18
example 128:5
  131:25
excel 4:12 56:1
  58:8 76:8 77:9
  93:6 96:1,7,20
  97:3 101:18
  105:10 113:4
  116:3

except 220:22
exception 73:7
exchange 196:9
excuse 20:22
  122:18 134:6
executive 8:1
  15:20
exhibit 3:14,15
  3:17,19,21,23
  4:1,2,4,6,8,9
  4:11,13,15,17
  4:19,21,22
  12:24,25 13:1
  22:12,13,13
  51:19 57:25
  58:7,9,19,20
  58:25 60:2
  61:9,18,19
  62:3,5,14,21
  81:8 82:24
  83:7 100:24
  101:14,15
  104:5 111:5
  112:17 113:24
  121:20,21
  122:4,4,5,6,8,9
  123:20 132:7,7
  133:11 136:10
  136:12,15,15
  140:13,14
  147:19 148:4,6
  149:1,4 156:16
  156:16 162:2,8
  165:5 166:22
  172:12,16
  174:19 177:23
  177:25 179:18
  180:24 181:1

182:19,20,22
184:13,22
186:1 187:7
188:15 196:1,1
196:25 197:1,8
200:4,15
202:12 203:1
204:23,24
211:1 216:2,25
217:10 219:1
**exhibits** 3:12
121:13
**exist** 42:6,8
45:23 47:22
48:8
**existed** 206:21
**existing** 67:9
68:6,9,14
69:19 71:2,11
**expectations**
103:3
**expected** 15:10
15:11
**expedite** 11:5
111:24 201:7
**expensive**
20:10
**expert** 96:1,24
102:22
**expertise** 21:25
103:8,9
**experts** 120:17
120:21
**expires** 175:14
222:18
**explain** 19:22
20:21 127:4
128:10 182:11

218:19
**explained**
102:14
**explaining**
19:25
**explanation**
70:23 159:20
159:21 160:2
160:24 161:2
**extend** 103:5
**extra** 130:5
**extraditions**
31:15
**eye** 47:20,21
**eyes** 29:23

**f**

**f** 58:20 100:15
**facilitating**
136:8
**facing** 154:12
**fact** 24:11
63:12 129:14
178:3 202:16
**factors** 128:16
129:4 130:14
216:8
**facts** 161:23
178:9
**fail** 37:15 38:21
83:12 92:21
93:20,20,21
161:12
**failed** 82:24
83:4,6,15,25
84:15,25 85:12
85:13,18 86:13
86:14,17,18

88:9 111:24
147:20
**failing** 84:9,11
138:23 139:7
150:20 156:11
**fails** 38:4,5,6
38:23 223:18
**failure** 37:17
37:17,19 86:12
87:12,15,25
89:15 90:8,9
90:10,12 92:21
111:24 112:19
113:22 114:9
147:20
**failures** 49:23
**fair** 41:4 51:5
54:11 55:22
59:6 63:3
70:15 75:25
81:10 119:13
132:5 149:24
158:24 160:25
168:6 178:1
188:9 198:9,14
198:17 211:9
**fall** 7:7 25:14
32:19
**falls** 31:18 32:1
32:23 80:10
**familiar** 8:12
23:11 39:4
42:12 52:6
121:23,24
152:14,15
204:1
**family** 211:16

**far** 24:21,25
26:5 28:23
63:22 104:23
120:3 121:3
133:18 142:8
162:16 168:22
183:25 188:20
**fashions**
126:17
**faster** 111:24
**fault** 76:22
**fayette** 164:14
164:22
**february**
154:22
**federal** 1:24
146:21 154:21
**feel** 109:7
190:10 214:4
**feeling** 11:22
**feels** 105:12
**field** 56:9 78:16
217:17 218:3,5
**fields** 61:25
62:1
**fight** 206:18,22
**figure** 24:17
93:25 97:6
108:2
**file** 122:23
137:25 142:4
158:8
**filed** 77:3 157:6
157:11,11
**fill** 36:13,18
56:23,25 57:3
61:1 67:13

**filling** 75:23
**filter** 54:10,11
  54:15 66:2
  77:11,19 78:22
  79:3 84:3 85:4
  88:6,13 90:17
  91:1 94:23
  95:24 96:10
  99:20 100:13
  105:19,20
  109:25 110:14
  111:3 112:23
  201:21
**filtered** 89:6
  91:22 93:6,6
  98:8 100:13
  105:1 107:23
  109:15 111:17
  113:25
**filtering** 77:6
  78:8,24 93:22
  109:24 110:25
**filters** 93:25
  94:3 99:7,16
  99:17,17,23
  105:18 108:3,4
  109:10
**final** 144:3
  166:2
**finally** 57:11
  179:14
**financial** 87:12
  87:15 222:11
**find** 50:1 57:8
  57:9 82:16
  87:10 88:12,22
  96:21 131:3,14
  135:18 194:18

194:20 200:15
  216:12,13,24
**finding** 84:24
  184:2 216:3
**findings** 164:2
  164:7
**finds** 129:1
  181:19,23,24
**fine** 8:15 18:22
  18:23 98:5
  136:10 147:21
  148:15 202:1
  210:6
**finish** 9:17,18
  10:22 47:17
**finished** 211:1
**firm** 222:20
**first** 5:3 23:4
  30:12 40:17
  44:5 55:6,6
  67:5 82:23
  89:1,6 113:5
  123:24 136:23
  139:22 140:16
  143:18 149:4
  149:13,17
  159:2,12
  161:16 167:11
  169:12,20
  176:12,12
  177:25 182:25
  185:11 186:20
  187:6,7 190:1
  190:24 196:23
  197:9 198:8
  200:3,4
**fishing** 83:2

**fit** 119:13
**fits** 50:13 51:15
**five** 8:11 40:1
  41:8,8,8 67:18
  101:18
**fixed** 41:5
**flag** 211:24
**flashback**
  205:6,14
**flip** 29:14
  136:18 165:19
  166:22 174:19
  182:24 183:1
  184:16 185:10
  185:19 188:14
  197:8,17 198:3
  200:9,18,22
**flipping** 144:19
**floyd** 131:8
**fly** 127:13
**focus** 157:15
**folders** 203:5
**folks** 17:13
  27:20 28:17
  190:14 206:19
  207:9
**follow** 24:25
  60:21
**followed**
  143:25 167:13
  177:18
**following**
  139:11 150:12
  173:12 221:18
**follows** 5:3
  174:11
**footage** 37:11
  38:1 39:7,7

**force** 21:6
  44:15 69:21
  75:2 118:16
**foregoing**
  220:20
**forensic** 132:10
  133:5,7,13
  202:17,19
  203:12,18
  204:14 205:14
  207:4
**forever** 135:25
**forfeiture**
  25:19
**forgot** 219:22
**form** 62:16
  91:18 92:7,16
  141:13 142:6,8
  142:12,15,17
  143:14 145:15
  146:7 171:8,18
  180:17 191:13
  215:13
**format** 75:9
**formerly** 179:9
**forms** 36:13
  126:17 154:20
**fort** 222:21
**forward** 141:8
  155:5
**found** 40:20
  50:13 60:18
  74:16 84:14
  88:8 97:11
  110:6 131:9
  166:8 179:25
  182:10,15
  183:10,14,21

**[found - giant]**                                    Page 22

215:18 216:10
218:9,25 219:4
219:9
**founded**
154:12
**four** 65:24
67:18 143:13
144:6,15
**frame** 49:25
139:12 140:6
152:25
**frcp** 221:23
**free** 215:9
**freeze** 108:8,8
108:11,15,20
109:2,3,4,6
**friendship**
152:24
**frigerio** 1:23
2:11,12 5:11
6:14 10:9,12
10:13,15 13:2
13:4 14:18
15:3 22:18
27:10,14 32:6
32:10 91:18
92:7,16 98:18
101:20 102:5,9
113:14 116:13
116:15 121:17
128:22 139:12
139:14 155:23
156:1,3 171:8
171:18 180:17
181:22 185:4
191:13 194:12
195:9 203:8,11
206:13 207:11

207:18 210:10
219:1,5,15
223:1
**frigerio's** 8:25
**frigeriolawfir...**
2:14 223:2
**front** 53:3,7
145:11 162:24
168:16 201:24
**frustration**
74:5
**fugitive** 31:15
**full** 6:24 79:5
118:7,8
**fullest** 11:17
**fully** 17:14
**function** 21:12
126:9
**functions** 20:24
**funding** 124:17
124:18 125:12
127:25 128:23
129:10 131:14
**funds** 126:21
**funky** 18:7
99:5 104:25
**funny** 194:7
**further** 117:8
126:12 166:2
219:13 221:23
222:7,10
**fuzzy** 17:8

**g**

**g** 121:14
172:13,16
**g.com** 2:19

**gamboa** 2:21
5:21,22 105:22
108:19,23,25
109:2,5 121:8
121:8 132:22
133:13,19,24
134:10,11
143:19 145:3,7
145:10 179:5
204:8 205:5,6
205:11 206:8
206:15 207:15
208:22
**game** 70:23
**gang** 21:1,2,7
31:12 133:25
204:1,8
**garbage** 182:16
**garnered** 69:24
**garza** 34:24
35:9 137:17
140:20,20,22
**gas** 214:7,7
**general** 8:13
19:4 25:18
35:13 37:23,25
38:18 43:8
67:16,17
149:20 165:22
184:8
**generally** 11:22
14:12 16:24
18:23 24:5,14
27:19 39:2
41:14,15 50:5
60:13 65:3,18
73:11 75:4
76:3 90:3

91:13 120:11
130:19 132:8
141:9 146:17
**generated** 43:1
43:5 55:17
59:2 76:7
187:23
**generates**
61:22 187:24
**generic** 119:20
178:16
**george** 131:7
**gerard** 209:18
209:23,24,24
**gereb** 58:22
88:19 89:2,15
91:1,10,16,24
92:3,4,13,25
93:4,18 94:3,5
94:9 98:9,13
99:21 100:4,9
100:14 107:20
110:14 111:5
111:18 112:18
113:21 132:23
132:24 179:3
205:5 206:7
207:12,20
**gereb's** 202:22
203:16,23
204:20
**getting** 10:20
20:20 44:17
99:8 132:9
141:10
**gg** 132:7
**giant** 52:23

| | | | |
|---|---|---|---|
| **girlfriend** 77:2 | 45:22 48:19,20 | 159:4,12 | 35:19 39:4 |
| **gist** 51:13 | 49:8,13 50:16 | 161:16 163:23 | 40:14,25 42:7 |
| **give** 9:9 11:17 | 52:15,25 53:16 | 164:8 165:5 | 44:24 46:21 |
| 18:20 22:17 | 54:25 55:13 | 167:7 168:16 | 47:16 48:25 |
| 42:7 44:4 | 57:1 61:3 62:2 | 168:24,25 | 51:19,22 52:22 |
| 53:18 55:23 | 62:21,22,24,25 | 169:9 172:12 | 54:21,25 55:3 |
| 57:23 83:10 | 64:4 67:3 | 174:21 176:14 | 55:13 57:18 |
| 99:24 101:18 | 73:12 75:20 | 177:20,23 | 58:9,18 62:22 |
| 107:1 113:5,8 | 77:10 78:2 | 178:20 179:17 | 62:24 64:3,4 |
| 124:22,23 | 79:3 82:15 | 182:20 184:12 | 64:14,16,17 |
| 126:5,16 128:5 | 85:3,6 87:14 | 189:19 190:2,5 | 65:3,14,16 |
| 139:12 149:16 | 88:11 89:2,12 | 192:6 196:6 | 66:3 67:3,5,7 |
| 168:9 172:21 | 89:18,19,20,24 | 201:2,6,14 | 67:11 70:25 |
| 174:6 179:19 | 90:1,24,25 | 202:13 204:2 | 71:15,22 73:12 |
| 192:18 197:2 | 91:5,18 94:2 | 205:1 208:23 | 77:10,11,14,15 |
| **given** 20:5 | 95:2 96:13,15 | 210:14,18 | 78:2,3,3,5,22 |
| 21:13 36:9 | 98:24 99:1,4 | 212:19 214:3,7 | 79:3 80:7 82:3 |
| 42:4 43:8 52:6 | 99:15 101:8 | 214:14 215:9 | 82:19,20,21,23 |
| 67:1 79:12 | 103:7 104:19 | 216:9 | 83:14,25 84:3 |
| 117:9 120:14 | 106:5 107:3 | **god** 215:15 | 85:3,3,4,6,8,8 |
| 140:3 207:9 | 108:19,25 | **goes** 8:13 11:10 | 86:11,22 88:6 |
| 212:7 221:21 | 109:8,13 | 21:3 39:21 | 88:11,13,22 |
| **gives** 141:13 | 110:13 111:13 | 40:2 41:24 | 89:12,18,19,20 |
| 142:22 163:22 | 111:14 113:8 | 42:11 47:8 | 89:24,25 90:1 |
| **giving** 47:20 | 118:24 120:3 | 56:23 57:2 | 90:3,4,6,7,7,10 |
| 84:24 122:7 | 121:3 123:13 | 60:19 61:5,24 | 90:12,17,24 |
| 133:2 | 123:13,19 | 62:1,6,13 | 91:1,5,7,13 |
| **glancing** 22:25 | 124:21,25 | 104:23 137:7 | 92:18 93:24 |
| **glasses** 23:16 | 126:6,14 | 140:23 181:5 | 98:24,25,25 |
| 104:13 | 128:16,21,25 | 188:24 190:1 | 99:1,4,15 |
| **glebe** 2:8 | 129:4,18 130:9 | 194:19 | 100:7,12,14,15 |
| **gmt** 41:4,6,7,8 | 131:18 135:23 | **going** 5:13 6:6 | 100:18 101:8,9 |
| **go** 5:17 7:8,8 | 140:12 141:24 | 9:21 10:25 | 101:9,16 |
| 8:14 17:19,22 | 142:5 144:21 | 11:4,25 12:3 | 104:15 107:3 |
| 18:15 24:17 | 145:3,10,12,23 | 12:24 13:1,15 | 108:6,8,12,22 |
| 26:7 27:3 29:5 | 146:3 147:8 | 18:25 22:12,14 | 109:8,12,13,16 |
| 32:14 39:19 | 148:25 149:5 | 27:19 29:14,21 | 109:23 110:11 |
| 40:1,23 42:3 | 151:24 156:20 | 30:6 33:15 | 110:13,15,18 |

110:20,20
111:17,20
112:22 116:1
116:14 119:3
120:4 122:6
123:23 124:5
126:5 127:3,13
128:3,8 129:2
129:11 130:8,8
130:10 133:10
133:11,17,23
135:23,24
136:10 137:11
138:14 139:9
140:13 141:8
141:18,19
145:16 148:5
148:25 149:3,5
149:18 150:1
156:15 160:3
162:2 163:24
164:10 165:3,4
165:5 166:25
170:2 172:12
174:19,21
177:17 178:5
180:24 181:21
182:25 183:1,7
185:5 188:7,8
190:3 195:25
197:1 198:3
200:10 202:13
202:20,25
203:9 204:23
205:1,2,16
206:22 207:1
208:23 210:18
210:25 213:25

215:15 217:5
218:23
**good** 5:6 52:3
89:23 121:5
152:23 168:13
190:5 195:20
202:11 212:21
**gosh** 144:10
**gotcha** 18:25
104:5
**govern** 151:5
**governed** 33:10
**government**
130:24
**gps** 42:1
**granting** 4:23
204:21
**grants** 21:5
124:19
**gray** 24:2
181:18
**great** 108:14
131:25 163:23
**green** 39:24
65:4,4 74:23
**greenhill** 2:17
**grievance** 4:8
**ground** 109:12
**groups** 24:6
131:10
**guess** 27:19
32:11 48:17
55:22 93:12
121:5 127:4
131:25 137:19
211:9 212:8
**gui** 192:18

**guy** 95:2
**guy's** 71:9
**guys** 21:20
30:14,16
171:10 195:18

## h

**h** 177:24
**half** 55:23
89:16
**halfway** 91:25
181:17
**hand** 24:21
39:6 58:18
84:5 90:18
91:3 121:18
132:19 133:10
148:5 180:24
216:25
**handed** 203:10
**handful** 30:16
**handing** 197:7
204:24
**handle** 195:6
**handles** 179:12
**hands** 66:16
**handwriting**
143:17
**happen** 43:12
71:7 76:13
89:5 120:22
146:4 188:7
**happened**
48:21 71:6
103:20 104:17
115:3 131:6
153:6 155:6,21

