# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 8

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION
 3
      ALEK SCHOTT,                )
 4          Plaintiff            )
                                  )
 5    VS.                         )  CIVIL ACTION NO.
                                  )  5:23CV-00706-OLG-RBF
 6    JOEL BABB, in his           )
      individual and official    )
 7    capacity; MARTIN A.         )
      MOLINA, III, in his         )
 8    individual and official    )
      capacity; JAVIER            )
 9    SALAZAR, in his             )
      individual and official    )
10    capacity; and BEXAR         )
      COUNTY, TEXAS               )
11          Defendants           )
12
                    ORAL DEPOSITION OF JOE GEREB
13                       AUGUST 1, 2024
                           VOLUME 2
14
15          ORAL DEPOSITION OF JOE GEREB, produced as a witness
16    at the instance of the Plaintiff and duly sworn, was
17    taken in the above styled and numbered cause on
18    Thursday, August 1, 2024, from 1:30 p.m. to 4:40 p.m.
19    before Janalyn Elkins, CSR, in and for the State of
20    Texas, reported by computerized stenotype machine, at
21    the offices of Charles S. Frigerio, 111 Soledad, Suite
22    465, San Antonio, Texas, pursuant to the Federal Rules
23    of Civil Procedure and any provisions stated on the
24    record herein.
25
```

```
 1                    A P P E A R A N C E S
 2
    FOR THE PLAINTIFF:
 3       CHRISTIE HEBERT
         INSTITUTE OF JUSTICE
 4       816 Congress Avenue, Suite 960
         Austin, Texas  78701
 5       Tel:  (512) 480-5936
         chebert@ij.org
 6    - AND -
         JOSHUA WINDHAM
 7       INSTITUTE OF JUSTICE
         901 N. Glebe Road, Suite 900
 8       Arlington, Virginia 22203
         Tel:  (703) 682-9320
 9       Jwindham@ij.org
10    FOR THE DEFENDANT BEXAR COUNTY, TEXAS:
         CHARLES S..FRIGERIO
11       HECTOR SAENZ
         CHARLES A. FRIGERIO
12       LAW OFFICES OF CHARLES S. FRIGERIO, P.C.
         111 Soledad, Suite 465
13       San Antonio, Texas  78205
         Tel:  (210) 271-7877
14       csfrigeriolaw@sbcglobal.net
         Charlie@frigeriolawfirm.com
15
16    FOR THE DEFENDANT JOEL BABB:
         RYAN ELLSWORTH
17       WRIGHT & GREENHILL, P.C.
         4700 Mueller Boulevard, Suite 200
18       Austin, Texas  78723
         Tel:  (512) 476-4600
19       rellsworth@w-g.com
20
21
22
23
24
25
```

Page 3

1                    I N D E X
2                                              PAGE
3
    Appearances ..................................   2
4
    Stipulations .................................   4
5
  JOE GEREB
6   Examination by Ms. Hebert ...................   4
7   Signature and Changes........................ 138
8   Reporter's Certificate....................... 140
9
10                  E X H I B I T S
11   NO.              DESCRIPTION               PAGE
    Exhibit 84    201 File                        9
12   Exhibit 85    Text Messages                  61
    Exhibit 86    Text Messages                  65
13   Exhibit 87    Text Messages                  67
    Exhibit 88    Text Messages                  74
14   Exhibit 89    Text Messages                  74
    Exhibit 90    Drawing                        93
15   Exhibit 91    Text Messages                  98
    Exhibit 92    Text Messages                 103
16   Exhibit 93    Text Messages                 107
    Exhibit 94    Video                         119
17   Exhibit 95    Video                         128
18                 PREVIOUSLY MARKED EXHIBITS
19   Exhibit 73    2021 MVCI Conference Agenda   16
    Exhibit 64    Text Messages                  67
20   Exhibit 83    Results of Forensic Analysis 111
21
22
23
24
25

```
                                          Page 4
 1                THE REPORTER:  Same orders for everyone for
 2    this depo?
 3                MR. FRIGERIO:  Yes.
 4                MR. ELLSWORTH:  Yes.
 5                MS. HEBERT:  Uh-huh, yes.
 6                        JOE GEREB,
 7    having been duly sworn, testified as follows:
 8                        EXAMINATION
 9        Q.  (BY MS. HEBERT)  Good afternoon, Deputy Gereb
10    still?
11        A.  Yes.
12        Q.  I'm Christen Hebert.  I represent the Plaintiff
13    Alek Schott in this case.  And Deputy Gereb, we
14    previously met during your first deposition back in
15    February of 2024.  Do you remember that?
16        A.  Yes, ma'am.
17        Q.  And I went over some of the rules back when we
18    did your first deposition.  But it's been a while, it's
19    been a few months, so I'm going to do a refresher, if
20    that's okay?
21        A.  Yes.
22        Q.  And if these guidelines are confusing at all to
23    you and you need more information because it's been a
24    while, just let me know.
25        A.  Okay.
```

Page 5

```
 1        Q.   Okay.  We're joined today by my colleague,

 2   Mr. Windham, who also represents Mr. Schott.  Mr.

 3   Ellsworth, who you previously met, represents Defendant

 4   Babb, and then we've got the counsel for the county and

 5   Defendant Molina, Mr. Frigerio, Mr. Saenz and

 6   Mr. Frigerio.  And then we're also joined by Janalyn,

 7   who's our court reporter.  She's going to take down

 8   everything we say today.

 9             We're going to do the usual stipulations,

10   which means that you're here and you're waiving any

11   objections to your deposition notice, the paper that we

12   give you.  So just by showing up here, you're waiving

13   any objections to that.

14             Do you understand?

15        A.   Yes.

16        Q.   And you're waiving any objections to Janalyn's

17   qualifications to be a court reporter.  She's a

18   qualified court reporter, and she's here to report.  Is

19   that okay?

20        A.   Yes.

21        Q.   And you understood that you took an oath today.

22   Same oath that you took back in February 2024; is that

23   right?

24        A.   Yes, ma'am.

25        Q.   And you understand that that oath is the same
```

Page 6

1     as if you were testifying before a judge?

2         A.   Yes, ma'am.

3         Q.   Okay.  Again, like last time, it's important

4     that we have a clear record, so that means that I need

5     to ask clear questions.  If you do not understand a

6     question that I ask, please let me know and I'll work to

7     rephrase it.  Similarly, we need you to give clear

8     verbal answers.  So nodding your head or shaking your

9     head doesn't work because Janalyn can't capture it.  So

10    try to remember to give a verbal answer and then things

11    like yeah or uh-huh or huh-uh won't translate very well

12    on the record, so we need you to say yes or no.  Is that

13    fair?

14        A.   Correct.  Yes, ma'am.

15        Q.   Cool.  We're going to look at some documents

16    today.  And just like last time, it's your right to

17    review the entirety of the document before answering

18    about it.  And if we need to take extra time so that you

19    can review it, I'm happy to take a break so that you can

20    look over the document.  Also, we may look at some

21    videos today.  I'll queue up to various parts of the

22    video so we don't have to watch the -- the video in its

23    entirety because some of them can be quite long.

24             But, again, it's also your right to watch

25    the entirety of the video.  So we can take a pause and

Page 7

1   you can go watch the video with Mr. Frigerio and you can
2   also watch the video after this deposition in its
3   full -- in its full length.
4           Do you understand?
5       A.  Yes, ma'am.
6       Q.  And I just kind of want to be clear, I'm not
7   trying to trick you here, I'm just focusing on specific
8   parts of documents or videos to ask questions about
9   those parts.  Do you understand?
10      A.  Yes, ma'am.
11      Q.  All right.  Is there any reason why you are not
12  able to give your full and best testimony today such as
13  you're taking an impairing medication?
14      A.  No, ma'am.
15      Q.  Did you drink any alcohol today?
16      A.  No, ma'am.
17      Q.  And are you generally clear headed to testify?
18      A.  Yes, ma'am.
19      Q.  Other than speak with Bexar County's attorneys,
20  Mr. Frigerio and his team, did you talk with anyone else
21  about your deposition today?
22      A.  No.  I notified Sergeant Gamboa that I did have
23  the deposition today.  Nothing really about the case.
24      Q.  Sure.
25      A.  Just how I had to be here.  And notifying them

Page 8

1    I had to be here.

2         Q.  And Sergeant Gamboa is your current supervisor?

3         A.  Yes, ma'am.

4         Q.  Okay.  Did you review any documents for today?

5         A.  No, ma'am.

6         Q.  Did you review any videos for today?

7         A.  No, ma'am.

8         Q.  Okay.  Any other materials that you -- you

9    reviewed as part of preparing for this deposition?

10        A.  No, ma'am.

11        Q.  Okay.  Did you bring any documents with you

12   today?

13        A.  No, ma'am.

14        Q.  Did you bring your cell phone with you today?

15        A.  It's in the office, yes.

16        Q.  Okay.  It's in Mr. Frigerio's office?

17        A.  Yeah.

18        Q.  Did you bring your personal cell phone?

19        A.  Both.

20        Q.  And your county cell phone?

21        A.  Yes.

22        Q.  Okay.  So both your personal cell phone and

23   your county cell phone are here today?

24        A.  Yes, ma'am.

25        Q.  Okay.  Like last time, we're going to talk a

1    lot about the Bexar County Sheriff's Office.  If I use

2    the term "sheriff's office," can we agree that I'm

3    referring to the Bexar County Sheriff's Office?

4        A.  Yes, ma'am.

5        Q.  And if we use the term "the sheriff", can we

6    agree we're referring to Sheriff Salazar?

7        A.  Yes, ma'am.

8        Q.  And when -- if we use the term "the county",

9    can we agree we're referring to Bexar County?

10       A.  Yes, ma'am.

11       Q.  Okay.  I would like to start by looking at

12   Exhibit H.

13               MR. WINDHAM:  Do you know what number we

14   are on?

15               THE REPORTER:  We are on 84.

16               MR. WINDHAM:  This will be 84.

17               MS. HEBERT:  Thank you.

18               (Exhibit No. 84 was marked.)

19       Q.  (BY MS. HEBERT)  My colleague has handed you

20   what has been marked as Exhibit 84.

21       A.  Okay.

22       Q.  I'm going to get Mr. Frigerio a copy.

23               Can you review this document, take a look

24   at it?

25       A.  This is my 201 file.

1          Q.  Oh, okay.  So can you tell me what this

2     document is?

3          A.  Still going through it, but it appears it might

4     be my 201 file.  It looks like my -- a lot of this stuff

5     I haven't seen.

6          Q.  And it is my understanding that it is your 201

7     file.

8          A.  It looks like my -- yeah, 201 file.

9          Q.  Okay.  Can we start by looking at BC 6177?  And

10    those are the numbers at the bottom of the page.

11         A.  Okay.

12         Q.  Can you tell me what this document BCM 6177 is?

13         A.  It's a -- basically an order to report to

14    Sergeant Gamboa.  It's basically transfer orders.

15         Q.  Transfer orders?

16         A.  From -- from the time I was a patrolman back to

17    Sergeant Gamboa for the assignment I was given.

18         Q.  And I see the date on this is April 30th, 2021;

19    is that right?

20         A.  Yes.

21         Q.  Can you look at the next page, too?  BC 6178.

22         A.  Okay.

23         Q.  What is this document?

24         A.  Basically the same thing.  To sort of report to

25    Gamboa.

1          Q.  And I see the date on this document is
2     July 8th, 2020; is that right?
3          A.  Yes, ma'am.
4          Q.  So it seems like July 8th, 2020, you were
5     assigned to Gamboa; is that correct?
6          A.  Yes.
7          Q.  And then you were assigned again --
8          A.  Yes.
9          Q.  -- April 30th, 2021; is that right?
10         A.  Yes, ma'am.
11         Q.  Okay.  What happened in between?
12         A.  So the inter -- interdiction unit had just
13    started, and during that time, I was with them briefly,
14    I had to go back to patrol because we were short
15    staffed.  A couple of our deputies had been involved in
16    some shootings, which left my -- my former shift
17    shorthanded on personnel, so I had to return back to
18    patrol.  I think I spent about a year before I came
19    back.
20         Q.  Okay.  And the transfer to patrol, I didn't see
21    in your 201 file an order transferring you to patrol.
22    Is that fair?
23         A.  Yes.  They didn't give me an order.  They --
24    apparently at the time I was on -- I guess you could say
25    on loan to Gamboa.  So any time, they can pull me back.

1   And just like right now they can pull me back to patrol

2   and I'd be a patrolman or they could pull me to the

3   courthouse and I'd be at the courthouse.

4        Q.   Okay.  So they can reassign you at any point?

5        A.   Yes, you either transfer orders.

6        Q.   But you don't have to have one?

7        A.   Typically they're supposed to have them.

8        Q.   Sure.

9        A.   But they didn't send back.  But this time, it

10   was just a temporary thing.

11       Q.   Okay.  When you're pointing to things on the --

12       A.   Okay.  I'm sorry.  During the -- the transfer

13   order on the -- the 78.

14       Q.   Okay.

15       A.   This was apparently, I guess, the start of the

16   other program.

17       Q.   The start of what program?

18       A.   The interdiction unit.

19       Q.   Okay.  So July 2020 was the -- was around the

20   start of the criminal interdiction unit?

21       A.   Yes, ma'am.

22       Q.   Okay.  And so tell me more about that?

23       A.   They just started up.  They were -- it's my

24   understanding it was a pilot program and, again, we can

25   go back and forth from -- where we're needed.  And at

1    the time, patrol needed me back so I went back to

2    patrol.

3         Q.   Understood.

4         A.   And -- and I was there for about a year and

5    then they were able to pull me back.

6         Q.   Okay.  And I see that on the 6178 order, you

7    see the -- this reassignment paragraph?  It's about

8    halfway through the...

9         A.   Yes, ma'am.

10        Q.   And I see "This reassignment is temporary and

11   in accordance with" and then there's like a long

12   paragraph about rules.

13             Is that -- did I read that right?

14        A.   Yes.  Yes, ma'am.

15        Q.   And is that what you're talking about, the

16   reassignment to Sergeant Gamboa was temporary at that

17   time?

18        A.   Yes, ma'am.

19        Q.   Okay.  And so then you were taken back to

20   patrol for a year?

21        A.   Yes.

22        Q.   Okay.  And then can we look at 6177, the other

23   page, the prior page?

24        A.   Yes.

25        Q.   And the date on this order again was

1   April 30th, 2021.  So this is after the first order; is
2   that right?
3        A.  Correct.
4        Q.  And I want to go to the same paragraph.  "This
5   reassignment is in accordance with," and I see the rest
6   of the paragraph is about rules.
7             Did I read that correctly?
8        A.  Yes, ma'am.
9        Q.  I don't see the word "temporary" there.  At
10  that time, April 30th, 2021, were you assigned
11  permanently to the criminal interdiction unit?
12       A.  Yes, well, we were assigned under the organized
13  crime unit -- or organized crime division.
14       Q.  Okay.  And I see that "reassigned to" -- and I
15  see "organized crime division;" is that right?
16       A.  Yes.  Yes, ma'am.  And the interdiction unit,
17  which is another unit that falls under the organized
18  crime division or it fell under that unit.
19       Q.  Okay.  So when you were assigned to the
20  organized crime division on April 30th, 2021, that was a
21  permanent assignment until you got a new order?
22       A.  Yes, ma'am.
23       Q.  Okay.  I want to look at -- in the same
24  document which is 84, I want to flip to BC 6204.
25       A.  Yes, ma'am.

1      Q.  And I see this as a 6204, this seems to be a

2  training academy certificate?

3      A.  Yes, ma'am.

4      Q.  For shotgun certification; is that right?

5      A.  Yes, ma'am.

6      Q.  Okay.  Is your 201 file supposed to have all of

7  your training certificates and training records?  I

8  don't know the answer to this.  I don't know how the 201

9  file is supposed to work.  So is -- is the 201 file

10  supposed to have all your training?

11      A.  It is supposed to whatever the county submits

12  and whatever we submit to the county.

13      Q.  Okay.  So you have to submit it to the county?

14      A.  No, if we do an in-house training, say, like

15  our agency puts on the shotgun course --

16      Q.  Sure.

17      A.  -- the county -- they submit the certificate

18  to -- straight to the training academy.  But if I go --

19  if I go to an outside entity and, say, I take a -- a

20  course with, say, SAPD, they can submit it, but then

21  they give us a certificate which we have to submit a

22  copy to the academy if we want those hours to be toward

23  our TCOLE hours.

24      Q.  Okay.

25      A.  That's usually how that goes.

Page 16

```
 1        Q.  Understood.  So I see, let's see --
 2        A.  And at times, there have been times that we
 3   haven't got certificate.  They just report it to TCOLE.
 4        Q.  Okay.  That's helpful.
 5             So this -- would it be fair to say then
 6   that this 201 file doesn't have all your trainings in
 7   it?
 8        A.  Not all of them.
 9        Q.  Sure.  And so that makes me think, let's --
10   let's look at a document here.  I'm going to hand you
11   what has previously been marked Exhibit 73.
12             (Exhibit No. 73 was previously marked.)
13             MS. HEBERT:  Charles, do you want this
14   again?
15             MR. FRIGERIO:  No, that's fine.
16             MS. HEBERT:  Okay.  Mr. Ellsworth?
17             MR. ELLSWORTH:  I'm fine.  Thank you.
18        Q.  (BY MS. HEBERT)  I have a copy for myself
19   somewhere.  My copy is going to be in black and white.
20   It's the same thing that you have.  So I don't have a
21   color copy for myself.
22             I'm handing you what -- what has previously
23   been testified as the motor vehicle -- oh, shoot, I
24   can't remember the acronym right now.
25        A.  Motor Vehicle Criminal Interdiction.
```

Page 17

1      Q.  Yes.  Motor Vehicle Criminal Interdiction

2   Conference.  Thank you.  Did you attend this conference?

3      A.  Yes, ma'am.

4      Q.  And did you attend this conference in 2021?

5      A.  Yes, ma'am.

6      Q.  Do you remember attending this conference?

7      A.  Yeah, ma'am, I remember.  I don't remember all

8   the details.

9      Q.  Sure.  We're going to kind of walk through some

10   of them.  Who else attended with you?

11      A.  Deputy Babb.

12      Q.  Did Deputy -- did Sergeant Gamboa attend it

13   with you?

14      A.  I believe so.  Me and Babb, I just focus on

15   everything.

16      Q.  Sure.  And did any other Bexar County sheriff's

17   officers attend, to your knowledge?

18      A.  There was a Joseph Garcia.  He's currently on

19   our K-9 unit.

20      Q.  Sure.  And why did Mr. Garcia or Deputy Garcia

21   attend?  And I know there's a lot of Deputy Garcias, so

22   I'll be clear.  Why did Deputy Joseph Garcia attend?

23      A.  You can take a course any time you want.  You

24   can go to a conference any time you want.  I've gone to

25   other conferences and I've seen other deputies that were

Page 18

```
 1    on patrol that have nothing do with what -- it's up
 2    to -- it's up to any deputy if they want to take a
 3    course there, if they get approved by the county to pay
 4    for it or they pay for it out of their own pocket, it's
 5    up to them if they want to go.
 6         Q.  Got it.  And did the county pay for this course
 7    for you.  Do you remember?
 8         A.  I don't remember offhand.
 9         Q.  That's okay.  Can you walk through the agenda
10    with me.  It seems like the first day is just, like, the
11    welcome day, so we'll skip the 29th.  Monday,
12    August 30th, seems like there's the formality stuff.  I
13    want to look at the -- the item that's at 9:30 to 11:30.
14         A.  Yes, ma'am.
15         Q.  "Target Selection" by Shawn Pardazi.  Am I
16    saying that right?
17         A.  I want to say yes.
18         Q.  It's okay.  If you don't mind, I don't mind.
19              Do you remember what you learned from this
20    course?
21         A.  Not offhand.  I've taken so many courses
22    similar.  But usually what I know is it's helping us
23    identify possible vehicles that commit -- pretty much
24    traffic infractions on how to, you know, identify a
25    possible smuggling vehicles.
```

1        Q.   Okay.  And what did you learn about that?

2        A.   On that, I'll just say I don't recall.  But

3    usually typically, it involves traffic movements, how to

4    identify if they're -- you know, their -- how their

5    reaction is to law enforcement on the roads, things of

6    that nature.

7        Q.   What do you mean by "traffic movements"?

8        A.   I think a traffic violation, say that

9    they're -- they might be going a hundred miles an hour

10   on a 70 mile per hour roadway and they have to pretty

11   much really hit their brakes when they see us and how

12   does the car respond.  If the car dip really low because

13   of the momentum of the vehicle.  Are they hiding behind

14   an 18-wheeler, following too closely.  You know, traffic

15   violations.

16       Q.   Okay.  Anything else besides the -- the driving

17   characteristics in terms of target?

18       A.   That's usually -- usually what I remember on

19   that part.

20       Q.   That's fine.

21       A.   It's been a few -- it's been a couple years

22   obviously.

23       Q.   Understand.  Go to the next page.  There's

24   another class at 1300 hours.  Do you see that one,

25   second line?

Page 20

1          A.  Yes, ma'am.

2          Q.  "Evading Honesty," also by Shawn Pardazi.  Do

3     you remember what this course would have included or

4     what you learned from this course?

5          A.  I don't recall.  I've taken courses similar to

6     it.  But that's -- that's -- I don't recall exactly what

7     he talked about that day.

8          Q.  Sure.  You can tell me about what you've taken

9     similar to it then, as you generally understand the

10    takeaways of the class?

11         A.  Basically how a person can either be -- I

12    guess, signs of them not being truthful just by roadside

13    interviews and things of that nature.

14         Q.  Okay.  And what are those signs?

15         A.  There could be many indicators.  How do they

16    respond to a question, holes in the story, you know, are

17    they coming from this place.  Going to -- saying they're

18    going here, but their story and timeline doesn't add up.

19    It just -- it can be many different things.

20         Q.  Okay.  Would physical behaviors also be

21    something that you're looking for for these assessing

22    behavior?

23         A.  Yes.

24         Q.  And then the 1500 -- 10 -- or the line that

25    says 1510, that would be the same course, the

Page 21

1    continuation of it?

2        A.  Yes, ma'am.

3        Q.  Let's go to Tuesday, August 31st, 8:15 to 9:45.

4    Do you see the line that says, "Rapid Accessing the

5    Passenger Car" by Mike Tamez 720?

6        A.  Yes, ma'am.

7        Q.  Do you remember what this course was about?

8        A.  I don't remember that exact course.  I remember

9    attending the course, I just don't remember it.

10       Q.  Okay.

11       A.  I've taken a couple of his courses.

12       Q.  And do you remember generally what you've

13   learned from Mr. Tamez in 720 courses?

14       A.  Basically how to assess a vehicle and that's

15   basically -- that's about it, how to assess a vehicle.

16   What -- if there's any deficiencies or anything that

17   might look out of place.

18       Q.  What do you mean by "how to assess a vehicle"?

19       A.  Basically if -- and seeing if there's any

20   deficiencies like you walk up and there's a crease in a

21   part of the vehicle there shouldn't -- there shouldn't

22   be a crease.

23       Q.  Okay.

24       A.  If there's, you know, work on a vehicle that

25   may or may not have been done recently, and those are

Page 22

1    questions, you know, you can ask the driver or something
2    or something like that, how to assess it just on walking
3    up to the vehicle.
4        Q.  Okay.  So it seems like you're telling me that
5    this course was only about looking at a particular
6    vehicle.  Is that what the course was about to your
7    memory?
8        A.  I don't want to say yes or no.  I don't recall
9    exactly what this exact course was, not this one.  But a
10   lot of his classes have to do with how to assess
11   vehicles.
12       Q.  Okay.  I'm going skip down to "CMV's and
13   Smuggling."  Do you see that line of 1510?
14       A.  Yes, ma'am.
15       Q.  What would this course be on?
16       A.  Commercial motor vehicles.  And how they -- how
17   they're used to smuggle narcotics, weapons, money,
18   drugs -- people.  And basically mostly pertains to,
19   like, 18-wheelers and, you know, delivery trucks.
20       Q.  Okay.  And then you've got the same course
21   again at 10:00 to 11:35 on Wednesday, September 1st?
22       A.  Yes, ma'am.
23       Q.  You see that "CMV's and Smuggling."  That
24   would, like, be a continuation of the prior course?
25       A.  Yes, ma'am, it was a two-part.

Page 23

1      Q.  Okay.  I want to look back a little bit at the

2   Tuesday, August 31st.  We were talking a little bit

3   about the classes by Mike Tamez from 720.  I see the

4   title to be "Rapid Accessing the Passenger Car."

5            Do you see that?

6      A.  Yes.

7      Q.  And you've been talking a lot about assessing.

8      A.  Ma'am, but that's -- I don't understand

9   assessing.  Maybe I'm misunderstanding the word.

10     Q.  Accessing to me means getting inside of or

11  getting information from, getting access to, versus

12  assessing is like evaluating.  So this seems, just by

13  the title, seems to be about getting into a passenger

14  car.  Does that jog your memory at all?

15     A.  Not necessarily.  Most of his -- again, most of

16  his courses I've taken, I think one or two is about

17  basically looking at the vehicle and seeing deficiencies

18  in and outside of the vehicle.  If you get in the

19  vehicle or you don't get in the vehicle, what are

20  deficiencies and things like that.

21     Q.  Okay.  What is the point of identifying

22  deficiencies?

23     A.  What looks normal, what's not normal.

24  Basically if -- if you're -- say you look at a car, your

25  reason, whatever your probable cause to search the

Page 24

1    vehicle and you see that part of, say, the floorboard is

2    higher than what is typically supposed to be, you look

3    at, okay, well, what's around it.  Okay.  Can you knock

4    on it?  Does it sound hollow?  Does it sound normal?  Is

5    it -- what's the typical way of vehicle -- have you

6    looked -- have you looked at this vehicle before.  Does

7    this look right?  Is there tooling?  Is there tooling

8    meaning that say the bolts on the -- that hold your seat

9    down, have they been removed.  What reason is it for

10   them to be removed?  You know, things --

11        Q.  Well, it sounds like all the things that you're

12   talking about seem to be like details.  Some of them

13   come up when you search a vehicle.  Is that fair?

14        A.  It can be from searching a vehicle.  It can be

15   looking -- just looking at the vehicle.  Before you even

16   get in a vehicle, you're walking up and you're just

17   seeing if there's anything wrong with the car.

18        Q.  Okay.  And when you're looking to see if

19   there's anything wrong with the car, why are you looking

20   to identify that information?

21        A.  Well, just things to keep basically notes.

22   Just kind of keeping in the back your head that, hey,

23   this might be something.  But you don't know until you

24   go on with the traffic stop.

25        Q.  Sure.  Let's look to Thursday, September 2nd.

Page 25

1   No, actually.  I didn't realize that Wednesday continued

2   on -- Wednesday, September 1st, the next page.  There's

3   another "CMV's and Smuggling" class.  We've already

4   talked about that.  Can you look at the -- the line that

5   starts with 0510 to 1650?

6        A.  Yes.

7        Q.  "15 Tactics to Greater Success" by Dennis

8   Benigno from Street Cop?

9        A.  Yes, ma'am.

10       Q.  Can you tell me about that course?

11       A.  I don't recall it offhand.  I -- I don't -- I

12  may have taken one or two, three cop conferences.  And,

13  again, I just don't remember offhand.

14       Q.  It's okay.  Do you have any idea what the

15  course might have been about, to your memory, based on

16  what you know about Street Cop courses?

17       A.  They take -- Street Cop has a wide range of

18  courses that they offer.  They don't just offer

19  interdiction.  They do a wide range from like leadership

20  classes to target somebody to, excuse me, I guess, about

21  laws and case law, and they have a wide range of

22  instructors and a wide range of courses throughout the

23  country.

24       Q.  So you couldn't say what this course is about?

25       A.  I don't -- I don't recall it offhand.

Page 26

1        Q.   Okay.  Sure.

2        A.   It's been a few years.

3        Q.   And then Thursday, September 2nd, I see another

4    "Vehicle Selection" this time by Kenny Williams of

5    Street Cop.  This would have been along the same lines

6    as the prior vehicle selection course?

7        A.   The target course was a --

8        Q.   Oh, yeah, the target selection, sorry.

9        A.   Yes, what I got from this one is almost the

10   same thing.

11       Q.   Okay.  And the "Hidden Compartments" course,

12   the next two lines down?

13       A.   Okay.  Usually there are about -- I don't

14   recall what his is but hidden compartment shows you,

15   like, where to kind of look for compartments typically

16   put into the smuggling vehicles, such as if they remove

17   the air bag out of the passenger side, you know, what to

18   look for.

19       Q.   Got it.

20       A.   You know, things that stand out.  Again, as

21   everybody, has mentioned like tooling on the vehicle

22   that where there shouldn't be tooling.  You know -- you

23   know, has the vehicle is raised up, the floor looks

24   raised, something just doesn't -- you know, things that

25   are off.

1      Q.   Yeah.   Sure.   The title of this course -- this

2   conference is "2021 Motor Vehicle Criminal Interdiction

3   Conference."   And I want to go back to this "15 Tactics

4   to Greater Success."   What does success look like for

5   criminal interdiction in the motor vehicle context?

6      A.   If you're finding somebody that's in the

7   commission smuggling anything.

8      Q.   Okay.

9      A.   Anything contraband, illegal.

10      Q.   Anything contraband.

11           We can put that one to the side.   Thank

12   you.

13           So we know that your 201 doesn't have all

14   of your -- your trainings in it.   I want to talk about

15   your criminal interdiction specific trainings without

16   having, you know, the reference materials to guide us.

17   Can you walk me through the trainings that you have

18   attended that you found most helpful for doing your

19   criminal interdiction work?

20      A.   Honestly, just about -- I would say all of

21   them.   I've taken -- I may not remember all the

22   trainings but I've taken first aid word for word,

23   obviously, but I've taken bits and pieces.

24      Q.   Yeah.

25      A.   And obviously, you put it -- add it to the

1   toolbelt and all that stuff.  A lot of them talk about,

2   you know, what to look for, what talk -- behavior.  But

3   I'm told, you know, talk about, you know, when you get

4   in the vehicle what to look for, things of that nature.

5   That's a lot of what -- I -- I take away from all of

6   those.

7        Q.   Okay.  Did you ever attend a desert snow

8   training?

9        A.   Yes, ma'am.

10       Q.   Do you remember when?

11       A.   I think that was -- that was my very first

12  start of patrol.  I want to say it's 2017 or 2018.

13       Q.   That's okay.  Do you remember what that

14  training was about?

15       A.   Interdiction.  I really didn't understand it to

16  be interdiction at the time because I didn't know what

17  interdiction really was at the time.

18       Q.   Okay.

19       A.   I just knew it as that I know that there are

20  smugglers in the county and this is a possible way of

21  identifying and what to look for in a vehicle that may

22  be involved in smuggling.

23       Q.   Okay.  And we talked a little bit about 720.

24  You said you had been to several 720 trainings other

25  than the one that was part of the 2021 Motor Vehicle

Page 29

1    Criminal Interdiction Conference?

2        A.   I believe I've been to one or two.  I don't

3    recall offhand.

4        Q.   Okay.  What do you remember from those?

5        A.   Basically the same thing.  Identifying

6    behaviors, identifying vehicle movements, identifying,

7    you know, deficiencies within the vehicle, you know,

8    interviewed -- some interview techniques.  That's really

9    about it.

10       Q.   I mean, okay.  What do the interview techniques

11   look like?

12       A.   He's talking, asking questions.  Assessing if,

13   you know, what's -- what's really pertinent to the

14   traffic stop.  You know, asking -- you know, asking

15   questions, it's where are you coming from.  Hey, you

16   know, where are you going.  You know, look -- you know,

17   looking at how a person reacts to a question.  You know,

18   people, a lot of behaviors, you know, how the mind

19   reacts to certain questions.  So -- and I still use a

20   lot of that today.

21       Q.   What do you mean by "how the mind reacts to

22   certain questions"?

23       A.   So if someone is telling you the truth, you

24   know, a lot of the way they will tell you is they can --

25   they can ramble it off.  They can tell you, you know,

Page 30

1    I'm going to my aunt's house over off of Commerce and

2    Nueva.  Okay.  Where are you coming from?  And sometimes

3    they will take a long pause.  You should be able to tell

4    me where you're coming from.

5                    I'm coming from my house over off of

6    Jackson -- Jackson Keller Road.  Okay.  But you have to

7    think about, you know, the response to it.  A lot of

8    them I'll ask people is, you know, are you carrying any

9    weapons and see their answer to that.  I'll ask them,

10   okay, well, is your ID the information on your ID

11   correct.  And if it's not correct, you know, I'll see

12   how they answer that.

13                   I ask about narcotics.  A lot of narcotics

14   information, you ask a direct question, so sometimes

15   I'll list them out do you have weed, do you have

16   marijuana, such and such, so on.  And I watch their

17   response.

18       Q.  Sure.

19       A.  A lot of times I've caught people is --and I've

20   asked them directly is they'll -- the response to a

21   certain drug and they'll be quiet or their voice will

22   whisper -- the audible tone changes, they'll look

23   around.  They'll look very, like, I guess, in a sense

24   defeated.  They look down, it's almost like if you have

25   a kid and you ask them did you take something out of the

Page 31

