# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 10

https://www.dropbox.com/scl/fi/jnneltxc8czeg2izglhpl/Ex.-10-Alek-Dashcam-Passing-Babb.mp4?rlkey=im38gafpk68vg6pjbmyhyeosr&st=ovq1d0tq&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***