# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 11

https://www.dropbox.com/scl/fi/ygzsgebqd6acas1wzsx82/Ex.-11-Babb-BWC-A.mp4?rlkey=u5ljd7kd26vm82eydv7anbs1i&st=khhunx0m&dl=0

***USB drive containing the same materials to be mailed concurrently with this filing*ns**