# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 12

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **BCSO-2022-0082748**
Case Numbers:
Incident Date: **3/16/2022 11:15:08**
Report Generated: **9/14/2023 14:05:29**

## Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | 1 | Alarm Level: | |
| Priority: | 00 | Problem: | Traffic Stop |
| Determinant: | | Agency: | BCLE |
| Base Response#: | | Jurisdiction: | BCSO |
| Confirmation#: | | Division: | CHARLIE |
| Taken By: | Babb, Joel | Battalion: | CHARLIE |
| Response Area: | C30 | Response Plan: | C30 (1 Officer) |
| Disposition: | Warning Issued | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 98724814 | Latitude: | 29256242 |

## Incident Location

| | | | |
|---|---|---|---|
| Location Name: | | County: | BEXAR |
| Address: | IH 35 S NB | Location Type: | |
| Apartment: | | Cross Street: | SHEPHERD RD/NB IH 35 S OFRP SHEPHERD RD |
| Building: | | Map Reference: | 711F6 |
| City, State, Zip: | UBC TX 78002 | | |

## Supplemental Information - Person
**PERSON 1**
Name: schott alek       DOB: 03/28/1986

## Supplemental Information - Vehicle
**VEHICLE 1**
License: ljr4135 - TX

## Call Receipt

| | | | |
|---|---|---|---|
| Caller Name: | | Call Back Phone: | |
| Method Received: | | Caller Location: | |
| Caller Type: | | Caller Location Phone: | |
| Caller Address: | | Caller Apartment: | |
| Caller Building: | | Caller County: | |
| Caller City, State, Zip: | | | |

## Time Stamps / Elapsed Times

| Description | Date | Time | User | Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 3/16/2022 | 11:15:08 | | Received to In Queue | |
| 1st Key Stroke | 3/16/2022 | 11:15:08 | | Call Taking | |
| In Waiting Queue | 3/16/2022 | 11:15:07 | | In Queue to 1st Assign | 00:00:00 |
| Call Taking Complete | 3/16/2022 | 11:15:08 | Babb, Joel | Call Received to 1st Assign | -00:00:00. |
| 1st Unit Assigned | 3/16/2022 | 11:15:07 | | Assigned to 1st Enroute | 00:00:00 |
| 1st Unit Enroute | 3/16/2022 | 11:15:07 | | Enroute to 1st Arrived | 00:00:00 |
| 1st Unit Arrived | 3/16/2022 | 11:15:07 | | Incident Duration | 01:16:12 |
| Closed | 3/16/2022 | 12:31:20 | Mobile3 | | |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5i12 | Y | 11:15:07 | Warning Issued | 11:15:07 | | 11:15:07 | 11:16:44 | | 12:31:20 | | | |
| 5K18 | N | 11:27:05 | | 11:27:05 | | 11:47:34 | 11:48:56 | | 12:22:35 | | | |
| 5i11 | N | 12:22:36 | | 12:22:36 | | | | | 12:22:48 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| 5i12 | Babb, Joel (BCLE38552) |
| 5K18 | Molina III, Martin A (BCLE35946) |
| 5i11 | Gereb, Joe (BCLE35011) |

## Caution Notes
**No Caution Notes found**

## Pre-Scheduled Information
**No Pre-Scheduled Information**

## Transports
**No Transports Information**



EXHIBIT 5

BC000161

### Transport Legs
**No Transports Information**

### Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 3/16/2022 | 11:15:08 | Babb, Joel | Response | | *** License #: LJR4135 *** |
| 3/16/2022 | 11:49:50 | BCLE35476 | Response | | 5K18 NARC K9 DEPLOYMENT TIMESTAMP |
| 3/16/2022 | 11:50:49 | BCLE35476 | Response | | 5K18 POSITIVE ALERT // DRIVERSIDE DOOR |
| 3/16/2022 | 12:22:35 | Molina III, Martin A | Response | | kdar,k9 deployment, bwc avail |
| 3/16/2022 | 12:22:47 | Gereb, Joe | Response | | dar, assist/cover bwc avail |
| 3/16/2022 | 12:30:47 | Babb, Joel | Response | | DAR OIA T STOP X1 WARNING |
| 3/16/2022 | 12:30:58 | Babb, Joel | Response | | AXON BWC |

