# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 15

https://www.dropbox.com/scl/fi/xrubvnfuevehecr6l40qm/Ex.-15-Molina-BWC.mp4?rlkey=wv78qgv8dpiggevovwnwfnrj9&st=j15xvs93&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***