# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 17

https://www.dropbox.com/scl/fi/k4a3afjtwe2xw25eoob5w/Ex.-17-Gereb-BWC-A.mp4?rlkey=gtkai0hg60lkzdq279zex4bvx&st=xmvlb669&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***