# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 18

https://www.dropbox.com/scl/fi/19ibph97tvmzfafpinrl3/Ex.-18-Babb-BWC-B.mp4?rlkey=9ml2st7dtxv0cevpnq83jz9zp&st=qsqgfxg5&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***