# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 19

https://www.dropbox.com/scl/fi/kspyczffe6l406dsoczcw/Ex.-19-Gereb-BWC-B.mp4?rlkey=iizguuuq9kuoy5tsp4j2dr5op&st=aefrxvb8&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***