**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 20

# K9 UNIT — BEXAR COUNTY SHERIFF'S OFFICE

RECORD STATUS - COMPLETE/NEEDS APPROVAL

## K-9 DEPLOYMENT DETAIL REPORT

| TYPE | Exterior Vehicle Scenting | | | AGENCY # | N/A |
|---|---|---|---|---|---|
| STARTED | 3/16/2022 11:49 AM | ENDED | 3/16/2022 11:52 AM | REFERENCE # | T-2231612461 |
| LOCATION | 16406 IH 35 S NB San Antonio, TX | | | | |
| ORIGI/ REQ. AGENCY | Bexar County Sheriff's Office | | ENTERED BY | Martin Molina | |
| HIGHEST CHARGE LEVEL | | | | # OF ARRESTS | 0 |

### ACTIVITIES (1)

**1  Narcotics-Exterior Vehicle Sniff**  —  Martin Molina / K9 Max 2

| 11:49 AM | Loc Type: [Vehicle] | Overall: [Alert and indication] | Verbal Consent |
|---|---|---|---|
| Specific Loc: [] | | Alert Given: [YES] Indication: [YES] Subst. Pres: [YES] Substantiated: [NO] Loc. Known: [NO] Veh. Rel: [NO] | |
| Distractions: [] | | COND: , TEMP: N/A, HUM: , WIND DIR: , WIND SPD: | |

### ACTIVITY FINDS (1)

| Marijuana (1.00 Trace Amount) | Loc: [] |
|---|---|
| Descr: [] | |
| Loc. Time: [3/16/2022 11:49:00 AM] Cash Val: [0.0000] | Field test Pos: [N/A] Lab: [] |

### TRAINING FIND ITEMS (0)

### RECORD NOTES (1)

[NARRATIVE]   Martin Molina On or about Wednesday, March, 16th 2022 at approximately 11:49 AM at 16406 IH 35 S NB, I, Deputy Martin Molina did deploy K9 Max 2 in relation to a Exterior Vehicle Scenting. During the course of this deployment, K9 Max 2 was directed to perform the following tasks:

(1) Narcotics / Exterior Vehicle Sniff

| Officer's Digital Signature | Martin Molina [Digitally Signed: 3/16/2022 12:48:24 PM] | Callout: [NO] | UOF: [NO] | Demonstration: [NO] |
|---|---|---|---|---|
| Approving Signature | | Warrant by K9: [NO] | Warrant #: [N/A] | |

EXHIBIT 18
WIT: Herrera
DATE:
Jazzmen Canales, CSR, RPR