# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 22

**BEXAR COUNTY - SHERIFF'S OFFICE**
WARNING #: E00000000751992
Issue Date and Time: 03/16/2022 at 09:32 AM
Violation Date and Time: 03/16/2022 at 09:32 AM

### VIOLATOR INFORMATION

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| SCHOTT | ALEK | JOSEPH |

| RESIDENCE ADDRESS | | PHONE |
|---|---|---|
| [redacted] | | [redacted]5061 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| HOUSTON | TX | 77094 |

| DRIVER LICENSE NUMBER | DL CLASS | DL STATE | CDL |
|---|---|---|---|
| 11974520 | C | TX | No |

| DOB | SEX | RACE | HEIGHT | WEIGHT | EYE | HAIR |
|---|---|---|---|---|---|---|
| 03/28/1986 | M | W | 601 | 190 | GRN | BRO |

### ADDITIONAL INFORMATION - BUSINESS

PARENT / EMPLOYER:

| ADDRESS | | PHONE |
|---|---|---|
| | | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

### VEHICLE INFORMATION

| LICENSE PLATE | STATE | REG. EXP. | COLOR |
|---|---|---|---|
| LJR 4135 | TX | | |

| MAKE | MODEL | TYPE |
|---|---|---|
| FORD | F-250 SUPER DU | PICKUP |

| VIN | YEAR | CMV | HAZMAT |
|---|---|---|---|
| 1FT7W2BT7KEC29944 | 2019 | No | No |

| TRAILER PLATE | TRAILER STATE | DOT # | TOWED |
|---|---|---|---|
| | TX | | No |

### LOCATION INFORMATION

16400 US HWY 35 S
AT

Direction of Travel:     Direction of Turn:

### VIOLATION(S)

1) WARNING : Fail to Maintain Single Lane

| ALLEGED SPEED (MPH) | POSTED SPEED (MPH) | CASE NO. |
|---|---|---|
| | | |

| CONSTR. ZONE / WORKERS PRESENT | SCHOOL ZONE | ACCIDENT |
|---|---|---|
| No | No | No |

| KNEW RACE | SEARCH | CONTRABAND |
|---|---|---|
| No | No Search | |

ATTEMPTED AND UNABLE TO VERIFY FINANCIAL RESPONSIBILITY
NA

### OFFICER INFORMATION

DEPUTY J. BABB, ID #:1604

County of Bexar
Precinct 1 Place 1

WARNING #: E00000000751992

For compliments and complaints, please contact the
Bexar County Sheriff's Office Internal Affairs at (210) 335-6720,
200 N Comal San Antonio, Texas 78207
or at BCSOIA@bexar.org