# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 23

Case 5:23-cv-00706-OLG-RBF    Document 119-23    Filed 06/11/25    Page 2 of 10



# Bexar County Sheriff's Office
★ ★ ★ ★ Sheriff Javier Salazar ★ ★ ★ ★

## Internal Affairs Section
## Case Closed

**Case Number:** 2022-IAD-0209

**Investigator:** Sgt. Marta Rodriguez #4275

- ☐ Case closed due to non-cooperation of Complainants
- ☐ Case closed due to lack of Complainants
- ☐ Case closed pending future information and reopening
- ☐ Complainant picked up packet but never returned
- ☐ Case closed due to an Administrative Order
- ☒ Case closed due to the explanation below:

**Date Closed:** June 2, 2022

**Explanation:** I reviewed the dash cam that was provided by C and I did not see any damage to C's vehicle. When I reviewed Deputy Babb's body worn camera (BWC) I did not see any policy violations. He told C why he stopped C immediately when he walked up to C's vehicle. When K9 Deputy Molina arrived he even asked C for consent to run his K9 and C agreed. No policy violations were viewed through BWC. I advised C through email if you would like to see the BWC feel free to request it through our open records email: openrecords@bexar.org

Sgt. Gamboa also spoke to C for about 2.5 hours and was not satisfied.

Case Closed.

Integrity | Fairness | Leadership | Professionalism
200 North Comal | San Antonio, Texas 78207 | www.bexar.org/sheriff
Office: (210) 335-6010 | Emergency: 911 | Fax: (210) 335-6019

BC002150

# Bexar County Sheriff's Office
#### ★ ★ ★ ★ Sheriff Javier Salazar ★ ★ ★ ★

## Internal Affairs Section
## Case Closed

**Case Number: 2022-IAD-0209**

**Investigator:** Sgt. Marta Rodriguez #4275

- ☐ Case closed due to non-cooperation of Complainants
- ☐ Case closed due to lack of Complainants
- ☐ Case closed pending future information and reopening
- ☐ Complainant picked up packet but never returned
- ☐ Case closed due to an Administrative Order
- ☒ Case closed due to the explanation below:

**Date Closed:** June 2, 2022

**Explanation:** I reviewed the dash cam that was provided by C and I did not see any damage to C's vehicle. When I reviewed Deputy Babb's body worn camera (BWC) I did not see any policy violations. He told C why he stopped C immediately when he walked up to C's vehicle. When K9 Deputy Molina arrived he even asked C for consent to run his K9 and C agreed. No policy violations were viewed through BWC. I advised C through email if you would like to see the BWC feel free to request it through our open records email: openrecords@bexar.org

Sgt. Gamboa also spoke to C for about 2.5 hours and was not satisfied.

Case Closed.

*Integrity  Fairness  Leadership  Professionalism*
200 North Comal | San Antonio, Texas 78207 | www.bexar.org/sheriff
Office: (210) 335-6010 | Emergency: 911 | Fax: (210) 335-6019

BC002151

# INTERNAL AFFAIRS UNIT

## CITIZEN CONTACT SHEET

| Date | Time | Received By: |
|---|---|---|
| 03/18/22 | | Laura Milam |

| Complainant's Name: | DOB: | Address |
|---|---|---|
| Alex Schott | | |

| Date/Time of Occurrence | Location |
|---|---|
| 3/16/22 | |

| Home | Work | Cell |
|---|---|---|
| | | 5061 |

| Subject's Name | Badge # | Employee Number | Date of Hire | Division |
|---|---|---|---|---|
| | | | | |

**NATURE OF COMPLAINT:** Deputies allegedly illegally searched and detained complainant and damaged his vehicle in the process.

4/12 @ 10:24am - called C. Nig. cnt. Vm

4/12 @ 11:42am - called C back.

Babs 1604

- Has DASH cam in vehicle.

BCSD - 3rd party Adjuster

BC002152

5061

3-16-22

Warning # ED000000 761992

Illegal search & detainment w/o cause

Traffic stop w/o cause

Damaged my vehicle.

Has dash cam in vehicle.

