# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 25

https://www.dropbox.com/scl/fi/gz03c4douhlrlgzvdoveq/Ex.-25-Babb-Gamboa-Call.mov?rlkey=s16j9uuy702dnm1imivgk8lrc&st=8ng521ve&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***