**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 26

6104 — LT. FREVELETTI

✓ Received
9/15/2023 16:23:54.000

GCSO interdiction just traffic stop a vehicle on a cold stop. 40 kg of fentanyl. 😀
He just utilizes the license plate reader system for vehicles going towards Houston and then turning back around that's typically how he gets everything. Two years ago he got $2 million in a toolbox and he's got a Lotta other stuff in between.

6104

✓ Received
9/15/2023 16:23:54.000

GCSO interdiction just traffic stop a vehicle on a cold stop. 40 kg of fentanyl. 😀
He just utilizes the license plate reader system for vehicles going towards Houston and then turning back around that's typically how he gets everything. Two years ago he got $2 million in a toolbox and he's got a Lotta other stuff in between.

6104

✓ Received
9/15/2023 16:23:54.000

EXHIBIT 92

▫▫▫GCSO interdiction just traffic stop a vehicle on a cold stop. 40 kg of fentanyl. ☹
He just utilizes the license plate reader system for vehicles going towards Houston and then turning back around that's typically how he gets everything. Two years ago he got $2 million in a toolbox and he's got a Lotta other stuff in between.

✓ Received
9/15/2023 16:23:54.000

▫▫▫GCSO interdiction just traffic stop a vehicle on a cold stop. 40 kg of fentanyl. ☹
He just utilizes the license plate reader system for vehicles going towards Houston and then turning back around that's typically how he gets everything. Two years ago he got $2 million in a toolbox and he's got a Lotta other stuff in between.