# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 27

**19569490833**
Driver is wet so once east, someone get his ass

✓ Delivered
10/1/2022 10:49:17.000

**18302671283**
Frio is ready

✓ Delivered
10/1/2022 10:55:10.000

**18302798788**
Let trailer come thru 😊

✓ Delivered
10/1/2022 10:56:41.000

**19562696584**
anything on the platinum

✓ Delivered
10/1/2022 10:57:11.000

**19562867573**
Any updates on it?

✓ Delivered
10/1/2022 10:57:11.000

**19562696584**
should b shortly on 57 if it takes same route

✓ Delivered
10/1/2022 10:57:33.000

**18302798788**
[image]

✓ Delivered
10/1/2022 10:59:42.000

**18302798788**
Someone get this one in frio on 57

✓ Delivered
10/1/2022 10:59:49.000

**18302798788**
Quick turnaround

✓ Delivered
10/1/2022 10:59:56.000

**19562867573**
Frio eyes on the trailer 😊

✓ Delivered
10/1/2022 11:00:39.000

**19562867573**
Wb 57

✓ Delivered
10/1/2022 11:00:45.000

**19562696584**
no interdiction

✓ Delivered
10/1/2022 11:00:59.000

**19562696584**
😊

✓ Delivered
10/1/2022 11:01:02.000

**19562696584**
act like ya never saw him

✓ Delivered
10/1/2022 11:01:18.000

**18303171310**
I'm trying to watch dash cam for 28

✓ Delivered
10/1/2022 21:56:51.000

**19569490833**
Stolen hit 112 mm

✓ Delivered
11/9/2022 06:22:28.000

EXHIBIT 49

**19569490833** — Delivered — 11/9/2022 06:22:34.000

**18302671283** — Delivered — 11/9/2022 06:22:35.000
@18303171310 you north?

**19569490833** — Delivered — 11/9/2022 06:22:47.000
Possible stolen with replacement plate

**19569490833** — Delivered — 11/9/2022 06:22:54.000
Quick turnaround on 85

**18142797957** — Delivered — 11/9/2022 06:22:58.000
Just in front of it

**19153097650** — Delivered — 11/9/2022 06:23:12.000
NB 112

**18142797957** — Delivered — 11/9/2022 06:23:32.000

**18142797957** — Delivered — 11/9/2022 06:26:10.000
Hit 112 at 0624

**18142797957** — Delivered — 11/9/2022 06:26:55.000
Hit 112 at 0626

**18142797957** — Delivered — 11/9/2022 06:29:06.000
85 east towards Dilley as of 0628

**19153097650** — Delivered — 11/9/2022 06:31:07.000
Other 2 havent hit yet

**18302671283** — Delivered — 11/9/2022 06:31:19.000
Eyes no pc yet

**18303171310** — Delivered — 11/9/2022 06:31:42.000
Location

**18302671283** — Delivered — 11/9/2022 06:31:54.000

Entering Medina 35 north

✓ Delivered

**18303171310**

11/9/2022 06:32:03.000

Ok

✓ Delivered

**18142797957**

11/9/2022 06:32:08.000

The Altima was at Exxon in Carrizo springs right after coming off of 2644. UTL the pathfinder

✓ Delivered

**18142797957**

11/9/2022 06:33:21.000

Rental. Odd travel. Just hit 85 eastbound towards Dilley

✓ Delivered

**18302671283**

11/9/2022 06:34:40.000

No pc. Inside Medina county

✓ Delivered

**18142797957**

11/9/2022 06:35:39.000

You have two more heading your way. That silver acura and blue ford

✓ Delivered

**18302671283**

11/9/2022 06:37:13.000

T4

✓ Delivered

**18142797957**

11/9/2022 06:39:53.000

Ford hit 112

✓ Delivered

**14028030089**

11/9/2022 06:40:52.000

Behind ford on 85

✓ Delivered

**14028030089**

11/9/2022 06:41:27.000

Getting to Dilley

✓ Delivered

**14028030089**

11/9/2022 06:42:20.000

White single cab f150 was in front

✓ Delivered

**18142797957**

11/9/2022 06:44:52.000

RDS4156 looks like oilfield travel on fm187

✓ Delivered

**19562350441**

11/9/2022 06:46:39.000

✓ Delivered

**18302671283**

11/9/2022 06:46:41.000

Any info about bail out on uvalde county?

✓ Delivered

**18302611810**

11/9/2022 06:47:05.000

This one busted through gate in Briggs ranch north side of 133. Unable to locate.

✓ Delivered

**18302794127**

11/9/2022 06:47:56.000

@19565318766

**19565318766** ✓ Delivered
11/9/2022 06:48:24.000
T4

**19569490833** ✓ Delivered
11/9/2022 06:49:29.000
It's bailed twice

**18142797957** ✓ Delivered
11/9/2022 06:50:13.000

[image: red vehicle]

LCZ9883. Another one from that crew that hit 2644 this morning. Hasn't hit anything since

**18305050838** ✓ Delivered
11/9/2022 06:50:21.000
Deputy has eyes on that F150

**18305050838** ✓ Delivered
11/9/2022 06:50:43.000
WB 117

**18305050838** ✓ Delivered
11/9/2022 06:52:09.000
Pulled into the valero on 117

**19564808947** ✓ Delivered
11/9/2022 06:56:10.000

[image: vehicle]

Noe Rios

**19564808947** ✓ Delivered
11/9/2022 06:56:27.000
East on 57. He will likely be loaded and will 1080

**18302671283** ✓ Delivered
11/9/2022 06:56:43.000
👍

**19569490833** ✓ Delivered
11/9/2022 06:57:31.000
Zavala is requesting interdiction if possible

**18305050838** ✓ Delivered
11/9/2022 06:57:45.000
F150 is NB I35 passing the 86

**12106391523** ✓ Delivered
11/9/2022 06:59:22.000
Good job bro, u got last cords. I'll send an fto class to track it out. Ty

**18302798788** ✓ Delivered
11/9/2022 06:59:34.000
Get him. Big time local smuggler

**18302611810** ✓ Delivered
11/9/2022 07:02:51.000
28.35694 -99.52976
Rancher in there trying to find. We drove it north to corner. U will see dodge from yesterday stuck in mud. I'm in sedan so couldn't go to far in

**12106391523** ✓ Delivered
11/9/2022 07:03:46.000

Is it Ernie?

**18302611810**

✓ Delivered
11/9/2022 07:04:33.000

I think it is

**18303171310**

✓ Delivered
11/9/2022 07:09:16.000

About to knock it down passed pearsall

**18302671283**

✓ Delivered
11/9/2022 07:10:01.000

20?

**19153097650**

✓ Delivered
11/9/2022 07:10:07.000

Hell yea get some

**18303171310**

✓ Delivered
11/9/2022 07:10:25.000

103 north

**18303171310**

✓ Delivered
11/9/2022 07:10:39.000

Waiting

**18303171310**

✓ Delivered
11/9/2022 07:10:45.000

Till it passes 104

**18302671283**

✓ Delivered
11/9/2022 07:10:50.000

Ok we at 57 and 35

**18303171310**

✓ Delivered
11/9/2022 07:11:06.000

10-4

**18305050838**

✓ Delivered
11/9/2022 07:15:00.000

Stopped at 105

**19569490833**

✓ Read
11/12/2022 07:40:55.000

Dps Captain Betancourt was still working interdiction in the RGV/LRT seam. Now he runs the show in Del Río