# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 30

████ 2685 ← SGT Sanchez

✓ Read

Bet ur dash didn't catch it. Sounds right for interdiction deputies

6/9/2023 15:32:02.000

2685 ← SGT Sanchez

**EXHIBIT 89**