**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 31

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>** — Read 6/9/2023 15:28:41.000
I still got pc before the stop lol....

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>** — Read 6/9/2023 15:28:56.000
And not their pc

**▇▇▇7624** — DEP. R. CALDERON — Read 6/9/2023 15:29:00.000
Damn. Babb and Gereb both gonna be on the news

**▇▇▇6649** — DEP R. MORALES — Read 6/9/2023 15:29:08.000
This sounds dangerously like making quotas

**▇▇▇2685** — SGT SANCHEZ — Read 6/9/2023 15:29:34.000
Ya, ok babb.
Mam, the only reason I stopped you is because we following a wp who I thought was you..even though you came out of your own driveway and not the wps

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>** — Read 6/9/2023 15:29:46.000
Shoot i know where the line is im the sand.

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>** — Read 6/9/2023 15:30:10.000
And 9/10 we never catch the wp

**▇▇▇2685** — SGT — Read 6/9/2023 15:30:15.000
I see you tattle telling

**▇▇▇2685** — SGT SANCHEZ — Read 6/9/2023 15:30:38.000
The UCs said it was the wp and I found I mean made up pc

**▇▇▇2685** — Read 6/9/2023 15:30:41.000
Eeeeeeeee

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>** — Read 6/9/2023 15:30:43.000
They need to make machine guns amd ruiz bifocals

**▇▇▇7624** — DEP CALDERON — Read 6/9/2023 15:30:55.000
Get 'eh off you Gereb

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>** — Read 6/9/2023 15:31:09.000
Nah i meed my pc on dash remember

**▇▇▇6649** — DEP MORALES — Read 6/9/2023 15:31:20.000
Blow the whistle Gereb!!

**▇▇▇2685** — Read 6/9/2023 15:31:30.000
See, there it is Gereb. I knew you would break..threw Z17 and 16 under the bus

**▇▇▇2685** — SGT SANCHEZ — Read 6/9/2023 15:31:33.000
Eeeeeeeee

EXHIBIT 88

**2685**
Ok Babby
6/9/2023 15:31:42.000
✓ Read

*[handwritten: SGT SANCHEZ]*

**2685**
Gereb what is meed?
6/9/2023 15:32:26.000
✓ Read

**Local User** <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>
Nah i have my style which is not a 4th ammendment violation
6/9/2023 15:32:37.000
✓ Read

**2685**
Sounds like a combination of made up and need
6/9/2023 15:32:44.000
✓ Read

*[handwritten: SGT SANCHEZ]*