**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 32

## Interdiction Videos (SEALED)