# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 39B

https://www.dropbox.com/scl/fo/kajpgqihdea75schuxuo5/AMCz6XQWd3_pxmPlHYM2eUk?rlkey=smjdavauw5112rc1ojl2gsfka&st=396e1g42&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***