# Plaintiff's Motion for Summary Judgment on Liability

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# Exhibit 41

https://www.dropbox.com/scl/fi/jl9lam0e49fbxvf0cxwz2/Ex.-41-Schott-Dashcam-Stop.mp4?rlkey=xwh877t7cfn4l9946nlzl8bmm&st=g09mokx3&dl=0

**\*USB drive containing the same materials to be mailed concurrently with this filing\***