**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 44

**Molina Conversation- #8**

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:06:59.000
Did the dog alert?

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:07:05.000
I'm here but didn't see

**Local User <EXTRACTION_FFS.zip>** ↗ Sent 1/4/2023 15:07:10.000
Yes on some bags

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:07:38.000
What kind of bags, another truck at the original place is leaving with bags

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:07:43.000
They haven't left yet

**Local User <EXTRACTION_FFS.zip>** ↗ Sent 1/4/2023 15:11:54.000
It was a small backpack and the lady's purse the purse has some cash so it could've been the money max alerted too
We ain't finding anything

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:13:11.000
How much cash?

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:13:32.000
Like thousands of dollars ?

**Local User <EXTRACTION_FFS.zip>** ↗ Sent 1/4/2023 15:13:58.000
Nah maybe 200.

**Sgt Henricks Bcso (█████2665)** ✓ Received 1/4/2023 15:14:05.000
Good deal

EXHIBIT 70