**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

*Alek Schott v. Bexar County, Texas*
Case No. 5:23-cv-00706-OLG-RBF

# EXHIBIT 46

# SPEARS Incident Summary: BCS220076276

**CAD Master Incident:** BCSO-2022-0106507
**Case Number(s):**

## Incident Details:

**CAD Problem Nature:** Traffic Stop
**Source:**
**Reported time:** 04/04/2022 15:34
**Incident Type:**
**Priority:** 0
**Incident time:** 04/04/2022 16:29 -
**Incident location:** SW LOOP 410 E SAN ANTONIO, (Jurisdiction: BCSO, Division: Central Operations, Response area: CS)
**Incident status:**
**Incident status date:**
**Summary:**
**Classification:**

## External incident numbers:

**External file:**  **Judicial #:**
**Misc. number:**  **Civil number:**
**Other agency:**  **Citation:**

## Involved Persons:

## Involved Addresses:

- SW LOOP 410 E / Dispatch address / SAN ANTONIO (Jurisdiction: BCSO, Division: Central Operations, Response area: CS)

## Involved Officers:

- Assisting officer / GEREB, J. / #35011 / BCS / Sworn / COVERT OPERATIONS / #17314 GAMBOA, P.
- Reporting officer / BABB, J. / #38552 / BCS / Sworn / TRAINING / #31764 DOUGLAS, A.

BC002518

**Action log**

| Type | Entry time | Event time | Author | Link | Log entry |
|------|------------|------------|--------|------|-----------|

BC002519

# SPEARS Incident Summary: BCS220058749

| | |
|---|---|
| **CAD Master Incident:** | BCSO-2022-0082128 |
| **Case Number(s):** | |

## Incident Details:

| | |
|---|---|
| **CAD Problem Nature:** | Traffic Stop |
| **Source:** | |
| **Reported time:** | 03/15/2022 20:10 |
| **Incident Type:** | |
| **Priority:** | 0 |
| **Incident time:** | 03/15/2022 21:08 - |
| **Incident location:** | IH 37 S N SAN ANTONIO, (ACCESS RD) (Jurisdiction: BCSO, Division: Central Operations, Response area: BS) |
| **Incident status:** | |
| **Incident status date:** | |
| **Summary:** | |
| **Classification:** | |

## External incident numbers:

| | | | |
|---|---|---|---|
| **External file:** | | **Judicial #:** | |
| **Misc. number:** | | **Civil number:** | |
| **Other agency:** | | **Citation:** | |

## Involved Persons:

## Involved Addresses:

- IH 37 S N ACCESS RD / Dispatch address / SAN ANTONIO (Jurisdiction: BCSO, Division: Central Operations, Response area: BS)

## Involved Officers:

- Assisting officer / BABB, J. / #38552 / BCS / Sworn / TRAINING / #31764 DOUGLAS, A.
- Reporting officer / GEREB, J. / #35011 / BCS / Sworn / COVERT OPERATIONS / #17314 GAMBOA, P.

BC002951

**Action log**

| Type | Entry time | Event time | Author | Link | Log entry |
|---|---|---|---|---|---|

BC002952

# SPEARS Incident Summary: BCS220072452

**CAD Master Incident:** BCSO-2022-0101211
**Case Number(s):**

## Incident Details:

| | |
|---|---|
| **CAD Problem Nature:** | Traffic Stop |
| **Source:** | |
| **Reported time:** | 03/30/2022 20:22 |
| **Incident Type:** | |
| **Priority:** | 0 |
| **Incident time:** | 03/30/2022 21:15 - |
| **Incident location:** | US HWY 90 W ACCESS RD SAN ANTONIO, (Jurisdiction: BCSO, Division: Central Operations, Response area: CS) |
| **Incident status:** | |
| **Incident status date:** | |
| **Summary:** | |
| **Classification:** | |

## External incident numbers:

| | |
|---|---|
| **External file:** | **Judicial #:** |
| **Misc. number:** | **Civil number:** |
| **Other agency:** | **Citation:** |

## Involved Persons:

## Involved Addresses:

- US HWY 90 W ACCESS RD / Dispatch address / SAN ANTONIO (Jurisdiction: BCSO, Division: Central Operations, Response area: CS)

## Involved Officers:

- Assisting officer / RASMUSSEN, K. / #38061 / BCS / Sworn / CANINE
- Assisting officer / BABB, J. / #38552 / BCS / Sworn / TRAINING / #31764 DOUGLAS, A.
- Reporting officer / GEREB, J. / #35011 / BCS / Sworn / COVERT OPERATIONS / #17314 GAMBOA, P.

