IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
| *Plaintiff,* § | |
| v. § | |
| § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
| *Defendant.* § | |
| § | |

### **DEFENDANT BEXAR COUNTY'S CORRECTED SUPPLEMENTAL ATTACHMENT TO THEIR MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:**

**NOW COMES BEXAR COUNTY**, Defendant in the above entitled and numbered cause, and files this their supplemental attachment to their Motion for Summary Judgment [ECF Doc. No. 117] previously filed with this Court and in support thereof, Defendant would show the following:

**I.**

Attached hereto are Defendant's Exhibits F, G, H and I which are the USB containing the following:

(1) Exhibit F - Plaintiff Alek Schott's Truck Dash Cam Video.
(2) Exhibit G - Body worn camera video of Deputy Joel Babb - BC 000502.
(3) Exhibit H - Body worn camera video of Deputy Martin Molina III - BC000671.
(4) Exhibit I - Excel Spreadsheet of Bexar County Traffic Stops.

The two USBs (Original and one copy) contain the Truck Dash Cam Video and Body Cam Videos and Excel Spreadsheet of Bexar County Traffic Stops listed above and are being filed traditionally and are incorporated in Defendant **BEXAR COUNTY**'s Motion for Summary Judgment as Exhibits F, G, H, and I for all purposes.

## II.

These supplemental attachments are to be submitted to the Court and into the Record for the sake of the completeness of the record to show this attachment (Original and one copy of USBs Exhibits F, G, H, and I containing the Truck Dash Cam and Body Cam Videos and Spreadsheet of Bexar County Traffic Stops) to Defendant's Motion for Summary Judgment [ECF Doc. No. 117].

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the supplemental attachments of the Original and copy of USBs containing Plaintiff's Truck Dash Cam Video and the Deputies Body Cam Videos, and Excel Spreadsheet of Bexar County Traffic Stops listed as Exhibits F, G, H, and I, be attached to its Motion for Summary Judgment [ECF Doc. No. 117] and be made part of the record in the above styled cause of action.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO, PC
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csf@frigeriolawfirm.com
       Firm@frigeriolawfirm.com

BY: //s// Charles S. Frigerio
     CHARLES S. FRIGERIO
     SBN: 07477500
     *Lead Counsel in Charge*

     HECTOR X. SAENZ
     SBN: 17514850
     Email: hxs@frigeriolawfirm.com

     CHARLES A. FRIGERIO
     SBN: 24140090
     NMBN: 161626
     Email: Charlie@Frigeriolawfirm.com
     ATTORNEYS FOR BEXAR COUNTY, TEXAS,

## CERTIFICATE OF SERVICE

   I hereby certify that on the 11th day of June, 2025, I electronically filed the foregoing Defendant **BEXAR COUNTY**'s Supplement to Its Motion for Summary Judgment via CM/ECF which will electronically serve notice to the following:

Christen Mason Hebert
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701       Email:  chebert@ij.org

Joshua Windham       Email: jwindham@ij.org
Will Aronin         Email: waronin@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
*Attorneys for Plaintiff*

             /s/ Charles S. Frigerio
            CHARLES S. FRIGERIO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEK SCHOTT, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § § | |
| BEXAR COUNTY, TEXAS, | § § | |
| *Defendant.* | § § § | |

# "SUPPLEMENTAL ATTACHMENT TO EXHIBIT F, G, H AND I"

EXHIBITS F, G, H AND I HAVE BEEN SENT IN THE TRADITIONAL MANNER WITH THE COURT

AND WILL BE RECEIVED BY THE CLERK'S OFFICE ON JUNE 11, 2025

**SUPPLEMENT TO
DEFENDANT BEXAR COUNTY'S MOTION FOR SUMMARY JUDGMENT.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

ALEK SCHOTT, §
§
       *Plaintiff,* §
§
v. §
§    Civil Action No.: 5:23-cv-706-OLG-RBF
§
BEXAR COUNTY, TEXAS, §
§
       *Defendant.* §
§

## DEFENDANT BEXAR COUNTY'S
## MOTION FOR SUMMARY JUDGMENT

## EXHIBIT F

PLAINTIFF ALEK SCHOTT'S TRUCK DASH CAM VIDEO.

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| BEXAR COUNTY, TEXAS, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

# **EXHIBIT G**

BODY WORN CAMERA FOOTAGE OF DEPUTY JOEL BABB
DEFENDANT BATES BC000502.

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
| *Defendant.* § | |
| § | |

# **EXHIBIT H**

BODY WORN CAMERA VIDEO OF DEPUTY MARTIN MOLINA III
(K-9 MAX HANDLER) DEFENDANT BATES BC000671.

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § <br> § <br> *Plaintiff,* § <br> v. § <br> § Civil Action No.: 5:23-cv-706-OLG-RBF <br> § <br> BEXAR COUNTY, TEXAS, § <br> § <br> *Defendant.* § <br> § | |

# EXHIBIT I

Excel Spreadsheet of Bexar County Traffic Stops

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.