**FILED**
June 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____BT_____
DEPUTY

# LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Attorneys at Law and Counselors
111 Soledad, Suite 465
San Antonio, Texas 78205
**Telephone 210.271.7877**
Fax 210.271.0602

CHARLES S. FRIGERIO• •• +++
HECTOR X SAENZ•
STEVEN N. HARKIEWICZ
*Of Counsel*

JULIE ANN VASQUEZ
*Litigation Administrator*

•*Board Certified Personal Injury Trial Law*
*Texas Board of Legal Specialization*
••*American Board of Trial Advocacy*
+*Litigation Counsel of America*
++*National Board of Trial Advocacy*

---

June 11, 2025

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

*Via Fed Ex*

Re:   Civil Action No. 05:23-cv-00706-OLG
      Alek Schott v. Bexar County, et al; In the United States District
      Court for the Western District of Texas, San Antonio Division

Dear Clerk of the Court:

Enclosed herewith find the original and one copy of the following of ECF 121 Defendant Bexar County's Corrected Supplemental Attachment to its Motion for Summary Judgment with USB containing:

(1)   Exhibit F   -   Alek Schott's Truck Dash Cam;
(2)   Exhibit G   -   Body worn camera of Deputy Joel Babb - BC000502;
(3)   Exhibit H   -   Body worn camera of Deputy Martin Molina III - BC000671;
(4)   Exhibit I   -   Excel Spreadsheet of Bexar County Traffic Stops;

in the above styled matter. All Exhibits are contained on a single USB in support of Defendant's Motion for Summary Judgment which was filed via CM/ECF on June 10, 2025 under Docket Number 117. Defendant's Corrected Supplemental Attachment was filed via CM/ECF under Docket No. 121. Due to the fact that Exhibit F, G, H, and I are USBs and are pertinent to said Motion for Summary Judgment, we are filing this Supplement traditionally, as well. I would appreciate your filing same with the Court in the above styled matter and attaching the original and one copy of the USBs to the motion and including it as part of the record.

By copy of this letter, I am forwarding same to counsel of record. Thank you for your assistance in this regard. Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Charles S. Frigerio*

Charles S. Frigerio
(Electronically Signed)

CSF:jav
Enclosure as Stated Above
cc:   Counsel of Record