

INSTITUTE FOR JUSTICE

FILED
JUN 13 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___BT___
       DEPUTY CLERK

June 11, 2025

**SENT VIA UPS**

Clerk of Court
United States District Court for the
Western District of Texas
262 West Nueva Street
Room 1-400
San Antonio, TX 78207

RE:   *Schott v. Bexar County*, Case No. 5:23-cv-00706-OLG-RBF

Dear Clerk of Court:

On Wednesday, June 11, 2025, Plaintiffs filed their Motion for Summary Judgment (ECF 119). Enclosed you will find a flash drive with the following exhibits that cannot be filed through the e-filing system, including Exhibit 32 which is being filed under seal (ECF 120):

Ex. 10 - Alek Dashcam (Passing Babb)
Ex. 11 - Babb BWC A
Ex. 15 - Molina BWC
Ex. 17 - Gereb BWC A
Ex. 18 - Babb BWC B
Ex. 19 - Gereb BWC B

Ex. 25 - Babb-Gamboa Call
Ex. 32 - Interdiction Videos - SEALED
Ex. 39b - Palacios Materials
Ex. 40 - Alek Dashcam (After Passing Babb)
Ex. 41 - Alek Dashcam (Stop)

If you have any questions, please contact me at (703) 682-9320 ext. 266 or gbecker@ij.org.

Sincerely,

Gabrielle Becker
*Paralegal*
INSTITUTE FOR JUSTICE
gbecker@ij.org

Enclosure
Cc: Charles S. Frigerio