

INSTITUTE FOR JUSTICE

FILED
JUN 1 8 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____BT_____
DEPUTY CLERK

June 17, 2025

**Via FedEx Overnight Delivery**
Clerk of Court
United States District Court for the
Western District of Texas
262 West Nueva Street
Room 1-400
San Antonio, TX 78207

    RE:    *Schott v. Bexar County*, Case No. 5:23-cv-00706-OLG-RBF

Dear Clerk of Court:

    Enclosed please find a flash drive for the Clerk's storage room containing Exhibits 10, 11, 15, 17, 18, 19, 25, 32, 39b, 40, and 41 to Plaintiff's Motion for Summary Judgment (ECF 119). A copy of the same flash drive was previously forwarded to Judge Farrer's Chambers (ECF 123) and counsel for Defendant. If you have any questions, please contact me at (512) 480-5936 or kmorton@ij.org.

Sincerely,

Kendall Morton
*Senior Paralegal*

Enclosure

Cc: Charles S. Frigerio