## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| ALEK SCHOTT, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| § | |
| BEXAR COUNTY, TEXAS, § | |
| § | |
| *Defendant.* § | |
| § | |

## EXHIBIT I

EXCEL SPREADSHEET OF BEXAR COUNTY TRAFFIC STOPS

This document is delivered to the Clerk's Office.

EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.