**happens** 22:8
76:14
**happy** 39:3
121:18
**hard** 24:1 53:7
69:20 92:1
110:21 192:17
**hat** 131:15
**hats** 15:20
**he'll** 190:5
**head** 9:10 73:2
73:23 86:9
114:4 131:13
154:14 172:9
**headed** 11:23
**header** 62:25
62:25 64:5,17
65:10,11 67:5
67:15
**headers** 62:24
65:4
**heading** 166:4
**headings** 65:24
66:1
**headway** 44:22
**health** 118:17
**hear** 171:11
212:8
**hearing** 150:11
201:10
**hearings** 8:5
**heart** 86:2
**heavy** 121:19
**hebert** 2:3 3:4
5:5,6,19,21,23
6:1,2,17 12:25
13:5 16:18,20
16:23,24 22:17

22:19,21 27:15
32:4,8,11,16
32:21 52:3
57:24 58:3,7
58:13,16,18
62:9 89:5,10
89:11 91:21
92:11,18 95:12
98:2,5,6,17,21
99:12,15
101:16,25
102:6 103:10
105:23 106:3
108:22,24
109:1,3,7,9
113:5,8,12,16
113:17 116:1,5
116:10 121:20
122:3,7 123:22
132:20 136:14
139:13,16,21
139:25 140:2,7
140:11,12
149:3 155:17
155:24 156:7
156:10,13,15
156:19,21
162:3,7 163:14
165:6,9 171:9
171:12,22
172:15 174:19
174:21 180:20
181:25 182:20
182:22 184:21
185:5 191:15
194:15 195:6
195:10,12,20
195:25 196:7

197:7 199:12
201:6,20,21
202:25 203:4
203:12,16
206:17 207:17
207:22,24
208:1,23 209:3
210:18,21,25
216:24 217:2,5
217:8,9 218:23
219:3,6,8,13
219:22
**hector**   2:12
16:22,23 128:7
128:8,17 129:1
129:13,16
**hefty**   154:7
**held**   155:11
158:13
**help**   9:12 10:4
10:5 21:10
60:20 61:11
69:5 74:9
81:16 97:8
108:18 126:18
126:24 129:25
131:15 147:24
148:2 216:24
**helped**   163:19
**helpful**   6:1
48:17 74:2,25
95:23 98:1
120:8 130:7
142:23 174:7
174:16 188:2
193:25 200:16
**helping**   108:16

**h**▮▮▮▮   95:6
95:19 96:12
**hey**   41:25 46:8
49:21 50:13
71:12 74:15
125:1 129:1
131:12 133:19
179:1 214:2,6
214:16
**hide**   186:16
**hiding**   195:12
**higher**   7:24
69:17 70:25
**highlight**
133:17
**highlighted**
166:15
**highway**   90:12
**hired**   40:11
**history**   179:22
**hit**   59:25 77:15
99:10 108:20
109:2 177:16
188:25 190:6
**hold**   98:17
147:18 199:15
**home**   19:22
20:6,22 22:10
109:13
**homicide**   31:15
**honda**   76:25
**honest**   156:11
**hope**   203:2
**hosted**   120:18
**hot**   118:15,18
207:1
**hour**   21:7
74:20 148:16

**hours**   40:1
41:8 118:24,25
119:1 137:5,18
142:20 164:14
**house**   214:8
**housekeeping**
7:9
**hov**   85:25
**huh**   9:10,10
18:9 19:17
23:13 27:23
30:1 33:4
37:23 41:2
45:24 46:25
55:1 57:20
61:2 72:11,25
73:20 75:3
78:1 82:17
84:22 87:13
94:6 95:7,16
97:18 105:8
108:5 109:11
109:22 111:19
112:15 114:6
119:9 120:2
123:6,8 128:13
136:21 146:15
164:9 165:20
178:21 182:4
182:24 183:9
185:15,21
189:20 194:25
196:19 197:23
201:4 213:12
215:25
**hundred**   130:5
**hunting**   83:1

Case 5:23-cv-00706-OLG-RBF    Document 119-6    Filed 06/11/25    Page 250 of 286
Aaron von Muldau    July 17, 2024
[i.e. - instruction]    Page 26

| i | impounded | inconsistency | 67:15 69:24 |
|---|---|---|---|
| **i.e.** 64:19 | 72:20 | 166:7,15,16,19 | 71:5,12 75:5,9 |
| **idea** 33:23 | **improper** | 216:5 | 75:24 77:1 |
| 74:21 94:24 | 10:16 90:13 | **inconsistent** | 78:24 81:9 |
| 99:17 144:1 | **improve** 81:5 | 180:1,7,8,10 | 82:1 89:25,25 |
| 196:24 | 126:16 | 180:15,19,23 | 95:24 96:10 |
| **identification** | **improvement** | **incorrect** 99:8 | 99:8 102:18 |
| 40:7,16 163:25 | 143:11 | **indicate** 167:2 | 111:16 164:13 |
| **identified** | **incident** 3:14 | 187:10 193:15 | 164:19,21,25 |
| 40:10 193:16 | 3:16,18 21:8 | 214:2 | 167:9 187:16 |
| **identify** 10:5 | 21:11 22:3 | **indicated** | 191:3,12 |
| 147:24 178:10 | 38:10 42:21,22 | 183:21 188:6 | 192:12 193:6 |
| 214:20 | 48:4,13 49:1,3 | 190:19 | **initial** 103:20 |
| **identifying** | 49:7,8,9,19 | **indicates** 79:10 | 103:20 118:2,6 |
| 40:5 142:25 | 51:1,1,3 64:8 | 159:14 182:8 | 123:24 141:13 |
| **idr** 48:24 49:2 | 71:17 72:8 | **indications** | 158:8,14 174:5 |
| 49:20 | 77:15 78:4 | 169:14 214:24 | **initially** 56:3 |
| **iii** 1:7 205:4 | 79:17,19 80:7 | **individual** 1:6 | 152:17 153:20 |
| 221:7 | 103:24 104:16 | 1:8,9 56:5 63:2 | 154:20 187:13 |
| **ij.org** 2:6,9 | 148:3,9,12 | 79:21 80:22 | 190:1 |
| **illegal** 68:11 | 155:25 165:13 | 81:1,2 125:22 | **initiated** 188:4 |
| **illustrate** 61:9 | 165:14 173:8 | 142:8 198:16 | **initiates** 56:15 |
| **imagination** | 173:10 184:12 | 221:6,8,9 | **initiating** 173:8 |
| 97:5 | 185:7 187:9 | **individually** | 188:10 |
| **immediately** | 188:21 189:5,5 | 150:23 | **inspections** |
| 22:5,7 | 189:8,14,16 | **individuals** | 212:18 |
| **immigrants** | **included** | 118:20 | **instance** 1:18 |
| 68:11 | 178:16 | **information** | 151:6 |
| **impact** 128:15 | **includes** 164:7 | 37:9 39:17 | **instances** 42:16 |
| 128:15,16 | 173:16 184:6 | 40:3 48:25 | **institute** 2:4,7 |
| **impairing** | **including** | 51:9 53:17,17 | **instruct** 206:11 |
| 11:18 | 40:16 138:18 | 56:22,24,25 | **instructed** |
| **implementing** | 139:4 207:14 | 57:6 59:12,17 | 206:10 |
| 82:5 | **incomplete** | 59:24 61:3,15 | **instructing** |
| **important** 9:4 | 54:13 | 61:17,21 62:12 | 136:5 |
| 9:5,8 65:13 | **inconsistencies** | 64:13,16 65:2 | **instruction** |
| 130:11,19 | 215:17 | 65:5,11 66:23 | 136:8 141:6 |
|  |  | 66:24 67:4,6 |  |

**instructor**
114:22 115:1
115:23 136:9
137:10 138:12
140:20,22,24
140:25 142:20
205:18,21
**instructs** 10:12
**insurance**
87:11,11,16
**intel** 204:1,8
**intensive** 50:2
**interact** 103:2
**interaction**
43:4
**interdiction**
4:6 88:15
102:23 114:12
114:15,25
115:10,17,21
120:10,16,25
121:7 133:24
134:10,22,25
136:2 137:23
138:2,3,17,21
139:11 143:10
205:24 206:2
**interest** 222:12
**interesting**
86:10
**internal** 4:3
120:13,14
142:21 158:15
173:21 179:11
**interrupt** 125:5
168:25
**interrupting**
9:18 47:17

**introduce**
57:21 122:3
195:25 202:24
202:25
**introduced**
22:13,15 58:19
121:21 122:5
**invalid** 67:20
71:23
**inventory**
71:18 72:14,14
72:18 77:16
78:5
**investigate**
161:13,15
**investigated**
80:15 154:1
161:15 171:5
171:16 177:4
215:20 216:4
**investigating**
163:1,16,17
**investigation**
3:23 4:3 77:5
117:8 152:12
154:4,17 157:2
157:16,18,22
157:23 158:22
158:23 159:1,2
159:6,9,10,13
159:14 161:19
161:20,23
162:10,13,18
164:3,5 169:22
171:20,23,24
173:21 174:13
178:1,9 179:2
179:3,5,6,8,11

179:14,15
180:16
**investigations**
7:21 8:5 25:18
25:18 28:5
33:3 68:18
**investigative**
173:15
**investigator**
7:21 163:18,21
166:8 167:3
180:5
**investigators**
22:5
**involved** 44:17
51:8 163:13
**issuance**
102:20 117:15
**issue** 33:11
55:4,7 63:8
80:21 103:21
104:6,8,10
106:19,22
116:21,24
124:18 130:22
131:19 146:7
153:4 170:20
**issued** 27:1
35:6 40:11
63:9,11,13
64:20 94:15
102:16,18
103:11,13,18
103:19 104:1,1
116:25 117:4
117:22 148:10
164:3 200:7

**issues** 106:15
119:3 131:21
170:9
**issuing** 64:1,2
**item** 116:20
205:2

**j**

**j** 2:16
**jail** 26:25
**january** 55:7
55:11,19
115:13 139:19
**jargon** 18:3
**javier** 1:8
221:8
**j** ███ 95:5,8
96:12
**jewish** 131:11
**job** 15:21 19:20
20:24 31:25
124:10,25
126:7 128:12
129:13,23
130:13 143:10
**joe** 205:5
**joel** 1:6 132:21
148:10 149:12
150:3,13
157:23 162:10
165:23 205:4
206:7 221:6
223:4
**john** 2:22
**joined** 5:8,14
16:23
**joseph** 3:16
165:17

| | | | |
|---|---|---|---|
| **josh** 5:9 13:2 | **kicked** 169:21 | 50:16 52:10 | 163:20 168:13 |
| 76:25 113:6 | 189:10 | 54:19,22 57:7 | 169:11 172:5 |
| 122:4 132:9 | **kind** 9:21 | 57:17 60:15 | 173:1 177:5,10 |
| **joshua** 2:7 | 11:10 14:11 | 63:16 64:15 | 180:8,12 181:1 |
| 174:20 | 17:8 18:7 | 65:15 68:10,14 | 186:2,4,24 |
| **judge** 9:2 53:15 | 20:25 24:1 | 68:16 69:11,11 | 187:1 188:23 |
| **judicials** 30:21 | 27:17 31:21 | 70:21 74:12,12 | 188:24 192:2 |
| **judiciary** 66:14 | 36:15 51:14 | 74:16,17,19 | 193:17 194:17 |
| **july** 1:15,20 | 63:10 68:10 | 75:1,16,17,18 | 194:18,20,22 |
| 143:7 220:3 | 69:20 76:7 | 75:20 76:19 | 195:3,13,14,14 |
| 221:15 222:13 | 86:24 87:16 | 77:1,1,3 82:2 | 195:17 199:12 |
| 223:3 | 91:13 106:16 | 83:14 86:2 | 199:17 200:4 |
| **jump** 9:21 | 119:13 124:24 | 94:1 96:2,12 | 200:25 201:12 |
| 135:24 177:20 | 132:8 142:12 | 97:1,3,22 98:2 | 201:13,13 |
| **june** 157:2,6,19 | 151:11 152:12 | 99:6 103:5,5,6 | 205:20,22 |
| 158:17 159:5 | 153:14 157:3 | 103:8 104:7,12 | 207:2,22 |
| 159:17 | 173:1 192:14 | 104:19,21,23 | 208:17,19,21 |
| **jurisdiction** | 192:23 194:7 | 106:4 107:4,14 | 209:3,13,15 |
| 214:21 | 194:19 212:6 | 108:7,22 | 210:2,12,17 |
| **justice** 2:4,7 | 212:17 216:5 | 114:13 115:3 | 211:25 212:17 |
| **justification** | **kinds** 141:9 | 115:18 120:22 | 212:18,21 |
| 143:9 | **knew** 74:7 | 120:23 122:24 | 213:22,24 |
| **jwindham** 2:9 | 97:19 | 125:1 126:18 | 214:8,11 215:2 |
| **k** | **know** 7:25 9:7 | 127:12,14 | 216:12,16 |
| **k** 4:1 | 9:20,20 10:1,2 | 128:21 131:14 | 217:14 218:20 |
| **k9** 133:24 | 10:3,20 13:8 | 131:22 132:18 | **knowing** |
| **keep** 86:6 | 13:13 14:10 | 134:25 136:5 | 210:15 |
| 112:23 114:5 | 18:17,20 21:21 | 136:24 143:21 | **knowledge** |
| 135:25 137:13 | 21:21 23:2,19 | 145:18,25 | 67:9 68:6,9,14 |
| 142:3 165:3 | 24:8 26:23 | 146:2 147:23 | 70:7,8,10 71:3 |
| 173:6 181:21 | 27:17 28:11 | 148:8,17 149:6 | 71:11 80:13 |
| 208:17 | 31:8,21 32:1 | 153:5 154:11 | 81:21 107:6 |
| **keeps** 190:3 | 33:25 34:5,23 | 154:15,19 | 120:9,9 124:8 |
| **kept** 18:19 | 39:10,21 40:17 | 155:12,12,15 | 192:23 |
| 75:10 122:22 | 42:2,8,22 | 155:24 156:8 | **knowledgeable** |
| **key** 163:14 | 43:16,16 44:14 | 157:8,10 158:4 | 86:2 |
| | 44:20 45:14 | 159:2,10 | **known** 23:7 |
| | 46:8 49:13 | 161:15 163:3,8 | 60:16 74:13 |

179:9 205:5
**knows** 87:14
109:3 132:1
190:4,5

**l**

**l** 204:22
**label** 187:7
199:15
**labeled** 23:8
33:16 123:25
133:13 149:5
173:1 197:19
**labor** 50:2
**lack** 45:14
**land** 19:4
**lane** 85:8,13,14
85:18,22,24,25
86:12,13,14,17
88:1,9 89:15
90:3,3,7,8,9,11
90:13,14,14
91:16 92:21,22
92:22 93:19,20
93:21 111:22
111:25,25
112:19,19
113:23,23
114:10 147:21
**lanes** 86:11
**language**
178:15,16,16
**large** 174:18
**lasted** 79:11
81:10
**lasting** 80:4
81:14,23 82:13

**lasts** 79:14
**late** 58:1
**law** 1:23 2:12
17:7 20:11
24:22 25:20
26:20 29:10
67:10 69:2,3
69:15 70:18
71:9 74:18
87:11 117:9
173:22 175:19
**laws** 30:23
44:20 83:18
86:25 178:12
**lawsuit** 116:18
152:11 153:16
153:17 157:6
157:11 184:6
**lawsuits** 15:23
**lay** 19:4
**laymen** 192:17
**lbgt** 131:11,11
**lead** 69:25
**leadership**
33:24 209:11
**leading** 105:13
**leads** 48:18
**leake** 2:16
101:21 195:18
219:20
**learn** 126:6
131:5
**learned** 130:21
137:11
**learning**
127:19 141:14
**leave** 152:10,12
152:17 153:15