```
 1    cookie jar and they kind of like take forever to answer.
 2    I always refer to kids.  Because I have kids of my own,
 3    if you know how to talk to your kids, you know -- and
 4    they -- it's pretty much -- it's almost the same thing.
 5         Q.  Sure.
 6         A.  It goes hand in hand really well.
 7         Q.  What about Street Cop training, do you ever
 8    attend a Street Cop training other than the one in this
 9    conference we looked at?
10         A.  I believe -- I believe I did one.
11         Q.  Okay.
12         A.  I don't -- I don't really remember offhand too
13    much what it was about.
14         Q.  Do you happen to attend a Street Cop
15    conference?
16         A.  No.
17         Q.  I feel like I might have seen something about
18    that.
19         A.  I wanted to when I think they were in Tennessee
20    but I just didn't have the time -- because it would have
21    been out of my pocket.  I didn't have the time or the
22    money.  And, you know, I had other -- other -- other
23    priorities to take care of.
24         Q.  Sure.  So you remember one other Street Cop
25    training?
```

Page 32

```
 1        A.  Yes.
 2        Q.  Okay.  Any other trainings that stick out in
 3   your mind that you attended for criminal interdiction?
 4        A.  A lot of them -- I've taken a couple through
 5   HIDTA.  They --
 6        Q.  H-I-D --
 7        A.  T-A.
 8        Q.  T-A.
 9        A.  Yes, ma'am.  They put on a lot of free -- free
10   trainings.  They bring in people that have been doing
11   the job for a while.  Whether they were federal agents
12   or they were -- they were TFOs in the past.  I've taken
13   some CMV courses that --
14        Q.  CMV stands for?
15        A.  Commercial motor vehicle.
16             The Ray Herndon, which is listed in here, I
17   took his, I think, two or three-day class in Houston.  I
18   went to Houston for that one.  I paid that one -- I
19   believe I paid for that out of my pocket.
20        Q.  Okay.  This is the Diamond Back?
21        A.  Yes, ma'am.
22        Q.  Okay.
23        A.  I took that course.  I have taken -- I even
24   went as far as taking the negotiator -- the basic
25   negotiator course to kind of help understand behavior.
```

1      Q.   Okay.  Tell me about the negotiator course?

2      A.   The negotiator course teaches you how to deal

3   with people that are in crisis or you're responding to

4   a -- a high -- high crisis event such as a barricaded

5   subject, someone that's got hostages.  I believe it's a

6   full week.  And they are running you through scenarios

7   every day.  I went through our -- our agency's basic

8   negotiator course.

9      Q.   Okay.  Through -- in -- that Bexar County

10  itself put on?

11     A.   Yes, ma'am.

12     Q.   And I was just listening to, I want to make

13  sure I understood all of the things that you learned in

14  that.  Some of the -- you learned skills for intense

15  high stress conversations.  Is that fair?

16     A.   Yes, ma'am.

17     Q.   Hostage negotiations?

18     A.   I won't say hostage negotiations.  More how to

19  talk to people.  Again, it's for the people that may

20  have people hostage or may be barricaded.  It just, you

21  know, how to deal with those situations.  Mostly I took

22  it to help to understand, you know, audible.  Because a

23  lots of times you're talking to people and it's maybe

24  ear to ear.

25     Q.   Over the phone?

1      A.  Yes.  And you get an understanding of where's
2    their voice at, where they're possibly at, what's --
3    what bothering them.  What's -- how to get them calm.
4    How to get them to possibly hopefully come out, things
5    of that nature.
6      Q.  Did you also practice face-to-face
7    conversations?
8      A.  Yes.  We've done face to face -- I want to
9    say -- I don't want to say scenario.  But a lot of them
10    were over the phone.
11      Q.  Okay.  A lot of them were over the phone but
12    you did do some face-to-face practice?
13      A.  I'm trying -- I'm trying to remember that one.
14      Q.  It's okay.
15      A.  I don't know if it's that one or taken another
16    course or we've done face to face.
17      Q.  Did you do any interrogation training through
18    this negotiation piece?
19      A.  No.  No.
20      Q.  And what were -- what were the main takeaways?
21    Like, what were the main takeaways from the
22    negotiation -- negotiation training?
23      A.  For me it was a lot of de-escalation.
24      Q.  Okay.
25      A.  I learned a lot of de-escalation.  Helping to

1    understand audible -- again, audible tone does a lot for

2    me, because it helps me understand where, you know,

3    where you're at mentally -- possibly mentally.  I use a

4    lot of it because I've had traffic stops that just have

5    really gone sideways and I've had to talk people --

6    basically spend the whole traffic stop de-escalating the

7    person why they're being stopped.

8                Just like, hey, look, I'm not trying to hem

9    you up.  I'm just telling you you just committed a

10   traffic violation.  And I've had them where it's 20 to

11   30 minutes is you're talking, and I have to tell them,

12   look the conversation works you talk, I talk, you talk,

13   I talk.  You know, that's how this is going to work

14   properly.  And to the point where, you know, just trying

15   to understand, because some people, again, they go --

16   when you're on a traffic stop, you never know, they

17   might be in crisis.  They might be one of the people

18   that are on AMBER Alert.

19                They might be -- a lot of the situations.

20   That's why I take -- when I first started taking some of

21   the course, you know, I looked for things that stick

22   out.  Do they have a child in the back that might be in

23   distress?  Interdiction does a lot of, you know, they

24   stop a lot of that stuff.  So it's -- I've taken a lot

25   of things for a wide range.

1      Q.   Sure.

2      A.   I've taken SWAT courses advanced and basic SWAT

3  just to -- just to help understand if I need to go to an

4  active shooter event.  How to properly prepare corners.

5      Q.   Understood.

6      A.   My last day of my basic SWAT course, we cleared

7  the Eagle mall.  Not because we wanted to, it was

8  because there was an active shooter.  The very last day

9  of my SWAT course, I had to go in with only one pistol

10 and one Magnon radio.  That's just what it was.

11          Because right after we graduated, and

12 everything was said and done, a call came out and that's

13 where we had to go.  I didn't have a chance to fully

14 reset everything and -- you know, restock all my stuff

15 properly.  I just had to go.

16     Q.   Understood.

17     A.   So -- so that's why I take a lot of courses.

18 What's going to else help me benefit overall in my job.

19     Q.   Understood.  And thank you for your service.

20          I want to talk a little bit more about

21 de-escalation.  It sounds like you run into people at

22 all range of life situations when you're doing traffic

23 stops.  Is that fair?

24     A.   Yes, ma'am.

25     Q.   And when someone is, for lack of a better

1    descriptor, freaking out, then you have to use

2    de-escalation tactics on the side of the road.  Does

3    the -- does the fact that the person is freaking out on

4    the side of the road and you're using those

5    de-escalation tactics, does that mean that that person

6    is hiding something?

7         A.   Not necessarily.  I have had them where they've

8    been, right off the bat, belligerent, angry, and some

9    who are, they're just having a bad day.  And then I've

10   had them just go off on me because they are actually

11   hiding something.

12        Q.   Okay.  But you wouldn't necessarily tell if

13   someone was belligerent and angry whether it was hiding

14   something or having a bad day?

15        A.   I go through the -- how does the interview go?

16   What's the response to my questions?  What's going on?

17   I just found out my wife is cheating on me and I'm just,

18   you know, I'm just really not paying attention to the

19   road.  Okay.  Well, what happened, you know.  That's

20   when you kind of go into a discussion.  What's wrong

21   with you and your wife?  What's going on with -- why are

22   y'all having some issues?  Maybe -- maybe this dude

23   committed a crime.  Maybe he assaulted his wife and he's

24   on the run.  Maybe he killed his wife.  You know,

25   what -- what do we have going on with it.

Page 38

1            Or I've had some people that if they can

2     answer straight out.  Again, it goes back to what's

3     their behavior when I ask a certain question.  I've also

4     had them where they've been defensive.  Hey, do you have

5     anything going on?  Why are you upset?  Well, you're

6     pulling me over.  I always have problems.  You cops are

7     always harassing me.  Hold on, dude, you've never met

8     me, I'm not -- I've never met you.  This isn't, you

9     know, I get it, people don't like us.  It's okay.  I'm

10    not mad at you for it.  I understand that this is the

11    climate, this is the culture.  People don't like it

12    sometimes.  That's just what it is.

13            But why are you upset with me that I pulled

14    you over and I -- when I walk up I tell them, hey, I'm

15    pulling you over for, you know, this and this.  This is

16    what I see.  And they'll go, well, that's -- shouldn't

17    you be out finding criminal.  Okay.  Well, why are

18    you -- why are you upset with me.  You know, then

19    sometimes I found them, they've had ounces of dope in

20    their car or they've been hiding stuff in the car or

21    they had a gun or they had something in their vehicle.

22    It varies.

23        Q.  But is the converse true too, that they didn't

24    have anything in their vehicle?

25        A.   Again, it all goes through the -- the

1    interview.  And I try to figure out is what do they

2    really being defensive about.

3         Q.  Okay.  So would it be fair to say that every

4    stop you have to do an interview?

5         A.  The whole stop is an interview.  Whether it's,

6    you know, a quick, hey, how are you doing.  This -- I'm

7    Deputy Gereb, this is why I pulled you over.  Okay.

8    Where are you coming from?  Okay.  Well, be right back.

9    Here's your warning, here's your citation, drive safely.

10            Or, you know, if I feel that there's

11   something going on, I feel that my reasonable suspicion

12   is kind of a little more, I'll go from there.

13        Q.  I want to go back to this negotiation training

14   piece.  You talked a little bit about dealing with

15   people who are on the phone.

16        A.  Yes.

17        Q.  You talked a little bit about dealing with

18   people who are barricaded.

19        A.  Yes.

20        Q.  Potentially barricaded.  Barricaded or

21   potentially barricaded.  You talked about dealing with

22   people who might have hostages or potentially have

23   hostages.  Is that fair?  You learned about all those

24   things in negotiation training?

25        A.  Yes, ma'am.

Page 40

```
 1         Q.  Were the general principles of negotiation
 2    training the same for dealing with those types of
 3    situations versus doing a traffic stop, for example?
 4         A.  No.  Not necessarily.  I -- I use it because if
 5    I ever have to use -- if I get put in that situation
 6    where I'm the first one on contact if something does --
 7    does go a little awry or sideways, I can be the person
 8    working with de-escalation.
 9         Q.  Okay.  So you didn't use your negotiation
10    training in doing traffic stops?
11         A.  No.  No.
12         Q.  So you didn't use the -- I just want to make
13    sure that's clear on the record, because you said no.
14    And I -- my question wasn't well phrased.
15              So you did not use your negotiation
16    training in doing traffic stops?
17         A.  No, I don't use my negotiation training.  Only
18    if I see, though, that someone might be in a crisis.
19         Q.  Okay.
20         A.  That's the only time I will see that.  You can
21    identify it.  You can see if someone is crying,
22    someone's erratic.  You okay?  Do you need someone to
23    talk to?  I've had people where I just turned it into a
24    warning.  I spend 20, 30-minute on the side of the road
25    just talking.
```

1      Q.   Understood.  Understood.

2           I want to talk a little bit about the

3      ridealongs you talked about having done.  Do you

4      remember talking about ridealongs with Collin County,

5      for example, folks in Collin County?

6      A.   Yes, ma'am.

7      Q.   When did you do those ridealongs?

8      A.   With Collin County, I don't -- I want to say it

9      was in 2022.

10     Q.   Okay.

11     A.   I don't remember the exact month.

12     Q.   That's okay.  General gist is fine.  Probably

13     somewhere in 2022, you went to Collin -- you went to

14     Collin County?

15     A.   Yes.

16     Q.   Did anyone else go with you?

17     A.   Deputy Babb.  We -- we drove up separately.

18     Q.   You drove up separately?

19     A.   Yes.

20     Q.   But you both went there?

21     A.   Yes, ma'am.

22     Q.   How long -- how many days were you there?

23     A.   I want to say four.

24     Q.   Four.

25     A.   Four or five.

```
 1        Q.   Okay.   And what happened during those four to

 2   five days?

 3        A.   Collin County has a -- an interdiction team

 4   that's well established, it's a multi-agency

 5   interdiction team.  So we went up there to learn how

 6   they do their techniques, how they learn -- do different

 7   forms of interdiction.  You know, how they -- how

 8   they -- to learn how a well established interdiction

 9   unit works.

10        Q.   How a well --

11        A.   Established.

12        Q.   -- established interdiction unit works?

13        A.   Yes.

14        Q.   Okay.   And what did you learn?

15        A.   Just different -- pretty much almost the same

16   thing I've always learned, it's just how -- how another

17   agency puts it in play.

18        Q.   Okay.

19        A.   And how, you know, how their policies and how

20   they go with their rules and stuff like that.

21        Q.   Understood.  So did you come back from Collin

22   County and say let's do X, or let's do Y?

23        A.   No.   It's given me ideas on how to, you know,

24   how to sharpen my skills.  Other than that I haven't --

25   it's --
```

Page 43

1      Q.  What do you mean by ideas.  What ideas?

2      A.  You know, okay, well, maybe you should -- well,

3  you're asking this question.  Well, maybe you could

4  asking this question.  Or maybe you should try different

5  styles and interview techniques.

6           Not everybody has to do it the same way.

7  Everybody, you know, is having their own style of

8  traffic stop and how you run it is -- is more

9  beneficial.

10     Q.  Understood.  Understood.

11          Did the folks in Collin County do front

12 seat interviews?

13     A.  They did front seat interviews.

14     Q.  Okay.

15     A.  But while we were there, they didn't do it

16 because there was two of us riding with them.

17     Q.  They didn't have enough space?

18     A.  Yes.

19     Q.  So did they do out of the patrol car interviews

20 then?

21     A.  Yes, ma'am.

22     Q.  Okay.  But that was only because you and Deputy

23 Babb were there, to your understanding?

24     A.  Yes, ma'am.

25     Q.  Did Collin County and the interdiction group up

Page 44

1    there, did they have a K-9 unit part of the interdiction

2    group?

3        A.  Yes, ma'am.

4        Q.  And I feel like I also remember you also

5    talking about -- I'm sneezing again.  Hold on.  I don't

6    want to sneeze in the middle of talking.

7               I feel like I also remember you also

8    talking about doing a ridealong with El Paso County.  Am

9    I remembering that right?

10       A.  It wasn't El Paso County.  It was -- I forget

11   what district attorney's group they were -- they are,

12   but it's -- they basically run HITS, which is a high

13   intensity -- highway interdiction, I can't remember the

14   whole HITS stands for.  But the training group what

15   their actual -- and I believe they're retired now.

16       Q.  Okay.  So there's some training group that you

17   went and did additional training with?

18       A.  Yes, ma'am.

19       Q.  You think it was through HITS.

20       A.  It was through HITS.

21       Q.  Okay.  And what did that entail?

22       A.  The -- the same thing that we did with Collin

23   County.

24       Q.  Okay.  So spell it out for me.  Did you do

25   ridealongs?

Page 45

```
1         A.  Yes, we did ridealongs.  We watched them, how
2    they do traffic stops.
3         Q.  You watch them how they do traffic stops while
4    they were doing them?
5         A.  Yes.  Yes.
6         Q.  You didn't watch it on, like, TV or something
7    like that?
8         A.  No.  No.  No.  We were out there -- physically
9    out there watching.
10             They showed us what to look for --
11        Q.  Okay.
12        A.  -- you know, things -- keys to look for.  Let's
13   say you're going on a vehicle watch, you know, watch how
14   this person reacts to us.  Then you see certain types of
15   vehicles pass by.  Look at certain things in that,
16   vehicle, what may stand out to you.  The guy I rode
17   with, he liked do a lot of 18-wheelers.  And, you know,
18   he provided me some pointers on how to do 18-wheelers.
19   So that's kind of what I enjoyed doing.
20        Q.  Understood.  Have you ever heard of a spidey
21   sense?
22        A.  Yes, ma'am.
23        Q.  In terms of doing criminal interdiction work?
24        A.  Yes, ma'am.
25        Q.  What does that mean?
```

Page 46

1        A.   I guess in a sense with somebody that standing

2   out and you feel this it -- I guess, like, you see

3   something or you're hearing something and it's standing

4   out to you making the traffic stop not a normal --

5   something normal or interaction with a person or you're

6   clearing a house, something is not right, something is

7   not normal.  Like the hairs on the back of your neck are

8   standing up.  Like something is not right.

9             You know, on traffic stops, I've talked to

10  people that ask certain questions, their responses to

11  certain things have -- something is not right, something

12  is inconsistent here.  Let me clarify a little bit more

13  and let me ask more questions into that.  I've cleared

14  houses where nobody might be there or somebody might be

15  there.  Like, hey, this isn't normal.  I see, you know,

16  I see a tear down or I see a crack in the door.

17  Something might be going on.

18            You know, just something that takes you --

19  you have taken a little extra precautions and you assess

20  it a little bit more.

21       Q.   Okay.  So I guess -- unpacking that trying to

22  understand.  It sounding like spidey sense is like your

23  gut feeling that something might be off.  Is that fair?

24       A.   I don't say gut feeling.  I want to say it's

25  based on my training and experience and knowledge that

Page 47

1   something is not right.

2          Q.  Okay.

3          A.  I've done --

4          Q.  But you can't always articulate exactly what it

5   is.  Is that fair?

6          A.  What do you mean by that?  I'm sorry.

7          Q.  You said it's based on my training and

8   experience that something is not right?

9          A.  So let's say going back to the searching of a

10  vehicle.

11         Q.  Sure.

12         A.  I look at a vehicle and I see that the

13  floorboard is lifted up a little higher.  Something is

14  not right because I searched a vehicle like this three

15  days ago and the floorboard look kind of lower.

16  Something is not right.  Or this person's response to

17  this is not how he's been responding to all the other

18  questions.  Something's not -- something may not be

19  right.  Let's assess it a little bit more.

20         Q.  Got it.  That's helpful.

21             Any other training that just comes to mind

22  that I might have missed when talking to you about what

23  you use for your criminal interdiction work?

24         A.  No, ma'am.

25         Q.  Okay.  And you mention that you still use that

1    training today?

2        A.  Yes, ma'am.

3        Q.  How do you use the training today?

4        A.  So I -- I still do traffic stops.  Just because

5    our unit got shut down, I still do traffic stops.  I

6    still assess if -- let's say, they are UCs, need help

7    with a traffic stop.

8        Q.  UC?

9        A.  Undercovers.  I still -- I said I still develop

10   all that.  It's not going to change.

11       Q.  Okay.  So the way -- even though the criminal

12   interdiction unit is no more, the way you're going to do

13   traffic stops is not going to change?

14       A.  No, ma'am.

15       Q.  What is your current position today?

16       A.  I'm assigned -- I was reassigned to more

17   organized crime unit helping out our -- our undercovers.

18       Q.  Okay.  What does that -- what does that mean?

19       A.  So I'm the -- basically the uniform guy that

20   sits with basically if they have information that --

21       Q.  Okay.  So you're the guy in someone's ears so

22   when they say come in come help me you're the guy who

23   comes in?

24       A.  In a sense, yes.

25       Q.  Okay.  So you're like the back up guy for the

Page 49

1     undercover people?

2          A.   In a sense, yes.

3          Q.   Okay.  Thanks for, like, you know, helping

4     humoring my, you know, crime fiction fantasies there.

5          A.   It's -- it's entertaining at time.  I don't

6     know why it is entertaining.  But I'm like why?  Maybe I

7     should go on y'all's side.

8          Q.   Is that what you want to do, the undercover

9     part?

10         A.   I'm not sure.  I'm not sure.  I've expressed

11    interest but I'm still -- I've also expressed interest

12    in getting on a SWAT team as well.

13         Q.   Understood.

14         A.   So it's been -- and I've also expressed

15    interest in maybe going to the training academy.

16         Q.   To teach?

17         A.   Yes.  Because I'm also a breacher instructor as

18    well.

19         Q.   A what?

20         A.   Breacher instructor.

21         Q.   I don't understand.

22         A.   Basically it's a -- I've taken a lot of active

23    shooter trainings through the Alert agency.  One on them

24    you have to go to to become a breacher and you learn how

25    to breach doors with a shotgun, with a ram, things of

Page 50

1    that nature.

2            Q.   I understand.

3            A.   And I'm also an instructor for that.

4            Q.   Okay.   That's helpful.

5                 Do you ever teach how to do traffic stops?

6            A.   No, no, I have not.

7            Q.   And how did you learn that your position had

8    changed?

9            A.   So with the -- the problem with human smuggling

10   on our highways have put a lot of people in danger.   And

11   through -- for the lack of safety, not just us but --

12   and all these people that are being smuggled, we ran

13   into issues and we also had reported from other agencies

14   that people were taking off in the -- for whatever --

15   obviously, they're in the commission of a crime.   But

16   they're taking off and they're crashing and it's causing

17   a lot of injuries to people.

18                 And so we felt as an agency and I agree as

19   a unit that that part of the interdiction needed to kind

20   of go away.

21           Q.   I understand.

22           A.   It's too dangerous.

23           Q.   And Sergeant Gamboa is still your current

24   supervisor; is that right?

25           A.   Yes, ma'am.

1      Q.  We just talked a little bit about the criminal

2   interdiction unit ending.  We previously talked about

3   and during your last deposition Sergeant Gamboa

4   approached you about being on the criminal interdiction

5   unit.

6               Do you remember that?

7      A.  Yes.

8      Q.  Why did you agree to be part of the criminal

9   interdiction unit?

10     A.  It was a -- I guess a way to be a part of

11  something more than just being a patrolman.  I do enjoy

12  the idea of taking drugs off the street and getting

13  people that are commission of doing bad things that can

14  do bad -- harm people in our city off the street.  So --

15  and it's -- in catching -- I guess it's catching the

16  source.  Trying to get it to the source has always been,

17  you know, the ultimate goal, I guess, of any law

18  enforcement agency.

19     Q.  Got it.

20               I understood that you used to wear a tan

21  uniform; is that right?

22     A.  Yes, ma'am.

23     Q.  Do you wear a blue uniform now?

24     A.  Yes, ma'am.

25     Q.  Okay.  Before -- so Mr. Schott filed this

Page 52

1    lawsuit on June 1st of 2023.  Before Mr. Schott filed

2    this lawsuit, did anyone in the sheriff's office ever

3    indicate to you that the criminal interdiction unit was

4    ending?

5         A.  No.  I've always gone about my day, it's hey,

6    your -- just like when I got sent back to patrol.  I was

7    like okay.  This can be ending.  Okay.  Where to next?

8         Q.  Sure.  And obviously you don't have like a, you

9    know, real stake in the game.  But what I'm really

10   asking is as of June 2023, did you have any

11   understanding that the criminal interdiction unit would

12   be ending at that time?

13        A.  No, ma'am.

14        Q.  Okay.  When did you learn that the criminal

15   interdiction unit would be ending?

16        A.  December.

17        Q.  December of what year?

18        A.  December 2023.

19        Q.  Okay.  To your knowledge, did Mr. Schott's

20   lawsuit have -- play any role in the termination of the

21   criminal interdiction unit?

22             MR. FRIGERIO:  Object to form.

23             THE WITNESS:  No, ma'am.

24        Q.  (BY MS. HEBERT)  Okay.  I want to talk about

25   the Northwest Highway Group?

Page 53

1        A.   Yes, ma'am.

2        Q.   Do you know what that is?

3        A.   I believe it's a group that operated off of

4   WhatsApp.

5        Q.   You believe.  You don't have any personal

6   knowledge of it?

7        A.   I don't recall what the name was.  But I know

8   it -- it was people that I believe we worked off of

9   WhatsApp.  I had heard the name, I just don't remember

10  the group on WhatsApp.

11       Q.   Okay.  Were you part of a group on WhatsApp?

12       A.   Yes, ma'am.

13       Q.   What group were you part of on WhatsApp?

14       A.   I believe it's going to be that Northwest

15  Highway Group.

16       Q.   Okay.  What was the purpose of that group?

17       A.   It was just one of the many sources that

18  provided information to people that are possibly

19  smuggling.

20       Q.   Was providing information to people who were

21  possibly smuggling?

22       A.   So like I mentioned last time, I have many

23  people giving me information.  Whether it's a

24  confidential person, which I don't manage those, or, you

25  know, a resident could tell me when I was a patrolman

Page 54

1    I'd ask residents --

2         Q.  I want to pause you because it's a little bit

3    hard to understand what you're saying.

4              There are confidential information sources.

5    You don't manage those?

6         A.  I don't manage those, I turn those over.

7         Q.  And there are people, did you say resings?

8    Or --

9         A.  Residents.

10        Q.  Residents.  Okay.

11        A.  When I was a patrolman I would go down to my

12   neighborhood that had high trouble -- high criminal

13   activity.  And I talked to some of the residents, hey,

14   what do you know out here.

15        Q.  Okay.

16        A.  Reach out to the residents and they'll tell me,

17   like, so and so drives this vehicle, he's always coming

18   in from Atascosa.  Or there's a gambling room over here,

19   or another agency would call and tell me hey, can you --

20   we -- we suppose that vehicle might be involved in

21   something.

22        Q.  Okay.  So how did that relate to this WhatsApp

23   group?

24        A.  It's -- it's just another source.

25        Q.  A source of --

Page 55

1          A.   Of information.

2          Q.   About -- and did you use the WhatsApp group --

3     WhatsApp group when you're on the criminal interdiction

4     unit?

5          A.   Yes, I have.

6          Q.   Okay.  And tell me about it?

7          A.   They just provide information.

8          Q.   So WhatsApp to me is like a messaging app.  Did

9     you get messages then?

10         A.   Yes.

11         Q.   Did you only get messages through this group?

12         A.   From that group, WhatsApp, yes.

13         Q.   Okay.  Did you ever have individual messages

14    from individual officers from the group?

15         A.   I would say Joseph Garza, but he's a deputy

16    with us.

17         Q.   Okay.  So Deputy Garza was part -- Deputy

18    Joseph Garza was part of that Northwest Highway Group?

19         A.   Yes, ma'am.  He knew people familiar with it

20    and he was on it as well.

21         Q.   Okay.

22         A.   That's how I come to find out about it.

23         Q.   Okay.  So you found out about the Northwest

24    Highway Group from Deputy Garza?

25         A.   Yes, ma'am.

Page 56

1          Q.   What did you learn from Deputy Garza?

2          A.   The same thing as always, that they provide

3     information, possible smuggling.

4          Q.   Okay.   What kind of information?

5          A.   Possible vehicles or possible subjects to look

6     for.

7          Q.   Okay.   So you would get information on a red

8     Toyota Camry?

9          A.   Yes, ma'am.

10         Q.   What other information would you get?

11         A.   That's about it.

12         Q.   Okay.   Do you remember when you became part of

13    the Northwest Highway Group?

14         A.   I wasn't -- I would say I wasn't a part of it.

15    I was just using them as a source of information.

16         Q.   But in order to use them as a source of

17    information, you had to become part of the group on

18    WhatsApp; is that correct?

19         A.   Yes, ma'am.   I don't recall, honestly.   I know

20    I was using it for a very short time.

21         Q.   Are you still part of the group?

22         A.   No.

23         Q.   Do you still use WhatsApp?

24         A.   No.

25         Q.   Do you know who the administrator of the

1    WhatsApp group was?

2         A.   No, ma'am.

3         Q.   When you joined the WhatsApp group, was there

4    any process for becoming part of it?

5         A.   No, ma'am.  We were just interdiction at the

6    time and we told them they were interdiction deputies

7    and we're always looking for sources or, you know,

8    networking, we're always networking.

9         Q.   Okay.  So I want to just, like, unpack that.

10   So you downloaded WhatsApp onto your phone.  Is that

11   fair?

12        A.   Yes, ma'am.

13        Q.   And then you searched for, and I don't know, so

14   I'm just asking you.  Did you search for Northwest

15   Highway Group?

16        A.   No, ma'am.  When I found out about it, yes.

17        Q.   Okay.  So when you found out about it, you

18   downloaded WhatsApp?

19        A.   Yes.

20        Q.   Did you have WhatsApp before then?

21        A.   No, ma'am.

22        Q.   Okay.  So you downloaded WhatsApp to become

23   part of this Northwest Highway Group?

24        A.   Yes, ma'am.

25        Q.   Okay.  So then you search for Northwest Highway

Page 58

1    Group on WhatsApp.  Is that how you found it?

2        A.  Yes, ma'am.  Well, I didn't search for it.  I

3    had to search for it and I don't remember who I talked

4    to.  It was just -- I know it was somebody in that

5    group.  And, hey, I'm an interdiction guy and then, you

6    know, they provided information.  And all it is with

7    them was, hey, there's a vehicle, turnaround was really

8    fast.  That's it.  That's what I remember recalling from

9    it.  It was up to us to develop, you know, the PC and

10   all that stuff for it.

11       Q.  Understood.  I just -- I'm trying to

12   understand, like, the mechanics of you becoming part of

13   it.  So it sounds like you messaged someone who was part

14   of the group --

15       A.  Yes.

16       Q.  -- and said, hi, I'm Deputy Gereb.

17       A.  Yes, ma'am.

18       Q.  I work in criminal interdiction, and then they

19   accepted you to be part of the group?  Is that -- am I

20   understanding this right?

21       A.  I -- I believe so.  I don't -- I really don't

22   remember how that conversation went and I don't remember

23   any of the names.

24       Q.  There's okay.  Did you have to do any -- did

25   they check your identity or anything like that?

Page 59

1       A.  No.  Because Deputy Garza was already a part of

2   it and I believe Deputy Babb was as well --

3       Q.  Okay.

4       A.  -- and I think pretty much it was, like, kind

5   of oh, he's doing his job.

6       Q.  Okay.  Cool.  Have you ever heard of a law

7   enforcement officer named Kiki?

8       A.  Yes.

9       Q.  Okay.  Tell me about Kiki?

10      A.  I really don't remember.  I know a lot of the

11  information from WhatsApp was coming from him.

12      Q.  Did you know his name?

13      A.  No.

14      Q.  Do you know what entity he worked for?

15      A.  I don't recall.  There were so many different

16  agencies on that group.

17      Q.  Did you have any way of telling -- did you have

18  any way of confirming that the people on the WhatsApp

19  group were actually with a law enforcement agency?

20      A.  From my knowledge, you were not to be on that

21  group unless you were a law enforcement officer.

22      Q.  Sure.  I understand that.  But did you have any

23  way of verifying or checking?

24      A.  No, ma'am.

25      Q.  Have you ever heard of the Laredo Fusion

```
                                                    Page 60
 1   Center?
 2        A.  No, ma'am.
 3                 MS. HEBERT:  What time is it?
 4                 MR. WINDHAM:  2:40.
 5                 MS. HEBERT:  We've been going about an
 6   hour.  Are you okay to take a break?
 7                 THE WITNESS:  I'm good to keep going.
 8                 MS. HEBERT:  Okay.  Well, then we can keep
 9   going.  Do you need a break?  Okay, let's take a break.
10   Sorry, I know that you're ready to go, but I thought I
11   would just check to see if anybody needed to use the
12   rest room.
13                 THE WITNESS:  I'm good to go but if you
14   guys need a break I'm fine.
15                 MS. HEBERT:  I try to, like, remember to
16   check every, like, hour or so.
17                 So, 10 minutes everybody?
18                 MR. FRIGERIO:  We're off the record.
19                 (Brief recess.)
20        Q.  (BY MS. HEBERT)  Okay.  We're back on the
21   record after a short restroom refresher.
22                 And we're talking about the Northwest
23   Highway Group before we took a break.  You mentioned
24   yourself, Deputy Joseph Garza and Deputy Babb, who are
25   part of the Northwest Highway Group from Bexar County.
```

Page 61

```
 1          A.   Yes, ma'am.

 2          Q.   Do you know anyone else who was part of it?

 3          A.   Not that I recall.

 4          Q.   Okay.  Now I want to look at some exhibits, if

 5     that's okay.  Do you remember when you surrendered your

 6     cell phones for forensic examination?

 7          A.   Yes, ma'am.

 8          Q.   And the cell phone examiner pulled certain

 9     records from your phone?

10          A.   Uh-huh.

11          Q.   We're going to look at some of those text

12     message conversations.  And they're identified with --

13     by numbers.  So we're going to look at the source of the

14     conversation, your phone, someone else's phone, your

15     personal phone, your work phone.  And the number of the

16     conversation you talked to.  Is that all right?

17          A.   Yeah.

18          Q.   Okay.  I'm going to start with what's been

19     labeled "Gereb Personal Text - Conversation No. 9."

20     We're going to label this Exhibit 85.

21               (Exhibit No. 85 was marked.)

22          Q.   (BY MS. HEBERT)  Take a chance to look at it.

23     My understanding that neither of these messages is from

24     you.  When there's a message from you, from your phone,

25     it will say something like local user.
```

Page 62

```
 1        A.   Okay.

 2        Q.   And sometimes, it's in blue.  It looks like to

 3   me, and you can tell me if I'm wrong, that neither of

 4   these messages are from you.  Do you recall either of

 5   these messages?

 6        A.   No, ma'am.

 7        Q.   Okay.  I have -- we have in our records that

 8   this first number is ████████7815, and that's Deputy

 9   Molina.  Does that seem right?

10        A.   Yeah.  Without looking at my phone, I believe

11   so.