### Address Changes
**No Address Changes**

### Priority Changes

| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | 00 | | M |

### Alarm Level Changes
**No Alarm Level Changes**

### Activity Log
**No Call Activity**

### Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | CurrentSectorID | 0 | 79 | (Response Viewer) | Incident | WPCADMOBPD02 | Mobile3 |
| 3/16/2022 | 11:15:07 | Reponse Area | | C30 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | House Number | | 0 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Intersection Street ID | | SHEPHERD RD/NB IH 35 S OFRP SHEPHERD RD | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Alternate TAC Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Primary TAC Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Comand Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Current Sector | 0 | 79 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Home Sector | 0 | 79 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Jurisdiction | | BCSO | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Battalion | | CHARLIE | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Division | | CHARLIE | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Longitude | | 98724814 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Latitude | | 29256242 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | StreetID | 0 | 73265 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Postal Code | | 78002 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | State | | TX | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | County | | BEXAR | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | City | | UBC | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Address | | IH 35 S NB | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:08 | Map_Info | | 711F6 | Polygon Lookup | | WPCADMOBPD02 | Mobile3 |
| 3/17/2022 | 08:06:56 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | ROC-003 | BCLE43646 |

### Custom Time Stamps
**No Custom Time Stamps**

### Custom Data Fields

BC000162

**Description**
PSAP

SAPD CHANNEL

**Attachments**
**No Attachment**

**Data**
BEXAR CO SO: 210-335-4630
NOT SAPD

**User**
Mobile3

Mobile3

BC000163

# Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: BCSO-2022-0082748
Case Numbers:
Incident Date: 3/16/2022 11:15:08
Report Generated: 7/13/2022 08:44:58

## Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | 1 | Alarm Level: | |
| Priority: | 00 | Problem: | Traffic Stop |
| Determinant: | | Agency: | BCLE |
| Base Response#: | | Jurisdiction: | BCSO |
| Confirmation#: | | Division: | CHARLIE |
| Taken By: | Babb, Joel | Battalion: | CHARLIE |
| Response Area: | C30 | Response Plan: | C30 (1 Officer) |
| Disposition: | Warning Issued | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 98724814 | Latitude: | 29256242 |

## Incident Location

| | | | |
|---|---|---|---|
| Location Name: | | County: | BEXAR |
| Address: | IH 35 S NB | Location Type: | |
| Apartment: | | Cross Street: | SHEPHERD RD/NB IH 35 S OFRP SHEPHERD RD |
| Building: | | Map Reference: | 711F6 |
| City, State, Zip: | UBC TX 78002 | | |

## Supplemental Information - Person
**PERSON 1**
Name: schott alek     DOB:

## Supplemental Information - Vehicle
**VEHICLE 1**
License:

## Call Receipt

| | | | |
|---|---|---|---|
| Caller Name: | | Call Back Phone: | |
| Method Received: | | Caller Location: | |
| Caller Type: | | Caller Location Phone: | |
| Caller Address: | | Caller Apartment: | |
| Caller Building: | | Caller County: | |
| Caller City, State, Zip: | | | |