BC002153

Rodriguez, Marta

**From:** Alek Schott
**Sent:** Thursday, June 2, 2022 10:09 AM
**To:** Rodriguez, Marta
**Subject:** Re: dash cam req

**NOTICE:**
This email originated from an EXTERNAL email address outside of bexar.org. Please use caution when clicking links or opening attachments from email senders that you do not know.
If you feel it is suspicious, please send this email as an attachment to BCERT@bexar.org

Thanks Marta

The primary issue is that there was no probable cause to pull me over. I did not cross the fog line and this was an excuse for harassment. His reasoning was false. I believe this footage was reviewed by your chief when they paid my damage claim of $7,000. Your open records group has failed to provide the requested information after several months or offer any replies in violation with state requirements.

Alek Schott
5061

On Thu, Jun 2, 2022 at 9:43 AM Rodriguez, Marta <████@bexar.org> wrote:

Alek,

I reviewed your dash cam that you provided and I did not see any damage to your vehicle. When I reviewed Deputy Babb's body worn camera (BWC) I did not see any policy violations. He told you why he stopped you immediately when he walked up to your vehicle. When K9 Deputy Molina arrived he even asked you for consent to run his K9 and you agreed. No policy violations were viewed through BWC. If you would like to see the BWC feel free to request it through our open records email:

OpenRecords@bexar.org

**From:** Alek Schott
**Sent:** Wednesday, May 11, 2022 3:15 PM
**To:** Rodriguez, Marta <████@bexar.org>
**Subject:** Re: dash cam req

1

BC002154

This email originated from an EXTERNAL email address outside of bexar.org. Please use caution when clicking links or opening attachments from email senders that you do not know.

If you feel it is suspicious, please send this email as an attachment to BCERT@bexar.org

Marta

Were you able to identify probable cause for the officer to pull me over, remove me from my vehicle and detain me while searching my vehicle?

Alek Schott

█ 5061

On Fri, Apr 22, 2022 at 4:24 PM Alek Schott █ wrote:

Footage during the stop attached in the link below.

https://photos.app.goo.gl/█

Alek Schott

█ 5061

On Fri, Apr 22, 2022, 4:21 PM Rodriguez, Marta <█@bexar.org> wrote:

Can you send me the dash video you have

Sent from my iPhone

> On Apr 22, 2022, at 2:20 PM, Alek Schott █ wrote:

2

**NOTICE:**

This email originated from an EXTERNAL email address outside of bexar.org. Please use caution when clicking links or opening attachments from email senders that you do not know.

If you feel it is suspicious, please send this email as an attachment to BCERT@bexar.org

Hi Marta

Can you confirm the disposition or status of my formal complaint?

Alek Schott

5061

On Tue, Apr 12, 2022 at 6:04 PM Alek Schott <​> wrote:

Marta

A sergeant just called me after being notified today from IA. I asked if removing someone from their vehicle is standard practice and he said "not for me". I asked if placing people in the front of their police vehicles while running their ID is standard practice and she said "not for me". He claimed I wasn't being detained even though the officer was withholding my drivers license and warning paperwork while forcing me to wait for a drug dog without probable cause. He said I should have "just left without my license if I wanted to go and not wait for the dog".

He kept talking in circles saying he could see the violation from the body cam (even though it was inside his patrol car facing him).

Told me to file a lawsuit if I have any additional concerns with how they conduct business.

3

BC002156

up and say "are you still there?" then put me back on hold in hopes that I would hang up. He later joined after leaving me on hold and had no sufficient evidence for a stop, no sufficient reason to detain me to wait for a drug dog, and told me to challenge your department in court.

Alek Schott

5061

On Tue, Apr 12, 2022 at 11:49 AM Rodriguez, Marta <@bexar.org> wrote:

Sgt. Marta Rodriguez #4275

Bexar County Sheriff's Office

Internal Affairs

126 E. Nueva Street, B1

San Antonio, Tx 78204

210-335-6726 desk

5058 cell

"CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution, or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited."

4

Thanks!

Alek Schott

--

Thanks!

Alek Schott

--

Thanks!

Alek Schott

--

Thanks!

Alek Schott

5

BC002158