BC002512

## Action log

| Type | Entry time | Event time | Author | Link | Log entry |
| --- | --- | --- | --- | --- | --- |

BC002513

# SPEARS Incident Summary: BCS220009893

**CAD Master Incident:** BCSO-2022-0014098
**Case Number(s):**

## Incident Details:

**CAD Problem Nature:** Traffic Stop
**Source:**
**Reported time:** 01/14/2022 10:48
**Incident Type:**
**Priority:** 0
**Incident time:** 01/14/2022 12:28 -
**Incident location:** ENRIQUE M BARRERA PKWY and US HWY 90 W, SAN ANTONIO (Jurisdiction: BCSO, Division: Central Operations, Response area: CS)
**Incident status:**
**Incident status date:**
**Summary:**
**Classification:**

## External incident numbers:

**External file:**                    **Judicial #:**
**Misc. number:**                  **Civil number:**
**Other agency:**                  **Citation:**

## Involved Persons:

## Involved Addresses:

- ENRIQUE M BARRERA PKWY / Dispatch address / SAN ANTONIO (Jurisdiction: BCSO, Division: Central Operations, Response area: CS)

## Involved Officers:

- Assisting officer / PEREZ, A. / #12117 / BCS / Sworn / COVERT OPERATIONS / #17314 GAMBOA, P.
- Assisting officer / CASANOVA, V. / #31904 / BCS / Inactive employee / COVERT OPERATIONS
- Assisting officer / GEREB, J. / #35011 / BCS / Sworn / COVERT OPERATIONS / #17314 GAMBOA, P.
- Reporting officer / BABB, J. / #38552 / BCS / Sworn / TRAINING / #31764 DOUGLAS, A.

BC002419

## Action log

| Type | Entry time | Event time | Author | Link | Log entry |
|---|---|---|---|---|---|
| Other (must specify) | 01/14/2022 14:04 | 01/14/2022 14:04 | #12117 PEREZ, A. | No | ASSIST/COVER |
| CID Follow-up | 01/18/2022 14:10 | 01/18/2022 14:10 | #31904 CASANOVA, V. | No | I assisted with translation of a traffic stop. |

BC002420

# SPEARS Incident Summary: BCS220078605

**CAD Master Incident:** BCSO-2022-0109527
**Case Number(s):**

## Incident Details:

| | |
|---|---|
| **CAD Problem Nature:** | Traffic Stop |
| **Source:** | |
| **Reported time:** | 04/06/2022 18:13 |
| **Incident Type:** | |
| **Priority:** | 0 |
| **Incident time:** | 04/06/2022 21:15 - |
| **Incident location:** | US HWY 90 W E SAN ANTONIO, (Jurisdiction: BCSO, Division: Central Operations, Response area: CS) |
| **Incident status:** | |
| **Incident status date:** | |
| **Summary:** | |
| **Classification:** | |

## External incident numbers:

| | |
|---|---|
| **External file:** | **Judicial #:** |
| **Misc. number:** | **Civil number:** |
| **Other agency:** | **Citation:** |

## Involved Persons:

## Involved Addresses:

- US HWY 90 W E / Dispatch address / SAN ANTONIO (Jurisdiction: BCSO, Division: Central Operations, Response area: CS)

## Involved Officers:

- Reporting officer / BABB, J. / #38552 / BCS / Sworn / TRAINING / #31764 DOUGLAS, A.

BC002541

**Action log**

| Type | Entry time | Event time | Author | Link | Log entry |
|------|------------|------------|--------|------|-----------|

BC002542