153:16,17,18
193:24 202:1
211:2 215:4,8
**leaves** 216:12
217:13,20,21
**leaving** 99:19
**led** 35:8 180:20
**left** 23:14 24:25
26:8,10 30:11
84:5 90:18
91:3 96:15
114:12 127:14
129:11 210:1
**leftover** 182:15
182:15
**legal** 69:23,23
69:25 222:19
223:23
**legend** 163:25
**legislature**
70:22
**legitimate**
141:1 158:13
**length** 79:22
80:17,21
200:24
**level** 7:24,25
**license** 17:4,6
47:24,24 57:14
82:24 83:2,2,4
83:7,9,10,15
84:1,10,12,15
85:1 164:12
175:4,13,16,24
175:25 176:4,5
176:8,11,14,16
176:19,20,22
177:1 189:7,15

189:17 190:6
191:21,22,24
**licensed** 17:15
127:12
**licensing** 16:11
**lied** 151:10
**lieutenant**
34:25 35:1,1
134:13 143:23
186:10,11,12
**light** 42:1
155:24
**lighted** 214:3
**lights** 213:4,11
214:25
**likely** 129:25
145:2
**likes** 9:24 24:11
**likewise** 219:20
**limited** 21:9
126:21 139:17
**line** 39:8 52:15
95:8,10 100:21
108:23,24,24
108:25 109:1
157:22 158:1
175:12 178:4
178:25 187:10
187:10 189:22
190:22,23
211:23,24,25
215:14 217:11
220:5
**lines** 39:8 56:1
189:16 194:1,3
194:5
**linked** 48:19
50:5

**list** 4:21 33:22
  33:24 42:7
  73:14,16
  203:19,24
  204:3 205:10
  209:4,9
**listed** 43:18
  73:11 93:9
  151:16,20
  157:25 159:21
  204:8,10
  206:15,19
  207:8 208:3,5
  208:8,11
  218:10
**listen** 7:10
  71:12 131:12
  179:1 214:21
**listing** 136:16
  163:5 209:5
**litigation** 133:8
  134:17
**little** 9:15
  26:13 28:12
  31:22 41:3
  43:19 45:11
  47:18 51:11,11
  51:12 52:22
  57:6 58:1
  70:13 77:6
  92:14 103:1
  107:3 111:23
  135:23,24
  152:1 153:12
  181:16,22
  184:11 187:2
  189:12

**lives** 108:6
  131:24
**living** 122:19
  152:23
**loaded** 36:15
**local** 47:9
  178:12
**location** 37:4
  49:6 56:23
  65:11 120:6
  140:10
**locked** 72:19
**log** 49:20 56:19
  167:18,20
  168:1,24 169:7
  184:17,18,19
  185:12,17,22
  186:17 187:4
  187:11 188:15
  194:3
**logged** 49:19
**logistics** 129:9
  129:10,12
**logo** 212:24
**logs** 41:16
  153:10 167:3
  167:10,14
  168:7,17
  169:18 170:5,9
  170:14 180:22
**long** 8:14 37:16
  50:21 79:10,13
  80:4 81:10,13
  81:22 82:13
  117:9 147:23
  148:13 166:25
  208:15 213:21

**longer** 83:19
  83:23 114:14
  150:1
**look** 10:25
  26:13,17 28:13
  29:4 33:15
  39:4 42:3
  45:10,10 48:19
  48:20,24 49:5
  49:6,6,8,11,12
  51:18 53:11,11
  53:12,13 55:3
  57:18 62:24
  63:11 65:14,16
  66:1 67:5,7
  71:14 73:14
  75:20 79:13,21
  80:3,16 82:20
  84:4 85:9
  86:11 87:14
  90:2,12 92:18
  94:4 96:13,16
  98:8,16 101:5
  103:24 104:4
  104:21 107:17
  109:16 111:16
  121:13 123:1
  129:21 130:9
  132:7 134:20
  136:10 140:16
  145:14 148:4
  150:23 160:24
  162:1,2 163:3
  165:3 167:17
  167:25 169:9
  170:4 172:11
  172:16 175:10
  179:20 182:18

  184:10,21
  185:10 196:8
  196:25 200:3
  202:12,21
  204:4,21 205:2
  215:22 216:23
  217:9
**looked** 58:8
  91:11,21 92:2
  92:4,12 107:16
  142:6 169:10
  174:12 178:3
  183:3 184:11
  198:22 200:10
  216:1
**looking** 11:11
  11:12 28:11
  48:13 49:23
  54:1,22 66:22
  73:24 74:15
  80:20 82:12
  88:4 89:25
  92:20 95:9
  97:1,11,22
  106:8,9 108:2
  109:14 110:23
  123:24 124:2
  126:10 141:7
  142:5 145:21
  163:19 172:25
  173:3 179:1
  185:13,14
  194:9 197:18
  217:10
**looks** 19:4
  23:17 26:21
  33:19 52:8,11
  55:7 67:1 75:8

79:7 80:17
88:7 94:9,18
99:4 100:17
134:25 141:20
142:2 146:20
146:23 148:16
167:11 187:13
189:8 191:19
192:23 203:25
204:2,5
**lost** 91:24
**lot** 11:25 38:5
40:18 46:8
50:15,25 54:14
73:11 81:5
83:18 97:6
106:12 116:6
118:18 127:15
127:25 128:16
128:20 129:4
130:4 136:6
146:10 154:9
169:16,18,24
177:13,21
178:19 188:18
189:12 193:8
218:17
**lots** 7:15
**loud** 130:10
166:25
**loudermill** 8:4
149:17,19
**love** 130:24
195:19
**lower** 181:22
**lpr** 47:22,23
48:6 164:19,21
164:25 166:3,9

**luck** 203:2
**lunch** 116:10
116:11
**lying** 151:12

**m**

**m** 2:3 5:4
136:10 199:13
**ma'am** 5:18,20
6:23 7:3 9:3
11:21 12:13,17
13:23 28:10
34:4 38:3 39:1
46:2,15 47:15
51:11 52:25
53:20 55:12,17
55:24 66:21
69:1 71:20
73:2,3 79:23
84:20 90:23
119:16 123:18
125:9 141:6
150:5 152:8
156:19 157:20
159:19 160:23
161:17 162:19
167:16 168:12
174:12 175:17
183:2 190:16
193:7 208:17
212:15 218:15
**machine** 1:22
**made** 44:18
45:1,3 64:25
80:22 111:23
116:4 153:14
158:9 184:6

**magistrate**
154:21
**main** 15:21
76:1 90:8
93:20 163:18
163:21
**maintain** 85:13
86:14,18 87:12
87:15,25 88:9
89:15 92:21
93:21 111:25
112:19 113:22
114:9 147:20
**maintenance**
212:20
**major** 21:23
31:14
**make** 5:15 6:4
14:13,13 16:11
19:6,8,11
20:11 24:7,8
24:12 30:11,19
34:21 35:16,24
36:10 54:21
61:16 62:11,25
70:15 72:19
74:3 87:5,18
90:4 99:5,7,16
99:18 101:17
102:3 106:12
107:11,12,19
108:6,15 110:3
112:17 117:11
119:6 123:16
127:11 138:6
140:19 143:17
145:4 147:9
152:2 156:10

156:13 162:23
163:15 168:14
169:24 193:21
201:10,18
213:25
**makes** 22:9
46:3 87:19
110:4 198:25
213:3
**makeup** 21:22
**making** 16:6
19:9,18 24:15
30:7 36:13,16
36:17 37:13
74:14 75:23
76:9 87:6
99:19 106:25
111:13,14
153:22 173:11
207:14
**malloy** 199:18
**manage** 96:7,9
**mandate** 45:1,4
45:5,16,18
**mandated** 46:6
118:13 119:7
119:15 137:5
**mandates**
21:12 118:25
**mandatory**
173:7
**manipulated**
169:5
**manipulating**
169:3
**manipulation**
170:20

Case 5:23-cv-00706-OLG-RBF    Document 119-6    Filed 06/11/25    Page 256 of 286
Aaron von Muldau    July 17, 2024
[manual - metadata]    Page 32

manual   3:21
  4:14 45:11
  51:16 96:16
  121:16 122:1
  122:11,14,15
  122:19 123:2
  174:17,18
manuals
  122:22
map   22:1,1
march   23:17
  23:20,25 33:11
  33:13 34:7,9
  35:5 46:11
  122:12 154:22
  160:10 164:14
  164:22 166:11
  167:4 209:6,16
  210:6,12
marijuana
  181:17 182:1,6
  182:16 215:24
  216:3 217:18
  217:19,24
  218:1,4,8
mark   13:1
  57:25 122:6
  123:20 197:1
  204:23
marked   20:6
  58:9 86:12
  90:13 121:22
  133:11 148:6
  162:8 197:8
  203:1 204:24
markings
  214:11

marta   160:16
  179:8,9
martin   1:7
  131:7 205:4
  221:7
m█████
  95:18
mask   177:13
  192:12
mass   39:15
match   51:7
  73:24 75:18,22
  75:22,23
  143:22
matches   51:1
materials
  127:6,9 141:9
  144:20,21
  147:4 218:6
math   91:5,6
  93:10 95:20
matrix   151:4
matter   13:17
  130:14
matters   7:9
  15:23
mdc   56:16,17
mdt   56:16
  79:20
mean   6:12
  10:10 12:11
  16:4 17:3
  26:22 44:1,21
  47:6,23 50:18
  51:10 52:16,16
  53:21 55:10,18
  63:12 70:3,6
  71:6 73:13

74:8 78:13
  80:2 85:10
  91:9,14 95:21
  96:9,15 101:12
  105:14 106:20
  106:22 110:24
  111:4,14
  116:25 120:12
  125:5,5,8,21
  126:2 128:3,7
  129:15 134:11
  136:4 139:14
  140:2 145:19
  145:20 146:17
  149:20 167:19
  168:22,25
  175:18 176:22
  177:6 182:5
  183:13 188:3
  188:21 189:14
  189:24 191:7
  194:5 196:21
  202:4 206:11
  206:15 207:15
  211:15 212:8
  214:6
meaning   20:9
  43:9 73:5
  117:19
means   9:5 14:5
  36:21 54:2
  70:3 71:22
  72:1 74:10
  83:4,7 84:23
  90:21 102:17
  112:13 117:4,7
  117:15 130:4
  144:6 146:4

147:2 195:13
  214:8
meant   145:18
  180:2
mechanism
  66:2
medication
  11:18
medina   214:19
meet   78:17
  118:13 140:5
meetings
  135:10,19
meets   118:14
  135:6 142:21
members   13:12
memory   5:17
  89:23 103:14
  156:11
men   40:19
mental   118:17
mentioned
  20:19 60:6
  125:22
menu   82:20
  97:13 109:20
message
  133:18
messages
  202:23
messaging
  212:2
met   154:21
  172:5
metadata
  104:24 106:25
  167:12

**michael** 43:17
60:11 67:12,16
**microsoft** 97:8
**mid** 7:24
187:21
**middle** 95:11
197:17 213:25
214:1
**midnight** 166:4
166:12
**midway** 159:21
183:6
**miles** 74:20
214:8
**million** 23:9
**mind** 19:25
22:25 58:17
156:15
**mindful** 131:22
**mine** 20:7
40:23
**mine's** 22:13
197:19
**minor** 82:8
**minus** 39:24
40:1,2 41:8,8
**minute** 70:2
219:23
**minutes** 101:18
103:15,22
135:9,11,18,20
135:22 148:16
193:17,19
**misconduct**
178:10
**misdemeanor**
69:4

**missed** 29:9
**missing** 42:7
48:8 54:19
60:9 64:15
88:23 94:13
99:24 102:1,4
105:1 114:3
200:25
**mission** 145:5,8
**mistake** 99:19
**mistakes** 75:23
**misunderstood**
139:8
**mm** 196:2
199:20
**mobile** 43:7
56:18 59:5
150:19,21
188:12 211:10
**mode** 173:6
**modifications**
120:5
**molina** 1:7
102:17 103:14
103:15 104:2
132:22 171:2,3
171:5,13,13,15
171:21,23,25
179:15,23
181:11 182:5
182:14 183:18
183:21 205:4
206:7 207:12
208:5,11,20
209:13 210:7
215:20 216:2,4
216:23 218:21
221:7

**molina's** 180:6
215:18
**molly** 1:21 5:12
8:25 9:24,25
32:12 58:4,14
165:7 203:13
210:22 221:17
222:18
**molly's** 6:10
47:20
**moment** 197:2
**monetary**
66:14
**money** 130:4
131:1
**moniker**
196:21
**month** 179:23
**moral** 141:18
153:4,19
**moralistic**
153:19
**morning** 5:6
11:20
**morton** 43:17
60:11 67:12,16
**motion** 4:23
68:5,23 69:12
69:13 154:25
204:22
**motor** 21:18,19
146:21 213:17
**mountain**
39:24
**move** 25:13
31:16,21 50:21
77:20 99:9
100:25 155:5

156:16
**moved** 31:20
50:22
**movement**
209:6
**moving** 67:8,20
67:23 68:2,11
68:21,25 69:9
69:12,14 70:16
70:17 71:3,6
71:13
**mueller** 2:17
**muldau** 1:13
1:17 2:16 3:4
5:2 6:25 40:25
220:2,20,25
221:14,19
223:5
**multiple** 7:11
15:20 79:25
94:15,18 163:7
169:5 184:24
**municipal** 47:9
**muslim** 131:11

**n**

**n** 2:1 3:1 5:4,4
162:2 174:20
**naked** 212:10
**name** 5:15 6:24
16:20 36:24
40:17 49:5,14
56:20 59:22
64:23,24 65:3
65:5,6,7 83:10
88:11,13 89:1
89:1,19 90:25
93:7 98:9,10

99:21 100:16
109:15 110:14
142:24,24
143:22 156:3
162:24 178:4
186:12 190:25
190:25 196:15
196:21 220:2
**named** 209:22
**names** 59:19
88:22 94:1
112:23
**nancy** 144:2
**narcotics** 25:19
73:18 181:20
181:20
**natural** 9:19
**navigate** 9:12
105:25
**navigated**
97:10
**navigating**
52:22
**ncic** 46:22 47:8
47:12 48:7,7
**nearest** 214:3
**nearly** 113:17
150:6 193:16
**necessarily**
20:12 48:12
50:9 54:6,17
60:21 94:21
95:21 97:15
106:24 117:2
129:5,17,22
143:22 151:3
157:12 177:9
177:17 178:22

179:21 202:4
216:21
**necessitate**
151:3
**need** 11:2
16:13 35:11
39:3 42:3
43:15,16 54:18
60:22 66:23
68:19 75:18
112:5 116:3,5
129:24 133:23
147:8 148:1
165:4 173:24
180:13 184:23
197:3
**needed** 20:16
142:2 177:3
193:22
**needs** 14:2
42:14 132:2
**negotiation**
118:21
**neither** 222:7
**never** 40:11,12
81:13 83:24
152:20 153:16
178:20 186:17
198:24 199:14
200:2
**new** 44:20
59:22 119:4
204:3 209:12
**night** 31:4
127:13 166:4
166:12 177:15
**nighttime** 21:3

**nod** 9:9
**nodding** 86:9
**non** 54:6 68:25
**nonenforcem...**
173:21 174:2
174:10
**nope** 81:20
108:10 109:8
217:23
**normal** 26:9
28:20 214:24
**normalize**
129:20
**normally** 26:5
43:4 73:8 75:7
103:2 117:6
126:20 127:8
193:3
**north** 2:8
**note** 223:10
**noted** 220:22
**notes** 66:25
67:1,2
**notice** 4:10 6:8
6:13,18 149:13
149:16,21
**notified** 150:3
169:20
**notify** 37:18
**november**
129:3 155:7
**nowadays** 46:2
46:3
**null** 54:2 55:14
66:4,6 67:8,19
71:18,21,22
**nulls** 54:11
84:20,21