12        Q.   Okay.  And, Charles, if we need to, can Deputy

13   Gereb get his phone to identify numbers?

14             MR. FRIGERIO:  Sure.

15             MS. HEBERT:  Why don't we take a two second

16   break, just pause, and why don't you get your phone so

17   we can identify things as you -- if you need to --

18             THE WITNESS:  I know his number because

19   he's the only one, and I know Max is his dog.

20             MS. HEBERT:  That's okay.  I mean, while

21   we're taking a break why don't you do that, grab them so

22   that if we need to look something up, you can.

23             (Brief recess.)

24        Q.   (BY MS. HEBERT)  We're back on the record.

25   Deputy Gereb has gone and retrieved his cell phone so we
```

Page 63

```
 1    can look up numbers if we need to.
 2                    Do you know if this ██████7815 is
 3    Deputy Molina?
 4         A.  Let me go through my personal phone.
 5         Q.  Sure.
 6         A.  Yes, ma'am.
 7         Q.  Okay.  And this second number, ██████0914.
 8    Do you know what number that is?
 9         A.  That's going to be Lieutenant Ortega.
10         Q.  Lieutenant Ortega.  And I know there are two
11    Ortegas.  This is Raymond Ortega?
12         A.  Yes.
13         Q.  Okay.  So what I see in this conversation is
14    Deputy Molina messaged "me and Max falling asleep out
15    here waiting."  Is that -- did I read that correctly?
16         A.  Yes.
17         Q.  And then Lieutenant Ortega messaged back "y'all
18    good to clear Bucky, JZ out here if we need K9."
19                    Did I understand that right?
20         A.  Yes.
21         Q.  To your knowledge and your memory, what is
22    going on in this message?
23         A.  I do not know.  I don't recall.  I don't want
24    to speculate as to what's going on.  But what I'm
25    understanding is that Lieutenant Ortega cleared Deputy
```

Page 64

```
 1    Molina, I guess, for the day.  And JZ is a -- is a
 2    nickname of another K-9.
 3         Q.  Okay.  So there's another K-9 unit named -- or
 4    is that an officer?
 5         A.  Yes, it's a deputy.
 6         Q.  Okay.  So Deputy JZ for the -- what is Deputy
 7    JZ's real name?
 8         A.  Joseph Garcia.
 9         Q.  Joseph Garcia.  Did we talk about Joseph Garcia
10    attending the criminal interdiction conference?
11         A.  Yes.  Yes.
12         Q.  So Deputy JZ, also known as Deputy Joseph
13    Garcia, was the gentleman who attended the 2021 Motor
14    Vehicle Criminal Interdiction Conference?
15         A.  Yes, ma'am.
16         Q.  Okay.  And Bucky, that refers to Molina?
17         A.  Yes, ma'am.
18         Q.  Okay.  So it seems like Lieutenant Ortega gave
19    Bucky -- Deputy Molina permission to leave?
20         A.  Yes, ma'am.
21         Q.  And you were on this text message chain too.
22    Looks like the date on these messages is 10/25/2023.  Do
23    you remember what you were doing that day?
24         A.  No, ma'am.
25         Q.  But the criminal interdiction unit was still
```

Page 65

```
 1     functioning.  Is that fair?
 2          A.  Yes, ma'am.
 3          Q.  Okay.  Let's flip to Exhibit K.
 4               (Exhibit No. 86 was marked.)
 5          Q.  (BY MS. HEBERT)  We're going to mark this
 6     Exhibit 86.  And this is from your personal phone,
 7     "Gereb Personal Text - Conversations No. 17" by the
 8     forensic examiner.  Take a second to review the
 9     document.
10          A.  Yes, ma'am.
11          Q.  Are you ready?
12          A.  Yes.
13          Q.  I see the same number here for Deputy Molina.
14               Do you see that?
15          A.  Yes, ma'am.
16          Q.  Okay.  And it looks like Deputy Molina texted
17     you.  And he asked, "Hey bro do you want the
18     interdiction kit?"
19               Am I reading that right?
20          A.  Yes, ma'am.
21          Q.  What is an interdiction kit?
22          A.  So it's a toolbox.  Basically it's got a scope,
23     it's got, I believe, density reader.
24          Q.  What's an density reader?
25          A.  A density reader is -- it's basically like a
```

Page 66

1    stud finder.  So you -- you can put it up next to a tire

2    or a part of a vehicle or a wall or whatnot and you can

3    tell if something is standing out.

4        Q.  Okay.  And you mentioned the scope previously.

5    What's a scope?

6        A.  It's same thing as like I call it a

7    Roto-Rooter.  You can put it in the gas tank or down an

8    air conditioning vent and see if there might be

9    something involved in there.

10       Q.  Okay.  So it's something that allows you to see

11   inside?

12       A.  Yes, ma'am.

13       Q.  So we've got a scope.  We've got a density

14   reader.  Anything else in the interdiction kit?

15       A.  That's all I recall.

16       Q.  Okay.  Do you still have an interdiction kit

17   today?

18       A.  I never got it.  I never -- I never retrieved

19   it.

20       Q.  Okay.  So Deputy Molina had an interdiction kit

21   but you never got one?

22       A.  The K-9 guys usually had one.

23       Q.  Okay.  And why is that?

24       A.  I don't know.

25       Q.  Sure.

Page 67

1        A.   That was always something before me.

2        Q.   Okay.  And I'm going to go to what's previously

3    been marked Exhibit 64.

4             MS. HEBERT:  And in our booklet,

5    Mr. Windham, that is Exhibit D.  And we're going to mark

6    this again as Exhibit 64 for consistency.  We're also

7    simultaneously going to look at another exhibit,

8    Exhibit L from our list, and we'll mark this 87.

9             (Exhibit No. 64 was previously marked.)

10            (Exhibit No. 87 was marked.)

11            MR. WINDHAM:  You're good.  I like that you

12   called this a booklet.  All right, where are we?

13            MS. HEBERT:  Exhibit L.  We're going to

14   mark that 87.

15            MR. WINDHAM:  Okay.

16       Q.   (BY MS. HEBERT)  Okay.  Do you have both 64 and

17   87?

18       A.   Yes, ma'am.

19       Q.   Okay.  Do you see what's been marked "Gereb

20   Personal Conversation No. 19", that's Exhibit 64, and

21   "Gereb Personal Text - Conversation No. 20" which is

22   Exhibit 87?

23       A.   Yes, ma'am.

24       Q.   Okay.  There's a couple of numbers here that I

25   just want you to help me identify.  Do you see the first

Page 68

```
 1   one.  I think we might have already identified this one
 2   before, let's just make sure.  This ████████0914, we
 3   previously identified that as Lieutenant Ortega; is that
 4   right?
 5        A.  Yes, ma'am.
 6        Q.  Okay.  So the first one is Lieutenant Ortega.
 7   Can you just write that on the exhibit?
 8        A.  Can I have a pen?
 9        Q.  Yeah.  How about you borrow mine.  And I have
10   plenty.
11                  The next one, ████████2695.
12        A.  I'm going to go to my personal phone.
13        Q.  That's okay.
14        A.  That's going to be Deputy Jason Garcia.
15        Q.  Jason Garcia.
16        A.  He's a -- street crimes and SWAT.
17        Q.  There's a lot of like J. Garcia.  JG names.
18        A.  Yes.
19        Q.  Okay.  And then the next number is the -- no,
20   not the same one.  ████████2685.  Do you know who that
21   is?
22        A.  Yes, that's going to be Sergeant Sanchez.
23        Q.  Sergeant Sanchez?
24        A.  He's a street crimes and SWAT sergeant.
25        Q.  Okay.  And then looking at the other exhibit,
```

Page 69

```
 1   Exhibit 64, I see the same number Sergeant Sanchez,
 2   Sergeant Sanchez?
 3        A.   Yes.
 4        Q.   Would you mind writing it on there?
 5        A.   (Witness complies.)
 6        Q.   It's just helpful to have it.
 7             So I want to look at the dates of these two
 8   conversations.  7/17/2023 and they're all in the same
 9   time period.  It seems like this is actually part of one
10   conversation but got split by the examiner.  I'll just
11   say that to you.  That's what it seems like to me.
12             Let's take a look at the first in time
13   text, which would be 19:40:10, the first text on
14   Exhibit 87.  I see that as saying "If it don't say SCU
15   you can't wear them."
16             What is -- what is that about?  Do you
17   know?
18        A.   So we -- the street crimes unit and gang unit
19   had different patches.  So theirs will be a subdued
20   patch, like, similar to this one.  But on the bottom in
21   the triangle right here will say "SCU" or "street crimes
22   unit" and then -- or it will say "gang."
23        Q.   Okay.
24        A.   And the patch at the time, I wore green.
25        Q.   You wore a green?
```

Page 70

```
 1          A.  A green Velcro patch.

 2          Q.  On -- on your shoulders?

 3          A.  Yes.

 4          Q.  Okay.  And what was your green Velcro patch

 5     for?

 6          A.  Just a different color patch for the

 7     interdiction unit.

 8          Q.  Okay.  So the interdiction unit had its own arm

 9     patches in addition to its -- on the chest patch that

10     said criminal interdiction?

11          A.  Yes, ma'am.

12          Q.  Okay.  And what did the criminal interdiction

13     patch unit look like.  It's just green?

14          A.  Just a green version of this.

15          Q.  Okay.  And what did Lieutenant Ortega mean by

16     "If they don't say SCU, you can't wear them, emoji

17     face"?

18          A.  It means that they don't say SCU on it, then

19     you're not authorized to wear the patch.

20          Q.  Got it.  Okay.  The next one from -- I think

21     that was Jason Garcia, Deputy Garcia, "No, sergeant,

22     those are not authorized.  Quit being a cheapo."

23              Do you know what that was about?

24          A.  I know that there was a patch that was out

25     there that the gang unit had.  That -- that wasn't
```

Page 71

1    authorized.

2        Q.  Oh, they were wearing their own like --

3        A.  Their own little -- their own little patch.

4    The chief didn't approve of it.  So that's when they --

5    they actually went back to the board and said, okay,

6    we'll put SCU or gang on the bottom.  That's -- that's

7    my understanding of that.  The SWAT guys have also had

8    different patches over the years.  It's all been the

9    same.  But there's been different -- differences in

10   between them.

11       Q.  I got it.  So then it looks like Sergeant

12   Sanchez replies, "Why do we want two different patches?"

13            And he's talking about the SCU patch versus

14   the gang unit patch.  Is that fair?

15       A.  I think -- I think it has to do with the fact

16   they go back and forth between their SWAT patch and the

17   SCU patch.

18       Q.  Okay.

19       A.  Because when they're on SWAT duties, they have

20   to wear the SWAT patch.

21       Q.  Got it.  What does the SWAT patch look like?

22       A.  It's -- it'll basically say this but it will

23   say SWAT on it and it will have an eagle with a

24   lightning bolt.

25       Q.  Okay.

Page 72

```
 1              THE REPORTER:  An eagle with what?
 2              THE WITNESS:  A lightning bolt.
 3      Q.  (BY MS. HEBERT)  And then it looks like
 4  Sergeant Sanchez says, "Too many patches."  Just kind
 5  of, you know, and by that he means there's too many
 6  different patches.  Is that fair?
 7      A.  Yes.
 8      Q.  Can we look at Exhibit 64?
 9      A.  Yes, ma'am.
10      Q.  It looks like Sergeant Sanchez says "We are all
11  Zulus.  It doesn't need to say SCU or gang or
12  interdiction".
13              What's a Zulu?
14      A.  That's our call -- that's the call signs.
15      Q.  Tell me more?
16      A.  So organized crime, when you're part of a
17  different unit, you're not a part of patrol, you get
18  your own call sign.  So we identify ourselves -- at the
19  time when this was out, I was known as 5 India 11.
20      Q.  We talked about that before?
21      A.  So it's -- 5 I 11.
22      Q.  Yeah.
23      A.  And then the Zulus, basically which is 5 Zulu 1
24  through 100.  It can be whatever your call sign is.
25      Q.  What is your call sign now?
```

Page 73

1          A.  5 Zulu 92.

2          Q.  5 Zulu 19.

3          A.  92.  92.

4          Q.  92.  Excuse me.  92, 5 Zulu 92.

5              And I guess then was -- were you

6    understanding Sergeant Sanchez to be messaging the whole

7    group or was he just messaging you personally?

8          A.  No, I believe he was messaging the whole group.

9    It doesn't matter.  We're all -- we're all a team.

10         Q.  Yeah, and I was -- I guess I was just trying to

11   confirm whether you agree that Sergeant Sanchez's

12   messages were part of this original conversation 20 or

13   was he sending you separate messages on the side?

14         A.  According to this -- no, I believe it was part

15   of that group.

16         Q.  Okay.  I'm just asking what you thought, too.

17             So it looks like Sergeant Sanchez responded

18   to the group by saying "We're all one team"?

19         A.  Yes.

20         Q.  And he's saying that it doesn't need to say

21   street crimes unit or gang unit or interdiction unit.

22   We're all just one team?

23         A.  Yes, ma'am.

24         Q.  Okay.  And then it says, the next message, and

25   this is Sergeant Sanchez again "Since I supervise four

Page 74

```
 1   units can I get SCU gang K-9 interdiction on mine."

 2              Does Sergeant Sanchez supervise all four of

 3   those units or at least at the time of July 2023?

 4       A.  No, ma'am.  So sometimes when supervisors are

 5   off they'll pick up the slack for the other supervisor.

 6   And Sergeant Sanchez is usually in the field with

 7   everybody and whenever Sergeant Gamboa is off or he's

 8   tied up with whatever he has to do as Sergeant

 9   Sanchez -- at the time I would report to Sergeant

10   Sanchez.

11       Q.  Got it.  That's helpful.  I didn't understand

12   that.  Okay.  Thanks for walking through that with me.

13              We'll look at another conversation.  M and

14   N from our stuff.  This is, again, two conversations

15   that we're going to group together.  I'm going to mark

16   this 88 and 89.

17              (Exhibit Nos. 88-89 were marked.)

18              MR. WINDHAM:  What are the numbers?

19              MS. HEBERT:  21 and 22.

20              MR. WINDHAM:  Just making sure.  That fell

21   out.

22              MS. HEBERT:  88 is 21 and 89 is 22.

23              MR. ELLSWORTH:  Did y'all get --

24              THE WITNESS:  I didn't get --

25              MR. ELLSWORTH:  They're together?  Oh, I
```

```
 1    guess they're part of the same.

 2                   And do you have one sheet there?

 3                   MS. HEBERT:  We need to mark it.

 4                   THE WITNESS:  Do you need to mark it?

 5                   MS. HEBERT:  Yep, we need to mark it.

 6                   MR. WINDHAM:  No, my point is that 88 has

 7    two pages.

 8                   MS. HEBERT:  Oh, okay.  Mine is front and

 9    back.

10                   MR. WINDHAM:  So now we're on 89.

11        Q.  (BY MS. HEBERT)  Good spot.  Take a chance --

12    take a second to review all this.  Let me know when

13    you're ready.

14        A.  Okay.

15        Q.  Okay.  Let's walk through and identify some of

16    these numbers again.  We'll start with "Conversation

17    21."  This blue is you, so we know that that's from you.

18    Can we start with ██████████7624?

19        A.  This is going to be Deputy Richard Calderon

20    with street crimes and SWAT.

21        Q.  Richard Calderon.

22        A.  Calderon.

23        Q.  You're going to have to spell that for our

24    court reporter.  I'm pretty sure.

25        A.  C-A-L --
```

1        Q.  C-A-L --

2        A.  D as in dog, E-R-O-N.

3        Q.  Okay.  And then the next number, ████

4     ██6649?

5        A.  That's Deputy Ruben Morales.

6        Q.  Morales, is that what you said?

7        A.  Yes, ma'am.  He's street crimes and SWAT.

8        Q.  This next number, I feel like we already

9     identified.

10       A.  Sergeant Sanchez.

11       Q.  Sanchez.  And then there's you again.  And then

12    it looks like Sergeant Sanchez again?

13       A.  Yes, ma'am.

14       Q.  Sergeant Sanchez again?

15       A.  Next three are Sergeant Sanchez.

16       Q.  Okay.  I'll just group that whole thing, then.

17    And then I see you.  Do you know who the next number is?

18    That's Deputy Calderon?

19       A.  Yes, ma'am.

20       Q.  You again.  The 9 number I don't know.  ████

21    ██ --

22       A.  That's Deputy Morales.  Up top.

23       Q.  Oh, okay.  Thank you.  This 5 number is Sanchez

24    again?

25       A.  Yes, ma'am.

1      Q.  And Sanchez again?

2      A.  Yes, ma'am.

3      Q.  We'll flip over to the back or to the next

4   page.  Is that Sanchez again?

5      A.  Yes, ma'am.

6      Q.  Sanchez again?

7      A.  Yes, ma'am.

8      Q.  And that's you.  And then Sanchez again?

9      A.  Yes, ma'am.

10     Q.  And then it looks like the conversation No. 22,

11  Exhibit 89, is that Sergeant Sanchez?

12     A.  Yes, ma'am.

13     Q.  Okay.  Same thing as the last two exhibits we

14  looked at.  The Exhibit 21 or "Conversation 21" and

15  "Conversation 22," Exhibits 88 and 89 are at the same

16  date and almost, like, the exact same time.  Looking at

17  Conversation 22, Exhibit 89, it's 6/9/2023, 15:32.  It

18  would be like 3:30 by my understanding.  Is that fair?

19     A.  Yes, ma'am.

20     Q.  Okay.  And in looking at these messages, I just

21  wanted to, like, even if it's temporally, I would want

22  to see, like, where it would fall.  So 6/9 15:32:02.

23  Where would that fall?  That would fall --

24     A.  At 3:32:02.

25     Q.  So would that fall right after "okay Babby,"

Page 78

1    the message on 88, Exhibit 88, the next page?  I'm just
2    trying to temporally date it.
3        A.  I believe so.  It could go in between.
4        Q.  Sir, do you think -- I'm just asking for your
5    opinion here.  It doesn't really matter either way.  Was
6    this -- was this Conversation 22, Exhibit 89 part of the
7    Conversation 21, Exhibit 88, or was it a standalone
8    message?
9        A.  I want to say -- I want to say it's standalone,
10   probably.
11       Q.  Okay.  Okay.  So potentially standalone message
12   for 89.
13            Can we talk a little bit about what's
14   happening in Exhibit 88?
15       A.  Yes, ma'am.
16       Q.  The first message that we have here is "I still
17   got PC before the stop LOL."
18            Do you recall sending that message?
19       A.  Yes, ma'am.
20       Q.  What was -- what was that in reference to?
21       A.  So some of the -- I'm going to briefly over
22   this, the whole thing.
23       Q.  That's okay.  If you want to give me the
24   general gist, like, just tell me what's going on here?
25       A.  So some -- basically just guys razzing -- being

Page 79

1    guys, you know, group, guys are just poking the bear at

2    each other.  That's just pretty much what is going on.

3    But this right here, you know, at their brief and all

4    that, I like to get my own PC.  We all have UCs, which

5    our peace officers, they can give us PC.  But I always

6    tell them I like my own.  I've always -- I've always

7    liked my own because it looks better, because I can

8    attest to what I saw.

9        Q.  Understood.

10       A.  That's always been my thing.  Oh, that's pretty

11   much on that first --

12       Q.  So that's what you're saying here, is you're

13   not going to rely on an undercover agent's probable

14   cause.  You're going to develop your own?

15       A.  I always try to -- like I said I'm not -- I

16   always do my best to get my own, and that's probably

17   99.999 percent of the time.

18       Q.  Okay.  And why -- what did you understand

19   Deputy Calderon to be saying when he said "Damn.

20   Babb and Gereb are gonna" excuse me.  What did you

21   understand when you saw that Deputy Calderon said "Damn.

22   Babb and Gereb both gonna be on the news"?

23       A.  I believe that this is a reference to after the

24   YouTube video came out referencing Deputy Babb's traffic

25   stop.

Page 80

```
 1            THE REPORTER:  Referencing what?

 2            THE WITNESS:  Deputy Babb's traffic stop.

 3       Q.  (BY MS. HEBERT)  And then Deputy Morales said

 4  "This sounds dangerously like making quotas."

 5            What is that about?

 6       A.  So there's always been that argument about cops

 7  are always out to get quotas.  They always have to have

 8  a certain number.  And, you know, we have never operated

 9  on that.

10       Q.  Okay.  And then Sergeant Sanchez replied, "Ya,

11  okay Babb.  Mam, the only reason I stopped you is

12  because we following a wp who I thought was you...even

13  though you came out of your own driveway and not the

14  wps"?

15       A.  That says I don't recall why he referenced that

16  one.

17       Q.  Okay.

18       A.  But he was calling me Babb.

19       Q.  Why was he calling you Babb?

20       A.  In -- again, making reference to the video of

21  me being part of the interdiction unit.

22       Q.  Okay.  And I mean you talked about guys razzing

23  each other.  Why would that be funny?  Like, what's the

24  joke there?

25       A.  I believe at this time Babb was no longer a
```

Page 81

```
1    part of the interdiction he was at the training academy.

2         Q.  Okay.

3         A.  And it was just me at the time.  I'm sorry, I

4    think --- I don't know if we picked up my -- at the time

5    Deputy Estrada which was now my former partner again.

6         Q.  Right.

7         A.  We don't -- I don't remember if we picked him

8    up yet at time or not.

9         Q.  Okay.  That's neither here nor there.

10             Why would calling you Babb be any kind of

11   joke or teasing?

12        A.  It's because I'm the last one in the

13   interdiction unit.  I'm always defending us.  And, you

14   know, I'm always like, hey, this is -- this is, you

15   know, what we do.  I'm always, in the sense, defending.

16        Q.  Okay.  So was that what Deputy Babb used to do?

17        A.  I don't know how Babb did his training stuff.

18        Q.  No, no, I'm not asking that.

19        A.  Okay.

20        Q.  I'm just asking you like why -- they -- why

21   were they calling you Babb?

22        A.  It was just an insult.  Again, it goes back --

23        Q.  It is an insult.  And why were they insulting

24   you?

25        A.  It goes back to the YouTube video.
```

Page 82

1   Q. Okay. So they were insulting you about -- I

2 mean, being in the YouTube video isn't of itself

3 insulting so I guess I don't understand the joke or the

4 insult?

5   A. So in a sense, not many people agree with the

6 way interdiction works, because it's a -- it's a

7 different -- in a sense almost a different style of

8 traffic stop, it's a more investigative versus a regular

9 traffic stop, you walk up. Hey, I smell weed, get out

10 of the car and let's talk, and then you go -- you go

11 from there. It's more identifying things. It's more of

12 understanding, you know, mindset and criminal behavior

13 and, you know, the long -- the long term of

14 investigation of it and how fast it can go from a

15 traffic stop to a full on investigation.

16     So that -- that's usually a difference

17 between an interdiction stop and a typical traffic stop.

18   Q. Got it. What did WP mean?

19   A. Wanted person.

20   Q. Okay.

21     THE REPORTER: What was it?

22     THE WITNESS: Wanted person.

23   Q. (BY MS. HEBERT) The next response is you,

24 "Shoot I know where the line is im the sand", and I

25 think that was a typo. Did you mean in the sand? Is

Page 83

1    that fair?

2         A.   Yes.

3         Q.   What were you saying there?

4         A.   I just know where to draw the line.

5         Q.   What line?

6         A.   I -- I don't -- so I guess the line in the sand

7    is I don't cross the line.  I don't try to be -- do any

8    more that's not supposed to be done.

9         Q.   And what line are you referring to here?

10        A.   In this -- in this context, I don't go off of

11   what other PC is.  It can be sometimes not

12   appropriate -- not the right PC, and that's why I always

13   go from mine.  I know where to draw and what I'm gonna

14   do it.  How I'm going to do things.  I'm going to do

15   things my way.

16        Q.   Sure.  And the next message from you is 9/10 we

17   "never catch the wp" and we understand that to be wanted

18   person?

19        A.   Yes.

20        Q.   What were you referring to there?

21        A.   I don't remember.  It could be the reason why

22   we were on the -- if we were working -- I don't recall

23   the reason for that one.

24        Q.   Okay.  And I see Sergeant Sanchez responded, "I

25   see you tattle telling."  What was that about?

Page 84

1          A.  I don't remember.  I guess he's calling me -- I
2    guess in a sense a five-year old tattle telling.  I
3    don't -- I don't recall.
4          Q.  Who were you tattle telling to at that point?
5          A.  Nobody.  Again, it's just him poking the bear.
6          Q.  Okay.  The next message is also from Sergeant
7    Sanchez; "The UCs said it was the wp and I found I mean
8    I made up pc."
9              Did I read that correctly?
10         A.  Yes.
11         Q.  As I understand that and I'm just going to
12   unpack some of those words, the undercovers said it was
13   the wanted person.  And I found, I mean, I made up
14   probable cause.
15             Did I understand that correctly?
16         A.  Yes.
17         Q.  Okay.  And understanding those -- those words
18   together, it seems like Sergeant Sanchez, whether it's a
19   joke or not was saying the undercover agents pointed to
20   someone as the wanted person and he was joking or saying
21   that he found and he made up PC.  He was joking about I
22   didn't actually find it but I made up the probable
23   cause?
24         A.  Yes, ma'am.
25         Q.  Did you ever hear about Sergeant Sanchez making

Page 85

1    up probable cause?

2        A.  No, he was -- he was actually making a joke.

3    So a lot of these jokes are in reference to that YouTube

4    video.

5        Q.  Okay.

6        A.  That's where a lot of the -- they've always

7    razzed me over that, because of that YouTube video.

8        Q.  Okay.  So Sergeant Sanchez was referring to the

9    YouTube video in this message?

10       A.  I believe so.

11       Q.  So he -- so is he saying in a joke or otherwise

12   that what happened in the YouTube video that followed

13   the traffic stop in this case, there's someone some

14   undercover person said it was a wanted person and that

15   Deputy Babb found, I mean made up, probable cause, is

16   that the joke?

17       A.  Again, I don't want to assume.

18       Q.  And I'm not asking you to assume.

19       A.  I'm not -- I don't recall.

20       Q.  I'm asking you what -- what you understood.

21   What did you understand that to be?

22            MR. ELLSWORTH:  Objection, asked and

23   answered.

24            MS. HEBERT:  He didn't give me what he

25   understood.

Page 86

```
1                MR. ELLSWORTH:  He said he doesn't recall.
2                MS. HEBERT:  He said he doesn't want to
3      speculate about what Sanchez was going to -- was
4      meaning.  But he can give me his understanding of the
5      joke.
6                THE WITNESS:  Again, it's in reference to
7      the video.
8         Q.  (BY MS. HEBERT)  Okay.
9         A.  Yeah, it's in reference to -- a lot of -- a lot
10     of -- since that video came out, a lot of people
11     questioned the interdiction unit at the time.
12        Q.  Understood.  And then it looks like Sergeant
13     Sanchez says "Eeeeeeeee."
14                Do you know what that --
15        A.  It's just like -- it's just being slang, like
16     Eeeeeeeee, you know, talking crap what are you going to
17     do about it, you know.  That's kind of -- that's kind of
18     what it means.
19        Q.  It's like a laugh?
20        A.  Yes, in a sense.
21        Q.  Okay.  The next message is you, "They need to
22     make machine guns and Ruiz bifocals."
23                I'm going to guess that "amd" is "and."
24     Was that a typo?
25        A.  Yes, I am very bad at texting.
```

Page 87

1          Q.  That's okay, so am I.  Is Machine Guns a

2    person?

3          A.  Yes.

4          Q.  Okay.  And Ruiz, is Ruiz a person?

5          A.  Yes, ma'am.

6          Q.  Okay.  So you're saying, in this message, they

7    need to make Machine Guns and Ruiz bifocals?

8          A.  Yes, ma'am.

9          Q.  You're joking about something there?

10         A.  Yes.  So they're -- they're older and

11   they're -- sometimes they -- they confuse things over.

12   Like they'll say -- they'll confuse a Dodge Challenger

13   with a Dodge Charger.  You know, so they'll -- they'll

14   just get things confused.  And I always tell them, like,

15   hey, you guys are old.  I'll go up to their face and

16   say, hey, make old person jokes.

17         Q.  So you're like changing the topic and throwing

18   the shade on someone else?

19         A.  Yeah, I'm trying to scapegoat.

20         Q.  I understand.  The next message is Deputy

21   Calderon, "Get 'eh off you Gereb."

22              What was -- what did you understand Deputy

23   Calderon to be saying?

24         A.  Get them off of you.  Like get them to stop.

25   Stand up for yourself.  And usually, I'm one of those, I

Page 88

```
 1   can roll with the punches.
 2        Q.  Yeah.  And so he was like cheering you on?
 3        A.  No, not necessarily.  He's just -- he's just --
 4   adding fuel to the fire.
 5        Q.  Okay.
 6        A.  That's what's going on.
 7        Q.  And then the next message is from you, "nah I
 8   meed my pc on dash remember."
 9             Did I read that right?
10        A.  Yes, again, typo it was supposed to say I need
11   my PC.
12        Q.  On your dash.  So you're saying -- you're
13   responding to their jokes by saying no, you try to get
14   probable cause captured on your dash cam.  Is that fair?
15        A.  Yes.
16        Q.  This next message from Deputy Morales.  "Blow
17   the whistle Gereb."
18             Do you know what this joke is about?
19        A.  He's calling me a whistleblower.
20        Q.  For?
21        A.  He's trying to say that, again, it goes into
22   the reference of -- back to the YouTube video.
23        Q.  Okay.  And I guess I don't understand how that
24   connects with the YouTube video, because the YouTube
25   video isn't, like, necessarily about a whistleblower.
```

Page 89

1    So help me understand?

2         A.   So a lot of the issue that came from the video

3    puts us -- at the time was putting us in lot of

4    questions with some of our guys.  Meaning that they were

5    always questioning how we did things.  And I always told

6    him I always played fair.  Meaning that if I -- I do my

7    best to get everything on video.  I do my best to do

8    everything right.  I'm not going to -- I've always been

9    kind of like almost in a street crime form on the

10   highway.  If I see it I see it, and if I don't I don't.

11   And I leave it that.

12            I've -- I've always done tried different

13   ways of doing interdiction and I've always -- and see

14   what works for me and what doesn't work for me.  And so

15   he told me a whistleblower again, he's trying to say

16   that I knew something about the whole video and the

17   whole incident with Babb and all that stuff.

18        Q.   I get it.  He's joking that, like, you were the

19   one that called the whistle on Deputy Babb?

20        A.   No, he's trying to say that, you know, put all

21   the information about Babb, put all the stuff out.  And

22   I'm like I don't know.

23        Q.   Okay.  Sure.  And the next message is from

24   Sergeant Sanchez again.  "See, there it is, Gereb.  I

25   knew you would break...threw Z17 and 16 under the bus."

Page 90