## Time Stamps

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 3/16/2022 | 11:15:08 | | | |
| 1st Key Stroke | 3/16/2022 | 11:15:08 | | Received to In Queue | |
| In Waiting Queue | 3/16/2022 | 11:15:07 | | Call Taking | |
| Call Taking Complete | 3/16/2022 | 11:15:08 | Babb, Joel | In Queue to 1st Assign | 00:00:00 |
| 1st Unit Assigned | 3/16/2022 | 11:15:07 | | Call Received to 1st Assign | -00.00.00. |
| 1st Unit Enroute | 3/16/2022 | 11:15:07 | | Assigned to 1st Enroute | 00:00:00 |
| 1st Unit Arrived | 3/16/2022 | 11:15:07 | | Enroute to 1st Arrived | 00:00:00 |
| Closed | 3/16/2022 | 12:31:20 | Mobile3 | Incident Duration | 01:16:12 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5i12 | Y | 11:15:07 | Warning Issued | 11:15:07 | | 11:15:07 | 11:16:44 | | 12:31:20 | | | |
| 5K18 | N | 11:27:05 | | 11:27:05 | | 11:47:34 | 11:48:56 | | 12:22:35 | | | |
| 5i11 | N | 12:22:36 | | 12:22:36 | | | | | 12:22:48 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| 5i12 | Babb, Joel |
| 5K18 | Molina III, Martin A |
| 5i11 | Gereb, Joe |

## Caution Notes
No Caution Notes found

## Pre-Scheduled Information
No Pre-Scheduled Information

## Transports
No Transports Information

## Transport Legs
No Transports Information

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 3/16/2022 | 11:15:08 | Babb, Joel | Response | | *** License #: *** |
| 3/16/2022 | 11:49:50 | | Response | | 5K18 NARC K9 DEPLOYMENT TIMESTAMP |
| 3/16/2022 | 11:50:49 | | Response | | 5K18 POSITIVE ALERT // DRIVERSIDE DOOR |
| 3/16/2022 | 12:22:35 | Molina III, Martin A | Response | | kdar,k9 deployment, bwc avail |
| 3/16/2022 | 12:22:47 | Gereb, Joe | Response | | dar, assist/cover bwc avail |
| 3/16/2022 | 12:30:47 | Babb, Joel | Response | | DAR OIA T STOP X1 WARNING |
| 3/16/2022 | 12:30:58 | Babb, Joel | Response | | AXON BWC |