**number** 3:13
17:12 19:10,19
23:5 36:24
40:7,10,20
49:7,8,9,20
50:6 51:1,2,3
53:14 56:1
57:23 63:1,1,5
75:19 78:10
79:7 81:13
84:5 89:6
90:18 91:2
94:21,22 95:25
97:20 98:11,15
99:18 108:23
109:24,25
110:2,20 112:2
113:5 133:14
135:3 138:15
142:1 168:15
176:8,17,19
179:19 184:14
192:2,25
205:20
**number's**
206:15
**numbered** 1:19
**numbers** 17:8
18:19 23:7,9
39:8,8 40:15
75:22 86:25
97:15 99:1
113:9 204:10
204:13
**numerator**
113:11
**numerous** 7:20
18:10

| | | | |
|---|---|---|---|
| **nutshell** 151:11 | 103:21 | 192:2 | 88:13,19,19 |
| **o** | **occurring** 70:8 | **office** 3:21 4:4 | 89:1,1,15,15 |
| **o** 5:4 | 70:11 76:11 | 4:14 7:3,6 8:2 | 89:19 90:25 |
| **oath** 7:11,14,17 | 131:3 | 8:25 12:8,9,11 | 91:9,10,16,16 |
| 8:20,24 9:1 | **ochoa** 133:24 | 12:12,20 13:16 | 92:3,3,4,4,13 |
| 32:8,12 | **october** 147:4 | 15:18 16:25 | 92:13,24,25 |
| **object** 171:10 | **odd** 29:3 | 17:16 18:7 | 93:4,4,7,18,18 |
| **objecting** 6:15 | **odds** 63:10 | 23:24 30:3 | 94:1 98:9,10 |
| 6:17,18 | **offender** 68:15 | 43:11,14 45:19 | 99:20 100:4,4 |
| **objection** 10:10 | 68:17 | 82:2 84:23 | 100:14,14 |
| 10:13 91:18 | **offenders** 21:4 | 114:18 118:10 | 110:14 111:18 |
| 92:7,16 171:8 | **offense** 64:4,5 | 119:12,17,21 | 111:18 112:18 |
| 171:18 180:17 | 64:10,11 65:17 | 120:10,14 | 112:18 113:21 |
| 191:13 | 65:17 66:23 | 124:7 125:14 | 113:21 114:15 |
| **objections** 6:8 | 69:15,16 70:8 | 126:13 130:11 | 114:25 115:9 |
| 6:10 | 70:10 82:15,19 | 130:20 131:22 | 115:10,17,21 |
| **objectives** | 82:25 83:6,6 | 132:1 135:21 | 118:1,5,7,8 |
| 141:14 | 83:13 84:3,14 | 136:3,4,7 | 126:10,24 |
| **observed** 37:4 | 84:25 85:4,6 | 140:21 164:15 | 127:6,18 128:2 |
| 74:9 164:13,20 | 85:19,20 86:17 | 207:14 211:11 | 132:23,24 |
| 164:25 166:2 | 86:25 87:6 | **office's** 145:8 | 133:18 134:12 |
| 179:24 | 89:24 90:1,2,2 | **officer** 5:17,19 | 137:3 140:21 |
| **obstinate** 17:21 | 93:7 104:11 | 5:21 7:17,19 | 141:10 151:7,8 |
| **obtained** | 111:16 | 8:2 15:20 17:2 | 151:12,15 |
| 166:24 167:3 | **offenses** 82:21 | 17:4,6 36:10 | 152:7,9,16,24 |
| 202:22 203:22 | 83:3 85:9,10 | 36:13,17 37:12 | 163:17 176:24 |
| **obviously** | 87:24 90:22 | 37:14 38:5,16 | 179:2,5 183:4 |
| 30:18 31:5 | 91:11,15,22 | 38:23 40:6,11 | 183:13 189:14 |
| 128:23 141:17 | 92:2,3,6,15,19 | 43:4,15 49:12 | 189:25 190:14 |
| 153:12 | 92:20 93:3,15 | 51:8 56:14 | 190:19 191:11 |
| **occasionally** | 112:24 | 58:22 59:6,24 | 193:15 200:7 |
| 28:17 | **offer** 119:1 | 60:25 61:15,21 | 202:22 203:16 |
| **occupants** | **offered** 120:10 | 61:25 62:12 | 203:23 204:8 |
| 142:25 | 153:6 154:6 | 64:23,24 65:2 | 205:17 208:8 |
| **occur** 69:8 | **offering** 120:12 | 65:18 66:16,25 | 209:22 210:2,7 |
| **occurred** 40:4 | **offhand** 36:1 | 69:5 72:6 74:8 | 211:6,14,24 |
| 64:9 71:6 | 60:24 83:16 | 76:24 83:8 | 212:9,17,23 |
| | 85:15 87:21 | 87:18 88:8,11 | 213:3,4,7,11 |

| | | | |
|---|---|---|---|
| 214:2,9,25 | **oftentimes** | 43:19 44:8,10 | 96:19,22 97:16 |
| 215:3,5,7,8 | 41:23 124:17 | 45:3,18,22 | 98:1,5,8,20 |
| 216:20 221:20 | 127:25 | 46:10,20 48:11 | 99:14 101:16 |
| **officer's** 49:24 | **oh** 6:16 7:25 | 48:17 49:4 | 101:20 102:6 |
| 57:16 76:20 | 25:4 27:3 29:5 | 50:4 51:14,21 | 104:4,10,14,18 |
| 152:13,25 | 40:17 63:22 | 51:23 52:3,10 | 104:21 105:16 |
| 153:21 154:1 | 93:5 95:12 | 52:13,18,21 | 106:3 107:3,12 |
| 211:10 | 98:7 102:10 | 53:18,21,24 | 109:2,4,8,12 |
| **officers** 16:25 | 115:19 144:10 | 54:8,16,24 | 109:18 110:1,5 |
| 17:6,15,18 | 144:12 147:1 | 55:25 56:12 | 110:11,23 |
| 18:15 19:5,6 | 147:10,20 | 57:17 59:4,8 | 111:4,10,14,17 |
| 19:11,15,19 | 152:3 170:1 | 59:11,16,24 | 112:1,9,25 |
| 20:3,15,20 | 203:6,7,11 | 60:6,25 61:8 | 113:3 114:2,11 |
| 21:13 22:10 | 210:20 217:4 | 61:16,21 62:2 | 114:11,24 |
| 26:17,24 28:20 | **okay** 6:16 7:14 | 62:18,20,23 | 115:5 116:1 |
| 30:7,23 35:16 | 7:16 8:7,10,12 | 63:8,20,22 | 117:3,25 118:9 |
| 35:23 45:5 | 8:16,19 9:22 | 64:3,10 66:1,5 | 118:14 119:6 |
| 46:20 76:9,15 | 10:2 11:22 | 66:11,16 67:14 | 119:17 120:8 |
| 84:24 88:15,17 | 13:24 14:5,17 | 67:18,24 68:4 | 120:21 121:9 |
| 90:25 99:16 | 14:21,25 15:13 | 68:13,16,19 | 121:13 122:11 |
| 100:9 105:22 | 15:16 16:9,24 | 69:5 70:1,10 | 122:14 123:1 |
| 110:13 112:23 | 17:20 19:10,13 | 70:13 71:1,14 | 123:16,19 |
| 118:11,16 | 19:22 22:18 | 73:4,10 74:2 | 125:15,19 |
| 120:6,18 | 23:1,3,4,12,18 | 75:15 76:3,18 | 127:22 128:2 |
| 122:23 123:10 | 24:5 25:2,4,8 | 77:6,13,19,25 | 128:10,18 |
| 124:15,20,21 | 25:22,25 27:2 | 78:2,8,13 79:9 | 129:21,25 |
| 128:4 134:9 | 27:8,14,15,19 | 79:21 80:11,16 | 131:25 132:11 |
| 136:2 177:14 | 29:4,14,16,25 | 81:16,19 82:15 | 133:10 134:5 |
| 184:7 190:8 | 30:6 31:23 | 82:18 83:3,14 | 134:10,16 |
| 209:5 211:22 | 32:3,11,25 | 83:17 84:2,13 | 135:3,23 |
| 212:21 | 33:9,15,21,24 | 84:17 85:17,21 | 136:17 137:19 |
| **offices** 1:23 | 34:6,14,21 | 86:8,21 87:24 | 138:6,14 140:7 |
| 2:12 | 35:3,10,14,18 | 88:6,11,22,23 | 140:12,15,17 |
| **official** 1:7,8,9 | 35:22 36:2,9 | 88:25 89:17,18 | 141:7 142:18 |
| 43:25 45:19 | 36:15 38:15 | 90:17 92:1,11 | 142:23 143:6 |
| 46:14 60:5 | 40:5,24 41:1,9 | 93:5,5,15,24 | 144:3,6,19 |
| 64:19 221:7,8 | 41:19 42:4,9 | 94:13,20,25 | 145:12,14 |
| 221:9 | 42:18,21 43:2 | 95:23 96:6,14 | 146:4,6,25 |

Case 5:23-cv-00706-OLG-RBF   Document 119-6   Filed 06/11/25   Page 261 of 286
Aaron von Muldau                                    July 17, 2024
[okay - outside]                                                    Page 37

147:8,10,12,22
148:4,7,12,14
148:24 149:3
149:20 150:2,6
151:11,22
152:1,3,9
155:10,23
156:7 157:9,13
157:21,25
158:16,21
159:4 160:8,13
160:18,24
161:8,12,16
162:1,1,12,16
162:21,23
164:6 165:3,19
165:24 166:18
166:22 167:1
167:17,24
168:2,11,13,17
168:21 169:23
172:1,11,11,19
173:3 174:1,7
174:16 175:5
175:10,11,15
175:18,21
176:1,7,14
177:3,10,20,22
177:24 178:3,7
178:15 179:2
179:17 180:5
180:20,24
181:6,16 182:9
182:24 183:6
184:15,21
185:3,4,9
186:21 187:3
188:2,6,14,16

189:11,19
190:15,17
191:2,6,11,15
192:1,10,20
193:4,8,25
194:9 195:2,5
195:10,16
196:7,21
197:17,19
198:8 200:9,16
200:21 201:21
202:9,12 203:6
204:6,23,25
205:23 206:5
208:1,23
209:10,20
210:18,23
211:5,6,9,18
212:23 213:7
213:10,19
215:14 218:13
219:3,7,13,20
**old**  44:9
**olg**  1:7 221:7
**olvera**  2:22
5:19,20 32:2
32:12,13
121:12
**once**  24:25
58:12 93:4
183:7,10
192:19
**one's**  129:11
142:12
**ones**  28:19
55:14 87:3
92:24 105:17
120:23

**oo**  202:13
**oops**  78:8
**open**  73:16
174:13 185:8
186:8,9 199:6
**opened**  159:6
171:23
**opening**  35:8
**openings**  21:17
**opens**  178:1
**operate**  16:3
103:1
**operates**  18:7
**operation**  20:2
67:22
**operations**
26:19 27:4,6,7
28:16 29:6
30:17 31:14
32:20,24
134:14
**operator**
187:16
**opportunity**
20:5
**opposite**  61:20
**optical**  57:13
**option**  68:7
**options**  66:4
67:8 69:6
71:16 87:25
98:25 99:14
**oral**  1:12,17
221:14,20
**orange**  65:15
**order**  4:23
133:9 137:3
142:2 149:13

149:18,23,24
150:1,11
166:19 168:12
168:13,14
204:18,21
205:7 206:6,19
206:23 207:8
214:10
**ordinances**
178:12
**organization**
23:23,24 30:3
**organizational**
4:5 22:22 24:6
28:24 33:5,9
33:10,13 34:7
**organized**  4:21
31:11 144:13
203:21,23
204:4,6 207:8
208:2,9,12,15
209:4,14,21
210:7,11 211:1
**original**  98:15
99:25 110:13
209:20
**originally**
13:13
**ortega**  133:18
134:12,13
143:23 160:19
179:8
**outlined**  38:24
**outside**  42:1
87:2 124:12,16
125:10,23,24
126:23 127:7
127:22 136:9

137:2 138:10
141:6,11
142:10,15,16
**overlap**  74:3
**overlapping**
70:14
**overlays**  39:15
**overnight**
21:23
**own**  87:6
124:22,23
**owns**  40:6

**p**

**p**  2:1,1 60:7
196:16
**p.c.**  2:12
**p.m.**  1:20 41:25
116:8,8 164:21
166:11 176:13
195:23,23
219:25
**p12**  61:23 62:9
62:16 63:6
**page**  3:13
13:18,18,20
23:4,15 29:4
29:15 33:15,18
35:3 123:19,24
123:24 130:8,9
133:15 136:18
136:24,24
140:16 141:7
144:19 145:14
149:4,5 150:7
158:3,4 159:5
159:12 161:16
165:21,21

166:23 168:2,4
168:15 172:25
173:2,3,3
174:21 177:25
183:3,17
184:16 185:11
185:19,20,23
187:7 188:14
191:23 197:9
197:18 198:4,8
198:8 200:3,5
205:1,2 220:5
222:3
**pages**  22:24
136:17 149:8
149:10 151:24
167:8 198:9
**paid**  125:8
131:1
**painful**  105:23
**paper**  36:21
58:4 66:17
82:4 120:4
122:8 150:2
159:5 197:3
**paperwork**
83:20
**paragraph**
124:5,6 161:8
164:10,18
165:25 166:23
166:24 167:2
178:5,16,17
183:7
**parameter**
191:1
**parameters**
55:9

**parking**  31:1
68:24
**parks**  83:1
**part**  8:1 15:21
19:11,20 20:8
20:14 24:7,15
27:3,21 28:19
30:10 31:25
37:13 50:23
56:25 57:11
68:3 74:11
102:8 115:24
117:5,15,22
120:24 138:23
139:8 142:4
149:11,13,17
152:21 153:16
153:16 174:4,5
174:25 179:3,5
179:15,18,18
187:21 207:7
208:9,11 210:4
210:5,15,16
**participate**
135:12
**particular**
47:23,25,25
49:13 66:2
85:9 90:21
103:16 118:15
151:6 206:25
**particularly**
64:14
**parties**  133:8
133:12 222:9
**parts**  11:5
60:17

**party**  221:25
222:5
**pass**  136:11
**passed**  8:4
**passes**  74:20
**password**
56:20
**past**  43:22 44:1
81:17 106:15
163:21
**patrol**  17:19,20
17:21 18:7
19:6,20,23
20:6,8,20,21
20:22 21:9
22:10 24:18,19
24:20 25:1,6
25:14 26:2,4
26:24 27:21
28:2 31:3,4,9,9
34:25 35:1,2,7
118:5 126:11
126:14 167:21
176:25 211:3,4
211:7,10,15,16
212:11,24
214:10
**patrolling**
17:22
**patrolman**
44:2
**patrolmen**
21:10 103:2
118:24
**pause**  9:22
208:23
**pay**  97:7
124:21 125:2

125:10 126:5
126:18 127:23
127:24 130:5
130:25
**pc** 2:17
**pdf** 59:1 60:2,4
**peace** 16:25
17:2,3,6,15
**pedestrian**
173:17
**pedro** 2:21
205:5 206:7
**penal** 86:3
**penalty** 66:14
**pending** 10:23
188:20 189:7
189:14,16
**people** 5:8
18:11,12 20:3
21:10,16 22:1
37:1 43:10
76:1,4 85:24
93:19 94:10
119:3 126:18
131:4,18
141:18 144:7
212:21 214:19
**people's** 72:16
**percent** 18:21
18:22 82:7
89:14 91:11,14
91:20 92:5,14
113:17,18,22
114:1,9 155:18
**percentage**
19:5,10,19
91:8 113:3

**perception**
216:20
**perez** 162:25
162:25 163:17
164:2,19 166:8
166:17 167:3
180:5,9,13
**perez's** 166:16
**perform** 124:9
**performance**
129:23 143:11
180:1,6,8,10
180:15
**perimeter**
26:22 28:20
30:13,15,23
**period** 55:23
92:10,12
112:19 118:4,6
118:25 158:14
169:7 175:8
179:23
**permissible**
174:10
**person** 9:21
10:6 14:1,2
47:7 48:23
57:14 65:7,18
68:15 72:1,10
76:2 88:9 96:3
102:19 118:21
121:6,9 135:12
135:15 160:19
163:1 190:23
191:16,17
193:5 197:24
209:12

**person's** 49:14
58:22
**personal** 72:20
132:15,21,23
202:22 203:17
204:16 206:16
207:18,20
**personally**
14:14
**personnel**
126:14 130:11
178:11
**perspective**
147:14
**pete** 121:8
204:8 205:6
**phone** 4:16,21
36:24 56:21
132:15,21,21
132:22,23,23
202:17,19,23
203:2,17,19,23
203:24 204:10
204:13,16
205:10,17,18
205:20,23
206:3,5,8,10
206:16 209:4
**phones** 132:10
132:14,16
202:23 205:3
205:11,13
206:6,19,20,23
207:4,6,8,9,12
207:15,18,23
**physical** 69:18
153:1,10
190:12