```
 1                    Who is Z17 and 16?
 2        A.   This can be Machine Gun and Ruiz.
 3        Q.   Okay.
 4        A.   That's their call signs.
 5        Q.   And what's Machine Gun's real name?
 6        A.   John Rodriguez.
 7        Q.   John Rodriguez.  Okay.
 8                    What's -- who is Ruiz?
 9        A.   He's also another member part of the undercover
10   unit.
11        Q.   What's his first name?
12        A.   Ray.
13        Q.   And then there's Sanchez making his "Eeeeeeeee"
14   noise again?
15        A.   Yes.
16        Q.   And then Sanchez said "Okay Babby" and then
17   looks like Sanchez is making fun of you over the next
18   message "Gereb what is meed" for a typo; is that
19   correct?
20        A.   Yes.
21        Q.   And your response is, "Nah I have my style
22   which is not a 4th amendment violation."
23                    Did I get that right?
24        A.   Yes.
25        Q.   And then Sanchez responded to that "Sounds like
```

Page 91

 1     a combination of made up and need."

 2                     What did you understand Sanchez to be

 3     saying there?

 4          A.  Oh, he's just trying to -- because I have a

 5     speech problem.  Sometime this is moving faster than

 6     this.  And sometimes I mumble, and it will come out

 7     basically unreadable sometimes, for lack of a better

 8     term.  And there's been times on the radio that I try to

 9     put relay information and I'm so excited -- the

10     excitement's there that, you know, it comes out, you

11     know, not understandable.

12          Q.  Understood.  So you like, kind of squished

13     words together?

14          A.  I guess in a sense.  I'm thinking it sounds

15     right in my head but this is not saying it right.

16          Q.  I get it.  Okay.  Let's look at Exhibit 89.  It

17     looks like Sergeant Sanchez messaged you, "Bet your dash

18     didn't catch it.  Sounds right for interdiction

19     deputies."

20                     What was Sergeant Sanchez talking about

21     here?

22          A.  I assume this is in reference, again, to the

23     incident of with Babb.

24          Q.  Okay.  He messaged just you at that time?

25          A.  I don't remember.  I don't know if I reached

1    out to him or the other way around.  I don't recall.

2    But I know it's in reference to the incident with Babb.

3         Q.  Okay.  And it seems like Sergeant Sanchez is

4    saying that interdiction deputies didn't catch things on

5    their dash cam often.  Is that fair?

6         A.  No.

7         Q.  Okay.  Tell me more.

8         A.  Again, he's only going off of the incident with

9    Babb.  So, again, that -- that incident brought in a lot

10   of speculation from other deputies in -- that weren't

11   there or -- that don't see us, how we do our thing.  And

12   we're not always going to catch traffic stops always on

13   our cam.  Even though we do our best.  If we're on the

14   highway, it is sometimes very hard to get it on the

15   camera because of how we face.

16             For instance, I could be facing sideways --

17        Q.  Sorry, say that again.  You were saying your

18   dash cameras don't always capture the traffic violation.

19   Tell me more?

20        A.  So if we're seeing -- the way sometimes we sit

21   on the highway it's a big grassy median, say on 35 south

22   going towards Atascosa County, we -- we can -- we can

23   face sideways and we can turn our body and face and see

24   traffic.  I've always tried to if I can position my

25   vehicle to where I can see the traffic violation but at

1    times that does make it difficult to get turned around

2    and get out and try to catch up to the vehicle.

3                At times we face sideways and the vehicles

4    will go by us and we see the traffic violation but it's

5    not caught on camera.  So hence why I always -- I always

6    attempted to try to get a second violation as well.

7        Q.  Understood.  So let me just understand what

8    you're saying about facing.  So which direction would

9    you face -- how would you face your patrol car if it

10   were trying to capture the traffic violation on the

11   camera?

12       A.  So I'd face it facing traffic.

13       Q.  So would that mean -- we can -- do you have a

14   piece of paper?

15               MS. HEBERT:  Josh, can I have a piece of

16   paper?  You can use that blue piece of paper.  That's

17   fine.

18       Q.  (BY MS. HEBERT)  I'm going to mark this as

19   Exhibit -- what exhibit are we on?

20               THE REPORTER:  90.

21               MS. HEBERT:  90.

22               (Exhibit No. 90 was marked.)

23       Q.  (BY MS. HEBERT)  All right.  I'm going to make

24   a number one here.  Can you help me what would it look

25   like when you're trying to capture --

1       A.  I'll draw a diagram.

2       Q.  Yeah, that's great.  Don't use the whole page

3   because we're going to have --

4       A.  Questions.

5       Q.  -- multiple, because you talked about different

6   places you would have --

7       A.  Only two places I do it like that.

8       Q.  Okay.

9       A.  So I'm going to typically mark 35 south by

10  Atascosa.

11      Q.  Okay.  And I see that you've drawn the north

12  and the south.  Is that fair?

13      A.  Yes, I'm going to mark them north and south.

14      Q.  Okay.  I'm not sure I know what that says.  Is

15  that north highway?

16      A.  North I-35 south, all these are northbound

17  lanes.

18      Q.  Got it.

19      A.  Okay.  So if this is the grassy median, so it's

20  got that big grassy area.  So sometimes if I can, I'll

21  face my vehicle in that grassy median.  I'll put the F

22  in front of the vehicle and R as the rear.

23      Q.  Sure.

24      A.  Facing -- facing traffic, this way going

25  northbound.

1    Q.  And -- and which way is the traffic going on

2    the northbound.  Can you draw me an arrow?  So you're --

3    you're facing -- as traffic is coming with -- toward

4    you?

5    A.  Yes.  So I can see traffic going this way and I

6    can see traffic going that way.

7    Q.  Got it.

8    A.  And then if I -- if -- that's just -- that's to

9    try to get the -- a good view without hurting my neck

10    and try to get hopefully get it on camera of a traffic

11    violation committed by someone.

12    Q.  Understood.

13    A.  There's also the way --

14    Q.  Draw a number one on that car so we just know

15    which one you're talking about.  Okay.

16    A.  Okay.  There's also the way -- so you can see

17    sideways.

18    Q.  You just drew two more vehicles, number two and

19    number three, and both of them you labeled the front and

20    rear, so you -- how you park them otherwise?

21    A.  Yes.  This is facing sideways, which the camera

22    will not capture the traffic violation.  So at that

23    point, you'll be seeing sideways.  And you'll see with

24    your eyes but the camera unfortunately won't see it.  So

25    at that point, you know, it makes it harder to capture

Page 96

1    probable cause -- PC for the stop.  Makes it harder to

2    capture on camera because, again, you're sitting

3    sideways and it's out of the view of the camera.

4        Q.  I understand.

5        A.  So that -- those are the ways of doing it on

6    the highway.  That's --

7        Q.  And would you try to position your vehicle in

8    position No. 1?

9        A.  I always try to.  And I always, again,

10   that's -- I always try many different ways.  If I can do

11   it, I'll do it.

12       Q.  Okay.  Would you do positions two and three?

13       A.  Yes.

14       Q.  And when would you do positions two and three?

15       A.  Just whenever I felt like doing that day.

16   Whatever I felt like trying, whatever I felt like

17   working with.

18       Q.  Okay.

19       A.  So -- and, again, it's -- it really depends,

20   too, I always look at the flow of traffic.  How fast is

21   the traffic going, am I going to be able to get out

22   enough to catch up to the vehicle.

23       Q.  Have you ever heard of using the -- the way

24   that you've positioned your vehicle for two and three,

25   using your -- your vehicle as a billboard when you're

1    doing positions two and three?

2        A.   I've heard -- there has been a billboard on two

3    and three because the card says, perhaps sheriff on it

4    in big round letters and it that's got a big old brown

5    and gold stripe on it and it's got vehicle number,

6    lights, and all that stuff.  So when somebody see it,

7    there's sometimes there's typically a reaction to it.

8    And I can tell -- that's -- I've seen it -- I've been on

9    the highway where I'm driving home, and I see someone

10   scooting over and they'll look at me and scoot over

11   again.

12            So I'll scoot over and then they'll scoot

13   over.  And it's -- at the point they commit a traffic

14   violation.  Because they're so worried about me and

15   what's -- my car that their reactions they're not paying

16   attention to traffic, they commit a traffic violation

17   and I'll hit them on a traffic violation.

18       Q.   Got it.  Would you say that there was a

19   position one, two, or three that you did most often?

20       A.   No, no, I just mix it up.  Sometimes I mix them

21   up during the day.  I'll hit one one way and then I go

22   face it the other way and then I'll go face it the other

23   way.  And then I'll -- it just depends.  On what I

24   filled out at the time was a very good position.

25       Q.   Understood.  Did the sheriff office have any

Page 98

1  roles on which position or how you should position your

2  car?

3          A.   No, ma'am.

4          Q.   And has the sheriff's office issued any other

5  rules today about how you should position your patrol

6  car?

7          A.   No, ma'am.

8          Q.   Okay.  You can put that to the side.  Thank you

9  for your amazing drawing skills and narrating through

10 all that.

11         A.   Do you need any of these?

12         Q.   I don't think so.  I think we can put them to

13 the side, too.

14              Let's look at Exhibit O.

15              (Exhibit No. 91 was marked.)

16         Q.   (BY MS. HEBERT)  My colleague is handing you

17 what's been marked Exhibit 91.  And I'll represent this

18 is from your work phone at the time.  This is labeled as

19 Conversation 2."  Before we move on, I just -- I have a

20 question for you.  What -- can you tell me the time

21 period when you used your personal phone for work versus

22 you got a county phone?

23         A.   I got my county phone I would say maybe --

24 maybe three, four months after the incident with Babb's

25 traffic stop.

Page 99

1          Q.  Okay.  So you got your county phone in, let's

2     say, April, May, June or July of 2022?

3          A.  I want to say yes.  I don't -- I don't recall

4     exactly when.

5          Q.  Okay.  Approximate is fine.  I'm just trying to

6     get an assessment.

7          A.  I would say somewhere around a few months after

8     that.

9          Q.  The summer of 2022?

10         A.  Yes, I would say that's fair.

11         Q.  Okay.  And why didn't you have a cell phone

12    before then?

13         A.  So Sergeant Gamboa had been working on one --

14    getting me one.  Unfortunately, you know, it just took a

15    while to get it.  And it took a deputy to retire for me

16    to get the phone.  So that's how that worked.

17         Q.  Okay.  That's helpful.

18              Let's look at Exhibit 91.  Can you identify

19    the phone number here ████████6104?

20         A.  Let me look at my county phone.  It's going to

21    be Lieutenant Freveletti.

22         Q.  Okay.  Lieutenant Freveletti.  You can -- here

23    do you have a pen, do you need a pen?  Can you write

24    that on here?

25         A.  Both are going to be Lieutenant Freveletti.

Page 100

1     Q.  Okay.  Great.  I know I'm testing you.  Can you
2     spell her name?
3     A.  It's a lot.
4     Q.  So can you tell me what's happening in this
5     text message?
6     A.  I'm asking about training.
7     Q.  Okay.  It doesn't -- like, is there a question
8     before this that wasn't captured by the conversation?
9     A.  I'm sorry?
10    Q.  So it seems like the first message is from
11    Lieutenant Freveletti.  Was there a prior message where
12    you messaged her about a training?
13    A.  I believe so.
14    Q.  Just help me understand in what's going on in
15    this text message?
16    A.  So I'm asking about going to a training class,
17    and she sent me a training form, I guess it's like a --
18    most of these -- they call it a gold mine meaning that
19    it's like -- this is how you should write your training
20    form and submit it to us.
21    Q.  Okay.  So she -- did she send you any examples,
22    is that what you're saying to me?
23    A.  Yes.
24    Q.  And by -- filled out by Estrada?
25    A.  Yes.

Page 101

1        Q.   Okay.  Do you remember what training this was?

2        A.   It's -- I believe it was another conference.

3        Q.   Okay.  So -- and the date on this is 1/24/2024.

4   Is that fair?

5        A.   Yes.

6        Q.   So some conference that you wanted to attend in

7   2024?

8        A.   Yes.

9        Q.   Do you -- have you attended that conference?

10        A.   No.

11        Q.   What conference was it?

12        A.   It's another interdiction conference.

13        Q.   Can you tell me what it was?

14        A.   It's basically -- they call it a national

15   interdiction conference.

16        Q.   Who puts it on?

17        A.   It depends, they -- the organization's called

18   National Interdiction -- I don't remember the full term

19   of it.  But they put on an interdiction conference

20   somewhere in the United States and basically

21   interdiction teams from all over the country and

22   sometimes over the world come and they assemble and they

23   talk about, you know, trends in their area.  Same thing

24   almost as the NBCI conference was.

25        Q.   Okay.  And you don't remember who put this

Page 102

1  conference on?

2      A.  It's -- I believe it goes by NIC.

3      Q.  NIC.  Okay.  Did you attend that conference?

4      A.  No, it hasn't happened yet.

5      Q.  Do you know when it's supposed to happen?

6      A.  September.

7      Q.  Are you supposed to attend it?

8      A.  I haven't got any information on it other than

9  have I been approved for it or not.

10      Q.  Okay.  Did you submit the form that Lieutenant

11  Freveletti was talking about here?

12      A.  Yes, ma'am.

13      Q.  Okay.  And how long does it normally take for

14  that form to get approved?

15      A.  They say a minimum of 30 days, and I believe I

16  submitted it probably around January/February time

17  frame.

18      Q.  Okay.  And does Lieutenant Freveletti approve

19  your training forms?

20      A.  Yes.  But she has -- in the conference, say,

21  especially when it costs a little bit of money it has to

22  get sent up to the chiefs and they have to approve the

23  funding for it.

24      Q.  So when it costs money, would it be fair to say

25  it takes longer to get approval?

Page 103

1          A.  I believe so, yes.

2          Q.  Okay.  Let's look at P.

3               MS. HEBERT:  Would you mind marking this,

4     Mr. Windham, as Exhibit 92.

5               (Exhibit No. 92 was marked.)

6          Q.  (BY MS. HEBERT)  I have three.  Three left.

7               MR. WINDHAM:  We're going to stick to it.

8               MS. HEBERT:  We have more than three.  Just

9     kidding.  Sorry.  They're kind of crinkled.

10         Q.  (BY MS. HEBERT)  My colleague is handing you

11    what's been marked Exhibit 92.  Take a second to review

12    this if you don't mind.

13              MS. HEBERT:  There's two pages.

14              MR. WINDHAM:  I did that again.  This has

15    two pages.

16         Q.  (BY MS. HEBERT)  Let me know when you're ready.

17         A.  Okay.

18         Q.  Exhibit 92 is what's marked "Gereb Work Text -

19    Conversation No. 3."  I think we just identified this

20    number as Lieutenant Freveletti; is that right?

21         A.  Yes.

22         Q.  Could you write Lieutenant Freveletti on that?

23         A.  I'm looking at all --

24         Q.  I think they're all from her.

25         A.  And it's a repeat.

Page 104

1        Q.  It's just a repeat, right.  And I think it's --
2    I don't know, but I think it is because there were
3    objects attached to it, so it's the way that this
4    examiner ended up pulling it, but we don't have the
5    objects.
6              And I'm just going to read -- the same
7    message is repeated I think three times or four times.
8    I'm just going to read parts of it to you and then ask
9    questions.  Is that okay?
10       A.  Yes, ma'am.
11       Q.  "GCSO interdiction just traffic stop a vehicle
12   on a cold stop."
13             Did I read that first sentence right?
14       A.  Yes, ma'am.
15       Q.  What is GCSO?
16       A.  I want to say it was referring to Guadalupe
17   County.
18       Q.  Guadalupe County Sheriff's Office interdiction,
19   is what she's referring to?
20       A.  Yeah.
21       Q.  And what is a cold stop?
22       A.  A cold stop is I saw the vehicle, nobody has
23   given me any information about it.  I developed, you
24   know, my own PC.  I stop the vehicle for whatever reason
25   and, you know, this is what -- this was the result of

Page 105

1    that finding.

2        Q.  And the result of that finding is the next

3    sentence "40 kg of fentanyl."  Is that fair?

4        A.  Yes, ma'am.

5        Q.  And then I see an emoji.  I'm not really sure

6    what that expression is.  How would you characterize

7    that emotion that emoji based on what you can see?

8        A.  Shock.

9        Q.  Okay.  So I understand lieutenant -- what's

10   your understanding of what Lieutenant Freveletti is

11   saying in this -- these two sentences?

12       A.  This was coming our way and, you know, this

13   county got it before us.

14       Q.  Okay.  And then let's read the next sentence.

15   "He just utilizes the license plate reader system for

16   vehicles going towards Houston and then turning back

17   around that's typically how he gets everything."

18               Did I read that right?

19       A.  Yes, ma'am.

20       Q.  What did you understand Lieutenant Freveletti

21   to be saying in that sentence?

22       A.  That he used a license plate reader, and during

23   his traffic stop, he accessed his license plate reader

24   during the traffic stop and observed that a pattern of

25   behavior for that vehicle.

Page 106

```
 1        Q.  Okay.  And do you know who the "he" that she's
 2   referring to is?
 3        A.  I believe the deputy that was involved in this
 4   traffic stop.
 5        Q.  Okay.  And did you understand Lieutenant
 6   Freveletti to be telling you that you should be using
 7   the license plate reader system to identify vehicles
 8   with one day turnarounds to and from Houston?
 9        A.  No.  She's saying that's just how he identified
10   it.  The license plate readers are a good tool to use.
11        Q.  Okay.  Did you have any takeaways from this
12   message?
13        A.  No.
14        Q.  Have you seen these kind of messages from
15   Lieutenant Freveletti before?
16        A.  Yes.
17        Q.  Okay.  And what do those messages usually say?
18        A.  Every so often.  It's like -- it pertains to
19   interdiction -- I think she's only sent me a handful of
20   them and basically it's this person has gotten this out
21   of this stop.  This is what's going on there.  There's a
22   possible trend.  You know, things to keep an eye out
23   for.
24        Q.  Okay.  And so is she saying here keep an eye
25   out for vehicles going toward Houston and then turning
```

Page 107

1    back around?

2        A.  No, ma'am.  What she's saying is that this is

3    possibly what is coming into our area due to this route.

4        Q.  Okay.  You can put that aside.  Let's look at

5    Exhibit Q.  We're going to mark that 93?

6            (Exhibit No. 93 was marked.)

7        Q.  (BY MS. HEBERT)  This is a long series of

8    messages, so I'm just going to ask you about some

9    specific ones if that's okay.

10           MS. HEBERT:  It's many pages, Joshua.

11           MR. WINDHAM:  Is this where it ends?

12           MS. HEBERT:  A message from Chris Torres is

13   the last one.  Yes, that's it.  That's the last page.

14       Q.  (BY MS. HEBERT)  okay.  Would you mind just

15   reviewing, you don't have to read the whole thing.

16   We're going to look at some specific messages.  But does

17   this look like a message chain that you're familiar

18   with?

19       A.  Yes, ma'am.

20       Q.  Okay.  Would you mind flipping to page 4.  And

21   the -- I'm going to just tell you this is Conversation

22   No. 4 from your work phone.  The top should be from

23   Chris Torres, is the first message from Chris Torres on

24   your page?

25       A.  Yes, ma'am.

Page 108

```
 1        Q.  Okay.  And midway through the messages on this
 2   page, I see a message from ██████████6104.
 3              Do you see that?
 4        A.  Yes.
 5        Q.  And is that Lieutenant Freveletti again?
 6        A.  I believe so.
 7        Q.  Okay.  Would you write Lieutenant Freveletti
 8   there?
 9        A.  (Witness complies.)
10        Q.  And it seems like she's asking is there anyone
11   who does not have a county cell phone; is that right?
12        A.  Yes, ma'am.
13        Q.  And it looks like the person labeled Pete
14   Gamboa responds "Interdiction doesn't."  Was Sergeant
15   Gamboa responding and saying interdiction does not have
16   cell phones?
17        A.  He was referring to me.
18        Q.  Okay.  But this is your work cell phone.  So
19   help me understand why he's referring to you as not
20   having a county cell phone when this is a message on the
21   county cell phone?
22        A.  On this date, I didn't have the phone yet.
23        Q.  Okay.  Then how did you -- how did this phone
24   end up on your -- how did this message chain end up on
25   your work phone?
```

Page 109

```
 1        A.  So there's a message chain that was -- which is

 2     an intel group and a group grid which I was later --

 3     which this phone was already added to it or I was added

 4     to it at another time.

 5        Q.  Okay.  So at some point you got added to it and

 6     all the old messages are still there?

 7        A.  Still there.

 8        Q.  Okay.  That's helpful.  Page 6.  Can you flip

 9     to page 6.  The number at the top of that page looks

10     like Freveletti is saying "Same staff requirement minus

11     Investigators."

12             Do you see that?

13        A.  Yes, ma'am.

14        Q.  And that looks like that's from Lieutenant

15     Freveletti as well?

16        A.  Yes, ma'am.

17        Q.  Could you go down to the message that's from

18     Sergeant Gamboa.  I don't even know how to tell you,

19     like two-thirds of the way from the bottom it starts

20     with "all"?

21        A.  "All Intel."

22        Q.  Yeah.  Can you read it?

23        A.  Yes, ma'am.  I'm sorry.  "All Intel and

24     Interdiction Officers fill out the daily with stats for

25     tonight."
```

Page 110

1      Q.  What was Sergeant Gamboa referring to there so

2  you understood it?

3      A.  To fill out your daily sheet for whatever we

4  did tonight.

5      Q.  Okay.  What's the daily sheet?

6      A.  It's a daily activity report that we fill out.

7      Q.  Okay.  Did you do it every day when you were an

8  interdiction officer?

9      A.  Typically, yes.  I would say there's days that

10  I missed.  Especially like longer days, and some -- some

11  I'd stick to my --

12      Q.  But for the most part you filled it out every

13  day?

14      A.  Yes.

15      Q.  And what would you put on that sheet?

16      A.  Whatever I did that day.  If I did two traffic

17  stops.  Did I search the vehicle, not search the

18  vehicle.  Did give a ticket, did I give a warning.  Was

19  there arrest made.  Did I seize any money, did I seize

20  any drugs.  Did I seize a vehicle, did I tow a vehicle,

21  recover a vehicle.  Estimated values, things of that

22  nature, weights.

23      Q.  Understood.  Would every traffic stop that you

24  made on a particular day in the criminal interdiction

25  unit be on that daily staff report?

Page 111

 1         A.   Yes, ma'am.

 2         Q.   I'm trying to figure out where the next one is,

 3     bear with me a second.  I think that might be it.

 4              Okay.  I think that's it for this one.  You

 5     can put that aside.  Thank you.

 6              I'm going to look at what exhibit -- what

 7     has previously been marked Exhibit 83.  So we're going

 8     to have to go through this stack in front of me to find

 9     it.  Give me a second.  That's right on top.  I'm going

10     to hand you what's previously marked as Exhibit 83.

11              MS. HEBERT:  If anybody needs a new copy,

12     please let me know.

13              (Exhibit No. 83 was previously marked.)

14              MR. FRIGERIO:  Just give me a second.

15              MS. HEBERT:  Sure.  Do you need to take a

16     break?

17              MR. FRIGERIO:  No, I need to get my copy.

18              MS. HEBERT:  Oh, okay.  I can give you a

19     new one, Charles.  I don't mind.

20         Q.   (BY MS. HEBERT)  Okay.  I'm going to represent

21     to you that this is the report that everyone's received

22     from the cell phone examiner after you sent your cell

23     phones in.

24         A.   Yes, ma'am.

25         Q.   Would you mind flipping to page 3?

Page 112

1        And do you see where it says "Evidence
2   Submitted".
3        A.   Yes, ma'am.
4        Q.   And the first section.  Do you see your name
5   there?
6        A.   Yes, ma'am.
7        Q.   And the paragraph talks about a lot of
8   technical details.  And then it gets to the most recent
9   phone number assigned to this device was ███████5302.
10       Do you see that?
11       A.   Yes, ma'am.
12       Q.   Was that your work phone number?
13       A.   Yes, ma'am.
14       Q.   That you received sometime in the June -- or in
15   the summer of 2022 time frame?
16       A.   Yes, ma'am.
17       Q.   Okay.  And you'll see that this is -- this
18   evidence item number is given a number, CFM 3942.
19       Do you see that?
20       A.   Yes, ma'am.
21       Q.   Can we flip to page 6?  And you'll see a page 6
22   analysis of evidence item CFM 3942.  Do you see that big
23   dark blue box?
24       A.   Yes, ma'am.
25       Q.   This is the record that the forensic examiner

Page 113

1    gave for that cell phone.  Do you understand?

2        A.  Yes, ma'am.

3        Q.  Okay.  And I want to look at the second line

4    under the header "Messaging App."  Do you see the header

5    "Messaging App"?

6        A.  Yes, ma'am.

7        Q.  The second line says, "At time of examination

8    message retention for iMessage was sent to -- set to

9    "Forever"."

10                Do you see that?

11        A.  Yes, ma'am.

12        Q.  At the time that you turned in your county

13    phone, does that mean that the -- your iMessage settings

14    were to keep your messages forever, to your knowledge?

15        A.  I don't know anything about iPhones.  I have an

16    Android.  So...

17        Q.  Your personal phone is an Android?

18        A.  Yes.  And I try -- and when it comes to the

19    county stuff, I try not to mess with the settings.

20        Q.  Okay.  So it was whatever the county setting

21    was?

22        A.  Yes, ma'am.

23        Q.  Understood.  And I want to look at the deleted

24    items which is on page 7.  So you'll see a blue header,

25    "Deleted Items."

Page 114

1        A.  Okay.

2        Q.  And I want to skip down to the second

3    paragraph.

4        A.  Okay.

5        Q.  Do you see the call -- the paragraph starting

6    the "Call Logs"?

7        A.  Yes.

8        Q.  I'm going read this paragraph to you.

9    (Reading:)  The call logs would have contained 2,398

10    entries if none were deleted.  At the time of

11    examination there were 250 entries.  There are no

12    entries at all between 2/5/2022 at 02:53 and 4/23/2022

13    at 14:46 hours.  That is a total of 163 entries.

14              Do you know what's going on here?

15        A.  No, ma'am.

16        Q.  Do you know who had the cell phone before you?

17        A.  Yes, ma'am.

18        Q.  Who had the cell phone before you?

19        A.  Hector Avila.

20        Q.  What was Hector Avila's function?

21        A.  He was part of the intel unit.

22        Q.  Can we look at the next paragraph?

23        A.  Yes, ma'am.

24        Q.  And I'm going to look at the last sentence,

25    (Reading:)  For the time period of 3/1/2022 to 5/1/2024,

Page 115

1    there were 72 missing rows indicating deleted messages.

2            Did I read that right?

3        A.  Yes, ma'am.

4        Q.  Do you know what happened there?

5        A.  No, ma'am.

6        Q.  To your knowledge, is there any way to retrieve

7    the records on this cell phone that were potentially

8    deleted or were missing?

9        A.  I don't know.

10        Q.  Sure.  In March of 2022, you were using your

11    personal cell phone for county use.  Is that fair?

12        A.  Yes, ma'am.

13        Q.  Who was your provider in March of 2022?

14        A.  AT&T.

15        Q.  And you previously testified that you had

16    contacted your provider, AT&T, for your phone records.

17    Do you remember that?

18        A.  Yes, ma'am.

19        Q.  Who did you speak with?

20        A.  I believe it was on the FirstNet

21    representative.  I don't remember their name.

22        Q.  What is FirstNet?

23        A.  It's part of AT&T where it allows first

24    responders to have access to a cell phone network during

25    a crisis, like, say, a hurricane or stuff like that.

1    They try their best to make sure that we have access to

2    make phone calls and stuff when needed.

3         Q.   Understood.  So it's like a special system that

4    first responders get their cell phone coverage when

5    nobody else does.  Is that fair?

6         A.   Yes, ma'am.

7         Q.   And what was FirstNet's response?

8         A.   They told me they could not retrieve the

9    messages because it was beyond -- it was beyond the time

10   frame that they're allowed to go back for.

11        Q.   Okay.

12        A.   And I think it was, like, I think it was two

13   weeks, just past two weeks, and I asked them, there's no

14   way.  And I was -- they said -- I they think told me a

15   subpoena.

16        Q.   A subpoena?

17        A.   Yeah.

18        Q.   Okay.  And do you know who a subpoena would

19   have to be served on?  Any idea?

20        A.   I don't know.

21        Q.   Sure.  Okay.  I'll just represent to you that

22   Mr. Schott's stop was in March -- March 16th, 2022.

23   Does that sound right to you?

24        A.   Yes, ma'am.

25        Q.   Okay.  When did you learn about Mr. Schott's

Page 117

1    complaint about his stop?

2        A.  I believe when the Deputy Babb had advised me

3    sometime after that.

4        Q.  Okay.

5        A.  He had advised me -- I don't remember exactly

6    when.  But he had told me that he had to do a report for

7    it and I was like, okay.  But I didn't -- I thought I

8    was just supposed to do a report, too, because it's not

9    required until -- unless we get out of the system on a

10   traffic stop.

11       Q.  Sure.  And you did not do a report.  Is that

12   fair?

13       A.  Yes, ma'am.

14       Q.  I'm right that you did not do a --

15       A.  I did not.

16       Q.  Okay.  And what was your understanding of what

17   Deputy Babb was saying to you, that he had to do a

18   report because Mr. Schott had complained?

19       A.  Yes, ma'am.

20       Q.  And do you know who -- who ordered Deputy Babb

21   to do a report?

22       A.  I believe Sergeant Gamboa.

23       Q.  Okay.  And when you learned that Mr. Schott had

24   made a complaint, did anyone tell you to save your call

25   logs?

Page 118

```
 1        A.   No.

 2        Q.   Did anyone tell you to save your text messages?

 3        A.   No.

 4        Q.   Okay.  When did you learn that Mr. Schott had

 5   filed a lawsuit?

 6        A.   When I got served a subpoena.

 7        Q.   Okay.  To do the deposition?

 8        A.   Yes.

 9        Q.   Okay.  Before that moment, I'll just -- I'll

10   represent to you that Mr. Schott filed this lawsuit on

11   June 1st, 2023, and you didn't get a subpoena for a

12   deposition until well after that.  Is that fair?

13        A.   Yes, ma'am.

14        Q.   After Mr. Schott filed the lawsuit and before

15   you got your subpoena, did anyone from the county speak

16   to you about saving your call logs?

17        A.   No, ma'am.

18        Q.   Did anyone from the county speak to you about

19   saving your text messages?

20        A.   No, ma'am.

21        Q.   Okay.

22             MS. HEBERT:  Let's take a little break, if

23   that's okay with everybody, and we'll get the computer

24   stuff set up for watching some videos.  Is that okay.

25   Ten -- five, ten minutes?
```

Page 119

```
 1              MR. ELLSWORTH:  Yeah.

 2              (Brief recess.)

 3      Q.  (BY MS. HEBERT)  Okay, we're back on the record

 4   after a short break.  I'm going to show you what is

 5   marked Exhibit 94.  I'm going to hand Janalyn a lovely

 6   exhibit saving sheet marked Exhibit 94.

 7              MS. HEBERT:  Charles, for the record,

 8   this is BC 517.

 9              (Exhibit No. 94 was marked.)

10      Q.  (BY MS. HEBERT)  As I mentioned at the

11   beginning, Deputy Gereb, we're going to watch parts of

12   the video.  I'll represent to you that this is from

13   Deputy Babb's body camera.  We're starting -- we're

14   going to start at, like, 30 minutes in.  He made a

15   traffic stop.  He's going through some -- in the part

16   you see right here he's going through some of the stuff

17   that he found in the vehicle from the traffic stop.

18              If you want to watch the rest of it, we can

19   take a break and you can watch the rest of it.

20   Otherwise, I'm going to start from here.  We're going to

21   start from 30 minutes and 8 seconds and we're going to

22   go to approximately 30 minutes and 27 seconds, well

23   maybe shorter.