## Address Changes
No Address Changes

## Priority Changes

| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | 00 | | M |

## Alarm Level Changes
No Alarm Level Changes

## Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|


P- EXHIBIT
11

| Date | Time | Unit | Action | Location | Comments | User |
|---|---|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | 5i12 | RESP | IH 35 S NB | Responding From = IH 35 S NB\NB IH 35 S OFRP SHEPHERD RD. | v8484 |
| 3/16/2022 | 11:15:07 | 5i12 | ONSCENE | IH 35 S NB | | v8484 |
| 3/16/2022 | 11:15:07 | | Incident in Waiting Queue | | | |
| 3/16/2022 | 11:15:08 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 3/16/2022 | 11:15:08 | 5i12 | TrafficStop incident created | IH 35 S NB | Incident Created Successfully from unit 5i12 by Babb, Joel | v8484 |
| 3/16/2022 | 11:15:08 | | Supplemental Information | IH 35 S NB | Supplemental Vehicle record 6056498 was added for license plate | Mobile3 |
| 3/16/2022 | 11:15:08 | | License Plate | IH 35 S NB | Plate Number ▇▇▇ has been added. | Mobile3 |
| 3/16/2022 | 11:15:12 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending Incident Time Warning timer expired | |
| 3/16/2022 | 11:16:44 | 5i12 | SECURE | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | | ▇▇▇ |
| 3/16/2022 | 11:17:32 | 5i12 | Record Check: Person Check | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | 5i12 IncidentId: 48799864 lastname-schott firstname-alek dob-▇▇▇ BasicQuery-true lastnameB-schott firstnameB-alek DOBB▇▇▇ | v8484 |
| 3/16/2022 | 11:17:32 | 5i12 | Person Check Supplemental info | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | Added Person Check supplemental information | v8484 |
| 3/16/2022 | 11:17:32 | | Supplemental Information | IH 35 S NB | Supplemental Person record 7786170 - was added for alek schott | Mobile3 |
| 3/16/2022 | 11:27:05 | 5K18 | DISP | IH 35 S NB | | v8093 |
| 3/16/2022 | 11:27:05 | 5K18 | Update Sector | IH 35 S NB | From Sector CNTRL to WEST | v8093 |
| 3/16/2022 | 11:27:05 | 5K18 | RESP | IH 35 S NB | Responding From = IH 10 W\SB IH 10 W OFRP VIA CROSSROADS. | v8093 |
| 3/16/2022 | 11:27:18 | 5K18 | Route Deviation | IH 10 W SB\N CROSSROADS BLVD | Unit 5K18 deviated from original driving directions route | v8093 |
| 3/16/2022 | 11:47:34 | 5K18 | ONSCENE | IH 35 S NB | | v8093 |
| 3/16/2022 | 11:48:56 | 5K18 | SECURE | IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD | | ▇▇▇ |
| 3/16/2022 | 12:22:35 | 5K18 | AVAIL | IH 35 S NB | Unit Cleared From Incident BCSO-2022-0082748 | v8093 |
| 3/16/2022 | 12:22:36 | 5i11 | DISP | IH 35 S NB | | v8446 |
| 3/16/2022 | 12:22:36 | 5i11 | Update Sector | IH 35 S NB | From Sector BCLEOUT to WEST | v8446 |
| 3/16/2022 | 12:22:36 | 5i11 | RESP | IH 35 S NB | Responding From = IH 35 S NB\SB IH 35 S ONRP SHEPHERD RD. | v8446 |
| 3/16/2022 | 12:22:48 | 5i11 | AVAIL | IH 35 S NB | Unit Cleared From Incident BCSO-2022-0082748 | v8446 |
| 3/16/2022 | 12:31:20 | 5i12 | Disposition | IH 35 S NB | Warning Issued | v8484 |
| 3/16/2022 | 12:31:20 | 5i12 | AVAIL | IH 35 S NB | Unit Cleared From Incident BCSO-2022-0082748 | v8484 |
| 3/16/2022 | 12:31:20 | 5i12 | Response Closed | IH 35 S NB | Response Disposition: Warning Issued | v8484 |
| 3/17/2022 | 08:06:56 | | Read Comment | | Comment for Incident 864 was Marked as Read. | |
| 3/17/2022 | 08:09:17 | | UserAction | | User clicked Exit/Save | ▇▇▇ |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 3/16/2022 | 11:15:07 | CurrentSectorID | 0 | 79 | (Response Viewer) | Incident | WPCADMOBPD02 | Mobile3 |
| 3/16/2022 | 11:15:07 | Reponse Area | | C30 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | House Number | | 0 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Intersection Street ID | | SHEPHERD RD/NB IH 35 S OFRP SHEPHERD RD | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Alternate TAC Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Primary TAC Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Comand Channel | | | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Current Sector | 0 | 79 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Home Sector | 0 | 79 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Jurisdiction | | BCSO | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Battalion | | CHARLIE | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Division | | CHARLIE | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Longitude | | 98724814 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Latitude | | 29256242 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | StreetID | 0 | 73265 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Postal Code | | 78002 | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | State | | TX | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | County | | BEXAR | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | City | | UBC | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:07 | Address | | IH 35 S NB | Address Change | Response_Master_Incident | WPCADMOBPD02 | M3 |
| 3/16/2022 | 11:15:08 | Map_Info | | 711F6 | Polygon Lookup | | WPCADMOBPD02 | Mobile3 |
| 3/17/2022 | 08:06:56 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | ROC-003 | BCLE43646 |

Custom Time Stamps
**No Custom Time Stamps**

Custom Data Fields
| Description | Data | User |
|---|---|---|
| PSAP | BEXAR CO SO: 210-335-4630 | Mobile3 |
| SAPD CHANNEL | NOT SAPD | Mobile3 |

Attachments
**No Attachment**