**physically**
49:25
**pick** 106:2
**picture** 57:13
82:12,12 91:14
212:24
**pictures** 57:12
211:16,18
212:17
**piece** 27:25
66:17 95:24
150:2 159:5
**pieces** 51:2
58:4
**placed** 152:10
152:17
**plain** 71:17
72:4,5 77:15
78:4 87:18
**plainly** 206:23
**plaintiff** 1:4,18
2:3 5:7 221:4
**plaintiff's** 4:23
58:19 100:16
104:4 121:14
121:21 147:19
148:4,6 156:17
162:1,8 165:5
172:12,15
177:23 180:25
182:19 184:22
188:15 204:21
207:6 217:10
**plan** 128:25
**plate** 47:24,24
164:13 175:7,8
175:8,16 176:4
176:5,15,20

189:6,7,15,17
**play** 70:22
119:25 169:17
216:9
**please** 9:7,9,16
42:8 133:24,25
204:2
**point** 24:14
99:11 106:19
114:24 134:19
153:2 165:25
174:17 188:23
191:5 194:24
209:25
**pointing** 62:3
**pole** 155:24
**police** 211:24
213:7 214:18
**policies** 119:21
121:7,10
151:16
**policy** 3:22
4:14 45:6,7,9
45:19 46:4,5
119:23,23
122:1,9,11,13
122:14,15,17
122:19,25
123:2,12 124:7
151:20,23
160:4,11,20,22
172:10 174:11
215:3,6,10
**pop** 78:9
**populated**
214:3

**portion** 27:18
**pos** 17:10
**position** 12:15
15:17 114:21
174:8 207:3,6
207:23
**positions** 18:17
21:17 33:25
130:23
**positive** 179:24
**possession**
216:14
**possible** 186:23
193:7 218:11
**potential** 48:4
69:8 153:19
177:19 178:10
178:11 182:15
**potentially**
42:6 95:5
107:14
**power** 119:24
122:21
**powerdms**
123:4
**practice** 43:11
43:13 81:18
169:10
**practices** 121:7
121:10
**pre** 56:19 67:9
68:6,9,14
69:19 71:2,11
**preceding**
33:12
**precise** 153:23
**precursor**
44:23

**precursors**
57:3
**preliminaries**
15:16
**prepare** 14:19
**prepared**
160:14
**present** 2:21
83:11 139:1,20
150:11
**presenting**
83:19
**preserve** 22:7
**pretext** 68:10
70:1,2
**pretty** 8:12
50:2 68:22
72:4 98:19
137:12
**prevalent**
169:12
**previously**
22:13,15 52:6
58:19 67:19
109:24 115:5
121:14,21
122:5 136:12
148:6,25
153:18 156:17
171:2,12,14
177:24 180:25
183:3 184:22
202:14,16
**print** 60:1
75:12
**printed** 66:19
106:23 195:15

**prints** 60:1
**prior** 70:8
74:13 88:18
102:16 159:4
173:11 209:16
209:17
**priority** 35:20
**probable** 20:11
71:18 73:4,5
77:16 78:5,14
78:18,23,25
100:8,8
**probably** 23:8
38:20 44:2
45:15 50:22
54:2 66:9
76:22 82:2
85:20 87:22
105:22 119:25
121:17 145:3
153:12 165:16
169:21 178:24
193:20 208:20
209:6 210:15
**problem** 112:6
112:11 146:13
177:19
**procedure** 1:25
3:22 4:14
122:1
**procedures**
172:23 173:4
**proceedings**
7:18,19 8:3
**process** 9:13
40:7 51:16
96:16 125:19
133:3 137:2

| | | | |
|---|---|---|---|
| 149:11 201:7 | **propensity** | **provision** | **pursuant** 1:24 |
| **processed** | 31:8 | 136:6 | 221:23 |
| 63:18 189:12 | **properly** 49:19 | **pto** 125:6,8 | **pursuit** 174:5 |
| **processes** 81:5 | 130:22 | **public** 15:24 | **purview** 103:9 |
| 138:20 | **property** 25:18 | **publish** 122:21 | **pushed** 188:11 |
| **produce** | 31:15 72:16 | **pull** 40:22 | 188:13 |
| 155:22 | **proposed** | 43:10 44:12 | **put** 20:15 23:9 |
| **produced** 1:17 | 149:16,21 | 48:21 49:15,15 | 28:12 32:8 |
| 62:16 137:22 | **protect** 72:16 | 52:9,19,21 | 35:10 36:25 |
| 137:23 162:17 | 211:20 | 56:5 62:15 | 56:22 57:16 |
| 199:21 202:20 | **provide** 10:3 | 71:8,16 82:19 | 58:3,16 59:17 |
| 203:5 | 36:3 53:7 | 123:1,2,13 | 61:8 67:1 |
| **production** | 120:13 127:17 | 153:10 187:1 | 70:22 78:17 |
| 134:19,21 | 173:20 184:23 | 203:14 213:13 | 79:12 93:13 |
| 138:4 199:8 | 195:8,9 198:25 | 213:15,19 | 111:22 119:7 |
| 218:24 | 200:2 206:2 | 214:1 215:1 | 119:23 120:19 |
| **professional** | **provided** 22:23 | **pulled** 39:19 | 127:13 128:22 |
| 30:18,20 | 24:3 35:25 | 52:12,14 65:7 | 137:3 148:24 |
| **profiling** 37:7 | 36:6 53:4,10 | 65:18 75:7 | 153:15,16,17 |
| 44:25 61:7 | 105:17 124:11 | 76:24 81:13,20 | 163:7 168:14 |
| 67:12 74:11 | 133:8 134:16 | 81:22 84:9,11 | 182:14 192:19 |
| 75:17 76:10 | 136:4 138:1 | 93:19 94:9,10 | 192:19 |
| **programming** | 147:4 152:18 | 95:17 153:9 | **puts** 62:8 189:2 |
| 50:9 | 152:18,21 | 186:3,4,15,15 | 212:9 |
| **progress** | 154:20 155:12 | 186:23 214:17 | **putting** 20:2 |
| 126:12 | 156:6 162:19 | **pulling** 48:9 | 76:20 129:3 |
| **progression** | 163:9 180:22 | 74:16 186:2,19 | 216:11 |
| 124:3 | 186:18 199:3,6 | 190:9 | |
| **progressions** | 199:8 204:14 | **pulls** 36:17 | **q** |
| 188:24 | 204:16 206:5 | 50:6 62:9 | |
| **prohibitive** | 216:17 218:14 | **punishable** | **q1** 198:23 |
| 50:11 | 218:18 | 69:17 | **qualifications** |
| **promoted** | **provides** | **pur** 103:8 | 6:10 |
| 15:19 34:24 | 119:12 | **purely** 203:22 | **qualify** 124:9 |
| **promotion** | **providing** 14:7 | **purpose** 14:6 | 202:3 |
| 44:5 130:16 | 134:12 136:8 | **purposes** | **quarter** 196:23 |
| **prompted** | 139:10 199:17 | 206:14 | 202:7 |
| 170:4 | | | **query** 80:8 |

| | | | |
|---|---|---|---|
| **question** 9:6,16 | **racial** 37:7 | 194:2,4 196:12 | 117:8,10 |
| 10:1,4,6,11,11 | 44:25 61:6 | 196:15 205:2,8 | **reasonably** |
| 10:15,15,16,22 | 67:12 74:11 | 207:16 220:20 | 173:19 |
| 10:22 11:6 | 75:17 76:9 | 223:9 | **reasons** 127:15 |
| 12:19 18:6 | **racist** 212:10 | **reader** 47:24 | 146:11 150:8 |
| 30:7 36:15 | **radar** 20:10 | 47:25 164:13 | 150:12,16 |
| 39:2 47:17 | **rails** 119:3 | **readers** 57:13 | 151:7,8 152:4 |
| 48:18 74:18,24 | **ran** 115:6 | **readiness** | 152:5 172:2,6 |
| 76:21,23 91:14 | 156:12 176:8 | 25:21 26:7,11 | 222:4 |
| 91:25 92:1 | 176:10,16 | 29:11 | **recall** 7:22 54:5 |
| 102:11,11 | 186:6 191:8,20 | **reading** 55:8 | 60:23 104:16 |
| 105:3 107:5 | 191:21 | 55:16 113:1 | 153:5 154:11 |
| 116:11 137:19 | **range** 54:22 | 143:7,11,18 | 155:18 158:7 |
| 150:14 165:24 | 139:14 | 166:10 216:16 | 182:13,16 |
| 171:9 179:21 | **rank** 5:24 6:2 | **readout** 48:6 | 215:10 218:18 |
| 179:21 193:9 | 15:19 | **reads** 158:18 | 219:11 |
| 204:18 | **rather** 166:25 | **ready** 23:2 | **recalled** 20:17 |
| **questioning** | 175:16 | 195:18 | **receipt** 83:15 |
| 215:15 | **raul** 34:24 35:8 | **real** 110:21 | 222:2 223:17 |
| **questions** 9:6 | 137:16 140:20 | 131:1 212:21 | **receive** 130:12 |
| 11:12 32:5,9 | 140:20 | **reality** 128:20 | 136:2 206:1 |
| 57:6 60:11,13 | **raw** 108:3 | **realized** 90:5 | **received** |
| 60:22 67:16 | 109:9 110:2 | **really** 18:19 | 122:25 133:12 |
| 140:13 188:17 | **ray** 134:13 | 42:1 86:4 | 136:20 185:7 |
| 201:14 204:7 | **rbf** 1:7 221:7 | 90:11 95:23 | **recent** 120:23 |
| 211:3 219:13 | **reached** 154:17 | 102:25 105:23 | 142:12 |
| 219:15,18 | **read** 11:1,7 | 152:20 188:7 | **recently** 50:19 |
| **quibbling** | 24:2 29:18 | 215:14 | 87:4 |
| 206:24 | 41:10 124:5,13 | **reared** 154:13 | **reception** |
| **quite** 8:4 9:19 | 130:8,9,10,17 | **reason** 11:16 | 173:7 |
| 80:24 87:8 | 134:3 142:15 | 27:16 67:6 | **recess** 52:1 |
| 171:11 | 143:2,16 | 68:7 75:1 | 101:23 116:8 |
| | 157:21 160:3,6 | 121:4 159:24 | 195:23 |
| **r** | 164:10,16 | 181:15 196:7 | **recognize** |
| | 166:24,25 | 199:23 220:5 | 165:9 |
| **r** 2:1 | 173:24 178:4,5 | 223:11 | **recognizing** |
| **race** 44:14 | 178:13,14,19 | **reasonable** | 51:2 |
| 60:15 74:8,8,9 | 180:3 183:7,11 | 102:19 103:4 | |
| 74:12,13,19 | | | |

**[recollection - report]**

**recollection**
53:6 147:16
154:7 155:19
**record** 5:1 9:4
9:12 10:14
11:13 16:16,21
32:14,17,18
45:25 46:17
47:1,23,25
48:5,7,7,13
51:25 52:2
56:2 58:4,23
60:2,5 61:17
62:15 66:13
77:12 92:10
101:7,22,24
116:7,9 130:14
136:13 142:3
145:11 147:18
147:22,24
148:12 149:2
152:2 157:15
162:5,6 165:8
169:25 172:14
174:25 175:15
175:21 176:3
176:20 177:18
177:18 182:12
188:4,5 190:22
191:16,18
192:24,25
193:5 194:24
195:22,24
196:5 197:6,12
197:14,22
198:6 200:1
201:3,5,6,17
203:22 205:22

207:25 208:24
209:1,2 210:19
210:19,23,24
210:25 217:3
219:16 221:21
222:11
**recording**
150:20,21
173:7,9,20
174:2 192:6
**records** 36:10
42:5 45:23
46:17 48:9,18
48:22 49:14
50:5,24 58:13
61:23 78:19
100:23,23
123:4 132:24
134:20 135:16
137:23 149:1
155:20 164:20
166:9 167:8
176:15 177:24
182:10 184:10
185:8 186:8,9
190:24 199:7
204:22 205:23
**recovered**
203:17
**red** 76:24
177:5,7,11
211:25
**redactions** 3:18
**reddish** 65:15
**redirect** 119:4
**refer** 26:10
59:20 73:21
158:22 159:1,9

161:2 194:6,7
**reference** 23:10
122:24 165:14
165:17 211:22
**referenced**
223:6
**referencing**
13:15 63:16
**referring** 12:2
12:15 24:20
32:22 34:5
101:14
**refers** 34:10
35:5 74:24
**reflect** 23:24
30:2 64:18,24
65:7 66:6
100:22 147:18
**reflects** 53:21
53:23 55:18
**refreshers**
119:2
**refuse** 83:9
**regards** 15:22
36:4 81:1
**registration**
39:17 83:20
222:20
**regular** 79:5
**reissued** 40:12
**related** 153:15
205:24 222:8
**relation** 124:25
**relationship**
102:14 152:25
153:1
**relative** 222:10

**relatively**
204:3
**release** 69:17
**releases** 215:5
**relevant** 64:15
**remains** 110:6
**remember** 10:5
25:16 44:23
54:14 60:23
103:12 108:12
137:4,13 138:4
152:19 154:19
155:7,25 168:1
169:15 186:12
216:16,18
218:14
**remind** 37:1
**remnants**
216:13,18
218:11
**remove** 96:11
96:21 97:19,20
98:2 107:5
109:20 110:17
110:18,18
112:5 188:20
189:7,13
**removed** 112:8
112:12,14
**removing**
107:6
**repeat** 7:10
145:16
**rephrase** 80:20
**report** 3:14,18
3:24 4:1,3 36:3
36:5 38:8,9,10
42:17,21,23

44:25 48:4,13
49:3 61:7 74:1
79:17 80:7
102:15,15
103:6,19,25
134:12,22,25
138:25 148:3,9
148:13 162:12
162:12,13,17
163:22 165:22
166:16 169:22
181:4,7,12
182:12,15
183:4,18,20,25
184:13 185:7
186:5,6,15
215:18,19,23
216:2,14,23
218:13,24
**reported** 1:22
**reporter** 1:21
5:1,12 6:11,15
6:18 9:1,11
32:14,18 51:25
52:2 58:15
98:16 101:22
101:24 116:7,9
156:18,20
162:6 195:22
195:24 196:4
201:4,19
208:25 209:2
210:23 219:16
219:24 221:17
**reporter's** 3:7
221:13
**reporters**
192:15

**reporting** 80:7
216:5
**reports** 48:4
75:13 76:7
103:12 133:23
134:5,7,17
135:5 138:16
138:18,22
139:4,6,11,15
142:20 162:20
195:15 211:7
216:9 218:11
**represent** 5:7
8:2 58:21
133:11 136:19
157:5 175:12
185:5 202:20
205:16
**representation**
59:1 131:10
**representations**
131:17
**representative**
1:14 13:25
14:6 131:17
**representatives**
131:18
**represented**
181:11
**reprimand**
76:16
**request** 3:23
134:19,20
137:22 138:4
139:3,16,17
142:9,21 156:4
157:16,18,22
157:23 185:8

**requested** 52:9
56:6,8 83:8
132:16 153:10
221:25 222:5
**requesting**
13:11 178:8
**requests**
127:20 170:4,8
**require** 36:10
36:24 51:19
118:23
**required** 10:3
36:18 38:8
42:18,25 43:18
57:10 60:12
73:25 83:11
85:22 120:7
149:15
**requirement**
37:24,25 43:3
44:16 47:11
67:13
**requirements**
44:12
**requires**
141:10
**research**
127:16
**researched**
164:12,19
**reserve** 31:10
219:15
**reserving**
219:21
**reset** 41:17
**resigned**
209:18 210:16

**resisting**
215:12
**resolve** 114:4
**resolved** 155:4
**respective**
133:24
**response** 4:8
26:20 27:8
29:6,9 137:22
173:8 188:25
**responsibility**
87:12,16
**responsible**
31:17 89:16
91:10,17 92:5
92:13 111:6
113:21 122:24
133:2 134:11
**rest** 51:7 193:9
**result** 58:25
64:17 65:21,25
84:18 89:3
93:14 162:17
164:3 184:2
**results** 77:10
78:9 90:6
128:11 133:7
138:17 153:24
202:19 203:15
**retired** 35:7
209:18,24
210:3
**retirements**
210:14
**return** 175:4
175:17,25
192:5,22,24
193:5 223:13