24              Actually, before we get started we're

25   paused on 30 minutes and 8 seconds.  Do you see what's
```

Page 120

```
 1    up in the right-hand corner of the screen.  It looks
 2    like Deputy Babb's dashboard -- dashboard?
 3        A.  Yes, ma'am.
 4        Q.  And I see some stickers there.  What do you
 5    see?
 6        A.  Looks like it's a sign says got meth, a weed
 7    leaf and it's only salt officer.
 8        Q.  Okay.  What are those stickers about?
 9        A.  So from what Babb explained to me that some of
10    his trainings that he had received that there are
11    certain things that stimulate behaviors.  And, you know,
12    these were stickers from some of the companies that
13    he -- he had trained with and that's pretty much what
14    it's from.
15        Q.  Okay.  And do you have stickers in your patrol
16    car?
17        A.  No, ma'am.
18        Q.  You've never had stickers in your patrol car?
19        A.  I have.  But they're more from tactical --
20    tactical companies and that's it.  Nothing displaying
21    like marijuana or anything like that.
22        Q.  Okay.  So what are the stickers that you have?
23        A.  One of them, it said "American Savage" and it
24    was an Indian -- Indian skull and it was with the
25    headdress.  Okay, and that was it.  I think -- yeah,
```

Page 121

1    that was it.

2         Q.   Okay.   That's the only sticker you've ever had

3    in your vehicle?

4         A.   That was the only sticker I've had in my

5    vehicle and that was recently.

6         Q.   Okay.

7         A.   Unfortunately, I did crash that Tahoe on my

8    birthday, so.

9         Q.   Happy birthday.

10        A.   Yeah.   Was a great day.   But unfortunately --

11   that was it.   But other than that I've never put

12   stickers in my Tahoe like that.   And yeah, that's it.

13   I've never had anything else.

14        Q.   Okay.   We're going to watch from 3:08 to 3:27.

15             (Video playing.)

16        Q.   (BY MS. HEBERT)   Okay.   Is that you we see

17   there?

18        A.   Yes.

19        Q.   Okay.   And to confirm, was that Deputy Babb's

20   voice that we heard at the beginning of the clip?

21        A.   Yes, ma'am.

22        Q.   Okay.   We're going to skip -- try to skip as

23   much as possible.   I'm going skip to 33:12.   Okay.   I

24   got close.   We're at 33:11.   That's as close as we get.

25   I'm going to start at 33:11 and watch to 33 -- 33:34.

Page 122

```
 1                 (Video playing.)
 2        Q.  (BY MS. HEBERT)  Okay.  We stopped at 33:35.  I
 3   heard you say, "dude, I haven't been able to find
 4   nothing yet.  I mean, I had a couple of searches and
 5   found nothing."
 6                 Did I get that right?
 7        A.  Yes, ma'am.
 8        Q.  What did you mean by that statement?
 9        A.  I had done a couple of traffic stops, and for
10   whatever reason, I was able to search the vehicle but I
11   wasn't able to -- I hadn't been finding anything.
12        Q.  Okay.  In the first part of that clip, we heard
13   Deputy Babb telling you about the traffic stop he just
14   made; is that right?  I'm happy to watch it again.
15        A.  Yeah, can we watch it again?
16        Q.  Sure.  Sure.  I know it's, like, hard to keep
17   it all in your brain.  So we'll go back to 33 --
18        A.  33:08.
19                 MR. WINDHAM:  11.
20        Q.  (BY MS. HEBERT)  Actually, we'll just, you know
21   what, we'll just skip.  I think we -- I'm trying to keep
22   us not here forever.  Let's just watch from here.  We'll
23   watch from here to 33:46.  So we're watching from
24   3:30 -- 33:35 to 33:46.
25                 (Video playing.)
```

Page 123

1          Q.   (BY MS. HEBERT)   Okay.   So we just watched from

2     33:35 to 33:46.   Beginning part of this clip was Deputy

3     Babb telling you about the stop that he just made?

4          A.   Yes, ma'am.

5          Q.   Okay.   And then I heard Deputy Babb next say,

6     "the other ones, I turn on my lights", and then he made

7     like a swerving gesture kind of like a snake in the air

8     with his arm.   And then he made a fist gesture, "so it's

9     never on."

10               Did you -- did you hear that?

11               I'm happy to watch it again.

12          A.   I'm sorry, say that last part again.

13          Q.   Sure, let's just watch it again.   We'll watch

14     from 33:35.   All right.   We're going to have to watch

15     from 33:33, I guess.   It won't go there.   I just want

16     you to pay attention to what Deputy Babb does with his

17     arm and what he says there.

18               (Video playing.)

19          Q.   (BY MS. HEBERT)   Okay.   So that last part, I

20     heard Deputy Babb say "the other ones, I turn on my

21     lights" and then he made a hand swerving gesture and

22     then he made a -- and then he says "and then" and he

23     makes a hand fist gesture and then he says, "so it's

24     never on."

25               Did I get that right?

Page 124

1          A.  Yes, ma'am.

2          Q.  Okay.  What did you understand Deputy Babb to

3     be talking about there?

4          A.  I'm going to go -- I'm going to assume that

5     he's talking about the traffic stop.  So what he's seen

6     and whatever his traffic violation.  I haven't worked

7     with Babb in such a long time I don't --

8          Q.  Sure.

9          A.  I don't remember his mannerisms anymore.

10         Q.  No.  It's okay.  But you were -- you were here

11    at this conversation with Deputy Babb.  Is that fair?

12         A.  Yes, ma'am.

13         Q.  And you had spoken to him before.  Is that

14    fair?

15         A.  Yes, ma'am.

16         Q.  And he made a couple of hand gestures.  Did

17    you -- were you confused by what he was saying?

18         A.  Well, what I interpret it as that he made

19    traffic violations and he initiated a traffic stop.

20         Q.  Okay.

21         A.  That -- that was it.

22         Q.  And what did he mean by "so it's never on"?

23         A.  I don't recall.

24         Q.  Okay.  And I want you to look -- let's go back

25    a little bit and watch this same clip again.  I want you

Page 125

1    to -- to describe to me what you see in terms of Deputy
2    Babb making gestures.  I'm going to skip a little bit
3    here and try not to watch at the same time.  Let's see.
4    We're going to start from 3:39 and see if this is the
5    right section.
6                    MR. WINDHAM:  33:39.
7        Q.  (BY MS. HEBERT)  We're going to start from
8    33:39 and see if this is the right section.
9                    (Video playing.)
10       Q.  (BY MS. HEBERT)  Okay.  Can you describe the
11   hand gestures you saw Deputy Babb make there?
12       A.  Looks like he's talking about how the traffic
13   violations that he's seen.  And then -- I don't
14   understand what the fist was about.
15       Q.  Okay.  Could it be him pressing a button?
16       A.  I'm assuming that it's his way of initiating
17   the traffic stop.
18       Q.  Okay.
19       A.  Again, I don't know.  I don't recall.
20       Q.  And what could he -- what could it -- what --
21   what did you understand Deputy Babb to be referring to
22   when he said "it's never on"?
23       A.  I don't know.
24       Q.  Okay.  But you didn't say that at the time, did
25   you?

Page 126

1    A.  No.

2    Q.  Okay.  Let's watch from this point, which is

3    currently stopped at 3 -- 33:47 to 34, minute 34.

4              (Video playing.)

5    Q.  (BY MS. HEBERT)  Okay.  I heard Deputy Babb

6    say, "I changed my view, as you can see."

7              Did you hear that?

8    A.  Yes.

9    Q.  What was Deputy Babb referring to?

10   A.  So in some of Babb's training, he -- he looked

11   at certain vehicles, from what I recall, and then he

12   never really went after -- I guess you want to say

13   vehicles that were more inner city, versus how I did

14   things.  So I looked at everybody.  I pull a traffic

15   stop, I pull a traffic stop.  So Babb changed the way he

16   did things because we started working more inner city

17   and away from the highway.  Not away from the highway

18   but inner city around the highway.

19              We got away from more, I guess, the rural

20   part -- more urban, and so he started knocking down cars

21   differently.

22   Q.  He started -- what was that?

23   A.  Knocking down -- doing traffic stops

24   differently.  I'm sorry.

25   Q.  Okay.

Page 127

```
 1          A.  I say knocking down, meaning a traffic stop.
 2          Q.  Okay.
 3          A.  So he started doing traffic stops differently
 4     and changed his pattern and focused on more -- people
 5     more inner city.
 6          Q.  Okay.  Let's watch that piece again.  It was
 7     about 33:46 to 34.  So we're at 33:46, I'm going to play
 8     it till 34 again.
 9               (Video playing.)
10          Q.  (BY MS. HEBERT)  Okay.  I saw Deputy Babb point
11     at something and you turned and looked.  What was he
12     pointing at?
13          A.  The vehicle.
14          Q.  And what was he pointing at on the vehicle?
15          A.  Just the type of vehicle it is.
16          Q.  Okay.  So he changed his view on the type of
17     vehicle?
18          A.  That's my understanding at the time, yes.
19          Q.  The vehicle that he pulled over, is that what
20     you're saying?
21          A.  Yes.
22          Q.  When he said "the old" and he pointed again,
23     what was Deputy Babb referring to?
24          A.  I don't recall.
25          Q.  Okay.  Let's look at Exhibit DD and watch one
```

                                        Page 128

1    more video.  Hopefully this will be the last one.  This

2    will be marked Exhibit 95.

3                    (Exhibit No. 95 was marked.)

4        Q.  (BY MS. HEBERT)  And I'm going to mark you a

5    placeholder piece of paper.  I'm going to skip to 4:50.

6                    MR. WINDHAM:  Does it have a Bates number?

7                    MS. HEBERT:  I'll give it to you.  Hold on

8    a second.

9                    MR. WINDHAM:  10770.

10                    MS. HEBERT:  We'll play it from my

11    computer.  Is that okay?

12                    THE WITNESS:  Yes, ma'am.

13                    MS. HEBERT:  Why don't we go off the record

14    for like five minutes while I plug things in.  I'm going

15    to put a speaker up so that everybody can hear better.

16                    (Brief recess.)

17        Q.  (BY MS. HEBERT)  All right.  So we had some

18    technological issues.  I'm now standing over poor Deputy

19    Gereb's shoulder and we're going to watch on my laptop.

20    We're going to go to 4:50 in what has been marked

21    Exhibit 95, which is also BC 10770.

22                    And I'll represent to you, Deputy Gereb,

23    that before the -- four to five minutes before this, you

24    arrive at a traffic stop that Deputy Babb has already

25    made and he has found some kind of drug there.

Page 129