223:16
**returned**
116:12 222:1,3
**reveals** 160:20
**review** 14:21
14:25 39:19
77:12 85:15
127:11 168:17
170:19,25
200:19 223:7
**reviewed** 13:17
52:11 137:16
160:3,12,17,22
166:9 169:7
170:13 180:9
180:12 200:24
**reviewing** 24:1
49:25 140:25
161:9 167:1
172:23 179:22
201:1
**rfi** 161:18
178:17,18
**rfp** 135:3
138:15,15
**rid** 83:24
**right** 5:16 6:21
10:6 11:1,7
12:6 18:17
19:2 21:17
24:10,21 26:13
30:12 32:7
34:21 39:6,20
41:12 47:20
50:8 51:18
52:25 53:9,16
54:1,14 55:8
61:14 62:21

75:14,20,21
85:8,12 86:10
89:22,23 93:3
93:12 94:2
95:12,13,15
96:16,17 97:4
97:12,24 98:10
99:6,7,18
102:14 105:4
105:21 106:5,5
107:5,19 108:7
108:20 109:9
111:8,17
112:16,22
114:12 117:17
119:11 126:6
126:10 127:14
129:23 130:23
132:17 138:3
139:5 143:7
144:9 145:6
149:15,22
151:20 161:1
165:16,24
169:1 172:11
173:13 174:17
181:21 183:25
186:10 187:14
194:10 199:7
200:14,15
201:9 202:11
213:10,14
214:1,15
**rms** 38:11 42:1
42:10 48:3
49:9,10 50:9
50:14 216:2

**ro's** 164:15
**road** 2:8 82:6
158:14 214:1
**roadway** 67:2
**rodriguez**
158:23 160:16
160:18 161:12
161:14 179:9
**rodriguez's**
159:14 160:9
**roland** 144:4
**roles** 7:21
**rolling** 67:25
**ronald** 35:6,6
**room** 6:5 14:1
16:17 105:24
**roster** 136:16
**rosters** 141:19
**round** 91:7
**row** 100:22
108:4,8,10,12
108:15,15,20
**rows** 53:18
**rule** 37:15,23
38:18 73:7
221:23
**rules** 1:25 8:15
37:25 102:25
102:25 149:15
211:13,14
214:14
**run** 46:17 47:6
47:12 157:8
175:7 176:18
176:25 186:10
186:11,11
193:3 198:18

**running** 27:17
153:14 175:15
175:22 197:4
**runs** 13:18,22
47:7 191:10

**s**

**s** 1:18,23 2:1,3
2:11,11,12,16
196:25
**s's** 73:19
**saenz** 2:12
16:19,22,22,23
**safe** 214:4
**safely** 91:16
201:24
**safety** 15:25
31:17 43:15
146:21
**salazar** 1:8
24:11 221:8
**san** 1:2,24 2:13
214:18 221:2
**sandra** 37:7
43:17 57:5
60:10
**sanford** 144:2
145:22
**save** 29:23
130:4
**savings** 39:25
40:2 41:11
**savvy** 187:2
**saw** 13:13
47:21 94:15
106:12 215:23
**saying** 12:8
13:13 37:16

43:6 63:15
65:5 71:12
80:23 87:5
102:11 114:5
115:19 117:14
126:5 141:1
145:7 150:1
166:11 179:1
188:23 192:24
199:25 200:1
212:9 219:4,9
**says** 13:21
23:20 29:25
39:19 40:23,23
41:25 42:11
44:24 45:1,12
50:13 54:2
64:17 66:19,20
74:7 76:24
87:16 101:10
105:19 118:14
133:19 173:12
181:17,18,23
182:1,3 183:7
183:24 184:1
184:17 185:11
185:16 187:12
188:19,20
189:6,17,21
192:20 193:10
196:11 200:20
200:23 203:19
206:6,23 215:8
216:9 217:11
217:18,24
218:24
**scaling** 24:2

**scan** 166:12
**scene** 22:1,1,5
189:2 193:20
**schott** 1:3 3:16
5:7 100:16,17
100:23,24
101:13 109:14
109:15 147:13
147:15,23
148:13,21
157:5 158:7
159:7 161:5,24
163:2 165:18
166:3 171:4,6
171:15,17
181:13 184:13
185:6,7 190:25
191:8,12,17
193:2,6 221:3
223:4
**schott's** 158:24
159:15 164:20
164:24 166:10
175:16,22
176:8,11,16
177:1 182:7,11
183:14,22
184:5 189:15
216:1,4 218:6
218:25 219:6,9
**schuler** 144:5
**scope** 126:24
139:17 207:13
**score** 26:20
27:8 29:6,9
31:10
**scratch** 125:20

**screen** 52:5
**script** 189:3
191:10
**scripts** 192:4
192:11,20
**scroll** 55:2 88:3
100:18 108:9
208:1
**scrolling** 65:12
**scu** 133:25
**search** 57:7,7,8
60:17,17 71:15
71:18 72:1,2
72:23,24 73:4
73:8 77:10,11
77:23 78:19
85:8 90:3,6
98:24 99:2
100:12,15
101:10,13
102:9,10,13,20
111:22 123:12
173:18 176:15
177:6 183:10
183:14 184:2
191:1 200:20
200:23 201:25
**searched** 72:6
72:9 205:23
206:3
**searches** 35:22
36:4 77:12,17
77:21 78:14,25
99:2 100:3,9
176:5
**seat** 46:9
**second** 32:15
67:5 100:15

108:19 143:21
149:11 153:25
159:6,10
161:19,20
162:9,13,18
163:2 164:3
168:9 169:22
172:21 176:13
178:1,5,15
179:3,6,15
181:20 188:14
199:16 201:3
**seconds** 193:19
**secret** 69:21
**section** 24:21
25:17 26:20,21
28:2,3,3,3
29:10 31:17
65:4,4,10,16
123:23 124:2
150:10 159:21
174:17
**sections** 24:6
27:22
**secure** 124:18
189:21,24
190:7,9,11,13
190:20
**security** 25:11
26:3 27:24
30:21
**see** 23:5,20
25:4,4,15,20
27:4,6 29:17
39:15,15 51:18
55:15 60:2
61:17 63:6
65:5,12,21

| | | | |
|---|---|---|---|
| 66:3,4,24 67:4 | 187:8,9,19 | 107:2,20 | 162:25,25 |
| 67:8,18 71:15 | 188:18,22 | **selections** | 164:2,19 166:8 |
| 71:16,22 74:7 | 189:21 193:9 | 217:14 | 166:16,17 |
| 78:6,8,10 79:4 | 193:14 194:2 | **selects** 69:16 | 167:3 180:5,8 |
| 79:12 82:23 | 196:11 199:13 | **self** 72:5,24 | 180:13 186:9 |
| 84:6,18 85:10 | 199:16,18 | 187:23,24 | 186:10,13,14 |
| 86:11,11 89:3 | 200:22 201:7 | **seminar** 142:9 | 205:5,11 206:7 |
| 90:4,15,18 | 204:7,8 207:24 | **send** 22:3 | 207:15 208:22 |
| 91:2,4,7 94:4 | 208:3,5 217:10 | 124:20 133:23 | **sergeants** 5:25 |
| 94:14 95:2,4,5 | **seeing** 26:4 | 145:23 | 6:1 133:19 |
| 95:10,13 97:12 | 27:9 31:18 | **sending** 130:4 | 208:21 |
| 97:13,21 98:17 | 50:15 58:24 | **sends** 187:17 | **series** 184:10 |
| 99:13,23,24 | 77:20 94:2 | **sense** 74:4 | **served** 155:5,6 |
| 100:18,20 | 95:3 97:22 | 110:3 199:1 | 156:9 |
| 101:10,11 | 110:7 149:8 | **sensing** 74:5 | **server** 41:15,22 |
| 104:12,15 | 155:18 199:4 | **sent** 104:1 | 80:8 106:17 |
| 105:1 106:1,10 | 212:21 | 223:14 | **service** 69:22 |
| 106:11 108:4 | **seeking** 149:12 | **sentence** 160:3 | 119:1,17,22 |
| 108:10 109:7 | **seem** 34:8 | 160:6 166:2,5 | 173:17 |
| 109:10,21 | **seems** 28:12 | **separate** 175:6 | **services** 25:10 |
| 112:10 115:19 | 64:6 70:14,17 | 177:18 | 26:2,3 27:25 |
| 123:22,25 | 73:11 142:6 | **september** | **set** 39:16 40:9 |
| 124:3,4 132:21 | 143:9 144:20 | 55:15,20 115:6 | 41:15 51:19 |
| 133:14 134:1 | 145:15 166:7 | 115:9,11 | 57:10 106:17 |
| 134:10 138:10 | 174:24 193:5 | **sergeant** 2:21 | 109:16 115:13 |
| 140:20 142:24 | **seen** 13:5 41:20 | 2:22,22 5:18 | 169:19 177:13 |
| 143:13 144:14 | 53:24 134:22 | 5:20,22 32:2 | 190:2 |
| 144:17 146:16 | 176:16 186:20 | 32:12,13 | **sets** 150:12 |
| 150:6,7 154:9 | 199:14 200:2 | 105:22 108:19 | **settings** 177:15 |
| 159:21,22 | 200:24 | 108:23,25 | **seven** 205:6 |
| 160:4,25 161:8 | **seizing** 216:11 | 109:2,5 121:8 | **several** 5:8 |
| 162:24 165:21 | **select** 69:6,11 | 121:12 132:22 | 38:7 59:19 |
| 165:25 166:5 | 77:14 82:21 | 133:13,19 | 81:25 97:13,14 |
| 168:2,4 176:24 | 85:5 89:19 | 134:11 143:18 | 118:12 141:22 |
| 177:11 181:16 | 91:1,1 108:12 | 145:3,6,10 | 179:24 185:22 |
| 181:23,25 | **selected** 90:23 | 158:23 159:14 | 187:14 193:10 |
| 183:6,8 184:17 | 92:15,19,20 | 160:8,16,18,18 | **sgts** 133:20 |
| 185:11,16 | 93:1 100:17 | 161:12,14 | |

shadow 43:9
  43:20,21,22
  45:12 75:21
  76:11
sheet 91:5
  203:10 223:11
sheets 138:12
sheriff 12:15
  12:15,22 22:11
  24:11 31:7
  118:3 131:12
  135:6
sheriff's 3:21
  4:4,14 7:3,6
  8:2 12:8,9,11
  12:11,20 13:16
  15:18 16:25
  17:16 18:6
  23:24 30:3
  33:19 35:15
  43:11,14 45:11
  45:18 82:1
  84:23,24
  114:18 118:10
  119:12,17,21
  120:10,14
  123:2 124:7,11
  125:14 130:20
  131:21 132:1
  136:3,4,7
  140:21 145:8
  164:15 178:11
  207:13
shift 21:7 25:3
  25:3,3,9 28:3,3
  28:3,21,22
  128:15 173:6

shifts 20:25
shook 73:2
shoot 202:15
  203:7
short 116:2
shortchange
  156:24
shortcut
  150:18
shorthand 1:21
  1:22 12:18
  126:1 192:14
  192:21 221:17
shorthanded
  129:11
shots 218:2
shout 99:24
show 12:24
  22:4,12 42:2
  79:7 93:3
  102:12 160:11
  176:7 177:4,5
  177:7,17
  180:22 182:10
  193:23
showed 41:6
  103:15 166:9
showing 41:6
  93:11 100:2,8
  112:13,17
  188:5
shown 22:6
shows 35:25
  36:7 41:7
  79:18 93:15
  96:16 101:12
  103:24 110:22
  112:4 137:16

  175:7
shut 174:6
  203:3
sic 149:9
  206:20
side 23:14
  24:21 26:9
  28:16,16 29:14
  35:10 41:22
  82:6 119:8
  158:13
sign 67:25
  120:7 212:10
  212:24 223:12
signal 90:9
  92:21 93:20
signaling
  213:13
signature 3:6
  144:1,3 220:1
  220:21 221:24
  222:3,17
signatures
  143:13,22
  144:7,15
signed 223:19
similar 145:15
simultaneously
  153:14
single 85:12,13
  86:12,13,14,17
  88:9 90:8,13
  92:21 93:21
  113:23 147:8
  147:21 200:19
  213:24
sir 6:2 13:22
  14:23 34:3

  121:17 185:14
siren 213:4
sirens 214:25
sit 161:19
site 189:1
situation
  173:19 206:25
situations
  173:12
six 40:2
size 50:13
skills 124:8
  131:4,5
skip 64:3,14
  158:3 160:2
  193:8
sleeping 153:20
  153:21,25
slogan 212:10
slowly 44:22
small 30:22
  31:2
society 50:22
soledad 1:23
  2:13
solutions
  222:19 223:23
somebody
  16:16 44:12
  70:17 190:9
  192:3
someone's
  176:18 177:7
something's
  98:14
soon 140:9
sooner 140:2

| | | | |
|---|---|---|---|
| **sorry** 16:4,19 | **specialty** 20:4 | **stamped** 33:13 | **statements** |
| 22:14 26:12 | 20:4 118:19 | **stamps** 199:10 | 163:19 |
| 28:11 31:21 | 119:10,15 | 199:13,22 | **states** 1:1 221:1 |
| 34:20 45:8 | 121:1 131:4,5 | **stand** 118:22 | **static** 172:8 |
| 47:19 51:11 | **specific** 11:4 | **standard** 41:7 | **stating** 10:13 |
| 57:25 60:20 | 12:7 48:20 | 78:17 178:24 | **station** 214:7,7 |
| 73:2 91:24 | 57:9 150:7 | 178:25 | **statistical** 81:6 |
| 105:25 111:11 | **specifically** | **standards** | 134:8 |
| 121:19 125:4 | 12:9 13:12 | 30:18,20 | **status** 20:16 |
| 147:20 173:1 | 45:12 131:20 | **stapler** 9:25 | 53:15 |
| 176:22 177:20 | 156:1 167:23 | **start** 9:16 | **statute** 36:23 |
| 185:2 201:8 | 204:20 | 15:16 30:12 | 73:24 83:11 |
| 202:13 219:19 | **specifics** 169:9 | 44:24 50:16 | 85:15 117:9 |
| 219:22,24 | **speeding** 67:25 | 56:22 77:4 | 213:23 215:11 |
| **sounds** 8:12 | **split** 21:2 | 80:9,9 82:23 | **statutes** 119:4 |
| 28:11 50:2,25 | **spoke** 57:15 | 95:3 119:2 | 178:12 |
| 51:7,17 | **spot** 144:14 | 149:3 182:25 | **statutorily** |
| **source** 56:13 | 172:8 210:17 | 197:4,9 | 43:18 44:12 |
| 56:14 | **spreadsheet** | **started** 40:14 | **statutory** 67:12 |
| **sources** 124:19 | 4:12 56:1,2 | 44:17,21 50:24 | **stays** 40:12,21 |
| **south** 166:4 | 57:22,25 58:8 | 106:25 120:3 | **step** 138:14 |
| **speak** 14:2 | 61:18,23 75:6 | 131:12 153:8 | 161:1 |
| 81:24 135:16 | 75:8 76:8 77:9 | 157:12 | **steps** 37:18 |
| 190:2 | 79:9 89:12 | **starting** 26:7 | 48:24 169:23 |
| **speaking** 14:17 | 93:7 96:7 | 50:23 149:4 | 187:14 |
| **spears** 3:16 | 101:18 102:1 | **starts** 13:18 | **steve** 133:25 |
| 42:11,17 48:3 | 105:10 110:25 | 56:21 130:6 | **sticker** 212:10 |
| 165:13 215:18 | 113:4 116:3 | 166:23 187:17 | **stickers** 211:20 |
| 216:2 | 130:21 | 187:18 193:10 | **stipulations** 6:6 |
| **special** 27:7 | **sql** 56:3 61:24 | **state** 1:22 10:9 | **stop** 19:18 |
| 31:13,13,19,20 | **stack** 122:7 | 16:20 36:3,7 | 20:11 24:9 |
| 32:19,23 33:1 | **staff** 96:5 97:7 | 36:23 57:9 | 28:18 33:11 |
| 33:2 130:12,16 | 135:6,9,14,19 | 73:25 117:9 | 36:9,14,16,17 |
| 130:20 134:14 | **staffing** 20:1 | 119:7 214:13 | 37:8,12 38:2 |
| **specialized** | 130:22 | 221:18 | 38:16 40:3 |
| 132:1,2 136:3 | **stamp** 34:9,12 | **statement** | 42:4,6,8,12,19 |
| **specialties** 20:5 | 34:15,22 | 97:25 153:15 | 42:25 43:7 |
| 20:19,20,21 | | 181:14 | 45:23 46:11,16 |