```
 1              You're, again, welcome to watch this video
 2      in its entirety.  Should you want to, we can take a
 3      break and you can watch the whole video.  This one is, I
 4      think a shorter video so if you really want to watch it,
 5      it would be easy to do.
 6              And we're going to play to 5:13.  I don't
 7      hear any sound.  Okay.  No sound.  Hold on.  Okay.  I'll
 8      go to 4:50.  Now let's try this again.  We're going to
 9      try from 4:49 and hopefully the sound will work this
10      time.
11              MS. HEBERT:  I don't hear anything, Josh.
12      We've got nothing.  We've got no sound.
13              MR. WINDHAM:  Take your speaker out and try
14      putting it through.
15              MS. HEBERT:  I did.
16              MR. WINDHAM:  Look at me telling you things
17      you already know.
18              MS. HEBERT:  All right.  Let's try this
19      again.  Sorry, folks.
20              MR. WINDHAM:  I have a computer.
21              MS. HEBERT:  Technological issues.  I don't
22      know how to fix that, Josh.  Oh, I do know how to fix
23      it.  All right.  Like, third time is the charm.
24              (Video playing.)
25         Q.  (BY MS. HEBERT)  Okay.  Let me try that again.
```

Page 130

1    Again.  Again.  Okay.  I'm going to start from 4:51 and

2    try this again.  I think we have the sound issue figured

3    out now and play to 5:13.

4                 (Video playing.)

5        Q.  (BY MS. HEBERT)  Okay.  We just watched a clip

6    from 4:50 to 5:13 where you're speaking with Deputy

7    Babb.

8                 Who is Veronica?

9        A.  That at the time was his ex-girlfriend -- or at

10   the time was his girlfriend, now ex-girlfriend.

11       Q.  Okay.  Deputy Babb was telling you, as you

12   understood it, that he had been on the phone with

13   Veronica.  Is that fair?

14       A.  Yes, ma'am.

15       Q.  Okay.  And Deputy Babb said that he got the

16   driver on obstruction.  Can you tell me what that means?

17       A.  Usually it's some other obstruction in

18   roadway -- highway or roadway.  Either they're going too

19   slow or they're stopped on the roadway, something of

20   that nature, that's somehow causing a traffic hazard or

21   violation.

22       Q.  Okay.  And you responded with, "I figured, and

23   I was like I know what you did, I know what you did."

24   What did you mean by that?

25       A.  I know what he did, at the time, I knew how he

1    was working.

2        Q.  Okay.  What did you mean by "I know how you

3    were working"?

4        A.  On this situation, I don't recall.  But I know

5    at the time, how he -- if he saw it he's going to get

6    them on it.

7        Q.  Okay.  We're going to skip ahead to another

8    spot.  A lot of what we're skipping here is, like, some

9    searching by you and Deputy Babb and arranging to tow

10   the vehicle as I understand it.  And so we're going to

11   skip to 15 -- 17:45.  We're going to watch from 17:45 to

12   approximately 17:57.

13              (Video playing.)

14       Q.  (BY MS. HEBERT)  Okay.  I heard Deputy Babb say

15   "he hates when he calls me, though.  And I can hear it

16   in his voice."

17              Did I get that right?

18       A.  I believe so, yes.

19       Q.  Was Deputy Babb referring to Sergeant Gamboa?

20       A.  I believe so.  I don't recall who was calling

21   him.  Usually Sergeant Gamboa is what we're talking

22   about.

23       Q.  Okay.  And what did you understand?

24       A.  Or -- or it could be one of the K-9 guys.

25       Q.  Okay.  What did you understand Deputy Babb to

Page 132

1    be saying in the clip that we just watched?

2         A.   That he called somebody, and --

3         Q.   That somebody called him or he called somebody?

4              How about we rewatch it if you want?

5         A.   Can we rewatch it?

6         Q.   Yeah.  17:45 to 17:57.

7              All right.  We're starting at 17:45 and

8    we'll watch to 17:57 approximately.

9              (Video playing.)

10        Q.   (BY MS. HEBERT)  Okay.  We stopped at 17:55.

11        A.   That's going to be -- if he's saying what he

12   got, that's going to be Sergeant Gamboa.

13        Q.   Okay.  So is Deputy Babb referring to, as you

14   stood it, Sergeant Gamboa calling him?

15        A.   Yes, ma'am.

16        Q.   And were you understanding Deputy Babb to be

17   saying Sergeant Gamboa was getting excited on the phone?

18        A.   I believe so.  He's just asking him about what

19   he has.

20        Q.   Sure.  We're going to watch from wherever we

21   are, 17:55 to 18:13.  So we're at 17:55, going to 18:13.

22              (Video playing.)

23        Q.   (BY MS. HEBERT)  Okay.  I heard you say "he

24   knows the reality that we're going to run into more --

25   we're going to run more into this shit than bigger

Page 133

1    shit."

2                    Did I get that right?

3        A.   Yes, ma'am.

4        Q.   What were you referring to?

5        A.   So typically in my experience and what I've

6    done with interdiction is the dope or the narcotics or

7    contraband that we have gotten is usually a lot smaller

8    than or, I could say, street level narcotics versus, you

9    see smuggler type.  Mostly because of the area or the

10   type of area that Bexar County is.  Bexar County is a

11   hub for narcotics and smuggling and trafficking and all

12   that stuff.  But the issue that we run into is that

13   there's so many highways, a lot of the main highways

14   through south Texas run through San Antonio and Bexar

15   County.

16                   We have two major loops.  We have two major

17   back -- we have tons of major back roads, county roads,

18   farm roads.  So it is -- you can be on one highway one

19   day and not catch anything but your smuggler is going

20   through a back road two miles away from you.

21       Q.   Okay.

22       A.   So it can -- so a lot of stuff we do catch, we

23   catch -- yes, we do have to arrest them for.  But it's

24   not always the bigger item that we want.

25       Q.   Okay.  So unpacking all of that, would it be

Page 134

1    fair to say that most times that you searched and
2    discovered narcotics it was relatively small amounts?
3        A.  Yes, ma'am.
4        Q.  And the "he" that you were talking about here,
5    was that Sergeant -- Sergeant Gamboa again?
6        A.  Yes, ma'am.
7        Q.  Okay.  We're going to watch the same clip
8    again.  Try to watch 17:57 to 18:13, but I want you to
9    pay attention to what Deputy Babb says.  And it's a
10   little hard with the wind and it being your body camera.
11   But we'll just see what we can do.  Okay.  I'm going to
12   play from 17:58 forward.
13                  (Video playing.)
14       Q.  (BY MS. HEBERT)  So -- we'll replay this little
15   last bit so you can hear the whole thing a little more
16   again.  We'll play it just 8:07 forward -- 18:07.
17   Excuse me.
18                  (Video playing.)
19       Q.  (BY MS. HEBERT)  Okay.  I heard Deputy Babb say
20   "But we are hunting that way right now, and that's how
21   I've been hunting."
22                  Did I get that right?
23       A.  Yes, ma'am.
24       Q.  What did you understand Deputy Babb to mean by
25   hunting?

Page 135

1      A.  So hunting is just -- it's a slang term that we

2   have used for, you know, going out being proactive

3   policing, looking for people involved in criminal

4   activity, you know, traffic stops, field contacts,

5   suspicious activity that we're -- we're just coming up

6   upon.  So it could be any form of proactive policing.

7      Q.  Cool.  Okay.  We're going to watch from

8   wherever we are 18 -- 18:16 to 18:23.  We may have to go

9   back.

10             (Video playing.)

11      Q.  (BY MS. HEBERT)  Okay.  I heard you say "That's

12   why I've been going around on highways, man."

13             Did I get that right?

14      A.  Yes, ma'am.

15      Q.  What did you mean by that?

16      A.  Usually I'm just going up and down the highway,

17   I'm going to access road and going to highways.  If

18   there's an access road I'll go and just make my rounds,

19   circles, and see -- and see if I can catch anybody

20   that's involved in any type of criminal activity.

21      Q.  Is that part of what you were referring to as

22   hunting?

23      A.  Yes, ma'am.

24      Q.  Okay.  We're going to skip a little ahead.  Try

25   to save us some time.  We're going to skip to 19:20.

Page 136

1    We're going to watch to 19:29, just a couple seconds.

2                    (Video playing.)

3         Q.  (BY MS. HEBERT)  Okay.  We actually stopped at

4    19:33.  Sorry.  I was a little slow.  I heard Deputy

5    Babb say, "I'm glad I got something after all those

6    stops."

7                    Did I get that right?

8         A.  Yes, ma'am.

9         Q.  And then I heard Deputy Babb say something,

10   like, "I just got done -- I just got done telling

11   Veronica that I must suck because I've done, like, nine

12   stops."

13                   Did I get that right?

14        A.  Yes, ma'am.

15        Q.  Was Deputy Babb saying he had done at least

16   nine stops before the current one and found nothing?

17        A.  Yes, ma'am.

18        Q.  Okay.  I think we're done with that video, and

19   I can stop standing over your shoulder.  Is that okay?

20        A.  Yes, ma'am.

21        Q.  Okay.  Pass that back over here.

22                   Okay.  Thank you, Deputy Gereb.  At this

23   time, we're going to pass the witness and hold the

24   deposition open given that we still don't have all the

25   documents.  We may have to talk to you again, I'm sorry

Page 137

1    to say that.  But we'll pass the witness for now.

2                    MR. ELLSWORTH:  We'll reserve our

3    questions.

4                    MR. FRIGERIO:  We'll reserve our questions

5    as well.

6                          (Deposition concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 138

1                              ERRATA PAGE

2

3    WITNESS NAME:  JOE GEREB     DATE:  08/01/2024

4

5    PAGE  LINE  CHANGE              REASON

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

1        ACKNOWLEDGMENT OF DEPONENT

2

3        I, JOE GEREB, do hereby certify that I have

4   read the foregoing pages and that the same is a correct

5   transcription of the answers given by me to the

6   questions therein propounded, except for the corrections

7   or changes in form or substance, if any, noted on the

8   attached errata page.

9

10   _____

     JOE GEREB                    DATE

11

12

13   THE STATE OF TEXAS    )
                           )
14   COUNTY OF _____)

15

         Before me, _____, on this day

16   personally appeared JOE GEREB, known to me (or proved to
     me under oath or through

17   (description of identity card or other document) to be
     the person whose name is subscribed to the foregoing

18   instrument and acknowledged to me that they executed the
     same for the purposes and consideration therein

19   expressed.

20        Given under my hand and seal of office this
     ____ day of _____, _____.

21

22

                        NOTARY PUBLIC IN AND FOR

23                      THE STATE OF

24

25

Page 140

1                    REPORTER'S CERTIFICATION

                    DEPOSITION OF JOE GEREB

2                    TAKEN AUGUST 1, 2024

3              I, Janalyn Elkins, Certified Shorthand

4     Reporter in and for the State of Texas, hereby certify

5     to the following:

6              That the witness, JOE GEREB, was duly sworn by

7     the officer and that the transcript of the oral

8     deposition is a true record of the testimony given by

9     the witness;

10             That the original deposition was delivered to

11    CHRISTIE HEBERT;

12             That a copy of this certificate was served on

13    all parties and/or the witness shown herein on

14    _____.

15             I further certify that pursuant to FRCP No.

16    30(f)(i) that the signature of the deponent was

17    requested by the deponent or a party before the

18    completion of the deposition and that the signature is

19    to be returned within 30 days from date of receipt of

20    the transcript.  If returned, the attached Changes and

21    Signature Page contains any changes and the reasons

22    therefor.

23             I further certify that I am neither counsel

24    for, related to, nor employed by any of the parties in

25    the action in which this proceeding was taken, and

Page 141

1    further that I am not financially or otherwise

2    interested in the outcome of the action.

3              Certified to by me this 18th day of August

4      2024.

5

6                         JANALYN ELKINS

7                         Texas CSR 3631

                          Expiration Date 1/31/2025

8                         Veritext Legal Solutions

                          300 Throckmorton Street, Suite 1600

9                         Fort Worth, Texas  76102

                          Firm Registration No. 571

10                        PH:  (817) 336-3042

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 142

1    Charles S. Frigerio, Esq.

2    Charlie@frigeriolawfirm.com

3              August 18, 2024

4    RE:    Schott, Alek v. Babb, Joel Et Al

5         8/1/2024, Deputy Joe Gereb (#6725911)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22              Yours,

23              Veritext Legal Solutions

24

25

**[& - 30th]**                                                                   Page 1

| & | | | |
|---|---|---|---|

**&**   2:17

**0**

**00706**   1:5
**02:53**   114:12
**0510**   25:5
**08/01/2024**
  138:3

**1**

**1**   1:13,18 72:23
  96:8 140:2
**1/24/2024**
  101:3
**1/31/2025**
  141:7
**10**   20:24 60:17
**10/25/2023**
  64:22
**100**   72:24
**103**   3:15
**107**   3:16
**10770**   128:9,21
**10:00**   22:21
**11**   72:19,21
  122:19
**111**   1:21 2:12
  3:20
**119**   3:16
**11:30**   18:13
**11:35**   22:21
**12798**   141:6
**128**   3:17
**1300**   19:24

**138**   3:7
**140**   3:8
**14:46**   114:13
**15**   25:7 27:3
  131:11
**1500**   20:24
**1510**   20:25
  22:13
**15:32**   77:17
**15:32:02**   77:22
**16**   3:19 89:25
  90:1
**1600**   141:8
**163**   114:13
**1650**   25:5
**16th**   116:22
**17**   65:7
**17:45**   131:11
  131:11 132:6,7
**17:55**   132:10
  132:21,21
**17:57**   131:12
  132:6,8 134:8
**17:58**   134:12
**18**   19:14 22:19
  45:17,18 135:8
  142:3
**18:07**   134:16
**18:13**   132:21
  132:21 134:8
**18:16**   135:8
**18:23**   135:8
**18th**   141:3
**19**   67:20 73:2

**19:20**   135:25
**19:29**   136:1
**19:33**   136:4
**19:40:10**   69:13
**1:30**   1:18
**1st**   22:21 25:2
  52:1 118:11

**2**

**2**   1:13 3:3
  98:19
**2,398**   114:9
**2/5/2022**
  114:12
**20**   35:10 40:24
  67:21 73:12
**200**   2:17
**201**   3:11 9:25
  10:4,6,8 11:21
  15:6,8,9 16:6
  27:13
**2017**   28:12
**2018**   28:12
**2020**   11:2,4
  12:19
**2021**   3:19
  10:18 11:9
  14:1,10,20
  17:4 27:2
  28:25 64:13
**2022**   41:9,13
  99:2,9 112:15
  115:10,13
  116:22
**2023**   52:1,10,18
  74:3 118:11

**2024**   1:13,18
  4:15 5:22
  101:7 140:2
  141:4 142:3
**21**   74:19,22
  75:17 77:14,14
  78:7
**210**   2:13 62:8
  63:2,7 68:2,11
  68:20 75:18
  76:3,20 99:19
  108:2 112:9
**22**   74:19,22
  77:10,15,17
  78:6
**22203**   2:8
**250**   114:11
**27**   119:22
**271-7877**   2:13
**29th**   18:11
**2:40**   60:4
**2nd**   24:25 26:3

**3**

**3**   103:19
  111:25 126:3
**3/1/2022**
  114:25
**30**   35:11 40:24
  102:15 119:14
  119:21,22,25
  140:16,19
  142:16
**300**   141:8
**30th**   10:18 11:9
  14:1,10,20

**[30th - 8th]**                                    Page 2

18:12
**31st**  21:3 23:2
**33**  121:25
    122:17
███-3042
    141:10
**33:08**  122:18
**33:11**  121:24
    121:25
**33:12**  121:23
**33:33**  123:15
**33:34**  121:25
**33:35**  122:2,24
    123:2,14
**33:39**  125:6,8
**33:46**  122:23
    122:24 123:2
    127:7,7
**33:47**  126:3
**34**  126:3,3
    127:7,8
**35**  92:21 94:9
    94:16
**3631**  141:7
███-7624  75:18
**3942**  112:18,22
**3:08**  121:14
**3:27**  121:14
**3:30**  77:18
    122:24
**3:32:02**  77:24
**3:39**  125:4

**4**

**4**  3:4,6 107:20
    107:22
**4/23/2022**
    114:12
**40**  105:3
**465**  1:22 2:12
**4700**  2:17
**476-4600**  2:18
**480-5936**  2:5
**4:40**  1:18
**4:49**  129:9
**4:50**  128:5,20
    129:8 130:6
**4:51**  130:1
**4th**  90:22

**5**

**5**  72:19,21,23
    73:1,2,4 76:23
**5/1/2024**
    114:25
**512**  2:5,18
**517**  119:8
███-2695  68:11
**571**  141:9
**5:13**  129:6
    130:3,6
**5:23cv**  1:5

**6**

**6**  109:8,9
    112:21,21
**6/9**  77:22
**6/9/2023**  77:17

**61**  3:12
**6177**  10:9,12
    13:22
**6178**  10:21
    13:6
**6204**  14:24
    15:1
███-7815  62:8
    63:2
**64**  3:19 67:3,6
    67:9,16,20
    69:1 72:8
**65**  3:12
███-5302  112:9
**67**  3:13,19
**6725911**  142:5
**682-9320**  2:8

**7**

**7**  113:24
**7/17/2023**  69:8
**70**  19:10
**703**  2:8
**72**  115:1
**720**  21:5,13
    23:3 28:23,24
**73**  3:19 16:11
    16:12
**74**  3:13,14
**76102**  141:9
**78**  12:13
**78205**  2:13
**78701**  2:4
**78723**  2:18

**8**

**8**  119:21,25
**8/1/2024**  142:5
**816**  2:4
**817**  141:10
**83**  3:20 111:7
    111:10,13
**84**  3:11 9:15,16
    9:18,20 14:24
**843**  76:21
███-6649  76:4
**85**  3:12 61:20
    61:21
███-2685  68:20
███-6104  99:19
    108:2
**86**  3:12 65:4,6
**87**  3:13 67:8,10
    67:14,17,22
    69:14
**88**  3:13 74:16
    74:22 75:6
    77:15 78:1,1,7
    78:14
**88-89**  74:17
**89**  3:14 74:16
    74:22 75:10
    77:11,15,17
    78:6,12 91:16
**8:07**  134:16
**8:15**  21:3
**8th**  11:2,4

| 9 |
|---|

**9** 3:11 17:19
  44:1 61:19
  64:2,3 66:22
  74:1 76:20
  131:24
**9/10** 83:16
**90** 3:14 93:20
  93:21,22
**900** 2:7
**901** 2:7
**91** 3:15 98:15
  98:17 99:18
**92** 3:15 73:1,3
  73:3,4,4,4
  103:4,5,11,18
**93** 3:14,16
  107:5,6
**■-0914** 68:2
**94** 3:16 119:5,6
  119:9
**95** 3:17 128:2,3
  128:21
**960** 2:4
**98** 3:15
**99.999** 79:17
**■-0914** 63:7
**9:30** 18:13
**9:45** 21:3

| a |
|---|

**able** 7:12 13:5
  30:3 96:21
  122:3,10,11
**above** 1:17
  142:6

**academy** 15:2
  15:18,22 49:15
  81:1
**accepted** 58:19
**access** 23:11
  115:24 116:1
  135:17,18
**accessed**
  105:23
**accessing** 21:4
  23:4,10
**accordance**
  13:11 14:5
**accuracy** 142:9
**acknowledged**
  139:18
**acknowledg...**
  139:1 142:12
**acronym** 16:24
**action** 1:5
  140:25 141:2
**active** 36:4,8
  49:22
**activity** 54:13
  110:6 135:4,5
  135:20
**actual** 44:15
**actually** 25:1
  37:10 59:19
  69:9 71:5
  84:22 85:2
  119:24 122:20
  136:3
**add** 20:18
  27:25

**added** 109:3,3
  109:5
**adding** 88:4
**addition** 70:9
**additional**
  44:17
**administrator**
  56:25
**advanced** 36:2
**advised** 117:2,5
**afternoon** 4:9
**agencies** 50:13
  59:16
**agency** 15:15
  42:4,17 49:23
  50:18 51:18
  54:19 59:19
**agency's** 33:7
**agenda** 3:19
  18:9
**agent's** 79:13
**agents** 32:11
  84:19
**ago** 47:15
**agree** 9:2,6,9
  50:18 51:8
  73:11 82:5
**ahead** 131:7
  135:24
**aid** 27:22
**air** 26:17 66:8
  123:7
**al** 142:4
**alcohol** 7:15

**alek** 1:3 4:13
  142:4
**alert** 35:18
  49:23
**allotted** 142:19
**allowed** 116:10
**allows** 66:10
  115:23
**amazing** 98:9
**amber** 35:18
**amd** 86:23
**amendment**
  90:22
**american**
  120:23
**amounts** 134:2
**analysis** 3:20
  112:22
**android** 113:16
  113:17
**angry** 37:8,13
**answer** 6:10
  15:8 30:9,12
  31:1 38:2
**answered**
  85:23
**answering** 6:17
**answers** 6:8
  139:5
**antonio** 1:2,22
  2:13 133:14
**anybody** 60:11
  111:11 135:19
**anymore** 124:9

**app** 55:8 113:4
113:5
**apparently**
11:24 12:15
**appearances**
3:3
**appeared**
139:16
**appears** 10:3
**applicable**
142:8
**approached**
51:4
**appropriate**
83:12
**approval**
102:25
**approve** 71:4
102:18,22
**approved** 18:3
102:9,14
**approximate**
99:5
**approximately**
119:22 131:12
132:8
**april** 10:18
11:9 14:1,10
14:20 99:2
**area** 94:20
101:23 107:3
133:9,10
**argument** 80:6
**arlington** 2:8

**arm** 70:8 123:8
123:17
**arranging**
131:9
**arrest** 110:19
133:23
**arrive** 128:24
**arrow** 95:2
**articulate** 47:4
**aside** 107:4
111:5
**asked** 30:20
65:17 85:22
116:13
**asking** 29:12,14
29:14 43:3,4
52:10 57:14
73:16 78:4
81:18,20 85:18
85:20 100:6,16
108:10 132:18
**asleep** 63:14
**assaulted** 37:23
**assemble**
101:22
**assess** 21:14,15
21:18 22:2,10
46:19 47:19
48:6
**assessing** 20:21
23:7,9,12
29:12
**assessment**
99:6

**assigned** 11:5,7
14:10,12,19
48:16 112:9
**assignment**
10:17 14:21
**assume** 85:17
85:18 91:22
124:4
**assuming**
125:16
**at&t** 115:14,16
115:23
**atascosa** 54:18
92:22 94:10
**attached** 104:3
139:8 140:20
142:11
**attempted** 93:6
**attend** 17:2,4
17:12,17,21,22
28:7 31:8,14
101:6 102:3,7
**attended** 17:10
27:18 32:3
64:13 101:9
**attending** 17:6
21:9 64:10
**attention** 37:18
97:16 123:16
134:9
**attest** 79:8
**attorney**
142:13
**attorney's**
44:11

**attorneys** 7:19
**audible** 30:22
33:22 35:1,1
**august** 1:13,18
18:12 21:3
23:2 140:2
141:3 142:3
**aunt's** 30:1
**austin** 2:4,18
**authorized**
70:19,22 71:1
**available** 142:6
**avenue** 2:4
**avila** 114:19
**avila's** 114:20
**awry** 40:7

**b**

**b** 3:10
**babb** 1:6 2:16
5:4 17:11,14
41:17 43:23
59:2 60:24
79:20,22 80:11
80:18,19,25
81:10,16,17,21
85:15 89:17,19
89:21 91:23
92:2,9 117:2
117:17,20
120:9 122:13
123:3,5,16,20
124:2,7,11
125:2,11,21
126:5,9,15
127:10,23

128:24 130:7
130:11,15
131:9,14,19,25
132:13,16
134:9,19,24
136:5,9,15
142:4
**babb's** 79:24
80:2 98:24
119:13 120:2
121:19 126:10
**babby** 77:25
90:16
**back** 4:14,17
5:22 10:16
11:14,17,19,25
12:1,9,25 13:1
13:1,5,19 23:1
24:22 27:3
32:20 35:22
38:2 39:8,13
42:21 46:7
47:9 48:25
52:6 60:20
62:24 63:17
71:5,16 75:9
77:3 81:22,25
88:22 105:16
107:1 116:10
119:3 122:17
124:24 133:17
133:17,20
135:9 136:21
**bad** 37:9,14
51:13,14 86:25

**bag** 26:17
**barricaded**
33:4,20 39:18
39:20,20,21
**based** 25:15
46:25 47:7
105:7
**basic** 32:24
33:7 36:2,6
**basically** 10:13
10:14,24 20:11
21:14,15,19
22:18 23:17,24
24:21 29:5
35:6 44:12
48:19,20 49:22
65:22,25 71:22
72:23 78:25
91:7 101:14,20
106:20
**bat** 37:8
**bates** 128:6
**bc** 10:9,21
14:24 119:8
128:21
**bcm** 10:12
**bear** 79:1 84:5
111:3
**becoming** 57:4
58:12
**beginning**
119:11 121:20
123:2
**behavior** 20:22
28:2 32:25

38:3 82:12
105:25
**behaviors**
20:20 29:6,18
120:11
**believe** 17:14
29:2 31:10,10
32:19 33:5
44:15 53:3,5,8
53:14 58:21
59:2 62:10
65:23 73:8,14
78:3 79:23
80:25 85:10
100:13 101:2
102:2,15 103:1
106:3 108:6
115:20 117:2
117:22 131:18
131:20 132:18
**belligerent**
37:8,13
**beneficial** 43:9
**benefit** 36:18
**benigno** 25:8
**best** 7:12 79:16
89:7,7 92:13
116:1
**bet** 91:17
**better** 36:25
79:7 91:7
128:15
**bexar** 1:10 2:10
7:19 9:1,3,9
17:16 33:9

60:25 133:10
133:10,14
**beyond** 116:9,9
**bifocals** 86:22
87:7
**big** 92:21 94:20
97:4,4 112:22
**bigger** 132:25
133:24
**billboard** 96:25
97:2
**birthday** 121:8
121:9
**bit** 23:1,2 28:23
36:20 39:14,17
41:2 46:12,20
47:19 51:1
54:2 78:13
102:21 124:25
125:2 134:15
**bits** 27:23
**black** 16:19
**blow** 88:16
**blue** 51:23 62:2
75:17 93:16
112:23 113:24
**board** 71:5
**body** 92:23
119:13 134:10
**bolt** 71:24 72:2
**bolts** 24:8
**booklet** 67:4,12
**borrow** 68:9
**bothering** 34:3

**[bottom - changed]**  Page 6

| | | | |
|---|---|---|---|
| **bottom** 10:10 69:20 71:6 109:19 | **call** 36:12 54:19 66:6 72:14,14,18,24 72:25 90:4 100:18 101:14 114:5,6,9 117:24 118:16 | 23:24 24:17,19 38:20,20 43:19 82:10 93:9 95:14 97:15 98:2,6 120:16 120:18 | 113:1 114:16 114:18 115:7 115:11,24 116:4 |
| **boulevard** 2:17 | | | **center** 60:1 |
| **box** 112:23 | | | **certain** 29:19 |
| **brain** 122:17 | | **card** 97:3 139:17 | 29:22 30:21 |
| **brakes** 19:11 | **called** 67:12 89:19 101:17 132:2,3,3 | **care** 31:23 | 38:3 45:14,15 46:10,11 61:8 |
| **breach** 49:25 | | **carrying** 30:8 | 80:8 120:11 |
| **breacher** 49:17 49:20,24 | **calling** 80:18 80:19 81:10,21 84:1 88:19 131:20 132:14 | **cars** 126:20 | 126:11 |
| **break** 6:19 60:6 60:9,9,14,23 62:16,21 89:25 111:16 118:22 119:4,19 129:3 | | **case** 4:13 7:23 25:21 85:13 | **certificate** 3:8 15:2,17,21 16:3 140:12 |
| | | **catch** 83:17 91:18 92:4,12 93:2 96:22 133:19,22,23 135:19 | **certificates** 15:7 |
| **brief** 60:19 62:23 79:3 119:2 128:16 | **calls** 116:2 131:15 | | **certification** 15:4 140:1 |
| | **calm** 34:3 | **catching** 51:15 51:15 | **certified** 140:3 141:3 |
| **briefly** 11:13 78:21 | **cam** 88:14 92:5 92:13 | **caught** 30:19 93:5 | **certify** 139:3 140:4,15,23 |
| **bring** 8:11,14 8:18 32:10 | **camera** 92:15 93:5,11 95:10 95:21,24 96:2 96:3 119:13 134:10 | **cause** 1:17 23:25 79:14 84:14,23 85:1 85:15 88:14 96:1 | **cfm** 112:18,22 |
| **bro** 65:17 | | | **chain** 64:21 107:17 108:24 109:1 |
| **brought** 92:9 | | | **challenger** 87:12 |
| **brown** 97:4 | **cameras** 92:18 | **causing** 50:16 130:20 | **chance** 36:13 61:22 75:11 |
| **bucky** 63:18 64:16,19 | **camry** 56:8 | **cell** 8:14,18,20 8:22,23 61:6,8 62:25 99:11 108:11,16,18 108:20,21 111:22,22 | **change** 48:10 48:13 138:5 |
| | **capacity** 1:7,8 1:10 | | |
| **bus** 89:25 | **capture** 6:9 92:18 93:10,25 95:22,25 96:2 | | **changed** 50:8 126:6,15 127:4 127:16 |
| **button** 125:15 | | | |
| **c** | **captured** 88:14 100:8 | | |
| **c** 2:1 75:25 76:1 | **car** 19:12,12 21:5 23:4,14 | | |
| **calderon** 75:19 75:21,22 76:18 79:19,21 87:21 87:23 | | | |

**[changes - confirming]**                                                    Page 7

changes 3:7
  30:22 139:7
  140:20,21
  142:10
changing 87:17
characteristics
  19:17
characterize
  105:6
charger 87:13
charles 1:21
  2:10,11,12
  16:13 62:12
  111:19 119:7
  142:1
charlie 2:14
  142:2
charm 129:23
cheapo 70:22
cheating 37:17
chebert 2:5
check 58:25
  60:11,16
checking 59:23
cheering 88:2
chest 70:9
chief 71:4
chiefs 102:22
child 35:22
chris 107:12,23
  107:23
christen 4:12
christie 2:3
  140:11

circles 135:19
citation 39:9
city 51:14
  126:13,16,18
  127:5
civil 1:5,23
clarify 46:12
class 19:24
  20:10 25:3
  32:17 100:16
classes 22:10
  23:3 25:20
clear 6:4,5,7
  7:6,17 17:22
  40:13 63:18
cleared 36:6
  46:13 63:25
clearing 46:6
climate 38:11
clip 121:20
  122:12 123:2
  124:25 130:5
  132:1 134:7
close 121:24,24
closely 19:14
cmv 32:13,14
cmv's 22:12,23
  25:3
cold 104:12,21
  104:22
colleague 5:1
  9:19 98:16
  103:10
collin 41:4,5,8
  41:13,14 42:3

42:21 43:11,25
  44:22
color 16:21
  70:6
combination
  91:1
come 24:13
  34:4 42:21
  48:22,22 55:22
  91:6 101:22
comes 47:21
  48:23 91:10
  113:18
coming 20:17
  29:15 30:2,4,5
  39:8 54:17
  59:11 95:3
  105:12 107:3
  135:5
commerce 30:1
commercial
  22:16 32:15
commission
  27:7 50:15
  51:13
commit 18:23
  97:13,16
committed 35:9
  37:23 95:11
companies
  120:12,20
compartment
  26:14
compartments
  26:11,15

complained
  117:18
complaint
  117:1,24
completed
  142:16
completion
  140:18
complies 69:5
  108:9
computer
  118:23 128:11
  129:20
computerized
  1:20
concluded
  137:6
conditioning
  66:8
conference
  3:19 17:2,2,4,6
  17:24 27:2,3
  29:1 31:9,15
  64:10,14 101:2
  101:6,9,11,12
  101:15,19,24
  102:1,3,20
conferences
  17:25 25:12
confidential
  53:24 54:4
confirm 73:11
  121:19
confirming
  59:18

[confuse - criminal]                                                     Page 8

confuse   87:11
  87:12
confused   87:14
  124:17
confusing   4:22
congress   2:4
connects   88:24
consideration
  139:18
consistency
  67:6
contact   40:6
contacted
  115:16
contacts   135:4
contained
  114:9
contains
  140:21
context   27:5
  83:10
continuation
  21:1 22:24
continued   25:1
contraband
  27:9,10 133:7
conversation
  35:12 58:22
  61:14,16,19
  63:13 67:20,21
  69:10 73:12
  74:13 75:16
  77:10,14,15,17
  78:6,7 98:19
  100:8 103:19

107:21 124:11
conversations
  33:15 34:7
  61:12 65:7
  69:8 74:14
converse   38:23
cookie   31:1
cool   6:15 59:6
  135:7
cop   25:8,12,16
  25:17 26:5
  31:7,8,14,24
copies   142:14
cops   38:6 80:6
copy   9:22
  15:22 16:18,19
  16:21 111:11
  111:17 140:12
corner   120:1
corners   36:4
correct   6:14
  11:5 14:3
  30:11,11 56:18
  90:19 139:4
corrections
  139:6
correctly   14:7
  63:15 84:9,15
costs   102:21,24
counsel   5:4
  140:23 142:14
country   25:23
  101:21
county   1:10
  2:10 5:4 8:20

8:23 9:1,3,8,9
  15:11,12,13,17
  17:16 18:3,6
  28:20 33:9
  41:4,5,8,14
  42:3,22 43:11
  43:25 44:8,10
  44:23 60:25
  92:22 98:22,23
  99:1,20 104:17
  104:18 105:13
  108:11,20,21
  113:12,19,20
  115:11 118:15
  118:18 133:10
  133:10,15,17
  139:14
county's   7:19
couple   11:15
  19:21 21:11
  32:4 67:24
  122:4,9 124:16
  136:1
course   15:15,20
  17:23 18:3,6
  18:20 20:3,4
  20:25 21:7,8,9
  22:5,6,9,15,20
  22:24 25:10,15
  25:24 26:6,7
  26:11 27:1
  32:23,25 33:1
  33:2,8 34:16
  35:21 36:6,9

courses   18:21
  20:5 21:11,13
  23:16 25:16,18
  25:22 32:13
  36:2,17
court   1:1 5:7
  5:17,18 75:24
courthouse
  12:3,3
coverage   116:4
crack   46:16
crap   86:16
crash   121:7
crashing   50:16
crease   21:20,22
crime   14:13,13
  14:15,18,20
  37:23 48:17
  49:4 50:15
  72:16 89:9
crimes   68:16
  68:24 69:18,21
  73:21 75:20
  76:7
criminal   12:20
  14:11 16:25
  17:1 27:2,5,15
  27:19 29:1
  32:3 38:17
  45:23 47:23
  48:11 51:1,4,8
  52:3,11,14,21
  54:12 55:3
  58:18 64:10,14
  64:25 70:10,12

82:12 110:24
135:3,20
**crinkled**  103:9
**crisis**  33:3,4
35:17 40:18
115:25
**cross**  83:7
**crying**  40:21
**cs**  142:15
**csfrigeriolaw**
2:14
**csr**  1:19 141:7
**culture**  38:11
**current**  8:2
48:15 50:23
136:16
**currently**  17:18
126:3

**d**

**d**  3:1 32:6 67:5
76:2
**daily**  109:24
110:3,5,6,25
**damn**  79:19,21
**danger**  50:10
**dangerous**
50:22
**dangerously**
80:4
**dark**  112:23
**dash**  88:8,12,14
91:17 92:5,18
**dashboard**
120:2,2

**date**  10:18 11:1
13:25 64:22
77:16 78:2
101:3 108:22
138:3 139:10
140:19 141:7
**dates**  69:7
**day**  18:10,11
20:7 32:17
33:7 36:6,8
37:9,14 52:5
64:1,23 96:15
97:21 106:8