47:4,14 48:1,8
48:19,21,22
55:10,19 58:9
63:2,2 64:7,17
64:17,25 65:21
65:25,25 67:1
67:3,6,7,14,20
67:25 68:7,10
69:25 70:1,2,9
70:11,15,16
71:7 74:14
75:21 79:11,14
79:18,22,22
80:18,21 81:2
81:10 82:6
84:18 88:14
100:24 101:13
103:16,20,20
111:5 116:25
117:16,22
122:12,21
141:8 142:1
146:25 147:13
148:3,10,11,21
148:23 158:8
158:12 159:7
160:10 161:24
162:11 163:1
164:15 165:1
165:17 166:10
167:4 171:4,6
171:15,17
181:13 184:11
187:23 188:4,7
188:10,13
190:4 213:3,5
213:6,19
214:22 215:4

215:12
**stopped** 49:21
71:13 103:23
147:15 189:6
**stops** 19:7,8,9
19:11 24:7,12
24:15 27:21
29:2,11 30:8
35:12,15 36:4
36:20 37:13
43:9,20,21,22
44:18 45:12,19
53:22,25 54:7
69:7,10 75:16
75:19 76:9,11
76:12 79:25
80:2,4,8 81:2
81:14,23 82:13
88:7 89:14
90:21 92:15
94:22 95:25
97:14 98:22
102:25 103:5
110:2,7 111:6
111:9,10
112:16,18
113:22 114:5,7
114:8 115:24
173:16,17
184:7 190:18
207:14 214:10
**strategic** 26:19
29:5
**street** 21:3
142:25 145:4,7
146:24 147:3
**streets** 17:22
18:16

**stretch** 97:5
**strong** 91:6
**structure** 16:3
**stuck** 56:3
**stuff** 16:14
22:2 44:18
58:20 60:11,16
69:23 90:9
96:25 103:6
106:13 120:6
131:8 136:11
141:25 163:19
182:16 190:6
192:16 194:23
216:17 218:17
**stupid** 131:1
**styled** 1:19
**sub** 67:5
**subject** 13:17
217:22
**subjected**
207:19
**submission**
117:6 136:23
143:4,5
**submit** 127:7
132:9,14 137:8
137:8,9,10,11
137:15 141:10
142:3,19 145:2
**submitted**
138:18
**submitting**
141:2
**subpar** 129:23
**subsequent**
35:3 37:18

**subsequently**
35:8,19
**substance**
218:25 219:4,9
**suffer** 213:19
**suit** 91:6
**suitable** 131:10
**suite** 1:24 2:4,8
2:13,17 222:20
**summarize**
27:20 62:11
93:17
**summary** 3:16
42:10 48:3
137:11 163:7
164:4 165:13
**summer** 169:18
**supervisor**
7:20,24,25
38:9,13 125:22
126:2,22,23
127:2,3,11,23
128:6
**supervisors**
16:6,7 20:4
125:17 145:3
**supervisory**
124:10
**supplement**
20:2 21:14,25
**supplemental**
183:18 191:16
191:17 193:5
217:1
**support** 138:19
**suppose** 106:9
212:16

| | | | |
|---|---|---|---|
| **supposed** 16:7 | 135:15 137:1,6 | **surrounding** | **tag** 20:24 21:1 |
| 38:24 49:18 | 138:6 139:3,9 | 161:23 | **take** 5:13 9:22 |
| 60:25 190:2 | 140:11,19 | **susan** 13:14 | 10:19,21,21 |
| 206:24 212:25 | 141:15,20 | **suspension** | 11:2,3 19:22 |
| 215:7 | 142:5 143:17 | 76:17 153:6 | 20:5,22 22:10 |
| **sure** 5:15 6:4 | 145:4 146:13 | 154:7,12,16 | 37:17 42:3 |
| 12:10 13:17 | 146:22 147:9 | **suspicion** 103:4 | 51:22 53:19 |
| 14:13 16:6,11 | 150:18,25 | 117:8,10 | 55:23 57:13 |
| 17:9,18,22,25 | 152:22 153:3 | **sustainments** | 76:15 78:22 |
| 18:5,13 24:24 | 153:22 154:10 | 154:5 | 79:3 82:21 |
| 25:12 26:15 | 154:15 155:14 | **swore** 8:22 | 85:3 93:24 |
| 30:19 32:10,16 | 156:10,10,13 | **sworn** 1:19 5:3 | 96:12 98:6 |
| 34:21 37:21 | 157:12 160:2 | 221:19 | 100:7,12 |
| 38:22 42:15 | 161:16 162:23 | **syllabus** 127:10 | 101:16 112:22 |
| 43:13,24 44:19 | 163:4,15 164:8 | 127:18 137:9 | 116:1,2 126:11 |
| 45:1,3,9 46:7 | 168:14 169:8 | 138:11 141:16 | 126:14,16 |
| 54:4,20,21 | 169:25 172:4,6 | **synonymous** | 131:15 135:22 |
| 58:2 62:11,25 | 172:22 173:14 | 87:22 | 138:14 161:1 |
| 63:14,17 71:10 | 174:14 180:14 | **system** 43:1 | 169:23 182:18 |
| 72:19 73:22 | 182:18 184:24 | 46:18,24 47:2 | 206:10,17 |
| 75:11 76:22 | 186:17,25 | 47:8,14 49:12 | **taken** 1:19 8:8 |
| 77:8 78:18 | 187:5 189:2,4 | 50:4 56:13 | 53:12 106:14 |
| 81:8,20,21 | 190:11 194:21 | 59:4,8,16,23 | 222:9 |
| 87:9 91:23 | 195:16,20 | 59:25 61:4,19 | **taker** 187:16 |
| 94:17 95:14 | 199:3,21,24 | 61:22,22 62:13 | **takes** 50:21 |
| 96:2 97:3 | 200:3,18 | 63:19 119:24 | 62:7 96:25 |
| 98:19 99:5,7 | 201:11,18 | 120:4 123:3 | 216:13 |
| 99:16,19 101:2 | 202:5 204:19 | 140:23 175:20 | **talents** 96:24 |
| 101:17 102:3,6 | 206:17 207:17 | 176:25 188:8 | **talk** 11:25 |
| 103:10 104:8 | 207:22 208:19 | **systems** 166:3 | 35:12 50:9 |
| 104:21 106:18 | 212:5 214:5,23 | | 77:9 116:12,17 |
| 107:12,19,22 | 216:23 217:16 | **t** | 117:25 121:6,9 |
| 108:1 112:17 | 218:5,16,22 | **t** 5:4 | 132:8 147:12 |
| 117:11,11 | **surrender** | **t's** 87:19 | 218:21 |
| 119:6 121:2 | 205:3 206:6 | 156:14 | **talked** 40:5 |
| 123:16 126:8 | **surrendered** | **tab** 57:2 | 41:3 55:25 |
| 127:11 128:24 | 205:13 206:9 | **tactical** 26:20 | 59:4 76:8 |
| 134:20 135:13 | 206:24 207:4,7 | 27:8 29:6,9 | 107:4 109:24 |

115:5 144:23
145:24 177:24
182:9 197:10
202:14,16
215:17
**talking** 13:19
39:10 42:22
50:16 57:17
58:24 61:13
66:7 82:11
107:7 116:21
116:21 159:2
159:10 210:19
**talks** 161:9
**tap** 69:25
**taps** 69:23
**task** 21:6 69:21
**tasked** 163:1
163:17
**tasks** 163:7
**taught** 38:8,10
120:19
**tcic** 46:22 47:8
48:7,13
**tcole** 118:14,25
136:16 137:4
137:18 141:2
142:2,17,20
**teach** 141:5
192:17
**teaching** 16:2
16:11,14
**team** 22:4
37:18 38:14
**technical**
124:10 192:7
**technologies**
105:15

**technology**
37:21 38:4,5
38:14
**telenetwork**
175:19
**tell** 7:16 8:22
22:21 24:5
28:24 31:24
33:18 36:1
49:8 56:8
66:17 72:14
80:9,10 82:24
83:3 84:5
94:13 96:7,11
104:5,10,15
106:25 117:3
120:21 136:14
136:18 139:7
142:8,14
143:16 147:24
149:19 152:16
172:25 175:2
183:20,25
188:8,20
191:23 199:15
200:10,23
202:18 213:10
**telling** 156:25
212:22
**tells** 50:20 81:9
190:14
**temporary**
173:16
**ten** 149:17
**tend** 187:1
**tends** 41:21
**term** 19:22
43:23,25 70:1

103:17 118:3
158:19
**terminated**
114:19,20
133:3 150:3,13
150:17,19
151:8,12 152:7
**termination**
151:2,4
**terms** 98:21
139:17
**test** 54:3 66:8
**testable** 216:19
**tested** 218:1
**testified** 5:3
7:11,17,18,19
7:20,23 8:16
46:20 58:23
81:12 135:6
152:9,10 171:3
171:13 181:12
205:17
**testify** 7:9,14
8:4 11:23
13:25 15:10,12
160:14,19
199:1
**testifying** 7:1
14:10,12 105:4
**testimony**
11:17 14:7
88:18 221:21
222:9 223:9,17
**tests** 54:6,10
66:6 218:3,5
**texas** 1:1,10,22
1:24 2:5,13,18
31:12 83:11

175:19 221:1
221:10,18
222:21
**text** 133:17
202:23 205:18
**thank** 8:7 29:7
29:25 32:25
35:11 37:8
41:1 48:17
52:4 58:1,15
62:19 88:25
89:1 97:9,9
98:1 100:22
101:25 140:11
**thanks** 73:10
76:22 173:3
200:16 215:2
217:8
**thereabouts**
138:5 148:16
**therefor** 222:4
**thin** 211:23,25
**thing** 9:15
22:19 54:17
67:25 71:21
83:23 85:11
86:20 92:9
95:22 98:7
99:12 110:15
122:4 156:23
156:24,25
218:19
**things** 11:5
13:15 15:23
16:12 20:12
28:13 31:1,21
37:1 44:15
46:6 47:10,22

[things - timestamps]

| | | | |
|---|---|---|---|
| 49:21 66:8 | 110:21 111:22 | **throw** 9:25 | 152:10,24 |
| 67:13 68:12 | 112:5 116:1,2 | **thumb** 38:18 | 158:14 163:2 |
| 69:7 72:20 | 118:3 119:3 | **ticket** 61:4,19 | 164:24 169:4,7 |
| 73:7,18 74:12 | 120:1 123:23 | 61:22,22 62:13 | 169:12,13 |
| 75:19 82:8 | 132:15 137:12 | 64:19 65:22,23 | 170:21 171:21 |
| 86:22 102:2 | 137:14 138:4 | **tickets** 4:17 | 175:9 177:14 |
| 103:3 107:23 | 140:18 141:22 | 27:1 114:9 | 178:8 181:9 |
| 111:24 118:15 | 149:16 150:18 | **tier** 30:12 | 186:8,20 187:8 |
| 119:5 126:19 | 153:5 154:21 | **time** 7:22 8:14 | 187:12,18,20 |
| 128:20 129:12 | 155:6,6 156:18 | 11:3 12:19 | 187:20 188:3 |
| 129:18,20,24 | 158:11 163:5 | 20:16 26:4 | 189:1 194:8 |
| 131:5 144:24 | 167:13 169:6 | 28:8,9 33:10 | 195:20 208:10 |
| 145:1 156:12 | 171:10 175:7,8 | 35:5 39:23,24 | 219:14 223:18 |
| 158:12 169:19 | 180:2 182:14 | 40:2,4 41:3,6,7 | **timeframe** |
| 177:13 187:4 | 184:23 186:1,3 | 41:18 47:4 | 223:8 |
| 192:19,19 | 189:12 191:20 | 49:6,11,24,25 | **timer** 187:9,12 |
| 194:23 212:20 | 191:22 193:8 | 51:8 53:15 | 187:17,22,25 |
| 214:11 216:12 | 202:1 206:25 | 63:12,13 64:4 | 189:8,10,25 |
| 216:13 | 211:21,21 | 64:5,7,8 71:22 | 190:3,18 |
| **think** 17:10 | 216:8 | 79:18,20 80:9 | **timers** 194:23 |
| 21:16 23:20 | **thinking** 36:12 | 81:4 86:20 | **times** 7:11,15 |
| 25:16 26:8 | **third** 164:11 | 88:14,16,21 | 7:20 8:10 23:9 |
| 27:6 35:10,19 | 165:25 166:23 | 92:19 95:9 | 37:19 64:6 |
| 36:5 39:4,23 | **this's** 117:13 | 96:25 101:1,4 | 71:8 74:19,19 |
| 39:25 40:17 | 169:24 170:3 | 102:17,20 | 84:8 97:13,23 |
| 46:3 52:16 | **thought** 140:20 | 103:11,23 | 169:5,13 |
| 55:3 57:17 | 167:22 | 104:6,8,10,11 | 170:24 187:19 |
| 58:22 61:8 | **three** 30:22 | 106:10,16 | 194:10 |
| 64:4,14 65:2 | 55:23 67:18 | 114:23 115:17 | **timestamp** 41:4 |
| 66:23 68:1 | 77:21 87:4,22 | 116:24 117:20 | 106:8 194:19 |
| 80:23 82:9,14 | 89:16 93:15 | 118:5 121:5 | **timestamp's** |
| 82:18 85:7 | 95:8,13 132:15 | 122:12 124:22 | 106:14 |
| 87:7 88:4,5,24 | 151:7 168:2 | 124:23,24 | **timestamped** |
| 91:24 93:2 | 179:23 191:7 | 125:2,5,8 | 104:20 |
| 95:4 96:20 | **threshold** | 126:6 128:15 | **timestamps** |
| 98:6,14,18,22 | 172:5 | 128:25 139:12 | 41:13 103:12 |
| 103:22,24 | **throckmorton** | 140:5 144:10 | 186:4 200:17 |
| 106:5 107:4 | 222:20 | 144:13 146:10 | |

**tinted** 74:21
**tired** 10:20
**tlets** 47:8 48:13
  175:4,6,17,18
  192:5,11,25
**today** 5:8,13
  6:7,9 7:1,9
  8:20 9:5 10:25
  11:17 12:1
  13:25 14:19
  15:10 16:23
  18:20 114:15
  161:19 182:9
  184:12
**today's** 15:14
**together** 27:18
  28:13 48:15
  50:5 51:15
  108:1 120:19
  137:3 156:12
  163:22 197:5
**told** 23:16 46:5
  142:1 205:25
**tomorrow**
  18:25 140:9,9
  207:3
**tones** 212:2
**tons** 71:13
**took** 11:18 97:5
  111:2 210:17
**top** 7:4 39:6
  42:11 54:25
  55:2 62:22
  66:20 73:23
  99:10 108:4,8
  108:15,15
  133:14 145:17
  172:9 175:10

175:12 177:11
196:13 203:19
203:20
**topic** 135:5
**topics** 13:18
  14:1,3,7 15:9
  15:11 118:15
  118:18
**total** 21:16
  35:16 55:25
  98:21 114:5,7
  114:7
**totally** 74:22
**tow** 72:22
**towards** 27:7
  187:19
**towed** 72:19
**town** 133:22
**trace** 182:2,3,6
  182:11 215:19
  215:23 216:3
  217:11
**track** 79:13
  81:2 120:5
  208:17
**tracking**
  187:19
**traffic** 19:6,8,9
  19:11,18 20:9
  20:11 21:15,16
  24:7,8,12,15
  25:17,20 26:20
  27:18,21 28:17
  29:2,8,10,11
  30:8 31:17
  33:10 35:12,15
  35:20 36:4,9
  36:14,16,17,19