110:7,13,16,24
121:10 133:19
139:15,20
141:3
**days**  41:22 42:2
47:15 102:15
110:9,10
140:19 142:16
**dd**  127:25
**de**  34:23,25
35:6 36:21
37:2,5 40:8
**deal**  33:2,21
**dealing**  39:14
39:17,21 40:2
**december**
52:16,17,18
**defeated**  30:24
**defendant**  2:10
2:16 5:3,5
**defendants**
1:11

**defending**
81:13,15
**defensive**  38:4
39:2
**deficiencies**
21:16,20 23:17
23:20,22 29:7
**deleted**  113:23
113:25 114:10
115:1,8
**delivered**
140:10
**delivery**  22:19
**dennis**  25:7
**density**  65:23
65:24,25 66:13
**depends**  96:19
97:23 101:17
**depo**  4:2
**deponent**  139:1
140:16,17
142:13
**deposing**
142:13
**deposition**  1:12
1:15 4:14,18
5:11 7:2,21,23
8:9 51:3 118:7
118:12 136:24
137:6 140:1,8
140:10,18
**deputies**  11:15
17:25 57:6
91:19 92:4,10

**deputy**  4:9,13
17:11,12,20,21
17:22 18:2
39:7 41:17
43:22 55:15,17
55:17,24 56:1
58:16 59:1,2
60:24,24 62:8
62:12,25 63:3
63:14,25 64:5
64:6,6,12,12,19
65:13,16 66:20
68:14 70:21
75:19 76:5,18
76:22 79:19,21
79:24 80:2,3
81:5,16 85:15
87:20,22 88:16
89:19 99:15
106:3 117:2,17
117:20 119:11
119:13 120:2
121:19 122:13
123:2,5,16,20
124:2,11 125:1
125:11,21
126:5,9 127:10
127:23 128:18
128:22,24
130:6,11,15
131:9,14,19,25
132:13,16
134:9,19,24
136:4,9,15,22
142:5

[describe - entity]                                        Page 10

describe  125:1
  125:10
description
  3:11 139:17
descriptor  37:1
desert  28:7
details  17:8
  24:12 112:8
develop  48:9
  58:9 79:14
developed
  104:23
device  112:9
diagram  94:1
diamond  32:20
difference
  82:16
differences
  71:9
different  20:19
  42:6,15 43:4
  59:15 69:19
  70:6 71:8,9,12
  72:6,17 82:7,7
  89:12 94:5
  96:10
differently
  126:21,24
  127:3
difficult  93:1
dip  19:12
direct  30:14
direction  93:8
directly  30:20

discovered
  134:2
discussion
  37:20
displaying
  120:20
distress  35:23
district  1:1,1
  44:11
division  1:2
  14:13,15,18,20
document  6:17
  6:20 9:23 10:2
  10:12,23 11:1
  14:24 16:10
  65:9 139:17
documents
  6:15 7:8 8:4,11
  136:25
dodge  87:12,13
dog  62:19 76:2
doing  27:18
  32:10 36:22
  39:6 40:3,10
  40:16 44:8
  45:4,19,23
  51:13 59:5
  64:23 89:13
  96:5,15 97:1
  126:23 127:3
door  46:16
doors  49:25
dope  38:19
  133:6

downloaded
  57:10,18,22
draw  83:4,13
  94:1 95:2,14
drawing  3:14
  98:9
drawn  94:11
drew  95:18
drink  7:15
drive  39:9
driver  22:1
  130:16
drives  54:17
driveway  80:13
driving  19:16
  97:9
drove  41:17,18
drug  30:21
  128:25
drugs  22:18
  51:12 110:20
dude  37:22
  38:7 122:3
due  107:3
duly  1:16 4:7
  140:6
duties  71:19

e

e  2:1,1 3:1,10
  76:2
eagle  36:7
  71:23 72:1
ear  33:24,24
ears  48:21

easy  129:5
eeeeeeeee  86:13
  86:16 90:13
eh  87:21
either  12:5
  20:11 62:4
  78:5 130:18
el  44:8,10
elkins  1:19
  140:3 141:6
ellsworth  2:16
  4:4 5:3 16:16
  16:17 74:23,25
  85:22 86:1
  119:1 137:2
else's  61:14
emoji  70:16
  105:5,7
emotion  105:7
employed
  140:24
ended  104:4
ends  107:11
enforcement
  19:5 51:18
  59:7,19,21
enjoy  51:11
enjoyed  45:19
entail  44:21
entertaining
  49:5,6
entirety  6:17
  6:23,25 129:2
entity  15:19
  59:14

| | | | f |
|---|---|---|---|

**entries** 114:10
114:11,12,13
**errata** 138:1
139:8 142:11
142:13,16
**erratic** 40:22
**escalating** 35:6
**escalation**
34:23,25 36:21
37:2,5 40:8
**especially**
102:21 110:10
**esq** 142:1
**established**
42:4,8,11,12
**estimated**
110:21
**estrada** 81:5
100:24
**et** 142:4
**evading** 20:2
**evaluating**
23:12
**event** 33:4 36:4
**everybody**
26:21 43:6,7
60:17 74:7
118:23 126:14
128:15
**everyone's**
111:21
**evidence** 112:1
112:18,22
**ex** 130:9,10

**exact** 21:8 22:9
41:11 77:16
**exactly** 20:6
22:9 47:4 99:4
117:5
**examination**
3:6 4:8 61:6
113:7 114:11
**examiner** 61:8
65:8 69:10
104:4 111:22
112:25
**example** 40:3
41:5
**examples**
100:21
**except** 139:6
**excited** 91:9
132:17
**excitement's**
91:10
**excuse** 25:20
73:4 79:20
134:17
**executed**
139:18
**exhibit** 3:11,12
3:12,13,13,14
3:14,15,15,16
3:16,17,19,19
3:20 9:12,18
9:20 16:11,12
61:20,21 65:3
65:4,6 67:3,5,6
67:7,8,9,10,13

67:20,22 68:7
68:25 69:1,14
72:8 74:17
77:11,14,17
78:1,6,7,14
91:16 93:19,19
93:22 98:14,15
98:17 99:18
103:4,5,11,18
107:5,6 111:6
111:7,10,13
119:5,6,6,9
127:25 128:2,3
128:21
**exhibits** 3:18
61:4 77:13,15
**experience**
46:25 47:8
133:5
**expiration**
141:7
**explained**
120:9
**expressed**
49:10,11,14
139:19
**expression**
105:6
**extra** 6:18
46:19
**eye** 106:22,24
**eyes** 95:24

**f** 94:21 140:16
**face** 34:6,6,8,8
34:12,12,16,16
70:17 87:15
92:15,23,23
93:3,9,9,12
94:21 97:22,22
**facing** 92:16
93:8,12 94:24
94:24 95:3,21
**fact** 37:3 71:15
**fails** 142:18
**fair** 6:13 11:22
16:5 24:13
33:15 36:23
39:3,23 46:23
47:5 57:11
65:1 71:14
72:6 77:18
83:1 88:14
89:6 92:5
94:12 99:10
101:4 102:24
105:3 115:11
116:5 117:12
118:12 124:11
124:14 130:13
134:1
**fall** 77:22,23,23
77:25
**falling** 63:14
**falls** 14:17
**familiar** 55:19
107:17

**fantasies** 49:4
**far** 32:24
**farm** 133:18
**fast** 58:8 82:14
  96:20
**faster** 91:5
**february** 4:15
  5:22 102:16
**federal** 1:22
  32:11
**feel** 31:17 39:10
  39:11 44:4,7
  46:2 76:8
**feeling** 46:23
  46:24
**fell** 14:18 74:20
**felt** 50:18 96:15
  96:16,16
**fentanyl** 105:3
**fiction** 49:4
**field** 74:6 135:4
**figure** 39:1
  111:2
**figured** 130:2
  130:22
**file** 3:11 9:25
  10:4,7,8 11:21
  15:6,9,9 16:6
**filed** 51:25 52:1
  118:5,10,14
**fill** 109:24
  110:3,6
**filled** 97:24
  100:24 110:12

**financially**
  141:1
**find** 55:22
  84:22 111:8
  122:3
**finder** 66:1
**finding** 27:6
  38:17 105:1,2
  122:11
**fine** 16:15,17
  19:20 41:12
  60:14 93:17
  99:5
**fire** 88:4
**firm** 141:9
**first** 4:14,18
  14:1 18:10
  27:22 28:11
  35:20 40:6
  62:8 67:25
  68:6 69:12,13
  78:16 79:11
  90:11 100:10
  104:13 107:23
  112:4 115:23
  116:4 122:12
**firstnet** 115:20
  115:22
**firstnet's** 116:7
**fist** 123:8,23
  125:14
**five** 41:25 42:2
  84:2 118:25
  128:14,23

**fix** 129:22,22
**flip** 14:24 65:3
  77:3 109:8
  112:21
**flipping** 107:20
  111:25
**floor** 26:23
**floorboard**
  24:1 47:13,15
**flow** 96:20
**focus** 17:14
**focused** 127:4
**focusing** 7:7
**folks** 41:5
  43:11 129:19
**followed** 85:12
**following** 19:14
  80:12 140:5
**follows** 4:7
**foregoing**
  139:4,17
**forensic** 3:20
  61:6 65:8
  112:25
**forever** 31:1
  113:9,14
  122:22
**forget** 44:10
**form** 52:22
  89:9 100:17,20
  102:10,14
  135:6 139:7
**formality** 18:12
**former** 11:16
  81:5

**forms** 42:7
  102:19
**fort** 141:9
**forth** 12:25
  71:16
**forward** 134:12
  134:16
**found** 27:18
  37:17 38:19
  55:23 57:16,17
  58:1 84:7,13
  84:21 85:15
  119:17 122:5
  128:25 136:16
**four** 41:23,24
  41:25 42:1
  73:25 74:2
  98:24 104:7
  128:23
**frame** 102:17
  112:15 116:10
**frcp** 140:15
**freaking** 37:1,3
**free** 32:9,9
**freveletti** 99:21
  99:22,25
  100:11 102:11
  102:18 103:20
  103:22 105:10
  105:20 106:6
  106:15 108:5,7
  109:10,15
**frigerio** 1:21
  2:10,11,12 4:3
  5:5,6 7:1,20

[frigerio - going]                                                          Page 13

9:22 16:15
52:22 60:18
62:14 111:14
111:17 137:4
142:1
**frigerio's** 8:16
**frigeriolawfir...**
2:14 142:2
**front** 43:11,13
75:8 94:22
95:19 111:8
**fuel** 88:4
**full** 7:3,3,12
33:6 82:15
101:18
**fully** 36:13
**fun** 90:17
**function**
114:20
**functioning**
65:1
**funding** 102:23
**funny** 80:23
**further** 140:15
140:23 141:1
**fusion** 59:25

**g**

**g.com** 2:19
**gambling** 54:18
**gamboa** 7:22
8:2 10:14,17
10:25 11:5,25
13:16 17:12
50:23 51:3
74:7 99:13

108:14,15
109:18 110:1
117:22 131:19
131:21 132:12
132:14,17
134:5
**game** 52:9
**gang** 69:18,22
70:25 71:6,14
72:11 73:21
74:1
**garcia** 17:18,20
17:20,22 64:8
64:9,9,13
68:14,15,17
70:21,21
**garcias** 17:21
**garza** 55:15,17
55:18,24 56:1
59:1 60:24
**gas** 66:7
**gcso** 104:11,15
**general** 40:1
41:12 78:24
**generally** 7:17
20:9 21:12
**gentleman**
64:13
**gereb** 1:12,15
3:5 4:6,9,13
39:7 58:16
61:19 62:13,25
65:7 67:19,21
79:20,22 87:21
88:17 89:24

90:18 103:18
119:11 128:22
136:22 138:3
139:3,10,16
140:1,6 142:5
**gereb's** 128:19
**gesture** 123:7,8
123:21,23
**gestures** 124:16
125:2,11
**getting** 23:10
23:11,11,13
49:12 51:12
99:14 132:17
**girlfriend**
130:9,10,10
**gist** 41:12
78:24
**give** 5:12 6:7,10
7:12 11:23
15:21 78:23
79:5 85:24
86:4 110:18,18
111:9,14,18
128:7
**given** 10:17
42:23 104:23
112:18 136:24
139:5,20 140:8
**giving** 53:23
**glad** 136:5
**glebe** 2:7
**go** 7:1 11:14
12:25 14:4
15:18,19 17:24

18:5 19:23
21:3 24:24
27:3 35:15
36:3,9,13,15
37:10,15,15,20
38:16 39:12,13
40:7 41:16
42:20 49:7,24
50:20 54:11
60:10,13 63:4
67:2 68:12
71:16 78:3
82:10,10,14
83:10,13 87:15
93:4 97:21,22
109:17 111:8
116:10 119:22
122:17 123:15
124:4,24
128:13,20
129:8 135:8,18
**goal** 51:17
**goes** 15:25 31:6
38:2,25 81:22
81:25 88:21
102:2
**going** 4:19 5:7
5:9 6:15 8:25
9:22 10:3
16:10,19 17:9
19:9 20:17,18
22:12 29:16
30:1 35:13
36:18 37:16,21
37:25 38:5

[going - happy]

39:11 45:13
46:17 47:9
48:10,12,13
49:15 53:14
60:5,7,9 61:11
61:13,18,20
63:9,22,24
65:5 67:2,5,7
67:13 68:12,14
68:22 74:15,15
75:19,23 78:21
78:24 79:2,13
79:14 83:14,14
84:11 86:3,16
86:23 88:6
89:8 92:8,12
92:22 93:18,23
94:3,9,13,24
95:1,5,6 96:21
96:21 99:20,25
100:14,16
103:7 104:6,8
105:16 106:21
106:25 107:5,8
107:16,21
111:6,7,9,20
114:8,14,24
119:4,5,11,14
119:15,16,20
119:20,21
121:14,22,23
121:25 123:14
124:4,4 125:2
125:4,7 127:7
128:4,5,14,19

128:20 129:6,8
130:1,18 131:5
131:7,10,11
132:11,12,20
132:21,24,25
133:19 134:7
134:11 135:2,7
135:12,16,17
135:17,24,25
136:1,23
**gold** 97:5
100:18
**gonna** 79:20,22
83:13
**good** 4:9 60:7
60:13 63:18
67:11 75:11
95:9 97:24
106:10
**gotten** 106:20
133:7
**grab** 62:21
**graduated**
36:11
**grassy** 92:21
94:19,20,21
**great** 94:2
100:1 121:10
**greater** 25:7
27:4
**green** 69:24,25
70:1,4,13,14
**greenhill** 2:17
**grid** 109:2

**group** 43:25
44:2,11,14,16
52:25 53:3,10
53:11,13,15,16
54:23 55:2,3
55:11,12,14,18
55:24 56:13,17
56:21 57:1,3
57:15,23 58:1
58:5,14,19
59:16,19,21
60:23,25 73:7
73:8,15,18
74:15 76:16
79:1 109:2,2
**guadalupe**
104:16,18
**guess** 11:24
12:15 20:12
25:20 30:23
46:1,2,21
51:10,15,17
64:1 73:5,10
75:1 82:3 83:6
84:1,2 86:23
88:23 91:14
100:17 123:15
126:12,19
**guide** 27:16
**guidelines** 4:22
**gun** 38:21 90:2
**gun's** 90:5
**guns** 86:22
87:1,7

**gut** 46:23,24
**guy** 45:16
48:19,21,22,25
58:5
**guys** 60:14
66:22 71:7
78:25 79:1,1
80:22 87:15
89:4 131:24

**h**

**h** 3:10 9:12
32:6
**hairs** 46:7
**halfway** 13:8
**hand** 16:10
31:6,6 111:10
119:5 120:1
123:21,23
124:16 125:11
139:20
**handed** 9:19
**handful** 106:19
**handing** 16:22
98:16 103:10
**happen** 31:14
102:5
**happened**
11:11 37:19
42:1 85:12
102:4 115:4
**happening**
78:14 100:4
**happy** 6:19
121:9 122:14
123:11

**[harassing - house]**

| | | | |
|---|---|---|---|
| **harassing** 38:7 | 60:3,5,8,15,20 | **helpful** 16:4 | 92:14,21 94:15 |
| **hard** 54:3 | 61:22 62:15,20 | 27:18 47:20 | 96:6 97:9 |
| 92:14 122:16 | 62:24 65:5 | 50:4 69:6 | 126:17,17,18 |
| 134:10 | 67:4,13,16 | 74:11 99:17 | 130:18 133:18 |
| **harder** 95:25 | 72:3 74:19,22 | 109:8 | 135:16 |
| 96:1 | 75:3,5,8,11 | **helping** 18:22 | **highways** 50:10 |
| **harm** 51:14 | 80:3 82:23 | 34:25 48:17 | 133:13,13 |
| **hates** 131:15 | 85:24 86:2,8 | 49:3 | 135:12,17 |
| **hazard** 130:20 | 93:15,18,21,23 | **helps** 35:2 | **hit** 19:11 97:17 |
| **head** 6:8,9 | 98:16 103:3,6 | **hem** 35:8 | 97:21 |
| 24:22 91:15 | 103:8,10,13,16 | **herndon** 32:16 | **hits** 44:12,14 |
| **headdress** | 107:7,10,12,14 | **hey** 24:22 | 44:19,20 |
| 120:25 | 111:11,15,18 | 29:15 35:8 | **hold** 24:8 38:7 |
| **headed** 7:17 | 111:20 118:22 | 38:4,14 39:6 | 44:5 128:7 |
| **header** 113:4,4 | 119:3,7,10 | 46:15 52:5 | 129:7 136:23 |
| 113:24 | 121:16 122:2 | 54:13,19 58:5 | **holes** 20:16 |
| **hear** 84:25 | 122:20 123:1 | 58:7 65:17 | **hollow** 24:4 |
| 123:10 126:7 | 123:19 125:7 | 81:14 82:9 | **home** 97:9 |
| 128:15 129:7 | 125:10 126:5 | 87:15,16 | **honestly** 27:20 |
| 129:11 131:15 | 127:10 128:4,7 | **hi** 58:16 | 56:19 |
| 134:15 | 128:10,13,17 | **hidden** 26:11 | **honesty** 20:2 |
| **heard** 45:20 | 129:11,15,18 | 26:14 | **hopefully** 34:4 |
| 53:9 59:6,25 | 129:21,25 | **hiding** 19:13 | 95:10 128:1 |
| 96:23 97:2 | 130:5 131:14 | 37:6,11,13 | 129:9 |
| 121:20 122:3 | 132:10,23 | 38:20 | **hostage** 33:17 |
| 122:12 123:5 | 134:14,19 | **hidta** 32:5 | 33:18,20 |
| 123:20 126:5 | 135:11 136:3 | **high** 33:4,4,15 | **hostages** 33:5 |
| 131:14 132:23 | 140:11 | 44:12 54:12,12 | 39:22,23 |
| 134:19 135:11 | **hector** 2:11 | **higher** 24:2 | **hour** 19:9,10 |
| 136:4,9 | 114:19,20 | 47:13 | 60:6,16 |
| **hearing** 46:3 | **help** 32:25 | **highway** 44:13 | **hours** 15:22,23 |
| **hebert** 2:3 3:6 | 33:22 36:3,18 | 52:25 53:15 | 19:24 114:13 |
| 4:5,9,12 9:17 | 48:6,22 67:25 | 55:18,24 56:13 | **house** 15:14 |
| 9:19 16:13,16 | 89:1 93:24 | 57:15,23,25 | 30:1,5 46:6 |
| 16:18 52:24 | 100:14 108:19 | 60:23,25 89:10 | |

[houses - interview]                                    Page 16

| | | | |
|---|---|---|---|
| **houses** 46:14 | **identity** 58:25 | **infractions** | 27:2,5,15,19 |
| **houston** 32:17 | 139:17 | 18:24 | 28:15,16,17 |
| 32:18 105:16 | **iii** 1:7 | **initiated** | 29:1 32:3 |
| 106:8,25 | **ij.org** 2:5,9 | 124:19 | 35:23 42:3,5,7 |
| **hub** 133:11 | **illegal** 27:9 | **initiating** | 42:8,12 43:25 |
| **huh** 4:5 6:11,11 | **imessage** 113:8 | 125:16 | 44:1,13 45:23 |
| 61:10 | 113:13 | **injuries** 50:17 | 47:23 48:12 |
| **human** 50:9 | **impairing** 7:13 | **inner** 126:13,16 | 50:19 51:2,4,9 |
| **humoring** 49:4 | **important** 6:3 | 126:18 127:5 | 52:3,11,15,21 |
| **hundred** 19:9 | **incident** 89:17 | **inside** 23:10 | 55:3 57:5,6 |
| **hunting** 134:20 | 91:23 92:2,8,9 | 66:11 | 58:5,18 64:10 |
| 134:21,25 | 98:24 | **instance** 1:16 | 64:14,25 65:18 |
| 135:1,22 | **included** 20:3 | 92:16 | 65:21 66:14,16 |
| **hurricane** | **inconsistent** | **institute** 2:3,7 | 66:20 70:7,8 |
| 115:25 | 46:12 | **instructor** | 70:10,12 72:12 |
| **hurting** 95:9 | **india** 72:19 | 49:17,20 50:3 | 73:21 74:1 |
| **i** | **indian** 120:24 | **instructors** | 80:21 81:1,13 |
| | 120:24 | 25:22 | 82:6,17 86:11 |
| **idea** 25:14 | **indicate** 52:3 | **instrument** | 89:13 91:18 |
| 51:12 116:19 | **indicating** | 139:18 | 92:4 101:12,15 |
| **ideas** 42:23 | 115:1 | **insult** 81:22,23 | 101:18,19,21 |
| 43:1,1 | **indicators** | 82:4 | 104:11,18 |
| **identified** | 20:15 | **insulting** 81:23 | 106:19 108:14 |
| 61:12 68:1,3 | **individual** 1:6 | 82:1,3 | 108:15 109:24 |
| 76:9 103:19 | 1:8,9 55:13,14 | **intel** 109:2,21 | 110:8,24 133:6 |
| 106:9 | **information** | 109:23 114:21 | **interest** 49:11 |
| **identify** 18:23 | 4:23 23:11 | **intense** 33:14 | 49:11,15 |
| 18:24 19:4 | 24:20 30:10,14 | **intensity** 44:13 | **interested** |
| 24:20 40:21 | 48:20 53:18,20 | **inter** 11:12 | 141:2 |
| 62:13,17 67:25 | 53:23 54:4 | **interaction** | **interpret** |
| 72:18 75:15 | 55:1,7 56:3,4,7 | 46:5 | 124:18 |
| 99:18 106:7 | 56:10,15,17 | **interdiction** | **interrogation** |
| **identifying** | 58:6 59:11 | 11:12 12:18,20 | 34:17 |
| 23:21 28:21 | 89:21 91:9 | 14:11,16 16:25 | **interview** 29:8 |
| 29:5,6,6 82:11 | 102:8 104:23 | 17:1 25:19 | 29:10 37:15 |

39:1,4,5 43:5
**interviewed**
29:8
**interviews**
20:13 43:12,13
43:19
**investigation**
82:14,15
**investigative**
82:8
**investigators**
109:11
**involved** 11:15
28:22 54:20
66:9 106:3
135:3,20
**involves** 19:3
**iphones** 113:15
**issue** 89:2
130:2 133:12
**issued** 98:4
**issues** 37:22
50:13 128:18
129:21
**it'll** 71:22
**item** 18:13
112:18,22
133:24
**items** 113:24,25

**j**

**j** 68:17
**jackson** 30:6,6
**janalyn** 1:19
5:6 6:9 119:5
140:3 141:6

**janalyn's** 5:16
**january** 102:16
**jar** 31:1
**jason** 68:14,15
70:21
**javier** 1:8
**jg** 68:17
**job** 32:11 36:18
59:5
**joe** 1:12,15 3:5
4:6 138:3
139:3,10,16
140:1,6 142:5
**joel** 1:6 2:16
142:4
**jog** 23:14
**john** 90:6,7
**joined** 5:1,6
57:3
**joke** 80:24
81:11 82:3
84:19 85:2,11
85:16 86:5
88:18
**jokes** 85:3
87:16 88:13
**joking** 84:20,21
87:9 89:18
**joseph** 17:18
17:22 55:15,18
60:24 64:8,9,9
64:12
**josh** 93:15
129:11,22

**joshua** 2:6
107:10
**judge** 6:1
**july** 11:2,4
12:19 74:3
99:2
**june** 52:1,10
99:2 112:14
118:11
**justice** 2:3,7
**jwindham** 2:9
**jz** 63:18 64:1,6
64:12
**jz's** 64:7

**k**

**k** 17:19 44:1
64:2,3 65:3
66:22 74:1
131:24
**k9** 63:18
**keep** 24:21 60:7
60:8 106:22,24
113:14 122:16
122:21
**keeping** 24:22
**keller** 30:6
**kenny** 26:4
**keys** 45:12
**kg** 105:3
**kid** 30:25
**kidding** 103:9
**kids** 31:2,2,3
**kiki** 59:7,9
**killed** 37:24

**kind** 7:6 17:9
24:22 26:15
31:1 32:25
37:20 39:12
45:19 47:15
50:19 56:4
59:4 72:4
81:10 86:17,17
89:9 91:12
103:9 106:14
123:7 128:25
**kit** 65:18,21
66:14,16,20
**knew** 28:19
55:19 89:16,25
130:25
**knock** 24:3
**knocking**
126:20,23
127:1
**know** 4:24 6:6
9:13 15:8,8
17:21 18:22,24
19:4,14 20:16
21:24 22:1,19
24:10,23 25:16
26:17,20,22,23
26:24 27:13,16
28:2,3,3,16,19
29:7,7,13,14,14
29:16,16,16,17
29:18,24,25
30:7,8,11 31:3
31:3,22 33:21
33:22 34:15

35:2,13,14,16
35:21,23 36:14
37:18,19,24
38:9,15,18
39:6,10 42:7
42:19,23 43:2
43:7 45:12,13
45:17 46:9,15
46:18 49:3,4,6
51:17 52:9
53:2,7,25
54:14 56:19,25
57:7,13 58:4,6
58:9 59:10,12
59:14 60:10
61:2 62:18,19
63:2,8,10,23
66:24 68:20
69:17 70:23,24
72:5 75:12,17
76:17,20 79:1
79:3 80:8 81:4
81:14,15,17
82:12,13,24
83:4,13 86:14
86:16,17 87:13
88:18 89:20,22
91:10,11,25
92:2 94:14
95:14,25 99:14
100:1 101:23
102:5 103:16
104:2,24,25
105:12 106:1
106:22 109:18

111:12 113:15
114:14,16
115:4,9 116:18
116:20 117:20
120:11 122:16
122:20 125:19
125:23 129:17
129:22,22
130:23,23,25
131:2,4 135:2
135:4
**knowledge**
17:17 46:25
52:19 53:6
59:20 63:21
113:14 115:6
**known** 64:12
72:19 139:16
**knows** 132:24

**l**

**l** 67:8,13 75:25
76:1
**label** 61:20
**labeled** 61:19
95:19 98:18
108:13
**lack** 36:25
50:11 91:7
**lanes** 94:17
**laptop** 128:19
**laredo** 59:25
**laugh** 86:19
**law** 2:12 19:5
25:21 51:17
59:6,19,21

**laws** 25:21
**lawsuit** 52:1,2
52:20 118:5,10
118:14
**leadership**
25:19
**leaf** 120:7
**learn** 19:1 42:5
42:6,8,14
49:24 50:7
52:14 56:1
116:25 118:4
**learned** 18:19
20:4 21:13
33:13,14 34:25
39:23 42:16
117:23
**leave** 64:19
89:11
**left** 11:16 103:6
**legal** 141:8
142:23
**length** 7:3
**letters** 97:4
**level** 133:8
**license** 105:15
105:22,23
106:7,10
**lieutenant** 63:9
63:10,17,25
64:18 68:3,6
70:15 99:21,22
99:25 100:11
102:10,18
103:20,22

105:9,10,20
106:5,15 108:5
108:7 109:14
**life** 36:22
**lifted** 47:13
**lightning** 71:24
72:2
**lights** 97:6
123:6,21
**liked** 45:17
79:7
**line** 19:25
20:24 21:4
22:13 25:4
82:24 83:4,5,6
83:7,9 113:3,7
138:5
**lines** 26:5,12
**list** 30:15 67:8
**listed** 32:16
**listening** 33:12
**little** 23:1,2
28:23 36:20
39:12,14,17
40:7 41:2
46:12,19,20
47:13,19 51:1
54:2 71:3,3
78:13 102:21
118:22 124:25
125:2 134:10
134:14,15
135:24 136:4
**loan** 11:25

local   61:25
logs   114:6,9
  117:25 118:16
lol   78:17
long   6:23 13:11
  30:3 41:22
  82:13,13
  102:13 107:7
  124:7
longer   80:25
  102:25 110:10
look   6:15,20,20
  9:23 10:21
  13:22 14:23
  16:10 18:13
  21:17 23:1,24
  24:2,7,25 25:4
  26:15,18 27:4
  28:2,4,21
  29:11,16 30:22
  30:23,24 35:8
  35:12 45:10,12
  45:15 47:12,15
  56:5 61:4,11
  61:13,22 62:22
  63:1 67:7 69:7
  69:12 70:13
  71:21 72:8
  74:13 91:16
  93:24 96:20
  97:10 98:14
  99:18,20 103:2
  107:4,16,17
  111:6 113:3,23
  114:22,24

124:24 127:25
  129:16
looked   24:6,6
  31:9 35:21
  77:14 126:10
  126:14 127:11
looking   9:11
  10:9 20:21
  22:5 23:17
  24:15,15,18,19
  29:17 57:7
  62:10 68:25
  77:16,20
  103:23 135:3
looks   10:4,8
  23:23 26:23
  62:2 64:22
  65:16 71:11
  72:3,10 73:17
  76:12 77:10
  79:7 86:12
  90:17 91:17
  108:13 109:9
  109:14 120:1,6
  125:12
loops   133:16
lot   9:1 10:4
  17:21 22:10
  23:7 28:1,5
  29:18,20,24
  30:7,13,19
  32:4,9 34:9,11
  34:23,25 35:1
  35:4,19,23,24
  35:24 36:17

45:17 49:22
  50:10,17 59:10
  68:17 85:3,6
  86:9,9,10 89:2
  89:3 92:9
  100:3 112:7
  131:8 133:7,13
  133:22
lots   33:23
lovely   119:5
low   19:12
lower   47:15

**m**

m   74:13
ma'am   4:16
  5:24 6:2,14 7:5
  7:10,14,16,18
  8:3,5,7,10,13
  8:24 9:4,7,10
  11:3,10 12:21
  13:9,14,18
  14:8,16,22,25
  15:3,5 17:3,5,7
  18:14 20:1
  21:2,6 22:14
  22:22,25 23:8
  25:9 28:9 32:9
  32:21 33:11,16
  36:24 39:25
  41:6,21 43:21
  43:24 44:3,18
  45:22,24 47:24
  48:2,14 50:25
  51:22,24 52:13
  52:23 53:1,12

55:19,25 56:9
  56:19 57:2,5
  57:12,16,21,24
  58:2,17 59:24
  60:2 61:1,7
  62:6 63:6
  64:15,17,20,24
  65:2,10,15,20
  66:12 67:18,23
  68:5 70:11
  72:9 73:23
  74:4 76:7,13
  76:19,25 77:2
  77:5,7,9,12,19
  78:15,19 84:24
  87:5,8 98:3,7
  102:12 104:10
  104:14 105:4
  105:19 107:2
  107:19,25
  108:12 109:13
  109:16,23
  111:1,24 112:3
  112:6,11,13,16
  112:20,24
  113:2,6,11,22
  114:15,17,23
  115:3,5,12,18
  116:6,24
  117:13,19
  118:13,17,20
  120:3,17
  121:21 122:7
  123:4 124:1,12
  124:15 128:12

[ma'am - messages]                                                  Page 20

130:14 132:15
133:3 134:3,6
134:23 135:14
135:23 136:8
136:14,17,20
**machine**  1:20
86:22 87:1,7
90:2,5
**mad**  38:10
**made**  84:8,13
84:21,22 85:15
91:1 110:19,24
117:24 119:14
122:14 123:3,6
123:8,21,22
124:16,18
128:25
**magnon**  36:10
**main**  34:20,21
133:13
**major**  133:16
133:16,17
**make**  33:12
40:12 68:2
86:22 87:7,16
93:1,23 116:1
116:2 125:11
135:18
**makes**  16:9
95:25 96:1
123:23
**making**  46:4
74:20 80:4,20
84:25 85:2
90:13,17 125:2

**mall**  36:7
**mam**  80:11
**man**  135:12
**manage**  53:24
54:5,6
**mannerisms**
124:9
**march**  115:10
115:13 116:22
116:22
**marijuana**
30:16 120:21
**mark**  65:5 67:5
67:8,14 74:15
75:3,4,5 93:18
94:9,13 107:5
128:4
**marked**  3:18
9:18,20 16:11
16:12 61:21
65:4 67:3,9,10
67:19 74:17
93:22 98:15,17
103:5,11,18
107:6 111:7,10
111:13 119:5,6
119:9 128:2,3
128:20
**marking**  103:3
**martin**  1:7
**materials**  8:8
27:16
**matter**  73:9
78:5

**max**  62:19
63:14
**mean**  19:7
21:18 29:10,21
37:5 43:1
45:25 47:6
48:18 62:20
70:15 80:22
82:2,18,25
84:7,13 85:15
93:13 113:13
122:4,8 124:22
130:24 131:2
134:24 135:15
**meaning**  24:8
86:4 89:4,6
100:18 127:1
**means**  5:10 6:4
23:10 70:18
72:5 86:18
130:16
**mechanics**
58:12
**median**  92:21
94:19,21
**medication**
7:13
**meed**  88:8
90:18
**member**  90:9
**memory**  22:7
23:14 25:15
63:21
**mentally**  35:3,3

**mention**  47:25
**mentioned**
26:21 53:22
60:23 66:4
119:10
**mess**  113:19
**message**  61:12
61:24 63:22
64:21 73:24
78:1,8,11,16,18
83:16 84:6
85:9 86:21
87:6,20 88:7
88:16 89:23
90:18 100:5,10
100:11,15
104:7 106:12
107:12,17,23
108:2,20,24
109:1,17 113:8
**messaged**
58:13 63:14,17
91:17,24
100:12
**messages**  3:12
3:12,13,13,14
3:15,15,16,19
55:9,11,13
61:23 62:4,5
64:22 73:12,13
77:20 106:14
106:17 107:8
107:16 108:1
109:6 113:14
115:1 116:9

118:2,19
**messaging** 55:8
73:6,7,8 113:4
113:5
**met** 4:14 5:3
38:7,8
**meth** 120:6
**midatlantic**
142:15
**middle** 44:6
**midway** 108:1
**mike** 21:5 23:3
**mile** 19:10
**miles** 19:9
133:20
**mind** 18:18,18
29:18,21 32:3
47:21 69:4
103:3,12
107:14,20
111:19,25
**mindset** 82:12
**mine** 68:9 74:1
75:8 83:13
100:18
**minimum**
102:15
**minus** 109:10
**minute** 40:24
126:3
**minutes** 35:11
60:17 118:25
119:14,21,22
119:25 128:14
128:23

**missed** 47:22
110:10
**missing** 115:1,8
**misunderstan...**
23:9
**mix** 97:20,20
**molina** 1:7 5:5
62:9 63:3,14
64:1,16,19
65:13,16 66:20
**moment** 118:9
**momentum**
19:13
**monday** 18:11
**money** 22:17
31:22 102:21
102:24 110:19
**month** 41:11
**months** 4:19
98:24 99:7
**morales** 76:5,6
76:22 80:3
88:16
**motor** 16:23,25
17:1 22:16
27:2,5 28:25
32:15 64:13
**move** 98:19
**movements**
19:3,7 29:6
**moving** 91:5
**mueller** 2:17
**multi** 42:4
**multiple** 94:5

**mumble** 91:6
**mvci** 3:19

### n

**n** 2:1,7 3:1
74:14 76:2
**nah** 88:7 90:21
**name** 53:7,9
59:12 64:7
90:5,11 100:2
112:4 115:21
138:3 139:17
**named** 59:7
64:3
**names** 58:23
68:17
**narcotics** 22:17
30:13,13 133:6
133:8,11 134:2
**narrating** 98:9
**national** 101:14
101:18
**nature** 19:6
20:13 28:4
34:5 50:1
110:22 130:20
**nbci** 101:24
**necessarily**
23:15 37:7,12
40:4 88:3,25
**neck** 46:7 95:9
**need** 4:23 6:4,7
6:12,18 36:3
40:22 48:6
60:9,14 62:12
62:17,22 63:1

63:18 72:11
73:20 75:3,4,5
86:21 87:7
88:10 91:1
98:11 99:23
111:15,17
**needed** 12:25
13:1 50:19
60:11 116:2
**needs** 111:11
**negotiation**
34:18,22,22
39:13,24 40:1
40:9,15,17
**negotiations**
33:17,18
**negotiator**
32:24,25 33:1
33:2,8
**neighborhood**
54:12
**neither** 61:23
62:3 81:9
140:23
**network**
115:24
**networking**
57:8,8
**never** 35:16
38:7,8 66:18
66:18,18,21
80:8 83:17
120:18 121:11
121:13 123:9
123:24 124:22

**[never - okay]**                                                              Page 22

| | | | |
|---|---|---|---|
| 125:22 126:12 | 68:19 69:1 | **office** 8:15,16 | 25:14 26:1,11 |
| **new** 14:21 | 76:3,8,17,20,23 | 9:1,2,3 52:2 | 26:13 27:8 |
| 111:11,19 | 80:8 93:24 | 97:25 98:4 | 28:7,13,18,23 |
| **news** 79:22 | 95:14,18,19 | 104:18 139:20 | 29:4,10 30:2,6 |
| **nic** 102:2,3 | 97:5 99:19 | **officer** 59:7,21 | 30:10 31:11 |
| **nickname** 64:2 | 103:20 109:9 | 64:4 110:8 | 32:2,20,22 |
| **nine** 136:11,16 | 112:9,12,18,18 | 120:7 140:7 | 33:1,9 34:11 |
| **nodding** 6:8 | 128:6 | **officers** 17:17 | 34:14,24 37:12 |
| **noise** 90:14 | **numbered** 1:17 | 55:14 79:5 | 37:19 38:9,17 |
| **normal** 23:23 | **numbers** 10:10 | 109:24 | 39:3,7,8 40:9 |
| 23:23 24:4 | 61:13 62:13 | **offices** 1:21 | 40:19,22 41:10 |
| 46:4,5,7,15 | 63:1 67:24 | 2:12 | 41:12 42:1,14 |
| **normally** | 74:18 75:16 | **official** 1:6,8,9 | 42:18 43:2,14 |
| 102:13 | **o** | **oh** 10:1 16:23 | 43:22 44:16,21 |
| **north** 94:11,13 | | 26:8 59:5 71:2 | 44:24 45:11 |
| 94:15,16 | **o** 76:2 98:14 | 74:25 75:8 | 46:21 47:2,25 |
| **northbound** | **oath** 5:21,22,25 | 76:23 79:10 | 48:11,18,21,25 |
| 94:16,25 95:2 | 139:16 | 91:4 111:18 | 49:3 50:4 |
| **northwest** | **object** 52:22 | 129:22 | 51:25 52:7,7 |
| 52:25 53:14 | **objection** 85:22 | **okay** 4:20,25 | 52:14,19,24 |
| 55:18,23 56:13 | **objections** 5:11 | 5:1,19 6:3 8:4 | 53:11,16 54:10 |
| 57:14,23,25 | 5:13,16 | 8:8,11,16,22,25 | 54:15,22 55:6 |
| 60:22,25 | **objects** 104:3,5 | 9:11,21 10:1,9 | 55:13,17,21,23 |
| **nos** 74:17 | **observed** | 10:11,22 11:11 | 56:4,7,12 57:9 |
| **notary** 139:22 | 105:24 | 11:20 12:4,11 | 57:17,22,25 |
| **note** 142:10 | **obstruction** | 12:12,14,19,22 | 58:24 59:3,6,9 |
| **noted** 139:7 | 130:16,17 | 13:6,19,22 | 60:6,8,9,20 |
| **notes** 24:21 | **obviously** | 14:14,19,23 | 61:4,5,18 62:1 |
| **notice** 5:11 | 19:22 27:23,25 | 15:6,13,24 | 62:7,12,20 |
| **notified** 7:22 | 50:15 52:8 | 16:4,16 18:9 | 63:7,13 64:3,6 |
| **notifying** 7:25 | **offer** 25:18,18 | 18:18 19:1,16 | 64:16,18 65:3 |
| **nueva** 30:2 | **offhand** 18:8 | 20:14,20 21:10 | 65:16 66:4,10 |
| **number** 9:13 | 18:21 25:11,13 | 21:23 22:4,12 | 66:16,20,23 |
| 61:15 62:8,18 | 25:25 29:3 | 22:20 23:1,21 | 67:2,15,16,19 |
| 63:7,8 65:13 | 31:12 | 24:3,3,18 | 67:24 68:6,13 |

[okay - part]                                                    Page 23

| | | | |
|---|---|---|---|
| 68:19,25 69:23 | 116:18,21,25 | **opinion** 78:5 | **p** |
| 70:4,8,12,15,20 | 117:4,7,16,23 | **oral** 1:12,15 | **p** 2:1,1 103:2 |
| 71:5,18,25 | 118:4,7,9,21,23 | 140:7 | **p.c.** 2:12,17 |
| 73:16,24 74:12 | 118:24 119:3 | **order** 10:13 | **p.m.** 1:18,18 |
| 75:8,14,15 | 120:8,15,22,25 | 11:21,23 12:13 | **page** 3:2,11 |
| 76:3,16,23 | 121:2,6,14,16 | 13:6,25 14:1 | 10:10,21 13:23 |
| 77:13,20,25 | 121:19,22,23 | 14:21 56:16 | 13:23 19:23 |
| 78:11,11,23 | 122:2,12 123:1 | **ordered** 117:20 | 25:2 77:4 78:1 |
| 79:18 80:10,11 | 123:5,19 124:2 | **orders** 4:1 | 94:2 107:13,20 |
| 80:17,22 81:2 | 124:10,20,24 | 10:14,15 12:5 | 107:24 108:2 |
| 81:9,16,19 | 125:10,15,18 | **organization's** | 109:8,9,9 |
| 82:1,20 83:24 | 125:24 126:2,5 | 101:17 | 111:25 112:21 |
| 84:6,17 85:5,8 | 126:25 127:2,6 | **organized** | 112:21 113:24 |
| 86:8,21 87:1,4 | 127:10,16,25 | 14:12,13,15,17 | 138:1,5 139:8 |
| 87:6 88:5,23 | 128:11 129:7,7 | 14:20 48:17 | 140:21 |
| 89:23 90:3,7 | 129:25 130:1,5 | 72:16 | **pages** 75:7 |
| 90:16 91:16,24 | 130:11,15,22 | **original** 73:12 | 103:13,15 |
| 92:3,7 94:8,11 | 131:2,7,14,23 | 140:10 | 107:10 139:4 |
| 94:14,19 95:15 | 131:25 132:10 | **ortega** 63:9,10 | **paid** 32:18,19 |
| 95:16 96:12,18 | 132:13,23 | 63:11,17,25 | **paper** 5:11 |
| 98:8 99:1,5,11 | 133:21,25 | 64:18 68:3,6 | 93:14,16,16 |
| 99:17,22 100:1 | 134:7,11,19 | 70:15 | 128:5 |
| 100:7,21 101:1 | 135:7,11,24 | **ortegas** 63:11 | **paragraph** |
| 101:3,25 102:3 | 136:3,18,19,21 | **ounces** 38:19 | 13:7,12 14:4,6 |
| 102:10,13,18 | 136:22 | **outcome** 141:2 | 112:7 114:3,5 |
| 103:2,17 104:9 | **old** 84:2 87:15 | **outside** 15:19 | 114:8,22 |
| 105:9,14 106:1 | 87:16 97:4 | 23:18 | **pardazi** 18:15 |
| 106:5,11,17,24 | 109:6 127:22 | **overall** 36:18 | 20:2 |
| 107:4,9,14,20 | **older** 87:10 | **own** 18:4 31:2 | **park** 95:20 |
| 108:1,7,18,23 | **olg** 1:5 | 43:7 70:8 71:2 | **part** 8:9 19:19 |
| 109:5,8 110:5 | **ones** 107:9 | 71:3,3 72:18 | 21:21 22:25 |
| 110:7 111:4,18 | 123:6,20 | 79:4,6,7,14,16 | 24:1 28:25 |
| 111:20 112:17 | **open** 136:24 | 80:13 104:24 | 44:1 49:9 |
| 113:3,20 114:1 | **operated** 53:3 | | 50:19 51:8,10 |
| 114:4 116:11 | 80:8 | | 53:11,13 55:17 |

[part - phone]                                                    Page 24

55:18 56:12,14          71:20,21              33:19,20,23            65:6,7 67:20
56:17,21 57:4           **patches**  69:19     35:5,15,17             67:21 68:12
57:23 58:12,13            70:9 71:8,12         36:21 38:1,9           98:21 113:17
58:19 59:1                72:4,6               38:11 39:15,18         115:11
60:25 61:2              **patrol**  11:14,18    39:22 40:23           **personally**  73:7
66:2 69:9                 11:20,21 12:1        46:10 49:1            139:16
72:16,17 73:12            13:1,2,20 18:1       50:10,12,14,17       **personnel**
73:14 75:1                28:12 43:19          51:13,14 53:8          11:17
78:6 80:21                52:6 72:17           53:18,20,23          **pertains**  22:18