37:8,12,13
38:2,16 42:4,6
42:8,12,18,25
43:7 44:18
45:23 46:16
47:4 48:8,19
48:20,22 53:22
53:25 54:7
55:19 58:9
63:2,2 67:8,9
67:21 68:2,20
68:21,22 69:7
69:9,10,10,12
69:14,25 70:9
70:11,15,16,17
71:7 79:10,13
79:18,19,22,25
80:2,4,8 81:1,2
81:10,14,23
82:5,13 83:18
86:25 89:14
92:15 94:22
101:13 111:5
114:5,7,8
115:24 116:25
117:16,16,22
117:23 122:12
147:12,14
158:12 159:7
160:10 162:11
163:1 164:15
165:1,17
171:15,17
184:7,11
187:23 188:4,7
188:10,13
190:4 207:14
213:3 214:22

215:4,12
**train** 118:10
  119:4 120:18
  130:3 141:19
  141:19
**trained** 118:16
  141:17
**trainer** 130:3
**training** 4:6
  21:25 25:23
  44:19 45:8,8
  117:25 118:2,5
  118:6,14,24
  119:1,7,20
  120:11,13,14
  124:2,11,20
  125:1,1,23
  126:3,21,23,24
  127:7,17 128:2
  128:6,7,22
  129:1,12,14,15
  129:25 130:6
  130:12,20
  132:1 135:24
  136:3,5,24
  137:2,23 138:2
  138:3,10
  141:11 142:4,9
  142:10,15,16
  143:1,10,10
  144:8,16 145:4
  145:6,7,10,12
  145:19 146:4
  146:12,24
  147:3,5
**training's**
  128:3

**trainings**
146:18
**transcript**
137:7 221:20
222:2 223:6,19
**transferred**
145:25
**transparent**
155:18
**transport**
25:11 26:3,24
27:24 30:15
**trap** 11:11
**traveling** 91:15
164:21
**trayvon** 131:6
**tree** 24:25
**trick** 11:11
150:13 151:18
198:12
**tries** 215:4,8
**triple** 30:12
**trouble** 212:12
**true** 8:1 36:7
128:18,19
220:22 221:21
**trust** 38:4
**truth** 8:22
**try** 9:18 10:4
14:12 27:19
29:23 30:11
47:16 50:25
70:24 80:25
82:16 106:1
108:1 111:20
131:13,13,14
131:22 170:2
218:19

**trying** 12:18
17:20 19:3,13
24:17 26:1
56:4 62:18
82:9 86:16
99:18 105:18
106:18 114:4
115:12 123:22
125:4 126:1
131:22 135:25
137:13 151:18
154:18 157:8
169:6 182:13
186:16 198:12
201:14
**tubbs** 209:18
209:22,23,24
209:24 210:2
**tuesday** 139:22
139:23 140:3
**turack** 2:22
5:17,18
**turn** 172:2,7
**turnaround**
166:5
**turned** 66:2
153:1 170:21
171:3,14 174:9
**turning** 150:19
171:5,16
**turns** 213:4,7
213:11
**twice** 176:8
**two** 8:11 15:22
20:25 21:19,20
26:25 28:21,21
30:22 39:8
55:14 67:18

82:2 88:15,16
88:20 92:23
93:1 112:24
118:13,25
121:13 125:12
132:15 141:20
141:20 151:2
156:5 167:11
176:10 191:6
194:1,3 200:2
204:10 205:11
213:5
**tyler** 105:15
**type** 50:6 67:25
73:10,13
102:23 118:21
153:19
**typed** 159:25
**types** 40:16
118:18

**u**

**u** 149:1
**ugly** 154:13
**uh** 9:10,10 18:9
19:17 23:13
27:23 30:1
33:4 37:23
41:2 45:24
46:25 55:1
57:20 61:2
72:11,25 73:20
75:3 78:1
82:17 84:22
87:13 94:6
95:7,16 97:18
105:8 108:5
109:11,22

111:19 112:15
114:6 119:9
120:2 123:6,8
128:13 136:21
146:15 164:9
165:20 178:21
182:4,24 183:9
185:15,21
189:20 194:25
196:19 197:23
199:9 201:4
213:12 215:25
**ultimately**
106:20 125:18
**um** 148:20
151:17
**umbrella** 12:4
**uncheck** 78:3,3
**under** 7:7,11
7:14,17,19,21
8:19,24 21:5
24:18,22,22
25:9,15,20
26:2,3,10,19
26:23 27:6,24
28:5 29:10
30:15,16,20
31:3,4,11,14
31:19,20 32:8
32:19,23 49:9
49:12 65:25
83:10 108:20
108:21 137:18
185:22 194:1
204:7 208:5
211:6,13,13
214:24 215:3,6

| | | | |
|---|---|---|---|
| **underneath** | **understanding** | **unit** 20:6,10,24 | 70:24 71:2,11 |
| 25:14 65:4 | 12:4 39:12 | 21:2,15,18,19 | 75:1,9,12,13 |
| **understand** | 64:20 70:19 | 21:21 22:2 | 81:4,5,5,25 |
| 8:19,24 9:6,14 | 72:2,8 85:12 | 25:11 27:16,24 | 85:18 90:10 |
| 9:23 10:7,17 | 88:18 104:3 | 28:23 29:9 | 118:16 125:2,5 |
| 10:18,23,24 | 105:10 107:1 | 31:12,13,14,19 | 126:21 132:2 |
| 11:2,8,9,12,14 | 136:1 138:8 | 32:1,23 33:2 | 144:25 145:1 |
| 11:15 12:23 | 142:11 144:21 | 88:15 121:11 | 158:19 172:24 |
| 13:24 14:4,7 | 146:19,19 | 180:9 186:10 | 173:5,7,23 |
| 14:15,16 16:5 | 167:14 190:13 | 193:23 204:1 | 178:20 192:13 |
| 16:9,15 17:3 | 205:10 206:13 | 207:9 | 206:13 207:21 |
| 19:13,15 20:19 | **understood** | **united** 1:1 | 211:3 |
| 22:9 28:15,15 | 10:8 26:18 | 221:1 | **used** 61:9 |
| 36:11 37:21 | 28:23 30:25 | **units** 17:24 | 69:20 70:1,4,5 |
| 38:4 42:5,10 | 66:11 72:23 | 18:10 21:24 | 81:17 82:2,3,8 |
| 43:19 51:14 | 83:21,23 121:5 | 25:14 26:6 | 86:20 118:3 |
| 58:10 60:20 | 123:16 126:22 | 28:11 30:7 | 138:19,25,25 |
| 61:8,11 62:12 | 129:6 130:7,7 | 121:1 133:24 | 139:1 151:24 |
| 62:18 63:1 | 133:4,4 147:11 | 134:9 | 169:24 205:18 |
| 64:18 69:5 | 151:6 153:22 | **universe** 42:5 | 206:14,15,25 |
| 71:1 74:7,9,22 | 174:16 176:1 | **unmarked** 20:7 | 207:12 211:23 |
| 76:21 80:23 | 188:2 193:4 | 214:14 | 223:19 |
| 81:16 84:4 | 202:8,10 | **unpack** 127:5 | **user** 56:19 |
| 87:17 88:14 | 204:15 206:3 | 170:2 209:20 | 194:2 |
| 90:11 95:23 | 212:8 | 212:23 | **uses** 75:5 181:5 |
| 97:9 98:23 | **undo** 110:11,12 | **unsafe** 90:7,14 | **using** 50:18 |
| 106:18 107:13 | **unfortunately** | 92:22 93:19 | 51:8 103:17 |
| 109:13 117:12 | 50:12 85:25 | 111:25 112:19 | 166:3 177:15 |
| 117:14,21 | 154:9 | 113:23 114:10 | 207:14 212:1 |
| 118:1 125:4 | **unfreeze** 109:5 | **unselect** 85:7 | **usual** 6:6 |
| 133:18,20 | **unidentified** | 109:23 110:19 | **usually** 21:6 |
| 138:24 140:19 | 217:22 | **update** 119:21 | 28:21 39:8,12 |
| 146:14 163:15 | **uniform** | **updated** 122:9 | 39:17,18 41:21 |
| 164:18 166:13 | 123:13,14 | 122:15,15,20 | 49:7 50:1 |
| 173:25 187:4 | **unique** 56:19 | 142:7 188:25 | 66:19 75:8 |
| 188:8 193:25 | 63:1 110:6,7 | **usable** 216:19 | 119:1,22 |
| 194:16 201:20 | 111:9,10 | **use** 10:14 21:10 | 127:10 177:16 |
| 203:18 | | 44:15 51:1 | 186:22 190:5,9 |

203:3 210:14
212:3 216:10
**utilized** 20:18
**utilizing** 20:13
69:24 124:23

**v**

**v** 223:4
**va** 223:15
**valid** 66:9,10
83:9,19 97:25
127:17,17
**value** 72:20
174:3
**values** 110:6
**variations** 81:4
**various** 17:23
67:4
**vehicle** 20:18
21:20 36:4,4
36:18 37:2
38:17 47:23,25
49:21 53:17
56:25 59:6
67:22 68:5,20
68:22 69:9,12
69:13 71:3
72:17,18,19,21
73:7 89:25
103:23 158:9
164:13,20,25
166:10 167:16
167:18,21
168:7 170:5,8
170:14 173:16
182:7,11
183:15,22
213:18 214:12

216:1,4 218:2
218:6,25 219:6
219:10
**vehicle's** 68:23
167:9
**vehicles** 35:22
142:25 177:14
212:19 214:13
214:13
**vendor** 50:13
205:6
**vendors** 50:15
**verbal** 9:9 46:8
**verification**
136:25 142:10
142:16
**verified** 101:3
**verify** 88:20
89:22 101:4
144:25 145:1
168:9 191:22
223:9
**verifying**
150:15
**veritext** 222:19
223:14,23
**veritext.com**
223:15
**version** 22:15
53:8 123:17
142:7,12 185:6
**versus** 39:15
65:23 71:3
127:24 137:14
186:15
**veterans**
211:23

**victor** 162:25
163:16
**video** 22:6,7
39:18,19,20,22
40:22 49:17,22
**videos** 14:25
22:2 41:14
49:25
**view** 71:17
72:4,5 77:15
78:4 79:5
**vigilant** 164:12
**violating**
151:16
**violation** 37:4
37:5 57:3,4
65:21 67:8,9,9
67:21 68:2,20
68:21,22,24,25
69:2,3,9,10,13
69:14,15 70:16
70:18,18 71:3
71:4,7 84:18
117:16,23
147:14,17
215:11
**violations**
151:20,23
160:5,11,21,23
178:11
**violator** 37:3
53:17 65:5,25
66:24 74:13,13
95:2,4
**violator's**
68:11
**violence** 21:7

**violent** 21:4
**virginia** 2:8
**void** 145:17,20
**voluntarily**
6:20
**von** 1:13,17
2:16 3:4 5:2
6:25 40:25
220:2,20,25
221:14,19
223:5
**vs** 1:5 221:5

**w**

**w** 2:19
**w's** 73:19
**waiting** 155:4
188:20 189:7
189:14,16
**waiving** 6:7,10
6:12
**wake** 184:5
**walk** 107:12
**walked** 102:2
**wall** 131:13
**want** 5:15 6:4
7:8 8:14 9:21
10:14 12:7
15:3 16:24
18:12 32:4,5,6
35:12,17 39:2
42:5 43:19
48:19 51:18
52:19 53:5
54:21 60:15
62:6,7,15
71:14 74:12
75:4,16,17

77:6 80:8
82:15 89:2
92:9 98:7 99:5
99:6,13 102:2
104:4 116:20
117:11,25
118:15 119:6
121:13,16
122:3 126:14
126:16 127:15
132:7,18
137:20 138:6
140:19 141:17
143:17 147:12
152:2 154:7
158:3 159:4,12
160:24 162:1
162:23 163:14
163:23 164:8
165:19 166:22
169:24 176:14
179:20 184:10
184:16,21
187:3 189:11
189:19 191:15
194:17 195:6
196:8 201:10
201:12,18,21
202:3,12,24
204:7 205:1
208:1 210:13
210:13,21
211:2 214:7
**wanted** 45:22
51:14 56:9
74:25 105:13
123:12,16
145:14,17,18

146:8,13 147:9
172:16 215:2
**wanting** 158:9
**wants** 48:20
127:6
**warning** 3:20
45:25 46:12
48:5 59:17
60:1 63:9
64:20 65:22,23
66:4,10,12,15
66:18 102:20
103:13,22
104:1 117:22
147:21 148:10
189:8 197:9,12
197:14 198:4
200:7
**warnings** 4:19
54:9 84:19,24
198:15,18
**warrant** 47:9
73:6 173:18,18
177:6,6,17
**watching**
105:24
**water** 207:1
**way** 16:13
18:18 24:17
26:2 36:12
38:24 40:9
49:15 50:16
53:1 55:2,3
60:19 79:12,24
80:1,3 82:22
86:24 95:4
96:15,20 97:1
97:11 101:9

102:1 108:7
126:4 132:11
144:18 145:22
150:6,11,18
164:11 171:4,6
171:14,16
186:5,23 187:1
190:1,14
191:14,21
192:12 203:14
207:16 210:14
212:8
**ways** 38:7
41:23 54:15
118:12
**we've** 6:5 18:17
20:25 22:12
36:6,25 41:21
43:8 48:3,4,5,5
50:17,22 59:22
75:16 80:15
82:2 86:23,23
87:6 100:17
105:1 106:15
139:21 156:13
180:22 209:6
211:21 216:17
**weapons** 73:18
**wear** 15:20
**wearing** 46:9
**weather** 37:6
57:15 67:2
**week** 125:1
128:7 134:9
139:13,22
**weekend**
133:22

**weekly** 133:23
134:5,7,12,16
134:22,25
135:7,9,19
139:10,15
**went** 63:22
87:2 122:20
132:11,11
146:11 167:22
171:10 209:19
**west** 25:14 26:4
28:2 31:9
166:4
**western** 1:1
221:1
**white** 74:17
**wife** 152:13
153:1,21 154:1
**wildlife** 83:1
**willing** 215:16
**windham** 2:7
5:9 13:3 16:16
57:21 58:1,2,6
62:3 76:25
89:7,9 92:9
95:11 98:4
99:9,13 113:7
113:10,15
116:4 121:16
121:18 123:21
132:18 139:19
139:24 140:1
163:10,12
182:21 184:24
185:3 196:3,6
197:2 199:10
201:17 202:24
203:9 217:1,4

217:7 219:18
**windows** 74:20
74:21
**wing** 127:14,14
**wires** 69:22
**wish** 50:7
**witness** 1:18
5:25 6:16 7:18
62:5 89:8
98:15,19 102:8
102:10 106:1
140:5,8 156:2
156:5,8,12
163:11 185:1
194:13 195:8
195:11 197:3
210:12,20
219:7 220:1,2
221:19,22
223:8,10,12,18
**wizard** 97:3
**woman** 212:11
213:24
**women** 40:19
**wonky** 106:16
**word** 70:5
**wording**
134:14
**words** 114:2
**work** 15:21
17:13 21:5,6
69:20 87:22
101:19 110:21
124:9 125:6
126:6 131:23
**working**
130:24

**works** 51:24
96:8 109:7
129:10 177:10
187:6
**world** 131:2
**worn** 37:11,14
38:6,25 39:3,7
48:6,6 160:4,9
160:14,20
**worry** 19:3
**worth** 222:21
**wright** 2:17
**write** 38:10
80:8 89:5
**writing** 177:11
**written** 46:12
102:16 183:18
**wrong** 46:21
88:24,25 93:10
137:21 154:8
**wrote** 5:14
114:8

| x |
| --- |

**x** 2:12 3:1 5:4
122:4
**xx** 221:25

| y |
| --- |

**y'all** 133:23
210:19
**yeah** 6:14 13:4
28:19 30:4
44:11 58:6
59:19 82:11
84:13 104:16
106:10 107:15
108:11,14
127:16 128:19

141:23,25
156:2,5 186:13
186:16 192:1,9
195:11,14
202:25
**year** 34:22
35:16,17,24
36:6 55:23,23
92:10,12
112:18 118:25
118:25 124:20
137:5 199:18
209:7,8 210:15
**years** 35:20
40:22,25 44:1
44:2 50:17,19
77:21 78:20
79:1 87:5
89:16 93:19
94:11 100:4,9
102:24 113:24
115:20,21
118:13
**yellow** 65:10
**yep** 89:23
106:7
**yesterday**
22:20 135:5

| z |
| --- |

**z** 110:12
**zero** 40:1
109:12
**zoom** 2:16

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.