81:1 90:9                 93:9 98:5            54:7 55:19             106:18
110:12 114:21             120:15,18            59:18 82:5           **pertinent**  29:13
115:23 119:15          **patrolman**           86:10 127:4          **pete**  108:13
122:12 123:2              10:16 12:2           135:3                 **ph**  141:10
123:12,19                 51:11 53:25        **percent**  79:17       **phone**  8:14,18
126:20 135:21             54:11             **period**  69:9          8:20,22,23
**particular**  22:5     **pattern**  105:24     98:21 114:25         33:25 34:10,11
110:24                    127:4              **permanent**            39:15 57:10
**parties**  140:13      **pause**  6:25 30:3      14:21               61:8,9,14,14,15
140:24                    54:2 62:16        **permanently**           61:15,24 62:10
**partner**  81:5        **paused**  119:25       14:11               62:13,16,25
**parts**  6:21 7:8,9    **pay**  18:3,4,6     **permission**          63:4 65:6
104:8 119:11              123:16 134:9         64:19                  68:12 98:18,21
**party**  140:17        **paying**  37:18     **person**  20:11       98:22,23 99:1
**paso**  44:8,10          97:15               29:17 35:7            99:11,16,19,20
**pass**  45:15          **pc**  58:9 78:17      37:3,5 40:7          107:22 108:11
136:21,23                 79:4,5 83:11         45:14 46:5            108:18,20,21
137:1                     83:12 84:8,21        53:24 82:19,22        108:22,23,25
**passenger**  21:5       88:8,11 96:1         83:18 84:13,20        109:3 111:22
23:4,13 26:17            104:24               85:14,14 87:2          112:9,12 113:1
**past**  32:12          **peace**  79:5        87:4,16 106:20        113:13,17
116:13                  **pen**  68:8 99:23     108:13 139:17         114:16,18
**patch**  69:20,24       99:23              **person's**  47:16       115:7,11,16,24
70:1,4,6,9,13          **people**  22:18     **personal**  8:18        116:2,4 130:12
70:19,24 71:3            29:18 30:8,19        8:22 53:5              132:17
71:13,14,16,17           32:10 33:3,19        61:15,19 63:4

| | | | |
|---|---|---|---|
| **phones** 61:6 108:16 111:23 | 131:13 132:9 132:22 134:13 134:18 135:10 136:2 | **possible** 18:23 18:25 28:20 56:3,5,5 106:22 121:23 | **proactive** 135:2 135:6 |
| **phrased** 40:14 | | **possibly** 34:2,4 | **probable** 23:25 79:13 84:14,22 |
| **physical** 20:20 | **please** 6:6 | 35:3 53:18,21 | 85:1,15 88:14 |
| **physically** 45:8 | 111:12 | 107:3 | 96:1 |
| **pick** 74:5 | **plenty** 68:10 | **potentially** | **probably** 41:12 |
| **picked** 81:4,7 | **plug** 128:14 | 39:20,21,22 | 78:10 79:16 |
| **piece** 34:18 | **pocket** 18:4 | 78:11 115:7 | 102:16 |
| 39:14 93:14,15 | 31:21 32:19 | **practice** 34:6 | **problem** 50:9 |
| 93:16 127:6 | **point** 12:4 | 34:12 | 91:5 |
| 128:5 | 23:21 35:14 | **precautions** | **problems** 38:6 |
| **pieces** 27:23 | 75:6 84:4 | 46:19 | **procedure** 1:23 |
| **pilot** 12:24 | 95:23,25 97:13 | **prepare** 36:4 | **proceeding** |
| **pistol** 36:9 | 109:5 126:2 | **preparing** 8:9 | 140:25 |
| **place** 20:17 | 127:10 | **pressing** | **process** 57:4 |
| 21:17 | **pointed** 84:19 | 125:15 | **produced** 1:15 |
| **placeholder** | 127:22 | **pretty** 18:23 | **program** 12:16 |
| 128:5 | **pointers** 45:18 | 19:10 31:4 | 12:17,24 |
| **places** 94:6,7 | **pointing** 12:11 | 42:15 59:4 | **properly** 35:14 |
| **plaintiff** 1:4,16 | 127:12,14 | 75:24 79:2,10 | 36:4,15 |
| 2:2 4:12 | **poking** 79:1 | 120:13 | **propounded** |
| **plate** 105:15,22 | 84:5 | **previously** 3:18 | 139:6 |
| 105:23 106:7 | **policies** 42:19 | 4:14 5:3 16:11 | **proved** 139:16 |
| 106:10 | **policing** 135:3 | 16:12,22 51:2 | **provide** 55:7 |
| **play** 42:17 | 135:6 | 66:4 67:2,9 | 56:2 |
| 52:20 127:7 | **poor** 128:18 | 68:3 111:7,10 | **provided** 45:18 |
| 128:10 129:6 | **position** 48:15 | 111:13 115:15 | 53:18 58:6 |
| 130:3 134:12 | 50:7 92:24 | **principles** 40:1 | **provider** |
| 134:16 | 96:7,8 97:19 | **prior** 13:23 | 115:13,16 |
| **played** 89:6 | 97:24 98:1,1,5 | 22:24 26:6 | **providing** |
| **playing** 121:15 | **positioned** | 100:11 | 53:20 |
| 122:1,25 | 96:24 | **priorities** 31:23 | **provisions** 1:23 |
| 123:18 125:9 | **positions** 96:12 | | **public** 139:22 |
| 126:4 127:9 | 96:14 97:1 | | |
| 129:24 130:4 | | | |

**[pull - recall]**

**pull** 11:25 12:1
12:2 13:5
126:14,15
**pulled** 38:13
39:7 61:8
127:19
**pulling** 38:6,15
104:4
**punches** 88:1
**purpose** 53:16
**purposes**
139:18
**pursuant** 1:22
140:15
**put** 26:16 27:11
27:25 32:9
33:10 40:5
50:10 66:1,7
71:6 89:20,21
91:9 94:21
98:8,12 101:19
101:25 107:4
110:15 111:5
121:11 128:15
**puts** 15:15
42:17 89:3
101:16
**putting** 89:3
129:14

**q**

**qualifications**
5:17
**qualified** 5:18
**question** 6:6
20:16 29:17

30:14 38:3
40:14 43:3,4
98:20 100:7
**questioned**
86:11
**questioning**
89:5
**questions** 6:5
7:8 22:1 29:12
29:15,19,22
37:16 46:10,13
47:18 89:4
94:4 104:9
137:3,4 139:6
**queue** 6:21
**quick** 39:6
**quiet** 30:21
**quit** 70:22
**quite** 6:23
**quotas** 80:4,7

**r**

**r** 2:1 76:2 94:22
**radio** 36:10
91:8
**raised** 26:23,24
**ram** 49:25
**ramble** 29:25
**ran** 50:12
**range** 25:17,19
25:21,22 35:25
36:22
**rapid** 21:4 23:4
**ray** 32:16 90:12
**raymond** 63:11

**razzed** 85:7
**razzing** 78:25
80:22
**rbf** 1:5
**reach** 54:16
**reached** 91:25
**reaction** 19:5
97:7
**reactions** 97:15
**reacts** 29:17,19
29:21 45:14
**read** 13:13 14:7
63:15 84:9
88:9 104:6,8
104:13 105:14
105:18 107:15
109:22 114:8
115:2 139:4
142:9
**reader** 65:23
65:24,25 66:14
105:15,22,23
106:7
**readers** 106:10
**reading** 65:19
114:9,25
**ready** 60:10
65:11 75:13
103:16
**real** 52:9 64:7
90:5
**reality** 132:24
**realize** 25:1
**really** 7:23
19:11,12 28:15

28:17 29:8,13
31:6,12 35:5
37:18 39:2
52:9 58:7,21
59:10 78:5
96:19 105:5
126:12 129:4
**rear** 94:22
95:20
**reason** 7:11
23:25 24:9
80:11 83:21,23
104:24 122:10
138:5 142:11
**reasonable**
39:11
**reasons** 140:21
**reassign** 12:4
**reassigned**
14:14 48:16
**reassignment**
13:7,10,16
14:5
**recall** 19:2 20:5
20:6 22:8
25:11,25 26:14
29:3 53:7
56:19 59:15
61:3 62:4
63:23 66:15
78:18 80:15
83:22 84:3
85:19 86:1
92:1 99:3
124:23 125:19

[recall - responses]                                               Page 27

126:11 127:24
131:4,20
**recalling**  58:8
**receipt**  140:19
142:17
**received**
111:21 112:14
120:10
**recent**  112:8
**recently**  21:25
121:5
**recess**  60:19
62:23 119:2
128:16
**record**  1:24 6:4
6:12 40:13
60:18,21 62:24
112:25 119:3,7
128:13 140:8
**records**  15:7
61:9 62:7
115:7,16
**recover**  110:21
**red**  56:7
**refer**  31:2
**reference**  27:16
78:20 79:23
80:20 85:3
86:6,9 88:22
91:22 92:2
**referenced**
80:15 142:6
**referencing**
79:24 80:1

**referring**  9:3,6
9:9 83:9,20
85:8 104:16,19
106:2 108:17
108:19 110:1
125:21 126:9
127:23 131:19
132:13 133:4
135:21
**refers**  64:16
**refresher**  4:19
60:21
**registration**
141:9
**regular**  82:8
**relate**  54:22
**related**  140:24
**relatively**  134:2
**relay**  91:9
**rellsworth**  2:19
**rely**  79:13
**remember**  4:15
6:10 16:24
17:6,7,7 18:7,8
18:19 19:18
20:3 21:7,8,8,9
21:12 25:13
27:21 28:10,13
29:4 31:12,24
34:13 41:4,11
44:4,7,13 51:6
53:9 56:12
58:3,8,22,22
59:10 60:15
61:5 64:23

81:7 83:21
84:1 88:8
91:25 101:1,18
101:25 115:17
115:21 117:5
124:9
**remembering**
44:9
**remove**  26:16
**removed**  24:9
24:10
**repeat**  103:25
104:1
**repeated**  104:7
**rephrase**  6:7
**replay**  134:14
**replied**  80:10
**replies**  71:12
**report**  5:18
10:13,24 16:3
74:9 110:6,25
111:21 117:6,8
117:11,18,21
**reported**  1:20
50:13
**reporter**  4:1
5:7,17,18 9:15
72:1 75:24
80:1 82:21
93:20 140:4
**reporter's**  3:8
140:1
**represent**  4:12
98:17 111:20
116:21 118:10

119:12 128:22
**representative**
115:21
**represents**  5:2
5:3
**requested**
140:17
**required**  117:9
**requirement**
109:10
**reserve**  137:2,4
**reset**  36:14
**resident**  53:25
**residents**  54:1
54:9,10,13,16
**resings**  54:7
**respond**  19:12
20:16
**responded**
73:17 83:24
90:25 130:22
**responders**
115:24 116:4
**responding**
33:3 47:17
88:13 108:15
**responds**
108:14
**response**  30:7
30:17,20 37:16
47:16 82:23
90:21 116:7
**responses**
46:10

[rest - saving]                                                Page 28

**rest**  14:5 60:12
  119:18,19
**restock**  36:14
**restroom**  60:21
**result**  104:25
  105:2
**results**  3:20
**retention**  113:8
**retire**  99:15
**retired**  44:15
**retrieve**  115:6
  116:8
**retrieved**  62:25
  66:18
**return**  11:17
  142:13,16
**returned**
  140:19,20
**review**  6:17,19
  8:4,6 9:23 65:8
  75:12 103:11
  142:7
**reviewed**  8:9
**reviewing**
  107:15
**rewatch**  132:4
  132:5
**richard**  75:19
  75:21
**ridealong**  44:8
**ridealongs**  41:3
  41:4,7 44:25
  45:1
**riding**  43:16

**right**  5:23 6:16
  6:24 7:11
  10:19 11:2,9
  12:1 13:13
  14:2,15 15:4
  16:24 18:16
  24:7 36:11
  37:8 39:8 44:9
  46:6,8,11 47:1
  47:8,14,16,19
  50:24 51:21
  58:20 61:16
  62:9 63:19
  65:19 67:12
  68:4 69:21
  77:25 79:3
  81:6 83:12
  88:9 89:8
  90:23 91:15,15
  91:18 93:23
  103:20 104:1
  104:13 105:18
  108:11 111:9
  115:2 116:23
  117:14 119:16
  120:1 122:6,14
  123:14,25
  125:5,8 128:17
  129:18,23
  131:17 132:7
  133:2 134:20
  134:22 135:13
  136:7,13
**road**  2:7 30:6
  37:2,4,19

  40:24 133:20
  135:17,18
**roads**  19:5
  133:17,17,18
**roadside**  20:12
**roadway**  19:10
  130:18,18,19
**rode**  45:16
**rodriguez**  90:6
  90:7
**role**  52:20
**roles**  98:1
**roll**  88:1
**room**  54:18
  60:12
**rooter**  66:7
**roto**  66:7
**round**  97:4
**rounds**  135:18
**route**  107:3
**rows**  115:1
**ruben**  76:5
**ruiz**  86:22 87:4
  87:4,7 90:2,8
**rules**  1:22 4:17
  13:12 14:6
  42:20 98:5
**run**  36:21
  37:24 43:8
  44:12 132:24
  132:25 133:12
  133:14
**running**  33:6
**rural**  126:19

**ryan**  2:16

**s**

**s**  1:21 2:1,10,12
  3:10 142:1
**saenz**  2:11 5:5
**safely**  39:9
**safety**  50:11
**salazar**  1:9 9:6
**salt**  120:7
**san**  1:2,22 2:13
  133:14
**sanchez**  68:22
  68:23 69:1,2
  71:12 72:4,10
  73:6,17,25
  74:2,6,9,10
  76:10,11,12,14
  76:15,23 77:1
  77:4,6,8,11
  80:10 83:24
  84:7,18,25
  85:8 86:3,13
  89:24 90:13,16
  90:17,25 91:2
  91:17,20 92:3
**sanchez's**  73:11
**sand**  82:24,25
  83:6
**sapd**  15:20
**savage**  120:23
**save**  117:24
  118:2 135:25
**saving**  118:16
  118:19 119:6

**saw** 79:8,21
104:22 125:11
127:10 131:5
**saying** 18:16
20:17 54:3
69:14 73:18,20
79:12,19 83:3
84:19,20 85:11
87:6,23 88:12
88:13 91:3,15
92:4,17 93:8
100:22 105:11
105:21 106:9
106:24 107:2
108:15 109:10
117:17 124:17
127:20 132:1
132:11,17
136:15
**says** 20:25 21:4
72:4,10 73:24
80:15 86:13
94:14 97:3
112:1 113:7
120:6 123:17
123:22,23
134:9
**sbcglobal.net**
2:14
**scapegoat**
87:19
**scenario** 34:9
**scenarios** 33:6
**schott** 1:3 4:13
5:2 51:25 52:1

117:18,23
118:4,10,14
142:4
**schott's** 52:19
116:22,25
**scoot** 97:10,12
97:12
**scooting** 97:10
**scope** 65:22
66:4,5,13
**screen** 120:1
**scu** 69:14,21
70:16,18 71:6
71:13,17 72:11
74:1
**seal** 139:20
**search** 23:25
24:13 57:14,25
58:2,3 110:17
110:17 122:10
**searched** 47:14
57:13 134:1
**searches** 122:4
**searching**
24:14 47:9
131:9
**seat** 24:8 43:12
43:13
**second** 19:25
62:15 63:7
65:8 75:12
93:6 103:11
111:3,9,14
113:3,7 114:2
128:8

**seconds** 119:21
119:22,25
136:1
**section** 112:4
125:5,8
**see** 10:18 11:1
11:20 13:6,7
13:10 14:5,9
14:14,15 15:1
16:1,1 19:11
19:24 21:4
22:13,23 23:3
23:5 24:1,18
26:3 30:9,11
38:16 40:18,20
40:21 45:14
46:2,15,16,16
47:12 60:11
63:13 65:13,14
66:8,10 67:19
67:25 69:1,14
76:17 77:22
83:24,25 89:10
89:10,13,24
92:11,23,25
93:4 94:11
95:5,6,16,23,24
97:6,9 105:5,7
108:2,3 109:12
112:1,4,10,17
112:19,21,22
113:4,10,24
114:5 119:16
119:25 120:4,5
121:16 125:1,3

125:4,8 126:6
133:9 134:11
135:19,19
**seeing** 21:19
23:17 24:17
92:20 95:23
**seem** 24:12
62:9
**seems** 11:4 15:1
18:10,12 22:4
23:12,13 64:18
69:9,11 84:18
92:3 100:10
108:10
**seen** 10:5 17:25
31:17 97:8
106:14 124:5
125:13
**seize** 110:19,19
110:20
**selection** 18:15
26:4,6,8
**send** 12:9
100:21
**sending** 73:13
78:18
**sense** 30:23
45:21 46:1,22
48:24 49:2
81:15 82:5,7
84:2 86:20
91:14
**sent** 52:6
100:17 102:22
106:19 111:22

**[sent - smuggled]**

113:8 142:14
**sentence**
104:13 105:3
105:14,21
114:24
**sentences**
105:11
**separate**  73:13
**separately**
41:17,18
**september**
22:21 24:25
25:2 26:3
102:6
**sergeant**  7:22
8:2 10:14,17
13:16 17:12
50:23 51:3
68:22,23,24
69:1,2 70:21
71:11 72:4,10
73:6,11,17,25
74:2,6,7,8,9
76:10,12,14,15
77:11 80:10
83:24 84:6,18
84:25 85:8
86:12 89:24
91:17,20 92:3
99:13 108:14
109:18 110:1
117:22 131:19
131:21 132:12
132:14,17
134:5,5

**series**  107:7
**served**  116:19
118:6 140:12
**service**  36:19
**set**  113:8
118:24
**setting**  113:20
**settings**  113:13
113:19
**several**  28:24
**shade**  87:18
**shaking**  6:8
**sharpen**  42:24
**shawn**  18:15
20:2
**sheet**  75:2
110:3,5,15
119:6 142:11
**sheriff**  9:5,6
97:3,25
**sheriff's**  9:1,2,3
17:16 52:2
98:4 104:18
**shift**  11:16
**shit**  132:25
133:1
**shock**  105:8
**shoot**  16:23
82:24
**shooter**  36:4,8
49:23
**shootings**  11:16
**short**  11:14
56:20 60:21
119:4

**shorter**  119:23
129:4
**shorthand**
140:3
**shorthanded**
11:17
**shotgun**  15:4
15:15 49:25
**shoulder**
128:19 136:19
**shoulders**  70:2
**show**  119:4
**showed**  45:10
**showing**  5:12
**shown**  140:13
**shows**  26:14
**shut**  48:5
**side**  26:17
27:11 37:2,4
40:24 49:7
73:13 98:8,13
**sideways**  35:5
40:7 92:16,23
93:3 95:17,21
95:23 96:3
**sign**  72:18,24
72:25 120:6
142:12
**signature**  3:7
140:16,18,21
141:6
**signed**  142:19
**signs**  20:12,14
72:14 90:4

**similar**  18:22
20:5,9 69:20
**similarly**  6:7
**simultaneously**
67:7
**sir**  78:4
**sit**  92:20
**sits**  48:20
**sitting**  96:2
**situation**  40:5
131:4
**situations**
33:21 35:19
36:22 40:3
**skills**  33:14
42:24 98:9
**skip**  18:11
22:12 114:2
121:22,22,23
122:21 125:2
128:5 131:7,11
135:24,25
**skipping**  131:8
**skull**  120:24
**slack**  74:5
**slang**  86:15
135:1
**slow**  130:19
136:4
**small**  134:2
**smaller**  133:7
**smell**  82:9
**smuggle**  22:17
**smuggled**
50:12

smuggler 133:9
133:19
smugglers
28:20
smuggling
18:25 22:13,23
25:3 26:16
27:7 28:22
50:9 53:19,21
56:3 133:11
snake 123:7
sneeze 44:6
sneezing 44:5
snow 28:7
soledad 1:21
2:12
solutions 141:8
142:23
somebody
25:20 27:6
46:1,14 58:4
97:6 132:2,3,3
someone's
40:22 48:21
something's
47:18
sorry 12:12
26:8 47:6
60:10 81:3
92:17 100:9
103:9 109:23
123:12 126:24
129:19 136:4
136:25

sort 10:24
sound 24:4,4
116:23 129:7,7
129:9,12 130:2
sounding 46:22
sounds 24:11
36:21 58:13
80:4 90:25
91:14,18
source 51:16,16
54:24,25 56:15
56:16 61:13
sources 53:17
54:4 57:7
south 92:21
94:9,12,13,16
133:14
space 43:17
speak 7:19
115:19 118:15
118:18
speaker 128:15
129:13
speaking 130:6
special 116:3
specific 7:7
27:15 107:9,16
speculate 63:24
86:3
speculation
92:10
speech 91:5
spell 44:24
75:23 100:2

spend 35:6
40:24
spent 11:18
spidey 45:20
46:22
split 69:10
spoken 124:13
spot 75:11
131:8
squished 91:12
stack 111:8
staff 109:10
110:25
staffed 11:15
stake 52:9
stand 26:20
45:16 87:25
standalone
78:7,9,11
standing 46:1,3
46:8 66:3
128:18 136:19
stands 32:14
44:14
start 9:11 10:9
12:15,17,20
28:12 61:18
75:16,18
119:14,20,21
121:25 125:4,7
130:1
started 11:13
12:23 35:20
119:24 126:16
126:20,22

127:3
starting 114:5
119:13 132:7
starts 25:5
109:19
state 1:19
139:13,23
140:4
stated 1:23
statement
122:8
states 1:1
101:20
stats 109:24
stenotype 1:20
stick 32:2 35:21
103:7 110:11
sticker 121:2,4
stickers 120:4,8
120:12,15,18
120:22 121:12
stimulate
120:11
stipulations 3:4
5:9
stood 132:14
stop 24:24
29:14 35:6,16
35:24 39:4,5
40:3 43:8 46:4
48:7 78:17
79:25 80:2
82:8,9,15,17,17
85:13 87:24
96:1 98:25

**[stop - take]**                                                        Page 32

104:11,12,21
104:22,24
105:23,24
106:4,21
110:23 116:22
117:1,10
119:15,17
122:13 123:3
124:5,19
125:17 126:15
126:15 127:1
128:24 136:19
**stopped** 35:7
80:11 122:2
126:3 130:19
132:10 136:3
**stops** 35:4
36:23 40:10,16
45:2,3 46:9
48:4,5,13 50:5
92:12 110:17
122:9 126:23
127:3 135:4
136:6,12,16
**story** 20:16,18
**straight** 15:18
38:2
**street** 25:8,16
25:17 26:5
31:7,8,14,24
51:12,14 68:16
68:24 69:18,21
73:21 75:20
76:7 89:9
133:8 141:8

**stress** 33:15
**stripe** 97:5
**stud** 66:1
**stuff** 10:4 18:12
28:1 35:24
36:14 38:20
42:20 58:10
74:14 81:17
89:17,21 97:6
113:19 115:25
116:2 118:24
119:16 133:12
133:22
**style** 43:7 82:7
90:21
**styled** 1:17
**styles** 43:5
**subdued** 69:19
**subject** 33:5
**subjects** 56:5
**submit** 15:12
15:13,17,20,21
100:20 102:10
**submits** 15:11
**submitted**
102:16 112:2
**subpoena**
116:15,16,18
118:6,11,15
**subscribed**
139:17
**substance**
139:7
**success** 25:7
27:4,4

**suck** 136:11
**suite** 1:21 2:4,7
2:12,17 141:8
**summer** 99:9
112:15
**supervise** 73:25
74:2
**supervisor** 8:2
50:24 74:5
**supervisors**
74:4
**suppose** 54:20
**supposed** 12:7
15:6,9,10,11
24:2 83:8
88:10 102:5,7
117:8
**sure** 7:24 12:8
15:16 16:9
17:9,16,20
20:8 24:25
26:1 27:1
30:18 31:5,24
33:13 36:1
40:13 47:11
49:10,10 52:8
59:22 62:14
63:5 66:25
68:2 74:20
75:24 83:16
89:23 94:14,23
105:5 111:15
115:10 116:1
116:21 117:11
122:16,16

123:13 124:8
132:20
**surrendered**
61:5
**suspicion** 39:11
**suspicious**
135:5
**swat** 36:2,2,6,9
49:12 68:16,24
71:7,16,19,20
71:21,23 75:20
76:7
**swerving** 123:7
123:21
**sworn** 1:16 4:7
140:6
**system** 105:15
106:7 116:3
117:9

**t**

**t** 3:10 32:7,8
**tactical** 120:19
120:20
**tactics** 25:7
27:3 37:2,5
**tahoe** 121:7,12
**take** 5:7 6:18
6:19,25 9:23
15:19 17:23
18:2 25:17
28:5 30:3,25
31:1,23 35:20
36:17 60:6,9
61:22 62:15
65:8 69:12

75:11,12
102:13 103:11
111:15 118:22
119:19 129:2
129:13
**takeaways**
20:10 34:20,21
106:11
**taken** 1:17
13:19 18:21
20:5,8 21:11
23:16 25:12
27:21,22,23
32:4,12,23
34:15 35:24
36:2 46:19
49:22 140:2,25
**takes** 46:18
102:25
**talk** 7:20 8:25
27:14 28:1,2,3
31:3 33:19
35:5,12,12,12
35:13 36:20
40:23 41:2
52:24 64:9
78:13 82:10
101:23 136:25
**talked** 20:7
25:4 28:23
39:14,17,21
41:3 46:9 51:1
51:2 54:13
58:3 61:16
72:20 80:22

94:5
**talking** 13:15
23:2,7 24:12
29:12 33:23
35:11 40:25
41:4 44:5,6,8
47:22 60:22
71:13 86:16
91:20 95:15
102:11 124:3,5
125:12 131:21
134:4
**talks** 112:7
**tamez** 21:5,13
23:3
**tan** 51:20
**tank** 66:7
**target** 18:15
19:17 25:20
26:7,8
**tattle** 83:25
84:2,4
**tcole** 15:23 16:3
**teach** 49:16
50:5
**teaches** 33:2
**team** 7:20 42:3
42:5 49:12
73:9,18,22
**teams** 101:21
**tear** 46:16
**teasing** 81:11
**technical** 112:8
**techniques**
29:8,10 42:6

43:5
**technological**
128:18 129:21
**tel** 2:5,8,13,18
**tell** 10:1,12
12:22 20:8
25:10 29:24,25
30:3 33:1
35:11 37:12
38:14 53:25
54:16,19 55:6
59:9 62:3 66:3
72:15 78:24
79:6 87:14
92:7,19 97:8
98:20 100:4
101:13 107:21
109:18 117:24
118:2 130:16
**telling** 22:4
29:23 35:9
59:17 83:25
84:2,4 106:6
122:13 123:3
129:16 130:11
136:10
**temporally**
77:21 78:2
**temporary**
12:10 13:10,16
14:9
**ten** 118:25,25
**tennessee** 31:19
**term** 9:2,5,8
82:13 91:8

101:18 135:1
**termination**
52:20
**terms** 19:17
45:23 125:1
**testified** 4:7
16:23 115:15
**testify** 7:17
**testifying** 6:1
**testimony** 7:12
140:8 142:9,17
**testing** 100:1
**texas** 1:1,10,20
1:22 2:4,10,13
2:18 133:14
139:13 140:4
141:7,9
**text** 3:12,12,13
3:13,14,15,15
3:16,19 61:11
61:19 64:21
65:7 67:21
69:13,13 100:5
100:15 103:18
118:2,19
**texted** 65:16
**texting** 86:25
**tfos** 32:12
**thank** 9:17
16:17 17:2
27:11 36:19
76:23 98:8
111:5 136:22
**thanks** 49:3
74:12

[theirs - towards]                                                          Page 34

| | | | |
|---|---|---|---|
| **theirs** 69:19 | 78:4 81:4 | 14:10 17:23,24 | 8:6,12,14,23 |
| **therefor** 140:22 | 82:25 98:12,12 | 26:4 28:16,17 | 29:20 48:1,3 |
| **thing** 10:24 | 103:19,24 | 31:20,21 40:20 | 48:15 66:17 |
| 12:10 16:20 | 104:1,2,7 | 49:5 52:12 | 98:5 |
| 26:10 29:5 | 106:19 111:3,4 | 53:22 56:20 | **together** 74:15 |
| 31:4 42:16 | 116:12,12,14 | 57:6 60:3 69:9 | 74:25 84:18 |
| 44:22 56:2 | 120:25 122:21 | 69:12,24 72:19 | 91:13 |
| 66:6 76:16 | 129:4 130:2 | 74:3,9 77:16 | **told** 28:3 57:6 |
| 77:13 78:22 | 136:18 | 79:17 80:25 | 89:5,15 116:8 |
| 79:10 92:11 | **thinking** 91:14 | 81:3,4,8 86:11 | 116:14 117:6 |
| 101:23 107:15 | **third** 129:23 | 89:3 91:24 | **tone** 30:22 35:1 |
| 134:15 | **thirds** 109:19 | 97:24 98:18,20 | **tonight** 109:25 |
| **things** 6:10 | **thought** 60:10 | 102:16 109:4 | 110:4 |
| 12:11 19:5 | 73:16 80:12 | 112:15 113:7 | **tons** 133:17 |
| 20:13,19 23:20 | 117:7 | 113:12 114:10 | **took** 5:21,22 |
| 24:10,11,21 | **three** 25:12 | 114:25 116:9 | 32:17,23 33:21 |
| 26:20,24 28:4 | 32:17 47:14 | 124:7 125:3,24 | 60:23 99:14,15 |
| 33:13 34:4 | 76:15 95:19 | 127:18 129:10 | **tool** 106:10 |
| 35:21,25 39:24 | 96:12,14,24 | 129:23 130:9 | **toolbelt** 28:1 |
| 45:12,15 46:11 | 97:1,3,19 | 130:10,25 | **toolbox** 65:22 |
| 49:25 51:13 | 98:24 103:6,6 | 131:5 135:25 | **tooling** 24:7,7 |
| 62:17 82:11 | 103:8 104:7 | 136:23 142:18 | 26:21,22 |
| 83:14,15 87:11 | **threw** 89:25 | **timeframe** | **top** 76:22 |
| 87:14 89:5 | **throckmorton** | 142:8 | 107:22 109:9 |
| 92:4 106:22 | 141:8 | **timeline** 20:18 | 111:9 |
| 110:21 120:11 | **throwing** 87:17 | **times** 16:2,2 | **topic** 87:17 |
| 126:14,16 | **thursday** 1:18 | 30:19 33:23 | **torres** 107:12 |
| 128:14 129:16 | 24:25 26:3 | 91:8 93:1,3 | 107:23,23 |
| **think** 11:18 | **ticket** 110:18 | 104:7,7 134:1 | **total** 114:13 |
| 16:9 19:8 | **tied** 74:8 | **tire** 66:1 | **tow** 110:20 |
| 23:16 28:11 | **till** 127:8 | **title** 23:4,13 | 131:9 |
| 30:7 31:19 | **time** 6:3,16,18 | 27:1 | **toward** 15:22 |
| 32:17 44:19 | 8:25 10:16 | **today** 5:1,8,21 | 95:3 106:25 |
| 59:4 68:1 | 11:13,24,25 | 6:16,21 7:12 | **towards** 92:22 |
| 70:20 71:15,15 | 12:9 13:1,17 | 7:15,21,23 8:4 | 105:16 |

| | | | |
|---|---|---|---|
| **toyota** 56:8 | 31:25 34:17,22 | **truth** 29:23 | **turning** 105:16 |
| **traffic** 18:24 | 39:13,24 40:2 | **truthful** 20:12 | 106:25 |
| 19:3,7,8,14 | 40:10,16,17 | **try** 6:10 39:1 | **tv** 45:6 |
| 24:24 29:14 | 44:14,16,17 | 43:4 60:15 | **two** 22:25 |
| 35:4,6,10,16 | 46:25 47:7,21 | 79:15 83:7 | 23:16 25:12 |
| 36:22 40:3,10 | 48:1,3 49:15 | 88:13 91:8 | 26:12 29:2 |
| 40:16 43:8 | 81:1,17 100:6 | 93:2,6 95:9,10 | 32:17 43:16 |
| 45:2,3 46:4,9 | 100:12,16,17 | 96:7,9,10 | 62:15 63:10 |
| 48:4,5,7,13 | 100:19 101:1 | 113:18,19 | 69:7 71:12 |
| 50:5 79:24 | 102:19 126:10 | 116:1 121:22 | 74:14 75:7 |
| 80:2 82:8,9,15 | **trainings** 16:6 | 125:3 129:8,9 | 77:13 94:7 |
| 82:17 85:13 | 27:14,15,17,22 | 129:13,18,25 | 95:18,18 96:12 |
| 92:12,18,24,25 | 28:24 32:2,10 | 130:2 134:8 | 96:14,24 97:1 |
| 93:4,10,12 | 49:23 120:10 | 135:24 | 97:2,19 103:13 |
| 94:24 95:1,3,5 | **transcript** | **trying** 7:7 | 103:15 105:11 |
| 95:6,10,22 | 140:7,20 142:6 | 34:13,13 35:8 | 109:19 110:16 |
| 96:20,21 97:13 | 142:19 | 35:14 46:21 | 116:12,13 |
| 97:16,16,17 | **transcription** | 51:16 58:11 | 133:16,16,20 |
| 98:25 104:11 | 139:5 | 73:10 78:2 | **type** 127:15,16 |
| 105:23,24 | **transfer** 10:14 | 87:19 88:21 | 133:9,10 |
| 106:4 110:16 | 10:15 11:20 | 89:15,20 91:4 | 135:20 |
| 110:23 117:10 | 12:5,12 | 93:10,25 96:16 | **types** 40:2 |
| 119:15,17 | **transferring** | 99:5 111:2 | 45:14 |
| 122:9,13 124:5 | 11:21 | 122:21 | **typical** 24:5 |
| 124:6,19,19 | **translate** 6:11 | **tuesday** 21:3 | 82:17 |
| 125:12,17 | **trend** 106:22 | 23:2 | **typically** 12:7 |
| 126:14,15,23 | **trends** 101:23 | **turn** 54:6 92:23 | 19:3 24:2 |
| 127:1,3 128:24 | **triangle** 69:21 | 123:6,20 | 26:15 94:9 |
| 130:20 135:4 | **trick** 7:7 | **turnaround** | 97:7 105:17 |
| **trafficking** | **tried** 89:12 | 58:7 | 110:9 133:5 |
| 133:11 | 92:24 | **turnarounds** | **typo** 82:25 |
| **trained** 120:13 | **trouble** 54:12 | 106:8 | 86:24 88:10 |
| **training** 15:2,7 | **trucks** 22:19 | **turned** 40:23 | 90:18 |
| 15:7,10,14,18 | **true** 38:23 | 93:1 113:12 | |
| 28:8,14 31:7,8 | 140:8 | 127:11 | |

| u | | | |
|---|---|---|---|
| **uc** 48:8 | 124:2 125:14 | **unit** 11:12 | 94:2 106:10 |
| **ucs** 48:6 79:4 | 125:21 131:10 | 12:18,20 14:11 | 115:11 |
| 84:7 | 131:23,25 | 14:13,16,17,18 | **used** 22:17 |
| **uh** 4:5 6:11,11 | 134:24 | 17:19 42:9,12 | 51:20 81:16 |
| 61:10 | **understandable** | 44:1 48:5,12 | 98:21 105:22 |
| **ultimate** 51:17 | 91:11 | 48:17 50:19 | 135:2 142:19 |
| **under** 14:12,17 | **understanding** | 51:2,5,9 52:3 | **user** 61:25 |
| 14:18 89:25 | 10:6 12:24 | 52:11,15,21 | **using** 37:4 |
| 113:4 139:16 | 34:1 43:23 | 55:4 64:3,25 | 56:15,20 96:23 |
| 139:20 | 52:11 58:20 | 69:18,18,22 | 96:25 106:6 |
| **undercover** | 61:23 63:25 | 70:7,8,13,25 | 115:10 |
| 49:1,8 79:13 | 71:7 73:6 | 71:14 72:17 | **usual** 5:9 |
| 84:19 85:14 | 77:18 82:12 | 73:21,21,21 | **usually** 15:25 |
| 90:9 | 84:17 86:4 | 80:21 81:13 | 18:22 19:3,18 |
| **undercovers** | 105:10 117:16 | 86:11 90:10 | 19:18 26:13 |
| 48:9,17 84:12 | 127:18 132:16 | 110:25 114:21 | 66:22 74:6 |
| **understand** | **understood** | **united** 1:1 | 82:16 87:25 |
| 5:14,25 6:5 7:4 | 5:21 13:3 16:1 | 101:20 | 106:17 130:17 |
| 7:9 19:23 20:9 | 33:13 36:5,16 | **units** 74:1,3 | 131:21 133:7 |
| 23:8 28:15 | 36:19 41:1,1 | **unpack** 57:9 | 135:16 |
| 32:25 33:22 | 42:21 43:10,10 | 84:12 | **utilizes** 105:15 |
| 35:1,2,15 36:3 | 45:20 49:13 | **unpacking** | v |
| 38:10 46:22 | 51:20 58:11 | 46:21 133:25 | **v** 142:4 |
| 49:21 50:2,21 | 79:9 85:20,25 | **unreadable** | **values** 110:21 |
| 54:3 58:12 | 86:12 91:12 | 91:7 | **varies** 38:22 |
| 59:22 63:19 | 93:7 95:12 | **upset** 38:5,13 | **various** 6:21 |
| 74:11 79:18,21 | 97:25 110:2,23 | 38:18 | **vehicle** 16:23 |
| 82:3 83:17 | 113:23 116:3 | **urban** 126:20 | 16:25 17:1 |
| 84:11,15 85:21 | 130:12 | **use** 9:1,5,8 | 19:13 21:14,15 |
| 87:20,22 88:23 | **unfortunately** | 29:19 35:3 | 21:18,21,24 |
| 89:1 91:2 93:7 | 95:24 99:14 | 37:1 40:4,5,9 | 22:3,6 23:17 |
| 96:4 100:14 | 121:7,10 | 40:12,15,17 | 23:18,19,19 |
| 105:9,20 106:5 | **uniform** 48:19 | 47:23,25 48:3 | 24:1,5,6,13,14 |
| 108:19 113:1 | 51:21,23 | 55:2 56:16,23 | 24:15,16 26:4 |
| | | 60:11 93:16 | 26:6,21,23 |

27:2,5 28:4,21
28:25 29:6,7
32:15 38:21,24
45:13,16 47:10
47:12,14 54:17
54:20 58:7
64:14 66:2
92:25 93:2
94:21,22 96:7
96:22,24,25
97:5 104:11,22
104:24 105:25
110:17,18,20
110:20,21
119:17 121:3,5
122:10 127:13
127:14,15,17
127:19 131:10
**vehicles**  18:23
18:25 22:11,16
26:16 45:15
56:5 93:3
95:18 105:16
106:7,25
126:11,13
**velcro**  70:1,4
**vent**  66:8
**verbal**  6:8,10
**verify**  142:9
**verifying**  59:23
**veritext**  141:8
142:14,23
**veritext.com.**
142:15

**veronica**  130:8
130:13 136:11
**version**  70:14
**versus**  23:11
40:3 71:13
82:8 98:21
126:13 133:8
**video**  3:16,17
6:22,22,25 7:1
7:2 79:24
80:20 81:25
82:2 85:4,7,9
85:12 86:7,10
88:22,24,25
89:2,7,16
119:12 121:15
122:1,25
123:18 125:9
126:4 127:9
128:1 129:1,3
129:4,24 130:4
131:13 132:9
132:22 134:13
134:18 135:10
136:2,18
**videos**  6:21 7:8
8:6 118:24
**view**  95:9 96:3
126:6 127:16
**violation**  19:8
35:10 90:22
92:18,25 93:4
93:6,10 95:11
95:22 97:14,16
97:17 124:6

130:21
**violations**
19:15 124:19
125:13
**virginia**  2:8
**voice**  30:21
34:2 121:20
131:16
**volume**  1:13
**vs**  1:5

**w**

**w**  2:19
**waiting**  63:15
**waiving**  5:10
5:12,16
**walk**  17:9 18:9
21:20 27:17
38:14 75:15
82:9
**walking**  22:2
24:16 74:12
**wall**  66:2
**want**  7:6 14:4
14:23,24 15:22
16:13 17:23,24
18:2,5,13,17
22:8 23:1 27:3
27:14 28:12
33:12 34:8,9
36:20 39:13
40:12 41:2,8
41:23 44:6
46:24 49:8
52:24 54:2
57:9 61:4

63:23 65:17
67:25 69:7
71:12 77:21
78:9,9,23
85:17 86:2
99:3 104:16
113:3,23 114:2
119:18 123:15
124:24,25
126:12 129:2,4
132:4 133:24
134:8
**wanted**  31:19
36:7 77:21
82:19,22 83:17
84:13,20 85:14
101:6
**warning**  39:9
40:24 110:18
**watch**  6:22,24
7:1,2 30:16
45:3,6,13,13
119:11,18,19
121:14,25
122:14,15,22
122:23 123:11
123:13,13,14
124:25 125:3
126:2 127:6,25
128:19 129:1,3
129:4 131:11
132:8,20 134:7
134:8 135:7
136:1

watched  45:1
123:1 130:5
132:1
watching  45:9
118:24 122:23
way  24:5 28:20
29:24 43:6
48:11,12 51:10
59:17,18,23
78:5 82:6
83:15 92:1,20
94:24 95:1,5,6
95:13,16 96:23
97:21,22,23
104:3 105:12
109:19 115:6
116:14 125:16
126:15 134:20
ways  89:13
96:5,10
we've  5:4 25:3
34:8,16 60:5
66:13,13
129:12,12
weapons  22:17
30:9
wear  51:20,23
69:15 70:16,19
71:20
wearing  71:2
wednesday
22:21 25:1,2
weed  30:15
82:9 120:6

week  33:6
weeks  116:13
116:13
weights  110:22
welcome  18:11
129:1
went  4:17 13:1
32:18,24 33:7
41:13,13,20
42:5 44:17
58:22 71:5
126:12
western  1:1
whatnot  66:2
whatsapp  53:4
53:9,10,11,13
54:22 55:2,3,8
55:12 56:18,23
57:1,3,10,18,20
57:22 58:1
59:11,18
wheeler  19:14
wheelers  22:19
45:17,18
whisper  30:22
whistle  88:17
89:19
whistleblower
88:19,25 89:15
white  16:19
wide  25:17,19
25:21,22 35:25
wife  37:17,21
37:23,24

williams  26:4
wind  134:10
windham  2:6
5:2 9:13,16
60:4 67:5,11
67:15 74:18,20
75:6,10 103:4
103:7,14
107:11 122:19
125:6 128:6,9
129:13,16,20
witness  1:15
52:23 60:7,13
62:18 69:5
72:2 74:24
75:4 80:2
82:22 86:6
108:9 128:12
136:23 137:1
138:3 140:6,9
140:13 142:8
142:10,12,18
word  14:9 23:9
27:22,22
words  84:12,17
91:13
wore  69:24,25
work  6:6,9 15:9
21:24 27:19
35:13 45:23
47:23 58:18
61:15 89:14
98:18,21
103:18 107:22
108:18,25

112:12 129:9
worked  53:8
59:14 99:16
124:6
working  40:8
83:22 96:17
99:13 126:16
131:1,3
works  35:12
42:9,12 82:6
89:14
world  101:22
worried  97:14
worth  141:9
wp  80:12 82:18
83:17 84:7
wps  80:14
wright  2:17
write  68:7
99:23 100:19
103:22 108:7
writing  69:4
wrong  24:17,19
37:20 62:3

| x | | |
|---|---|---|

x  3:1,10 42:22

| y | | |
|---|---|---|

y  42:22
y'all  37:22
63:17 74:23
y'all's  49:7
ya  80:10
yeah  6:11 8:17
10:8 17:7 26:8

**[yeah - zulus]**                                        Page 39

27:1,24 61:17
62:10 68:9
72:22 73:10
86:9 87:19
88:2 94:2
104:20 109:22
116:17 119:1
120:25 121:10
121:12 122:15
132:6
**year**   11:18 13:4
13:20 52:17
84:2
**years**   19:21
26:2 71:8
**yep**   75:5
**youtube**   79:24
81:25 82:2
85:3,7,9,12
88:22,24,24

**z**

**z17**   89:25 90:1
**zulu**   72:13,23
73:1,2,4
**zulus**   72:11,23

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.