Page 1

1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
2                  SAN ANTONIO DIVISION
3    ALEK SCHOTT,                    )
         Plaintiff,                  )
4                                    )
     v.                              ) Civil Action No.
5                                    ) 5:23-cv-00706-OLG-RBF
     JOEL BABB, in his individual )
6    and official capacity;         )
     MARTIN A. MOLINA III, in his )
7    individual and official        )
     capacity; JAVIER SALAZAR,      )
8    in his individual and          )
     official capacity; and BEXAR )
9    COUNTY, TEXAS,                  )
         Defendants.                 )
10
11
12   ****************************************************
                   ORAL DEPOSITION OF
13
                    KEVIN SHELDAHL
14
                    JANUARY 9, 2025
15   ****************************************************
16       ORAL DEPOSITION OF KEVIN SHELDAHL, produced as a
17   witness at the instance of the Plaintiff, and duly
18   sworn, was taken in the above-styled and numbered cause
19   on January 9, 2025, from 9:32 a.m. to 4:42 p.m., before
20   Donna Wright, CSR in and for the State of Texas,
21   reported by machine shorthand, at the LAW OFFICES OF
22   CHARLES S. FRIGERIO, 111 Soledad Street, Suite 465,
23   San Antonio, Texas, pursuant to the Federal Rules of
24   Civil Procedure and the provisions stated on the record
25   or attached hereto.

Page 2

```
 1           A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3     Mr. Joshua A. Windham
       Mr. Joshua A. Fox
 4     INSTITUTE FOR JUSTICE
       901 North Glebe Road
 5     Suite 900
       Arlington, Virginia 22203
 6     (703) 682-9320
       chebert@ij.org
 7     jfox@ij.org
 8        -and-
 9     Ms. Christen M. Hebert
       INSTITUTE FOR JUSTICE
10     816 Congress Avenue
       Suite 970
11     Austin, Texas 78701
       (512) 480-5936
12     chebert@ij.org
13
14   FOR THE DEFENDANT JOEL BABB:
       Mr. Stephen Barron (via Zoom)
15     WRIGHT & GREENHILL, P.C.
       4700 Mueller Boulevard
16     Suite 200
       Austin, Texas 78723
17     (512) 200-9697
       sbarron@w-g.com
18
19   FOR THE DEFENDANTS MARTIN A. MOLINA III
     AND BEXAR COUNTY, TEXAS:
20     Mr. Charles S. Frigerio
       Mr. Hector X. Saenz
21     Mr. Charlie Frigerio
       LAW OFFICES OF CHARLES S. FRIGERIO
22     111 Soledad Street
       Suite 840
23     San Antonio, Texas 78205
       (210) 271-7877
24     csfrigeriolaw@sbcglobal.net
25
```

Page 3

```
 1              INDEX
 2   Appearances.....................................  2
 3
 4   KEVIN SHELDAHL
 5
     Examination by Mr. Windham......................  4
 6
     Witness' Signature Page......................... 286
 7   Reporter's Certificate.......................... 288
 8
 9             EXHIBITS
10   NUMBER     DESCRIPTION              PAGE
11   Exhibit 105 ...................      15
       Sheldahl Report
12   Exhibit 106 ...................     143
       K9 Detector Dog Training Course
13   Exhibit 107 ...................     239
14   Exhibit 108 ...................     248
       Molina K9 Detail Reports
15     5/12/21 through 3/16/22
     Exhibit 109 ...................     279
16     Excel Spreadsheets
17
18
       PREVIOUSLY MARKED EXHIBITS
19   NUMBER                     PAGE
20
     Exhibit 26  ...................     204
21
     Exhibit 30  ...................     206
22
     Exhibit 32  ...................     177
23
24
25
```

Page 4

```
 1              KEVIN SHELDAHL,
 2   having been first duly sworn, testified as follows:
 3              EXAMINATION
 4   BY MR. WINDHAM:
 5     Q.  Good morning, Mr. Sheldahl.
 6     A.  Good morning.
 7     Q.  We met a second ago.  My name is Josh Windham.
 8   I represent Alek Schott, the plaintiff in this lawsuit.
 9         How are you doing today?
10     A.  Good.
11     Q.  Good.  We're joined here in the room, just for
12   the record by my colleagues, Christen Hebert and Josh
13   Fox, by Deputy Babb's attorney, Stephen Barron, and by
14   the county and Deputy Molina's attorneys, Charles
15   Frigerio, Charlie Frigerio and Hector Saenz.  Did I get
16   all of that right?
17         Okay.  And the court reporter, Donna, is
18   going to record our conversation today.  Does that make
19   sense?
20     A.  Yes.
21     Q.  Great.  And just as a matter of procedure, do
22   you agree that by being here, you don't have any issues
23   with the deposition notice you received or with Donna's
24   qualifications to be a court reporter?
25     A.  No.
```

Page 5

```
 1     Q.  Great.  And to kick us off, would you give us
 2   your full name and your job title today?
 3     A.  Kevin Robert Sheldahl.  Job title,
 4   self-employed, I guess.
 5     Q.  Good for you.  And is there a title you want
 6   me to use for you today, just as a matter of -- I know
 7   you were in law enforcement.
 8     A.  Kevin is fine.
 9     Q.  Okay.  I'm probably not going to call you
10   Kevin.
11     A.  Okay.
12     Q.  You know, I was raised in the south, so
13   Mr. Sheldahl is going to be the way I address you.
14         Have you been deposed before?
15     A.  Yes.
16     Q.  Okay.  How many times?
17     A.  Four.
18     Q.  Four, okay.  I'll come back to that later.
19         So you have a general understanding of
20   kind of the way depositions work?
21     A.  Yes, I do.
22     Q.  Okay.  Just, I guess, a quick refresher.
23   You're testifying under oath as if you were in a
24   courtroom.
25         Do you understand that?
```

Page 6

1  A.  Yes.
2  Q.  And if I ask a question, please give me your
3  answer, the court reporter is going to record that.
4      Does that make sense?
5  A.  Yes.
6  Q.  Speak clearly, give clear answers for the
7  court reporter and let's try not to speak over each
8  other, if that makes sense.
9  A.  It does.
10  Q.  I know it's hard sometimes to do that.
11      If I ask you a question, please try to
12  let me finish and I'll give you the same courtesy when
13  you're answering.  Okay?
14  A.  Thank you.
15  Q.  Cool.  I might show you some documents today.
16  You have every right to review the document in full or
17  the video in full, if I show a video, before answering
18  questions if you want to do that.  Okay?
19  A.  Yes.
20  Q.  Great.  And if I ask a question that's
21  unclear, if I speak too fast, just let me know, I'll
22  repeat myself or try another way, if that makes sense.
23  A.  Okay.
24  Q.  Great.  Mr. Frigerio may object to a question
25  at some point, Mr. Barron may object to a question at

Page 7

1  some point.  Please answer unless you're instructed not
2  to.  Okay?
3  A.  Okay.
4  Q.  And I think, most importantly, let me know if
5  you get tired, need a break, need to go to the
6  bathroom, that kind of thing.
7  A.  I will do that.
8  Q.  Great.  All right.  Is there any reason that
9  you can't testify truthfully today, like you're on an
10  impairing medication?
11  A.  No.
12  Q.  Okay.  Is there anything you did to prepare
13  for today's deposition?
14  A.  I reviewed the information that I was provided
15  by Dropbox --
16  Q.  Okay.
17  A.  -- that pertained to the case.
18  Q.  Is that the information -- we will get into
19  this a little later.  Is that the information on which
20  you relied in writing your report?
21  A.  Yes, it is.
22  Q.  Okay.  And so if I wanted to see that
23  information, it would be what's listed in your report?
24  A.  Yes.
25  Q.  Got it.  Did you talk to anybody, other than

Page 8

1  Mr. Frigerio, before today?
2  A.  No.
3  Q.  Okay.  And since I mentioned the report, you
4  have been asked to produce a report in this case,
5  right?
6  A.  Yes.
7  Q.  Okay.  Tell me how you came about writing that
8  report.  How did you come to write it?
9  A.  I was asked to.
10  Q.  That makes sense.  I assume Mr. Frigerio asked
11  you to do that?
12  A.  Yes.
13  Q.  What was your understanding of the assignment?
14  A.  To give my opinions on a narcotics K9
15  deployment.
16  Q.  Okay.  Anything else?
17  A.  That was the focus.
18  Q.  Okay.  So the focus of the report you were
19  asked to write was on the narcotics K9 deployment in
20  this case?
21  A.  Yeah.
22  Q.  Okay.
23  A.  Deputy Molina's actions with his police
24  service dog.
25  Q.  Okay.  Did you understand the assignment to be

Page 9

1  opining at all about the conduct of other officers on
2  the scene?
3  A.  No.
4  Q.  Okay.  What about the conduct of the county
5  itself, more broadly?
6  A.  No.
7  Q.  So just Deputy Molina and K9 Max?
8  A.  Yes.
9  Q.  Okay.  Tell me how you went through writing
10  the report.  Tell me, I guess -- let me scratch that
11  question.
12      How did you go about writing the report?
13  A.  I reviewed the information I was provided,
14  made myself a rough draft and then produced it.
15  Q.  Okay.  About how long did it take you to
16  review the documents you were provided?
17  A.  I don't recall.
18  Q.  Would it have been more than 30 minutes?
19  A.  Oh, yes.
20  Q.  Okay.  Would it have been more than ten hours?
21  A.  Yes.
22  Q.  Okay.  More than 20 hours?
23  A.  Yeah.  I think total, when you're reading and
24  pondering over it, yeah, more than 20 hours.
25  Q.  So you said you couldn't give me a guess, but

3 (Pages 6 - 9)

1  I'm going to keep doing this until we got a rough
2  approximation, unless you can give me one.
3      A.  Beyond that -- it's more than 20, but I
4  couldn't give you any kind of an idea past that.
5      Q.  20 to 30 hours, maybe?
6      A.  Yeah.  I don't know how often it popped into
7  my head.
8      Q.  That's totally fine.  And then in writing the
9  actual report itself, you mentioned you wrote a draft.
10  How long did that take?
11      A.  The draft itself probably only took me a
12  couple hours.
13      Q.  Okay.  Did you produce anything, based on your
14  review of the documents you received, other than the
15  draft report and the final report?
16      A.  No.
17      Q.  So you didn't produce any notes or charts or
18  anything like that?
19      A.  No.
20      Q.  Okay.  And you mentioned you've been deposed
21  four times, right?
22      A.  Yes.
23      Q.  Can you give me a brief sketch of what those
24  cases were about, if you remember?
25      A.  Yeah, I was deposed over a dog bite in July.

1      Q.  July of this year?
2      A.  Yes.
3      Q.  Well, I guess that would have been 2024.
4      A.  Yeah, we're in the new year.  I was deposed
5  over an apprehension in 2002.  I was deposed about a
6  SWAT activation, I don't recall, in the '90s.  And I
7  was deposed over an accident I witnessed back in the
8  very early -- early '90s, I think.
9      Q.  Okay.  So the first three you mentioned, not
10  the accident, but the first three, were those in your
11  capacity as a K9 expert?
12      A.  No.
13      Q.  Okay.  Let me walk through them a little bit.
14  So the July 2024 dog bite deposition, what capacity
15  were you testifying in there?
16      A.  For my business.
17      Q.  Okay.  And what's the name of the business?
18      A.  K9 Services.
19      Q.  Just give me a little indication what that was
20  about.
21      A.  An officer from a department in New Mexico was
22  asked to do -- to help in a demonstration and a K9
23  handler that had been through one of my classes a
24  couple years prior deployed his dog on him and, at the
25  end of the day, the kid fell down, got bit in the face.

1  And so he was the plaintiff.
2      Q.  Okay.  So was K9 Services the defendant?
3      A.  Yes.
4      Q.  Is that lawsuit resolved?
5      A.  No.
6      Q.  Okay, it's still pending.  Do you know what
7  stage it's at?
8      A.  I couldn't tell you exactly.  We do have a
9  trial set for November.
10      Q.  Okay, got it.  What about the 2002
11  apprehension, you said?
12      A.  Yes.
13      Q.  Tell me what that was about.
14      A.  I utilized the dog on a suspect from an armed
15  encounter in the south valley of Albuquerque who had
16  fled, had a high speed pursuit afterwards and he hid
17  underneath an old trailer and I used the dog to help
18  extract him.
19      Q.  Okay.  So just to see if I have this right,
20  were you testifying in your capacity as the handler who
21  was there?
22      A.  Yes.
23      Q.  So you weren't testifying as an expert in K9
24  matters at that time?
25      A.  Correct.

1      Q.  And what about the SWAT incident in the '90s?
2      A.  Yeah, that was -- I can't remember the name of
3  it.  It was -- I was kind of "et al" in the lawsuit,
4  and so I had a brief deposition over that.
5      Q.  You were a defendant?
6      A.  Yeah.
7      Q.  Okay.
8      A.  Just me and probably 30 other people.
9      Q.  Okay.  How was that one resolved?
10      A.  Oh, it was dismissed, ultimately.
11      Q.  Okay.  And then the accident, I assume the
12  fourth deposition you mentioned, you were just a
13  witness?
14      A.  Yeah, I just happened to roll up on it.
15      Q.  Okay.
16      A.  And, yeah, it was -- I just happened to be
17  there.
18      Q.  Okay.  So none of the depositions that we just
19  talked about involved you testifying as a K9 expert,
20  right?
21      A.  No.
22      Q.  Have you ever testified as a K9 expert prior
23  to this case?
24      A.  Yes.
25      Q.  How many times?

Page 14

1    A.   In federal court in New Mexico over a
2   narcotics dog deployment, it was a suppression hearing
3   during the proceeding.  I have done that in the state
4   of Wisconsin and I have done it in the state of
5   New Mexico.
6    Q.   So if I'm repeating what you're saying, it's
7   just because I want to make sure I understand.
8         So it sounds like you've testified as an
9   expert in three cases involving a narcotics dog
10  deployment; is that fair?
11   A.   That's correct.
12   Q.   And those were all criminal cases?
13   A.   Yes.
14   Q.   Suppression cases?
15   A.   Yes.
16   Q.   Okay.  In any of those cases, was your
17  testimony limited or excluded?
18   A.   No.
19   Q.   In any of those cases -- well, actually, were
20  you on the defense side in all of those cases or the
21  government side?
22   A.   The government side.
23   Q.   All right.  So let's take a look at your
24  report.  I'm going to introduce what has been marked as
25  Exhibit 105.  And Mr. Fox is going to hand folks a copy

Page 15

1   of that.
2         (Exhibit 105 marked)
3         MR. WINDHAM:  Hey, Stephen, do you need
4   us to send you these as we go?
5         MR. BARRON:  No.  Since I'm just here on
6   my computer, I can actually keep up pretty quick.
7         MR. WINDHAM:  Okay.  Let us know if you
8   need help.
9         MR. BARRON:  Appreciate it.
10   Q.   (BY MR. WINDHAM)  So I'm handing you what's
11  been marked as Exhibit 105.  Just while we hand out
12  other copies, take a moment to look through and let me
13  know when you're ready to talk about it.
14   A.   I'm ready.
15   Q.   All right.  So just to start things off, have
16  you seen this document before?
17   A.   Yes.
18   Q.   What is it?
19   A.   It's my expert report.
20   Q.   Okay.  And just to kind of speed this up a
21  little bit, turn past page 19 for me.  And what is
22  after page 19?  I think that's your resume, right?
23   A.   Correct.
24   Q.   Then the very last page there is your fee
25  schedule, right?

Page 16

1    A.   Yes, correct.
2    Q.   So this document, Exhibit 105, is your expert
3   report, resume and your fee schedule, right?
4    A.   Correct.
5    Q.   And just to clarify something I was a little
6   confused about, the first paragraph on page 1, under
7   the heading "Dear Mr. Charles Frigerio."
8    A.   Yes.
9    Q.   I want to ask you about the text after the
10  semicolon, so I'll just read it out loud so you know
11  where I am.  "Specifically, the issues related to the
12  probable cause use of force in the deployment of a
13  police service dog handled by Santa Maria Police
14  Department officer Christopher Green and Sergeant
15  Woodrow Vega's role in the underlying SWAT operation."
16         Did I read that --
17   A.   Sorry, I did a cut and paste and forgot to
18  edit it.
19   Q.   That's okay.  Honestly, I just wanted to
20  clarify what was going on.
21   A.   Yeah, that should be not there.
22   Q.   Okay.  So --
23   A.   I didn't realize I hadn't saved my changes.
24   Q.   It's not a big deal.  I mostly just wanted to
25  understand.  So what's going on here is that -- do you

Page 17

1   have kind of like a template that you use for expert
2   reports?
3    A.   Absolutely.
4    Q.   So you just didn't change the text there?
5    A.   Well, I did.  I didn't save it.
6    Q.   Well, I guess that raises a question in my
7   mind.  Is there another version of this out there
8   somewhere that you meant to submit?
9    A.   No.
10   Q.   Okay.
11   A.   It just didn't save.
12   Q.   Okay.  So that's just the one change that
13  didn't save?
14   A.   Yeah.
15   Q.   Do you stand by the rest of the report, as we
16  sit here today?
17   A.   Unless we find something else that I did like
18  that, I do.
19   Q.   Okay, that's fine.  And you can point it out
20  to me as we go through if there's something like that
21  in there.  So I guess, just to kind of clarify, then,
22  this -- this is saying that your report is about this
23  other incident involving a SWAT operation.
24         What is your report actually about?
25   A.   It's about Deputy Molina's deployment of his

5 (Pages 14 - 17)

Page 18

1   narcotics detector dog.
2      Q.  Okay.  On the March 16th, 2022 incident
3   involving Alek Schott?
4      A.  Correct.
5      Q.  Okay, great.  So let's just go through the
6   basic structure and content of the report.  It looks
7   like if we turn to pages 5 through 9, you have offered
8   six opinions; is that right?
9      A.  Correct.
10     Q.  Okay.  And are those six opinions the only
11  opinions you intend to offer in this case?
12     A.  Unless I get other information.
13     Q.  Sure.  But sitting here today, you have no
14  intent to offer other opinions?
15     A.  No.
16     Q.  Okay.  And those six opinions, as we
17  discussed, are, in your mind, focused on Deputy Molina
18  and K9 Max's conduct?
19     A.  Correct.
20     Q.  Okay.  Why did you decide to offer these six
21  opinions?
22     A.  Based on the information that I was provided.
23     Q.  So I guess one way to think about that might
24  be you looked at the information you received from
25  Mr. Frigerio and didn't feel that you wanted to provide

Page 19

1   other opinions or could provide other opinions?
2      A.  Based on what I saw, I thought these were the
3   pertinent opinions.
4      Q.  Okay.  Would you be uncomfortable offering
5   opinions about other matters based on the information
6   you received, aside from these six?
7      A.  My focus was purely on Deputy Molina and K9
8   Max.
9      Q.  Okay.  Did you feel that you had the ability
10  to offer other opinions on what Deputy Molina and K9
11  Max did, aside from these six?
12     A.  Based on other questions, possibly.
13     Q.  Yeah.  I guess what I'm trying to understand
14  is whether you felt like the information you had
15  received would have justified you or given you a basis
16  for offering other opinions that you didn't give us.
17     A.  I'm not sure that I can answer that unless
18  other questions come up.
19     Q.  Okay.  And maybe they will today.
20     A.  Okay.
21     Q.  Maybe they will today.  Just to clarify
22  something -- well, actually, let me -- there is --
23  there is some commentary in some of these opinions on
24  Deputy Babb.  So if you turn to page -- let's see here,
25  page 6 at the bottom, "Although this report is not

Page 20

1   about the actions of Deputy J. Babb and his conclusions
2   during the traffic stop, that warrants review."
3         Do you see that?
4      A.  Yes.
5      Q.  Okay.  Just -- so I think we have gotten this,
6   but I want to make sure I'm clear on this.  There's a
7   lot of references throughout the opinions that you have
8   offered to Deputy Babb.  Are those just there as kind
9   of passing context for your opinions about Deputy
10  Molina and Max?
11     A.  They are there because that is the catalyst
12  that brought him there.
13     Q.  Okay.  But the opinions you're offering as an
14  expert are not about those people and their conduct.
15  They are just about Deputy Molina and K9 Max?
16     A.  They are just about why he was requested
17  there.
18     Q.  Well, they are just about why he was requested
19  there?
20     A.  The reference to Babb --
21     Q.  Got it.
22     A.  -- was the reason that Molina even appeared on
23  the scene.
24     Q.  Okay.  So referencing Babb is just a way of
25  explaining why you're talking about Deputy Molina?

Page 21

1      A.  It gives context to the deployment.
2      Q.  Understood.  Got it.  Okay.  So -- and still
3   on page 5, it looks like at the bottom there, under
4   professional opinions, there's a line that says, "My
5   professional and expert opinions are based on the
6   information I received, as well as on my training,
7   experience, expertise, education and familiarity with
8   professional publications."
9         Did I get that right?
10     A.  Correct.
11     Q.  So I wanted to break that down a little bit
12  because there's kind of a lot there.
13        Before I do that, though, is there
14  anything else, aside from this list, that you relied on
15  when forming your opinions?
16     A.  No.
17     Q.  Okay.  So let's start with the information you
18  received, which is something you mentioned there at the
19  bottom of page 5, and turn to page 3 for me.  And under
20  section 2, there's a list of 16 items.
21        Do you see that?
22     A.  Yes.
23     Q.  Okay.  So are these 16 items the entirety of
24  the information you received via Dropbox from
25  Mr. Frigerio?

6 (Pages 18 - 21)

Page 22

1     A.  I think some of the headings cover more than a
2  single item.
3     Q.  Okay.  I might ask you about a few of those.
4  Let's just start with the first paragraph there above
5  the list.  So I see a sentence that says, "The
6  foregoing list --" I assume that means the following
7  list, right?
8     A.  Yes.
9     Q.  Okay.  "The following list underscores those
10  records to which I devoted substantial consideration."
11        Did I read that right?
12     A.  Yes.
13     Q.  And what is substantial consideration?
14     A.  That was my focus.
15     Q.  Okay.  I just want to understand what it
16  means, in your mind, to have considered something
17  substantially.
18     A.  Substantially just means that's the focus.
19  That's what I was relying on, that's what I was
20  provided and that's what I focused my attention on.
21     Q.  Is it fair to say that substantial
22  consideration involves reviewing something in detail
23  thoroughly?
24     A.  Yes.
25     Q.  Okay.  And so if an item is not listed here in

Page 23

1  this list of 16, with the caveat that a heading might
2  contain other items under it, it's not an item to which
3  you devoted substantial consideration?
4     A.  I think we would have to look at the
5  individual item and see if it fit.
6     Q.  Okay, that's fair.  So if I ask you about an
7  item, we can kind of assess whether it falls in this
8  list?
9     A.  Correct.
10     Q.  Got it.  So let's maybe go through it, then.
11  There's a reference, point one, to the complaint.  I
12  assume you're talking about the complaint that
13  initiated this lawsuit?
14     A.  Correct.
15     Q.  Okay.  There are links to videos in that
16  complaint.
17        Do you remember that?
18     A.  Yes.  None of them worked for me.
19     Q.  None of them worked for you?  Okay.  So you
20  clicked the links in the -- in the complaint and they
21  didn't work for you?
22     A.  Correct.
23     Q.  Okay.  So to the extent that there were videos
24  attached to the complaint via links, you didn't look at
25  those?

Page 24

1     A.  I think I received them from Mr. Frigerio
2  through a Dropbox.
3     Q.  Okay, that's fine.  So you would have reviewed
4  the videos that were linked in the complaint, just not
5  by clicking the links?
6     A.  Correct.
7     Q.  Okay.  What about No. 2 there, Bexar County
8  Sheriff's Department K9 policy, I think that's pretty
9  self-explanatory, but are you talking about the policy
10  that Bexar County has adopted in writing?
11     A.  The one that I was provided, yes.
12     Q.  Okay.  No. 3, Bexar County dispatch logs.  I
13  don't know what that means, so I thought I would you
14  ask you.
15     A.  Well, there's different vocabulary for these,
16  but the computer-aided dispatch logs provide the
17  timestamps on things like dispatch and the time of a
18  traffic stop, and I received those.
19     Q.  Okay.  When you say "those," I mean, Bexar
20  County dispatch logs as phrased is like super broad.
21  I'm imagining thousands and thousands of logs.
22     A.  Just as it pertained to this incident.
23     Q.  Okay.  So you reviewed the -- I guess the CAD
24  log --
25     A.  Yes.

Page 25

1     Q.  -- for this incident, right?
2     A.  Correct.
3     Q.  Okay.  So that would have been one document,
4  correct?
5     A.  Correct.
6     Q.  What about No. 4, NCATS audit videos of K9 Max
7  handled by Deputy Molina.
8        Did that consist entirely of videos?
9     A.  Yes.
10     Q.  Okay.  Do you have a sense of how many videos
11  you reviewed for that?
12     A.  I would have to go back and count.  There was
13  two years worth and they covered their buildings and
14  vehicle sniffs.
15     Q.  Okay.  And so those were the videos that would
16  have been submitted to NCATS for certification?
17     A.  That's my understanding.
18     Q.  Okay, got it.  And all of this is in a Dropbox
19  folder somewhere, right?
20     A.  Yes.
21     Q.  The materials that you reviewed and that were
22  provided to you?
23     A.  Yes.
24     Q.  Okay.  There's a reference -- I guess No. 5 is
25  missing.  I just realized that.  So we're talking about

Page 26

1  15 items instead of 16 items. Is that fair to say?
2      A.  Yes.
3      Q.  Okay.
4      A.  Well, reports from this incident, there were
5  several.
6      Q.  Well, no, I guess what I'm getting at is under
7  section 2, there's a list that goes from one to 16, but
8  No. 5 is missing, right?
9      A.  Correct.
10     Q.  Okay.  So No. 6, what is reports from this
11  incident?
12     A.  I received multiple reports that included --
13  looks like some deployment logs, it included some
14  reports that were produced by Babb and Molina of
15  different -- different sorts.  It's a different way
16  than I did business when I was working.  We would have
17  produced a different report, but the same information.
18  And also reports from -- some reviews by supervision.
19     Q.  Okay.  Just to walk through that a little bit,
20  are you talking about -- I'm familiar with a document
21  called an SPEARS summary.  Is that what you're talking
22  about there with the reports from this incident?
23     A.  SPEARS is not a term that I have ever used in
24  my career.
25     Q.  Okay.  Was it the title of the document that

Page 27

1  you looked at, though?
2      A.  That seems to be one of them.
3      Q.  Okay.
4      A.  But it's not something that I'm familiar with.
5      Q.  Okay.  And these are the -- when we're talking
6  about No. 6, reports from this incident, we're just
7  talking about like narrative summaries from the
8  officers of this incident?
9      A.  Correct.
10     Q.  So that would have been Deputy Molina, Deputy
11  Garrob and Deputy -- former Deputy Babb?
12     A.  Correct.
13     Q.  Any other officers whose reports you reviewed
14  regarding this incident?
15     A.  No.
16     Q.  And you mentioned some other report that I
17  didn't quite catch what you said there at the end?
18     A.  I recall looking at what -- maybe they were
19  internal affairs --
20     Q.  Okay.
21     A.  -- professional standards, whatever that
22  department calls it, reports that were also provided to
23  me.
24     Q.  Okay.  Just to see if I can nail that down,
25  did you review an internal affairs report on Deputy

Page 28

1  Babb?
2      A.  Yes.
3      Q.  Okay.  Any other internal affairs reports that
4  you reviewed?
5      A.  No.
6      Q.  Okay.  Let's see.  There's a reference to
7  No. 8, training records for Deputy Molina.  Tell me
8  about that.
9      A.  They have a form that is filled out for
10  returning and a form for deployment and I was provided
11  with a number of those.
12     Q.  Okay.  Do you have a sense of how many you
13  were provided?
14     A.  A lot.
15     Q.  Okay.  Would it have been for a one-year
16  period, a two-year period?  Give me a sense of the date
17  range.
18     A.  It was longer than that, I believe.
19     Q.  Okay.  Did you have a sense that it was the
20  entirety of Deputy Molina's career as a handler?
21     A.  It appeared so.
22     Q.  Okay.  And then what about training and
23  deployment records for K9 Max?  Go ahead.
24     A.  They were kind of one and the same.
25     Q.  Got it.  So to the extent that Deputy Molina

Page 29

1  has been a handler of Max at the Bexar County Sheriff's
2  Office, your understanding is you looked at all of the
3  training records and all of the deployment records for
4  them?
5      A.  Yes.
6      Q.  Got it.  I'll skip over a couple of these.
7  No. 13 there -- actually, sorry, 12, general and
8  supplemental reports and there is a case code there, I
9  think.
10     A.  Uh-huh.
11     Q.  I don't -- what is that?
12     A.  I have to -- I would have to go back and look.
13     Q.  Okay.
14     A.  I think it might -- I could have lumped that
15  up into --
16     Q.  No. 6?
17     A.  -- No. 6.
18     Q.  Okay, possibly.  What about No. 13, deposition
19  of Deputy Molina, how many deposition transcripts did
20  you review?
21     A.  Initially one, and yesterday, a second one.
22     Q.  Okay.  So after you wrote this report, you
23  reviewed a second transcript from Deputy Molina?
24     A.  Correct.
25     Q.  Okay.  Did anything you reviewed in the second

Page 30

1 transcript give you cause to question or change your
2 opinions in this report?
3    A.  No.
4    Q.  Okay.  What about any exhibits that might have
5 been introduced during either the first or the
6 continued deposition of Deputy Molina?  Did you look at
7 those exhibits?
8    A.  From the continued one, no.
9    Q.  Okay.  From the first one you did, though?
10    A.  Whatever I was supplied, I looked at.  I would
11 have to look at that specifically.
12    Q.  Okay.  But if --
13    A.  But I believe so.
14    Q.  If you received exhibits, they would have been
15 in the Dropbox folder we've been talking about?
16    A.  I believe so.
17    Q.  Okay.  Let's see here.  Body-worn camera from
18 Deputy Babb, No. 15 -- and I'll just ask about these
19 together -- body-worn camera video from -- sorry,
20 body-worn camera video from Deputy Molina, No. 16, how
21 many videos did you review?
22    A.  There was a video from Babb where he set his
23 camera on the dash.  I saw a video that was from the
24 plaintiff's vehicle and --
25    Q.  Just one video?

Page 31

1    A.  I think it was just one.
2    Q.  Okay.
3    A.  It was just one.  And then video -- and then
4 video from Deputy Molina from the time he arrived.
5    Q.  Okay, got it.  So that sounds like three
6 videos.  Is that fair?
7    A.  There might have been more.  I don't know if
8 they were given in different portions so my perception
9 would have been more.  I don't recall.
10    Q.  Okay.  Did you receive anything else that we
11 haven't talked about from Mr. Frigerio yesterday?
12    A.  No.
13    Q.  So just that second --
14    A.  That was quite enough.
15    Q.  Okay.  Well, I guess -- I think the question
16 might be unclear on the record, so let's ask it two
17 ways.
18        The first question is, did you receive
19 anything after writing this report from Mr. Frigerio,
20 aside from that second transcript from Deputy Molina?
21    A.  No.
22    Q.  Okay.  And then just to kind of capstone all
23 of this, we have talked about a number of documents
24 just now discussing section 2 of your report.  Is there
25 anything else we haven't talked about that you gave

Page 32

1 substantial consideration to in writing this report?
2    A.  I don't believe so.
3    Q.  Okay, thank you.  Let's move on to the next
4 category that you listed in the last paragraph --
5 paragraph on page 3.  So we talked about the fact --
6 I'm sorry, I think I have that wrong.  The last
7 paragraph on page 5.  So we have talked about the fact
8 that you relied on information you reviewed and we have
9 discussed that.  You mentioned relying on your
10 training, experience and education, right?
11    A.  Correct.
12    Q.  Okay.  So let's get into that a little bit,
13 and I think we can kind of expedite that a fair amount.
14 You cover a lot of your training, experience and
15 expertise and education on pages 1 to 2, right, of your
16 report?
17    A.  Yes, there's a summary on page 1 and 2.
18    Q.  Do you -- well, I guess what I'm wondering is
19 do you feel that -- this is mostly to streamline my
20 questions.
21        Do you feel that the summary you provide
22 on pages 1 to 2 is the part of your training,
23 experience and education that is the most pertinent to
24 this case?
25    A.  I think it summarizes my career as a K9

Page 33

1 handling instructor is what it does.
2    Q.  Okay.
3    A.  I'm not -- there's a lot of it.
4    Q.  Yeah.
5    A.  So to say that it's just those things, I don't
6 know.
7    Q.  Okay.
8    A.  It would be hard to say that.
9    Q.  Well, let's do it this way.  You have a resume
10 you have attached as well, right?  We talked about that
11 earlier?
12    A.  Correct.
13    Q.  Is there anything aside from the summary you
14 have provided on pages 1 to 2 of your report and what's
15 discussed in your resume that you would have relied on
16 in writing this report?
17    A.  And my experience, and every bit of my
18 experience is not listed in my resume.
19    Q.  Well, that -- I mean, I --
20    A.  I spent 22 years on the road.
21    Q.  No, I understand.  I'm mostly trying to make
22 sure I'm not surprised by something that's not in here.
23    A.  Of course.
24    Q.  So let me ask it this way.  Do you feel that
25 there is any training, experience or education that you

9 (Pages 30 - 33)

Page 34

1 have that you would have relied on when writing this
2 report that is not listed somewhere here?
3      A.  Yeah, I can't -- I can't list my entire
4 experience.
5      Q.  Well, I mean, let me --
6      A.  That's a difficult question to answer and try
7 to make concrete.
8      Q.  Let's give an example.  So on page 2,
9 paragraph 2, you have a reference to working in the
10 Bernalillo County --
11      A.  Bernalillo.
12      Q.  Okay, Bernalillo County Sheriff's Department
13 in 1992 and retiring in 2014, right?
14      A.  Correct.
15      Q.  And I assume you spent that time as a K9
16 handler?
17      A.  All but eight months.
18      Q.  All but eight months, okay.  So I'm not trying
19 to do a gotcha and say you didn't list out every single
20 thing you did there.  I understand that a reference to
21 your time working in law enforcement for a range is --
22 would include all of your experience in that range.  Is
23 that fair?
24      A.  That's fair.
25      Q.  Okay.  So let me just ask my question again

Page 35

1 because I'm not trying do a gotcha.
2           MR. FRIGERIO:  I'm not sure that Stephen
3 is on.
4           MS. HEBERT:  Stephen, are you here?
5           MR. WINDHAM:  We can take a pause while
6 we figure out the tech.
7           MR. FRIGERIO:  I didn't see his picture.
8 Thanks, Charles.
9           MS. HEBERT:  Yeah, his picture fell off.
10 We'll have to see if he can get back in.
11           MR. WINDHAM:  We can go off the record.
12           THE REPORTER:  Okay.
13           (Discussion off the record)
14      Q.  (BY MR. WINDHAM)  So we're back on the record
15 after a brief delay.  Do you understand you are still
16 under oath?
17      A.  Yes.
18      Q.  Okay.  Let me try this way.  Are there any
19 jobs you have held that you feel bear on the
20 opinions that you have written in -- here in this
21 report that are not listed in your report or resume?
22      A.  No, I don't think there are.
23      Q.  Okay.  Are there any degrees you've received
24 that you feel are pertinent to these opinions that are
25 not listed?

Page 36

1      A.  No.
2      Q.  Okay.  Are there any types of trainings that
3 you've offered that you feel are important to the
4 opinions that you've offered in this report that are
5 not listed here?
6      A.  I think everything is listed that -- I think.
7 To the best of my knowledge, everything is listed in
8 here somewhere.
9      Q.  That you would have relied on when writing
10 this report?
11      A.  Yes.
12      Q.  Thank you.
13           Okay.  So I wanted to ask you about -- on
14 page 2, there's just a few references I wanted to kind
15 of explore a little bit.  So paragraph 3 -- let me know
16 when you're there.  I don't mean to rush you.
17      A.  I'm there.
18      Q.  Okay.  I don't think you are, actually.  Page
19 2.
20      A.  Oh, page 2.
21      Q.  So page 2, paragraph 3, and it's the last
22 sentence in that paragraph.  And it reads, "I was
23 responsible --" this is during your law enforcement
24 career.  "I was responsible for the curriculum for
25 training handlers, weekly maintenance training,

Page 37

1 remediation of K9 teams and producing advanced training
2 and tactics detection in SWAT integration."
3           Did I get that right?
4      A.  That's correct.
5      Q.  Okay.  How many years did you spend in a
6 position where you were responsible for the curriculum
7 for training handlers, weekly maintenance training and
8 remediation of K9 teams?
9      A.  In my position as a sworn deputy, it was
10 22 years.
11      Q.  Okay.  And then have you been doing that since
12 then?
13      A.  Yes.  I'm currently on contract with
14 Bernalillo County Sheriff's Department to do the same
15 things.
16           THE REPORTER:  Which one?
17           THE WITNESS:  Bernalillo County,
18 B-E-R-N-A --
19           THE REPORTER:  Yeah, I know.
20           THE WITNESS:  Okay.
21      Q.  (BY MR. WINDHAM)  And would that be with your
22 company, K9 Services?
23      A.  Yes.
24      Q.  Okay.  And I assume K9 Services provides the
25 same kind of services for other law enforcement

Page 38

1  entities?
2      A.  This is the only one that I'm under contract
3  to do weekly training.
4      Q.  Okay.
5      A.  It would be too cumbersome to do more.
6      Q.  Got it.  I mean, how much time are you
7  spending weekly on that?
8      A.  Anywhere from -- depending on the week,
9  anywhere from six to sometimes 60 hours.
10     Q.  Okay, so that's pretty close to a full-time
11 job there.
12     A.  Yes.
13     Q.  Setting aside that work, I assume K9 -- K9
14 Services, rather, your company, is offering these
15 services in other ways, right?
16     A.  I do workshops, seminars, basic K9 handler
17 courses and instructor courses.
18     Q.  And through your sworn law enforcement career
19 and then in your capacity as a private citizen offering
20 consulting services and contracting services, how many
21 K9 teams would you estimate that you have trained?
22     A.  I'm going to estimate over 400.
23     Q.  Okay, so about over 400 -- I'm not going to
24 hold you to a specific number -- K9 teams that you have
25 trained.  And then you also offer a certification,

Page 39

1  right?
2      A.  I do certification examinations for two
3  different entities.
4      Q.  What are those entities?
5      A.  The National Police K9 Association, I'm a
6  certifying official for.
7      Q.  Okay.
8      A.  And Utah Police Academy.
9      Q.  Okay.  And then in those two capacities, about
10 how many K9 teams would you say that you have
11 certified?
12     A.  With NPCA, it is a team effort.  So it's a
13 little bit difficult to give you a number, but we
14 probably run 30-plus in my area per year.
15     Q.  Got it.  And then what about Utah Police
16 Academy?
17     A.  Sparse.
18     Q.  Okay.
19     A.  I do -- I go up and help as a team effort,
20 again, and I might do one event, another -- judge
21 during another event.
22     Q.  Okay.
23     A.  And so I do that every few years.  The most
24 recent I did was three human remains detection dogs
25 last month.

Page 40

1      Q.  Okay.  I mean, it sounds to me like you have a
2  very extensive career in K9 handling and training; is
3  that fair?
4      A.  That's a fair assessment.
5      Q.  Okay.  Would it be fair to say that you are
6  more knowledgeable than the average K9 handler about
7  the principles of K9 handling and the industry and best
8  practices?
9      A.  I would say yes.
10     Q.  Okay.  Are you more knowledgeable, in your
11 estimation, than Deputy Molina about those matters?
12     A.  Yes.
13     Q.  Okay.  You reference remediation in
14 paragraph 3, remediation of K9 teams, and I just was
15 curious what that meant.
16     A.  The dog is not always 100 percent.  It's a
17 living creature and sometimes we've got to go back and
18 work with them.
19     Q.  When you say "the dog is not always
20 100 percent," I assume you mean the dog is not always
21 100 percent correct when attempting to sniff out
22 illegal narcotics?
23     A.  That would be a black and white assessment and
24 it's not always black and white.
25     Q.  I'm not sure I understand what you're saying.

Page 41

1      A.  Correct and not correct would be a go or no-go
2  approach to looking at a dog, and that is not
3  sufficient.
4      Q.  Maybe treat me like I'm a student in one of
5  your classes who has never done this because I think
6  I'm still not following what you're saying.
7      A.  I'll try to give you an example.
8      Q.  Okay.
9      A.  If you're -- if you're carving wood and I'm an
10 instructor and I think you can do better, I will try to
11 instruct you to do better so that your carving is
12 better.
13     Q.  Okay, got it.  So it's sort of a spectrum is
14 what you're saying?
15     A.  Correct.
16     Q.  Okay.  When you're assessing whether to do
17 remediation for a K9 team, I would assume, but tell me
18 if I'm getting this wrong, that you're applying your
19 understanding of the core principles and industry best
20 practices for K9 handling?
21     A.  That would be correct.
22     Q.  Okay.  So there's at least like -- even if
23 it's a spectrum, there's some threshold that you apply
24 as Kevin Sheldahl to say, "This team needs
25 remediation."  Is that fair?

11 (Pages 38 - 41)

Page 42

1    A.  And some of that would vary based on context.
2    Q.  Okay.  Let's say you're doing a narcotics --
3  well, in your work in the Bernalillo County Sheriff's
4  Department, so you're doing contracting work there
5  right now, right?
6    A.  Correct.
7    Q.  And you're doing weekly trainings with K9
8  handlers?
9    A.  Yes.
10    Q.  Okay.  In that capacity have you ever gone to
11  a K9 team and said, "We have to do some remediation"?
12    A.  Yes.
13    Q.  Okay.  Have you ever done that with a team
14  that was a narcotics detection team?
15    A.  Yes.
16    Q.  How many times?
17    A.  There's no way in the world I could come up
18  with a number.
19    Q.  Okay.
20    A.  My job is to find ways to improve all the
21  time, and so the betterment of the program is my job.
22    Q.  Okay.
23    A.  So my job is to go out and say, "Here's what
24  we can do better, let's do it."
25    Q.  So you do this all the time?

Page 43

1    A.  Every single time we train.
2    Q.  Okay.  You're doing remediation constantly?
3    A.  Remediation is improvement --
4    Q.  Okay.  So maybe --
5    A.  -- and I want the teams to be the best they
6  can be.
7    Q.  This is helpful because I -- maybe you can
8  tell me the relationship or the difference between
9  maintenance training and remediation because they sound
10  different to me and maybe you --
11    A.  There's certainly an overlap here.
12    Q.  Okay.
13    A.  If it's all really good, then it's not
14  remediation.  If it needs some improvement or could
15  have some improvement, then we slide into a
16  remediation.
17    Q.  Okay.  Has there ever been a situation in this
18  work you're doing for the Bernalillo County Sheriff's
19  Department -- sorry, that's a tongue twister for me --
20  but has there ever been an occasion where you went to
21  to a team that was deploying that K9 for detection and
22  you said, "We have to pull this dog out of deployment
23  because they shouldn't be out there on the streets"?
24    A.  In narcotics detection, no.
25    Q.  Okay.  How would you -- is it your job to

Page 44

1  assess that kind of thing, though?
2    A.  Every day.
3    Q.  Okay.  So tell me how you would go about
4  assessing whether a team that was out on the streets
5  doing narcotics detection needed to be pulled off the
6  streets.
7    A.  Repeated misses, apparent false positives
8  would cause me to slide into remediation immediately.
9  And if that did not show immediate results, we would
10  pull them until which time we felt like they had
11  achieved the standard.
12    Q.  Okay, that's helpful.  When you say "the
13  standard," I assume you have something in mind there?
14    A.  There are many different standards within --
15  within the community.  I don't -- if you have looked,
16  we have all kinds of acronyms for all kinds of
17  organizations out there today and they grow every week,
18  it seems like.  So each one has their own.
19        I tend to use, for myself, the Utah POST
20  standards for -- as an assessment as to whether or not
21  the dog is deployable.
22    Q.  So I haven't seen the Utah POST standards, but
23  maybe you can give me a sketch of what that looks like.
24    A.  A series of -- a series of tests.  And
25  let's -- should we focus on narcotics?  Because we can

Page 45

1  be here forever.
2    Q.  I think, generally speaking, unless I ask
3  otherwise, I'm asking about narcotics detection.
4    A.  Okay, good.  Thank you.
5        So in narcotics, there would be
6  scenario-based testing that would include a variety of
7  environments, a variety of diversions and distractions,
8  and the team would be assessed based on the dog
9  behavior and handler proficiency.
10    Q.  Okay.  And we're going to -- we're going to
11  get into some of these concepts later and I'm going to
12  ask you kind of like from ground zero how this all
13  works, so not to jump the gun on all of that, it's
14  coming.
15        But I'm more interested in this -- you
16  mentioned repeated misses and apparent false positives
17  and you mentioned a standard, so I was curious if you
18  had like a percentage in mind or something like that.
19    A.  When I evaluate a team, I'm grading the dog in
20  my head and the handler in my head.  When I grade, I
21  look at -- let me pause for a moment so this is not
22  too -- it gets too cumbersome.
23    Q.  You can be cumbersome if you want.
24    A.  Okay, then we will be cumbersome.  So I
25  utilize a system that was handed down from the police

12 (Pages 42 - 45)

1 dog school in North Brunn (phonetic), Germany, and it
2 uses a series of grades. Those grades are one being
3 perfect and six being did not display the expected
4 behavior. And that -- the dog is looked at for their
5 ability to sniff, locate, indicate. The handler is
6 assessed on the overall ability to manipulate --
7 manipulate the dog through those searches. And the
8 grade must be lower than four --
9    Q.  Okay.
10   A.  -- to be passing.
11   Q.  So you've got to be one to three on this
12 grading system that you use to pass?
13   A.  3.999.
14   Q.  Thanks for being precise. So you do decimals?
15   A.  We will do -- we will do a tenth.
16   Q.  So 1.3 -- sorry, one to 3.90?
17   A.  Yes.
18   Q.  Okay. And it sounds like there's -- so you
19 grade both the handler and the dog --
20   A.  Correct.
21   Q.  -- on this scale?  Okay.
22        I want to break this down a little bit,
23 so let's start with the frequency with which you're
24 doing this grading. How often are you grading the
25 handler and the dog on this scale?

1    A.  When -- I use this as a mental basis for
2 determining what our next step in training is. I'm not
3 just writing these numbers down. In fact, I rarely do.
4    Q.  Okay.
5    A.  This is a structure to make a determination as
6 to what we should be doing. So every time we train,
7 like I said before, we're trying to evaluate the team.
8 And so if the team is hovering around four, we need to
9 do something to bring them more into three and then
10 two.
11   Q.  Okay. I want to understand kind of the input
12 to the grading system in a second, but before I get
13 there, are you also doing this grading, even if it's
14 just in your head, for the deployments out there in the
15 field or are you only doing it when they are training
16 in like a controlled environment?
17   A.  I think I mostly apply it during training, but
18 the expectations of performance don't change.
19   Q.  Okay. So just to give you like a hypothetical
20 example to make sure I get it, if a K9 -- if a
21 narcotics detection team is out there on the streets
22 and they were running a four to six on the scale,
23 either the handler or the dog, you would say, "Let's
24 pull them off the streets and do some remediation"?
25   A.  Yes.

1    Q.  Okay. And then how would you go about
2 evaluating -- in the training context, so not the
3 deployment context -- but in the training context, the
4 handler on this scale, what are the data inputs?
5    A.  In the system we use, it's an overall view.
6 It's a single grade per scenario, and a handler who is
7 highly proficient makes absolutely -- does it so well
8 you can't figure out how to do it better, is a one, and
9 a handler who needs some remediation is falling into
10 the larger numbers.
11   Q.  Okay.
12   A.  And so that would be coaching them on leash
13 manipulation, presentation of areas to be sniffed,
14 their ability to observe the dog's behavior and
15 determine what that is. All of that is put into one
16 grade for a handler.
17   Q.  Can I ask -- so on the handler side of the
18 grading that you're doing, either in your head or in
19 writing, what are some common things that a handler
20 might do that would cause them to lose points on your
21 grading system?
22   A.  I can give you probably the number one reason.
23   Q.  Sure, but I might ask for others.
24   A.  Okay. The number one reason is failure to
25 present an area.

1    Q.  Failure to present an area. Let's go through
2 all of the ones you can think of and then we will kind
3 of circle back.
4    A.  Failure to present an area, failure to prepare
5 the dog, failure to read the dog's alert, pulling the
6 dog off of the odor or invading the dog's space and
7 pushing them off the odor. These are probably the most
8 common.
9    Q.  Okay. If you saw a handler -- your report
10 mentions cuing, right? If you saw a handler cuing the
11 dog to alert or indicate, would that dock them points?
12   A.  Absolutely.
13   Q.  Okay. Why did you say it that way?
14   A.  Cuing a dog, in the common sense of the word,
15 is that we told the dog to do something that shouldn't
16 be done, and so that's a major error. Sometimes
17 handlers fall into it, not knowing they are doing it,
18 and that's why we have testing.
19   Q.  What would be an example of a handler cuing
20 their dog knowing that they are doing it, like how does
21 that look?
22   A.  "Sit."
23   Q.  Okay. So just to make sure I'm understanding
24 that example, sometimes a dog's alert or indication
25 behavior might be sitting, right?

1      A.   Correct.
2      Q.   So if the handler verbally says "sit," that's
3   an intentional cue, right?
4      A.   Correct.
5      Q.   Okay.  What about other knowing or intentional
6   cues, what do those look like?
7      A.   It's so individual, that's why it takes
8   experience to observe this stuff.
9      Q.   Sure.
10      A.   A handler may unintentionally be giving
11   signals to a dog that he doesn't even know -- he or she
12   doesn't know that they are giving, and so you observe
13   that and you coach them out of that.
14      Q.   Well, can we just break it down?  Because I
15   want to be comprehensive about it.  I want to
16   understand in your -- what you have seen in the field,
17   in your decades of experience, intentional cues looking
18   like, just examples that come to mind.  You mentioned
19   "sit."  Have you seen any others?
20      A.   Yeah, tapping on the -- tapping on something
21   the dog has no real interest in is one that I've
22   observed.
23      Q.   Okay.
24      A.   I've unfortunately observed it on police
25   shows.

1      Q.   All right.  Any other things?
2      A.   That's -- those are probably the big ones.
3      Q.   You mentioned sitting.  I have a Golden
4   Retriever, so everything I know about dogs I know
5   through the lens of my wonderful Golden Retriever,
6   and -- for better or for worse.  And, you know, when I
7   want him to sit, I do upper hand motion, palm up and
8   kind of fingers to the ceiling.
9           Do you get what I'm saying?
10      A.   Sure.
11      Q.   Okay.  So if a dog's alert or indication
12   behavior is sitting and the handler doesn't say "sit,"
13   but he does the hand motion, could that be an
14   intentional cue?
15      A.   It could be, but not necessarily and maybe not
16   very often.
17      Q.   Okay.
18      A.   The relationship between a dog and a handler
19   is fairly individual, and so it's the observation of
20   that team in its -- in its context that would allow you
21   to look at a situation and say, "That was a cue.
22   Whether the handler knew it or not, that was a cue."
23      Q.   Suppose -- we're going to get into this later,
24   I promise, but suppose that a handler -- a dog has a
25   habit of gambling with the handler.  So in the context

1   where the handler is putting the hand up, is it more
2   likely that would be a cue than for a dog that doesn't
3   have a history of gambling?
4      A.   That would depend on the team.
5      Q.   Okay.  What more information do you need than
6   the dog having a history of gambling?
7      A.   I have to observe the dog and the handler
8   together.  To say this is that, I can't do that.
9      Q.   Well, so I'm not asking you whether it's a
10   definitive thing.  I'm just asking whether if a dog has
11   a history of gambling with that handler, that makes it
12   more likely that they can be cued by something like a
13   hand motion?
14      A.   We're jumping into the realm of maybe, and I
15   don't know that I really want to be in maybe.  That's
16   why you have to observe the team.
17      Q.   Well, would it -- you don't think it would
18   make it more likely?
19      A.   With you and your Golden Retriever, probably.
20      Q.   Okay, fair enough.  That's totally fine.
21           You mentioned unintentional cues.
22      A.   Yes.
23      Q.   So we've been talking about intentional cues,
24   so with unintentional cues, what's going on there?
25      A.   I don't want to get out in the weeds too far,

1   but we often talk about something called the Clever
2   Hans effect.
3      Q.   I was going to ask you about that.
4      A.   Okay.
5      Q.   So you're like stealing my thunder right now.
6      A.   Well, this is something we do.
7      Q.   Tell me the story.
8      A.   So Clever Hans was a horse, like the end of
9   the 1800s, maybe early 1900s, in Germany who was
10   supposed to be able to do all kinds of amazing math and
11   calendar events and all kinds of things, and he would
12   go around and do -- the owner would go do shows about
13   how this animal could do all of these things that were
14   amazing.  And some behaviorists at the time said, "We
15   don't believe this."
16           And so what they discovered at the end,
17   to make this story short, is that Clever Hans was
18   pretty clever.  He was observing the people and taking
19   cues from the people in the audience.  When you took
20   the audience and the trainer away, Clever Hans wasn't
21   any smarter than any other horse.  But he was -- to me,
22   he was amazing because any horse that could determine
23   that he was getting to the number of pawing on the
24   ground that was correct by watching fedora hats move is
25   pretty amazing.

1       And so -- but from that, we take lessons.
2 And so in K9 training, we try to extinguish that
3 possibility the best that we can.
4    Q.  Okay.  So connect that to unintentional cues
5 for me.
6    A.  Well, an unintentional cue would be I'm
7 wearing a fedora hat and every time that I -- that I
8 think my dog has found something, I drop my head and he
9 learns when the fedora hat goes down, I must be right.
10    Q.  Okay.  I asked you earlier about examples of
11 intentional cues that you had seen in your career.
12 What are some unintentional cues that you have seen in
13 your career?
14    A.  A handler changing his behavior when the
15 dog -- and I try to -- let's take a step back --
16    Q.  Sure.
17    A.  -- because we're going to get all confused if
18 I don't do this.
19    Q.  Okay.  Yeah, please.
20    A.  Within the K9 industry, there are tremendous
21 numbers of vocabulary and different uses of terms.  One
22 of the most difficult things that I have to do is sort
23 out what people mean.  And in this particular case, the
24 vocabulary is not my vocabulary and it's not the
25 vocabulary that I was handed through my education, so I

1 need to clear up that.
2       There's a timeline to detection.  It
3 begins with whatever ritual that a -- that the handler
4 creates that tells his dog, "We're going to do
5 detection." Quite variable things in that.
6       Then the sniff, then an alert.  This is
7 where the dog identifies an assigned odor and has a
8 behavior associated with that.  And then the find,
9 which is where they get as close as they think they can
10 get to it, followed by an indication, if it's possible.
11       Deputy Molina, his education used
12 different terms, so I want to make sure that we're
13 understanding my terms and his terms.
14       So a mistake of unintentional cues would
15 be that if a handler observed an alert that every time
16 that that happened or that he assumed that was
17 happening, he said, "Good dog," and that was the only
18 time that it was stated during the sniff.
19    Q.  Let me make sure I get that.  Are you talking
20 about your timeline of detection or the vocabulary that
21 Deputy Molina used?
22    A.  My timeline.
23    Q.  Okay.  So would that apply equally for an
24 indication, not just an alert?
25    A.  No.  Once the indication is there, you can

1 become a cheerleader.
2    Q.  I see.  Okay, got it.  That's helpful.
3       In training?
4    A.  And in deployment.
5    Q.  Well, what if you don't know if there's drugs
6 in the car?
7    A.  You can still turnaround and tell the dog,
8 "You did a good job."  They have been trained for
9 proficiency.
10    Q.  So "good dog" is fine?
11    A.  Yes.
12    Q.  Okay, got it.  What about -- I think I'm
13 getting lost because I was asking you about
14 unintentional cues.
15    A.  Yes.
16    Q.  And I do want to -- we're going to unpack some
17 of this vocabulary, so -- but we're on unintentional
18 cues and kind of what that looks like and what you have
19 seen, right?
20    A.  Yeah.
21    Q.  So tell me examples of what you have seen
22 unintentional cues look like.
23    A.  Handlers not knowing that that's what they
24 just did, the example I just gave.
25    Q.  Okay.

1    A.  They don't know they are doing it.
2    Q.  Okay.
3    A.  Another might be that the handler doesn't keep
4 moving along as if nothing happened and every time they
5 see what they think might be an alert, in Deputy
6 Molina's vocabulary, odor change.
7    Q.  Behavior change?
8    A.  Behavior change, that he immediately slides
9 behind the dog to support that.  That would be a
10 possible, not always, but a possible unintentional cue.
11    Q.  So my Golden Retriever loves toys.  I mean,
12 obsessed.  He has a Kong.  Do you know what a Kong is?
13    A.  Oh, yeah.
14    Q.  Sorry, I don't mean to talk down or anything.
15 I just want to make sure we're using the same terms.
16    A.  Yes.
17    Q.  It's like the rubber --
18    A.  Yes.
19    Q.  -- rubber ball looking thing.  Sometimes it's
20 on a rope, sometimes it's not, right?
21    A.  Sometimes it's what?
22    Q.  On a rope, sometimes it's not.
23    A.  Many different styles of Kong toys.
24    Q.  Yeah, but -- it's a brand, right?
25    A.  Yes.

1    Q.  Okay.  So my dog, Samwise, loves Kongs.  If
2  I -- this is my experience, right, so I'm not trying to
3  project too much, but if I grab his Kong, he starts
4  going ballistic, right.  He changes his behavior in
5  response to me grabbing the Kong.
6         Does that make sense?
7    A.  Correct.
8    Q.  Okay.  Can narcotics K9s do the same thing out
9  in the field?
10    A.  Sure.
11    Q.  So this unintentional cue thing we've been
12  talking about, if the dog's reward that they have been
13  trained with is a Kong, right?
14    A.  Correct.
15    Q.  And the handler manipulates the Kong during
16  the deployment, could that be an unintentional cue?
17    A.  Not normally.
18    Q.  Why not?
19    A.  Because the dog knows he has a task to perform
20  before he earns that.
21    Q.  And he knows that because a ritual was
22  performed?
23    A.  Yeah.  They are doing the same thing that they
24  have done many, many, many times and they have learned
25  that if they do not go out and sniff, and ultimately

1  become successful, that the -- that the payment,
2  whatever that might be, is not available.
3    Q.  Okay, got it.  That's helpful.
4         And you mentioned the term "ritual."
5  What is that?
6    A.  A very variable event.
7    Q.  Uh-huh.
8    A.  But whether handlers know it or not, they
9  somehow tell their dog, "We're going to go do a sniff."
10  Whether that's because they put their Kong in their
11  pouch or shove it in their pocket, step out of the car,
12  maybe they allow their dog to relieve itself before,
13  all of these things build up into ultimately becoming
14  communication to the dog that the next thing we're
15  going to do is a narcotics sniff.  And so that is a
16  ritual.  Some are more formalized than others.
17    Q.  The dog needs to be aware that its ritual is
18  happening, right?
19    A.  Yes.
20    Q.  Okay.  And the handler should perform a ritual
21  every time they do a deployment before they start the
22  sniff, right?
23    A.  The way that I teach, it's very formal, but
24  not everybody teaches it that formal.  Sometimes it is
25  simply that they do the same thing every time before

1  they initiate the sniff, and that's communication to
2  the dog.
3    Q.  Okay.  If a handler just takes a dog out of
4  the patrol car and just goes straight to the vehicle
5  without anything, they just go straight into the sniff,
6  would that be sufficient to your mind?
7    A.  If that's what the team does every single
8  time, it would be the ritual.
9    Q.  Okay, got it.  So a ritual doesn't really have
10  to be anything specific, it can just be a pattern?
11    A.  Correct.
12    Q.  Got it.  That's helpful.
13         We were talking a while back about your
14  grading system and the different things that would dock
15  a handler from the one to three range, which is
16  passing -- to the one to 3.90 range, which is passing,
17  to the four to six range, which is failing, right?
18    A.  Right.
19    Q.  What are the things that would dock a dog on
20  that scale from passing to failing?
21    A.  Not engaging in the sniff.  Not identifying an
22  assigned odor, not attempting to work towards source
23  the find, what I call the find, but working into the
24  scent cone.  I think I recall Deputy Molina call it
25  bracketing.

1    Q.  Uh-huh.
2    A.  Of course, these -- these things all cascade,
3  and so if you fail on one end, you're probably going to
4  continue to fail.  So they sort of hinge on one
5  another.
6    Q.  Okay.  And we -- this kind of all started
7  because you used terms that I found interesting,
8  repeated misses and false positives.
9    A.  Correct.
10    Q.  So repeated misses would be the dog in
11  training or in deployment is repeatedly out there just
12  not detecting the assigned odors?
13    A.  Correct.
14    Q.  Okay.  And is there a percentage or a hit rate
15  or fail rate you have in mind that you would say like
16  "This is not sufficient"?
17    A.  That would be reflected in my grading system
18  and they would fall below that threshold.
19    Q.  Well, I'm trying to figure out how -- how you
20  do that math, right, so let me give you an example, if
21  that's helpful.
22    A.  Yeah.
23    Q.  Suppose that you have a dog that, whether in
24  training or deployment -- it sounds like the data is
25  the same to you, right?

Page 62

1     A.   To me it's the same.
2     Q.   Okay.  So the dog goes out, sniffs 100 cars
3   and fails to detect the assigned odor 90 percent of the
4   time.  Is that going to be a failing grade for that
5   dog?
6     A.   Certainly.
7     Q.   Okay.  What about -- I'm just going to go down
8   the spectrum, unless you can tell me the percentage at
9   which you would cut it off.
10    A.   I can give you just a general --
11    Q.   Sure.
12    A.   And let's step away from the way that I assess
13  dogs and let's use the other organizations here in the
14  U.S.  Most have two ways of failing; missing or false
15  indicating.
16    Q.   I'm going to ask you about that.  So we're on
17  missing right now.
18    A.   All right.  And so missing, if -- in the -- if
19  a dog missed three out of ten, they are probably
20  sitting in the failing range with most organizations.
21  This is a big generalization.
22    Q.   Sure.
23    A.   But if they miss three out of ten, they are
24  probably not going to pass.  If they miss -- yeah,
25  that's -- for misses, that's probably getting to the

Page 63

1   point where, hey, this is a problem.
2     Q.   So if a dog is missing 70 percent of the time
3   they sniff a car, most organizations across the country
4   would fail that dog?
5     A.   No, if they are missing more than 30 percent
6   of the time.
7     Q.   That's what I'm saying, if they are missing 70
8   percent of the time --
9     A.   No, they are missing 30 percent of the time.
10    Q.   Oh, okay.
11    A.   Now their percentage of success is falling
12  down to 70.
13    Q.   Got it.  And most organizations will not pass
14  a dog for that.
15    Q.   Okay.  What about you?  Because you kind of
16  diverted to what other people are doing, but I'm
17  curious about you, too.
18    A.   There are some components when I'm looking at
19  a Utah POST approach.  We give a grade to the sniff, we
20  give a grade to the alert and indication.  And so a dog
21  could do a poor indication on some, but not fall below
22  the threshold on the grade.  So it's a different
23  concept.  It's a little bit more like you and I are
24  graded on a test.
25    Q.   Uh-huh.

Page 64

1     A.   I don't have to be -- it's not a go or no-go,
2   100 percent or not.  It is a proficiency exam in a
3   scenario instead of a go or no-go test.
4     Q.   Do you take any issue with the kind of "you
5   have to be right 70 percent of the time" standard that
6   these other organizations use?
7     A.   Do I have issue with it?
8     Q.   I'm just asking if -- I don't know, if you
9   think it's flawed in some way or if you're fine with
10  that being used across the country?
11    A.   First, I'm going to -- I'm going to set this
12  up with the idea that we all have ways that we think
13  organizations could do better.
14    Q.   Sure.
15    A.   And that I believe that the handler needs a
16  grade, too.  So none of the organizations that I'm
17  familiar with --
18    Q.   Oh, I see.
19    A.   -- doing narcotics detection grades the
20  handler.  They treat it as a go/no-go with the dog.
21    Q.   Okay, that's helpful.  And I'm not trying to
22  get you to cast dispersions on these other
23  organizations.
24         All I really want to know is we have
25  talked about, with repeated misses, the fact that there

Page 65

1   are organizations across the country that certify dogs
2   that use 70 percent as that kind of standard.
3         Do you have an issue with that number, at
4   least in terms of the way that they use it?
5     A.   No.
6     Q.   Okay.  So you wouldn't prefer to be higher or
7   lower is what I'm asking?
8     A.   I prefer to be -- to be in the 90s.
9     Q.   Okay, I see what you're saying.
10    A.   If we go back to what I said earlier, my job
11  is to better teams.
12    Q.   Yeah, yeah.
13    A.   But -- and a certification test is a minimum
14  standard.
15    Q.   I see.
16    A.   And we want to be better than minimum.  At
17  least that's my approach to this work.
18    Q.   That's great.  That's all I wanted to know.
19         And in terms of false positives, what are
20  those?
21    A.   We've already spoke about it.  Probably the
22  most common one is a dog gambling.  He decides "Maybe I
23  can shortcut this to get my toy."
24    Q.   So I said we were going to define that term.
25  Can we take a step back and define "gambling"?

17 (Pages 62 - 65)

Page 66

1    A.  Gambling is a dog trying to obtain something
2  that doesn't come through the work that he was trained
3  to do.  Dogs are big gamblers, and so if I can fool you
4  into giving me something for a job not done and I'm a
5  dog, I will try that.  At some point in every dog's
6  basic training, they try it.  We let it fail so it
7  extinguishes itself.
8    Q.  Okay.  So back to the kind of question of
9  false positives, then.  So to use the lingo we just
10  kind of -- we just kind of got at, if a dog sniffs a
11  car and sits, because that's his assigned indication or
12  alert behavior, as a gamble to try to get a reward from
13  the handler, but there is nothing in the car, that
14  would be a false positive using your terminology?
15    A.  That would be very difficult to determine in
16  the real world.
17    Q.  Let's just start with training.  So --
18    A.  Even in training, I have had dogs do that and
19  I hadn't placed a find and we found -- we found drugs.
20  We use a lot of training -- do a lot of training in
21  places where either other people are training or we
22  trained before.
23    Q.  Sure.
24    A.  Or people's cars have been towed in.  It's --
25  we work in -- we have to train in the real world,

Page 67

1  unfortunately.
2    Q.  Yeah.
3    A.  And we can't work in a sterile environment.
4  So the -- "Is he really wrong?" is often a very unclear
5  question.
6    Q.  Well, you're the one who used the term "false
7  positive," so I just wanted to make sure I understood
8  what it meant.  And then you gave me the example of
9  gambling, so I thought you were saying that gambling
10  behavior is false positive behavior.
11    A.  No, that --
12    Q.  So -- okay.
13    A.  So what you have to realize is that in the
14  real world, I can't always determine a false positive.
15  Sometimes, in the training -- in the context of
16  training, I can set it up because I own that
17  environment.
18        An example is early on, I utilize a
19  series of cubbyholes and we clean them when we're done.
20  And if a dog picks the wrong one, I know he's gambling
21  and it is a false positive because there can be nothing
22  there.  That's where we try to finish the problem with
23  false positives and gambling --
24    Q.  Okay.
25    A.  -- is in a controlled environment.

Page 68

1    Q.  Okay.
2    A.  When we're out in the real world, it's a very
3  difficult thing so it gets done in early training.
4    Q.  That makes sense.  So back on the question
5  of -- of -- we talked about a percentage that
6  organizations nationwide use on repeated misses.  Is it
7  the same percentage for false positives?
8    A.  Every organization has different rules.  We
9  would have to look at each individual set of rules to
10  make a determination.  If a -- if -- during an NPCA
11  certification, if a dog gave two false positives or
12  gambled, or whatever they did during the test, and we
13  determine this because we run a trained dog that we're
14  confident in prior to the test, so the environment has
15  been worked.  And so if a dog does that and does it
16  twice, that's the end.
17    Q.  Out of how many?
18    A.  Oh, let me see.  It depends on the number of
19  substances being certified.  So there will be -- let's
20  say they're doing four substances, five searches
21  inside, one will be a blank and the other will have one
22  of each of the substances certifying them, and a
23  similar situation with five cars.
24    Q.  Okay.  So we're talking about ten sniffs, five
25  inside and then five cars, right?

Page 69

1    A.  Correct.
2    Q.  For standard certifications, right?
3    A.  Correct.
4    Q.  There will be two blanks total, one for each
5  set of five, right?
6    A.  Correct.
7    Q.  Okay.
8    A.  Well, on the cars, yeah.
9    Q.  Okay.  And so the question we're trying to
10  answer here is how many false positives would fail the
11  dog?
12    A.  Two.
13    Q.  Out of ten or two out of five?
14    A.  Ten.
15    Q.  Okay.  So if the dog is falsely alerting or
16  indicating 20 percent of the time, that would fail the
17  dog?
18    A.  It's a little more complicated than that --
19    Q.  Okay.
20    A.  -- because they have to tell us that it's --
21  "Here it is," and if they are saying that during a
22  search, they also missed the find.  So it becomes
23  double jeopardy.
24    Q.  I see what you're saying.
25        Suppose a dog -- we're just looking at

18 (Pages 66 - 69)

Page 70

1  the false positive number and we're grading the dog for
2  certification and we know that they false positive
3  20 percent of the time, two out of ten, that's going to
4  fail the dog, right?
5      A.  Yes.  And it will actually be down like --
6  more like 60 percent because they also missed two.
7      Q.  I see what you are saying, yeah.
8          Okay.  We're still on page 2 of your
9  report, believe it or not.
10         (Recess from 10:48 a.m. to 11:01 a.m.)
11     Q.  (BY MR. WINDHAM)  Okay.  we're back on the
12  record, Mr. Sheldahl.  Do you recognize you are still
13  under oath?
14     A.  Yes.
15     Q.  Great.  So earlier I asked you a few questions
16  about assessing dog -- K9 handlers and their dogs.
17         Do you remember that?
18     A.  Yes.
19     Q.  And we were talking both about training and
20  deployments, right?
21     A.  Correct.
22     Q.  And there were a few times during that
23  conversation where you mentioned you would really like
24  to observe the handler team over time to kind of see
25  what their dynamic is like.

Page 71

1          Do you remember that?
2      A.  Yes.  It's better than just a snapshot.
3      Q.  Well, there -- I just -- there were a few
4  moments where I asked you a question and it seemed like
5  you were hesitant to give me an answer because it's
6  hard to generalize when really you want to look at the
7  specific handler and the dog sometimes.  Is that fair?
8      A.  I think the context was -- at least for me,
9  was that you were asking about improvements and
10  betterment, which I explained was part of what I do
11  every single day.
12     Q.  Right.  And so that improvement and
13  betterment, when you're assessing whether a team could
14  be improved or could be bettered, you would want to
15  look at that team's training, deployment, that kind of
16  thing?
17     A.  Correct.
18     Q.  For Deputy Molina and K9 Max, did you review
19  any deployment videos other than the stop involved in
20  this case?
21     A.  The videos I reviewed were the stop in this
22  case and the videos from NCATS assessments.
23     Q.  Okay.  Did you review any training videos or
24  deployment videos, other than the NCATS videos?
25     A.  No.

Page 72

1      Q.  Okay.  There's a reference in your report, so
2  we're still on Exhibit 105, to -- let's see.  Go to
3  page 2 for me, and I'm going to ask you about
4  paragraphs 10 and 11 there.  So paragraph 10 says, "I
5  have produced numerous training DVDs and online
6  training programs through Leerburg Video Productions on
7  police dog training --"
8          THE REPORTER:  Through --
9          MR. WINDHAM:  Leerburg.
10         THE REPORTER:  Oh, okay.
11     Q.  (BY MR. WINDHAM)  I'll read it again.  "I have
12  produced various -- sorry, I have produced numerous
13  training DVDs and online training programs through
14  Leerburg Video Productions on police dog training and
15  detection K9 training."
16         Did I get that right?
17     A.  That's correct.
18     Q.  Okay.  So what is Leerburg Video Productions?
19     A.  Leerburg is -- they are a vendor of dog
20  training equipment and they also sell informational
21  DVDs and streaming of dog sports and dog training, you
22  know, of various types.  And they also have online
23  training courses that an individual can sign up for and
24  take.
25     Q.  Okay.  And so your point here with

Page 73

1  paragraph 10 is that you have produced some of those
2  courses?
3      A.  Correct.
4      Q.  Okay.  And then paragraph 11 there says, "I
5  have produced an online training course on professional
6  detection dog training through Leerburg University."
7          Did I get that right?
8      A.  Correct.
9      Q.  Is Leerburg University a different entity than
10  Leerburg Video Productions?
11     A.  I don't think that it's a different entity.
12  It's a different title on the web page.
13     Q.  Okay, got it.  So it's all just Leerburg?
14     A.  Correct.
15     Q.  Okay, got it.  And the online course that
16  you've produced on professional detection dog training,
17  does that include narcotics detection?
18     A.  It's a general introduction to training dogs
19  for detection of all types.
20     Q.  Okay.  And that would include police narcotics
21  detection?
22     A.  Correct.
23     Q.  Okay.  Is it fair to say that the courses that
24  you have produced for Leerburg are based on your
25  extensive resume?

19 (Pages 70 - 73)

Page 74

1      A.  Yes.
2      Q.  And all the experience you have gained over
3  the course of decades in this field?
4      A.  Yes.
5      Q.  Okay.  And the written materials that you
6  produced --
7          MR. FRIGERIO:  He's disconnected again.
8          (Discussion off the record)
9      Q.  (BY MR. WINDHAM)  Mr. Sheldah, we're back on
10  the record after a delay.  Do you recognize you're
11  still under oath?
12      A.  Yes.
13      Q.  Okay.  I was asking you if it's fair to say
14  that the written content that you've produced for the
15  courses through Leerburg is a reflection of your
16  knowledge and experience and training?
17      A.  Yes.
18      Q.  Okay.  And that's all -- the detection course
19  that you just mentioned, that covers, I would assume,
20  the kind of basics and fundamentals of training a
21  detection dog?
22      A.  Correct.
23      Q.  Training them appropriately so that they are
24  successful in the field?
25      A.  Correct.

Page 75

1      Q.  Okay.  So if I wanted to learn kind of the
2  fundamentals of all of that, I could just take one of
3  your courses, right?
4      A.  You could.
5      Q.  Okay.  Let me just ask you, kind of sitting
6  here today, we can maybe talk about one of your
7  courses, but before we kind of get there, maybe I -- I
8  asked you earlier to kind of treat me like a student,
9  like I don't know much about this, and I don't.  Let's
10  just start with some basic ideas, like we talked about
11  vocabulary a little bit.
12          So what is a detector dog?
13      A.  Detection just is a big category.
14      Q.  Uh-huh.
15      A.  We have detection dogs for dope and bombs and
16  human remains, and those are the areas that I focus on
17  the most.  But you could have a detection dog that
18  finds termites, bedbugs, mold, electronic storage
19  devices, blood spatter.  I just read an article about a
20  semen detection dog in Sweden.  There's all kinds of
21  biological detector dogs.  We're seeing them now being
22  worked in certain research arenas for determining
23  whether a dog can find cancers and even COVID.
24      Q.  That's amazing.
25      A.  So there's a lot of stuff and a lot of -- I

Page 76

1  focus on the categories that I have experience in.
2      Q.  So a narcotics detector dog, then, is a dog
3  that is trained to alert on assigned narcotic
4  substances, right?
5      A.  Correct.
6      Q.  And that's -- I assume it's always illegal
7  narcotics.  Is there ever -- is there such thing as a
8  narcotics detection dog that is supposed to detect
9  legal narcotics?
10      A.  Yes.
11      Q.  Okay.  What about in the law enforcement
12  context?
13      A.  Well, corrections, part of law enforcement,
14  often uses dogs, and I tend to call them contraband
15  dogs.
16      Q.  I see.
17      A.  But often they are finding Suboxone, which is
18  a prescription drug.  And so it's not unusual to do
19  that.
20      Q.  These are at jails, you mean?
21      A.  Yeah, correctional facilities.
22      Q.  Got it.
23      A.  Jails and prisons.
24      Q.  Got it.  In terms of deploying dogs out in the
25  street, though, I assume -- I mean, you can tell me if

Page 77

1  I'm reading this wrong -- I assume the point of a
2  narcotics dog is to sniff out assigned illegal
3  narcotics?
4      A.  Correct.
5      Q.  Okay.  And those might depend on the nature of
6  the area or the department, which ones are assigned.
7  Is that fair?
8      A.  Very much so.
9      Q.  Okay.  Well, I don't know, you gave me a face,
10  so I thought maybe I would ask you what's going on in
11  your head.
12      A.  Well, the first thing that goes on in my head
13  is that we're going -- this country is going to have
14  blanket legalized marijuana shortly.  That's my belief,
15  anyway.  And I haven't trained a dog worked on the
16  street by law enforcement to do marijuana now in maybe
17  three years, four years.  It's been -- it's being
18  dropped out, even in states where marijuana is still a
19  violation.
20      Q.  Why haven't you trained a dog to do that in
21  three years?
22      A.  I have been asked not to.
23      Q.  By?
24      A.  Departments.
25      Q.  Okay, got it.  Even in states where it's

20 (Pages 74 - 77)

Page 78

1  legal?
2      A.  Correct.
3      Q.  Why is that?
4      A.  You would have to ask them their motivation.
5  Maybe they believe, like I do, that it's going to get
6  shifted to a Schedule III drug any day.
7      Q.  Oh, I see.  Okay.  You talked about the
8  potential for future nationwide legalization of
9  marijuana, and it is legal in certain states, right?
10     A.  My state, it's recreational.
11     Q.  In New Mexico?
12     A.  Yes.
13     Q.  Okay.  And there is also a thing called hemp,
14  right, that -- that is legal nationwide, right?
15     A.  Since Trump created a new regulation, yes.
16     Q.  The Farm Bill?
17     A.  Yes.
18     Q.  In 2019?
19     A.  Yes.
20     Q.  Okay.  Explain to me what hemp and marijuana
21  are.
22     A.  I'm not a -- I'm not a botanist, but my
23  understanding is they are the same species.
24     Q.  So we're talking about the same plant, the
25  same leaf.  I think -- my understanding is there's

Page 79

1  different levels of THC, that's the only difference?
2      A.  You would have to ask about the specifics of
3  that from somebody who is really knowledgeable in
4  botany.
5      Q.  Okay.
6      A.  And it's not me.
7      Q.  Okay.  In terms of -- well, I'll circle back
8  to that in a second, actually.  I want to get to focus
9  on illegal substances and we will kind of go back to
10  legal.
11         So in terms of training dogs to detect
12  illegal substances, we talked about alerts and
13  indications, right?
14     A.  Correct.
15     Q.  What are alerts and indications?
16     A.  An alert is the behavior that's displayed by a
17  dog when he identifies a substance he's trained to
18  locate.
19     Q.  Okay.  So is that the dog kind of starting to
20  lock into the substance or is the dog communicating to
21  the handler, "I know it's here"?
22     A.  It's not communicating to the handler at all.
23     Q.  Okay.
24     A.  It's a behavior change that becomes
25  conditioned in the dog.  It's a conditioned response to

Page 80

1  an odor that it's been reinforced for over and over and
2  over again.
3      Q.  Okay.  So an alert behavior change is just
4  something the dog is going to do, I don't know,
5  innately?
6      A.  I'm not sure innately is the right word.
7  Maybe intrinsically.
8      Q.  Okay, that's fine.  I guess what I'm asking
9  you, in kind of a not artful way, is just does the
10  handler pick what the behavior is?
11     A.  No.
12     Q.  Okay.  So it's just specific to whatever the
13  dog chooses to do to innately or intrinsically start to
14  lock into that odor?
15     A.  Yeah.  It's a conditioned response.
16     Q.  Got it.  Okay.  And then the indication is
17  different, right?  So what's an indication?
18     A.  It could be a variety of things and a -- or a
19  group of things.
20     Q.  Well, let's start with what an indication
21  signifies because you said earlier an alert signifies
22  that the dog is detecting the odor.  So what does an
23  indication signify?
24     A.  An indication is a behavior that is analogous
25  to a flushing behavior in a bird dog.  They have

Page 81

1  located their pray and a bird dog might stand, it might
2  lay down, it might point.  We all know about pointers.
3      Q.  Uh-huh.
4      A.  And, you know, if you're a terrier, you might
5  dig.  These are behaviors that the dogs have.
6  Sometimes we shape those behaviors to be something more
7  of what we want, but they are analogous to that.
8      Q.  Okay.  Is it standard in the K9 handling world
9  to pick what behavior the dog displays when they
10  indicate?
11     A.  That would depend dramatically on who did the
12  training and -- their background in training.  It's
13  variable across the field.
14     Q.  When you -- you have a course through Leerburg
15  that you offer on this, right?
16     A.  Correct.
17     Q.  Do you -- do you train folks to choose the
18  indication behavior or is it -- do you leave it up to
19  the handler?
20     A.  I try -- for -- let's focus on narcotics
21  because --
22     Q.  Yeah, I'm trying to.
23     A.  -- there's some basics in -- we have to do
24  different things for explosive stuff for safety
25  reasons.

21 (Pages 78 - 81)

1    Q.   Yeah.
2    A.   But in narcotics, I like to let the dog
3  choose.
4    Q.   Okay.  And you talked earlier about sitting is
5  like one common indication behavior, right?
6    A.   It's not uncommon at all.
7    Q.   It's not uncommon, and there are others.  What
8  are some others that you have seen?
9    A.   Well, first, an indication is not a behavior.
10  It may be multiple behaviors.  So it's the behavior the
11  dog has where it would like to flush its pray.
12    Q.   Sure.
13    A.   And so a dog may go down, a dog may -- in the
14  context of narcotics, we don't usually want to promote
15  barking, but it could be.  It could be staring, it
16  could be sitting, it could be scratching.  Another
17  behavior we don't like, but it does occur, is biting.
18  It's a safety issue for the dog, of course.
19         So all of those could be promoted and
20  many of them could appear at different points in time
21  as the indication in a given dog.
22    Q.   How does a handler train a dog to alert or
23  indicate to assigned odors?
24    A.   The most common methodology is pairing it with
25  something, a prey item.

1    Q.   What does that mean?
2    A.   I'll give you an example about how I tend
3  to do it most of the time.  It's not always.  There are
4  other methodologies, but probably the most common is
5  to -- I'll take a little white pallet, roll it up and
6  tie it up and put it in with the substance that I want
7  the dog to locate.  And so it begins to associate that
8  odor with its pray item, play tug-of-war with the white
9  towel once he finds it.  Later on, it appears out of
10  nowhere, he flushes it and is reinforced by that
11  behavior.
12    Q.   Okay.  What role does a handler play in
13  reinforcing or conditioning dogs in this training
14  process?
15    A.   The reinforcement for a dog is often done by
16  the handler at a point when the dog has learned the
17  foundations.  And one thing that does appear to be
18  missing here with Max is I know nothing about his
19  foundation.  What we know about is his history, which
20  now becomes the most important and over -- overarching
21  part of it.
22         But to go back to foundations is
23  initially the handler has nothing to do with it.  The
24  dog believes he's doing it.  It's all the dog, "I flush
25  my pray."  And we have a lot of techniques that produce

1  that.
2    Q.   So your -- your point about Max is just that
3  you don't -- I assume you're getting at the fact that
4  we don't really know -- we don't have records from
5  his -- the vendor that he was purchased from?
6    A.   Correct.
7    Q.   Okay.  So you just don't know about what his
8  foundation looked like at all?
9    A.   Yeah, we don't have a curriculum or anything.
10    Q.   Okay.  Your opinion, though, is that that's --
11    A.   This has been -- this has been far enough
12  down -- downstream from this that it's probably
13  completely irrelevant.
14    Q.   Okay.  I mean, you don't think that your
15  opinions are changing one way or the other based on the
16  fact that he doesn't have foundation records, do you?
17    A.   No.
18    Q.   Okay.  In terms of the post-foundation period,
19  so the dog has been acquired by a vendor, they are with
20  a handler and a police department on a K9 unit, I'm
21  wondering about rewards and how those play into all of
22  this.
23    A.   It's the reinforcer that keeps the behavior
24  alive.
25    Q.   Okay.  So the idea is like -- let's see if I

1  get this right.  A dog, when they are coming from a
2  vendor at the foundation level, that's when they learn
3  their assigned odors.  Is that fair?
4    A.   They could learn them later if they needed to
5  add.
6    Q.   They could?
7    A.   Certainly.
8    Q.   Okay.  But at least generally speaking, a dog
9  is going to come from a vendor, they are going to have
10  a list of odors, they have been through this flushing
11  process you were talking about and the primary reward
12  system you were just describing, right?
13    A.   Correct.
14    Q.   They are going to have their assigned odors
15  when they are purchased, and that could be edited, but
16  they are going to have their assigned odors?
17    A.   It depends on the way that you -- on the
18  organization of the place that supplied the dog.  I can
19  only speak for myself here.
20    Q.   Sure.
21    A.   I get dogs when they are prepared to get
22  started, but I haven't assigned an odor because I don't
23  know if they are going to be a human remains dog, a
24  bomb dog or a dope dog.
25    Q.   Okay.

Page 86

1    A.  So I don't do that until the handler is in
2  class and the handler learns right along with the dog.
3  We pair them together and the education gets started.
4    Q.  Maybe it will help me to understand the
5  difference between a reward and a reinforcement, if
6  there is one.
7    A.  Yeah, there kind of is.
8    Q.  Okay.
9    A.  Things could be reinforcing that are not
10  rewards, but a reward will always be a reinforcer.
11    Q.  Okay, that's helpful.  A reward is always a
12  reinforcer.  So what could be reinforcing that is not a
13  reward?
14    A.  So dogs have intrinsic behaviors.
15    Q.  Okay.
16    A.  Sometimes they will do things that make them
17  feel good.  And I'll give you an example where it's a
18  reinforcement that there is no reward.  Does your
19  Golden Retriever chase rabbits?
20    A.  He's kind of a coward, so no.
21    A.  Okay.  Let's say he does, but is he really
22  fast enough to catch a rabbit every time?
23    Q.  No.
24    A.  So where is the -- where is the reinforcer?
25    Q.  The chase?

Page 87

1    A.  Yeah, it just feels good.
2    Q.  Yeah, okay.
3    A.  So some things just feel good.
4    Q.  Got it.
5    A.  And, actually, they are very important for our
6  detector dogs because we need a dog who thinks sniffing
7  and searching feels good.
8    Q.  Okay.
9    A.  That's -- that's why we -- that's why we go
10  out and we hunt for dogs that are going to be able to
11  fulfill these expectations on the road by selection
12  testing them and making sure that they have the -- they
13  have the characteristics that will provide that.
14    Q.  So the handler has control over some, but not
15  all reinforcing -- reinforcements?
16    A.  If a dog begins to do reinforcements that we
17  don't -- on their own, let's say the dog likes to bite
18  and he bites at the find, we don't want to reinforce
19  that --
20    Q.  Got it.
21    A.  -- and we will stop the dog.
22    Q.  Okay.
23    A.  Physically intervene.
24    Q.  Okay.
25    A.  So, yes, there is some control over that.

Page 88

1    Q.  Got it.  For -- I mean, just tell me if I'm
2  getting this basically right and if I'm not, just
3  correct me.
4      So for a narcotics K9, say you want the
5  narcotics K9 -- like Max, it's marijuana, meth, cocaine
6  and heroin are the four substances that he is trained
7  to detect, right?
8    A.  Correct.
9    Q.  Okay.  So say you want to train a dog to
10  detect those four substances.  Would the handler's role
11  in that be, at least in part, reinforcing when the dog
12  has detected them with a reward?
13    A.  Absolutely.
14    Q.  Okay, that's helpful.
15      And then you said extinction earlier,
16  right?
17    A.  Yes.
18    Q.  And so how does extinction come into play?
19    A.  Extinction is an event that occurs through
20  negative punishment.  And so negative punishment is you
21  didn't clean your room, you don't get your allowance,
22  right?  And so we will withhold and we continue to
23  withhold and pretty soon that behavior fades away.
24    Q.  So suppose my narcotics dog is -- I'm a
25  handler in this hypothetical.  Suppose I'm training him

Page 89

1  and his reward for correctly detecting an assigned
2  narcotic is a Kong.
3      Does that make sense so far?
4    A.  Common.
5    Q.  Okay, common.  So your point about extinction
6  is that if he is alerting or indicating on something
7  where there is an assigned narcotic, I need to
8  extinct and withhold the Kong?
9    A.  Correct.
10    Q.  Do I have that right?
11    A.  Correct.
12    Q.  Okay.  And the idea is giving him the Kong
13  reinforces the behavior and withholding the Kong
14  discourages the behavior?
15    A.  I'm not sure it discourages the behavior.
16    Q.  Okay.
17    A.  What discourages the behavior is repeated
18  failure.
19    Q.  Okay.  So I have to repeatedly not give him
20  the Kong so that he learns sitting, or whatever his
21  indication of behavior is, is not going to produce the
22  reward?
23    A.  Correct.
24    Q.  Got it.  And this is like -- this is gambling,
25  right?  This is what we talked about earlier where a

23 (Pages 86 - 89)

Page 90

1  dog is sort of trying to trick the handler into giving
2  over that Kong by displaying an alert or indication of
3  behavior, even when he has not done the work?
4      A.  In general, very early, we extinct that.
5      Q.  But I described gambling right just now?
6      A.  Yeah, close enough.
7      Q.  Okay.  Well, you're welcome to tweak it.
8      A.  Well, I mean, you can get off in the weeds
9  with this thing and start talking about dopamine
10  production and all that kind of stuff --
11     Q.  Okay.  I'm not going to ask you about that.
12     A.  -- in humans.  So, you know, it is something I
13  talk about in my course.
14     Q.  Okay, got it.  I think we've talked about
15  proofing a little bit today, but I just want to --
16  maybe from the ground up, what is proofing?
17     A.  Proofing is preventing a dog -- is stopping a
18  dog from alerting on unassigned substances.
19     Q.  Okay.  So give me some examples.
20     A.  I'll give one from my -- from my experience.
21  I had a dog early in my career with the county that was
22  trained on some seized narcotics out of the prisons.
23  And as we found out much, much later, it was mostly --
24  it was mostly maltose and milk sugar.
25         THE REPORTER:  And what?

Page 91

1         THE WITNESS:  Maltose, milk sugar.
2         THE REPORTER:  Okay.
3         THE WITNESS:  And the dog was finding
4  chocolate, milk sugar, and we had to go back and stop
5  that dog from doing that behavior.
6      Q.  (BY MR. WINDHAM)  Okay.  So proofing is a way
7  of making sure a dog is not alerting or indicating to
8  an unassigned substance?
9      A.  Correct.
10     Q.  And how does it actually work in practice?
11  How do you proof a dog to not do that?
12     A.  The ideal methodology would be to use
13  extinction.
14     Q.  Okay.  So which is what we just talked about,
15  right?
16     A.  Correct.
17     Q.  So if -- well, let me back up.
18         It sounds like the only way that would
19  even work, though, is if the substance you want to make
20  sure they are not alerting to is actually somewhere
21  around, right?
22     A.  Yes.
23     Q.  So when you're doing training for a dog, a
24  narcotics dog, you want to make sure that if there is
25  something you don't want that dog to alert or indicate

Page 92

1  to, you've got to put it in the training area, right?
2      A.  If it is something we've discovered the dog is
3  alerting and indicating to, yes.
4      Q.  Well, what about -- I mean, there are some
5  examples that come to mind as maybe kind of tricky, so
6  what about cash, like circulated cash?  It strikes me
7  that that circulated cash might have residue of
8  narcotics on it, right?
9      A.  Yeah, there's one study out there that's kind
10  of bogus, yes.
11     Q.  Well, either --
12     A.  You can't wash hundreds of bills and then
13  concentrate it down --
14     Q.  Yeah.
15     A.  -- and then say, "I found a little bit of
16  narcotics and all the money is tainted."  That is the
17  study that everybody references.
18     Q.  Well, I guess my question to you is not so
19  much about this study, but whether it's a standard
20  practice in the narcotics training field to proof
21  narcotics dogs against cash?
22     A.  Yes, under Utah POST standards, it is one of
23  the scenarios that we present to dogs.
24     Q.  You mention Utah, but I assume that's like a
25  best practice nationally, right?

Page 93

1      A.  I'm not sure I've seen it listed out as best
2  practice, but it is something that I certainly do and
3  many people do.
4      Q.  At least you believe it's the best practice,
5  then?
6      A.  I believe it's the best practice.
7      Q.  Okay.  So tell me in practice how you would
8  proof a dog against cash.
9      A.  I never let it happen.
10     Q.  What do you mean?
11     A.  Early on in training, I put cash out and it
12  has no value to the dog and never does.
13     Q.  Okay.  But the point is that it's in the area,
14  right?
15     A.  Sure.
16     Q.  That's how you know the dog is not alerting or
17  indicating to it, right?
18     A.  Yes.
19     Q.  And that would be true -- let me just give you
20  an example.  Suppose there's a training day where dogs
21  are sniffling vehicles, right?  Would a handler, or
22  maybe even like a unit supervisor who is helping
23  conduct the training, put cash in cars to be sure the
24  dog is not alerting to the cash?
25     A.  That's not uncommon.

24 (Pages 90 - 93)

Page 94

1    Q.  Okay.  What about -- I think we had a little
2  discussion about marijuana earlier and I
3  mentioned hemp.
4    A.  Yes.
5    Q.  It's on my mind.  So for the same plant or
6  leaf, how do you ensure -- how do you proof a dog
7  against hemp?
8    A.  There's one study done at Florida
9  International University, which has demonstrated
10  that -- has shown that maybe you can teach a dog the
11  difference between hemp samples and marijuana samples.
12  It is brand new.  I just learned about it recently.  I
13  sat through a conference in which this was presented.
14  I still have a lot of questions from the practical
15  application side of things as to whether or not this
16  will work on the street.
17          And I think, as an industry, that's where
18  we're all hovering around right now.  I think it will
19  be a moot point as soon as it goes from a Schedule I to
20  a Schedule III drug.
21    Q.  Do you -- I don't want to get down the rabbit
22  hole on studies.  I'm more interested in kind of your
23  view of what the -- what the best practice would be
24  with regard to hemp.  So let's say -- Utah or New
25  Mexico, where are you at right now?

Page 95

1    A.  New Mexico.
2    Q.  So let's say in New Mexico, in 2019 when the
3  Farm Bill -- actually, let me back up.
4          Was marijuana illegal in New Mexico
5  in 2019?
6    A.  Yes.
7    Q.  It was illegal?
8    A.  I would have to qualify that.  We've had
9  medical marijuana in my state for many years now and I
10  think it was 2021 where it became recreational.
11    Q.  Let me make the example simpler, then, because
12  that will make -- it has to be -- it doesn't have to be
13  state specific.
14          So the -- what I'm trying to figure out
15  is in a state where marijuana, recreational marijuana
16  was illegal and then the Farm Bill is passed and hemp
17  becomes legal, what is the best practice in terms of
18  how you would proof a narcotics detection K9 to make
19  sure they are not alerting or indicating to hemp on the
20  streets?
21    A.  We're still learning.
22    Q.  Okay.  So it's just unknown?
23    A.  I think we have some ideas, but we don't know
24  whether or not they will translate into practical
25  application yet or not.

Page 96

1    Q.  Do you at least agree that it's important to
2  try to figure that out?
3    A.  Like I said, it may become irrelevant.
4    Q.  Before that happens, though --
5    A.  Okay.
6    Q.   -- I would assume you want the dogs to be
7  doing a good job, right?
8    A.  Absolutely.
9    Q.  So at least until that kind of national
10  reckoning occurs, do you agree that it's important to
11  proof dogs against hemp?
12    A.  At this -- I can't make a judgment on that.
13  We're in an unknown area right now and I don't want to
14  say yes or no to something I don't have enough
15  knowledge of to say, "We should do this or that."
16    Q.  Okay.
17    A.  I'm waiting.  I'm on the edge of my seat with
18  this stuff.
19    Q.  Sure.
20    A.  I want to know, and that might direct me for
21  some better practices.  We will find out.
22    Q.  Maybe another way of getting at this is sort
23  of if dogs are not proofed against hemp, it's possible
24  that a dog trained to alert or indicate to marijuana
25  could be detecting hemp, right?

Page 97

1    A.  I don't know.  I have put hemp buds out during
2  training to see if dogs would indicate on it.  I have
3  put hemp oil out and they have not indicated on it.
4  But does that mean all of hemp is that way?  I don't
5  know.  It's the same plant.
6    Q.  Okay.
7    A.  Again, we're in a kind of fuzzy area here and
8  I don't have great answers for you.
9    Q.  That's okay.  So this is just an area where
10  you don't know the answer?
11    A.  Right, and I want to know it.
12    Q.  Yeah, sure.
13    A.  And I'm trying to find out as much as I can
14  about it.
15    Q.  Yeah.
16    A.  But I haven't developed a decent answer.
17    Q.  Okay.  Let me just see if I can get like a
18  basic idea here on the table and tell me what your
19  reaction is to it.
20          If you wanted to train a narcotics
21  detection dog to not alert to hemp, I assume you would
22  have to do some kind of proofing, even if we don't know
23  what that looks like yet?
24    A.  At this point, if you said, "I have to have a
25  dog on the street that we know will not indicate on

25 (Pages 94 - 97)

Page 98

1  hemp under any conditions or any type of hemp," my
2  answer would be "Let's not train it on marijuana at
3  all."
4      Q.  Okay, I see.  And so in that -- in that
5  situation, if our goal is to make sure the dog is not
6  alerting to hemp, is there any way to un-train a dog
7  who has been trained to alert to marijuana?
8      A.  You can do some extinction and then follow it
9  up with some compulsive work.  How well it works is
10  very up in the air.  You know, in theory, it should
11  work.
12      Q.  Okay.
13      A.  But we don't know that it's -- it isn't
14  somewhat refractory.  Most places, state of Colorado,
15  their Supreme Court said that a dog that's trained on
16  marijuana at any point in time is no longer probable
17  cause.  All of those dogs went away.
18          And so in my state, when we went to
19  recreational, the only time that we -- we had a couple
20  of older dogs that we didn't want to get rid of right
21  away in my department, and so what we did there is we
22  said, "Unless we're working under the umbrella of
23  supporting a federal agency, we're not going to deploy
24  our dogs."
25      Q.  Okay.  And that sounds like it's maybe a trend

Page 99

1  that's kind of growing nationwide?
2      A.  I believe it is.  That's been my experience.
3      Q.  Okay.  In terms of the training system we've
4  been talking about where part of what handlers do is
5  reward dogs to reinforce behaviors they want and
6  withhold rewards to not reinforce behaviors they don't
7  want, are there any drawbacks to that when you're
8  training dogs?
9      A.  That's the way they have to understand.  Every
10  system works on reinforcement.
11      Q.  Okay.  So are there any -- I don't know, it
12  sounds like we've talked about a few things that can go
13  wrong.  So, I don't know, do you think there's a better
14  system out there for training narcotics detection dogs
15  than one where rewards come from the handler?
16      A.  No.
17      Q.  Okay.
18      A.  Because we have to reinforce behavior.
19      Q.  Got it.
20      A.  And the only other way would be for them to
21  actually retrieve the substance.
22      Q.  Okay.
23      A.  And you can see the difficulties up front in
24  always retrieving the substance.
25      Q.  Okay.  So ultimately, how well the system

Page 100

1  works where the handler is rewarding a dog and trying
2  to reinforce those behaviors, depends on whether the
3  handler is doing the rewarding correctly?
4      A.  Yes.
5      Q.  Got it.  And then what about training
6  structure?  So I think there was a reference earlier to
7  maintenance training.  What is that?
8      A.  Maintenance training, when we talk about it,
9  often is talked in the context of how much time you
10  should spend training.
11      Q.  Uh-huh.
12      A.  So depending on which authority you ask, that
13  might be anywhere from four hours to eight hours a week
14  as minimums.  At the beginning, it starts out much
15  higher than that when we're -- when we're training the
16  team.
17          But that's generally when people start
18  discussing maintenance training.  We're talking about
19  timeframes, but it also is -- and you talked about
20  structure, you will set up things that, in the dog's
21  mind, look like what they would do on the street.
22  Searching a car, searching a house, searching a semi,
23  all of these sorts of things.
24      Q.  Just to back up a second, so we have talked
25  about certification a little bit and you mentioned a

Page 101

1  acronyms of organizations that do certification.  One
2  of them is NCATS, right?
3      A.  Yes.
4      Q.  Which is how Deputy Molina's Max was
5  certified, right?
6      A.  Yes.
7      Q.  After a dog -- does certification guarantee
8  that a dog will be reliable forever?
9      A.  A certification?
10      Q.  Yes.
11      A.  No.
12      Q.  What about two certifications?
13      A.  As the dog gains a history and maintains
14  proficiency, I think we can say we've got -- we've got
15  an experienced dog on the street who maintains above
16  the level of failure for a specific certification, so
17  the team tends to get better and better and better over
18  time and then they get old and then they start to slide
19  down.
20      Q.  Sure.  I guess what I'm wondering is -- I'm
21  going to give you an example that works in my head, and
22  you tell me if it doesn't make sense, but the example I
23  always think about here is getting your car inspected.
24  So you get an annual car inspection, right, I assume
25  you do this?

26 (Pages 98 - 101)

Page 102

1    A.  Ours is every other year.
2    Q.  Okay.  Well, I get an annual car inspection
3  and the car inspection that I get, I don't understand,
4  at least, to mean that my car will always be safe; is
5  that fair?
6    A.  Yes.
7    Q.  Okay.  And like I could do something to my car
8  after it's inspected to make it very unsafe, right?
9    A.  Sure.
10    Q.  I could take a tire off, I could do all sorts
11  of things to make it a bad car, right?  Right?
12    A.  Yes.
13    Q.  So is there a similarity with dogs where after
14  a dog is certified, the handler could do something in
15  the training process, in the deployment process that
16  would compromise the reliability of that dog?
17    A.  I think we could say that about every piece of
18  equipment, not just dogs.
19    Q.  Okay.  But the answer is yes?
20    A.  Sure.  I don't know why one would do that,
21  but...
22    Q.  Well, I mean, I don't necessarily think it
23  always has to be intentional.  We've talked about some
24  unintentional ways that handlers might make mistakes in
25  rewarding for example, right?

Page 103

1       MR. FRIGERIO:  Objection, form.
2    Q.  (BY MR. WINDHAM)  You can answer.
3    A.  I'm not exactly sure what you're getting at
4  for the question.  Maybe try it another way.
5    Q.  Yeah, sure.  My question is just -- it sounds
6  like you're in agreement with me, at least, that a
7  handler could do things after a dog is certified that
8  would compromise its future reliability, right?
9    A.  Yes.
10    Q.  And some of those things might be intentional,
11  right, like cuing the dog, for example, right?
12    A.  Sure.
13    Q.  And other things might be unintentional, like
14  just not training the dog correctly, right?
15    A.  I would say failure to train at all would be
16  the number one reason for that.
17    Q.  Just failure to train?
18    A.  Just not training.
19    Q.  Okay.  You gave me -- well, we talked about
20  gambling earlier.  What if the handler is rewarding
21  gambling behavior as a matter of habit after the
22  certification is through?
23    A.  I would hope that the structure of their
24  maintenance and remediation training would not allow
25  that.

Page 104

1    Q.  Okay.  But my question is what if the handler
2  is doing that?
3    A.  "What ifs" are hard.  If the person wanted to
4  go out and make a mess of their dog, I guess they
5  could.  That's probably my answer.
6    Q.  And so to make it clear, rewarding a dog as a
7  matter of habit for gambling following a certification
8  would mess up that dog?
9       MR. FRIGERIO:  Objection, form.
10       THE WITNESS:  It would, but the structure
11  of training should never allow that to happen.
12    Q.  (BY MR. WINDHAM)  Okay.  So tell me how this
13  training should be structured to prevent that from
14  happening.
15    A.  Single blind searches.
16    Q.  I'm sorry?
17    A.  Single blind searches --
18    Q.  Okay.
19    A.  -- that are monitored by somebody else who has
20  placed out the aids.
21    Q.  Okay.  This is the maintenance training,
22  right?
23    A.  Yes.
24    Q.  Okay.  And so maintenance training, I think
25  you said earlier -- tell me if I'm getting this

Page 105

1  wrong -- that the industry standard would be four to
2  eight hours a week of maintenance training?
3    A.  That's generally what people would quote.
4    Q.  Okay.
5    A.  I like to -- I like to hit the middle of the
6  road, at least six hours.
7    Q.  What if they are doing like three hours a
8  week?
9    A.  If the dog is proficient at three hours a week
10  and they are getting their work done, yeah, that's
11  probably fine.
12    Q.  What if it's -- what if it's less than three
13  hours a week?
14    A.  I would start to -- start asking, you know,
15  "Why are you not doing more?"
16    Q.  Okay.  So you would start to be skeptical of a
17  dog's maintenance training once they get below three
18  hours a week?
19    A.  Yeah, they start -- you know, it doesn't have
20  to be every single week, though.  You might have a week
21  where you only get an hour in --
22    Q.  Sure.
23    A.  -- and then a week later you get six.
24    Q.  On average?
25    A.  We're just looking at -- yeah, And, you know,

27 (Pages 102 - 105)

1  just like people.  For to me to stay in shape when I
2  was working, I had to run like a rabbit because I was
3  slow and fat, but I worked with guys that smoke
4  cigarettes and ran circles around me.  Every individual
5  is a little bit different.
6      Q.  Okay.  That -- just to make sure I'm clear on
7  it, though, the best practice that you would like a K9
8  department's handlers and dogs to follow would be four
9  to eight hours a week of maintenance training?
10     A.  Yes.
11     Q.  Okay.  And you mentioned single blind
12  placements, right?
13     A.  Yes.
14     Q.  For these maintenance training sessions -- how
15  do I ask this -- if it's a narcotics detection dog,
16  should that time we just talked about be focused on
17  narcotics detection?
18     A.  I'll actually qualify that --
19     Q.  Okay.
20     A.  -- because I look at dual purpose dogs and I
21  know that Molina's dog is a dual purpose dog.
22     Q.  Right.
23     A.  And so we're looking at the big picture.
24     Q.  Okay.  So I'm interested in how much training
25  needs to happen as a matter of maintenance for

1  narcotics work, if that question makes sense.
2      A.  I find it a little bit less --
3      Q.  Okay.
4      A.  -- for dual purpose dogs because they are
5  doing tracking.  And so proficiency with -- we're doing
6  scent work, the dog is always working with it, they are
7  doing building search for human beings.  And so the --
8  the reinforcement of searching, hunting is there for
9  all exercises.
10     Q.  Okay.
11     A.  And then we compartmentalize it, just for --
12  for narcotics detection.  So using your nose benefits
13  using your nose in all contexts.
14     Q.  Okay.
15     A.  And so that -- that's the way I see it with
16  multipurpose dogs.
17     Q.  That's helpful.  I mean, just to make sure
18  that I -- because I think maybe I got a little
19  confused.  So the -- if it's a dual purpose dog, like
20  K9 Max in this case, and one of those purposes is
21  narcotics detection, you would say the four to eight
22  hours a week, on average, is the industry standard?
23     A.  Correct.
24     Q.  Okay, thank you.
25          What -- so I understand that for a dual

1  purpose dog, it's -- it's okay to do both purposes in
2  one training session.  What about obedience training,
3  should that also occur during maintenance training?
4      A.  Oh, yes.  It's part and parcel of the work
5  that we do.
6      Q.  Obedience training is?
7      A.  Yes.
8      Q.  Okay.  So it's your view that when you're
9  doing maintenance training for a narcotics detection
10  dog, it's fine to also train obedience during the same
11  session?
12     A.  Well, they would be compartmentalized.
13     Q.  How?
14     A.  We have a scenario for doing narcotics over
15  here and we have a scenario for doing obedience over
16  here.
17     Q.  Okay.  And for the record, Mr. Sheldahl is
18  gesturing at different sides of the room.
19     A.  Yeah.
20     Q.  What about the toys that are used as rewards,
21  should the obedience toy be different than the
22  narcotics toy, or tell me how that works.
23     A.  I can tell you how I teach.
24     Q.  Sure.
25     A.  I teach that the initial phases of doing dual

1  purpose dog work or narcotics dog work or any detection
2  work, that your toy for obedience should be different
3  than your toy for detection.  But once the dog has
4  the -- has the foundations down, it doesn't matter.
5      Q.  Okay.  Why is it -- why -- so tell me about
6  the foundation first.  Why should the toy be different?
7      A.  Because at that -- at the beginning phases,
8  we're using a primary reward system.  The dog is
9  flushing its -- its prey and that's the way it sees the
10  odor.  It doesn't make sense at the initial phases for
11  this toy, whatever it is, to be in the handler's hand
12  because the dog is out manipulating the environment,
13  creating a reinforcer itself.
14     Q.  I'm not sure I get it, but that's probably
15  just because I'm slow.  So maybe you can help me kind
16  of --
17     A.  Think of it as a bird dog.
18     Q.  Yeah.
19     A.  When is the hunter going to have the bird in
20  his hand?
21     Q.  After the hunt is over?
22     A.  Exactly.
23     Q.  Yeah.
24     A.  And -- but who is it that's managing that
25  hunt?

Page 110

1    Q.  Well, I would assume it's structured by the --
2    by the owner.
3    A.  No, we just show up at the hunting grounds.
4    Who does the hunting?
5    Q.  I guess the dog does the hunting.
6    A.  Yeah.
7    Q.  Okay.
8    A.  So that's the initial phases.  That's how it
9    works until the dog has an understanding of what their
10   task is.  And then once they have that down and they
11   are solid with that, then the reinforcer can be -- I
12   could use a piece of food.
13   Q.  Okay.
14   A.  It doesn't matter.
15   Q.  If -- I'm thinking about a scenario where a
16   dog is trained at the foundational level, right, what
17   we've been talking about, to sit and do other obedience
18   tasks with one toy and then to detect drugs with
19   another toy, say the other toy is a Kong.  Is that
20   fair?
21   A.  Okay.
22   Q.  And then eventually, the dog graduates from
23   that foundation stage and they shift into the "I'm on
24   the streets" stage, right?  Does that make sense?
25   A.  Yes.

Page 111

1    Q.  So what is the handler supposed to do at that
2    point with the toys and their rewards?
3    A.  I don't think it makes a lot of difference at
4    that point.  The dog knows, "Hey, we're going to do a
5    narcotics search, this is my behavior."  The dog knows,
6    "I was just told to sit or heel and this is my set of
7    behaviors."
8    Q.  The -- I guess I'm not getting how a dog knows
9    which it's doing, and maybe that has to do with rituals
10   and maybe it doesn't.  So maybe you can help me get a
11   grasp on that.
12   A.  Rituals and body language in relationships.
13   Q.  Okay.
14   A.  So we create a ritual that says, "We're going
15   to go do a sniff."  Tracking -- this might -- this is
16   probably more clear-cut.  So in tracking, the dog has
17   to take us down an area following the trail of a
18   person, usually at the end of a 30-foot leash, totally
19   independently.  That's what we're doing in the
20   narcotics, the beginning phase.
21         And -- but just like in tracking, get to
22   the person, throw them a ball.  They are not focused on
23   what the handler's doing, they are focused on the end
24   task.  Get to the person at the end of the track.
25   Q.  Okay.  In a situation where you're doing

Page 112

1    training, right, so whether it's narcotics or
2    obedience, suppose a handler is going to the same
3    location over and over again for trainings, how is the
4    dog supposed to know on a given day, "We're doing
5    narcotics versus we're doing obedience today"?
6    A.  Rituals.
7    Q.  Okay, that's helpful.  So at least in
8    training, there should be a separate ritual for the
9    same location?
10   A.  Even -- even if they don't call it a ritual,
11   even if they don't know they are doing a ritual,
12   handlers behave different when they prepare for
13   narcotics and the dog sees that and they prepare
14   different when they get ready for obedience.
15   Q.  Okay.  So as long as there is a difference in
16   the way a handler behaves for obedience versus
17   narcotics detection in training, that's enough to tell
18   the dog, "We're doing one versus the other"?
19   A.  Yeah, it's the dog's perception.
20   Q.  And would the same be true out in the field
21   for deployments on -- like in this case, a deployment
22   on a car?
23   A.  Yes.
24   Q.  Okay.  What if a handler's standard approach
25   when they arrive on a scene is to do the exact same

Page 113

1    thing with the dog, whether they are getting out and
2    doing obedience training on the street or getting out
3    to deploy the dog on a car?
4    A.  I'm not sure how you -- how they could be the
5    same.
6    Q.  I see what you're saying.
7    A.  They are -- they are different tasks and the
8    the handler is focused on one or the other.
9    Q.  Okay.
10   A.  And dogs have an amazing ability to figure out
11   what we're doing.
12   Q.  Is it basically just if the dog sees the car,
13   the dog knows --
14   A.  Some of it -- particularly on dogs that are
15   just single purpose interdiction dogs, they know
16   exactly what -- they are looking at the car as you get
17   them out -- out of the vehicle.
18   Q.  Okay.
19   A.  They know why they are there.
20   Q.  Okay.
21   A.  It may be a little less dramatic, and that's
22   why we use rituals, with a multipurpose dog.
23   Q.  I see.
24   A.  Because he might be getting out of the car and
25   going to go do a track of the person who fled from it.

29 (Pages 110 - 113)

Page 114

1    Q.  Okay, that's helpful.
2        MR. BARRON:  Hey, Josh.
3        MR. WINDHAM:  Yeah.
4        MR. BARRON:  I'm just trying to get
5    clarification on my end.  Are we going to take an hour
6    break for lunch or are we going to push through?
7        MR. WINDHAM:  What time is our lunch
8    coming?
9        MS. HEBERT:  Somewhere around 12:10
10   to 12:30.
11       MR. WINDHAM:  Okay.  What time is it
12   right now?
13       MS. HEBERT:  It is 11:49.
14       MR. WINDHAM:  Yeah, can you hold on for
15   30 minutes, Steve, and then we will break for lunch?
16       MR. BARRON:  Yeah, no worries.  I'm just
17   trying to figure out scheduling.
18       MR. WINDHAM:  Yeah.  Does that work for
19   people?  Okay.
20       Q.  (BY MR. WINDHAM)  Okay.  So in terms of -- I
21   just want to ask you a little bit about the structure
22   of kind of the K9 unit hierarchy as a general matter.
23       Does that -- do you know what I'm asking
24   about?
25       A.  The policy?  I mean --

Page 115

1    Q.  Not Bexar County specifically.  I just want to
2    know, in your experience in this field, you have been
3    doing this for a very long time, kind of some of the
4    best practices about the way that a K9 unit would be
5    overseen and managed, if that makes sense.
6        A.  Yeah, I can make some generalizations.
7        Q.  That's all I -- that's all I'm asking about.
8        So, generally speaking, is your
9    experience that a K9 unit would have is a supervisor
10   and a trainer on it?
11       A.  Depending on the size of the program.
12       Q.  Okay.
13       A.  And I'm going to reflect back to what -- to
14   what I did.
15       Q.  Sure.
16       A.  We had a K9 supervisor from the time I started
17   and we had one -- always had one and the program still
18   has one.  That K9 supervisor is a sergeant and they
19   answer -- today, they answer to the special operations
20   division lieutenant and captain.  And I think that's
21   fairly similar for a department this size.  I don't
22   know how big Bexar County is deputy-wise.  My -- my
23   department now is like 330 or 340 deputies.  That
24   doesn't include the jail.
25       So I think that smaller departments, and

Page 116

1    I work with a lot of smaller departments around the
2    country, they often -- whoever the supervisor is on
3    duty is the supervisor for the guy with the dog.
4    Often, they have one, maybe two dogs, and they don't
5    have a separate unit and a separate supervisor for
6    that.  They just don't have the manpower for that kind
7    of stuff.
8        Q.  Okay.  What -- if there is such a thing as a
9    best practice in this area, what would be the best
10   practice for the qualifications to be the supervisor of
11   a K9 unit?
12       A.  You're asking somebody who thinks that I
13   should be educating them, so I'm going to give you the
14   answer that I think should be here and I don't know
15   that it's there, I don't think it is there.
16       Every single supervisor should go through
17   a K9 unit supervising course, every single one of them
18   should, and that should be something you do once you're
19   appointed to that position.  In a department that has a
20   lot of people in it, that -- that supervisor should
21   also be a dog handler.
22       Q.  Okay.
23       A.  Or have been a dog handler.  It's really
24   difficult to understand the difficulties and the effort
25   that goes into being a dog handler if you don't have a

Page 117

1    direct connection to it.
2        Q.  Okay.
3        A.  Unfortunately, it's not possible in all
4    departments.
5        Q.  For a department that has the resources to do
6    it, what would your reaction be if a department had a
7    K9 unit supervisor that had no experience as a handler?
8        A.  They should go through, at a minimum, a K9
9    unit supervisor course.
10       Q.  What -- what kind of downstream problems might
11   arise if there's a K9 unit supervisor that just doesn't
12   have any experience with dogs?
13       A.  Not understanding the job.  If you haven't
14   done it, it's difficult to understand it.  And also, if
15   they are in a role where they have to make decisions --
16   and this is less important about narcotics, but on the
17   patrol side, you know, you need to understand the law,
18   understand the training, particularly when it comes to
19   uses of force.
20       Q.  Okay.
21       A.  So the big picture for me, beyond just
22   narcotics, is we need somebody who really has some
23   education so decisions are being made that are correct.
24       Q.  Would that all encompass knowing how to
25   actually do proper oversight of the handlers?

30 (Pages 114 - 117)

Page 118

1    A.   That would -- that is something that would be
2    covered in any K9 supervisor course I've seen.
3    Q.   So it's just -- it's possible that somebody
4    who is a K9 unit supervisor who hasn't had any of that
5    training and has no background as a handler just isn't
6    go to know how to properly oversee the handlers?
7    A.   They probably know how to oversee deputies or
8    officers, but they don't know anything about the inner
9    workings of a K9 program.  That makes sometimes
10   decisions that aren't in the best interest of the
11   department.
12   Q.   They might not know, for example, how often
13   dogs should be certified, right?
14   A.   How they should be certified, how much they
15   should train.  And I'll tell you, this -- I'm very
16   vocal about this particular issue, is that it's the rob
17   Peter to pay Paul syndrome.  "Yeah, I know it's K9
18   training day, but I need you to go take this class over
19   at human resources.  You've got to have that done, so
20   just do it that day and skip training."
21   Q.   Got it.
22   A.   That is -- that is a syndrome that I see when
23   supervisors are not properly trained, that K9 training
24   is -- is sacred.  You do it.  You must.
25   Q.   And the syndrome is that if the handler --

Page 119

1    sorry, if the supervisor isn't properly trained or
2    qualified, they are just not going to know --
3    A.   Training is training.  I'm sending you to
4    different training today, but it's training.
5    Q.   So my question is the handler is just not
6    going to know how important the training is, right?
7    A.   Well, the supervisor is not going to know.
8    Q.   I'm sorry, that's what I meant.  The
9    supervisor is not going to know how important the
10   training is?
11   A.   Correct.
12   Q.   And when it should be done, right?
13   A.   Correct.
14   Q.   And the proper frequency of training, how long
15   it should take, that kind of thing?
16   A.   Correct.
17   Q.   What it should involve, right?
18   A.   Correct.
19   Q.   And the handler -- I keep saying handler --
20   and the supervisor might not also know what to look for
21   in the records of these teams, right, in terms of how
22   to assess the reliability?
23   A.   I'm not sure about that.  That's -- I think
24   you could look at records and you can kind of get a
25   quick determination.  We all know about grades, we know

Page 120

1    what an A is, we know what a B is.
2    Q.   Sure.
3    A.   You know, so we can look at that and say, "All
4    right, this dog -- this dog is an F."
5    Q.   Should a -- should a K9 unit supervisor know
6    to actively review those records?
7    A.   Yeah, I don't -- frankly, industrywide, it's
8    probably not done as much as -- because I'm so steeped
9    in this industry, that I would like to see it.  I know
10   it doesn't get done.  The most important thing is that
11   the records are produced.
12   Q.   Okay.
13   A.   And the handler does -- does a diligent job of
14   doing that.
15   Q.   And why is it important that the records be
16   produced?
17   A.   The reason we do records is so that we can
18   look back and determine where we have to focus our
19   maintenance and remediation training.
20   Q.   Okay.
21   A.   Unfortunately, this is lost in the industry
22   these days.  You guys are the problem.  I'm serious.
23   You're the problem.
24   Q.   You mean the lawyers?
25   A.   We're going to look at this and we're going to

Page 121

1    make a chart.  That's really unimportant to me because
2    that chart, over time, may look wonderful and I may
3    have seen something really bad two weeks earlier on
4    that dog and it's reflected somewhere and I need -- I
5    need to know how to do that.  That's the purpose.
6         And, unfortunately, we inherited this
7    kind of recordkeeping from the military.  That's where
8    the initial stuff on dog training came from was the
9    military, and the purpose of K9 training records in the
10   military was controlling personnel.
11   Q.   I'm a little confused on one thing because I
12   think you said at the beginning of that discussion that
13   the purpose of having these records is so that you can
14   know where to focus the training and maintenance,
15   right?
16   A.   Correct.
17   Q.   So I can't tell whether you think the records
18   are important or unimportant.
19   A.   They are important, but they have been
20   co-opted into looking at them in this global manner.
21   What happened a year ago means nothing.
22   Q.   Uh-huh.
23   A.   I wish we could just toss all of that stuff
24   out because it really doesn't mean anything.  Keep the
25   certification record, that's it, and let's move on,

31 (Pages 118 - 121)

Page 122

1    because what a dog's performance was a year ago has
2    very little to do about -- with what it is today.
3        Q.  Let me see if I'm getting this.  Would it be
4    fair to say that it's more useful to you, as the person
5    assessing whether dogs are reliable on a team, to look
6    at recent records as opposed to old records?
7        A.  Absolutely.
8        Q.  Okay.  And you mentioned charts a second ago,
9    like making charts.
10       A.  I see people collect numbers, make charts and
11   pie charts and we even have electronic programs now
12   that many people utilize that, you know, keep things in
13   a cloud and you can generate a pie chart in 30 seconds
14   off of everything your dog has done.  It looks really
15   nice, but it's not very useful, to be honest, but it's
16   something we -- as an industry, we have really gotten
17   into.
18       Q.  Would it be at least -- I'm trying to kind of
19   get -- I feel like you're saying a few different things
20   here.
21           Would it be more useful to have a program
22   that runs those numbers, make those charts, makes those
23   pie charts if you're focusing on the recent behavior of
24   the dog as opposed to like years ago?
25       A.  Yeah, I want to know what's happening right

Page 123

1    now.  So if I -- I'll give you an example.  If I went
2    out with my assigned long gun, whatever that might be,
3    for me it was an M4, and I went out and we had to
4    maintain 90 percent on our qualifications and I shot
5    96, 98 percent every time, but then the last month I'm
6    shooting 70s, does it matter that I -- that I was doing
7    96 percent two years ago?  No, what matters is right
8    now.
9        Q.  Okay.
10       A.  And we have to fix it.
11       Q.  Got it.  The -- I'm stuck on this thing of
12   charts.  Did you make any kind of charts or pie graphs
13   or anything like that with Molina's records when you
14   were --
15       A.  No.
16       Q.  -- when you were producing this report?
17       A.  No.
18       Q.  Okay.  Did you run any kind of numbers at all?
19       A.  Only in a rough manner.
20       Q.  What do you mean?
21       A.  I went through -- flipping through all of this
22   stuff seeing where is the failure, where is the
23   failure, and they were rare.
24       Q.  Okay.  So you just kind of thumbed through and
25   ballparked it?

Page 124

1        A.  I looked mostly at the most recent ones that I
2    was provided to see where the dog was.
3        Q.  By most recent, do you mean like records
4    from --
5        A.  The last couple of months.  I flipped through
6    all of them to see if there is anything glaring out
7    there that I needed to know about, and there was
8    nothing.
9        Q.  The last couple of months in 2024 or '23?
10       A.  Whenever it was provided.
11       Q.  So, in other words, whatever document you were
12   provided, you looked at the last few months and kind of
13   focused on that?
14       A.  Yes.
15       Q.  Okay.  And so if the records went from 2021
16   through 2023 you would have looked at like the last few
17   months of 2023?
18       A.  I looked at all of them, but I really focused
19   on the more recent ones.
20       Q.  Okay.  In terms of doing that ballpark
21   calculation --
22       A.  Yes.
23       Q.  -- that you were just talking about?
24       A.  Yes.
25       Q.  Okay.  We were talking about K9 unit

Page 125

1    supervisors reviewing records a second ago.  Do you
2    also think that a K9 unit supervisor ought to review
3    body cam footage?
4        A.  I think if there's any arrest made or there's
5    any complaint made, then there probably should be a
6    review of the body cam footage.
7        Q.  Okay.
8        A.  I don't think that it's a good use of time
9    just to hit body cam stuff over and over and over
10   again.  And I'll give you some context to that.
11           I was in the sheriff's department, which
12   is the metro area of Albuquerque; the city of
13   Albuquerque has been under DOJ thumb for a long time
14   and they have this gigantic amount of manpower
15   reviewing body cam stuff all the time and crime is
16   still going up.  Maybe we need those people out doing
17   some other things.
18       Q.  Sure.
19       A.  That's just a personal -- you know, that's
20   just a personal opinion.  And I moved out of
21   Albuquerque because it ain't getting better.  It just
22   seems to me we were focusing on the wrong thing.
23       Q.  You mentioned reviewing arrest cases, right?
24       A.  Yes.
25       Q.  So, as an example, if somebody -- say somebody

Page 126

1  is pulled over, a traffic stop like this case, dog
2  alerts or indicates on the car, the car is searched,
3  drugs are found, that person is arrested.
4          That's an example of a situation where
5  you would say the K9 unit supervisor should review the
6  body cam footage?
7      A.  Yeah, I think the K9 unit should -- should
8  look after itself and the initiating officer should
9  be -- should have body cam footage looked at also.
10     Q.  Okay.  But the -- what I'm getting at is just
11 kind of how a K9 unit supervisor goes about doing his
12 oversight duties, if that makes sense.
13     A.  That could be part of it.
14     Q.  Okay.  And so -- but the -- it seems like the
15 goal of this, and tell me if I'm off base, the goal of
16 reviewing training records, deployment records, body
17 cam footage would be to ensure that the dogs that are
18 out there in the field are reliable, right?
19     A.  That is a portion of it.
20     Q.  The handlers are reliably handling the dogs,
21 too?
22     A.  Correct.
23     Q.  Okay.  And if that oversight is performed and
24 a supervisor determines that a dog is not reliable or a
25 handler is not reliable, what's the proper protocol in

Page 127

1  that situation?
2      A.  First one is to do some remediation.
3      Q.  Okay.
4      A.  Identify the problem, go deal with it and then
5  look to see if it was remediated.
6      Q.  If the problem is the sort of problem that
7  would compromise the team's reliability, would that
8  remediation involve taking a little time away from
9  being on the streets to fix the problem before they go
10 back?
11     A.  If it was quite serious -- and, you know, I
12 don't see it -- again, Deputy Molina's dog is a dual
13 purpose dog where I would see that as being -- we're
14 pulling the dog, would be something that was a safety
15 problem.  Most other things don't need to be that
16 dramatic, although you might say, "Look, you know,
17 you're off call this week for narcotics stuff.
18 Let's -- let's do some more training.  While you're on
19 duty, let's do some more training."
20     Q.  Well, you mentioned Deputy Molina.  And one
21 thought I have is if -- talking about K9 unit
22 supervision and how that ought to go, if -- let's take
23 Molina out of it because I don't want to poison the
24 well on the question here.
25          Just a hypothetical dog out there in the

Page 128

1  field, and the K9 unit supervisor reviews their records
2  and their body cam footage and they determine, "Man,
3  this handler is -- has a habit of rewarding gambling
4  behavior," right?
5      A.  I'm not sure how we determine that on a
6  body-worn camera.
7      Q.  Well, suppose it's from the records and from
8  interviewing the officer as well.
9      A.  I think there's so much speculation there,
10 that would be something you might see in training.  And
11 if there -- things are dramatically different in
12 deployment versus training, you would address it to do
13 it the same as we've practiced.
14          (Discussion off the record)
15     Q.  (BY MR. WINDHAM)  Mr. Sheldahl, we're back on
16 the record.  Do you recognize you are still under oath?
17     A.  Yes.
18     Q.  Great.  Okay.  So in terms of the K9 unit
19 supervisor and their duties to review records and body
20 cam footage to ensure the reliability of K9 teams, are
21 you following this thread?
22     A.  Yes.
23     Q.  Okay.  In terms of that topic, what if they
24 conducted that kind of oversight and set aside
25 gambling, identified a team where the dog had a false

Page 129

1  positive rate that fell above -- at or above that 20
2  percent threshold we talked about?
3      A.  So, first, what I'm going to say is that you
4  could look at a dog team and say, "We have a suspected
5  false positive."
6      Q.  Okay.
7      A.  In the real world, it's very hard to say,
8  "This is a false positive," because we live in a world
9  full of substances that -- that's why we do this.  So
10 the odors that are there -- and the dog doesn't know
11 substance from odor, can't tell the difference.
12          And so if there is odor there, the dog
13 may have provided us with an alert and indication and
14 we find nothing or we find nothing that's chargeable.
15 So that might -- we don't -- I call that -- I don't
16 call that a false positive.  Unsubstantiated is the
17 word that I use.
18     Q.  Okay.
19     A.  And so, yeah, if we start seeing all of these
20 unsubstantiateds, we have to get suspicious.  We don't
21 make a decision, this dog is right or this dog is
22 wrong.  So then we have to go into our maintenance
23 training and say, you know, "We're going to set up some
24 scenarios that look just like these.  We're going to
25 stop some cars on the interstate, we're going to stop

33 (Pages 126 - 129)

Page 130

1 some cars in the neighborhoods and we're going to set
2 it up and we're going to make sure we know that these
3 cars are clean."
4    Q.  Okay.
5    A.  "We're going to go get them from our inventory
6 and set those up and make -- and then find out if
7 that's happening."
8    Q.  Okay, that's helpful.  So -- and I don't mean
9 to use the wrong term for this, so unsubstantiated is a
10 helpful way to put that.
11        So if a K9 unit supervisor reviews all of
12 the records we've been talking about and starts to
13 suspect that there are a lot of these unsubstantiated
14 alerts and indications, that's an example of a
15 situation where their duty would be to step in, work
16 with the team to do some remediation and then send it
17 back out into the field?
18    A.  Correct.
19    Q.  Thank you.  And then one last question on this
20 line and I promise I'll let you have lunch.
21        The -- earlier we got into rewarding dogs
22 and talking about kind of how that works.  We talked
23 about how, you know, a handler might reward a dog with
24 a Kong if the dog is trained to use a Kong to detect
25 narcotics, right?

Page 131

1    A.  Okay.
2    Q.  Okay.  So if the K9 unit supervisor is
3 reviewing body cam from a handler and observes that the
4 handler has a habit of rewarding the dog for the sniff
5 before he confirms whether there is anything illegal in
6 the car, what would be the proper course there?
7    A.  Industrywide, you're going to find multiple
8 answers.  And you put, in a room like this, ten
9 instructors, you're going to get multiple answers.
10        On one hand, "Hey, the dog is high
11 percentage.  If we -- the dog is good and high
12 percentage in all of its work, just reinforce it on the
13 street."  Another group will say, "No, don't reinforce
14 it until you can confirm."  Both are not incorrect.
15        So if I never reinforce on the street
16 ever, there is a likelihood we begin to enter
17 extinction and the dog goes, "When you call me out and
18 we show up at this traffic stop, I never get
19 reinforced, so I'm just not going to try, I'm done."
20        On the other hand, if you have a dog
21 whose percentage is going down, in other words, they
22 are trying to gamble, maybe, and you keep reinforcing
23 that, you could start to have a dog who is doing the
24 wrong things.
25        Now, one thing that they can't do when

Page 132

1 they gamble is alert.  It's an intrinsic behavior.  So
2 a good dog handler goes, "You're lying to me."  And
3 they see that behavior and they don't reinforce it and
4 that's why the team has to be tested together and
5 trained together.
6    Q.  So you gave me examples of what different --
7 bring ten handlers in a room, what they might say.  I'm
8 interested in your opinion about this.
9        So if you watched a bunch of body cam
10 footage of a K9 handler and his dog and your
11 observation was that the dog -- I keep getting alert
12 and indication confused.
13    A.  That's because you're going to see that
14 with -- my vocabulary is not the same as Deputy
15 Molina's vocabulary.
16    Q.  Right.
17    A.  And I know that causes problems and
18 unfortunately it's a -- it's a thing in the industry.
19    Q.  Well, let me just do it this way.  I mean, K9
20 Max was trained -- his -- his conditioned response to
21 detecting narcotics in a car was to sit, right?
22    A.  No, his conditioned response initially is
23 the -- is what I call an alert, Molina calls a change.
24    Q.  Sure.
25    A.  Okay.  And that is -- it's very important,

Page 133

1 remember the timeline.  We have to see some degree of
2 an alert change before we see an indication.  If we see
3 an indication without -- and it might be very brief.
4 That's why handlers have to be astute.  We have to see
5 that change or that alert and then followed by an
6 indication.
7    Q.  Okay.
8    A.  And so the dog that's gambling deletes the
9 alert because he can't have it.  That's classically
10 conditioned.  He can't fake it.
11    Q.  Okay.  In terms of the indication, right, it
12 sounds like Max here -- so his alert was change of
13 behavior, right?
14    A.  Alert is a change of behavior, correct.
15    Q.  And then -- and then here, his indication
16 would have been sitting, right?
17    A.  That's what he did.
18    Q.  Okay, thank you.
19        So my question is if you were watching a
20 bunch of body cam footage, say it was of Max, and the
21 pattern with Deputy Molina and Max was that any time
22 Max was deployed on a car, he sat and Deputy Molina
23 gave him the Kong immediately without confirming
24 whether there were any drugs in the car.  If that's
25 what you observed, what would you do?

Page 134

1     A.  I would look at whether or not this dog had
2  been reliable and was continuing to be reliable during
3  our training.  I would set up scenarios which looked
4  like what I had been observing and see if all of the
5  elements are there.  If all of the elements are there
6  on that timeline, it's not a problem.  If we're missing
7  elements, it can become a problem.
8     Q.  Okay.  So you would basically, at that point,
9  start to do some further investigation?
10    A.  Yeah, particularly in my role because now
11  that's the only role I have is looking at teams,
12  evaluating teams, supporting teams, remediating teams,
13  training basic instruction and training dogs.
14    Q.  Okay.
15    A.  That's all I do.  So maybe I'm a little bit
16  hyper-focused in the way this goes, but that's my job.
17    Q.  Okay.  I think that's all I have for right now
18  before lunch.
19         THE REPORTER:  Okay.  Off the record.
20         (Lunch recess from 12:14 p.m. to
21  1:21 p.m.)
22    Q.  (BY MR. WINDHAM)  We're back on the record
23  after lunch, Mr. Sheldahl.  Do you recognize you are
24  still under oath?
25    A.  Yes.

Page 135

1     Q.  Great.  I wanted to ask just a few follow-up
2  questions to make sure I understood our conversation
3  earlier about K9 unit supervision, and we were talking
4  about unit supervisors reviewing some records and
5  videos.
6         Do you remember that conversation?
7     A.  Yes.
8     Q.  Okay.  That's essentially the process of
9  auditing the team, right, to make sure that the
10  handlers and dogs are doing well?
11    A.  It's making sure they are producing the
12  information you ask them to.
13    Q.  Right.  And the goal in receiving that
14  information is to review it to make sure that the teams
15  are reliable, right?
16    A.  I think there's a lot more to it than --
17    Q.  Sure.
18    A.  -- just simply that.
19    Q.  Yeah, go ahead.
20    A.  You know, you're keeping track of your
21  personnel, are doing what they are supposed to do, are
22  they maintaining their records.  You know, it's not
23  simply about that, particularly the supervisor position
24  in which they are not a trainer.  The supervisor is
25  going to go, "All right, did we check all of the

Page 136

1  boxes?"  That's about it.
2     Q.  So then one of the goals would be to --
3     A.  Yes.
4     Q.  -- review those materials to ensure
5  reliability?
6     A.  Correct.
7     Q.  And that's a proactive process, right; it's
8  not a reactive process?
9     A.  It's pretty reactive, in my experience.
10    Q.  What do you mean?
11    A.  Records get done when they get done and a
12  number of times, that -- "Oh, I've got to catch up on
13  records."  I'm sure it's the same for the supervisor.
14  Although I was never a sergeant, I was involved in
15  training and looking at records quite a bit from the
16  dog trainer perspective.
17         A lot of it for them is -- you know, it's
18  very reactive.  "All right, guys, it's the end of the
19  quarter, I need to see your records," if that.
20    Q.  Well, okay, so it depends on how we're using
21  the words "proactive" and "reactive" then.  I guess my
22  question was sort of aimed to get at the issue of
23  should a K9 unit handler have a protocol in place for
24  reviewing those records on a regular basis?
25    A.  You know, that's a policy issue and, you know,

Page 137

1  I can tell you that it's done so many different ways
2  nowadays.  Some people are -- you know, they -- I just
3  had this conversation last week with one of our
4  handlers, which I thought was really excellent.  We had
5  done some -- a couple exercises, he went back to his
6  vehicle, sat down at his computer and was doing the --
7  his work on there.  Unusual.  It usually gets done
8  later when they get a chance.  When I'm not so darn
9  busy with other reports is when these things get done.
10 I would like to say they are a super high priority, but
11 they are not that high of a priority.  Got other things
12 to do.
13    Q.  Okay.  Now, all I'm really getting at is
14 whether it's something that a K9 unit supervisor ought
15 to do with some degree of frequency, regardless if it's
16 every week or every month, or whatever, I just want to
17 know if it's something that they ought to do.
18    A.  In theory, it should be more than checking the
19 box.  It mostly probably isn't in most -- most
20 departments.
21    Q.  What about if you're the K9 unit trainer, do
22 you have a duty to be more kind of actively engaged in
23 that kind of stuff?
24    A.  You should be there and it should be your
25 eyes.  That's what's most important.  Not a -- not a

35 (Pages 134 - 137)

1  form. A form doesn't give you all of the information
2  that your senses are going to give you. So anybody who
3  is doing dog training needs to be able to understand
4  the body language and the actions of dogs and be able
5  to observe handlers. And so the most important thing
6  is developing training exercises and observing them.
7  That's the most important by leaps and bounds.
8       We are very record-bound organizations
9  and people want to see records, but sometimes they
10  don't show you -- I mean, it would be kind of nice if I
11  had like a 360-degree camera setup on every single
12  training exercise that someone did and you could
13  just -- you could just move through them rapidly and
14  go, "This is the one I need to look at," but it's just
15  not -- the technology, maybe someday it will be there,
16  but it's not right now.
17     Q. Okay. Let me just ask it this way. In your
18  view, what is the best practice for a K9 unit
19  supervisor in terms of ensuring that records are
20  reviewed?
21     A. I think there's a couple of -- so records with
22  respect to training -- training I think are kind of
23  secondary things. There you need communication with
24  whoever is involved in your training, which would be
25  the supervisor and the trainer and the handler. There

1  needs to be communication.
2       So the trainer, you can say, "Look, you
3  know, George is having some struggles. We need to
4  focus on this for a little bit. We need to really
5  shift our training over this way until -- until the dog
6  and the team resolve it." So I think that is more
7  important than even a records review. Like I said,
8  there's checking the boxes and then there's stuff
9  that's really actionable.
10     Q. Sure. Does doing that record review allow a
11  K9 unit supervisor to identify problems that may exist
12  in the training or deployments?
13     A. Yeah, particularly in extremely large
14  departments, I can see where -- where the supervisor
15  may have very little contact with the actual team. You
16  know, I can imagine something as big as like the Border
17  Patrol's K9 program, somebody has got to be looking at
18  numbers. And you use the numbers to basically go back
19  down the chain and say, "Look, I got some bad numbers
20  on -- out of this sector, maybe, bad numbers out of
21  this team, go find out why."
22       So in a big organization, I think it has
23  much more value than a smaller organization where you
24  have contact very frequently.
25     Q. Do the numbers have value in the smaller

1  units, too, even if they have --
2     A. I think what it does show is that you're doing
3  training and that you're checking the boxes. Did we do
4  some diversions or distractions, did we hit cars or are
5  the only things we're hitting cars, which might be
6  applicable if the only thing you do is sniff cars, or
7  did we do some buildings, did we do some commercial
8  vehicles.
9       You know, particularly when you're doing
10  lots of different types of dogs, like explosive dogs,
11  are we doing venues because you're going to be sniffing
12  venues. So that is probably the biggest value is are
13  we hitting the training categories that we feel are
14  important for our job.
15     Q. Gotcha. And the issue of -- we talked earlier
16  about false positives and the other term was -- let me
17  just get it right. I don't want to put words in your
18  mouth.
19     A. I'll help you. Unsubstantiated.
20     Q. No, I think it was something different than
21  that. Well, let's with that. Let's go with false
22  alert and unsubstantiated.
23       Are those the kinds of things as well
24  that if you had records over time, as a K9 unit
25  supervisor, you could kind of track that and identify

1  issues?
2     A. Yeah, you -- you could take a look at how many
3  times that you had an alert indication in which there
4  was no -- nothing to confirm or substantiate that alert
5  and indication.
6     Q. Okay.
7     A. And you can see it's -- it's going to happen.
8  That's all there is to it. And it's -- if it became a
9  big number, I would then basically go to whoever is in
10  charge of training and say, "We need to look at this."
11  In some big organization, you might say, "Run that
12  person through a certification again, run it through
13  again."
14     Q. Gotcha. If they weren't meeting whatever
15  thresholds you thought were proper?
16     A. Well, if it just looked -- the numbers looked
17  askew.
18     Q. Okay.
19     A. You say, "Look, let's run through a
20  certification and make sure the trainer is there
21  observing and let's see if we really do have a problem
22  or if this is just an anomaly."
23     Q. Okay. And then you distinguished earlier
24  between a big and a small K9 unit. What's the
25  difference?

1    A.  There are many departments which don't have a
2  unit.  They have a guy with a dog or a couple of guys
3  or gals with dogs and they just fall under the normal
4  supervision of whatever shift they are working.
5    Q.  Okay.
6    A.  And that is really the largest number of
7  programs in the United States.
8    Q.  If you're -- Bexar County Sheriff's Office, I
9  believe, has a K9 unit.  Is that your understanding,
10  too?
11    A.  Yes.
12    Q.  So they would be a bigger unit relative to
13  these other ones that don't have a defined unit?
14    A.  Correct.
15    Q.  Okay.  I wanted to ask you about your course
16  on detection training at Leerburg --
17    A.  Yes.
18    Q.  -- that we talked about earlier.  And the
19  title of that, tell me if I'm getting this right, K9
20  Detector Dog Training, does that sound right to you?
21    A.  I think that's what the title ended up
22  becoming.
23    Q.  Okay.
24    A.  It's -- I work with people that -- the tech
25  people with Leerburg and, you know, sometimes things

1  get changed.
2    Q.  Okay.  Well, let's -- I'm going to show it to
3  you.  So I think this is going to be Exhibit 106, is
4  that right, we have only done one?  So just give us a
5  moment here.
6        I apologize for the size of this
7  document.  This is what your course looks like printed
8  out.
9    A.  Oh, boy.  I have never printed it out.  At
10  least we're not going to go through all 300 videos, I
11  hope.
12    Q.  I thought you would get a kick out of that.
13  No, no.
14        (Exhibit 106 marked)
15    Q.  All right.  We're handing you what's being
16  marked as Exhibit 106.
17    A.  Okay.
18    Q.  All right.  So take a minute to look through
19  that.
20    A.  A minute?
21    Q.  Or as much time as you would like.  What I
22  would like to ask you is whether this pile of paper
23  that I've handed you looks like an accurate printout of
24  your course from the Leerburg website.  And before you
25  answer, I'm happy to pull up the website and look at

1  individual modules and compare them with individual
2  pages.  Take as much time as you need.
3        But the basic question is do you agree
4  this is an authentic and correct copy of your course?
5    A.  This appears to be, yes.
6    Q.  Okay, thank you.  That will speed things up.
7        And so I guess my first question is when
8  did you create this course?
9    A.  Oh, I think it went up about November of '23.
10    Q.  Okay.  And what was your role in creating it?
11    A.  It's mine.
12    Q.  So you're the sole author of the course?
13    A.  There are some things in there that --
14  advertising things for Leerburg and some promotions for
15  products and some things like that that are in there.
16  We just recently added a section that was on basically
17  poisonings and overdoses for dogs that we just added
18  to.  It's just kind of a dynamic thing.  We add to it
19  all the time.
20    Q.  Okay.  Do you have a sense of who takes your
21  courses?  In other words, do you interact with
22  students?
23    A.  There is a question and answer, but they -- I
24  have no real background on what -- on what their --
25  where they -- what they are doing.  So I do answer

1  questions on the -- through the platform.
2    Q.  Okay.
3    A.  And I don't get that many questions.  I get a
4  few.
5    Q.  Okay.
6    A.  Usually it's the same person asking all of
7  them, like any other class.
8    Q.  Okay.
9    A.  So...
10    Q.  Is it fair to say that this course basically
11  is just consumed by people online?
12    A.  Exactly.
13    Q.  Okay.  And it's -- this is a reflection and
14  kind of a distillation of -- you know, you have a long
15  career in this area, of the principles you think are
16  kind of essential to effective detector dog training?
17    A.  Yes.
18    Q.  Do you have any sense of whether a Bexar
19  County Sheriff's officer has ever taken this course?
20    A.  I have no idea.
21    Q.  No clue?
22        Prior to testifying in this case, have
23  you ever had any interaction with the Bexar County
24  Sheriff's Office?
25    A.  No.

37 (Pages 142 - 145)

Page 146

1    Q.  Okay.  Let me ask a question about a few of
2  the parts of this packet.  All right.  So flip to --
3  let's do this by module, if that makes sense.
4    A.  Okay.
5    Q.  So we're going to go to Module 7, Segment 4.
6  I'll try to find the page.  Yeah, it's going to take me
7  a minute, too.
8    A.  Okay, I'm at Module 2.
9    Q.  Page -- let's see.  Drats, there's no pages.
10  Well, it's going to take us a minute.  And what I can
11  do, honestly, this might be easier, let me pull up the
12  course on the screen up there --
13    A.  Okay.
14    Q.  -- and we can go through on the website.
15    A.  That will be much easier.
16    Q.  As long as you're -- yeah, as long as you're
17  comfortable this printout is an accurate
18  representation, then we can just navigate on the --
19    A.  Yeah, it's much easier to navigate through the
20  website than this.
21    Q.  Yeah, so let's do that.  How does that look?
22    A.  Good.
23    Q.  Okay.  So Module 7, Segment 4.
24    Q.  Okay.  So I just wanted to ask you about --
25    A.  You found the word "gamble."

Page 147

1    Q.  I did find the word "gamble."  And, you know,
2  if you want to watch the video, I'm happy to show it to
3  you.
4    A.  I know what's in this video.
5    Q.  Yeah, and so do I.  So what I'm going to do is
6  just ask you about the text here, unless anybody else
7  in the room needs to see the video.  So I'll just read
8  it to you.  "In the following videos, you will see a
9  dog gamble.  He tries to get a reinforcement for just
10  doing the indication.  In this case, it is a stare and
11  he must fail.  Failure, when orchestrated properly, is
12  a great learning tool.  It is, by definition, negative
13  punishment?"
14         Did I get that right?
15    A.  Correct.
16    Q.  So I just wanted to ask you about the staring
17  part of this.  You say that in this video, the dog
18  stares and that's -- that's indicative of a gambling
19  behavior.
20         Can you unpack that for me?
21    A.  No, no, staring is not indicative of a
22  gambling behavior.
23    Q.  Okay.
24    A.  This is this dog's particular indication.
25    Q.  Oh, I see.  So the point is when the dog

Page 148

1  stares, that's the dog's indication, right?
2    A.  Yes.
3    Q.  And the idea is he has got to fail there
4  because he is not doing the work needed to know if
5  there is actually narcotics?
6    A.  Yes.  And so with these boxes, I'm actually
7  inducing these behaviors so that I can fix them --
8    Q.  Got it.
9    A.  -- before they ever actually develop.
10    Q.  Okay.  What if the dog isn't allowed to fail,
11  what happens?
12    A.  There are other approaches.  Some people use
13  some compulsion, some people represent -- they mark a
14  bad behavior, "No."  That that isn't my approach.  That
15  doesn't mean other approaches aren't appropriate.
16    Q.  Okay.  My question is more what if the dog
17  isn't given some negative punishment for the stare?
18    A.  Well, sometimes they might receive positive
19  punishment.
20    Q.  Like what?
21    A.  Correction or -- or a mark that they are --
22  there is an impending correction.
23    Q.  Okay.  So, either way, there has to be some
24  kind of punishment, whether positive or negative, for a
25  gambling behavior?

Page 149

1    A.  Yeah.  There's only limited ways animals can
2  learn, us included.
3    Q.  Okay.  If -- if there isn't that kind of
4  punishment for a gambling behavior, what would you
5  expect to happen?
6    A.  Sort of expect they will take care of it.  I
7  mean, there is not any real solution here.  You're not
8  going to reinforce it, you're not going to get a reward
9  for it.  So that falls under negative punishment.
10    Q.  Okay.  And you said you're not going to give a
11  reward for it.  Why would you not do it?
12    A.  He's wrong.
13    Q.  Okay.  And so if you give a reward, you're
14  encouraging the dog to continue gambling in the future?
15    A.  We're not training detection.  We're training
16  a stare at that point.
17    Q.  Okay.  So you would be training the dog to
18  perform the indication behavior if you had rewarded him
19  for --
20    A.  It wouldn't be an indication because it's not
21  associated with odor.  We would be teaching him to
22  stare.
23    Q.  I see what you're saying.  So just to be
24  clear, in a case where the dog is -- in this case,
25  where the dog is staring as his indication behavior,

38 (Pages 146 - 149)

Page 150

1  rewarding him for the stare would train him to continue
2  staring to get more rewards?
3      A.  Yes.
4      Q.  Okay, thank you.  And Module 11, Segment 1,
5  let's turn to that.  Okay.  So do you see that we're on
6  Module 11, Segment 1?
7      A.  Yes.
8      Q.  And I wanted to ask you about a few things on
9  this page, but just kind of the first question I have
10  for you is you call this page cardinal handling rules.
11  What do you mean by cardinal rules?
12      A.  So at this stage of training, these are --
13  this is the behaviors that I need the handlers to
14  follow.  That's what that says.
15      Q.  So cardinal rules means these are sort of
16  essential rules?
17      A.  Correct.
18      Q.  The -- let's see here.  So I'm just going to
19  go through this a little bit.  "The dog is never pulled
20  away from odor except in stupidproofing."
21          Did I read that right?
22      A.  Yes.
23      Q.  What does that mean?
24      A.  The reality of handling is that it's never
25  perfect.  So when I'm training handlers and dogs, I

Page 151

1  teach them to overcome those -- those things, and
2  that's what I call stupidproofing.
3      Q.  Okay.
4      A.  A simple example would be I'm going down a row
5  of lockers and my dog begins to alert, but I'm looking
6  towards the next place so I don't trip and it hits --
7  you know, the dog hits the end of the leash, I don't
8  want him to think he was just corrected for that.  I
9  want him to go, "Nope, I'm right," and go right back
10  into it.
11      Q.  So I'm not sure I get how that kind of
12  attaches or connects to pulling away from odor and
13  stupidproofing.  Maybe that's just because I'm being
14  stupid, but --
15      A.  So we don't ever want to take a dog who is --
16  who has alerted or has a behavior change.  We don't
17  want to pull them away from that.
18      Q.  Okay.
19      A.  We want to let them explore that and let them
20  work towards a conclusion.  They may decide there's
21  nothing here and move on on their own.  We don't want
22  to influence that one way or the other.
23      Q.  Okay.
24      A.  Sometimes we do because we're human.  And so
25  by stupidproofing, which is my little word, I have

Page 152

1  another word for it that I think is way cooler and that
2  is that teaching the dog to be disobedient --
3  disobedient in the presence of odor.
4      Q.  Okay.  So I understand why you wouldn't pull a
5  dog away from odor, so then explain what stupidproofing
6  is.
7      A.  Disobedience in the presence of odor.
8      Q.  Okay.  So --
9          THE REPORTER:  Presence of odor, right?
10          THE WITNESS:  Yes.
11          THE REPORTER:  Okay.
12      Q.  (BY MR. WINDHAM)  So I may need to go a little
13  bit slower.  You're saying that stupidproofing is
14  disobedience in the presence of odor?
15      A.  Correct.
16      Q.  So what is the handler's role in
17  stupidproofing?
18      A.  We will create situations where we do the
19  wrong thing so the dog overrides it.
20      Q.  I see.  Okay.  And so you're just testing to
21  see if the dog can get it right when the handler gets
22  it wrong?
23      A.  Exactly.
24      Q.  Okay, that's helpful.
25          What about this next part, I'll just kind

Page 153

1  of go through it slowly.  "If the dog alerts and
2  indicates, but the handler stays in the scent cone and
3  takes away the reinforcer, the dog may go back to the
4  find without being told 'Move on.'  This concept is odd
5  to a dog.  What it means is he needs you to give
6  permission to approve the find.  This is a slippery
7  slope."
8          Kind of unpack that for me.
9      A.  Okay.  This is in reference to the stage of
10  training we're in and as we move through training, a
11  mistake that many handlers end up doing is that they --
12  they remain where the find is at and there is odor
13  emanating from that find.  And they play with their
14  dog, tell him how great he is, give him a reinforcer,
15  whatever, and then they take the reinforcer away, but
16  now the dog is in that odor.  What should the dog do
17  when he is in the odor of an assigned substance?  Seek
18  it out.  Seek it out.
19          But then the handler has to tell the dog
20  no because they want to move on, so I make the dog --
21  make the handler move away from where the odor is most
22  likely so that the dog does not have to be told, "No,
23  don't go there."  I don't want to tell my dog ever
24  "Don't go to the odor."
25      Q.  Okay.

39 (Pages 150 - 153)

Page 154

1      A.   Odor is -- that's something they have to --
2   they have to be dedicated to and it's something that I
3   can't determine is right or wrong and it can't be right
4   now and wrong in a moment.
5      Q.   Okay.
6      A.   And so that's what that's about.  That's about
7   handling -- handling concepts.
8      Q.   And then what's the slippery slope you're
9   talking about there?
10     A.   Because I don't want to tell my dog no, and
11  that's essentially what you're doing, even if you don't
12  use the words, if you take a dog out of odor and make
13  him leave it.  So the only way to get him out of the
14  odor is to continue to play ball or tug or whatever
15  your reinforcer is away from it.
16     Q.   So the idea is you don't want the dog -- tell
17  me if I'm getting this wrong.  You don't want the dog
18  to be basically following the handler and kind of
19  dependent on the handler to know what to do?
20     A.   No, I want the dog to tell you where odor is at
21  no matter what.
22     Q.   Right.  On its own?
23     A.   On its own --
24     Q.   Yeah.
25     A.   -- without the support of the handler.

Page 155

1      Q.   That's what I'm getting at.
2      A.   And I don't want him to need permission.
3      Q.   Okay.  And then this next sentence, "The dog
4   is unable to understand that it is desirable to find
5   and search out odor, but other times it is not."
6      A.   Yeah, it shouldn't be conditional.  You can
7   smell odor, you're going to sniff, you smell odor, do
8   your thing.  It shouldn't be, "Well, I just found this.
9   It's what we're looking for it.  Why should I leave?"
10  That's confusing to a dog.
11     Q.   And then on this next one, "Do not skip your
12  ritual.  Be consistent in your handling.  Don't skip
13  it."
14     A.   And this is a little bit of me.  This isn't
15  like an industry standard rule.  I believe very
16  strongly that rituals help, particularly multipurpose
17  dogs, to really understand what our -- the context of
18  the skill we're doing.  The uninitiated thing that I
19  tell the dog to do something and it understands
20  instantly what we're supposed to do.  That's kind of
21  the TV version of it.
22          But the reality is they are much better
23  at looking at the context, the whole context and a
24  ritual for a human being provides good context to
25  disseminate to the dog.

Page 156

1      Q.   Can I see if I'm understanding ritual?
2   Because I think I'm still a little fuzzy on it, and so
3   let me ask it this way.
4      A.   Let's go to rituals.  Go to five, rituals in
5   detection work.
6      Q.   Sure, yeah.  Which one do you want, just the
7   module page?
8      A.   Go to -- I'm not sure if it's in two or three,
9   but try two.
10     Q.   Okay.
11     A.   Okay.  Is that a picture or is that a video?
12     Q.   It's a picture.
13     A.   Keep scrolling down.  Okay, right there.
14     Q.   Do you want me to try playing it?
15     A.   Yes.
16     Q.   Okay.  18 seconds.
17          (Video played)
18     Q.   Okay.  So, for the record, we just watched the
19  18-second video that you can find on Segment 2 of
20  Module 5; is that right?
21     A.   Correct.
22     Q.   Okay.
23     A.   And so for this, what's happened on that video
24  is this particular dog was getting up too early.  And
25  so the ritual that I teach -- other people teach

Page 157

1   different rituals; it doesn't mean mine is better than
2   anybody else's, although I think it is.
3          But the dog is placed in a down position,
4   the handler inspects the area that the dog is intended
5   to search, returns to the dog, picks up the leash and
6   then gives permission to the dog to get up and initiate
7   a sniff.  That's the ritual that I teach.
8      Q.   Okay.
9      A.   Whether people know they are teaching a ritual
10  or not, sometimes I even question if they know it, but
11  they all are because they do it all the same.
12     Q.   Okay.
13     A.   For some people, the ritual might actually be
14  I get my dog on a leash, I bounce the ball a couple of
15  times and we go.  And it's interesting to watch a dog
16  who that's their ritual because you'll see the dog
17  start looking for the start place while you're bouncing
18  a ball instead of looking at the ball because they know
19  they must perform a task before they can receive that
20  ball.
21     Q.   Okay.  So the concept of a ritual is a way of
22  contact setting --
23     A.   Correct.
24     Q.   -- for the dog?
25     A.   Correct.

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 158

1    Q.  Okay.  And so if a ritual is performed, the
2  dog -- if it's a narcotics dog, for example, the dog
3  knows, "All right, we're doing narcotics detection,"
4  right?
5    A.  Yes.
6    Q.  As opposed to obedience or something else?
7    A.  Tracking.
8    Q.  Okay, sure.  But obedience could be one, too,
9  right?
10    A.  Correct.
11    Q.  And the reason I ask about that is, as I
12  mentioned, I have a Golden Retriever and I'm thinking
13  about the hand signal for sit where your palm is up and
14  your fingers go up and how if my dog were a narcotics
15  dog, I wouldn't know how to tell him that -- if I want
16  to use my hand in the deployment, how do I know it's
17  not a command to sit.
18        Do you see what I'm asking?
19    A.  Yeah.
20    Q.  Okay, good.
21    A.  The easiest way for me to explain that is that
22  you artificially created "sit."  This doesn't mean
23  anything to the dog.
24    Q.  And you're lifting your hand up with your palm
25  up, for the record?

Page 159

1    A.  Yes, copying you.  And -- but that means
2  nothing to a dog, right, nothing, until you pair it
3  with a reinforcement and then it becomes something.
4  That's what's happening here is we're pairing this down
5  in the inspection with a sniff so it just gets -- we
6  get layer after layer -- it's not immediate -- layer
7  after layer.  If I go through this down and I start to
8  anticipate -- I'm talking like I'm the dog -- I start
9  to we're going to do a sniff, and if I do a sniff and
10  if I'm successful, I get a reinforcer.  And so they go
11  through that process.  Show if --
12    Q.  Let me ask you --
13    A.  It's going to take us -- it took me a long
14  time to build this course.  We're going to be here
15  forever.
16    Q.  Well, let me ask a question -- I think this is
17  going to help.  So suppose I'm deploying a dog and I'm
18  a handler and the dog has been trained in obedience to
19  sit with an upward hand motion, palm up.
20        Follow me so far?
21    A.  Yes.
22    Q.  Okay.  And the dog also happens to have an
23  indication behavior where they sit, right, so "sit"
24  then could mean two different things.
25        Does that make sense so far?

Page 160

1    A.  Everything is contextual.
2    Q.  Okay.
3    A.  Within the context of a sniff, the dog is
4  doing a different behavior than obedience regardless.
5    Q.  Right.
6    A.  And also, the dog is flushing.  It's not
7  simply an obedience behavior.  And so if you go through
8  this -- all of these things, you're going to find that
9  I may have a dog, when I tell him to sit, he sits in a
10  particular manner.  And it's a defined sit, "Put your
11  butt on the ground and hold it there until I tell you
12  to move."  That's obedience.
13        When you look at the flushing behavior
14  that these dogs in detection have, many of them are
15  hovering off the ground, they are half into a crouch.
16  These are the -- these -- this is an indication versus
17  obedience.
18    Q.  And what I -- what I'm getting at is just the
19  role of the ritual in this.  So what I'm getting, and
20  just tell me if I'm off on this, is that when you do a
21  ritual, you're giving the dog the context to know,
22  "We're in detection mode right now, so sitting
23  means drugs, sitting doesn't mean obedience."
24        Do you get what I'm asking?
25    A.  They don't -- the dog is not going to view it

Page 161

1  like this is -- the dog has totally different
2  behaviors.  It may -- it may have been encouraged to
3  sit, you may have put your hand on the dog's rear
4  end --
5    Q.  Right.
6    A.  -- and had him sit and then they -- you
7  reinforce that over and over again, but the -- but the
8  emotion for the dog is entirely different.
9    Q.  Sure.
10    A.  In obedience, it's servitude.
11    Q.  And I'm just asking about the connection of
12  the ritual to this whole --
13    A.  Yeah, and that's -- the ritual, whether you --
14  whether you do it the way I do it or somebody else does
15  it, separates those things.
16    Q.  Great.
17    A.  It makes them -- it gives them different
18  context.
19    Q.  Okay.  If a ritual -- if a dog is used to
20  having a ritual and it is not performed, is it possible
21  they are not going to be sure which the context is?
22    A.  What I will tell you is everybody has a ritual
23  whether they know it or not.
24    Q.  Okay.
25    A.  Because people are taught to be repetitive

41 (Pages 158 - 161)

Page 162

1  about the way they deploy their dog. And, I mean, some
2  people, even to the degree where they will only start
3  at one corner of the car, you know, I'm not that rigid
4  of an individual, although I think it's important, but
5  some people do, and so that becomes part of the ritual.
6      Q. Gotcha. I wanted to go back to the cardinal
7  rules because we didn't quite finish that. And thanks
8  for clarifying that.
9      A. Yeah.
10     Q. Okay. So we're back on Module 11, Segment 1,
11 and there is one more paragraph here. So the last part
12 is "Only reinforce an alert/indication when it is
13 known. Do not reinforce on the street unless it is
14 100 percent known."
15         I'll stop there. What does that mean?
16     A. This is the way I approach it. It is not an
17 industry standard. This is the way I approach it.
18 This is -- for me, when I take new people who have
19 never done this work before and I'm still questioning
20 whether or not they -- they have a 100 percent real
21 understanding of their dog's behavior, I don't want
22 them to make any kind of mistakes.
23         And so this is just the foundation, and I
24 think you can go back, this is at this stage, and they
25 haven't learned anything about variable reward systems

Page 163

1  or anything like that at this point. And so this is --
2  this is where I want you today.
3          When we get out on the road, we talk
4  about doing some things a little bit different.
5  Initially, staying the same as I taught you, but later
6  on, bring the dog back if you find something. That's
7  one -- one solution. A second solution is that if you
8  know your dog is spot-on, you can reinforce. That is
9  not always my way, but my way is not the only way.
10         The other way is to do it occasionally,
11 but not every time. Intermittent -- intermittent
12 reinforcement for that.
13     Q. Why would it not be every time?
14     A. Well, because then the dog doesn't start to
15 anticipate. That's the theory. Again, I'm giving you
16 some industry -- industry approaches. I'm not telling
17 you that this is -- that any one way is the only way
18 because, like I said, you get ten people in this room,
19 you're going to get all these different ideas.
20     Q. Well, let's narrow this down. I'm just asking
21 about your view of the best way.
22     A. If the dog -- if the dog was properly
23 selection tested and properly trained in the manner
24 that I train, I have not had very many problems with
25 this and if I have had problems, it was resolved simply

Page 164

1  by reinforcing in the street a few times.
2      Q. Okay. So my question is more about how to
3  read this -- this cardinal rule that you're giving
4  here.
5      A. In the context of where we're at in training.
6      Q. Sure, sure. So there's a reference here to
7  "Do not reinforce on the street unless it's 100 percent
8  known."
9          So what does "100 percent known" mean?
10     A. I'm talking in -- a little bit, I'm talking in
11 superlatives here.
12     Q. Okay.
13     A. I want to make a point. And I have been on
14 the street and run my dog and I can see a bail of
15 marijuana in the backseat, I can see it.
16     Q. Okay.
17     A. I'm reinforcing it right now.
18     Q. Give him the toy?
19     A. Yeah. I literally opened the car door on a
20 vehicle once and a duffle bag full of kilos fell on my
21 feet.
22     Q. Okay.
23     A. So there are times when you know it, so I
24 reinforce those times.
25     Q. Yeah.

Page 165

1      A. And another time that I remember reinforcing
2  was we were searching a house and this particular
3  individual apparently liked to have all of his stuff on
4  display, so he had a jewelry case with a glass front,
5  it was very ornate, very nice and it was full of all
6  his stuff. And my dog alerted and indicated on it and
7  I reinforced it.
8      Q. So these are examples of where you were
9  100 percent sure there was an illegal narcotic there,
10 right?
11     A. It was close to 100 percent.
12     Q. Sure.
13     A. Like I said, I'm talking superlatives.
14     Q. Yeah. So what are -- it sounds like -- let me
15 ask you this way.
16         Are there situations where, out on the
17 street in real deployments, aside from this 100 percent
18 sure that there are narcotics there situation, are
19 there other situations where it's proper to reinforce
20 the alert/indication?
21     A. If the dog's performance seems to be -- he's
22 not searching with -- sniffing with the intensity, I
23 would have to coach that you're going to have to do
24 some reinforcements on the street.
25         So we don't want extinguishing the

42 (Pages 162 - 165)

Page 166

1  behavior to come in and it's possible that if you're in
2  a busy schedule, you're doing enough sniffs on the
3  highway or on the roadside to where you've started to
4  extinguish the behaviors of the dog. We can't let that
5  happen or we have no tool.
6      Q. Okay. So -- so one is when the dog starts to
7  lose energy or motivation, that's one example of when
8  it might be appropriate to reward an alert/indication
9  before it is known on the street?
10     A. Correct.
11     Q. Are there any others you can think of?
12     A. Those are -- from my view, those are the times
13  I do it.
14     Q. So when you 100 percent know and then when the
15  dog is sort of losing energy?
16     A. Correct.
17     Q. No other times?
18     A. Correct.
19     Q. Okay.
20     A. And I'm going to point out, that's me. If you
21  put other people in this room, you're going to get a
22  different answer.
23     Q. Okay. Let's move to a different module. So
24  Module 4, Segment 1, I just want to ask you about a
25  couple of these lines. So do you see that we're on

Page 167

1  Module 4, Segment 1 of your course?
2      A. Yes.
3      Q. Okay. And if you need to see the video, just
4  let me know. It's a longer one. But my question is
5  about that text below the video, so I'll just read a
6  few of those lines. "Do not point out the
7  reinforcer/reward to the dog."
8          What does that mean?
9      A. Don't help.
10     Q. What do you mean?
11     A. Don't help.
12     Q. Well, can you give me a little bit more
13  information?
14     A. So at this point it's very important that you
15  understand the context of where we are at in the
16  training. This is not an end result. We are building
17  up dogs at the moment.
18          So at this point in time, I want the dog
19  to discover the primary reinforcer, the primary reward
20  by itself, manipulate its environment through a
21  flushing behavior and receive that before the handle
22  becomes involved. That's the stage of training we're
23  talking about here.
24          In addition, the next line below that
25  says, "Don't hide toys about your body or attempt to

Page 168

1  tease the dog by hiding a toy in your pocket." I
2  don't -- I don't want the dog looking to the handler at
3  this stage of training. I want the handler's
4  involvement to be as little as it possibly can. This
5  is -- this is an application of the primary reward
6  system.
7      Q. So the point of not hiding toys or attempting
8  to tease the dog with the toys is what?
9      A. I want the focus, go out there and find --
10  find what we're hunting.
11     Q. Okay.
12     A. I don't want you to look to me for that. I
13  don't have anything to do with it. You're the hunter,
14  I'm the follower.
15     Q. Is that the same in deployment, you want the
16  dog's focus to be the same?
17     A. We will add directability in later. That's
18  not where we're at in this course.
19     Q. Okay. What about -- you mentioned teasing the
20  dog by hiding a toy in your pocket. Is that something
21  that's okay in training, but not okay in -- sorry, not
22  okay in training, but okay in deployment?
23     A. It's not okay in training at this stage of
24  training.
25     Q. Okay.

Page 169

1      A. We're moving through -- we have gone through
2  these modules and segments, we're moving through a
3  training course, not an end result until -- until this
4  is all completed.
5      Q. Right. And I guess what I want to know is
6  some of these training principles, I kind of want to
7  know how they map onto deployment, if you see what I'm
8  getting at.
9      A. Right here, we're not -- we're not even
10  thinking about deployment.
11     Q. Right. And what I want to know is this line
12  about not hiding toys on your body or attempting to
13  tease the dog with toys in your pocket, I understand
14  what you're saying about training. My question is how
15  does that apply in deployment?
16     A. It doesn't.
17     Q. It doesn't apply at all?
18     A. No. By the time we get there, it doesn't
19  apply.
20     Q. So it's -- would you say it's fine for a dog
21  to -- I don't know, visibly tease the dog with a toy
22  actively during a deployment?
23     A. That might be part of the ritual for that
24  handler.
25     Q. Okay.

43 (Pages 166 - 169)

Page 170

1    A.  Here's your toy, this is what you might earn.
2    Q.  Yeah.
3    A.  So for that handler, it might be.  So, yeah,
4  it could be the only way to get the dog understanding,
5  "Oh, I've got to go do a sniff."
6    Q.  What about after the ritual, would it be
7  appropriate to tease the dog with a toy?
8    A.  After the ritual?  Well, the dog should be --
9  if the dog is deployment ready, the dog should be -- it
10  should be wanting to sniff.
11    Q.  So is that -- is that a yes or no?
12    A.  Well, it's sort of totally out of context from
13  the way that I'm understanding the question.
14    Q.  So the question is we're talking about teasing
15  dogs with toys during deployments.  And I understood
16  you to testify a second ago that it's okay if it's part
17  of a ritual because it primes the dog, right?
18    A.  Yeah.  And there may be a point where the dog
19  gets diverted or distracted and you basically repeat
20  your ritual.
21    Q.  Okay.
22    A.  And so for my guys, that would put the dog
23  back in a down and we do an inspection again.  And it
24  could possibly be -- I might show them that there's a
25  toy and they might think I'm hiding it out there

Page 171

1  somewhere, earlier in the training.  But -- so if you
2  have to repeat your ritual to get the dog back on task,
3  that's okay.
4    Q.  Okay.  What about when you're actively kind of
5  walking around the car with the dog?  So they're not
6  distracted by something and the ritual is over, is it
7  okay to tease the dog with a toy then?
8    A.  Tease the dog?  I have seen handlers who carry
9  the -- carry the toy right in front of the dog and
10  that's not teasing them with it.  They know they've got
11  to go sniff before they are going to get it.  So -- but
12  I've seen people dangling toys off their belts and
13  putting them in pockets.  I have seen guys who hold
14  it by the -- hold a tug by the handle right in front of
15  their dog.  If that's the context you train in and the
16  dog understands it, then that's okay.  It's not my way.
17    Q.  Sure.
18    A.  But that's not -- that doesn't mean that it's
19  not a good way.
20    Q.  Is there a reason it's not your way?
21    A.  Because you're asking questions about it, to
22  be honest with you.  I like to avoid questions.  I want
23  it to be clean, very clean.
24    Q.  Okay.
25    A.  And I'm not sure that that's clean to the

Page 172

1  outside observer.  It takes somebody like me to look at
2  it.
3    Q.  Okay.  So do you think it's clean, but maybe
4  it's just not clean to the outside observer?
5    A.  Yes.
6    Q.  Okay.  Have you ever, in your experience, seen
7  a situation where a handler, during a deployment, was
8  sort of displaying a toy and then prompted the dog to
9  alert?
10    A.  No, no, usually what you see is then they just
11  get diverted by the toy.
12    Q.  They just get distracted by the toy?
13    A.  They just want the toy.
14    Q.  Okay.  Have you ever heard of that happening
15  before?
16    A.  You know, I'm sure somewhere -- dogs display a
17  lot of behaviors.  I'm sure somewhere it's happened.
18    Q.  Yeah.
19    A.  But they are amazing creatures.  They can
20  adapt to a lot of situations.  And so I'm sure
21  somewhere it's happened.  It hasn't been within my --
22  the context of my work.
23    Q.  Okay.  Let's see.  Module 4, Segment 2, just a
24  quick question about that.  Let me try to find it.  I
25  must have it wrong.  It's Module 10, Segment 5, sorry

Page 173

1  about that.
2        Okay.  So do you see we're on Module 10,
3  Segment 5?
4    A.  What is the name of this module?
5    Q.  Good Examples of Basic Searches.
6    A.  Okay.
7    Q.  Okay.
8    A.  This might be -- some of this may actually be
9  new to me.
10    Q.  What do you mean?
11    A.  Well, the owner, a friend of mine, he does a
12  lot of the videos and he wanted to put a bunch of
13  videos for people to see it and some of them I was able
14  to go back and make commentary on and some I couldn't.
15  Some he may have even made.
16    Q.  We're going to pause just for one second while
17  we get the WiFi settled.
18        (Discussion off the record)
19        MR. WINDHAM:  We're going to go back on
20  the record and keep moving here.  Are we good?
21        THE REPORTER:  Yes.
22    Q.  (BY MR. WINDHAM)  All right, sir, we're back
23  on the record.  Do you recognize you're still under
24  oath?
25    A.  Yes.

44 (Pages 170 - 173)

Page 174

1  Q.  So I just wanted to ask you about this text
2  here.  Also, we're happy to -- I'm happy to watch the
3  video, but the text at least says, "Nice search of a
4  break room, no marker and you can see the dog look back
5  after the initiation of the indication.  This is
6  important.  The indication comes before the dog checks
7  in.  If the dog were to check in before the indication,
8  ask for confirmation/permission, it would be faulty."
9        So just help me understand what that
10  means.
11  A.  Play the video.
12  Q.  Sure.
13     (Video played)
14     THE WITNESS:  That's a horrible video.
15  It gives me a headache.  Okay.  What you saw was kind
16  of a hectic dog who was a little bit all over the
17  place -- in fact, his name is Hans.
18     THE REPORTER:  He what?
19     THE WITNESS:  Hans, the dog's name is
20  Hans.  And so he settles into the sniffing finally and
21  locates an odor.  He does it, he focuses on it,
22  initiates an indication and then looks over his
23  shoulder.  That's okay.  Nothing wrong with that.
24     What I -- what can become a slippery
25  slope, and I coach people not to do this, is that you

Page 175

1  don't want to provide information for a dog who gets
2  into some odor and then turns around and goes, "Help me
3  out, dude."
4  Q.  And you're looking over your shoulder?
5  A.  Yeah, I'm the dog looking over my shoulder,
6  "Come help me out."  We want the dog to do it
7  independently and the easy way to make that
8  determination is that he does the alert followed by the
9  indication without looking over his shoulder at you.
10  Q.  Okay.  So in this video, the sequence that we
11  saw, I think, was that the dog sat and then looked over
12  his shoulder at the handler and you're saying that's
13  the right order?
14  A.  The important part of the thing is that he
15  alerted, did the find, searched it out, focused on --
16  on an area that he felt was -- was correct, initiated
17  an indication before he looked over his shoulder.
18     And some styles of training and with some
19  dogs who like to interfere with things, like bomb dogs,
20  I'll actually encourage them to turn around and look.
21  It keeps them out of trouble.  More on the bomb dog
22  side than the dope dog side.
23  Q.  In the narcotics detection side, you said it
24  would be a slippery slope if -- just to make sure I
25  have the order right, if the dog looked over his

Page 176

1  shoulder at the handler prior to doing the indication?
2  A.  No, and the handler then behaved differently
3  than the rest of the sniff.
4  Q.  Okay.
5  A.  So the handler -- if the handler then provided
6  information, and this is one of the reasons why we
7  do -- we do single blind for the vast majority of our
8  training is because then the handler can't know, so he
9  can't say, "Yeah, you're right."
10     If you're doing all kinds of known finds,
11  it's going to be very difficult for you, as a handler,
12  to not give information that the dog can read because
13  dogs are good at it.
14  Q.  So the --
15  A.  That's why earlier in this I said we do most
16  of our training single blind.
17  Q.  So the information that a handler might give
18  is a "good boy," for example, right?
19  A.  It can be more subtle than that.
20  Q.  Well, I'm just asking -- that's the example
21  you just gave, right?
22  A.  Yes, that was an example I had given.
23  Q.  Okay.
24  A.  But that -- and that's a dramatic one.
25  Q.  I mean, just to kind of spell this out, so

Page 177

1  the -- I want to make sure I understand the order.
2     So the -- what you don't want is for the
3  dog to look over his shoulder and then receive that
4  "good boy" before they indicate?
5  A.  Yeah, we don't want the human to give the dog
6  confirmation of what they think.  We want the dog to
7  give us confirmation of what they think.
8  Q.  Okay.  And what are some things a human could
9  do, whether consciously or not, to give the dog
10  confirmation of what they think?
11  A.  Change their breathing, get excited, say "good
12  boy."  If that is only done in the context of
13  looking -- seeking confirmation, then that could become
14  a Clever Hans effect.  So that's why single-blind
15  training is really very much an industry standard.
16  Q.  You said earlier -- this was way earlier, you
17  mentioned something about like tapping on the wheel
18  well.  Would that be an example of --
19  A.  Yeah, and that's pretty extreme.  Although,
20  you can -- it doesn't mean you can't tap things.  It
21  just can't be to tell the dog it's there.
22  Q.  Okay.  I would like to show you another
23  exhibit and this is going to be the -- well, I'll just
24  show it to you first.
25     MR. WINDHAM:  So we're introducing what's

Page 178

1  been previously marked as Exhibit 32. This is going to
2  be tab D, Josh.
3        We're just going to hand a placeholder
4  exhibit to you for this because it's video.
5        THE REPORTER: Okay.
6    Q. (BY MR. WINDHAM) While he gets that, I'll
7  just ask you, have you seen this video before? I'm
8  happy to play it, but do you recognize this video?
9    A. I played it this morning.
10   Q. You played it this morning?
11   A. Yes.
12   Q. Okay. This is Deputy Molina's body cam from
13  the incident, right?
14   A. Yes.
15   Q. Okay. All right. So what I would like to do
16  is just kind of watch some of this with you and ask you
17  about it.
18       (Discussion off the record)
19   Q. So before I play the video, you mentioned you
20  watched it this morning. Did you watch the entire
21  thing?
22   A. This morning I did not. I only watched the --
23  the dog -- from the beginning through the completion of
24  the dog deployment --
25   Q. Okay.

Page 179

1    A. -- this morning, but I have watched the whole
2  thing probably more times than I care to recount.
3    Q. Okay. Probably me as well.
4        So what we're going to do here is I'm
5  going to try to play segments of it, summarize for the
6  record what we watched. Please correct me if I get
7  something wrong that's important to you, but I just
8  want it to be clear on the record what portion of the
9  video we watched and then I'll ask a question or two
10  about that portion.
11   A. Okay.
12   Q. So we're going to start with 00:00 through
13  1:46. There is no sound at the beginning.
14       (Video played)
15   Q. Okay. So I paused it at 1:46 and let me see
16  if I can summarize that. So we just watched 00:00
17  through 1:46. Deputy Molina asks Mr. Schott for
18  consent to deploy K9 Max to sniff his car. After that
19  conversation, Deputy Molina goes to his patrol car,
20  puts Max's leash on, pulls Max out of the car and then
21  gets ready to start the sniff.
22       Is that all about right?
23   A. Correct.
24   Q. Okay. And the thing I'm mostly wondering
25  about is rituals. So did you observe a ritual?

Page 180

1    A. I think it started with parking his car in
2  front of the suspect's vehicle.
3    Q. Okay. So you --
4    A. That's an unusual thing for a person to do.
5  The only reason he's going to do it is so he can do a
6  dog sniff. The dog is already starting to understand
7  what I'm doing out here --
8    Q. Okay.
9    A. -- just by that behavior alone. Again,
10  rituals can be informal or they can be formal. I do a
11  very formal one when I'm training, but this -- in this
12  instance, he does an informal one. I'm sure the dog
13  knows that he put his ball in his pocket or, you know,
14  on his belt somewhere. All of that is telling the dog
15  what the next thing is going to be.
16   Q. Okay. Did you watch any other Deputy Molina
17  deployment video?
18   A. This is the only one I received.
19   Q. Okay. So you don't have any way of comparing
20  the way he conducted this to the way he conducted any
21  other deployment?
22   A. No.
23   Q. Okay. And a ritual would be a pattern, right,
24  it would be something you would do every time?
25   A. Yeah, if you did it most of the time.

Page 181

1    Q. Okay.
2    A. I mean, dogs -- dogs are really good at -- at
3  receiving information, way better than we think they
4  are. You know, somebody will tell me, "My dog is not
5  listening." Oh, he's listening, he's just not doing,
6  right. And so they are getting it. And so in this
7  case, I would call this an informal ritual.
8    Q. Okay.
9    A. But the dog is getting it. By the dog's
10  behavior that we see on the screen right now, which is
11  him going up along a seam, he absolutely knows what the
12  task is.
13   Q. Okay. Let's watch the next clip here. So
14  this is going to be 1:46 through 2:42.
15       (Video played)
16   Q. So we just watched 1:46 through 2:42. I'll
17  try to summarize this once again. You can just tell me
18  if I missed anything important. So let's see. So
19  Deputy Molina is deploying Max on Mr. Schott's car. At
20  a couple points during this segment, Max tries to
21  wander away from the car and Deputy Molina pulls him
22  back. Also at a couple of points during this, Deputy
23  Molina makes a hand movement, it looks like an upward
24  hand movement. And then towards the end of the
25  segment, Max sits and he's looking at Molina at that

46 (Pages 178 - 181)

Page 182

1  time and eventually barks and jumps, at which point
2  Molina says on the radio, "There's been a positive
3  alert on the driver's side door."
4           Is that all right?
5      A.  I wouldn't characterize it as the dog trying
6  to leave.  The dog was working.  He just needed to get
7  him back on the focus of the sniff.
8      Q.  That's totally understood.  Other than that,
9  though, did I kind of get the gist of that --
10     A.  Yes.
11     Q.  -- right for the record?
12     A.  Yes.
13     Q.  Okay.  And then speaking of Max working the
14  scene, so you don't think Max there is -- what do you
15  think he's doing?
16     A.  There's -- so we're not in a static
17  environment.  There's cars going by, blowing stuff
18  everywhere.  There's -- you can't see, but there's
19  larger vehicles, and so stuff gets pushed around and
20  it's not unusual for a dog to just chase it.  Remember,
21  they don't -- a car is just a thing to them.  Odor is
22  more important, and so they will chase odor at times.
23  And he has to -- as a handler, he has to realize, well,
24  we're going nowhere with that, get back over here on
25  the focus of my sniff.  That's where we organize the

Page 183

1  dog and when you saw the hand movement, that's a fairly
2  normal thing to cast the dog back into the work.
3      Q.  Well, let me ask you first about Max being
4  away from the car and then we will -- we will do the
5  hand movement.  So what would -- I guess I just want a
6  reference point.  What would it look like if a dog was
7  getting distracted by something on the scene?
8      A.  It might not look altogether that different.
9  This is why handler teams have to be working together.
10  For this dog, it may not look a lot different, but the
11  response would be the same, let's get back on task.
12     Q.  Okay.  And earlier, I think when we were
13  talking about getting distracted and the role of
14  rituals, I thought you told me -- and just tell me if
15  I'm getting this wrong -- that you would -- your best
16  practice would be to kind of restart, do the ritual
17  again and then --
18     A.  No, I think that's a misunderstanding.
19     Q.  Okay.
20     A.  If I can bring my dog back on task just by
21  casting him back into what we're doing, that's an
22  absolutely appropriate response.
23     Q.  Okay.  And what degree of pressure on a leash
24  would be appropriate?
25     A.  Pressure on the leash, I guess that would

Page 184

1  depend on what we're trying to accomplish with that.
2  He's just trying to restrain the dog so he's not
3  running down in the ditch.
4      Q.  Okay.
5      A.  And chasing odor.
6      Q.  Gotcha.
7      A.  And, you know, because that's not the focus of
8  the sniff.  In dog training, when we talk about
9  pressure on the leash, we start talking about
10  compulsion, correction, positive punishment or negative
11  reinforcement.  This was just restraint.
12     Q.  I guess what I'm kind of wondering is what the
13  line is between allowing Max to kind of work the scene
14  as he wants to and then Deputy Molina kind of directing
15  Max's attention.
16     A.  They're on the side of a highway.  He needs to
17  keep control of that dog.  It's a little hard to
18  explain to your sheriff that the dog just became road
19  pizza.
20     Q.  Well, I understand that.  But at least in this
21  video, right, Max is on the -- on the side of the car
22  in the grass, not near the cars, right?
23     A.  Yeah.
24     Q.  So there's not a safety risk, at least right
25  there, from Max wandering further in that direction, is

Page 185

1  there?
2      A.  Yeah, but you want to keep -- the dog doesn't
3  know which is roadside and which isn't.  You want to
4  always maintain some degree of control of the dog.
5  It's the way you do the work, and the reason you do the
6  work that way is next time you might be on the opposite
7  side of the road.  You know, you just want to make sure
8  you're keeping the dog on task and that if he gets
9  diverted or distracted, get him back into the work.
10     Q.  I guess how does Deputy Molina know that Max
11  is getting distracted in that moment?
12     A.  Well, I think later on in this tape, you'll
13  see that he believes he was chasing odor.
14     Q.  Right.
15     A.  So is that a distraction?  Not really.  It's
16  not focused on the task at hand completely.  Still
17  looking for odor.  You can't blame the dog.  But the
18  handler does the right thing and says, you know, "Our
19  focus is this vehicle, dog.  Let's get back on it."
20     Q.  Okay.  About the hand movements, so I think
21  there's a couple we can kind of pause on.  Let me go
22  back a little bit.  I'm going to try to get the number
23  right.  I think it's at 1:54.  Hold on a second.
24         (Video played)
25     Q.  Okay.  So there's one.  We just watched a

47 (Pages 182 - 185)

Page 186

1 one-second clip at 1:54. It's kind of a palms up
2 movement towards the wheel well. What's going on
3 there?
4    A. He's just casting the dog.
5    Q. What does that mean?
6       THE REPORTER: Casting?
7       THE WITNESS: Casting.
8       THE REPORTER: No, was there
9 another word?
10       THE WITNESS: Like a casting.
11       THE REPORTER: Just casting? Okay.
12       THE WITNESS: Like a fishing rod.
13       THE REPORTER: I thought there was
14 another word I missed.
15       THE WITNESS: So I'm going to try to put
16 this in good context. If you take a chimpanzee and a
17 wolf and you point at something, they don't care. They
18 just don't care it's happening. But if you -- if you
19 do that with a dog, they will attend to what we're
20 attending to. And that's really a very big benefit for
21 us with dogs is that they have co-evolved with us to
22 work with us. And he's casting the dog so the dog's
23 attention is brought back into the work. It's a normal
24 technique that we have now ultimately discovered why it
25 works.

Page 187

1    Q. You said that the casting brings Max back into
2 the work?
3    A. Correct.
4    Q. So --
5    A. So we're attending to the car and for
6 whatever -- you know, Max went over there and something
7 diverted him and he wants him back into the focus of
8 the sniff, and so he casts him back in and the dog
9 goes, "Okay, we're attending to this because I do what
10 you do. We attend to this object."
11    Q. So maybe we should watch this portion again
12 because I'm wondering how it is that Max is unfocused
13 here. Let's start at 1:40 and just see how that looks.
14 So 1:40 through 1:54, just to see what Max is doing.
15       (Video played)
16    Q. Okay. So we just watched 1:40 through 1:54
17 and I don't see Max going away from the car.
18    A. He didn't, but he skipped a big chunk. So if
19 a dog is -- if a dog is running down the side, he's not
20 doing a real good job of sniffing, and particularly if
21 the window is going this way, he's going to need to get
22 his nose like under the wheel well.
23       And so the dog ran down this way, did a
24 nice little sniff, but he wanted the dog to come back
25 over here and sniff, and so he casted him back into it.

Page 188

1    Q. Did Max skip the wheel well?
2    A. It looks like he just ran past it.
3    Q. Let me just play that again to see.
4       (Video played)
5       THE WITNESS: It looks like he just
6 blasted past it.
7    Q. (BY MR. WINDHAM) Okay. So what you're saying
8 is Max went by the wheel well and Deputy Molina is
9 casting him back to the wheel well to smell it?
10    A. Correct.
11    Q. Okay. And that's standard?
12    A. That's not in the least bit unusual.
13    Q. Okay.
14    A. I'm trying to think. There might have been
15 one of me doing it with my old bomb dog on -- in a
16 building in this -- I can't remember where it's at. I
17 can show you me doing it.
18    Q. Okay. But this is -- this is casting behavior
19 is what you're saying?
20    A. Yes.
21    Q. Got it. What about the next time that this
22 comes up? So I think it's at 2:32. Let me -- let me
23 go there and if it's not right on, we will kind of find
24 it.
25       (Video played)

Page 189

1    Q. Okay. So we just watched 2:34 to 2:36.
2 What's going on there?
3    A. Happy dog.
4    Q. What do you mean?
5    A. So what we saw is the dog go through -- and,
6 unfortunately, I can't really get a good view of what I
7 call the find --
8    Q. Yeah.
9    A. -- because the camera didn't cover it very
10 well. But for me, a little more confirmation is that
11 he sits and then starts to -- starts to come higher
12 into drive. That only can happen when a dog is
13 anticipating something and the anticipation would come
14 from him identifying an assigned owner.
15    Q. Okay. So I just -- and this is just me slow
16 walking because I want to make sure -- it's like a few
17 seconds where a lot of things happen, so I want to just
18 --
19    A. It is.
20    Q. -- try to break it down. Let's go to -- I'm
21 going to ask you about one-second clips. I'm sorry to
22 do that.
23    A. No, that's okay.
24    Q. Yeah. So let's start with -- we're going to
25 try to nail 2:33. Let's see how that goes.

Page 190

```
 1        (Video played)
 2    Q.   Okay.  So we're on 2:33.  Do you have any
 3 sense, prior to 2:33, what exactly Max is doing and
 4 what exactly Molina's hand is doing?
 5    A.   Right here at --
 6    Q.   In the few seconds before 2:33, can you tell
 7 from the video what Max is doing and what Molina's hand
 8 is doing?
 9    A.   It's difficult.
10    Q.   We can watch it again if you want.
11    A.   Just back it up --
12    Q.   Yeah.
13    A.   -- about four seconds.
14    Q.   Because, honestly, I can't, so I just want to
15 know if you have a sense of what's going on.  Let's try
16 2:28 to 2:33.
17        (Video played)
18    Q.   It's hard, right?
19    A.   I wish -- I wish he was facing his dog.
20    Q.   So that's 2:32 and I can't tell what's
21 happening.  Can you?
22    A.   No.  All I see is his reflection.
23    Q.   So let's go to 2:33.  And at this point, if
24 I -- let's see if I can do this.  So you see his hand
25 in the reflection there -- sorry, on the screen and
```

Page 191

```
 1 then you see Max looking at him at 2:33, right?
 2    A.   Yes.
 3    Q.   Okay.  So prior to that moment, we just don't
 4 know what his hand was doing and whether Max was
 5 sitting or not?
 6    A.   No.  And, you know -- and this is one
 7 of the -- when I watched, I was really hoping -- you
 8 know, push it over four feet.  But to me, what's really
 9 interesting here is that, you know, Max becomes
10 frustrated and he's obviously going, "Look, it's here,
11 it's here, it's here, I've got odor, I've got odor,"
12 and what we see going on.
13        The handler is -- the handler didn't mess
14 with the dog at all.  He's going back to cast the dog
15 again.  And this is part -- we go back to training
16 disobedience in the presence of odor, stupidproofing,
17 at least what's what I call it.  I'm sure people have
18 other ways of talking about it.
19    Q.   Okay.
20    A.   And so he's continuing to do what he's doing,
21 the same as the rest of the search, and yet the dog
22 does something that's entirely different.
23    Q.   Are you able to say from the video whether
24 Max, in the seconds -- few seconds prior to this moment
25 at 2:33, Max looks over at Molina before sitting?
```

Page 192

```
 1    A.   I can't tell that.
 2    Q.   Neither can I.
 3    A.   And I've even tried to look at the reflections
 4 in the truck and I can't tell.
 5    Q.   Okay.  But it's -- it's fairly obvious at this
 6 point in time that, you know, he's trying to recast the
 7 dog.  He hits the end of his leash, in the next like
 8 second you'll see the dog hit the end of the leash, and
 9 the dog goes, "No, no, no, stupidproofing," in effect.
10    Q.   Okay.  Let me play one more second.
11    A.   Okay.
12    Q.   So we're just going to go to 2:34.
13        (Video played)
14    Q.   Did you see Molina's hand kind of tapping the
15 tire there?  If not, I can play it again.
16    A.   Yeah.
17    Q.   Okay.  So we're going to --
18    A.   He's trying to cast the dog and the dog ain't
19 moving.
20        (Video played)
21    Q.   Okay.  What did you say?
22    A.   He's trying to cast the dog, and this is --
23 many handlers are taught to -- this is -- some people
24 call it confirming.  In other words, I'm going to try
25 to make you go and if it's -- if you're correct, don't
```

Page 193

```
 1 leave.  And so sometimes people do that by pulling on
 2 the leash, sometimes people do it by -- by recasting
 3 the dog or even tapping on something to try to get the
 4 dog to move away from the odor if they are not
 5 100 percent sure.
 6    Q.   Okay.
 7    A.   And the dog here goes, "No way."
 8    Q.   And then let's play to 2:42, which I think is
 9 where we -- where we ended before.
10        (Video played)
11    Q.   So we just watched 2:34 to -- sorry, 2:33 to
12 2:42.  So at this point, it looks like Molina has
13 decided to open the car and he has the alert, he needs
14 to search it.  Is that fair?
15    A.   I would assume that's what he's doing.
16    Q.   Okay.
17    A.   You would have to ask him.
18    Q.   Are you -- have you seen anything up to this
19 point in the video, from 00:00 through 2:42, when he's
20 opening the door, to indicate that Molina found any
21 drugs?
22    A.   That Molina found any drugs?
23    Q.   Correct.
24    A.   No.
25    Q.   Okay.  Including a trace amount?
```

Page 194

1    A.  He hasn't been in the vehicle yet.
2    Q.  Right.  Next would be 2:42 to -- well, we'll
3  see how far we have to go.  We're going to play it for
4  a little while.
5        (Video played)
6    Q.  Okay.  So before we continue, from 2:42
7  to 3:35 is what we just watched, right?  Does that --
8    A.  Yes.
9    Q.  -- sound right?
10    A.  Yes.
11    Q.  And -- I'm just trying to make a record for
12  the court reporter.
13        And in that period of time, it was just
14  kind of Molina watching Max through the window in the
15  car, right?
16    A.  Yes.  All we see is the reflection of Molina.
17    Q.  Right.  And Max is in the car at that point
18  and I know you -- well, let me ask this.
19        You can't see what Max is doing on the
20  video, right?
21    A.  No, not at all.
22    Q.  So, generally speaking, in kind of the
23  narcotics detection world, have you seen -- is this
24  common for a handler to let a dog into the car and then
25  close the door?

Page 195

1    A.  Yeah.  There are two kinds of sniffs that we
2  do in the narcotics world generally -- or detector
3  world in general.  One of them is directed, that's what
4  he did on the outside of that vehicle; and the other is
5  undirected, you've got a confined space, just let the
6  dog work.
7    Q.  Okay.  So basically what's going on there is
8  that Max is continuing to sniff around for the source
9  of whatever he thinks the odor is?
10    A.  Yes.
11    Q.  Okay.  What's the purpose -- I know you can't
12  kind of get in Molina's head.  But, generally speaking,
13  in the industry, what would be the purpose of
14  continuing to use the dog after a confirmed alert on
15  the vehicle?
16    A.  It's not uncommon for people to want to try to
17  pinpoint a location.  I will tell you that it's not the
18  way that I do things.  Once we have probable cause,
19  we're done, and part of that is because of my state.
20  We needed a paper to get in.  We can't just do a
21  Carroll doctrine sniff or search.
22        THE REPORTER:  A what?
23        THE WITNESS:  Carroll doctrine.
24        THE REPORTER:  Okay.
25        THE WITNESS:  U.S. versus Carroll.  We

Page 196

1  can't do those.  In New Mexico, we treat your car like
2  your home and so I would stop and get a -- get a paper.
3  That's how --
4    Q.  (BY MR. WINDHAM)  A warrant?
5    A.  Yes.
6    Q.  Okay, gotcha.  So your understanding of maybe
7  what's going on here is just looking to pinpoint the
8  source of the odor?
9    A.  It would be an assumption, but --
10    Q.  That's fine.
11        Okay.  So let's -- let's keep going.  So
12  Deputy Babb, you can kind of see at 3:35, it's him
13  approaching in the reflection, right?
14    A.  I can't identify him.
15    Q.  Do you see him there?  That's okay.
16    A.  Yeah, I guess that's him.
17    Q.  All right.  So he's going to start approaching
18  Deputy Molina here.
19        (Video played)
20    Q.  So we're now at 4:31 in the video and Deputy
21  Molina and Deputy Babb just had a conversation, right?
22    A.  Yes.
23    Q.  At this point in the video, so from 00:00
24  through 4:31, have you seen any evidence that Deputy
25  Molina found drugs in the car?

Page 197

1    A.  No.
2    Q.  Okay.  And that includes a trace amount,
3  right?
4    A.  He hasn't been in the car.
5    Q.  And I want to just re-watch that -- actually,
6  let's move forward just a little bit and then we will
7  come back.  So we're at 4:31.  We're going to go
8  forward just a little bit.
9        (Video played)
10    Q.  There's a nice clean picture of Max at 4:38,
11  right?
12    A.  Okay.
13    Q.  And he's got -- that's a ball in his mouth,
14  right?
15    A.  It's a Kong.
16    Q.  It's a Kong, okay.  So at this point, Max has
17  been rewarded a toy, right?
18    A.  Yes.
19    Q.  And he's in the car, he has been rewarded a
20  toy and Deputy Molina hasn't found any drugs so far,
21  right?
22    A.  I think that's an answer for Deputy Molina at
23  this point when they're in the car.
24    Q.  Okay.  But you haven't -- so far you haven't
25  seen any evidence he has?

Page 198

1    A.  No.
2    Q.  And you're not aware of any evidence that he
3  had?
4    A.  The only thing that I have at this point in
5  time is that he has a deployment report that says he
6  found trace amounts.
7    Q.  Well, I was going to ask you about that next,
8  actually.  So you reviewed his report where he claims
9  to have found a trace amount of marijuana in the car,
10  right?
11    A.  Yes.
12    Q.  In conducting your analysis for this report
13  and forming your opinions, was your assumption that
14  Deputy Molina was telling the truth about that?
15    A.  I don't think it matters.
16    Q.  Okay.  Why don't you think it matters?
17    A.  Dog behavior.
18    Q.  What do you mean?
19    A.  Dogs can't lie.  And the dog does everything
20  he is trained to and he has got a very high percentage
21  of success.  We can recognize the fact that dogs locate
22  odor, not substance, and so this dog was consistent
23  with his training in his previous deployments and so
24  that is what I'm looking at.
25    Q.  Okay.  I want to ask you about some of those

Page 199

1  training and deployment records, but let's take a quick
2  break and then we will come back to it.
3         (Recess from 2:40 p.m. to 2:48 p.m.)
4    Q.  (BY MR. WINDHAM)  We're back on the record,
5  Mr. Sheldahl.  Do you recognize you're still under
6  oath?
7    A.  Yes.
8    Q.  All right.  I was interested in something that
9  you said just before the break.  I don't know if I have
10  the phrasing exactly right, but it involved the --
11  something like dogs can't lie.  Is that what the phrase
12  was?
13    A.  Yes.
14    Q.  So is your point that dogs literally never lie
15  to their handler?
16    A.  I think maybe a better way to do that is to
17  define it as they cannot change -- they cannot have an
18  alert and an indication absent from one another.
19    Q.  So you think it's impossible -- I'm just
20  trying to make sure I get this.  You think it's
21  impossible for a dog to alert, but not indicate?
22    A.  Yes.
23    Q.  Okay.  If you saw on a deployment record that
24  a dog had alerted, but not indicated, the handler wrote
25  that down, what would your reaction be?

Page 200

1    A.  Nothing.
2    Q.  What do you mean, nothing?
3    A.  An alert does not always end up in an
4  indication.  An alert can be -- they may not be able to
5  get to what they feel is source.  The odor may be
6  blowing all over the place and they never can get to a
7  place that they feel is the highest concentration in
8  the area.  And so they may not give an indication, but
9  they may gave an overwhelming alert.
10    Q.  Well, I don't -- I think I'm just not
11  understanding your testimony because I thought you just
12  told me that he can't do one without the other?
13    A.  He cannot do an indication without an alert.
14  He can have an alert that stands alone.
15    Q.  I see what you're saying, thank you.  Okay.
16  Which leads me back to my question about lying.  So
17  your point was just that he can't have an alert without
18  an indication?  I might be --
19    A.  No, no, no, cannot have an indication without
20  an alert.
21    Q.  Okay, got it.  Is your position today that
22  dogs can never be wrong about whether there are drugs
23  in a car?
24    A.  Dogs do not know quantity.  They only know
25  odor.

Page 201

1    Q.  Is it your position that dogs are infallible?
2    A.  No.
3    Q.  Okay.  And what about gambling, how does that
4  factor into the question of fallibility?
5    A.  Gambling would be an attempt to provide an
6  indication without an alert and it should be identified
7  by the handler or -- or the people that are coaching
8  them.
9    Q.  Okay.  So gambling is the dog having its own
10  motivation to manipulate the handler?
11    A.  Correct.
12    Q.  Okay.  So I would like to -- I think before
13  the break also, you had a reference to Max having -- I
14  forget exactly the way you phrased it.  Something about
15  his proficiency.  Do you remember what you said there?
16    A.  Yeah, he was -- looking at his records, and I
17  didn't get an exact number, he is highly proficient,
18  looking at all of his records.
19    Q.  Okay.  So I wanted to kind of drill down on
20  that a little bit.  You didn't run any numbers or
21  anything?
22    A.  I didn't crunch a bunch numbers.  It's fairly
23  obvious this is a dog up there in upper 80s, lower 90s.
24    Q.  You think it was obvious he was in his upper
25  80s, lower 90s?

Page 202

1    A.   Yes, yes.
2    Q.   Your report says 90 percent correct, right?
3    A.   Estimate, that's an estimate.
4    Q.   That was an estimate?
5    A.   That was an estimate.
6    Q.   And by the same token, it could have been
7  80 percent?
8    A.   89 or 91.
9    Q.   Okay.  When you wrote that in your report, you
10 hadn't created any kind of tables like we were talking
11 about earlier?
12   A.   No, I just did some rough counting in my head.
13   Q.   Okay.
14   A.   I didn't sit and do checkmarks and -- that
15 would take me four or five hours --
16   Q.   Okay.
17   A.   -- of check marking.  Let's look at the
18 last -- last couple of months.  Okay, this looks like
19 about 90 percent.
20   Q.   Okay.  So your 80 to 90 percent estimation was
21 about the last few months of the records you reviewed?
22   A.   Yes.
23   Q.   Okay.  So you did not make that estimation
24 based on Max's early records, for example?
25   A.   No, I just looked at the -- at the latest

Page 203

1  ones, and I don't remember the dates --
2    Q.   That's okay.
3    A.   -- on those, and looked at whether or not the
4  dog was proficient.  Looking way back, on -- you know,
5  recent history is important.  You know, the dog may be
6  ill and his proficiency plummets, training may be
7  deficient.
8    Q.   The --
9    A.   And so what's important is -- is not what
10 happened two years ago, three years ago.
11   Q.   Sure.
12   A.   It's what's happening now.
13   Q.   Or at least, in this case, what was happening
14 right before this incident, right?
15   A.   Yeah.
16   Q.   Okay.  Did you look at those records, what was
17 happening right before this incident?
18   A.   I looked at the ones that -- so they were in
19 order and I looked at the ones on either side of
20 this deployment.
21   Q.   You looked at the ones on either side of this
22 deployment?
23   A.   Yes.
24   Q.   Okay.  Is that a different set of records than
25 the ones that were the most recent in his file?

Page 204

1    A.   I don't remember.
2    Q.   Okay, you don't remember.  That's fine.
3    A.   There's an awful lot of paper here.
4    Q.   Do you know whether this 80 to 90 percent
5  figure that you came up with was a figure based on the
6  months immediately prior to this incident?
7    A.   No, it was just the numbers I was looking at,
8  counting in my head.
9    Q.   Okay.  Do you happen to know, sitting here
10 today, what Max's percent correctness, to use the
11 phrase you used in your report, would have been in the
12 months prior to this incident?
13   A.   No.
14   Q.   I want to show you an exhibit.  This is going
15 to be Exhibit 107.
16        MR. WINDHAM:  We're going to be on tab H,
17 Josh.  Oh, this has been previously marked as
18 Exhibit 26.  That saves us some time.  So we're handing
19 you --
20        MS. HEBERT:  So not 107?
21        MR. WINDHAM:  Yep.
22        MS. HEBERT:  But it's what's been
23 previously marked an exhibit?
24        MR. WINDHAM:  Uh-huh.
25        MS. HEBERT:  Okay.

Page 205

1    Q.   (BY MR. WINDHAM)  So we have just handed you
2  what's been previously marked as Exhibit 26.  Just take
3  a second to look through this and let me know if you
4  recognize it.
5    A.   Yes.
6    Q.   What is this?
7    A.   It is a certificate for Martin Molina, 350
8  hours of training; an NCATS certificate of achievement
9  for achieving patrol and narcotics standards from
10 May '23, another one from May '21 and another one from
11 May '22.
12   Q.   When your report references Max's over 350
13 hours of training and his certifications, were you
14 relying entirely on these documents?
15   A.   No, there were statements about 352 hours --
16   Q.   Okay.
17   A.   That came from -- came from a deposition, I
18 believe --
19   Q.   Okay.
20   A.   -- on Molina.
21   Q.   Gotcha.  About the -- let's see here.  So this
22 incident, the Mr. Schott incident, was on March 16th
23 of 2022, right?
24   A.   Correct.
25   Q.   Okay.  And it looks like the most recent

1  certification that Max and Molina had prior to
2  March 16th of 2022 would have been May of 2021; is that
3  fair?
4      A.  Yes.
5      Q.  Okay.  So there's a roughly ten-month period
6  between Max and Molina's last NCATS certification and
7  Max's deployment on Mr. Schott's vehicle?
8      A.  Correct.
9      Q.  Okay.  Another exhibit for you.  So this is
10  going to be I.  All right.  We're handing  you what's
11  been previously marked as Exhibit 30.  So take a moment
12  to look through that for me.
13      A.  Okay.
14      Q.  Let me know when you're ready.
15      A.  Ready.
16      Q.  All right.  Did you look at the ten-month
17  period between May of 2021 and March of 2022 -- well,
18  actually, I need to back up.
19          What is this document?
20      A.  These are basically training reports.
21      Q.  Okay.  Did you -- are you aware if you
22  reviewed any training reports, other than the ones in
23  front of you, for this case?
24      A.  I flipped through every one of these.
25      Q.  Okay.  These are the ones you looked at?

1      A.  Yes.
2      Q.  Okay.  So we're going to try something that
3  may be a little funky, and I apologize and I ask you to
4  kind of work with me here.
5      A.  Okay.
6      Q.  Let's see if the technology plays along.  So
7  I've put up on the screen, just for the record, an
8  Excel -- blank Excel sheet with some dates, and at the
9  top of the Excel sheet, there's a row that says date,
10  hours, sniffs, blanks, proofing, distractions -- and I
11  will -- I will eliminate that one, because why not, it
12  makes it simpler on us -- and there's a total at the
13  very bottom.
14          Do you see that?
15      A.  Yes.
16      Q.  Okay.  So let's just go through this exhibit
17  together and I want to see if we can kind of come up
18  with some figures for this ten-month period between May
19  of 2021 and March of 2022; is that fair?
20      A.  Okay.
21      Q.  Okay.  So let's start with -- I'll find the
22  right page for you.  May 4th, 2021, which is on
23  Bates 2070, if you want to use the numbers in the
24  bottom right corner.
25          MR. FRIGERIO:  What Bates did you say?

1          MR. WINDHAM:  2070.
2          THE WITNESS:  Okay.
3      Q.  (BY MR. WINDHAM)  Okay.  And just so that
4  we're clear, do you see any training record from Deputy
5  Molina prior to this date in May?  I don't, but I just
6  want to make sure you don't either.
7      A.  Prior to which date?
8      Q.  This May 4th of 2021.  I just want to make
9  sure of the earliest date in May of 2021.
10      A.  Well, there's one from May 12th and
11  April 27th.
12      Q.  Okay.  So we're at the earliest date in May
13  of 2021 when we're on this May 5th -- or May 4th.
14      A.  Okay.
15      Q.  Okay.  So let's just start -- I want to kind
16  of walk through these with you and count up some
17  numbers and then ask you about them.
18          So it looks like this is entered by
19  Deputy Molina, right, this is a Deputy Molina K9
20  training detail report, fair?
21      A.  Okay.
22      Q.  And -- well, do you agree with that?
23      A.  Yeah, this is what I perceived as that.
24      Q.  Yeah, just want to make sure.
25          And it looks like it -- oh, sorry.  So

1  there's a time start and time ended here, right?
2      A.  Yes.
3      Q.  And this is a weekly group training he engaged
4  in that involves narcotics training, right?
5      A.  Yes.
6      Q.  So the time started would have been 8:00 a.m.
7  and the time ended would have been 2:30 p.m., right?
8      A.  Yes.
9      Q.  So that's six hours and 30 minutes; is that
10  fair --
11      A.  Yes.
12      Q.  -- for this training session?  Okay.  So I'm
13  going to put 6.5 in this first box next to May 4th
14  of 2021 for hours.  I'm just going to fill this sheet
15  out as we go and if I -- if you see me make an error or
16  you disagree with what I'm doing, just tell me.  I just
17  want to get it right.  And it looks to me like there
18  are boxes on the left-hand side that say one, one, one,
19  one, one, over and over again.
20          Do you see those --
21      A.  Yes.
22      Q.  -- under training find?
23          So those, I take it, but tell me if you
24  read this different, to be drills that Deputy Molina
25  ran with Max sniffing a specific structure?

Page 210

1     A.  I assume it is a search assigned --
2     Q.  Okay.
3     A.  -- by whoever was settling up training.
4     Q.  Yeah.
5     A.  That's what I'm assuming.
6     Q.  Okay.  So it looks to me -- we can call them
7  searches, though, if that -- do you want to call them
8  searches or sniffs?
9     A.  Searches or sniffs, same thing.
10    Q.  I'll call them sniffs just because
11  that's what I have on the spreadsheet.
12    A.  Okay.
13    Q.  So it looks to me like there were -- one, two,
14  three, four, five, six sniffs in this training session;
15  is that fair?
16    A.  Yes.
17    Q.  It looks to me like there's only one blank of
18  the six; is that fair?
19    A.  Yes.
20    Q.  Okay.  Is there any note that you can see on
21  this form that proofing was performed?
22    A.  No, and I don't know that they call it that.
23    Q.  Okay.  Well, I guess my question is -- I mean,
24  we can use a different term if you want, but my
25  question is really do you see an indication on this

Page 211

1  form that there was hemp or cash or another legal
2  substance that they wanted to train him not to alert on
3  here?
4     A.  There's nothing indicated here.
5     Q.  Okay.  And I'm just going to call that
6  proofing, but if you want me to use a different word,
7  you're welcome to give me one.
8     A.  Proofing would be that the dog has been
9  showing a propensity or a potential propensity for
10  finding things he was not assigned.
11    Q.  Okay.
12    A.  And that's what proofing is.
13    Q.  Okay.
14    A.  Everything else would be just diversions and
15  distractions.
16    Q.  How about I just put "hemp/cash," does that
17  work?  So the question is, is there any indication on
18  this report that there was hemp or cash placed in the
19  training area?
20    A.  No.
21    Q.  You see none, right?  And then distractions,
22  do you see any evidence of distractions?  I see boxes
23  for distractions and they all look blank to me, right?
24    A.  I noticed that when we were -- when I was
25  reviewing these things and there's a lot of times when

Page 212

1  they were in environments that would have included
2  diversions and distractions, just by their nature.
3     Q.  Okay.
4     A.  I think they should have recorded those
5  things, and it looks like they did not.
6     Q.  Okay.  So at least the report, though,
7  indicates that there were no --
8     A.  There's nothing that they noted.
9     Q.  Okay.
10    A.  But, you know, your environment --
11    Q.  I will just say "noted distractions."  Is that
12  more accurate?
13    A.  Correct.
14    Q.  Okay.  I don't want to put words in your mouth
15  or anything.  So let's do "noted distractions, none."
16          All right.  I'm just going to do this for
17  all of Molina's training from here until the incident,
18  so let's flip to July 27th of 2021, I believe is the
19  next one.  Tell me if I'm -- you see another that's --
20    A.  The wrong direction, I think.
21    Q.  And I'm focusing -- just so you know, I'm
22  focusing just on narcotics.  So if you see a training
23  that's not narcotics, I'm not asking you about that.
24  I'm trying to compile numbers for narcotics trainings.
25  So the next narcotics one I see is July 27th of 2021.

Page 213

1  That would be Bates 2058.
2     A.  Let me get these in order.
3     Q.  Take your time.  I know this is cumbersome.
4     A.  Okay, I'm on 2058.
5     Q.  Okay.  Did you see any other narcotics
6  trainings from that --
7     A.  I did not.
8     Q.  Okay, got it.  And how about we do this.  You
9  just tell me, as we go through, if you see any
10  narcotics trainings that I'm missing, otherwise I'll
11  have to ask you every time.
12    A.  Okay.
13    Q.  All right.  And so this July 27th, 2021, it
14  looks like it started at 8:30 a.m. and then went to
15  2:30 p.m., right, so that will be six hours; is that
16  fair?
17    A.  Yes.
18    Q.  Okay.  It looks like there were one, two,
19  three, four, five sniffs; is that fair?
20    A.  Yes.
21    Q.  And then it looks like there was no blank this
22  time; is that fair?
23    A.  Yeah, I don't see a notation of any -- any
24  blank.
25    Q.  And just to kind of jog your memory, if you go

54 (Pages 210 - 213)

1 back to that -- that first one we reviewed, you don't
2 have to flip it, but there was a bracket that said --
3    A. Blank.
4    Q. -- that said "blank," so -- so none there, and
5 then hemp/cash, none noted?
6    A. No.
7    Q. And then distractions, none noted, right? Is
8 that correct?
9    A. Correct.
10    Q. I'm sorry, I know this is going to be a little
11 repetitive. So now we're going to go to -- let me find
12 it -- 8/17/2021, which is going to be Bates --
13        MR. FRIGERIO: Steve, are you there?
14        MR. BARRON: I rejoined. Thanks.
15        MR. FRIGERIO: Oh, okay.
16        MR. WINDHAM: Hey, Stephen.
17    Q. (BY MR. WINDHAM) All right. Bates 2053, tell
18 me when you're there.
19    A. So 2055 --
20    Q. Yeah.
21    A. -- has some narcotics training on it.
22    Q. Oh, thank you. Yeah, that's the one I meant
23 to go to, 8/17. So you're doing exactly what I hoped
24 you would do is correct me.
25        All right. So time started, 8:30, time

1 ended, 2:30, so that's going to be six hours again,
2 right?
3    A. Yes.
4    Q. Sniffs, one, two, three, four, five, six
5 sniffs, right?
6    A. Yes.
7    Q. And then I don't see any blanks, do you?
8    A. No.
9    Q. I don't see any hemp or cash noted, do you?
10    A. No.
11    Q. And I don't see any distractions noted, do
12 you?
13    A. They do a very poor job of noting what
14 distractions would be there. I'm looking at wall
15 lockers that are heavily used with human odor, those
16 are diversions and distractions, and yet they are
17 not -- they are not noting them as diversions and
18 distractions, which they should be doing.
19    Q. Okay.
20    A. I think it's just a -- maybe they could have
21 been more detailed here.
22    Q. Okay. Now, I believe there are some where
23 they do note it, so I'm just going to -- I'm going to
24 record where they do and where they don't, if that's
25 fair.

1    A. Yes.
2    Q. Okay. 9/21, I believe is the next one.
3 That's going to be Bates 2049?
4    A. We have 2053 also.
5    Q. 2053, cool, let me add that. Okay, so -- oh,
6 there's two on 8/17. I think this is a duplicate.
7 Tell me if you agree with that. I think it's exactly
8 the same, it's just labeled --
9    A. Okay. I was just looking at the number at the
10 bottom.
11    Q. Yeah, no, I appreciate it.
12    A. Yes, it looks like they are the same.
13    Q. Okay, that's what I thought. That's probably
14 why I didn't note it. So back to 9/21, that's going to
15 be 2049. Let me know when you're there.
16    A. Got it.
17    Q. Okay. Hours, it looks like that's from 8:30
18 to 2:00 p.m., so that's going to be 5-1/2 hours. All
19 right?
20    A. Okay.
21    Q. Yeah, 5-1/2 hours.
22        Sniffs, I see four. Do you see four?
23    A. Yes.
24    Q. Blanks, I see none here. Do you see none?
25    A. I do not see any.

1    Q. No hemp or cash noted, right?
2    A. Correct.
3    Q. And then it looks like there are distractions
4 noted here. I see -- tell me if I'm summarizing this
5 right, it looks like animal and people are the
6 distractions noted.
7    A. That's what it looks like to me.
8    Q. So let's go to the next one.
9    A. Hang on.
10    Q. Sorry, go ahead.
11    A. Is "cat" an animal?
12    Q. I think that means category, but tell me if
13 you're reading that differently.
14    A. I don't know. Maybe it means --
15    Q. A cat?
16    A. -- cat poop.
17    Q. Okay. Are you -- tell me if you're
18 comfortable with me writing "animal" and "people." I'm
19 just writing "yes" -- I'm just writing "yes' for
20 distractions.
21    A. Okay, yeah.
22    Q. So I'm not even specifying on the spreadsheet.
23 I'm not getting that detailed here. For 10/5, the next
24 one, I believe, I see Martin Molina, 2047 will be the
25 number. Let me know when you're there.

55 (Pages 214 - 217)

1    A.  Yes.
2    Q.  So this one would be 8:00 a.m. to 2:30 p.m.
3  and that's going to be 6-1/2 hours, right?
4    A.  Yes.
5    Q.  And he only did one sniff, right?
6    A.  That's what it looks like.
7    Q.  And then there's -- I don't see a reference to
8  "blank" in the way we did for prior forms, right?
9    A.  Correct.
10    Q.  But it doesn't say what narcotic was used and
11  there's nothing about hemp or cash or a reference to
12  distractions, right?  Do you agree?
13    A.  I'm not quite understanding what he wrote.
14    Q.  Okay, that's fine.  Take your time.
15    A.  It almost looks like he did a narcotics
16  search, but it was a blank.
17    Q.  You read this to be a blank?
18    A.  This is -- this is a blank.
19    Q.  Okay.  And that's based on what, the note?
20    A.  Well, if you look in here and see he did --
21  bracketed an open area and that it was a narcotics
22  training and there's no narcotics noted.
23    Q.  What -- just so I'm understanding what
24  that would mean, what would it mean to bracket an open
25  area?

1    A.  Again, you have to make an assumption that he
2  was given a task to go look for narcotics in an -- in
3  an area on the ground, like as if somebody had tossed
4  it, and it was a blank and it shows here that not --
5  training non-find tasks, one.
6    Q.  Okay, training non-find tasks, I see.  So the
7  idea would be this a non-find, we're not looking for
8  a find?
9    A.  Correct.
10    Q.  Okay, got it.  So I'm going -- I'm going to
11  agree with that.  That's going to be -- that's going to
12  be a blank.  10/12 of 2021, I think is the next one.
13  That's going to be 2045.
14    A.  Yes.
15    Q.  Okay.  That's 8:00 a.m. to 2:30 p.m., which is
16  6-1/2 hours, right?
17    A.  Yes.
18    Q.  Three sniffs, correct?
19    A.  Yes.
20    Q.  No blanks noted, right?
21    A.  Multiple distractors.
22    Q.  Right.  So just to go through the order, no
23  blanks noted, right?
24    A.  I don't see a blank listed.
25    Q.  And then no hemp or cash noted, right?

1    A.  None.
2    Q.  But there are distractions noted, right?
3    A.  Yes.
4    Q.  Okay.  Let's move to the next one, 10/13
5  of 2021.  It's just on the next page.  So on this one,
6  it looks like this is an hour; is that fair?
7    A.  That's what it looks like.
8    Q.  And then it looks like he performed seven
9  sniffs, one, two, three, four, five, six, seven; is
10  that fair?
11    A.  That's what he notes.
12    Q.  Okay.  Do you find -- you said that with a
13  voice that made me wonder if you're thinking something.
14    A.  I'm just trying to read what --
15    Q.  Okay.  That's okay.
16    A.  -- read what he did.
17    Q.  Okay, got it.  And I don't see any blanks
18  here, do you?
19    A.  No.
20    Q.  And then no cash or hemp noted, right?
21    A.  No.
22    Q.  And then do you see any distractions noted?  I
23  don't --
24        MR. FRIGERIO:  Objection, form.  On
25  page 2043, they are talking about a blank, five cars

1  with four finds.
2        THE WITNESS:  This is one of the problems
3  with this recordkeeping that although he had a find
4  in a car, we don't know what his assignment was.  Was
5  it to go search six cars and one of them had a find or
6  was it to search one car with one find?
7        For me, this is a difficult thing for me
8  to determine numbers from and that's why I did
9  estimates.
10    Q.  (BY MR. WINDHAM)  Totally.  I understand.
11    A.  And so when I look at this, I'm like, "I would
12  teach you to do different recordkeeping."
13    Q.  I understand.  And I'm just -- honestly, I'm
14  asking what the forms note.  I'm not asking what you
15  think happened or you're in his head or anything like
16  that.  If the reality of what happened is different
17  than what the forms say, I'm not going to hold you to
18  it.
19    A.  Yeah.
20    Q.  I just want to come up with the numbers of
21  what the forms say.
22        MR. WINDHAM:  So I take your point,
23  Charles.
24    Q.  (BY MR. WINDHAM)  It looks like there's one
25  blank noted; is that fair?

56 (Pages 218 - 221)

Page 222

1     A.   The format of these is very difficult for me
2   to look at and have any real determination as to what
3   they're doing.
4     Q.   I'm asking what's noted.  So it looks to me --
5     A.   Yeah, it's what's noted.
6     Q.   I see the word "blank" one time.  Do you see
7   the word "blank" one time, one blank?
8     A.   One blank.
9     Q.   Okay, thank you.
10          And then I see no distractions noted,
11  right?
12    A.   Correct.
13    Q.   All right.  10/19 -- thanks -- that's 2041.
14  So it looks like this training was 6-1/2 hours, right?
15    A.   Yes.
16    Q.   It looks like there were four sniffs
17  performed, right?
18    A.   Yes.
19    Q.   It looks like there are no blanks noted; is
20  that fair?
21    A.   Yeah, I don't see any blanks.
22    Q.   And then no cash or hemp noted, right?
23    A.   No.
24    Q.   And no -- actually, it looks like there are
25  distractions noted, correct?

Page 223

1     A.   Quite a few distractions.
2     Q.   Okay, I'm going to put yes for that.
3          10/21, which is on 2038.  We're making
4   our way down.  The time for this would be -- well, 9:29
5   to 1:00 p.m.  Is it going to give you heartburn if I
6   round to 9:30?
7     A.   I think that's fine.
8     Q.   Okay.  So it's going to be, let's see, three
9   hours and 30 minutes; is that fair?
10    A.   Yes.
11    Q.   Okay.  Sniffs, I see four; is that fair?
12    A.   Yes.
13    Q.   And no blanks noted, right?
14    A.   Yes, nothing noted.
15    Q.   No cash or hemp noted, right?
16    A.   Correct.
17    Q.   And then I just had a question about -- it
18  looks like there are distractions here, right?
19    A.   There are.
20    Q.   And I just didn't really get -- obviously,
21  you're trying to read these forms the same way I am,
22  but what would it mean for human order to be a
23  distraction, just so I can kind of get it?
24    A.   Well, in placing out aids, whether we like it
25  or not, we're placing human odor in the area.  And so

Page 224

1   having humans and human odor in the area is a -- is a
2   distractor, is a diversion.
3     Q.   Okay.
4     A.   We find that dogs, on occasion, can do things
5   like learn in conjunction with their assigned odors.
6   The odor of latex gloves, so every time they put out
7   finds, latex gloves are used.  They are amazingly adept
8   at trying to figure us out and so we have to
9   continually do things, whether that's go do sniffs in
10  areas we know are terribly contaminated, which is my
11  strategy, or we have to put out those diversions and
12  distractions.
13    Q.   Okay.
14    A.   I can tell you that what I wish here that they
15  had is they had given a description of the location.
16  I'm sure they know the locations off the top of their
17  head, but I wouldn't know, and then the environment
18  they were working in, it would have been nice for me to
19  evaluate this stuff.
20    Q.   Yeah.
21    A.   It's very difficult to make an evaluation from
22  this, other than that they invested time and obviously
23  had structured training.
24    Q.   Okay.  So at least as you sit here today,
25  you're looking through these forms and you've reviewed

Page 225

1   all of them, right?
2     A.   I've flipped through every single one of these
3   things.
4     Q.   Yeah.  And you just -- you can't draw
5   conclusions about what actually went on in these
6   trainings based on these forms?
7     A.   You can draw some basic conclusions.
8     Q.   Okay.
9     A.   But the details are -- are escaping me.
10    Q.   Okay.  What are the basic conclusions that you
11  can draw?
12    A.   That they went out and they did -- they had a
13  find set up for him, they were able to go out and do
14  the work, they noted whether or not they had mistakes
15  made and whether or not they found what -- the items
16  that were placed out for them to find.
17          What's lacking is a description of the
18  environment --
19    Q.   Okay.
20    A.   -- and a description of the search.  I suspect
21  that, built into this, we have a whole bunch of blanks
22  that aren't even recorded.  Go do those three vehicles,
23  get two blanks and one find.
24    Q.   Okay.
25    A.   I suspect, I don't know that for sure, but

57 (Pages 222 - 225)

1  that is generally the structure that I see most
2  departments work with.
3      Q.  Okay.  But you don't know one way or the
4  other, do you?
5      A.  No.  It's not -- it's not possible from these
6  to know one way or the other.
7      Q.  And so, too, it wouldn't be possible for a K9
8  unit supervisor reviewing these forms to know that
9  either, would it?
10     A.  Unless he observed training.
11     Q.  Correct.  Okay.  So unless a a K9 unit
12 supervisor was actually at these trainings, he wouldn't
13 be able to look at these forms and fully understand
14 what went on, would he?
15     A.  He would probably have to ask questions.
16     Q.  Got it.  And who would he ask?
17     A.  Probably whoever is in charge of training.
18     Q.  The trainer?
19     A.  Whoever the assigned trainer is.
20     Q.  Got it.  Okay.  So what about the next one?
21 We're just going to finish this out.  11/2 of '21, so
22 that would be 2035, I believe.  It looks like this one
23 is --
24     A.  Hold on.
25     Q.  Oh, sorry, go ahead.  Take your time.

1      A.  I'm looking for it.  2037, 2036, 2035, there
2  it is.
3      Q.  Okay.  And I think this is from 8:00 a.m.
4  to 2:30, right?
5      A.  Yes.
6      Q.  6-1/2 hours, fair?
7      A.  Yes.
8      Q.  Listed as five sniffs, right?
9      A.  Yes.
10     Q.  I'll just say "listed as" so I'm not giving
11 you heartburn because I understand your apprehension.
12     A.  Right.
13     Q.  Listed as no blanks, right?
14     A.  I don't see any.
15     Q.  No hemp or cash noted, right?
16     A.  Correct.
17     Q.  And then no distractions either, right?
18     A.  Correct.
19     Q.  Okay.  The next one, 11/9 of 2021, that's
20 2033.
21     A.  Yes.
22     Q.  Okay.  This one looks like it's from 8:00 a.m.
23 to 2:30, so that's 6-1/2 hours, right?
24     A.  Yes.
25     Q.  It looks like there are four sniffs noted,

1  right?
2      A.  Yes.
3      Q.  No blanks noted, correct?
4      A.  None noted.
5      Q.  No cash or hemp noted, right?
6      A.  Correct.
7      Q.  And then no distractions noted, right?
8      A.  Correct.
9      Q.  11/16 of 2021, which is on 2029.  Okay.
10 Hours, it looks like this is 6-1/2 hours, right?
11     A.  Correct.
12     Q.  It looks like there are four sniffs noted,
13 correct?
14     A.  Correct.
15     Q.  No blanks noted, right?
16     A.  None noted.
17     Q.  No cash or hemp noted, right?
18     A.  Correct.
19     Q.  And then no noted distractions, right?
20     A.  None noted.
21     Q.  And then 11/23 of '21, which is 2027.  Sorry
22 if I'm going fast.  I just -- you know, trying to work
23 our way through here.
24          This is going to be 6-1/2 hours, correct?
25     A.  Yes.

1      Q.  And then I see nine sniffs noted; is that
2  fair?
3      A.  Yes.  Two blanks.
4      Q.  Right.  So just to -- I was going to say that,
5  but just before we get that there, nine sniffles noted,
6  right?
7      A.  Yes.
8      Q.  And it looks like two blanks are noted, right?
9      A.  Yes.
10     Q.  And no cash or hemp noted, correct?
11     A.  Correct.
12     Q.  And then no distractions noted, right?  Is
13 that correct?
14     A.  Correct.
15     Q.  Okay.  2025, which is on 11/30.
16     A.  Yes.
17     Q.  Okay.  So that's going to be 8:00 a.m. to
18 2:30, 6-1/2 hours, right?
19     A.  Yes.
20     Q.  Four sniffs noted, right?
21     A.  Yes.
22     Q.  No blanks noted, right?
23     A.  Correct.
24     Q.  No cash or hemp noted, right?
25     A.  Correct.

Page 230

1   Q.   No distractions noted, right?
2   A.   Correct.
3   Q.   Okay.  January 1st of 2022 -- or 4th, I'm
4   sorry, January 4th, 2022, which is Bates 2022, that's
5   going to be six hours, correct?
6   A.   Yes.
7   Q.   Yeah.  Four sniffs noted, right?
8   A.   Correct.
9   Q.   Then no blanks noted, right?
10  A.   No.
11  Q.   No cash or hemp noted, right?
12  A.   Correct.
13  Q.   No distractions noted, right?
14  A.   Correct.
15  Q.   Okay.  January 18th of 2022, Bates 2020, it
16  looks like there's six hours of training there, right?
17  A.   Yes.
18  Q.   Three sniffs noted, right?
19  A.   Yes.
20  Q.   No blanks noted, correct?
21  A.   Correct.
22  Q.   No cash or hemp noted, right?
23  A.   Correct.
24  Q.   And no distractions noted, right?
25  A.   Correct.

Page 231

1   Q.   Okay.  1/25 of 2022, which is on 2015.
2   There's a handful more here.
3        So that's going to be six hours, right?
4   A.   Yes.
5   Q.   This to me looks like there are 17 sniffs; is
6   that fair?
7   A.   There's a bunch.  Let me count.
8   Q.   Yeah, feel free.
9   A.   Yeah.
10  Q.   Okay.  17 sniffs, I see one, two, three, four,
11  five, six, seven, eight, nine, ten, 11, 12 blanks; is
12  that fair?
13  A.   That's what I'm seeing.
14  Q.   Okay.  No cash or hemp, right?
15  A.   Correct.
16  Q.   And then it looks like there are some
17  distractions noted, right?
18  A.   There are.
19  Q.   Okay.  We're at February 1st of 2022, which is
20  at Bates 2013.  That's -- sorry, go ahead.
21  A.   Okay.
22  Q.   That's going to be six hours, right?
23  A.   Yes.
24  Q.   Two sniffs, right?
25  A.   Yes.

Page 232

1   Q.   No blanks, right?
2   A.   No blanks.
3   Q.   No cash or hemp, right?
4   A.   Correct.
5   Q.   And then distractions are noted, right?
6   A.   Yes.
7   Q.   Okay.  2/15, which is at Bates 2011, and we're
8   now in the month before the stop of Mr. Schott, right?
9   A.   Yes.
10  Q.   This is going to be six hours, right?
11  A.   Yes.
12  Q.   Four sniffs, right?
13  A.   Yes.
14  Q.   One blank; is that fair?
15  A.   Yes.
16  Q.   And no cash or hemp noted, right?
17  A.   None.
18  Q.   And then no distractions noted, right?
19  A.   I have a question.
20  Q.   Yeah, sure.
21  A.   It lists a bindle on the second search.
22  Q.   I was going to ask you what that was.
23  A.   And it sounds like they put a diversion or
24  distraction in.  A bindle is a -- are you aware of what
25  a bindle is?

Page 233

1   Q.   No, please tell me.
2   A.   Okay.  A bindle is usually a folded magazine
3   or picture or something, which is used to hold narcotic
4   and distribute narcotic.  So it looks like they put a
5   distractor in and didn't notice -- note anything, which
6   is -- just shows that they -- these are not terribly
7   detailed.
8   Q.   Okay.  So for this 20 -- sorry, Bates 2011,
9   which is on 2/15, your view is that a bindle is a
10  distraction?
11  A.   If it had no narcotics, then it's a
12  distraction.
13  Q.   Okay.  But you don't know one way or the
14  other?
15  A.   I -- they say it's a blank, so that would make
16  me assume that there's no narcotic there if they are
17  recording blanks.
18  Q.   So is it fair if I note that as a blank, but
19  no distraction noted?
20  A.   Correct.
21  Q.   Okay.  On February 22nd, 2022, which is 2009,
22  that's going to be six hours, right?
23  A.   Yes.
24  Q.   That's going to be four sniffs, right?
25  A.   Yes.

59 (Pages 230 - 233)

Page 234

1    Q.  That's going to be one blank again, right, the
2  bindle?
3    A.  Yes.
4    Q.  And then no cash or hemp noted, right?
5    A.  Correct.
6    Q.  And then no noted distractions, right?
7    A.  Correct.
8    Q.  And then the last one is going to be
9  March 15th of 2022, for narcotics trainings, at
10  Bates 2006.  And this would be the day before the stop
11  in this case, right, March 15th?
12    A.  Yes.
13    Q.  Okay.  And it looks like this was -- I keep
14  having to count on my fingers -- seven hours; is that
15  fair?
16    A.  Correct.
17    Q.  And only two sniffs, right?
18    A.  Correct.
19    Q.  No blanks?
20    A.  I don't see blanks, no.
21    Q.  And no cash or hemp noted, right?
22    A.  Correct.
23    Q.  And no distractions noted, right?
24    A.  Correct.
25    Q.  So let's just do a little bit of math.

Page 235

1        MR. WINDHAM:  Do you have your
2  calculator, Christen?
3        MS. HEBERT:  Oh, I always have my
4  calculator.
5    Q.  (BY MR. WINDHAM)  This is not why I went to
6  law school, to do math, but we're going to do our best.
7  Okay.  I'm going to hand you a calculator, sir.
8    A.  Oh, you can do it.  I trust you to do it.
9    Q.  You do?  Okay.  So in that case -- and I
10  appreciate that and you just tell me if you have a
11  reason to dispute what I'm doing here.  So I'm just
12  going to sum, let's see, B2 through B22, and it looks
13  like the total number of hours spent on training --
14  sorry, it looks like the total number of hours recorded
15  for narcotics training for Deputy Molina in this
16  ten-month period would be 123.5 hours; is that fair?
17    A.  Yes.
18    Q.  Okay.  Let's do the same thing for sniffs.  It
19  looks like the total number of sniffs in this same
20  ten-month period during these narcotics training
21  sessions would have been 103; is that fair?
22    A.  Yes.
23    Q.  Okay.  And the total number of blanks would
24  have been 18; is that fair?
25    A.  Yes.

Page 236

1    Q.  And then I don't see any sales here that say
2  cash or hemp was ever used, right?
3    A.  Correct.
4    Q.  In the training site?
5    A.  No.
6    Q.  Okay.  And then it looks like distractions
7  were noted in six of the 21 training sessions; is that
8  fair?
9    A.  Correct.
10    Q.  Okay.  All right.  So I'm going to do a little
11  math here still.  Over the course of ten months, there
12  are 123 hours of training.  So if we do 123.5 divided
13  by ten -- I know the answer to this, but for the sake
14  of -- I can't even use this calculator -- that's going
15  to be 12.35, right?
16    A.  Yes.
17    Q.  Okay.  So that's -- let me just write this
18  down somewhere.  12.35 per month, and then how many is
19  that going to be per week?  4.5 would be the divider
20  for that, right?
21    A.  Yes.
22    Q.  So 12.35 divided by 4.5, can you do that for
23  me?  So that's 2.74 hours per week on narcotics
24  training for Deputy Molina in this ten-month period
25  for -- between the NCATS certification in '21 and the

Page 237

1  stop of Alek Schott in 2022, right?
2    A.  That's what it looks like, yes.
3    Q.  And it looks like if you average out the
4  number of sniffs for those hours, let's do that math
5  here, how many sniffs is he going to be doing per hour
6  if you go 123.5 hours and 103 sniffs?  It looks like
7  that's 0.83, so we're talking about less than a sniff
8  an hour during this period during training; is that
9  fair?
10    A.  Yeah.
11    Q.  Okay.  And then in terms of blanks it looks
12  like -- what's 18 out of 103 in terms of a percentage?
13  I realize this is what's noted.
14        So it looks like 17 percent of the noted
15  sniffs had a blank; is that fair?
16    A.  Yes.
17    Q.  That's all for numbers.  So I just wanted to
18  ask you if you have any reaction to any of these
19  numbers.
20    A.  To the numbers, no.  And part of it is -- is
21  that I have learned very little from this
22  recordkeeping.
23    Q.  Okay.
24    A.  And, again, I think I stated earlier that what
25  needs to happen is when we're talking about dog

1  training, there needs to be communication and a trainer
2  needs to be able to evaluate what's going on.  This is
3  very, very simple, simplistic recordkeeping, and some
4  departments do it that way.  I'm not going to say one
5  is right or wrong.  I know some departments that the
6  only thing they keep up with is hours and that's it.
7  So I have a hard time looking at this and drawing any
8  real conclusions out of this.
9      Q.  Okay.  Do you have any -- I just want to be
10  clear for the record.  So you said you draw very little
11  conclusions from these numbers?
12      A.  Correct.
13      Q.  Okay.
14      A.  And now you know why I didn't do that.
15      Q.  No, I understand.
16          In terms of -- in terms of this ten-month
17  period, an analysis of the training detail reports for
18  this ten-month period between Molina and
19  Max's 2021 NCATS certification and the stop of Alek
20  Schott in 2022, you did not perform this kind of
21  numerical analysis, right?
22      A.  No.
23      Q.  Okay.  Let's shift gears a little bit.  I'm
24  going to hand you another exhibit.  All right.  This is
25  going to be tab --

1      A.  I've got these all out of order, I think.
2      Q.  That's okay.  We can organize them by Bates
3  stamp.
4          MR. WINDHAM:  This is going to be tab J,
5  and I think we're going to be using -- no, that's the
6  wrong one.  Remember, it's from the big box.  Oh, no, I
7  think that's right.
8          So I'm going to make this clear for the
9  record.  There is a document here that was
10  previously -- part of a previously marked exhibit, but
11  this exhibit is a different exhibit consisting of
12  different material, so we're going to remark this.
13          (Exhibit 107 marked)
14      Q.  (BY MR. WINDHAM)  So we're handing you what's
15  been marked as Exhibit 107.  All right.  Take a gander
16  at this and let me know when you've had a chance to
17  look at it.
18      A.  Okay.
19      Q.  Okay.  So I would like to do the same exercise
20  with these, and before I do that, just let me know,
21  have you seen these documents before?
22      A.  Yeah, I believe I have seen these, yeah.
23      Q.  Okay.
24      A.  These are deployment reports versus his
25  training reports.

1      Q.  Okay.  Is it fair to say, just for the record,
2  that Exhibit 107 consists of the K9 deployment reports
3  by Deputy Molina from, let's see here, March 3rd
4  of 2021 through August 23rd of 2023?
5      A.  I think I have one through October 2023.
6      Q.  Oh, thank you.  October 12th of 2023?
7      A.  Correct.
8      Q.  Okay.  So we're March 3rd of 2021 through
9  October 12th of 2023?
10      A.  Yes.
11      Q.  Thank you.
12          Did you read or review any other K9
13  detail reports for Deputy Molina aside from the ones in
14  front of you?
15      A.  I would have to look and see what I have in my
16  file, but this looks complete.
17      Q.  Okay.  All right.  So I'm going to open up a
18  new Excel sheet here in front us.  All right.  So there
19  are a few forms here that I feel as -- there's a date
20  for each report, right?  It looks like the report
21  indicates for every given K9 deployment whether there
22  was an alert.
23          Do you see that?
24      A.  Yeah.
25      Q.  And the --

1      A.  Utilizing the vocabulary --
2      Q.  Exactly, yeah.
3      A.  -- that Molina uses.
4      Q.  That's a fair caveat.  So we're going to use
5  Molina's vocabulary.  And there are boxes where he says
6  "alert given, indication," that kind of thing, right?
7      A.  Yes.
8      Q.  Okay.  They indicate in the activity finds
9  box, right, whether there were narcotics found.  Is
10  that fair?  You can flip through a few if you need to.
11      A.  Okay, yes.
12      Q.  Okay.  And then there's a note for some of
13  them that say whether it's a trace amount or not.
14          Do you see that?
15      A.  Yes.
16      Q.  And then there's also a box for field test.
17          Do you see that?
18      A.  Yes.
19      Q.  Okay.  And so there's also a box for approving
20  signature at the very bottom, right?
21      A.  Yes.
22      Q.  Okay.  So let's go through some of these.  I
23  want to start us on -- again, we're focused on that
24  ten-month period that we've been talking about, so I'm
25  going to go all the way to May 12th of 2021, which

Page 242

1  would be after the NCATS certification; is that fair?
2      A.  Okay.
3      Q.  So maybe I just mean -- yeah, so it looks like
4  the first May number is actually May 17th of 2021.
5          Do I have that right?  I just want to
6  make sure that you and I are on the same page.
7      A.  The first May date?
8      Q.  Yep, in 2021.
9      A.  Is that where we're starting?
10     Q.  Yes, May 17th of 2021.
11     A.  So these first ones, I can move this out?
12     Q.  Correct, yes.  So I'm on Bates --
13     A.  Bates 4837?
14     Q.  Correct.
15     A.  Okay.
16     Q.  Do you see -- you didn't see any earlier May
17  dates, did you?
18     A.  No.
19     Q.  Okay.  All right.  So it looks like -- I'm
20  just going to run through these in the same kind of
21  way.  Using Deputy Molina's lingo, it looks like an
22  alert was noted, right?
23     A.  Yes.
24     Q.  An indication was noted, right?
25     A.  Yes.  Again, for me this is confusing.

Page 243

1      Q.  Sure.
2      A.  I'm not sure how he's using "alert" and
3  "indication" these days.
4      Q.  Right.
5      A.  It seems like he uses it in terminology when
6  he talks differently than what we have here.  If this
7  is my -- equivalent to my language, an alert followed
8  by an indication, but I don't know that that's how he's
9  using it here.
10     Q.  I understand.  And I think --
11     A.  And, you know, of course I didn't talk to
12  Molina --
13     Q.  Okay.
14     A.  -- about any of the --
15     Q.  You didn't talk to him at all before writing
16  your report?
17     A.  No, at all.
18     Q.  Okay.  Did you interview or talk to any Bexar
19  County Sheriff's officers?
20     A.  No.
21     Q.  Okay.  And I'm not going to ask you to divine
22  what Molina had in his head.  I'm just going to try to
23  compile the numbers on the forms.  Is that fair?
24     A.  It may not be.
25     Q.  Sure.

Page 244

1      A.  Because you're doing the same assumption that
2  I'm trying not to.
3      Q.  Well, I haven't offered you any conclusions or
4  anything.
5      A.  Well, but you're creating numbers and then
6  from that you want to draw conclusions.  And I don't
7  know that we can do that here.
8      Q.  That's -- and if your -- if your perspective
9  is that we can't look at these reports and draw
10  conclusions --
11     A.  We can tell how much -- how many deployments
12  and how many finds and that's about all we can come up
13  with.
14     Q.  Okay.  So I'm going to walk through and get
15  some of these numbers, and then I understand you have
16  your opinion about what we can draw from them.
17     A.  Yes.
18     Q.  I may have mine and we will go from there,
19  right?
20     A.  Right.
21     Q.  Okay.  So at least for 5/17 of 2021, it looks
22  like an alert is noted, right?
23     A.  Yes.
24     Q.  Indication is noted?
25     A.  Yes.

Page 245

1      Q.  Narcotics were found, right?
2      A.  Yes.
3      Q.  Trace amount, yes?
4      A.  That's what he noted.
5      Q.  There was no testing noted, right?
6      A.  Yeah, but --
7      Q.  And then there's no approving signature,
8  right?  Sorry, what did you say there?
9      A.  I just -- I'm getting the idea that you think
10  that everything needs to be tested.  And particularly
11  when it comes to what we call shake, I have never seen
12  anybody try to test shake.
13     Q.  Okay.
14     A.  And so I don't want to use that as a "Well, he
15  didn't test it, so it didn't happen."
16     Q.  I'm just asking if testing was noted.
17     A.  That's the implied thing that you're doing
18  here.  It's implied.
19     Q.  But testing -- testing is not noted here,
20  right?
21     A.  That's correct.
22     Q.  Okay.
23     A.  But I don't want it to sound like there's an
24  implication that that would -- that that's a failed
25  search.

Page 246

1    Q.  Well, let me ask you a question about that.
2    Is there any way of knowing whether shake is an illegal
3    narcotic without testing it?
4    A.  Not that I'm aware of.
5    Q.  Okay.
6    A.  But we also don't know that, even if we find
7    nothing, that there was an odor there because a dog
8    doesn't know substance.
9    Q.  Sure.
10   A.  They have no idea about substance.  They just
11   work with their nose.  And so I'm a little concerned
12   about collecting numbers that cannot be substantiated
13   one way or the other.
14   Q.  Uh-huh.  And I understand your concern and
15   it's on the record.
16   Q.  Now you know why I didn't do that.
17   Q.  Okay.  So I'm still going to run you through
18   these because I would like to get the numbers.
19   A.  Okay.
20   Q.  But I understand your concern.
21        So the approving signature, there is
22   none, right?
23   A.  Correct.
24   Q.  Okay.  5/19 of 2021 -- I'm sorry, that --
25   A.  That was 5/19.

Page 247

1    Q.  Yeah, that was 5/17 and now I'm on five --
2    this is the wrong exhibit.  Apologies.  I have a very
3    similar one to hand you, but this is not the right one.
4    A.  Okay.
5    Q.  And fortunately, we didn't get too far on this
6    one,
7    A.  Good.
8    Q.  But it's the same exercise.
9    A.  Okay.  So you want this back?
10   Q.  I would like it back.  And we can strike that
11   because it's not the correct exhibit.
12        MR. BARRON:  Is this another good
13   opportunity for a break, then, while we --
14        MR. WINDHAM:  Yeah, let's do that.  Let's
15   do that.
16        (Recess from 3:46 p.m. to 3:58 p.m.)
17   Q.  (BY MR. WINDHAM)  We're back on the record,
18   sir.  Do you recognize you're still under oath?
19   A.  Yes.
20   Q.  Great.  So we're going to try to get the
21   exhibit right this time.  I apologize for the
22   confusion.
23        MR. WINDHAM:  Josh, would you label --
24   actually, we're not doing that.
25        I pulled it up on the screen.  This is

Page 248

1    the correct exhibit, so we can just send it to you so
2    that you have it.
3        THE REPORTER:  Yeah.
4        Q.  (BY MR. WINDHAM)  And we're going to go
5    through that same exercise -- let me just make sure I
6    can see this -- of getting some numbers down.  And I'll
7    show you the Excel sheet at the end so that I'm not
8    like hiding it from you or anything.  I just want to
9    make sure we can all see the exhibit.
10        MR. WINDHAM:  Charles, if you need a copy
11   of this, I'm happy to send it to you.  All right.  So
12   I'm going to scroll through a little bit --
13        THE REPORTER:  What number are you going
14   to mark it?
15        MR. WINDHAM:  We're going to mark this
16   Exhibit 108.
17        THE REPORTER:  Okay.
18        (Discussion off the record).
19        (Exhibit 108 marked)
20   Q.  (BY MR. WINDHAM)  So I'll represent to you,
21   sir, that what I did here was just pull Deputy Molina's
22   K9 detail reports for this ten-month period we've been
23   talking about.
24   A.  Okay.
25   Q.  And this is starting at 5/12 of 2021, which is

Page 249

1    the earliest I could find, going all the way to the
2    March 16th, 2022 incident that this case is about.
3        Do you see how I scrolled from top to
4    bottom?
5    A.  Yes.
6    Q.  Okay.  And this is 40 pages.  I'm more than
7    happy to scroll through this with you, if you want,
8    just to confirm that these are all of those deployment
9    reports.  No need?
10   A.  I think -- no need.
11   Q.  Okay.  So -- and you would have reviewed these
12   in your preparation for this, right?
13   A.  Yes.
14   Q.  Okay.  All right.  So let's start at the very
15   bottom because that's the earliest date.  This is why I
16   was confused about -- I thought there was a March 12th.
17   There is a March 12th.
18        So this is going to be Bates 4845 and
19   we're just going to kind of pull these numbers.  So it
20   looks like here it's noted that there is -- the boxes
21   say, "Alert, yes, indication, yes," right, but then
22   overall, I see alert without indication.
23        Do you see that?
24   A.  I see "alert given, yes," and "indication
25   given, yes."

1    Q.   Okay.  And then above that it says, "Overall,
2   alert without an indication."
3            Do you see that?
4    A.   Yeah.
5    Q.   Okay.
6    A.   There was a little bit of -- I'm not sure what
7   we've got going on there.
8    Q.   Okay.  And I -- honestly, I don't have a
9   strong preference for how we mark this.  I just want to
10   mark what happened.
11            So my instinct, tell me if I'm wrong
12   about this, would be to mark the more detailed one
13   there.  So it says "alert without indication" in
14   writing.  My instinct is just to mark that's how the
15   report reads.
16    A.   That's fine.
17    Q.   Okay.  So let's go alert, yes, indication, no.
18   Narcotics found, I don't see any in the training finds,
19   do you?
20    A.   I'm not sure why there would be a training
21   find item there.
22    Q.   Yeah, I'm not sure why it's --
23    A.   For me, this was -- this method of
24   recordkeeping is a little confusing.
25    Q.   I understand.  I'm just asking if you see any

1   narcotics found.
2    A.   I don't see anything.
3    Q.   Okay.  So no narcotics found -- we will just
4   say that noted, it's none noted on the report.
5    A.   Okay.
6    Q.   And, therefore, you wouldn't have anything to
7   say for trace amount.  And then in terms of testing, it
8   looks like there was no testing performed, right?  Is
9   that fair?
10    A.   Yes.
11    Q.   And then no approving signature, right?
12    A.   Correct.
13    Q.   And then this is the one that we just did a
14   second ago when we were looking at the previous
15   exhibit, 5/17 of 2021.  I'm happy to go through it
16   again and get -- get the figures or we can just move
17   along.
18    A.   Just move along.
19    Q.   Okay.  The next one is going to be 5/19
20   of 2021, so it looks look an alert is noted, right?
21    A.   Alert and indication.
22    Q.   Okay, alert and indication are both noted.
23   Narcotics were found, right, in these activity finds?
24    A.   Yes.
25    Q.   And then none of them seem to be trace

1   amounts, right?
2    A.   I don't see any traces.
3    Q.   Okay.  And then there's no approving signature
4   at the bottom, right?
5    A.   Correct.
6    Q.   Okay.  And then testing, it looks like one of
7   them was tested, right, so we can put yes for that,
8   fair?
9    A.   Yes.
10    Q.   Okay.  5/26 of 2021 --
11    A.   So, actually --
12    Q.   Yes.
13    A.   -- I need to back up to that one.
14    Q.   The one before this?
15    A.   Did it say they were sent to the lab?  Is that
16   what that --
17    Q.   I see "field test, positive" and then I see
18   nothing in the lab column.
19    A.   Okay.  I'm just curious what that was all
20   about.
21    Q.   And what we're trying to record here, just so
22   you know, is whether any test was performed.  So to me,
23   it's just a yes.  Is that fair?
24    A.   Yes.
25    Q.   Okay.  And then the next one is going to be

1   5/26 of 2021, and it looks like an alert occurred,
2   right?
3    A.   Yes.
4    Q.   Or was noted, an indication was noted, right?
5    A.   Yes.
6    Q.   And then it looks like narcotics were found,
7   as noted on this report, right?
8    A.   Yes.
9    Q.   And it looks like it was a trace amount,
10   right?
11    A.   Yes.
12    Q.   And then no testing was performed, right?
13    A.   Correct.
14    Q.   And there was no approving signature, right?
15    A.   Correct.
16    Q.   Okay.  The next one is going to be 5/28
17   of 2021, alert, yes, right?
18    A.   Alert and -- and indication.
19    Q.   Correct.  And it looks like narcotics were
20   found, as noted, right?
21    A.   Correct.
22    Q.   And then it looks like they were both trace
23   amounts.  Is that fair?
24    A.   Yes.
25    Q.   So that's just going to be a yes.

Page 254

1     And then on testing, it looks like no
2 testing was performed, right?
3     A.   Correct.
4     Q.   And then no approving signature, fair?
5     A.   Yes.
6     Q.   And we're on 6/2 of 2021 now.  The overall
7 here says, "Alert without indication," so is it fair to
8 mark it that way?
9     A.   Yes.
10     Q.   Okay.  And it looks look narcotics were found,
11 fair?
12     A.   Yes.
13     Q.   And it notes that it was a trace amount,
14 right?
15     A.   Yes.
16     Q.   And no testing was performed, correct?
17     A.   Correct.
18     Q.   And no approving signature?
19     A.   Correct.
20     Q.   Okay.  And then for 6/2 of 2021, I see "alert
21 without indication," right?
22     A.   Correct.
23     Q.   And narcotics were found, correct?
24     A.   Correct.
25     Q.   And I don't believe three ounces is a trace

Page 255

1 amount, do you?
2     A.   No.
3     Q.   What would you call a trace amount, just
4 so I -- if it's not noted --
5     A.   Usually, what I would call a trace amount is
6 something that wasn't reasonable to try to do a field
7 presumptive test with.
8     Q.   Okay.
9     A.   That would -- that's the way I would look at
10 it.
11     Q.   Okay.  So if there's like a -- I don't know,
12 if there's a form that just doesn't list an amount of
13 weight, like it's -- there's no weight to that, that
14 would be a trace amount?
15     A.   Yes.
16     Q.   Okay.  And then there's no approving signature
17 here, right?
18     A.   Correct.
19     Q.   And then no testing, correct?
20     A.   Correct.
21     Q.   All right.  And then it looks like there was
22 an alert and indication here, right?
23     A.   Yes.
24     Q.   And narcotics were found, correct?
25     A.   Yes.

Page 256

1     Q.   And no testing was performed, right?
2     A.   No, it doesn't look like it.
3     Q.   And then no approving signature, right?
4     A.   Correct.
5     Q.   And then we would say, because there are
6 measurable amounts here, that wouldn't be trace, right?
7     A.   Correct.
8     Q.   6/11 of 2021, alert, yes, indication, yes,
9 right?
10     A.   Correct.
11     Q.   No narcotics found, right?
12     A.   Correct.
13     Q.   And then no testing or approving signature,
14 correct?
15     A.   Correct.
16     Q.   6/21 of 2021, alert, yes, indication, yes,
17 right?
18     A.   Yes.
19     Q.   Narcotics were found, right?
20     A.   Right.
21     Q.   And unassigned, so two quantity of
22 unassigned -- kind of going back to what we talked
23 about a second ago --
24         MR. FRIGERIO:  He's off now.
25         MR. WINDHAM:  Oh, okay.  We will take a

Page 257

1 pause.
2         MR. FRIGERIO:  Are you back on, Steve?
3         MR. BARRON:  Yes, sir.
4         MR. WINDHAM:  Are we still on the record.
5 Okay, great.
6     Q.   (BY MR. WINDHAM)  So this "2.00, unassigned"
7 next to the narcotic find, how do you read that?
8     A.   It doesn't have a unit, so I'm not sure how to
9 read that.
10     Q.   Okay.  Is it fair to call it trace if there's
11 no like weight amount?
12     A.   I don't think we can say its trace or not
13 trace.
14     Q.   So we just don't know.  Is that fair?
15     A.   It's just --
16     Q.   How about question mark?  Is that fair?
17     A.   Yeah.
18     Q.   Question mark?
19     A.   We don't know.
20     Q.   All right.  No testing, right?
21     A.   Correct.
22     Q.   And no approval of signature, right?
23     A.   Correct.
24     Q.   6/23 of 2021, alert, yes, indication, yes,
25 right?

Page 258

1    A.  Yes.
2    Q.  Narcotics were found, correct?
3    A.  Correct.
4    Q.  And it was a trace amount, as noted on the
5  report, right?
6    A.  Correct.
7    Q.  And then no testing or signature, correct?
8    A.  Correct.
9    Q.  6/25 of 2021, alert, yes, indication, yes,
10  right?
11    A.  Yes.
12    Q.  Narcotics found, correct?
13    A.  Yes.
14    Q.  Not a trace amount, right?
15    A.  Correct.
16    Q.  And no testing or signature, right?
17    A.  Correct.
18    Q.  And when I say "signature," I'm talking about
19  the approval signature.
20    A.  Yes.
21    Q.  7/28 of 2021, alert, yes, indication, yes,
22  right?
23    A.  Correct.
24    Q.  Narcotics were found, correct?
25    A.  Yes.

Page 259

1    Q.  Not a trace amount, right?
2    A.  Correct.
3    Q.  And then no testing or approval signature,
4  right?
5    A.  Correct.
6    Q.  8/10 of 2021, alert, yes, indication, yes,
7  right?
8    A.  Yes.
9    Q.  Narcotics were found, correct?
10    A.  Yes.
11    Q.  Not a trace amount, right?
12    A.  Correct.
13    Q.  And then it looks like there was testing,
14  right?
15    A.  Yes.
16    Q.  And then no approval signature, correct?
17    A.  Correct.
18    Q.  And then 9/1 of 2021, alert, yes, indication,
19  yes, right?
20    A.  Yes.
21    Q.  And then it's going to be narcotics in a trace
22  amount, right?
23    A.  Correct.
24    Q.  And then no testing or signature, correct?
25    A.  Correct.

Page 260

1    Q.  All right.  9/6 of 2021, alert, yes,
2  indication, yes, right?
3    A.  Yes.
4    Q.  Narcotics at a trace amount, right?
5    A.  Yes.
6    Q.  And then no testing or signature, correct?
7    A.  Yes.
8    Q.  9/6 of 2021, I believe this is a different
9  incident, yes.  So we've got 9/6 that is Bates 4747 and
10  we've got a 9/6 that is Bates 4748, just for the
11  record.  Is that fair?
12    A.  Yes.
13    Q.  Okay.  So this is going to be alert, yes,
14  indication, yes, right?
15    A.  Yes.
16    Q.  Narcotics, not a trace amount, right?
17    A.  Correct.
18    Q.  Field testing, yes, right?
19    A.  Yes.
20    Q.  And then no signature, right?
21    A.  Yes.
22    Q.  9/21 of 2021 would be alert, yes, indication,
23  yes, right?
24    A.  Yes.
25    Q.  I don't even know how to read this.  Is your

Page 261

1  view that if there's a 1.00, that means narcotics were
2  found?
3    A.  I have no idea what it means.
4    Q.  You have no clue, okay.  So let's put a
5  question mark.  Is that fair?
6    A.  Question mark on that one.
7    Q.  All right.  And then a question mark on trace
8  as well.  And then no testing, right?
9    A.  Correct.
10    Q.  And then no approval signature, right?
11    A.  Correct.
12    Q.  Just as a matter of K9 detector -- or
13  narcotics detection dog best practices, if illegal
14  narcotics were found in a vehicle, what do officers
15  generally do with those illegal narcotics?
16    A.  You find something that is chargeable.
17  Generally, it is collected and put into evidence.
18    Q.  Okay.
19    A.  That's -- that's normally what I see.
20    Q.  Have -- I'm sorry, go ahead.
21    A.  So I don't know about the state of Texas.
22  Where I'm -- where I was from, we did have some degree
23  discretion in misdemeanors and it wasn't unusual for us
24  to just say, "All right, you've got a misdemeanor
25  amount, I'm not willing to go to court over a $50

66 (Pages 258 - 261)

Page 262

1 ticket."
2    Q. Okay.
3    A. "Dump it and you can go away."
4    Q. So we really can't look at this and decide
5 either way?
6    A. Correct.
7    Q. All right. For 9/29 of 2021, alert, yes,
8 indication, yes, right?
9    A. Correct.
10   Q. No narcotics found, right?
11   A. No.
12   Q. And then no testing or approval signature,
13 correct?
14   A. Correct.
15   Q. And 10/14 of '21, alert, yes, indication, yes,
16 right?
17   A. Correct.
18   Q. Trace amount of marijuana, right?
19   A. Yes.
20   Q. And then no testing or approval -- oh, wait,
21 testing, yes, right? I'm sorry, no testing.
22   A. No testing.
23   Q. Sorry about that.
24       And yes, approval signature?
25   A. Yes.

Page 263

1    Q. And that was by Rene Ochoa, right, it looks
2 like?
3    A. Yes, that one did get signed.
4    Q. 10/24 of 2021, alert, yes, indication, yes,
5 right?
6    A. Yes.
7    Q. Narcotics, yes?
8    A. Yes.
9    Q. And that is -- is a gram a trace amount?
10   A. I would -- in my -- I wouldn't have done
11 anything with a gram of marijuana in my career. How's
12 that?
13   Q. That's fine. So can we call it a trace --
14   A. It's not worth -- it's not worth the drive to
15 the courthouse.
16   Q. If we mark it as trace, will that give you
17 heartburn?
18   A. Go ahead and mark it as trace.
19   Q. Okay. And then no testing, right?
20   A. Correct.
21   Q. And then it was approval signatured, right?
22   A. Yes.
23   Q. All right. 10/28 of 2021, using the "overall"
24 box there, alert, yes, but indication, no, right?
25   A. Correct.

Page 264

1    Q. And then --
2    A. Although above it, it says, "Alert with an
3 indication." So it's alert with -- or without an
4 indication.
5    Q. That's what I see.
6    A. But then he has alert with an indication, so
7 I'm confused.
8    Q. When we -- so am I. But when we did this with
9 an earlier record, we marked it as the more specific
10 text we would follow, so alert without indication is
11 what we used. So I just want to make the record
12 consistent.
13   A. Yeah, I don't know what to make of it,
14 frankly.
15   Q. Okay. Do you have any objection to me putting
16 alert, but no indication?
17   A. No.
18   Q. Okay. And then it looks like there is no
19 narcotics found, at least as noted, correct?
20   A. Correct.
21   Q. Or testing, right?
22   A. Correct.
23   Q. But there is an approval signature. Is that
24 fair?
25   A. Yes.

Page 265

1    Q. 10/28 of 2021, it looks like there's no alert
2 or indication, right?
3    A. Correct.
4    Q. And then no drugs found, no testing, right?
5    A. Yeah, of course.
6    Q. And then there was a signature, right?
7    A. Yes.
8    Q. Okay. 11/10 of 2021, we're going to --
9 applying our same method from last time of following
10 the overall box, alert, yes, indication, no, right?
11   A. Correct.
12   Q. No drugs found, correct?
13   A. Correct.
14   Q. And then no testing or signature, correct?
15   A. Correct.
16   Q. 11/16 of 2021, alert, yes, indication, yes,
17 correct?
18   A. Correct.
19   Q. Four kilos of meth found, correct?
20   A. Correct.
21   Q. So that's going to be yes, narcotics and no,
22 trace.
23       No testing, right?
24   A. Correct.
25   Q. And then no signature, right?

67 (Pages 262 - 265)

Page 266

1  A.  Correct.
2  Q.  January 13th of 2022, alert, yes, indication,
3  no, right?
4  A.  Correct.
5  Q.  No drugs found and, therefore, no trace,
6  right?
7  A.  Correct.
8  Q.  And then no testing or approval signature,
9  right?
10  A.  Correct.
11  Q.  11/13 of 2022, alert, yes, indication, no,
12  right?
13  A.  Correct.
14  Q.  Narcotics found, right?
15  A.  Correct.
16  Q.  No testing or signature, right?
17  A.  Correct.
18  Q.  And it's not a trace amount of narcotics,
19  right?
20  A.  Right.
21  Q.  All right.
22  A.  No signature.
23      (Discussion off the record)
24  Q.  (BY MR. WINDHAM)  Okay.  So let's just do this
25  again since we're pretty quick about this.  We're on

Page 267

1  Bates 4684, we're on 11/16 of 2021 and this is the 231
2  Noblewood Drive incident.  Alert, yes, indication, yes,
3  right?
4  A.  Correct.
5  Q.  Narcotics, yes, not a trace amount, right?
6  A.  Correct.
7  Q.  No testing, no signature, right?
8  A.  Correct.
9  Q.  Okay.  1/13 of 2022 is going to be alert, yes,
10  indication, no, right?
11  A.  Correct.
12  Q.  No drugs or signature, right?
13  A.  Correct.
14  Q.  Therefore, no testing or trace, right?  Is
15  that fair?
16  A.  Correct.
17  Q.  1/13 of 2022, this is going to be alert, yes,
18  indication, no, right?
19  A.  Correct.
20  Q.  Narcotics, yes, not a trace amount, right?
21  A.  Correct.
22  Q.  No testing or signature, correct?
23  A.  Correct.
24  Q.  1/17 of 2022 is going to be alert, yes,
25  indication, yes, correct?

Page 268

1  A.  Correct.
2  Q.  Narcotics, yes, trace amount, correct?
3  A.  Correct.
4  Q.  And no testing or signature, correct?
5  A.  Correct.
6  Q.  1/19 of 2022 is going to be alert, yes,
7  indication, yes, correct?
8  A.  Correct.
9  Q.  It looks like narcotics were found, right?
10  A.  Yes.
11  Q.  And then would you call 1.1 grams trace or
12  not?
13  A.  No.
14  Q.  Okay.  And then field testing, yes, right?
15  A.  Yes.
16  Q.  And then approval signature, no, right?
17  A.  Correct.
18  Q.  We're getting there.
19      1/27 of 2022, alert, yes, indication,
20  yes, right?
21  A.  Correct.
22  Q.  Trace -- sorry, narcotics, yes, trace amount,
23  yes, right?
24  A.  Correct.
25  Q.  No testing or signature, correct?

Page 269

1  A.  Correct.
2  Q.  1/27 of 2022, alert, yes, indication, yes,
3  correct?
4  A.  Yes.
5  Q.  Trace amount of narcotics, correct?
6  A.  Correct.
7  Q.  No testing or signature, correct?
8  A.  Correct.
9  Q.  February 8th of 2022, alert, yes, indication,
10  yes, correct?
11  A.  Correct.
12  Q.  Narcotics, not a trace amount, correct?
13  A.  Correct.
14  Q.  And then no testing or signature, correct?
15  A.  Correct.
16  Q.  All right.
17  A.  Although I don't know what the units of a
18  bundle is.
19  Q.  Same, but is -- I think I'm happy to agree
20  with you that it's not a trace amount, right?
21  A.  Correct.
22  Q.  Okay.
23  A.  I mean, it's either a large -- a huge
24  quantity, 35 kilos or 35 pounds or a misspelled bindle.
25  Q.  Okay.  I mean, just -- I guess to be

Page 270

1  comprehensive, if there were 35 units of bindle, what
2  would that mean?
3      A.  Depending on how they cut their -- cut their
4  stuff into bindles.  Usually that would be like a gram.
5      Q.  Okay.  But that wouldn't be a trace amount?
6      A.  No.
7      Q.  Okay.  All right.  So we're on February 10th
8  of 2022; alert, yes, indication, yes, right?
9      A.  Yes.
10     Q.  Narcotics found, not a trace amount, correct?
11     A.  Correct.
12     Q.  No testing or signature, correct?
13     A.  Correct.
14     Q.  February 17th of 2022, alert, yes, indication,
15  yes, correct?
16     Q.  Marijuana found -- or narcotics found, right?
17     A.  Correct.
18     Q.  Not a -- or you tell me, is two grams a trace
19  amount?
20     A.  No.
21     Q.  Okay.  And --
22     A.  Let me just qualify that.
23     Q.  Sure.
24     A.  I'm assuming that he's using one as an
25  under-a-gram small amount.  I'm just guessing.  That's

Page 271

1  what I assume.
2      Q.  Same.
3      A.  You know, that he found a bunch of shake and
4  he didn't go through and comb it all out of the carpet
5  or something.
6      Q.  Yeah.  So for this two grams, that's not a
7  trace amount?
8      A.  No, I think that's a substantial difference.
9      Q.  Okay.  No testing or signature, correct?
10     A.  Correct.
11     Q.  And then 2/18 of 2022, alert, yes, indication,
12  yes, correct?
13     A.  Yes.
14     Q.  Trace amount of narcotics, correct?
15     A.  Correct.
16     Q.  No testing or signature, correct?
17     A.  Correct.
18     Q.  2/24 of 2022, alert, yes, indication, yes,
19  correct?
20     A.  Correct.
21     Q.  Narcotics found, correct?
22     A.  Correct.
23     Q.  Do you consider 0.85 a trace amount?
24     A.  Maybe if you measured it.  It's so incomplete.
25  It's more than half a gram.

Page 272

1      Q.  Okay.
2      A.  And they distribute -- they will sell half a
3  gram.  That's not uncommon.
4      Q.  So for this --
5      A.  I would call it -- for methamphetamine, I
6  would say that it's not a trace amount.
7      Q.  Okay, got it.  So no trace amount on this
8  February 24th record, correct?
9      A.  Correct.
10     Q.  And then no testing or signature, correct?
11     A.  Correct.
12     Q.  On February 28th of 2022, it looks like alert,
13  yes, indication, yes, correct?
14     A.  Correct.
15     Q.  And narcotics not in a trace amount, correct?
16     A.  Correct.
17     Q.  And --
18     A.  No field test.
19     Q.  Yeah, no test or signature, correct?
20     A.  Correct.
21     Q.  Now you're leaving me.
22         March 3rd of 2022, alert, yes,
23  indication, yes, correct?
24     A.  Correct.
25     Q.  Trace amount of narcotics, correct?

Page 273

1      A.  Correct.
2      Q.  And then no tests or signature, correct?
3      A.  Correct.
4      Q.  And March 10th of 2022, alert, yes,
5  indication, yes, correct?
6      A.  Correct.
7      Q.  Narcotics in a trace amount, correct.
8      A.  Correct.
9      Q.  And then no testing or signature, correct?
10     A.  Correct.
11     Q.  And then March 16th of 2022, which is the
12  incident involved in this case, right?
13     A.  Yes.
14     Q.  Alert, yes, indication, yes, correct?
15     A.  Correct.
16     Q.  Trace amount of marijuana, correct?
17     A.  Correct.
18     Q.  And then no testing or signature, correct?
19     A.  Correct.
20     Q.  Okay, thank you.
21         MR. WINDHAM:  All right.  So what we're
22  going to do is plug this into your laptop; is that
23  cool?
24         MR. FOX:  Yes.
25         MR. WINDHAM:  And we're going to show you

Page 274

1  the Excel sheet we produced.  I see a blank row.  Is
2  there a reason --
3          MR. FOX:  There was a 1/3 that was
4  supposed to be a 1/13, so I added 1/13 and just didn't
5  delete the 1/3.
6          MR. WINDHAM:  Okay.  Let's delete that
7  row --
8          MR. FOX:  Yeah.
9          MR. WINDHAM:  -- that's a blank.
10         Q.  (BY MR. WINDHAM)  All right.  So I'm happy to
11 flip back to Exhibit 108, if we need to, so that you
12 can look at that again.  I can hand you my laptop.  But
13 what I really want to do is ask you whether you have
14 any reason to doubt the information up on the Excel
15 sheet in front of you, based on the exercise we just
16 did?
17         A.  No.
18         Q.  Okay.
19         MR. WINDHAM:  And let's do some math like
20 we did before, if you don't mind helping me out with
21 that, Josh.  So scroll to the top for me.
22         Q.  (BY MR. WINDHAM)  Okay.  So it looks like
23 there were 40 deployments during this period; is that
24 fair?
25         A.  Yes.

Page 275

1          Q.  So 40 deployments, and it looks like he only
2  failed to alert one time.  Is that fair?
3          A.  I'm not sure which column I'm looking at.
4          Q.  I'm sorry, that's my fault.  It's going to be
5  this column right here, the alert column.
6          A.  Okay.
7          Q.  And I see one failure to alert.  I don't see
8  any others, do you?
9          A.  Correct.
10         Q.  Okay.  So during the ten-month period that
11 we've been discussing and the 40 deployments of Max
12 during that period, he failed to alert only one time,
13 correct?
14         A.  Correct.
15         Q.  Okay, put a one there.  All right.  Let do the
16 same for indications.  So let's look at the indications
17 column.  I see one, two, three, four, five -- whoops --
18 six, seven, eight, nine.  I see nine.
19         MS. HEBERT:  I think you should count
20 again.
21         MR. WINDHAM:  That's totally fair.
22         Q.  (BY MR. WINDHAM)  One, two, three, four, five,
23 six, seven, eight.  Okay, eight.
24         A.  Eight.
25         Q.  I have that right?

Page 276

1          A.  Correct.
2          Q.  So out of the 40 deployments, he indicated
3  eight times, according to Deputy Molina's lingo; is
4  that fair?
5          A.  He failed to indicate eight times.
6          Q.  Thank you.  He failed to indicate eight times.
7          A.  Yes.
8          Q.  Okay.  And then it looks like narcotics were
9  found, so let me make sure I have the math right
10 because I don't want this to be misleading.  If he --
11 going back to the alert column, if we register that
12 he -- Max alerted one time -- or failed to alert one
13 time, this number should actually be 39 instead of one,
14 correct?
15         A.  Correct.  You put 30.
16         Q.  Oh, yeah.  I'm at the end of my rope here.
17 Indication, so if we noted that Max failed to indicate
18 eight times, that means that out of 40 --
19         A.  32.
20         Q.  -- 32 indications.  Narcotics noted, let's see
21 how many times it was -- let's just do the number of
22 times it was noted.  So we've got one, two, three,
23 four, five, six, seven, eight, nine, ten, 11, 12, 13,
24 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
25 28, 29, 30, 31, 32 times where narcotics were noted; is

Page 277

1  that fair?
2          A.  Correct.
3          Q.  How many of those were trace?  Let's count it.
4  I see one, two, three, four -- one, two, three, four --
5  we don't know, with a question mark -- five, six,
6  seven, eight -- we don't know -- nine, ten, 11, 12, 13.
7  14, 15, 16; is that fair, 16 incidents where trace
8  amounts were noted?
9          A.  Correct.
10         Q.  Okay.  And then in terms of testing, I'm
11 trying to think of how to do this.  It looks like there
12 was one, two, three, four instances where Deputy Molina
13 tested the drugs; is that fair, four times?
14         A.  Okay, I don't know that Molina tested or
15 somebody else tested.
16         Q.  That's fair.  Where testing was noted on the
17 reports.  Is that fair?
18         A.  Yeah.
19         Q.  Okay.  And then it looks like there were -- I
20 think there's just this -- okay, so there were four
21 approving signatures of the 40 deployments; is that
22 fair?
23         A.  Yeah.
24         Q.  Okay.
25         A.  So this is a ten-month period?

1    Q.  Correct.
2    A.  Okay.
3    Q.  Okay.  And so I just wanted to ask, we went
4  through Deputy Molina's K9 training reports earlier --
5    A.  Correct.
6    Q.  -- and now we have just gone through some of
7  his deployment reports, right?
8    A.  Correct.
9    Q.  Do you have the same -- you expressed some
10 hesitance about relying on his training reports
11 earlier.  Do you have the same apprehension about these
12 or do you feel differently?
13   A.  I think there are some things that are a
14 little bit incomplete, but also I don't know their
15 policies and the way they conduct business.  But, you
16 know, this at least tells us a little bit more, but
17 while at the same time a little bit less.
18        So training, you know, you're trying --
19 trying to do diversions and distractions, just trying
20 to improve your dog all the time.  So, you know, in
21 a -- in a deployment thing, you're usually not talking
22 about those things unless it had a significant effect
23 on what you're doing.
24   Q.  Okay.
25   A.  So I don't -- don't expect those to be there.

1  So, you know, this is -- this is, you know, probably
2  not too unusual for people's deployment -- deployment
3  reports.  I can tell you what I did.  I never made
4  these.
5    Q.  You never made these?
6    A.  No.
7    Q.  That's fair.
8    A.  All I did was write a uniform incident report.
9  That's it.  My training and deployment notes were the
10 same thing.  If I deployed, I circled "deploy" and I
11 wrote the CAD number or the case number --
12   Q.  Okay.
13   A.  -- and the location.  That was it because
14 that's really where the information is at on this.
15        MR. WINDHAM:  What I would like to do is
16 introduce these Excel sheets as Exhibit -- I think
17 we're on 109, aren't we -- as Exhibit 109.  We will
18 send them to you because I don't have a way of handing
19 you the Excel sheets.
20        (Exhibit 109 marked)
21   Q.  (BY MR. WINDHAM)  But, Mr. Sheldahl, just to
22 confirm it, we just went through this whole exercise of
23 logging the report data in the Excel sheets.  At least
24 as the Excel sheets reflect our discussion, do you have
25 any reason to doubt that they reflect what the forms

1  say?
2    A.  They say what the forms say, but it's
3  relatively vague information.
4    Q.  Understood.  Thank you.
5        Okay.  I just want to back up to the very
6  beginning of our discussion when I asked you a few
7  questions about the report itself.  So my question --
8    A.  Okay.
9    Q.  Yeah, so back to your report.  If you want to
10 pull that out, you're welcome to.
11   A.  I do.
12   Q.  That's going to be Exhibit 105, I believe.
13   A.  Okay.
14   Q.  So I think I have this from earlier, but tell
15 me if I'm getting this right.  The expertise that
16 you're bringing to bear in this case is about K9
17 handling and K9 handling practices, right?
18   A.  And experience doing the deployment.
19   Q.  Sure.  K9 deployments, though?
20   A.  Yes.
21   Q.  Okay.  Do you claim to be an expert in
22 criminal interdiction practices?
23   A.  No.
24   Q.  Okay.  So you don't intend to offer any
25 opinions in this case about criminal interdiction

1  practices?
2    A.  Correct.
3    Q.  Do you claim to be an expert in traffic stops?
4    A.  I think every deputy and officer is an expert
5  in traffic stops.  We do them consistently, constantly.
6    Q.  Do you claim to have any training, experience
7  and expertise above and beyond the trainings,
8  experience and expertise that an average law
9  enforcement officer has?
10   A.  In respect to narcotics, I did participate in
11 numerous courses, Desert Snow, which is -- I did twice
12 during my career.  There was -- I did a course on
13 commercial vehicles at one point in my career and
14 another one on consensual encounters, which we often
15 try to turn traffic stops into consensual encounters
16 while trying to investigate.
17   Q.  Okay.  My question is really do you intend to
18 offer expert testimony in this case about traffic stop
19 practices?
20   A.  I was asked to look at the K9 portion of this
21 case.
22   Q.  Okay.  Do you -- would you feel comfortable
23 offering expert testimony in this case about traffic
24 stops?
25   A.  No.

Page 282

1    Q.   And then in terms of the information on which
2   you relied in producing this report, we went through
3   some of the documents earlier, right, we discussed some
4   of those?
5    A.   Yes.
6    Q.   And you said the sum total of them would be in
7   a Dropbox folder that you received?
8    A.   Yes.
9    Q.   Okay.  So if I wanted to see the sum total of
10   them, I would have to see that Dropbox folder?
11    A.   Yes.
12    Q.   Okay.  As you sit here today, do you have any
13   intention of supplementing your report?
14    A.   At this point, no, but I haven't reviewed my
15   deposition either.
16    Q.   So it's possible that, based on your
17   deposition, you might want to revise your report?
18    A.   Sure.
19    Q.   Okay.  Tell me how you would go about deciding
20   whether to do that.
21    A.   I have to read it first to even have an idea.
22    Q.   Well, have you ever revised a deposition or an
23   expert report prior to this?
24    A.   I have not revised one prior to this.
25    Q.   Okay.  What kind of information, if you saw it

Page 283

1   in a deposition transcript, would give you a reason to
2   revise your opinions?
3    A.   I don't know.  I would have to read the
4   transcript.
5    Q.   Okay.  So you just don't know one way or the
6   other?
7    A.   I just want to leave that open in case I see
8   something and go, "Oh, you know, that's something I
9   need to note."
10    Q.   Okay.  Do you feel that during this
11   deposition, you learned any new factual information
12   that would justify supplementing or amending the
13   opinions in your report?
14    A.   I'm not sure.
15    Q.   Okay.  Is that the sort of thing you would
16   assess when deciding whether to amend your report?
17    A.   Yes.
18    Q.   Okay.  Did you learn anything today as a
19   matter of fact from any of the exhibits that would
20   cause you to question the conclusions in your report?
21    A.   No.
22    Q.   Did you learn anything today that would cause
23   you to feel stronger about the opinions in your report?
24    A.   No.
25    Q.   Okay.  Have you had an opportunity to ask

Page 284

1   Mr. Frigerio for all of the information you felt you
2   needed to draw informed opinions about this case?
3    A.   I just utilized what I was provided.
4    Q.   I'm sorry?
5    A.   I just utilized the information I was
6   provided.
7    Q.   Understood.  And you felt comfortable drawing
8   the opinions in your report based on that information?
9    A.   Yes.
10    Q.   Okay.  And my question is do you feel that
11   you've had the opportunity -- all of the opportunity
12   you need to obtain all of the information that would be
13   necessary to write this report?
14    A.   I guess I have to make the assumption that I
15   have received everything.
16    Q.   Okay.
17    A.   I can only make that assumption.
18    Q.   My question is just -- I'm not asking what you
19   discussed with Mr. Frigerio, necessarily.  My question
20   is did you have an opportunity to ask him for
21   additional documents if you wanted them?
22    A.   Yes.
23    Q.   Okay.  All right.  Let's take a quick break.
24   I think I'm close to the end.
25         (Recess from 4:35 p.m. to 4:41 p.m.)

Page 285

1    Q.   (BY MR. WINDHAM)  We're back from the break.
2   Do you recognize you're still under oath?
3    A.   Yes.
4    Q.   All right.
5    A.   That's going to be all of my questions for
6   you.  I just want to note for the record that under the
7   Federal Rules of Civil Procedure, we are entitled to
8   the disclosure of the records you reviewed, so the
9   Dropbox folder that you mentioned and, therefore, we're
10   going to hold this open for future deposition in the
11   event that there's anything in the Dropbox folder that
12   bears on your testimony or we haven't seen before.
13    A.   Okay.
14    Q.   Okay.
15         MR. WINDHAM:  I think that's everything
16   for me.
17         THE REPORTER:  Okay.
18         MR. FRIGERIO:  We will reserve our
19   questions.
20         MR. BARRON:  I'll reserve as well.
21         MR. WINDHAM:  Off the record.
22         (Proceedings concluded at 4:42 p.m.)
23
24
25

72 (Pages 282 - 285)

Page 286

1    CHANGES AND SIGNATURE
2    WITNESS NAME: KEVIN SHELDAHL
3    DATE OF DEPOSITION: JANUARY 9, 2025
4    PAGE      LINE      CHANGE      REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

Page 287

1    I, KEVIN SHELDAHL, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.
4    _____
5          KEVIN SHELDAHL
6    THE STATE OF _____ )
7    COUNTY OF _____ )
8        Before me, _____, on this day personally
9    appeared KEVIN SHELDAHL, known to me (or proved to
10   me under oath or through _____) (description
11   of identity card or other document) to be the
12   person whose name is subscribed to the foregoing
13   instrument and acknowledged to me that he executed
14   the same for the purposes and consideration therein
15   expressed.
16
17       Given under my hand and seal of office, this
18   _____ day of _____, _____.
19
20       _____
           NOTARY PUBLIC IN AND FOR
21         THE STATE OF _____
22
23   My commission expires: _____
24   _____ No Changes Made _____ Amendment Sheet(s) Attached
25

Page 288

1    UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF TEXAS
2          SAN ANTONIO DIVISION
3    ALEK SCHOTT,                )
       Plaintiff,          )
4                            )
       v.                   ) Civil Action No.
5                            ) 5:23-cv-00706-OLG-RBF
     JOEL BABB, in his individual )
6    and official capacity;    )
     MARTIN A. MOLINA III, in his )
7    individual and official    )
     capacity; JAVIER SALAZAR,   )
8    in his individual and      )
     official capacity; and BEXAR )
9    COUNTY, TEXAS,          )
       Defendants.          )
10
11
        REPORTER'S CERTIFICATION OF THE ORAL
12         DEPOSITION OF KEVIN SHELDAHL
              JANUARY 9, 2025
13
14       I, Donna Wright, a Certified Shorthand
15   Reporter and Notary Public in and for the State of
16   Texas, hereby certify to the following:
17       That the witness, KEVIN SHELDAHL, was duly
18   sworn by the officer and that the transcript of the
19   oral deposition is a true record of the testimony given
20   by the witness;
21       That the original deposition was delivered to
22   Mr. Charles Frigerio;
23       That a copy of this certificate was served on
24   all parties and/or the witness shown herein on
25   _____;

Page 289

1        I further certify that pursuant to FRCP Rule
2    30(3) that the signature of the deponent:
3        __X__ was requested by the deponent or a party
4    before the completion of the deposition and that the
5    signature is to be before any notary public and
6    returned within 30 days from date of receipt of the
7    transcript. If returned, the attached Changes and
8    Signature Page contains any changes and the reasons
9    therefore:
10       _____ was not requested by the deponent or a
11   party before the completion of the deposition.
12       I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties or
14   attorneys in the action in which this proceeding was
15   taken, and further that I am not financially or
16   otherwise interested in the outcome of the action.
17       Certified to by me on this, the 10 day of
18   January, 2025.
19
20       _Donna Wright_
21
22       _____
         DONNA WRIGHT, Texas CSR 1971
23       Expiration Date: 11/30/26
         VERITEXT LEGAL SOLUTIONS
24       300 Throckmorton Street
         Ft. Worth, Texas 76102
25       Firm Registration No. 571

Page 290

1  COUNTY OF TRAVIS  )
2  STATE OF TEXAS    )
3      I hereby certify that the witness was notified
4  on January  that th 20th the witness has 30 days or
5  (_____ days per agreement of counsel) after being
6  notified by the officer that the transcript is
7  available for review by the witness and if there are
8  changes in the form or substance to be made, then the
9  witness shall sign a statement reciting such changes
10 and the reasons given by the witness for making them;
11     That the witness' signature was/was not returned as
12 of _____.
13     Subscribed and sworn to on this, the _____ day
14 of _____, 2025.
15
16
17              _____
              VERITEXT LEGAL SOLUTIONS
18            300 Throckmorton Street
              Ft. Worth, Texas 76102
19            Firm Registration No. 571
20
21
22
23
24
25

Page 291

1  Charles Frigerio, Esquire
2  csfrigeriolaw@sbcglobal.net
3          January 20, 2025
4  RE:   Schott, Alek v. Babb, Joel Et Al
5    1/9/2025, Kevin Sheldahl (#7035859)
6     The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-midatlantic@veritext.com
16  Return completed errata within 30 days from
17 receipt of testimony.
18   If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22          Yours,
23          Veritext Legal Solutions
24
25

74 (Pages 290 - 291)

[& - 1st]                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  2:15 | **10/21**  223:3 | **11/10**  265:8 | **15th**  234:9,11 |
| **0** | **10/24**  263:4 | **11/13**  266:11 | **16**  21:20,23 |
| **0.83**  237:7 | **10/28**  263:23 | **11/16**  228:9 | 23:1 26:1,7 |
| **0.85**  271:23 | 265:1 | 265:16 267:1 | 30:20 276:24 |
| **00706**  1:5 | **10/5**  217:23 | **11/2**  226:21 | 277:7,7 |
| 288:5 | **100**  40:16,20,21 | **11/23**  228:21 | **16th**  18:2 |

**&**

**&**  2:15

**0**

**0.83**  237:7
**0.85**  271:23
**00706**  1:5
  288:5

**1**

**1**  16:6 32:15,17
  32:22 33:14
  150:4,6 162:10
  166:24 167:1
**1.00**  261:1
**1.1**  268:11
**1.3**  46:16
**1/13**  267:9,17
  274:4,4
**1/17**  267:24
**1/19**  268:6
**1/25**  231:1
**1/27**  268:19
  269:2
**1/3**  274:3,5
**1/9/2025**  291:5
**10**  72:4,4 73:1
  172:25 173:2
  289:17
**10/12**  219:12
**10/13**  220:4
**10/14**  262:15
**10/19**  222:13

**10/21**  223:3
**10/24**  263:4
**10/28**  263:23
  265:1
**10/5**  217:23
**100**  40:16,20,21
  62:2 64:2
  162:14,20
  164:7,9 165:9
  165:11,17
  166:14 193:5
**103**  235:21
  237:6,12
**105**  3:11 14:25
  15:2,11 16:2
  72:2 280:12
**106**  3:12 143:3
  143:14,16
**107**  3:13
  204:15,20
  239:13,15
  240:2
**108**  3:14
  248:16,19
  274:11
**109**  3:15
  279:17,17,20
**10:48**  70:10
**10th**  270:7
  273:4
**11**  72:4 73:4
  150:4,6 162:10
  231:11 276:23
  277:6

**11/10**  265:8
**11/13**  266:11
**11/16**  228:9
  265:16 267:1
**11/2**  226:21
**11/23**  228:21
**11/30**  229:15
**11/30/26**
  289:22
**11/9**  227:19
**111**  1:22 2:22
**11:01**  70:10
**11:49**  114:13
**12**  29:7 231:11
  276:23 277:6
**12.35**  236:15,18
  236:22
**123**  236:12
**123.5**  235:16
  236:12 237:6
**12:14**  134:20
**12:30**  114:10
**12th**  208:10
  240:6,9 241:25
  249:16,17
**13**  29:7,18
  276:23 277:6
**13th**  266:2
**14**  276:24
  277:7
**143**  3:12
**15**  3:11 26:1
  30:18 276:24
  277:7

**15th**  234:9,11
**16**  21:20,23
  23:1 26:1,7
  30:20 276:24
  277:7,7
**16th**  18:2
  205:22 206:2
  249:2 273:11
**17**  231:5,10
  237:14 276:24
**177**  3:22
**17th**  242:4,10
  270:14
**18**  156:16,19
  235:24 237:12
  276:24
**1800s**  53:9
**18th**  230:15
**19**  15:21,22
  276:24
**1900s**  53:9
**19082**  289:20
**1971**  289:22
**1992**  34:13
**1:00**  223:5
**1:21**  134:21
**1:40**  187:13,14
  187:16
**1:46**  179:13,15
  179:17 181:14
  181:16
**1st**  230:3
  231:19

**2**

**2**  3:2 21:20
24:7 26:7
31:24 32:15,17
32:22 33:14
34:8,9 36:14
36:19,20,21
70:8 72:3
146:8 156:19
172:23
**2.00**  257:6
**2.74**  236:23
**2/15**  232:7
233:9
**2/18**  271:11
**2/24**  271:18
**20**  9:22,24 10:3
10:5 69:16
70:3 129:1
233:8 276:24
291:3
**200**  2:16
**200-9697**  2:17
**2002**  11:5
12:10
**2006**  234:10
**2009**  233:21
**2011**  232:7
233:8
**2013**  231:20
**2014**  34:13
**2015**  231:1

**2019**  78:18
95:2,5
**2020**  230:15
**2021**  95:10
124:15 206:2
206:17 207:19
207:22 208:8,9
208:13 209:14
212:18,25
213:13 219:12
220:5 227:19
228:9 238:19
240:4,8 241:25
242:4,8,10
244:21 246:24
248:25 251:15
251:20 252:10
253:1,17 254:6
254:20 256:8
256:16 257:24
258:9,21 259:6
259:18 260:1,8
260:22 262:7
263:4,23 265:1
265:8,16 267:1
**2022**  18:2
205:23 206:2
206:17 207:19
230:3,4,4,15
231:1,19
233:21 234:9
237:1 238:20
249:2 266:2,11
267:9,17,24

268:6,19 269:2
269:9 270:8,14
271:11,18
272:12,22
273:4,11
**2023**  124:16,17
240:4,5,6,9
**2024**  11:3,14
124:9
**2025**  1:14,19
229:15 286:3
288:12 289:18
290:14 291:3
**2027**  228:21
**2029**  228:9
**2033**  227:20
**2035**  226:22
227:1
**2036**  227:1
**2037**  227:1
**2038**  223:3
**204**  3:20
**2041**  222:13
**2043**  220:25
**2045**  219:13
**2047**  217:24
**2049**  216:3,15
**2053**  214:17
216:4,5
**2055**  214:19
**2058**  213:1,4
**206**  3:21
**2070**  207:23
208:1

**20th**  290:4
**21**  205:10
226:21 228:21
236:7,25
262:15 276:24
**210**  2:23
**22**  33:20 37:10
205:11 276:24
**22203**  2:5
**22nd**  233:21
**23**  124:9 144:9
205:10 276:24
**231**  267:1
**239**  3:13
**23rd**  240:4
**24**  276:24
**248**  3:14
**24th**  272:8
**25**  276:24
**26**  3:20 204:18
205:2 276:24
**27**  276:24
**271-7877**  2:23
**279**  3:15
**27th**  208:11
212:18,25
213:13
**28**  276:25
**286**  3:6
**288**  3:7
**28th**  272:12
**29**  276:25
**2:00**  216:18

**2:28**  190:16
**2:30**  209:7
213:15 215:1
218:2 219:15
227:4,23
229:18
**2:32**  188:22
190:20
**2:33**  189:25
190:2,3,6,16,23
191:1,25
193:11
**2:34**  189:1
192:12 193:11
**2:36**  189:1
**2:40**  199:3
**2:48**  199:3

**3**

**3**  21:19 24:12
32:5 36:15,21
40:14 289:2
**3.90**  46:16
60:16
**3.999.**  46:13
**3/16/22**  3:15
**30**  3:21 9:18
10:5 13:8
39:14 63:5,9
111:18 114:15
122:13 206:11
209:9 223:9
276:15,25
289:2,6 290:4

291:16
**300**  143:10
289:23 290:18
**31**  276:25
**32**  3:22 178:1
276:19,20,25
**330**  115:23
**340**  115:23
**35**  269:24,24
270:1
**350**  205:7,12
**352**  205:15
**360**  138:11
**39**  276:13
**3:35**  194:7
196:12
**3:46**  247:16
**3:58**  247:16
**3rd**  240:3,8
272:22

**4**

**4**  3:5 25:6
146:5,23
166:24 167:1
172:23
**4.5**  236:19,22
**40**  249:6
274:23 275:1
275:11 276:2
276:18 277:21
**400**  38:22,23
**465**  1:22

**4684**  267:1
**4700**  2:15
**4747**  260:9
**4748**  260:10
**480-5936**  2:11
**4837**  242:13
**4845**  249:18
**4:31**  196:20,24
197:7
**4:35**  284:25
**4:38**  197:10
**4:41**  284:25
**4:42**  1:19
285:22
**4th**  207:22
208:8,13
209:13 230:3,4

**5**

**5**  18:7 21:3,19
25:24 26:8
32:7 156:20
172:25 173:3
**5-1/2**  216:18,21
**5/12**  248:25
**5/12/21**  3:15
**5/17**  244:21
247:1 251:15
**5/19**  246:24,25
251:19
**5/26**  252:10
253:1
**5/28**  253:16

**50**  261:25
**512**  2:11,17
**571**  289:24
290:19
**5:23**  1:5 288:5
**5th**  208:13

**6**

**6**  19:25 26:10
27:6 29:16,17
**6-1/2**  218:3
219:16 222:14
227:6,23
228:10,24
229:18
**6.5**  209:13
**6/11**  256:8
**6/2**  254:6,20
**6/21**  256:16
**6/23**  257:24
**6/25**  258:9
**60**  38:9 70:6
**682-9320**  2:6

**7**

**7**  146:5,23
**7/28**  258:21
**70**  63:2,7,12
64:5 65:2
**703**  2:6
**7035859**  291:5
**70s**  123:6
**76102**  289:24
290:18

**78205** 2:23
**78701** 2:11
**78723** 2:16

**8**

**8** 28:7
**8/10** 259:6
**8/17** 214:23
   216:6
**8/17/2021**
   214:12
**80** 202:7,20
   204:4
**80s** 201:23,25
**816** 2:10
**840** 2:22
**89** 202:8
**8:00** 209:6
   218:2 219:15
   227:3,22
   229:17
**8th** 269:9

**9**

**9** 1:14,19 18:7
   286:3 288:12
**9/1** 259:18
**9/21** 216:2,14
   260:22
**9/29** 262:7
**9/6** 260:1,8,9
   260:10
**90** 62:3 123:4
   202:2,19,20
   204:4

**900** 2:5
**901** 2:4
**90s** 11:6,8 13:1
   65:8 201:23,25
**91** 202:8
**96** 123:5,7
**970** 2:10
**98** 123:5
**9:30** 223:6
**9:32** 1:19

**a**

**a.m.** 1:19 70:10
   70:10 209:6
   213:14 218:2
   219:15 227:3
   227:22 229:17
**ability** 19:9
   46:5,6 48:14
   113:10
**able** 53:10
   87:10 138:3,4
   173:13 191:23
   200:4 225:13
   226:13 238:2
**above** 1:18
   22:4 101:15
   129:1,1 250:1
   264:2 281:7
   287:3 291:6
**absent** 199:18
**absolutely** 17:3
   48:7 49:12
   88:13 96:8

122:7 181:11
   183:22
**academy** 39:8
   39:16
**accident** 11:7
   11:10 13:11
**accomplish**
   184:1
**accuracy** 291:9
**accurate**
   143:23 146:17
   212:12
**achieved** 44:11
**achievement**
   205:8
**achieving**
   205:9
**acknowledged**
   287:13
**acknowledg...**
   291:12
**acquired** 84:19
**acronyms**
   44:16 101:1
**action** 1:4
   288:4 289:14
   289:16
**actionable**
   139:9
**actions** 8:23
   20:1 138:4
**activation** 11:6
**actively** 120:6
   137:22 169:22

171:4
**activity** 241:8
   251:23
**actual** 10:9
   139:15
**actually** 14:19
   15:6 17:24
   19:22 29:7
   36:18 70:5
   79:8 87:5
   91:10,20 95:3
   99:21 106:18
   117:25 148:5,6
   148:9 157:13
   173:8 175:20
   197:5 198:8
   206:18 222:24
   225:5 226:12
   242:4 247:24
   252:11 276:13
**adapt** 172:20
**add** 85:5
   144:18 168:17
   216:5
**added** 144:16
   144:17 274:4
**addition**
   167:24
**additional**
   284:21
**address** 5:13
   128:12
**adept** 224:7

[adopted - amount]

| | | | |
|---|---|---|---|
| **adopted** 24:10 | **albuquerque** | 254:7,20 | 104:11 139:10 |
| **advanced** 37:1 | 12:15 125:12 | 255:22 256:8 | **allowance** |
| **advertising** | 125:13,21 | 256:16 257:24 | 88:21 |
| 144:14 | **alek** 1:3 4:8 | 258:9,21 259:6 | **allowed** 148:10 |
| **affairs** 27:19 | 18:3 237:1 | 259:18 260:1 | **allowing** |
| 27:25 28:3 | 238:19 288:3 | 260:13,22 | 184:13 |
| **affix** 287:2 | 291:4 | 262:7,15 263:4 | **altogether** |
| **agency** 98:23 | **alert** 49:5,11,24 | 263:24 264:2,3 | 183:8 |
| **ago** 4:7 121:21 | 51:11 55:6,15 | 264:6,10,16 | **amazing** 53:10 |
| 122:1,8,24 | 55:24 57:5 | 265:1,10,16 | 53:14,22,25 |
| 123:7 125:1 | 63:20 66:12 | 266:2,11 267:2 | 75:24 113:10 |
| 170:16 203:10 | 76:3 79:16 | 267:9,17,24 | 172:19 |
| 203:10 251:14 | 80:3,21 82:22 | 268:6,19 269:2 | **amazingly** |
| 256:23 | 90:2 91:25 | 269:9 270:8,14 | 224:7 |
| **agree** 4:22 96:1 | 96:24 97:21 | 271:11,18 | **amend** 283:16 |
| 96:10 144:3 | 98:7 129:13 | 272:12,22 | **amending** |
| 208:22 216:7 | 132:1,11,23 | 273:4,14 275:2 | 283:12 |
| 218:12 219:11 | 133:2,5,9,12,14 | 275:5,7,12 | **amendment** |
| 269:19 | 140:22 141:3,4 | 276:11,12 | 287:24 |
| **agreement** | 151:5 162:12 | **alerted** 151:16 | **amount** 32:13 |
| 103:6 290:5 | 165:20 166:8 | 165:6 175:15 | 125:14 193:25 |
| **ahead** 28:23 | 172:9 175:8 | 199:24 276:12 | 197:2 198:9 |
| 135:19 217:10 | 182:3 193:13 | **alerting** 69:15 | 241:13 245:3 |
| 226:25 231:20 | 195:14 199:18 | 89:6 90:18 | 251:7 253:9 |
| 261:20 263:18 | 199:21 200:3,4 | 91:7,20 92:3 | 254:13 255:1,3 |
| **aided** 24:16 | 200:9,13,14,17 | 93:16,24 95:19 | 255:5,12,14 |
| **aids** 104:20 | 200:20 201:6 | 98:6 | 257:11 258:4 |
| 223:24 | 211:2 240:22 | **alerts** 79:12,15 | 258:14 259:1 |
| **aimed** 136:22 | 241:6 242:22 | 126:2 130:14 | 259:11,22 |
| **ain't** 125:21 | 243:2,7 244:22 | 153:1 | 260:4,16 |
| 192:18 | 249:21,22,24 | **alive** 84:24 | 261:25 262:18 |
| **air** 98:10 | 250:2,13,17 | **allotted** 291:19 | 263:9 266:18 |
| **al** 13:3 291:4 | 251:20,21,22 | **allow** 51:20 | 267:5,20 268:2 |
| | 253:1,17,18 | 59:12 103:24 | 268:22 269:5 |

269:12,20
270:5,10,19,25
271:7,14,23
272:6,7,15,25
273:7,16
**amounts** 198:6
252:1 253:23
256:6 277:8
**analogous**
80:24 81:7
**analysis** 198:12
238:17,21
**animal** 53:13
217:5,11,18
**animals** 149:1
**annual** 101:24
102:2
**anomaly**
141:22
**answer** 6:3 7:1
19:17 34:6
69:10 71:5
97:10,16 98:2
102:19 103:2
104:5 115:19
115:19 116:14
143:25 144:23
144:25 166:22
197:22 236:13
**answering** 6:13
6:17
**answers** 6:6
97:8 131:8,9

**anticipate**
159:8 163:15
**anticipating**
189:13
**anticipation**
189:13
**antonio** 1:2,23
2:23 288:2
**anybody** 7:25
138:2 147:6
157:2 245:12
**anyway** 77:15
**apologies** 247:2
**apologize** 143:6
207:3 247:21
**apparent** 44:7
45:16
**apparently**
165:3
**appear** 82:20
83:17
**appearances**
3:2
**appeared** 20:22
28:21 287:9
**appears** 83:9
144:5
**applicable**
140:6 291:8
**application**
94:15 95:25
168:5
**apply** 41:23
47:17 55:23

169:15,17,19
**applying** 41:18
265:9
**appointed**
116:19
**appreciate** 15:9
216:11 235:10
**apprehension**
11:5 12:11
227:11 278:11
**approach** 41:2
63:19 65:17
112:24 148:14
162:16,17
**approaches**
148:12,15
163:16
**approaching**
196:13,17
**appropriate**
148:15 166:8
170:7 183:22
183:24
**appropriately**
74:23
**approval**
257:22 258:19
259:3,16
261:10 262:12
262:20,24
263:21 264:23
266:8 268:16
**approve** 153:6

**approving**
241:19 245:7
246:21 251:11
252:3 253:14
254:4,18
255:16 256:3
256:13 277:21
**approximation**
10:2
**april** 208:11
**area** 39:14
48:25 49:1,4
77:6 92:1
93:13 96:13
97:7,9 111:17
116:9 125:12
145:15 157:4
175:16 200:8
211:19 218:21
218:25 219:3
223:25 224:1
**areas** 48:13
75:16 224:10
**arenas** 75:22
**arlington** 2:5
**armed** 12:14
**arrest** 125:4,23
**arrested** 126:3
**arrive** 112:25
**arrived** 31:4
**artful** 80:9
**article** 75:19
**artificially**
158:22

**aside** 19:6,11
  21:14 31:20
  33:13 38:13
  128:24 165:17
  240:13
**asked** 8:4,9,10
  8:19 11:22
  54:10 70:15
  71:4 75:8
  77:22 280:6
  281:20
**askew** 141:17
**asking** 45:3
  52:9,10 56:13
  64:8 65:7 71:9
  74:13 80:8
  105:14 114:23
  115:7 116:12
  145:6 158:18
  160:24 161:11
  163:20 171:21
  176:20 212:23
  221:14,14
  222:4 245:16
  250:25 284:18
**asks** 179:17
**assess** 23:7
  44:1 62:12
  119:22 283:16
**assessed** 45:8
  46:6
**assessing** 41:16
  44:4 70:16
  71:13 122:5

**assessment**
  40:4,23 44:20
**assessments**
  71:22
**assigned** 55:7
  60:22 61:12
  62:3 66:11
  76:3 77:2,6
  82:23 85:3,14
  85:16,22 89:1
  89:7 123:2
  153:17 189:14
  210:1 211:10
  224:5 226:19
**assignment**
  8:13,25 221:4
**associate** 83:7
**associated** 55:8
  149:21
**association**
  39:5
**assume** 8:10
  13:11 22:6
  23:12 34:15
  37:24 38:13
  40:20 41:17
  44:13 74:19
  76:6,25 77:1
  84:3 92:24
  96:6 97:21
  101:24 110:1
  193:15 210:1
  233:16 271:1

**assumed** 55:16
**assuming** 210:5
  270:24
**assumption**
  196:9 198:13
  219:1 244:1
  284:14,17
**astute** 133:4
**attached** 1:25
  23:24 33:10
  287:24 289:7
  291:11
**attaches** 151:12
**attempt** 167:25
  201:5
**attempting**
  40:21 60:22
  168:7 169:12
**attend** 186:19
  187:10
**attending**
  186:20 187:5,9
**attention** 22:20
  184:15 186:23
**attorney** 4:13
  291:13
**attorneys** 4:14
  289:14
**audience** 53:19
  53:20
**audit** 25:6
**auditing** 135:9
**august** 240:4

**austin** 2:11,16
**authentic** 144:4
**author** 144:12
**authority**
  100:12
**available** 59:2
  290:7 291:6
**avenue** 2:10
**average** 40:6
  105:24 107:22
  237:3 281:8
**avoid** 171:22
**aware** 59:17
  198:2 206:21
  232:24 246:4
**awful** 204:3

**b**

**b** 37:18 120:1
**b2** 235:12
**b22** 235:12
**babb** 1:5 2:14
  19:24 20:1,8
  20:20,24 26:14
  27:11 28:1
  30:18,22
  196:12,21
  288:5 291:4
**babb's** 4:13
**back** 5:18 11:7
  25:12 29:12
  35:10,14 40:17
  49:3 54:15
  60:13 65:10,25

**[back - behavior]**

66:8 68:4
70:11 74:9
79:7,9 83:22
91:4,17 95:3
100:24 115:13
120:18 127:10
128:15 130:17
134:22 137:5
139:18 151:9
153:3 162:6,10
162:24 163:6
170:23 171:2
173:14,19,22
174:4 181:22
182:7,24 183:2
183:11,20,21
185:9,19,22
186:23 187:1,7
187:8,24,25
188:9 190:11
191:14,15
197:7 199:2,4
200:16 203:4
206:18 214:1
216:14 247:9
247:10,17
252:13 256:22
257:2 274:11
276:11 280:5,9
285:1
**background**
81:12 118:5
144:24

**backseat**
164:15
**bad** 102:11
121:3 139:19
139:20 148:14
**bag** 164:20
**bail** 164:14
**ball** 57:19
111:22 154:14
157:14,18,18
157:20 180:13
197:13
**ballistic** 58:4
**ballpark**
124:20
**ballparked**
123:25
**barking** 82:15
**barks** 182:1
**barron** 2:14
4:13 6:25 15:5
15:9 114:2,4
114:16 214:14
247:12 257:3
285:20
**base** 126:15
**based** 10:13
18:22 19:2,5
19:12 21:5
42:1 45:6,8
73:24 84:15
202:24 204:5
218:19 225:6
274:15 282:16

284:8
**basic** 18:6
38:16 66:6
75:10 97:18
134:13 144:3
173:5 225:7,10
**basically** 88:2
113:12 134:8
139:18 141:9
144:16 145:10
154:18 170:19
195:7 206:20
**basics** 74:20
81:23
**basis** 19:15
47:1 136:24
**bates** 207:23,25
213:1 214:12
214:17 216:3
230:4,15
231:20 232:7
233:8 234:10
239:2 242:12
242:13 249:18
260:9,10 267:1
**bathroom** 7:6
**bear** 35:19
280:16
**bears** 285:12
**becoming**
59:13 142:22
**bedbugs** 75:18
**beginning**
100:14 109:7

111:20 121:12
178:23 179:13
280:6
**begins** 55:3
83:7 87:16
151:5
**behave** 112:12
**behaved** 176:2
**behaves** 112:16
**behavior** 45:9
46:4 48:14
49:25 51:12
54:14 55:8
57:7,8 58:4
66:12 67:10,10
79:16,24 80:3
80:10,24,25
81:9,18 82:5,9
82:10,17 83:11
84:23 88:23
89:13,14,15,17
89:21 90:3
91:5 99:18
103:21 111:5
122:23 128:4
132:1,3 133:13
133:14 147:19
147:22 148:14
148:25 149:4
149:18,25
151:16 159:23
160:4,7,13
162:21 166:1
167:21 180:9

181:10 188:18
198:17
**behaviorists**
53:14
**behaviors** 81:5
81:6 82:10
86:14 99:5,6
100:2 111:7
148:7 150:13
161:2 166:4
172:17
**beings** 107:7
**belief** 77:14
**believe** 28:18
30:13,16 32:2
53:15 64:15
70:9 78:5 93:4
93:6 99:2
142:9 155:15
205:18 212:18
215:22 216:2
217:24 226:22
239:22 254:25
260:8 280:12
**believes** 83:24
185:13
**belt** 180:14
**belts** 171:12
**benefit** 186:20
**benefits** 107:12
**bernalillo**
34:10,11,12
37:14,17 42:3
43:18

**best** 36:7 40:7
41:19 43:5
54:3 92:25
93:1,4,6 94:23
95:17 106:7
115:4 116:9,9
118:10 138:18
163:21 183:15
235:6 261:13
**better** 41:10,11
41:12 42:24
48:8 51:6
64:13 65:11,16
71:2 96:21
99:13 101:17
101:17,17
125:21 155:22
157:1 181:3
199:16
**bettered** 71:14
**betterment**
42:21 71:10,13
**bexar** 1:8 2:19
24:7,10,12,19
29:1 115:1,22
142:8 145:18
145:23 243:18
288:8
**beyond** 10:3
117:21 281:7
**big** 16:24 51:2
62:21 66:3
75:13 106:23
115:22 117:21

139:16,22
141:9,11,24
186:20 187:18
239:6
**bigger** 142:12
**biggest** 140:12
**bill** 78:16 95:3
95:16
**bills** 92:12
**bindle** 232:21
232:24,25
233:2,9 234:2
269:24 270:1
**bindles** 270:4
**biological**
75:21
**bird** 80:25 81:1
109:17,19
**bit** 11:13,25
15:21 21:11
26:19 32:12
33:17 36:15
39:13 46:22
63:23 75:11
90:15 92:15
100:25 106:5
107:2 114:21
134:15 136:15
139:4 150:19
152:13 155:14
163:4 164:10
167:12 174:16
185:22 188:12
197:6,8 201:20

234:25 238:23
248:12 250:6
278:14,16,17
**bite** 10:25
11:14 87:17
**bites** 87:18
**biting** 82:17
**black** 40:23,24
**blame** 185:17
**blank** 68:21
207:8 210:17
211:23 213:21
213:24 214:3,4
218:8,16,17,18
219:4,12,24
220:25 221:25
222:6,7,7,8
232:14 233:15
233:18 234:1
237:15 274:1,9
**blanket** 77:14
**blanks** 69:4
207:10 215:7
216:24 219:20
219:23 220:17
222:19,21
223:13 225:21
225:23 227:13
228:3,15 229:3
229:8,22 230:9
230:20 231:11
232:1,2 233:17
234:19,20
235:23 237:11

blasted 188:6
blind 104:15,17
  106:11 176:7
  176:16 177:14
blood 75:19
blowing 182:17
  200:6
body 30:17,19
  30:20 111:12
  125:3,6,9,15
  126:6,9,16
  128:2,6,19
  131:3 132:9
  133:20 138:4
  167:25 169:12
  178:12
bogus 92:10
bomb 85:24
  175:19,21
  188:15
bombs 75:15
border 139:16
botanist 78:22
botany 79:4
bottom 19:25
  21:3,19 207:13
  207:24 216:10
  241:20 249:4
  249:15 252:4
boulevard 2:15
bounce 157:14
bouncing
  157:17

bound 138:8
bounds 138:7
box 137:19
  209:13 239:6
  241:9,16,19
  263:24 265:10
boxes 136:1
  139:8 140:3
  148:6 209:18
  211:22 241:5
  249:20
boy 143:9
  176:18 177:4
  177:12
bracket 214:2
  218:24
bracketed
  218:21
bracketing
  60:25
brand 57:24
  94:12
break 7:5 21:11
  46:22 50:14
  114:6,15 174:4
  189:20 199:2,9
  201:13 247:13
  284:23 285:1
breathing
  177:11
brief 10:23
  13:4 35:15
  133:3

bring 47:9
  132:7 163:6
  183:20
bringing
  280:16
brings 187:1
broad 24:20
broadly 9:5
brought 20:12
  186:23
brunn 46:1
buds 97:1
build 59:13
  159:14
building 107:7
  167:16 188:16
buildings 25:13
  140:7
built 225:21
bunch 132:9
  133:20 173:12
  201:22 225:21
  231:7 271:3
bundle 269:18
business 11:16
  11:17 26:16
  278:15
busy 137:9
  166:2
butt 160:11

c

c 2:1

cad 24:23
  279:11
calculation
  124:21
calculator
  235:2,4,7
  236:14
calendar 53:11
call 5:9 60:23
  60:24 76:14
  112:10 127:17
  129:15,16
  131:17 132:23
  150:10 151:2
  181:7 189:7
  191:17 192:24
  210:6,7,10,22
  211:5 245:11
  255:3,5 257:10
  263:13 268:11
  272:5
called 26:21
  53:1 78:13
calls 27:22
  132:23
cam 125:3,6,9
  125:15 126:6,9
  126:17 128:2
  128:20 131:3
  132:9 133:20
  178:12
camera 30:17
  30:19,20,23
  128:6 138:11

189:9
**cancers** 75:23
**capacities** 39:9
**capacity** 1:6,7
1:8 11:11,14
12:20 38:19
42:10 288:6,7
288:8
**capstone** 31:22
**captain** 115:20
**car** 56:6 59:11
60:4 63:3
66:11,13
100:22 101:23
101:24 102:2,3
102:4,7,11
112:22 113:3
113:12,16,24
126:2,2 131:6
132:21 133:22
133:24 162:3
164:19 171:5
179:18,19,20
180:1 181:19
181:21 182:21
183:4 184:21
187:5,17
193:13 194:15
194:17,24
196:1,25 197:4
197:19,23
198:9 200:23
221:4,6

**card** 287:11
**cardinal**
150:10,11,15
162:6 164:3
**care** 149:6
179:2 186:17
186:18
**career** 26:24
28:20 32:25
36:24 38:18
40:2 54:11,13
90:21 145:15
263:11 281:12
281:13
**carpet** 271:4
**carroll** 195:21
195:23,25
**carry** 171:8,9
**cars** 62:2 66:24
68:23,25 69:8
93:23 129:25
130:1,3 140:4
140:5,6 182:17
184:22 220:25
221:5
**carving** 41:9,11
**cascade** 61:2
**case** 7:17 8:4
8:20 13:23
18:11 29:8
32:24 54:23
71:20,22
107:20 112:21
126:1 145:22

147:10 149:24
149:24 165:4
181:7 203:13
206:23 234:11
235:9 249:2
273:12 279:11
280:16,25
281:18,21,23
283:7 284:2
**cases** 10:24
14:9,12,14,16
14:19,20
125:23
**cash** 92:6,6,7
92:21 93:8,11
93:23,24 211:1
211:16,18
214:5 215:9
217:1 218:11
219:25 220:20
222:22 223:15
227:15 228:5
228:17 229:10
229:24 230:11
230:22 231:14
232:3,16 234:4
234:21 236:2
**cast** 64:22
183:2 191:14
192:18,22
**casted** 187:25
**casting** 183:21
186:4,6,7,10,11
186:22 187:1

188:9,18
**casts** 187:8
**cat** 217:11,15
217:16
**catalyst** 20:11
**catch** 27:17
86:22 136:12
**categories** 76:1
140:13
**category** 32:4
75:13 217:12
**cause** 1:18
16:12 30:1
44:8 48:20
98:17 195:18
283:20,22
**causes** 132:17
**caveat** 23:1
241:4
**ceiling** 51:8
**certain** 75:22
78:9
**certainly** 43:11
62:6 85:7 93:2
**certificate** 3:7
205:7,8 288:23
**certification**
25:16 38:25
39:2 65:13
68:11 70:2
100:25 101:1,7
101:9,16
103:22 104:7
121:25 141:12

141:20 206:1,6
236:25 238:19
242:1 288:11
**certifications**
69:2 101:12
205:13
**certified** 39:11
68:19 101:5
102:14 103:7
118:13,14
288:14 289:17
**certify** 65:1
288:16 289:1
289:12 290:3
**certifying** 39:6
68:22
**chain** 139:19
**chance** 137:8
239:16
**change** 17:4,12
30:1 47:18
57:6,7,8 79:24
80:3 132:23
133:2,5,12,14
151:16 177:11
199:17 286:4
**changed** 143:1
**changes** 16:23
58:4 286:1
287:24 289:7,8
290:8,9 291:10
**changing** 54:14
84:15

**characteristics**
87:13
**characterize**
182:5
**charge** 141:10
226:17
**chargeable**
129:14 261:16
**charles** 1:22
2:20,21 4:14
16:7 35:8
221:23 248:10
288:22 291:1
**charlie** 2:21
4:15
**chart** 121:1,2
122:13
**charts** 10:17
122:8,9,10,11
122:22,23
123:12,12
**chase** 86:19,25
182:20,22
**chasing** 184:5
185:13
**chebert** 2:6,12
**check** 135:25
174:7 202:17
**checking**
137:18 139:8
140:3
**checkmarks**
202:14

**checks** 174:6
**cheerleader**
56:1
**chimpanzee**
186:16
**chocolate** 91:4
**choose** 81:17
82:3
**chooses** 80:13
**christen** 2:9
4:12 235:2
**christopher**
16:14
**chunk** 187:18
**cigarettes**
106:4
**circle** 49:3 79:7
**circled** 279:10
**circles** 106:4
**circulated** 92:6
92:7
**citizen** 38:19
**city** 125:12
**civil** 1:4,24
285:7 288:4
**claim** 280:21
281:3,6
**claims** 198:8
**clarification**
114:5
**clarify** 16:5,20
17:21 19:21
**clarifying**
162:8

**class** 86:2
118:18 145:7
**classes** 11:23
41:5
**classically**
133:9
**clean** 67:19
88:21 130:3
171:23,23,25
172:3,4 197:10
**clear** 6:6 20:6
55:1 104:6
106:6 111:16
149:24 179:8
208:4 238:10
239:8
**clearly** 6:6
**clever** 53:1,8
53:17,18,20
177:14
**clicked** 23:20
**clicking** 24:5
**clip** 181:13
186:1
**clips** 189:21
**close** 38:10
55:9 90:6
165:11 194:25
284:24
**cloud** 122:13
**clue** 145:21
261:4
**coach** 50:13
165:23 174:25

| | | | |
|---|---|---|---|
| **coaching** 48:12 201:7 | **command** 158:17 | 125:5 | **concern** 246:14 246:20 |
| **cocaine** 88:5 | **commentary** 19:23 173:14 | **complete** 240:16 | **concerned** 246:11 |
| **code** 29:8 | **commercial** 140:7 281:13 | **completed** 169:4 291:16 | **concluded** 285:22 |
| **colleagues** 4:12 | **commission** 287:23 | **completely** 84:13 185:16 | **conclusion** 151:20 |
| **collect** 122:10 | **common** 48:19 49:8,14 65:22 | **completion** 178:23 289:4 | **conclusions** 20:1 225:5,7 |
| **collected** 261:17 | 82:5,24 83:4 89:4,5 194:24 | 289:11 | 225:10 238:8 238:11 244:3,6 |
| **collecting** 246:12 | **communicating** 79:20,22 | **complicated** 69:18 | 244:10 283:20 |
| **colorado** 98:14 | **communication** 59:14 60:1 | **components** 63:18 | **concrete** 34:7 |
| **column** 252:18 275:3,5,5,17 | 138:23 139:1 238:1 | **comprehensive** 50:15 270:1 | **conditional** 155:6 |
| 276:11 | **community** 44:15 | **compromise** 102:16 103:8 | **conditioned** 79:25,25 80:15 |
| **comb** 271:4 | **company** 37:22 38:14 | 127:7 | 132:20,22 133:10 |
| **come** 5:18 8:8 19:18 42:17 | **compare** 144:1 | **compulsion** 148:13 184:10 | **conditioning** 83:13 |
| 50:18 66:2 85:9 88:18 | **comparing** 180:19 | **compulsive** 98:9 | **conditions** 98:1 |
| 92:5 99:15 166:1 175:6 | **compartment...** 107:11 | **computer** 15:6 24:16 137:6 | **conduct** 9:1,4 18:18 20:14 |
| 187:24 189:11 189:13 197:7 | **compartment...** 108:12 | **concentrate** 92:13 | 93:23 278:15 |
| 199:2 207:17 221:20 244:12 | **compile** 212:24 243:23 | **concentration** 200:7 | **conducted** 128:24 180:20 180:20 |
| **comes** 117:18 174:6 188:22 | **complaint** 23:11,12,16,20 | **concept** 63:23 153:4 157:21 | **conducting** 198:12 |
| 245:11 | 23:24 24:4 | **concepts** 45:11 154:7 | **cone** 60:24 153:2 |
| **comfortable** 146:17 217:18 281:22 284:7 | | | |
| **coming** 45:14 85:1 114:8 | | | |

[conference - correct]                                                    Page 14

| | | | |
|---|---|---|---|
| **conference** | **consciously** | **content**  18:6 | **contracting** |
| 94:13 | 177:9 | 74:14 | 38:20 42:4 |
| **confident**  68:14 | **consensual** | **context**  20:9 | **control**  87:14 |
| **confined**  195:5 | 281:14,15 | 21:1 42:1 48:2 | 87:25 184:17 |
| **confirm**  131:14 | **consent**  179:18 | 48:3,3 51:20 | 185:4 |
| 141:4 249:8 | **consider** | 51:25 67:15 | **controlled** |
| 279:22 | 271:23 | 71:8 76:12 | 47:16 67:25 |
| **confirmation** | **consideration** | 82:14 100:9 | **controlling** |
| 174:8 177:6,7 | 22:10,13,22 | 125:10 155:17 | 121:10 |
| 177:10,13 | 23:3 32:1 | 155:23,23,24 | **conversation** |
| 189:10 | 287:14 | 160:3,21 | 4:18 70:23 |
| **confirmed** | **considered** | 161:18,21 | 135:2,6 137:3 |
| 195:14 | 22:16 | 164:5 167:15 | 179:19 196:21 |
| **confirming** | **consist**  25:8 | 170:12 171:15 | **cool**  6:15 216:5 |
| 133:23 192:24 | **consistent** | 172:22 177:12 | 273:23 |
| **confirms**  131:5 | 155:12 198:22 | 186:16 | **cooler**  152:1 |
| **confused**  16:6 | 264:12 | **contexts**  107:13 | **copies**  15:12 |
| 54:17 107:19 | **consistently** | **contextual** | 291:14 |
| 121:11 132:12 | 281:5 | 160:1 | **copy**  14:25 |
| 249:16 264:7 | **consisting** | **continually** | 144:4 248:10 |
| **confusing** | 239:11 | 224:9 | 288:23 |
| 155:10 242:25 | **consists**  240:2 | **continue**  61:4 | **copying**  159:1 |
| 250:24 | **constantly**  43:2 | 88:22 149:14 | **core**  41:19 |
| **confusion** | 281:5 | 150:1 154:14 | **corner**  162:3 |
| 247:22 | **consulting** | 194:6 | 207:24 |
| **congress**  2:10 | 38:20 | **continued**  30:6 | **correct**  12:25 |
| **conjunction** | **consumed** | 30:8 | 14:11 15:23 |
| 224:5 | 145:11 | **continuing** | 16:1,4 18:4,9 |
| **connect**  54:4 | **contact**  139:15 | 134:2 191:20 | 18:19 21:10 |
| **connection** | 139:24 157:22 | 195:8,14 | 23:9,14,22 |
| 117:1 161:11 | **contain**  23:2 | **contraband** | 24:6 25:2,4,5 |
| **connects** | **contains**  289:8 | 76:14 | 26:9 27:9,12 |
| 151:12 | **contaminated** | **contract**  37:13 | 29:24 32:11 |
| | 224:10 | 38:2 | 33:12 34:14 |

| | | | |
|---|---|---|---|
| 37:4 40:21 | 219:9,18 | 261:11 262:6,9 | 276:1,14,15 |
| 41:1,1,15,21 | 222:12,25 | 262:13,14,17 | 277:2,9 278:1 |
| 42:6 46:20 | 223:16 226:11 | 263:20,25 | 278:5,8 281:2 |
| 50:1,4 53:24 | 227:16,18 | 264:19,20,22 | 287:3 |
| 58:7,14 60:11 | 228:3,6,8,11,13 | 265:3,11,12,13 | **corrected** 151:8 |
| 61:9,13 69:1,3 | 228:14,18,24 | 265:14,15,17 | **correction** |
| 69:6 70:21 | 229:10,11,13 | 265:18,19,20 | 148:21,22 |
| 71:17 72:17 | 229:14,23,25 | 265:24 266:1,4 | 184:10 |
| 73:3,8,14,22 | 230:2,5,8,12,14 | 266:7,10,13,15 | **correctional** |
| 74:22,25 76:5 | 230:20,21,23 | 266:17 267:4,6 | 76:21 |
| 77:4 78:2 | 230:25 231:15 | 267:8,11,13,16 | **corrections** |
| 79:14 81:16 | 232:4 233:20 | 267:19,21,22 | 76:13 |
| 84:6 85:13 | 234:5,7,16,18 | 267:23,25 | **correctly** 89:1 |
| 88:3,8 89:9,11 | 234:22,24 | 268:1,2,3,4,5,7 | 100:3 103:14 |
| 89:23 91:9,16 | 236:3,9 238:12 | 268:8,17,21,24 | **correctness** |
| 107:23 117:23 | 240:7 242:12 | 268:25 269:1,3 | 204:10 |
| 119:11,13,16 | 242:14 245:21 | 269:5,6,7,8,10 | **counsel** 289:12 |
| 119:18 121:16 | 246:23 247:11 | 269:11,12,13 | 290:5 291:14 |
| 126:22 130:18 | 248:1 251:12 | 269:14,15,21 | **count** 25:12 |
| 133:14 136:6 | 252:5 253:13 | 270:10,11,12 | 208:16 231:7 |
| 142:14 144:4 | 253:15,19,21 | 270:13,15,17 | 234:14 275:19 |
| 147:15 150:17 | 254:3,16,17,19 | 271:9,10,12,14 | 277:3 |
| 152:15 156:21 | 254:22,23,24 | 271:15,16,17 | **counting** |
| 157:23,25 | 255:18,19,20 | 271:19,20,21 | 202:12 204:8 |
| 158:10 166:10 | 255:24 256:4,7 | 271:22 272:8,9 | **country** 63:3 |
| 166:16,18 | 256:10,12,14 | 272:10,11,13 | 64:10 65:1 |
| 175:16 179:6 | 256:15 257:21 | 272:14,15,16 | 77:13 116:2 |
| 179:23 187:3 | 257:23 258:2,3 | 272:19,20,23 | **county** 1:9 2:19 |
| 188:10 192:25 | 258:6,7,8,12,15 | 272:24,25 | 4:14 9:4 24:7 |
| 193:23 201:11 | 258:17,23,24 | 273:1,2,3,5,6,7 | 24:10,12,20 |
| 202:2 205:24 | 259:2,5,9,12,16 | 273:8,9,10,14 | 29:1 34:10,12 |
| 206:8 212:13 | 259:17,23,24 | 273:15,16,17 | 37:14,17 42:3 |
| 214:8,9,24 | 259:25 260:6 | 273:18,19 | 43:18 90:21 |
| 217:2 218:9 | 260:17 261:9 | 275:9,13,14 | 115:1,22 142:8 |

145:19,23
243:19 287:7
288:9 290:1
**couple** 10:12
11:24 29:6
98:19 124:5,9
137:5 138:21
142:2 157:14
166:25 181:20
181:22 185:21
202:18
**course** 3:12
61:2 73:5,15
74:3,18 81:14
82:18 90:13
116:17 117:9
118:2 131:6
142:15 143:7
143:24 144:4,8
144:12 145:10
145:19 146:12
159:14 167:1
168:18 169:3
236:11 243:11
265:5 281:12
**courses** 38:17
38:17 72:23
73:2,23 74:15
75:3,7 144:21
281:11
**court** 1:1 4:17
4:24 6:3,7 14:1
98:15 194:12
261:25 288:1

**courtesy** 6:12
**courthouse**
263:15
**courtroom** 5:24
**cover** 22:1
32:14 189:9
**covered** 25:13
118:2
**covers** 74:19
**covid** 75:23
**coward** 86:20
**create** 111:14
144:8 152:18
**created** 78:15
158:22 202:10
**creates** 55:4
**creating** 109:13
144:10 244:5
**creature** 40:17
**creatures**
172:19
**crime** 125:15
**criminal** 14:12
280:22,25
**crouch** 160:15
**crunch** 201:22
**cs** 291:15
**csfrigeriolaw**
2:24 291:2
**csr** 1:20 289:22
**cubbyholes**
67:19
**cue** 50:3 51:14
51:21,22 52:2

54:6 57:10
58:11,16
**cued** 52:12
**cues** 50:6,17
52:21,23,24
53:19 54:4,11
54:12 55:14
56:14,18,22
**cuing** 49:10,10
49:14,19
103:11
**cumbersome**
38:5 45:22,23
45:24 213:3
**curious** 40:15
45:17 63:17
252:19
**currently** 37:13
**curriculum**
36:24 37:6
84:9
**cut** 16:17 62:9
111:16 270:3,3
**cv** 1:5 288:5

**d**

**d** 178:2
**dangling**
171:12
**darn** 137:8
**dash** 30:23
**data** 48:4 61:24
279:23

**date** 28:16
207:9 208:5,7
208:9,12
240:19 242:7
249:15 286:3
289:6,22
**dates** 203:1
207:8 242:17
**day** 11:25 44:2
71:11 78:6
93:20 112:4
118:18,20
234:10 287:8
287:18 289:17
290:13
**days** 120:22
243:3 289:6
290:4,5 291:16
**deal** 16:24
127:4
**dear** 16:7
**decades** 50:17
74:3
**decent** 97:16
**decide** 18:20
151:20 262:4
**decided** 193:13
**decides** 65:22
**deciding**
282:19 283:16
**decimals** 46:14
**decision** 129:21
**decisions**
117:15,23

118:10
**dedicated**
154:2
**defendant** 2:14
12:2 13:5
**defendants** 1:9
2:19 288:9
**defense** 14:20
**deficient** 203:7
**define** 65:24,25
199:17
**defined** 142:13
160:10
**definition**
147:12
**definitive** 52:10
**degree** 133:1
137:15 138:11
162:2 183:23
185:4 261:22
**degrees** 35:23
**delay** 35:15
74:10
**delete** 274:5,6
**deletes** 133:8
**delivered**
288:21
**demonstrated**
94:9
**demonstration**
11:22
**department**
11:21 16:14
24:8 27:22

34:12 37:14
42:4 43:19
77:6 84:20
98:21 115:21
115:23 116:19
117:5,6 118:11
125:11
**department's**
106:8
**departments**
77:24 115:25
116:1 117:4
137:20 139:14
142:1 226:2
238:4,5
**depend** 52:4
77:5 81:11
184:1
**dependent**
154:19
**depending** 38:8
100:12 115:11
270:3
**depends** 68:18
85:17 100:2
136:20
**deploy** 98:23
113:3 162:1
179:18 279:10
**deployable**
44:21
**deployed** 11:24
133:22 279:10

**deploying**
43:21 76:24
159:17 181:19
**deployment**
8:15,19 14:2
14:10 16:12
17:25 21:1
26:13 28:10,23
29:3 43:22
48:3 56:4
58:16 59:21
61:11,24 71:15
71:19,24
102:15 112:21
126:16 128:12
158:16 168:15
168:22 169:7
169:10,15,22
170:9 172:7
178:24 180:17
180:21 198:5
199:1,23
203:20,22
206:7 239:24
240:2,21 249:8
278:7,21 279:2
279:2,9 280:18
**deployments**
47:14 70:20
112:21 139:12
165:17 170:15
198:23 244:11
274:23 275:1
275:11 276:2

277:21 280:19
**deponent** 289:2
289:3,10
291:13
**deposed** 5:14
10:20,25 11:4
11:5,7
**deposing**
291:13
**deposition** 1:12
1:16 4:23 7:13
11:14 13:4,12
29:18,19 30:6
205:17 282:15
282:17,22
283:1,11
285:10 286:3
287:2 288:12
288:19,21
289:4,11
**depositions**
5:20 13:18
**deputies**
115:23 118:7
**deputy** 4:13,14
8:23 9:7 17:25
18:17 19:7,10
19:24 20:1,8,9
20:15,25 25:7
27:10,10,11,11
27:25 28:7,20
28:25 29:19,23
30:6,18,20
31:4,20 37:9

40:11 55:11,21
57:5 60:24
71:18 101:4
115:22 127:12
127:20 132:14
133:21,22
178:12 179:17
179:19 180:16
181:19,21,22
184:14 185:10
188:8 196:12
196:18,20,21
196:24 197:20
197:22 198:14
208:4,19,19
209:24 235:15
236:24 240:3
240:13 242:21
248:21 276:3
277:12 278:4
281:4
**described** 90:5
**describing**
85:12
**description**
3:10 224:15
225:17,20
287:10
**desert** 281:11
**desirable** 155:4
**detail** 3:14
22:22 208:20
238:17 240:13
248:22

**detailed** 215:21
217:23 233:7
250:12
**details** 225:9
**detect** 62:3
76:8 79:11
88:7,10 110:18
130:24
**detected** 88:12
**detecting** 61:12
80:22 89:1
96:25 132:21
**detection** 37:2
39:24 42:14
43:21,24 44:5
45:3 47:21
55:2,5,20
64:19 72:15
73:6,16,17,19
73:21 74:18,21
75:13,15,17
76:8 95:18
97:21 99:14
106:15,17
107:12,21
108:9 109:1,3
112:17 142:16
149:15 156:5
158:3 160:14
160:22 175:23
194:23 261:13
**detector** 3:12
18:1 75:12,20
75:21 76:2

87:6 142:20
145:16 195:2
261:12
**determination**
47:5 68:10
119:25 175:8
222:2
**determine**
48:15 53:22
66:15 67:14
68:13 120:18
128:2,5 154:3
221:8
**determines**
126:24
**determining**
47:2 75:22
**develop** 148:9
**developed**
97:16
**developing**
138:6
**devices** 75:19
**devoted** 22:10
23:3
**difference** 43:8
79:1 86:5
94:11 111:3
112:15 129:11
141:25 271:8
**different** 24:15
26:15,15,15,17
31:8 39:3
43:10 44:14

54:21 55:12
57:23 60:14
63:22 68:8
73:9,11,12
79:1 80:17
81:24 82:20
106:5 108:18
108:21 109:2,6
112:12,14
113:7 119:4
122:19 128:11
132:6 137:1
140:10,20
157:1 159:24
160:4 161:1,8
161:17 163:4
163:19 166:22
166:23 183:8
183:10 191:22
203:24 209:24
210:24 211:6
221:12,16
239:11,12
260:8
**differently**
176:2 217:13
243:6 278:12
**difficult** 34:6
39:13 54:22
66:15 68:3
116:24 117:14
176:11 190:9
221:7 222:1
224:21

**difficulties**
99:23 116:24
**dig** 81:5
**diligent** 120:13
**direct** 96:20
117:1
**directability**
168:17
**directed** 195:3
**directing**
184:14
**direction**
184:25 212:20
**disagree**
209:16
**disclosure**
285:8
**disconnected**
74:7
**discourages**
89:14,15,17
**discover**
167:19
**discovered**
53:16 92:2
186:24
**discretion**
261:23
**discussed** 18:17
32:9 33:15
282:3 284:19
**discussing**
31:24 100:18
275:11

**discussion**
35:13 74:8
94:2 121:12
128:14 173:18
178:18 248:18
266:23 279:24
280:6
**dismissed**
13:10
**disobedience**
152:7,14
191:16
**disobedient**
152:2,3
**dispatch** 24:12
24:16,17,20
**dispersions**
64:22
**display** 46:3
165:4 172:16
**displayed**
79:16
**displaying** 90:2
172:8
**displays** 81:9
**dispute** 235:11
**disseminate**
155:25
**distillation**
145:14
**distinguished**
141:23
**distracted**
170:19 171:6

172:12 183:7
183:13 185:9
185:11
**distraction**
185:15 223:23
232:24 233:10
233:12,19
**distractions**
45:7 140:4
207:10 211:15
211:21,22,23
212:2,11,15
214:7 215:11
215:14,16,18
217:3,6,20
218:12 220:2
220:22 222:10
222:25 223:1
223:18 224:12
227:17 228:7
228:19 229:12
230:1,13,24
231:17 232:5
232:18 234:6
234:23 236:6
278:19
**distractor**
224:2 233:5
**distractors**
219:21
**distribute**
233:4 272:2
**district** 1:1,1
288:1,1

**ditch** 184:3
**diversion** 224:2
232:23
**diversions** 45:7
140:4 211:14
212:2 215:16
215:17 224:11
278:19
**diverted** 63:16
170:19 172:11
185:9 187:7
**divided** 236:12
236:22
**divider** 236:19
**divine** 243:21
**division** 1:2
115:20 288:2
**dock** 49:11
60:14,19
**doctrine**
195:21,23
**document** 6:16
15:16 16:2
25:3 26:20,25
124:11 143:7
206:19 239:9
287:11
**documents**
6:15 9:16
10:14 31:23
205:14 239:21
282:3 284:21
**dog** 3:12 8:24
10:25 11:14,24

| | | | |
|---|---|---|---|
| 12:14,17 14:2 | 82:13,13,18,21 | 127:12,13,14 | 164:14 165:6 |
| 14:9 16:13 | 82:22 83:7,15 | 127:25 128:25 | 166:4,6,15 |
| 18:1 40:16,19 | 83:16,24,24 | 129:4,10,12,21 | 167:7,18 168:1 |
| 40:20 41:2 | 84:19 85:1,8 | 129:21 130:23 | 168:2,8,20 |
| 43:22 44:21 | 85:18,23,24,24 | 130:24 131:4 | 169:13,20,21 |
| 45:8,19 46:1,4 | 86:2 87:6,16 | 131:10,11,17 | 170:4,7,8,9,9 |
| 46:7,19,25 | 87:17,21 88:9 | 131:20,23 | 170:17,18,22 |
| 47:23 49:5,6 | 88:11,24 90:1 | 132:2,10,11 | 171:2,5,7,8,9 |
| 49:11,14,15,20 | 90:17,18,21 | 133:8 134:1 | 171:15,16 |
| 50:11,21 51:18 | 91:3,5,7,11,23 | 136:16 138:3 | 172:8 174:4,6 |
| 51:24 52:2,6,7 | 91:24,25 92:2 | 139:5 142:2,20 | 174:7,16 175:1 |
| 52:10 54:8,15 | 93:8,12,16,24 | 145:16 147:9 | 175:5,6,11,21 |
| 55:4,7,17 56:7 | 94:6,10 96:24 | 147:17,25 | 175:22,25 |
| 56:10 57:9 | 97:21,25 98:5 | 148:10,16 | 176:12 177:3,5 |
| 58:1,19 59:9 | 98:6,15 100:1 | 149:14,17,24 | 177:6,9,21 |
| 59:12,14,17 | 101:7,8,13,15 | 149:25 150:19 | 178:23,24 |
| 60:2,3,19 | 102:14,16 | 151:5,7,15 | 180:6,6,12,14 |
| 61:10,23 62:2 | 103:7,11,14 | 152:2,5,19,21 | 181:4,9 182:5 |
| 62:5,19 63:2,4 | 104:4,6,8 | 153:1,3,5,14,16 | 182:6,20 183:1 |
| 63:14,20 64:20 | 105:9 106:15 | 153:16,19,20 | 183:2,6,10,20 |
| 65:22 66:1,5 | 106:21,21 | 153:22,23 | 184:2,8,17,18 |
| 66:10 67:20 | 107:6,19 108:1 | 154:10,12,16 | 185:2,4,8,17,19 |
| 68:11,13,15 | 108:10 109:1,1 | 154:17,20 | 186:4,19,22 |
| 69:11,15,17,25 | 109:3,8,12,17 | 155:3,10,19,25 | 187:8,19,19,23 |
| 70:1,4,16 71:7 | 110:5,9,16,22 | 156:24 157:3,4 | 187:24 188:15 |
| 72:7,14,19,21 | 111:4,5,8,16 | 157:5,6,14,15 | 189:3,5,12 |
| 72:21 73:6,16 | 112:4,13,18 | 157:16,24 | 190:19 191:14 |
| 74:21 75:12,17 | 113:1,3,12,13 | 158:2,2,2,14,15 | 191:14,21 |
| 75:20,23 76:2 | 113:22 116:3 | 158:23 159:2,8 | 192:7,8,9,18,18 |
| 76:2,8 77:2,15 | 116:21,23,25 | 159:17,18,22 | 192:22 193:3,4 |
| 77:20 79:17,19 | 120:4,4 121:4 | 160:3,6,9,21,25 | 193:7 194:24 |
| 79:20,25 80:4 | 121:8 122:14 | 161:1,8,19 | 195:6,14 |
| 80:13,22,25 | 122:24 124:2 | 162:1 163:6,8 | 198:17,19,22 |
| 81:1,9 82:2,11 | 126:1,24 | 163:14,22,22 | 199:21,24 |

201:9,23 203:4
203:5 211:8
237:25 246:7
261:13 278:20
**dog's** 48:14
49:5,6,24
51:11 58:12
66:5 100:20
105:17 112:19
122:1 147:24
148:1 161:3
162:21 165:21
168:16 174:19
181:9 186:22
**dogs** 39:24 51:4
62:13 65:1
66:3,18 70:16
73:18 75:15,21
76:14,15,24
79:11 81:5
83:13 85:21
86:14 87:6,10
92:21,23 93:20
96:6,11,23
97:2 98:17,20
98:24 99:5,8
99:14 102:13
102:18 106:8
106:20 107:4
107:16 113:10
113:14,15
116:4 117:12
118:13 122:5
126:17,20

130:21 134:13
135:10 138:4
140:10,10
142:3 144:17
150:25 155:17
160:14 167:17
170:15 172:16
175:19,19
176:13 181:2,2
186:21 198:19
198:21 199:11
199:14 200:22
200:24 201:1
224:4
**doing** 4:9 10:1
37:11 42:2,4,7
43:2,18 44:5
46:24 47:6,13
47:15 48:18
49:17,20 57:1
58:23 63:16
64:19 68:20
83:24 91:5,23
96:7 100:3
104:2 105:7,15
107:5,5,7
108:9,14,15,25
111:9,19,23,25
112:4,5,11,18
113:2,11 115:3
120:14 123:6
124:20 125:16
126:11 131:23
135:10,21

137:6 138:3
139:10 140:2,9
140:11 144:25
147:10 148:4
153:11 154:11
155:18 158:3
160:4 163:4
166:2 176:1,10
180:7 181:5
182:15 183:21
187:14,20
188:15,17
190:3,4,7,8
191:4,20
193:15 194:19
209:16 214:23
215:18 222:3
235:11 237:5
244:1 245:17
247:24 278:23
280:18
**doj** 125:13
**donna** 1:20
4:17 288:14
289:22
**donna's** 4:23
**door** 164:19
182:3 193:20
194:25
**dopamine** 90:9
**dope** 75:15
85:24 175:22
**double** 69:23

**doubt** 274:14
279:25
**downstream**
84:12 117:10
**draft** 9:14 10:9
10:11,15
**dramatic**
113:21 127:16
176:24
**dramatically**
81:11 128:11
**drats** 146:9
**draw** 225:4,7
225:11 238:10
244:6,9,16
284:2
**drawbacks**
99:7
**drawing** 238:7
284:7
**drill** 201:19
**drills** 209:24
**drive** 189:12
263:14 267:2
**driver's** 182:3
**drop** 54:8
**dropbox** 7:15
21:24 24:2
25:18 30:15
282:7,10 285:9
285:11
**dropped** 77:18
**drug** 76:18
78:6 94:20

| | | | |
|---|---|---|---|
| **drugs**  56:5 | 103:20 104:25 | **effect**  53:2 | **encompass** |
| 66:19 110:18 | 121:3 130:21 | 177:14 192:9 | 117:24 |
| 126:3 133:24 | 135:3 140:15 | 278:22 | **encounter** |
| 160:23 193:21 | 141:23 142:18 | **effective** | 12:15 |
| 193:22 196:25 | 171:1 176:15 | 145:16 | **encounters** |
| 197:20 200:22 | 177:16,16 | **effort**  39:12,19 | 281:14,15 |
| 265:4,12 266:5 | 183:12 202:11 | 116:24 | **encourage** |
| 267:12 277:13 | 237:24 242:16 | **eight**  34:17,18 | 175:20 |
| **dual**  106:20,21 | 264:9 278:4,11 | 100:13 105:2 | **encouraged** |
| 107:4,19,25 | 280:14 282:3 | 106:9 107:21 | 161:2 |
| 108:25 127:12 | **earliest**  208:9 | 231:11 275:18 | **encouraging** |
| **dude**  175:3 | 208:12 249:1 | 275:23,23,24 | 149:14 |
| **duffle**  164:20 | 249:15 | 276:3,5,6,18,23 | **ended**  142:21 |
| **duly**  1:17 4:2 | **early**  11:8,8 | 277:6 | 193:9 209:1,7 |
| 288:17 | 53:9 67:18 | **either**  30:5 | 215:1 |
| **dump**  262:3 | 68:3 90:4,21 | 47:23 48:18 | **energy**  166:7 |
| **duplicate**  216:6 | 93:11 156:24 | 66:21 92:11 | 166:15 |
| **duties**  126:12 | 202:24 | 148:23 203:19 | **enforcement** |
| 128:19 | **earn**  170:1 | 203:21 208:6 | 5:7 34:21 |
| **duty**  116:3 | **earns**  58:20 | 226:9 227:17 | 36:23 37:25 |
| 127:19 130:15 | **easier**  146:11 | 262:5 269:23 | 38:18 76:11,13 |
| 137:22 | 146:15,19 | 282:15 | 77:16 281:9 |
| **dvds**  72:5,13,21 | **easiest**  158:21 | **electronic** | **engaged**  137:22 |
| **dynamic**  70:25 | **easy**  175:7 | 75:18 122:11 | 209:3 |
| 144:18 | **edge**  96:17 | **elements**  134:5 | **engaging**  60:21 |
| | **edit**  16:18 | 134:5,7 | **ensure**  94:6 |
| **e** | **edited**  85:15 | **eliminate** | 126:17 128:20 |
| | **educating** | 207:11 | 136:4 |
| **e**  2:1,1 37:18 | 116:13 | **else's**  157:2 | **ensuring** |
| **earlier**  33:11 | **education**  21:7 | **emanating** | 138:19 |
| 54:10 65:10 | 32:10,15,23 | 153:13 | **enter**  131:16 |
| 70:15 75:8 | 33:25 54:25 | **emotion**  161:8 | **entered**  208:18 |
| 80:21 82:4 | 55:11 86:3 | **employed**  5:4 | **entire**  34:3 |
| 88:15 89:25 | 117:23 | 289:13 | 178:20 |
| 94:2 100:6 | | | |

entirely  25:8
  161:8 191:22
  205:14
entirety  21:23
  28:20
entities  38:1
  39:3,4
entitled  285:7
entity  73:9,11
environment
  47:16 67:3,17
  67:25 68:14
  109:12 167:20
  182:17 212:10
  224:17 225:18
environments
  45:7 212:1
equally  55:23
equipment
  72:20 102:18
equivalent
  243:7
errata  291:11
  291:13,16
error  49:16
  209:15
escaping  225:9
esquire  291:1
essential
  145:16 150:16
essentially
  135:8 154:11
estimate  38:21
  38:22 202:3,3

  202:4,5
estimates  221:9
estimation
  40:11 202:20
  202:23
et  13:3 291:4
evaluate  45:19
  47:7 224:19
  238:2
evaluating  48:2
  134:12
evaluation
  224:21
event  39:20,21
  59:6 88:19
  285:11
events  53:11
eventually
  110:22 182:1
everybody
  59:24 92:17
  161:22
evidence
  196:24 197:25
  198:2 211:22
  261:17
evolved  186:21
exact  112:25
  201:17
exactly  12:8
  103:3 109:22
  113:16 145:12
  152:23 190:3,4
  199:10 201:14

  214:23 216:7
  241:2
exam  64:2
examination
  3:5 4:3
examinations
  39:2
example  34:8
  41:7 47:20
  49:19,24 56:24
  61:20 67:8,18
  83:2 86:17
  93:20 95:11
  101:21,22
  102:25 103:11
  118:12 123:1
  125:25 126:4
  130:14 151:4
  158:2 166:7
  176:18,20,22
  177:18 202:24
examples  50:18
  54:10 56:21
  90:19 92:5
  132:6 165:8
  173:5
excel  3:16
  207:8,8,9
  240:18 248:7
  274:1,14
  279:16,19,23
  279:24
excellent  137:4

except  150:20
  287:3
excited  177:11
excluded  14:17
executed
  287:13
exercise  138:12
  239:19 247:8
  248:5 274:15
  279:22
exercises  107:9
  137:5 138:6
exhibit  3:11,12
  3:13,14,15,20
  3:21,22 14:25
  15:2,11 16:2
  72:2 143:3,14
  143:16 177:23
  178:1,4 204:14
  204:15,18,23
  205:2 206:9,11
  207:16 238:24
  239:10,11,11
  239:13,15
  240:2 247:2,11
  247:21 248:1,9
  248:16,19
  251:15 274:11
  279:16,17,20
  280:12
exhibits  3:9,18
  30:4,7,14
  283:19

**exist** 139:11
**expect** 149:5,6
  278:25
**expectations**
  47:18 87:11
**expected** 46:3
**expedite** 32:13
**experience** 21:7
  32:10,14,23
  33:17,18,25
  34:4,22 50:8
  50:17 58:2
  74:2,16 76:1
  90:20 99:2
  115:2,9 117:7
  117:12 136:9
  172:6 280:18
  281:6,8
**experienced**
  101:15
**expert** 11:11
  12:23 13:19,22
  14:9 15:19
  16:2 17:1
  20:14 21:5
  280:21 281:3,4
  281:18,23
  282:23
**expertise** 21:7
  32:15 280:15
  281:7,8
**expiration**
  289:22

**expires** 287:23
**explain** 78:20
  152:5 158:21
  184:18
**explained**
  71:10
**explaining**
  20:25
**explanatory**
  24:9
**explore** 36:15
  151:19
**explosive** 81:24
  140:10
**expressed**
  278:9 287:15
**extensive** 40:2
  73:25
**extent** 23:23
  28:25
**extinct** 89:8
  90:4
**extinction**
  88:15,18,19
  89:5 91:13
  98:8 131:17
**extinguish** 54:2
  166:4
**extinguishes**
  66:7
**extinguishing**
  165:25
**extract** 12:18

**extreme** 177:19
**extremely**
  139:13
**eyes** 137:25

**f**

**f** 120:4
**face** 11:25 77:9
**facilities** 76:21
**facing** 190:19
**fact** 32:5,7 47:3
  64:25 84:3,16
  174:17 198:21
  283:19
**factor** 201:4
**factual** 283:11
**fades** 88:23
**fail** 61:3,4,15
  63:4 66:6
  69:10,16 70:4
  147:11 148:3
  148:10
**failed** 245:24
  275:2,12 276:5
  276:6,12,17
**failing** 60:17,20
  62:4,14,20
**fails** 62:3
  291:18
**failure** 48:24
  49:1,4,4,5
  89:18 101:16
  103:15,17
  123:22,23

  147:11 275:7
**fair** 14:10
  22:21 23:6
  26:1 31:6
  32:13 34:23,24
  40:3,4,5 41:25
  52:20 71:7
  73:23 74:13
  77:7 85:3
  102:5 110:20
  122:4 145:10
  193:14 206:3
  207:19 208:20
  209:10 210:15
  210:18 213:16
  213:19,22
  215:25 220:6
  220:10 221:25
  222:20 223:9
  223:11 227:6
  229:2 231:6,12
  232:14 233:18
  234:15 235:16
  235:21,24
  236:8 237:9,15
  240:1 241:4,10
  242:1 243:23
  251:9 252:8,23
  253:23 254:4,7
  254:11 257:10
  257:14,16
  260:11 261:5
  264:24 267:15
  274:24 275:2

275:21 276:4
277:1,7,13,16
277:17,22
279:7
**fairly**  51:19
  115:21 183:1
  192:5 201:22
**fake**  133:10
**fall**  49:17 61:18
  63:21 142:3
**fallibility**  201:4
**falling**  48:9
  63:11
**falls**  23:7 149:9
**false**  44:7 45:16
  61:8 62:14
  65:19 66:9,14
  67:6,10,14,21
  67:23 68:7,11
  69:10 70:1,2
  128:25 129:5,8
  129:16 140:16
  140:21
**falsely**  69:15
**familiar**  26:20
  27:4 64:17
**familiarity**
  21:7
**far**  52:25 84:11
  89:3 159:20,25
  194:3 197:20
  197:24 247:5
**farm**  78:16
  95:3,16

**fast**  6:21 86:22
  228:22
**fat**  106:3
**fault**  275:4
**faulty**  174:8
**february**
  231:19 233:21
  269:9 270:7,14
  272:8,12
**federal**  1:23
  14:1 98:23
  285:7
**fedora**  53:24
  54:7,9
**fee**  15:24 16:3
**feel**  18:25 19:9
  32:19,21 33:24
  35:19,24 36:3
  86:17 87:3
  122:19 140:13
  200:5,7 231:8
  240:19 278:12
  281:22 283:10
  283:23 284:10
**feels**  87:1,7
**feet**  164:21
  191:8
**fell**  11:25 35:9
  129:1 164:20
**felt**  19:14 44:10
  175:16 284:1,7
**field**  47:15
  50:16 58:9
  74:3,24 81:13

92:20 112:20
  115:2 126:18
  128:1 130:17
  241:16 252:17
  255:6 260:18
  268:14 272:18
**figure**  35:6
  48:8 61:19
  95:14 96:2
  113:10 114:17
  204:5,5 224:8
**figures**  207:18
  251:16
**file**  203:25
  240:16
**fill**  209:14
**filled**  28:9
**final**  10:15
**finally**  174:20
**financially**
  289:15
**find**  17:17
  42:20 55:8
  60:23,23 66:19
  69:22 75:23
  87:18 96:21
  97:13 107:2
  129:14,14
  130:6 131:7
  139:21 146:6
  147:1 153:4,6
  153:12,13
  155:4 156:19
  160:8 163:6

168:9,10
  172:24 175:15
  188:23 189:7
  207:21 209:22
  214:11 219:5,6
  219:7,8 220:12
  221:3,5,6
  224:4 225:13
  225:16,23
  246:6 249:1
  250:21 257:7
  261:16
**finding**  76:17
  91:3 211:10
**finds**  75:18
  83:9 176:10
  221:1 224:7
  241:8 244:12
  250:18 251:23
**fine**  5:8 10:8
  17:19 24:3
  52:20 56:10
  64:9 80:8
  105:11 108:10
  169:20 196:10
  204:2 218:14
  223:7 250:16
  263:13
**fingers**  51:8
  158:14 234:14
**finish**  6:12
  67:22 162:7
  226:21

| | | | |
|---|---|---|---|
| **firm**  289:24 | **flipping**  123:21 | **folks**  14:25 | 138:1,1 210:21 |
| 290:19 | **florida**  94:8 | 81:17 | 211:1 220:24 |
| **first**  4:2 11:9 | **flush**  82:11 | **follow**  98:8 | 255:12 290:8 |
| 11:10 16:6 | 83:24 | 106:8 135:1 | **formal**  59:23 |
| 22:4 30:5,9 | **flushes**  83:10 | 150:14 159:20 | 59:24 180:10 |
| 31:18 64:11 | **flushing**  80:25 | 264:10 | 180:11 |
| 77:12 82:9 | 85:10 109:9 | **followed**  55:10 | **formalized** |
| 109:6 127:2 | 160:6,13 | 133:5 175:8 | 59:16 |
| 129:3 144:7 | 167:21 | 243:7 | **format**  222:1 |
| 150:9 177:24 | **focus**  8:17,18 | **follower**  168:14 | **former**  27:11 |
| 183:3 209:13 | 19:7 22:14,18 | **following**  22:6 | **forming**  21:15 |
| 214:1 242:4,7 | 44:25 75:16 | 22:9 41:6 | 198:13 |
| 242:11 282:21 | 76:1 79:8 | 104:7 111:17 | **forms**  218:8 |
| **fishing**  186:12 | 81:20 120:18 | 128:21 147:8 | 221:14,17,21 |
| **fit**  23:5 | 121:14 139:4 | 154:18 265:9 | 223:21 224:25 |
| **five**  68:20,23 | 168:9,16 182:7 | 288:16 | 225:6 226:8,13 |
| 68:24,25 69:5 | 182:25 184:7 | **follows**  4:2 | 240:19 243:23 |
| 69:13 156:4 | 185:19 187:7 | **food**  110:12 | 279:25 280:2 |
| 202:15 210:14 | **focused**  18:17 | **fool**  66:3 | **fortunately** |
| 213:19 215:4 | 22:20 106:16 | **foot**  111:18 | 247:5 |
| 220:9,25 227:8 | 111:22,23 | **footage**  125:3,6 | **forward**  197:6 |
| 231:11 247:1 | 113:8 124:13 | 126:6,9,17 | 197:8 |
| 275:17,22 | 124:18 134:16 | 128:2,20 | **found**  54:8 |
| 276:23 277:5 | 175:15 185:16 | 132:10 133:20 | 61:7 66:19,19 |
| **fix**  123:10 | 241:23 | **force**  16:12 | 90:23 92:15 |
| 127:9 148:7 | **focuses**  174:21 | 117:19 | 126:3 146:25 |
| **flawed**  64:9 | **focusing** | **foregoing**  22:6 | 155:8 193:20 |
| **fled**  12:16 | 122:23 125:22 | 287:1,12 | 193:22 196:25 |
| 113:25 | 212:21,22 | **forever**  45:1 | 197:20 198:6,9 |
| **flip**  146:2 | **folded**  233:2 | 101:8 159:15 | 225:15 241:9 |
| 212:18 214:2 | **folder**  25:19 | **forget**  201:14 | 245:1 250:18 |
| 241:10 274:11 | 30:15 282:7,10 | **forgot**  16:17 | 251:1,3,23 |
| **flipped**  124:5 | 285:9,11 | **form**  28:9,10 | 253:6,20 |
| 206:24 225:2 | | 103:1 104:9 | 254:10,23 |

255:24 256:11
256:19 258:2
258:12,24
259:9 261:2,14
262:10 264:19
265:4,12,19
266:5,14 268:9
270:10,16,16
271:3,21 276:9
**foundation**
83:19 84:8,16
84:18 85:2
109:6 110:23
162:23
**foundational**
110:16
**foundations**
83:17,22 109:4
**four** 5:17,18
10:21 46:8
47:8,22 60:17
68:20 77:17
88:6,10 100:13
105:1 106:8
107:21 190:13
191:8 202:15
210:14 213:19
215:4 216:22
216:22 220:9
221:1 222:16
223:11 227:25
228:12 229:20
230:7 231:10
232:12 233:24

265:19 275:17
275:22 276:23
277:4,4,12,13
277:20
**fourth** 13:12
**fox** 2:3 4:13
14:25 273:24
274:3,8
**frankly** 120:7
264:14
**frcp** 289:1
**free** 231:8
**frequency**
46:23 119:14
137:15
**frequently**
139:24
**friend** 173:11
**frigerio** 1:22
2:20,21,21
4:15,15 6:24
8:1,10 16:7
18:25 21:25
24:1 31:11,19
35:2,7 74:7
103:1 104:9
207:25 214:13
214:15 220:24
256:24 257:2
284:1,19
285:18 288:22
291:1
**front** 99:23
165:4 171:9,14

180:2 206:23
240:14,18
274:15
**frustrated**
191:10
**ft** 289:24
290:18
**fulfill** 87:11
**full** 5:2 6:16,17
38:10 129:9
164:20 165:5
**fully** 226:13
**fundamentals**
74:20 75:2
**funky** 207:3
**further** 134:9
184:25 289:1
289:12,15
**future** 78:8
103:8 149:14
285:10
**fuzzy** 97:7
156:2

## g

**g.com** 2:17
**gained** 74:2
**gains** 101:13
**gals** 142:3
**gamble** 66:12
131:22 132:1
146:25 147:1,9
**gambled** 68:12

**gamblers** 66:3
**gambling** 51:25
52:3,6,11
65:22,25 66:1
67:9,9,20,23
89:24 90:5
103:20,21
104:7 128:3,25
133:8 147:18
147:22 148:25
149:4,14 201:3
201:5,9
**gander** 239:15
**garrob** 27:11
**gears** 238:23
**general** 5:19
29:7 62:10
73:18 90:4
114:22 195:3
**generalization**
62:21
**generalizations**
115:6
**generalize** 71:6
**generally** 45:2
85:8 100:17
105:3 115:8
194:22 195:2
195:12 226:1
261:15,17
**generate**
122:13
**george** 139:3

germany   46:1
  53:9
gesturing
  108:18
getting   26:6
  41:18 53:23
  56:13 62:25
  84:3 88:2
  96:22 101:23
  103:3 104:25
  105:10 111:8
  113:1,2,24
  122:3 125:21
  126:10 132:11
  137:13 142:19
  154:17 155:1
  156:24 160:18
  160:19 169:8
  181:6,9 183:7
  183:13,15
  185:11 217:23
  245:9 248:6
  268:18 280:15
gigantic   125:14
gist   182:9
give   5:1 6:2,6
  6:12 8:14 9:25
  10:2,4,23
  11:19 19:16
  28:16 30:1
  34:8 39:13
  41:7 44:23
  47:19 48:22
  61:20 62:10

  63:19,20 71:5
  83:2 86:17
  89:19 90:19,20
  93:19 101:21
  116:13 123:1
  125:10 138:1,2
  143:4 149:10
  149:13 153:5
  153:14 164:18
  167:12 176:12
  176:17 177:5,7
  177:9 200:8
  211:7 223:5
  263:16 283:1
given   19:15
  31:8 82:21
  112:4 148:17
  176:22 219:2
  224:15 240:21
  241:6 249:24
  249:25 287:17
  288:19 290:10
gives   21:1
  157:6 161:17
  174:15
giving   50:10,12
  66:4 89:12
  90:1 160:21
  163:15 164:3
  227:10
glaring   124:6
glass   165:4
glebe   2:4

global   121:20
gloves   224:6,7
go   7:5 9:12
  15:4 17:20
  18:5 23:10
  25:12 28:23
  29:12 35:11
  39:19 40:17
  41:1,1 42:23
  44:3 48:1 49:1
  53:12,12 58:25
  59:9 60:5 62:7
  64:1,1,3,3,20
  64:20 65:10
  72:2 79:9
  82:13 83:22
  87:9 91:4
  99:12 104:4
  111:15 113:25
  116:16 117:8
  118:6,18 127:4
  127:9,22
  129:22 130:5
  135:19,25
  138:14 139:18
  139:21 140:21
  141:9 143:10
  146:5,14
  150:19 151:9,9
  152:12 153:1,3
  153:23,24
  156:4,4,8
  157:15 158:14
  159:7,10 160:7

  162:6,24 168:9
  170:5 171:11
  173:14,19
  185:21 188:23
  189:5,20
  190:23 191:15
  192:12,25
  194:3 197:7
  207:16 209:15
  213:9,25
  214:11,23
  217:8,10 219:2
  219:22 221:5
  224:9 225:13
  225:22 226:25
  231:20 237:6
  241:22,25
  244:18 248:4
  250:17 251:15
  261:20,25
  262:3 263:18
  271:4 282:19
  283:8
goal   98:5
  126:15,15
  135:13
goals   136:2
goes   26:7 54:9
  60:4 62:2
  77:12 94:19
  116:25 126:11
  131:17 132:2
  134:16 175:2
  179:19 187:9

189:25 192:9
193:7
**going** 4:18 5:9
5:13 6:3 10:1
14:24,25 16:20
16:25 38:22,23
45:10,10,11
51:23 52:24
53:3 54:17
55:4 56:16
58:4 59:9,15
61:3 62:4,7,16
62:24 64:11,11
65:24 70:3
72:3 77:10,13
77:13 78:5
80:4 85:9,9,14
85:16,23 87:10
89:21 90:11
98:23 101:21
109:19 111:4
111:14 112:2
113:25 114:5,6
115:13 116:13
119:2,6,7,9
120:25,25
125:16 129:3
129:23,24,25
130:1,2,5
131:7,9,19,21
132:13 135:25
138:2 140:11
141:7 143:2,3
143:10 146:5,6

146:10 147:5
149:8,8,10
150:18 151:4
155:7 159:9,13
159:14,17
160:8,25
161:21 163:19
165:23 166:20
166:21 171:11
173:16,19
176:11 177:23
178:1,3 179:4
179:5,12 180:5
180:15 181:11
181:14 182:17
182:24 185:22
186:2,15
187:17,21,21
189:2,21,24
190:15 191:10
191:12,14
192:12,17,24
194:3 195:7
196:7,11,17
197:7 198:7
204:14,16
206:10 207:2
209:13,14
211:5 212:16
214:10,11,12
215:1,23,23
216:3,14,18
218:3 219:10
219:10,11,11

219:13 221:17
223:2,5,8
226:21 228:22
228:24 229:4
229:17 230:5
231:3,22
232:10,22
233:22,24
234:1,8 235:6
235:7,12
236:10,14,19
237:5 238:2,4
238:24,25
239:4,5,8,12
240:17 241:4
241:25 242:20
243:21,22
244:14 246:17
247:20 248:4
248:12,13,15
249:1,18,19
250:7 251:19
252:25 253:16
253:25 256:22
259:21 260:13
265:8,21 267:9
267:17,24
268:6 273:22
273:25 275:4
276:11 280:12
285:5,10
**golden** 51:3,5
52:19 57:11
86:19 158:12

**good** 4:5,6,10
4:11 5:5 43:13
45:4 55:17
56:8,10 86:17
87:1,3,7 96:7
125:8 131:11
132:2 146:22
155:24 158:20
171:19 173:5
173:20 176:13
176:18 177:4
177:11 181:2
186:16 187:20
189:6 247:7,12
**gotcha** 34:19
35:1 140:15
141:14 162:6
184:6 196:6
205:21
**gotten** 20:5
122:16
**government**
14:21,22
**grab** 58:3
**grabbing** 58:5
**grade** 45:20
46:8,19 48:6
48:16 62:4
63:19,20,22
64:16
**graded** 63:24
**grades** 46:2,2
64:19 119:25

| | | | |
|---|---|---|---|
| **grading** 45:19 | **growing** 99:1 | **half** 160:15 | 46:19,25 47:23 |
| 46:12,24,24 | **guarantee** | 271:25 272:2 | 48:4,6,9,16,17 |
| 47:12,13 48:18 | 101:7 | **hand** 14:25 | 48:19 49:9,10 |
| 48:21 60:14 | **guess** 5:4,22 | 15:11 51:7,13 | 49:19 50:2,10 |
| 61:17 70:1 | 9:10,25 11:3 | 52:1,13 109:11 | 51:12,18,22,24 |
| **graduates** | 17:6,21 18:23 | 109:20 131:10 | 51:25 52:1,7 |
| 110:22 | 19:13 24:23 | 131:20 158:13 | 52:11 54:14 |
| **gram** 263:9,11 | 25:24 26:6 | 158:16,24 | 55:3,15 57:3 |
| 270:4,25 | 31:15 32:18 | 159:19 161:3 | 58:15 59:20 |
| 271:25 272:3 | 80:8 92:18 | 178:3 181:23 | 60:3,15 64:15 |
| **grams** 268:11 | 101:20 104:4 | 181:24 183:1,5 | 64:20 66:13 |
| 270:18 271:6 | 110:5 111:8 | 185:16,20 | 70:24 71:7 |
| **graphs** 123:12 | 136:21 144:7 | 190:4,7,24 | 79:21,22 80:10 |
| **grasp** 111:11 | 169:5 183:5,25 | 191:4 192:14 | 81:19 82:22 |
| **grass** 184:22 | 184:12 185:10 | 209:18 235:7 | 83:12,16,23 |
| **great** 4:21 5:1 | 196:16 210:23 | 238:24 247:3 | 84:20 86:1,2 |
| 6:20,24 7:8 | 269:25 284:14 | 274:12 287:17 | 87:14 88:25 |
| 18:5 65:18 | **guessing** | **handed** 45:25 | 90:1 93:21 |
| 70:15 97:8 | 270:25 | 54:25 143:23 | 99:15 100:1,3 |
| 128:18 135:1 | **gun** 45:13 | 205:1 | 102:14 103:7 |
| 147:12 153:14 | 123:2 | **handful** 231:2 | 103:20 104:1 |
| 161:16 247:20 | **guy** 116:3 | **handing** 15:10 | 111:1 112:2,16 |
| 257:5 | 142:2 | 143:15 204:18 | 113:8 116:21 |
| **green** 16:14 | **guys** 106:3 | 206:10 239:14 | 116:23,25 |
| **greenhill** 2:15 | 120:22 136:18 | 279:18 | 117:7 118:5,25 |
| **ground** 45:12 | 142:2 170:22 | **handle** 167:21 | 119:5,19,19 |
| 53:24 90:16 | 171:13 | 171:14 | 120:13 126:25 |
| 160:11,15 | | **handled** 16:13 | 128:3 130:23 |
| 219:3 | **h** | 25:7 | 131:3,4 132:2 |
| **grounds** 110:3 | **h** 204:16 | **handler** 11:23 | 132:10 136:23 |
| **group** 80:19 | **habit** 51:25 | 12:20 28:20 | 138:25 152:21 |
| 131:13 209:3 | 103:21 104:7 | 29:1 34:16 | 153:2,19,21 |
| **grow** 44:17 | 128:3 131:4 | 38:16 40:6 | 154:18,19,25 |
| | | 45:9,20 46:5 | 157:4 159:18 |

168:2 169:24
170:3 172:7
175:12 176:1,2
176:5,5,8,11,17
182:23 183:9
185:18 191:13
191:13 194:24
199:15,24
201:7,10
**handler's** 88:10
109:11 111:23
112:24 152:16
168:3
**handlers** 36:25
37:7 42:8
49:17 56:23
59:8 70:16
99:4 102:24
106:8 112:12
117:25 118:6
126:20 132:7
133:4 135:10
137:4 138:5
150:13,25
153:11 171:8
192:23
**handling** 33:1
40:2,7 41:20
81:8 126:20
150:10,24
154:7,7 155:12
280:17,17
**hang** 217:9

**hans** 53:2,8,17
53:20 174:17
174:19,20
177:14
**happen** 93:9
104:11 106:25
141:7 149:5
166:5 189:12
189:17 204:9
237:25 245:15
**happened**
13:14,16 55:16
57:4 121:21
156:23 172:17
172:21 203:10
221:15,16
250:10
**happening**
55:17 59:18
104:14 122:25
130:7 159:4
172:14 186:18
190:21 203:12
203:13,17
**happens** 96:4
148:11 159:22
**happy** 143:25
147:2 174:2,2
178:8 189:3
248:11 249:7
251:15 269:19
274:10
**hard** 6:10 33:8
71:6 104:3

129:7 184:17
190:18 238:7
**hat** 54:7,9
**hats** 53:24
**head** 10:7
45:20,20 47:14
48:18 54:8
77:11,12
101:21 195:12
202:12 204:8
221:15 224:17
243:22
**headache**
174:15
**heading** 16:7
23:1
**headings** 22:1
**heard** 172:14
**hearing** 14:2
**heartburn**
223:5 227:11
263:17
**heavily** 215:15
**hebert** 2:9 4:12
35:4,9 114:9
114:13 204:20
204:22,25
235:3 275:19
**hectic** 174:16
**hector** 2:20
4:15
**heel** 111:6
**held** 35:19

**help** 11:22
12:17 15:8
39:19 86:4
109:15 111:10
140:19 155:16
159:17 167:9
167:11 174:9
175:2,6
**helpful** 43:7
44:12 56:2
59:3 60:12
61:21 64:21
86:11 88:14
107:17 112:7
114:1 130:8,10
152:24
**helping** 93:22
274:20
**hemp** 78:13,20
94:3,7,11,24
95:16,19 96:11
96:23,25 97:1
97:3,4,21 98:1
98:1,6 211:1
211:16,18
214:5 215:9
217:1 218:11
219:25 220:20
222:22 223:15
227:15 228:5
228:17 229:10
229:24 230:11
230:22 231:14
232:3,16 234:4

234:21 236:2
**hereto** 1:25
**heroin** 88:6
**hesitance** 278:10
**hesitant** 71:5
**hey** 15:3 63:1 111:4 114:2 131:10 214:16
**hid** 12:16
**hide** 167:25
**hiding** 168:1,7 168:20 169:12 170:25 248:8
**hierarchy** 114:22
**high** 12:16 131:10,11 137:10,11 198:20
**higher** 65:6 100:15 189:11
**highest** 200:7
**highly** 48:7 201:17
**highway** 166:3 184:16
**hinge** 61:4
**history** 52:3,6 52:11 83:19 101:13 203:5
**hit** 61:14 105:5 125:9 140:4 192:8

**hits** 151:6,7 192:7
**hitting** 140:5 140:13
**hold** 38:24 114:14 160:11 171:13,14 185:23 221:17 226:24 233:3 285:10
**hole** 94:22
**home** 196:2
**honest** 122:15 171:22
**honestly** 16:19 146:11 190:14 221:13 250:8
**hope** 103:23 143:11
**hoped** 214:23
**hoping** 191:7
**horrible** 174:14
**horse** 53:8,21 53:22
**hour** 105:21 114:5 220:6 237:5,8
**hours** 9:20,22 9:24 10:5,12 38:9 100:13,13 105:2,6,7,9,13 105:18 106:9 107:22 202:15 205:8,13,15

207:10 209:9 209:14 213:15 215:1 216:17 216:18,21 218:3 219:16 222:14 223:9 227:6,23 228:10,10,24 229:18 230:5 230:16 231:3 231:22 232:10 233:22 234:14 235:13,14,16 236:12,23 237:4,6 238:6
**house** 100:22 165:2
**hovering** 47:8 94:18 160:15
**how's** 263:11
**huge** 269:23
**huh** 29:10 59:7 61:1 63:25 75:14 81:3 100:11 121:22 204:24 246:14
**human** 39:24 75:16 85:23 107:7 118:19 151:24 155:24 177:5,8 215:15 223:22,25 224:1

**humans** 90:12 224:1
**hundreds** 92:12
**hunt** 87:10 109:21,25
**hunter** 109:19 168:13
**hunting** 107:8 110:3,4,5 168:10
**hyper** 134:16
**hypothetical** 47:19 88:25 127:25

**i**

**idea** 10:4 64:12 84:25 89:12 97:18 145:20 148:3 154:16 219:7 245:9 246:10 261:3 282:21
**ideal** 91:12
**ideas** 75:10 95:23 163:19
**identified** 128:25 201:6
**identifies** 55:7 79:17
**identify** 127:4 139:11 140:25 196:14

| | | | |
|---|---|---|---|
| **identifying** | 137:25 138:5,7 | 115:24 | 55:25 63:20,21 |
| 60:21 189:14 | 139:7 140:14 | **included**  26:12 | 66:11 80:16,17 |
| **identity**  287:11 | 162:4 167:14 | 26:13 149:2 | 80:20,23,24 |
| **ifs**  104:3 | 174:6 175:14 | 212:1 | 81:18 82:5,9 |
| **iii**  1:6 2:19 78:6 | 179:7 181:18 | **includes**  197:2 | 82:21 89:21 |
| 94:20 288:6 | 182:22 203:5,9 | **including** | 90:2 129:13 |
| **ij.org**  2:6,7,12 | **importantly** | 193:25 | 132:12 133:2,3 |
| **illegal**  40:22 | 7:4 | **incomplete** | 133:6,11,15 |
| 76:6 77:2 79:9 | **impossible** | 271:24 278:14 | 141:3,5 147:10 |
| 79:12 95:4,7 | 199:19,21 | **incorrect** | 147:24 148:1 |
| 95:16 131:5 | **improve**  42:20 | 131:14 | 149:18,20,25 |
| 165:9 246:2 | 278:20 | **independently** | 159:23 160:16 |
| 261:13,15 | **improved** | 111:19 175:7 | 162:12 165:20 |
| **imagine**  139:16 | 71:14 | **index**  3:1 | 166:8 174:5,6 |
| **imagining** | **improvement** | **indicate**  46:5 | 174:7,22 175:9 |
| 24:21 | 43:3,14,15 | 49:11 81:10 | 175:17 176:1 |
| **immediate**  44:9 | 71:12 | 82:23 91:25 | 199:18 200:4,8 |
| 159:6 | **improvements** | 96:24 97:2,25 | 200:13,18,19 |
| **immediately** | 71:9 | 177:4 193:20 | 201:6 210:25 |
| 44:8 57:8 | **incident**  13:1 | 199:21 241:8 | 211:17 241:6 |
| 133:23 204:6 | 17:23 18:2 | 276:5,6,17 | 242:24 243:3,8 |
| **impairing**  7:10 | 24:22 25:1 | **indicated**  97:3 | 244:24 249:21 |
| **impending** | 26:4,11,22 | 165:6 199:24 | 249:22,24 |
| 148:22 | 27:6,8,14 | 211:4 276:2 | 250:2,13,17 |
| **implication** | 178:13 203:14 | **indicates**  126:2 | 251:21,22 |
| 245:24 | 203:17 204:6 | 153:2 212:7 | 253:4,18 254:7 |
| **implied**  245:17 | 204:12 205:22 | 240:21 | 254:21 255:22 |
| 245:18 | 205:22 212:17 | **indicating** | 256:8,16 |
| **important**  36:3 | 249:2 260:9 | 62:15 69:16 | 257:24 258:9 |
| 83:20 87:5 | 267:2 273:12 | 89:6 91:7 92:3 | 258:21 259:6 |
| 96:1,10 117:16 | 279:8 | 93:17 95:19 | 259:18 260:2 |
| 119:6,9 120:10 | **incidents**  277:7 | **indication** | 260:14,22 |
| 120:15 121:18 | **include**  34:22 | 11:19 49:24 | 262:8,15 263:4 |
| 121:19 132:25 | 45:6 73:17,20 | 51:11 55:10,24 | 263:24 264:3,4 |

264:6,10,16
265:2,10,16
266:2,11 267:2
267:10,18,25
268:7,19 269:2
269:9 270:8,14
271:11,18
272:13,23
273:5,14
276:17
**indications**
79:13,15
130:14 275:16
275:16 276:20
**indicative**
147:18,21
**individual**  1:5
1:7,8 23:5 50:7
51:19 68:9
72:23 106:4
144:1,1 162:4
165:3 288:5,7
288:8
**inducing**  148:7
**industry**  40:7
41:19 54:20
94:17 105:1
107:22 120:9
120:21 122:16
132:18 155:15
162:17 163:16
163:16 177:15
195:13

**industrywide**
120:7 131:7
**infallible**  201:1
**influence**
151:22
**informal**
180:10,12
181:7
**information**
7:14,18,19,23
9:13 18:12,22
18:24 19:5,14
21:6,17,24
26:17 32:8
52:5 135:12,14
138:1 167:13
175:1 176:6,12
176:17 181:3
274:14 279:14
280:3 282:1,25
283:11 284:1,5
284:8,12
**informational**
72:20
**informed**  284:2
**inherited**  121:6
**initial**  108:25
109:10 110:8
121:8
**initially**  29:21
83:23 132:22
163:5
**initiate**  60:1
157:6

**initiated**  23:13
175:16
**initiates**  174:22
**initiating**  126:8
**initiation**  174:5
**innately**  80:5,6
80:13
**inner**  118:8
**input**  47:11
**inputs**  48:4
**inside**  68:21,25
**inspected**
101:23 102:8
**inspection**
101:24 102:2,3
159:5 170:23
**inspects**  157:4
**instance**  1:17
180:12
**instances**
277:12
**instantly**
155:20
**instinct**  250:11
250:14
**institute**  2:4,9
**instruct**  41:11
**instructed**  7:1
**instruction**
134:13
**instructor**  33:1
38:17 41:10
**instructors**
131:9

**instrument**
287:13
**integration**
37:2
**intend**  18:11
280:24 281:17
**intended**  157:4
**intensity**
165:22
**intent**  18:14
**intention**
282:13
**intentional**
50:3,5,17
51:14 52:23
54:11 102:23
103:10
**interact**  144:21
**interaction**
145:23
**interdiction**
113:15 280:22
280:25
**interest**  50:21
118:10
**interested**
45:15 94:22
106:24 132:8
199:8 289:16
**interesting**
61:7 157:15
191:9
**interfere**
175:19

**intermittent** 163:11,11
**internal** 27:19 27:25 28:3
**international** 94:9
**interstate** 129:25
**intervene** 87:23
**interview** 243:18
**interviewing** 128:8
**intrinsic** 86:14 132:1
**intrinsically** 80:7,13
**introduce** 14:24 279:16
**introduced** 30:5
**introducing** 177:25
**introduction** 73:18
**invading** 49:6
**inventory** 130:5
**invested** 224:22
**investigate** 281:16
**investigation** 134:9

**involve** 119:17 127:8
**involved** 13:19 71:19 136:14 138:24 167:22 199:10 273:12
**involvement** 168:4
**involves** 22:22 209:4
**involving** 14:9 17:23 18:3
**irrelevant** 84:13 96:3
**issue** 64:4,7 65:3 82:18 118:16 136:22 136:25 140:15
**issues** 4:22 16:11 141:1
**item** 22:2,25 23:2,5,7 82:25 83:8 250:21
**items** 21:20,23 23:2 26:1,1 225:15

**j**

**j** 20:1 239:4
**jail** 115:24
**jails** 76:20,23
**january** 1:14 1:19 230:3,4 230:15 266:2

286:3 288:12 289:18 290:4 291:3
**javier** 1:7 288:7
**jeopardy** 69:23
**jewelry** 165:4
**jfox** 2:7
**job** 5:2,3 38:11 42:20,21,23 43:25 56:8 65:10 66:4 96:7 117:13 120:13 134:16 140:14 187:20 215:13
**jobs** 35:19
**joel** 1:5 2:14 288:5 291:4
**jog** 213:25
**joined** 4:11
**josh** 4:7,12 114:2 178:2 204:17 247:23 274:21
**joshua** 2:3,3
**judge** 39:20
**judgment** 96:12
**july** 10:25 11:1 11:14 212:18 212:25 213:13
**jump** 45:13
**jumping** 52:14

**jumps** 182:1
**justice** 2:4,9
**justified** 19:15
**justify** 283:12

**k**

**k9** 3:12,14 8:14 8:19 9:7 11:11 11:18,22 12:2 12:23 13:19,22 18:18 19:7,10 20:15 24:8 25:6 28:23 32:25 34:15 37:1,8,22,24 38:13,13,16,21 38:24 39:5,10 40:2,6,7,14 41:17,20 42:7 42:11 43:21 47:20 54:2,20 70:16 71:18 72:15 81:8 84:20 88:4,5 95:18 106:7 107:20 114:22 115:4,9,16,18 116:11,17 117:7,8,11 118:2,4,9,17,23 120:5 121:9 124:25 125:2 126:5,7,11 127:21 128:1

| | | | |
|---|---|---|---|
| 128:18,20 | 288:17 291:5 | 140:25 144:18 | 51:4,4,6 52:15 |
| 130:11 131:2 | **kick** 5:1 143:12 | 145:14,16 | 56:5 57:1,12 |
| 132:10,19 | **kid** 11:25 | 148:24 149:3 | 59:8 64:8,24 |
| 135:3 136:23 | **kilos** 164:20 | 150:9 151:11 | 65:18 67:20 |
| 137:14,21 | 265:19 269:24 | 152:25 153:8 | 70:2 72:22 |
| 138:18 139:11 | **kind** 5:20 7:6 | 154:18 155:20 | 75:9 77:9 |
| 139:17 140:24 | 10:4 13:3 | 162:22 169:6 | 79:21 80:4 |
| 141:24 142:9 | 15:20 17:1,21 | 171:4 174:15 | 81:2,4 83:18 |
| 142:19 179:18 | 20:8 21:12 | 176:25 178:16 | 83:19 84:4,7 |
| 208:19 226:7 | 23:7 28:24 | 182:9 183:16 | 85:23 90:12 |
| 226:11 240:2 | 31:22 32:13 | 184:12,13,14 | 93:16 95:23 |
| 240:12,21 | 36:14 37:25 | 185:21 186:1 | 96:20 97:1,5 |
| 248:22 261:12 | 44:1 45:12 | 188:23 192:14 | 97:10,11,22,25 |
| 278:4 280:16 | 47:11 49:2 | 194:14,22 | 98:10,13 99:11 |
| 280:17,19 | 51:8 56:18 | 195:12 196:12 | 99:13 102:20 |
| 281:20 | 61:6 63:15 | 201:19 202:10 | 105:14,19,25 |
| **k9s** 58:8 | 64:4 65:2 66:8 | 207:4,17 | 106:21 112:4 |
| **keep** 10:1 15:6 | 66:10,10 70:24 | 208:15 213:25 | 112:11 113:15 |
| 57:3 119:19 | 71:15 74:20 | 223:23 238:20 | 113:19 114:23 |
| 121:24 122:12 | 75:1,5,7,8 79:9 | 241:6 242:20 | 115:2,22 |
| 131:22 132:11 | 79:19 80:9 | 249:19 256:22 | 116:14 117:17 |
| 156:13 173:20 | 86:7,20 90:10 | 282:25 | 118:6,7,8,12,17 |
| 184:17 185:2 | 92:5,9 94:22 | **kinds** 44:16,16 | 119:2,6,7,9,20 |
| 196:11 234:13 | 96:9 97:7,22 | 53:10,11 75:20 | 119:25,25 |
| 238:6 | 99:1 109:15 | 140:23 176:10 | 120:1,3,5,9 |
| **keeping** 135:20 | 114:22 115:3 | 195:1 | 121:5,14 |
| 185:8 | 116:6 117:10 | **knew** 51:22 | 122:12,25 |
| **keeps** 84:23 | 119:15,24 | **know** 5:6,12 | 124:7 125:19 |
| 175:21 | 121:7 122:18 | 6:10,21 7:4 | 127:11,16 |
| **kevin** 1:13,16 | 123:12,18,24 | 10:6 12:6 15:7 | 129:10,23 |
| 3:4 4:1 5:3,8 | 124:12 126:11 | 15:13 16:10 | 130:2,23 |
| 5:10 41:24 | 128:24 130:22 | 24:13 31:7 | 132:17 135:20 |
| 286:2 287:1,4 | 137:22,23 | 33:6 36:15 | 135:22 136:17 |
| 287:9 288:12 | 138:10,22 | 37:19 50:11,12 | 136:25,25 |

137:2,17 139:3
139:16 140:9
142:25 145:14
147:1,4 148:4
151:7 154:19
157:9,10,18
158:15,16
160:21 161:23
162:3 163:8
164:23 166:14
167:4 169:5,7
169:11,21
171:10 172:16
176:8 180:13
181:4 184:7
185:3,7,10,18
187:6 190:15
191:4,6,8,9
192:6 194:18
195:11 199:9
200:24,24
203:4,5 204:4
204:9 205:3
206:14 210:22
212:10,21
213:3 214:10
216:15 217:14
217:25 221:4
224:10,16,17
225:25 226:3,6
226:8 228:22
233:13 236:13
238:5,14
239:16,20

243:8,11 244:7
246:6,8,16
252:22 255:11
257:14,19
260:25 261:21
264:13 269:17
271:3 277:5,6
277:14 278:14
278:16,18,20
279:1,1 283:3
283:5,8
**knowing**  49:17
49:20 50:5
56:23 117:24
246:2
**knowledge**
36:7 74:16
96:15
**knowledgeable**
40:6,10 79:3
**known**  162:13
162:14 164:8,9
166:9 176:10
287:9
**knows**  58:19,21
111:4,5,8
113:13 158:3
180:13 181:11
**kong**  57:12,12
57:23 58:3,5
58:13,15 59:10
89:2,8,12,13,20
90:2 110:19
130:24,24

133:23 197:15
197:16
**kongs**  58:1

**l**

**lab**  252:15,18
**label**  247:23
**labeled**  216:8
**lacking**  225:17
**language**
111:12 138:4
243:7
**laptop**  273:22
274:12
**large**  139:13
269:23
**larger**  48:10
182:19
**largest**  142:6
**latest**  202:25
**latex**  224:6,7
**law**  1:21 2:21
5:7 34:21
36:23 37:25
38:18 76:11,13
77:16 117:17
235:6 281:8
**lawsuit**  4:8
12:4 13:3
23:13
**lawyers**  120:24
**lay**  81:2
**layer**  159:6,6,6
159:7

**leads**  200:16
**leaf**  78:25 94:6
**leaps**  138:7
**learn**  75:1 85:2
85:4 149:2
224:5 283:18
283:22
**learned**  58:24
83:16 94:12
162:25 237:21
283:11
**learning**  95:21
147:12
**learns**  54:9
86:2 89:20
**leash**  48:12
111:18 151:7
157:5,14
179:20 183:23
183:25 184:9
192:7,8 193:2
**leave**  81:18
154:13 155:9
182:6 193:1
283:7
**leaving**  272:21
**leerburg**  72:6,9
72:14,18,19
73:6,9,10,13,24
74:15 81:14
142:16,25
143:24 144:14
**left**  209:18

**legal** 76:9 78:1
  78:9,14 79:10
  95:17 211:1
  289:23 290:17
  291:23
**legalization**
  78:8
**legalized** 77:14
**lens** 51:5
**lessons** 54:1
**level** 85:2
  101:16 110:16
**levels** 79:1
**lie** 198:19
  199:11,14
**lieutenant**
  115:20
**lifting** 158:24
**liked** 165:3
**likelihood**
  131:16
**likely** 52:2,12
  52:18 153:22
**likes** 87:17
  251:20
**limited** 14:17
  149:1
**line** 21:4
  130:20 167:24
  169:11 184:13
  286:4
**lines** 166:25
  167:6

**lingo** 66:9
  242:21 276:3
**linked** 24:4
**links** 23:15,20
  23:24 24:5
**list** 21:14,20
  22:5,6,7,9 23:1
  23:8 26:7 34:3
  34:19 85:10
  255:12
**listed** 7:23
  22:25 32:4
  33:18 34:2
  35:21,25 36:5
  36:6,7 93:1
  219:24 227:8
  227:10,13
**listening** 181:5
  181:5
**lists** 232:21
**literally** 164:19
  199:14
**little** 7:19 11:13
  11:19 15:21
  16:5 21:11
  26:19 32:12
  36:15 39:13
  46:22 63:23
  69:18 75:11
  83:5 90:15
  92:15 94:1
  100:25 106:5
  107:2,18
  113:21 114:21

121:11 122:2
  127:8 134:15
  139:4,15
  150:19 151:25
  152:12 155:14
  156:2 163:4
  164:10 167:12
  168:4 174:16
  184:17 185:22
  187:24 189:10
  194:4 197:6,8
  201:20 207:3
  214:10 234:25
  236:10 237:21
  238:10,23
  246:11 248:12
  250:6,24
  278:14,16,17
**live** 129:8
**living** 40:17
**locate** 46:5
  79:18 83:7
  198:21
**located** 81:1
**locates** 174:21
**location** 112:3
  112:9 195:17
  224:15 279:13
**locations**
  224:16
**lock** 79:20
  80:14
**lockers** 151:5
  215:15

**log** 24:24
**logging** 279:23
**logs** 24:12,16
  24:20,21 26:13
**long** 9:15 10:10
  112:15 115:3
  119:14 123:2
  125:13 145:14
  146:16,16
  159:13
**longer** 28:18
  98:16 167:4
**look** 14:23
  15:12 23:4,24
  29:12 30:6,11
  45:21 49:21
  50:6 51:21
  56:22 68:9
  71:6,15 100:21
  106:20 119:20
  119:24 120:3
  120:18,25
  121:2 122:5
  126:8 127:5,16
  129:4,24 134:1
  138:14 139:2
  139:19 141:2
  141:10,19
  143:18,25
  146:21 160:13
  168:12 172:1
  174:4 175:20
  177:3 183:6,8
  183:10 191:10

192:3 202:17
203:16 205:3
206:12,16
211:23 218:20
219:2 221:11
222:2 226:13
239:17 240:15
244:9 251:20
254:10 255:9
256:2 262:4
274:12 275:16
281:20
**looked**  18:24
27:1 29:2
30:10 44:15
46:4 84:8
124:1,12,16,18
126:9 134:3
141:16,16
175:11,17,25
202:25 203:3
203:18,19,21
206:25
**looking**  27:18
41:2 50:17
57:19 63:18
69:25 105:25
106:23 113:16
121:20 134:11
136:15 139:17
151:5 155:9,23
157:17,18
168:2 175:4,5
175:9 177:13

181:25 185:17
191:1 196:7
198:24 201:16
201:18 203:4
204:7 215:14
216:9 219:7
224:25 227:1
238:7 251:14
275:3
**looks**  18:6 21:3
26:13 44:23
56:18 97:23
122:14 143:7
143:23 174:22
181:23 187:13
188:2,5 191:25
193:12 202:18
205:25 208:18
208:25 209:17
210:6,13,17
212:5 213:14
213:18,21
216:12,17
217:3,5,7
218:6,15 220:6
220:7,8 221:24
222:4,14,16,19
222:24 223:18
226:22 227:22
227:25 228:10
228:12 229:8
230:16 231:5
231:16 233:4
234:13 235:12

235:14,19
236:6 237:2,3
237:6,11,14
240:16,20
242:3,19,21
244:21 249:20
251:8 252:6
253:1,6,9,19,22
254:1,10
255:21 259:13
263:1 264:18
265:1 268:9
272:12 274:22
275:1 276:8
277:11,19
**lose**  48:20
166:7
**losing**  166:15
**lost**  56:13
120:21
**lot**  20:7 21:12
28:14 32:14
33:3 66:20,20
75:25,25 83:25
94:14 111:3
116:1,20
130:13 135:16
136:17 172:17
172:20 173:12
183:10 189:17
204:3 211:25
**lots**  140:10
**loud**  16:10

**loves**  57:11
58:1
**lower**  46:8 65:7
201:23,25
**lumped**  29:14
**lunch**  114:6,7
114:15 130:20
134:18,20,23
**lying**  132:2
200:16

**m**

**m**  2:9
**m4**  123:3
**machine**  1:21
**made**  9:14
117:23 125:4,5
173:15 220:13
225:15 279:3,5
287:24 290:8
**magazine**
233:2
**maintain**  123:4
185:4
**maintaining**
135:22
**maintains**
101:13,15
**maintenance**
36:25 37:7
43:9 100:7,8
100:18 103:24
104:21,24
105:2,17 106:9

106:14,25
108:3,9 120:19
121:14 129:22
**major** 49:16
**majority** 176:7
**make** 4:18 6:4
14:7 20:6
33:21 34:7
47:5,20 49:23
52:18 53:17
55:12,19 57:15
58:6 67:7
68:10 86:16
89:3 91:19,24
95:11,12,18
96:12 98:5
101:22 102:8
102:11,24
104:4,6 106:6
107:17 109:10
110:24 115:6
117:15 121:1
122:10,22
123:12 129:21
130:2,6 135:2
135:9,14
141:20 153:20
153:21 154:12
159:25 162:22
164:13 173:14
175:7,24 177:1
185:7 189:16
192:25 194:11
199:20 202:23

208:6,8,24
209:15 219:1
224:21 233:15
239:8 242:6
248:5,9 264:11
264:13 276:9
284:14,17
**makes** 6:8,22
8:10 48:7
52:11 68:4
107:1 111:3
115:5 118:9
122:22 126:12
146:3 161:17
181:23 207:12
**making** 87:12
91:7 122:9
135:11 223:3
290:10
**maltose** 90:24
91:1
**man** 128:2
**managed** 115:5
**managing**
109:24
**manipulate**
46:6,7 167:20
201:10
**manipulates**
58:15
**manipulating**
109:12
**manipulation**
48:13

**manner** 121:20
123:19 160:10
163:23
**manpower**
116:6 125:14
**map** 169:7
**march** 18:2
205:22 206:2
206:17 207:19
234:9,11 240:3
240:8 249:2,16
249:17 272:22
273:4,11
**maria** 16:13
**marijuana**
77:14,16,18
78:9,20 88:5
94:2,11 95:4,9
95:15,15 96:24
98:2,7,16
164:15 198:9
262:18 263:11
270:16 273:16
**mark** 148:13
148:21 248:14
248:15 250:9
250:10,12,14
254:8 257:16
257:18 261:5,6
261:7 263:16
263:18 277:5
**marked** 3:18
14:24 15:2,11
143:14,16

178:1 204:17
204:23 205:2
206:11 239:10
239:13,15
248:19 264:9
279:20
**marker** 174:4
**marking**
202:17
**martin** 1:6 2:19
205:7 217:24
288:6
**material**
239:12
**materials** 25:21
74:5 136:4
**math** 53:10
61:20 234:25
235:6 236:11
237:4 274:19
276:9
**matter** 4:21 5:6
103:21 104:7
106:25 109:4
110:14 114:22
123:6 154:21
261:12 283:19
**matters** 12:24
19:5 40:11
123:7 198:15
198:16
**max** 9:7 19:8
19:11 20:10,15
25:6 28:23

| | | | |
|---|---|---|---|
| 29:1 71:18 | 90:8 92:4 | **measurable** | **methodologies** |
| 83:18 84:2 | 93:10 97:4 | 256:6 | 83:4 |
| 88:5 101:4 | 102:4,22 | **measured** | **methodology** |
| 107:20 132:20 | 107:17 114:25 | 271:24 | 82:24 91:12 |
| 133:12,20,21 | 120:24 121:24 | **medical** 95:9 | **metro** 125:12 |
| 133:22 179:18 | 123:20 124:3 | **medication** | **mexico** 11:21 |
| 179:20 181:19 | 130:8 132:19 | 7:10 | 14:1,5 78:11 |
| 181:20,25 | 136:10 138:10 | **meeting** 141:14 | 94:25 95:1,2,4 |
| 182:13,14 | 148:15 149:7 | **memory** 213:25 | 196:1 |
| 183:3 184:13 | 150:11,23 | **mental** 47:1 | **midatlantic** |
| 184:21,25 | 157:1 158:22 | **mention** 92:24 | 291:15 |
| 185:10 187:1,6 | 159:24 160:23 | **mentioned** 8:3 | **middle** 105:5 |
| 187:12,14,17 | 162:1,15 164:9 | 10:9,20 11:9 | **military** 121:7 |
| 188:1,8 190:3 | 167:8,10 | 13:12 21:18 | 121:9,10 |
| 190:7 191:1,4 | 171:18 173:10 | 27:16 32:9 | **milk** 90:24 91:1 |
| 191:9,24,25 | 176:25 177:20 | 45:16,17 50:18 | 91:4 |
| 194:14,17,19 | 181:2 186:5 | 51:3 52:21 | **mind** 17:7 |
| 195:8 197:10 | 189:4 198:18 | 59:4 70:23 | 18:17 22:16 |
| 197:16 201:13 | 200:2 210:23 | 74:19 94:3 | 44:13 45:18 |
| 206:1,6 209:25 | 218:24,24 | 100:25 106:11 | 50:18 60:6 |
| 275:11 276:12 | 223:22 242:3 | 122:8 125:23 | 61:15 92:5 |
| 276:17 | 269:23,25 | 127:20 158:12 | 94:5 100:21 |
| **max's** 18:18 | 270:2 | 168:19 177:17 | 274:20 |
| 179:20 184:15 | **means** 22:6,16 | 178:19 285:9 | **mine** 144:11 |
| 202:24 204:10 | 22:18 24:13 | **mentions** 49:10 | 157:1 173:11 |
| 205:12 206:7 | 121:21 150:15 | **mess** 104:4,8 | 244:18 |
| 238:19 | 153:5 159:1 | 191:13 | **minimum** |
| **mean** 24:19 | 160:23 174:10 | **met** 4:7 | 65:13,16 117:8 |
| 33:19 34:5 | 217:12,14 | **meth** 88:5 | **minimums** |
| 36:16 38:6 | 261:1,3 276:18 | 265:19 | 100:14 |
| 40:1,20 54:23 | **meant** 17:8 | **methampheta...** | **minute** 143:18 |
| 57:11,14 76:20 | 40:15 67:8 | 272:5 | 143:20 146:7 |
| 76:25 83:1 | 119:8 214:22 | **method** 250:23 | 146:10 |
| 84:14 88:1 | | 265:9 | |

[minutes - moving]                                                              Page 42

| | | | |
|---|---|---|---|
| **minutes**  9:18 | 162:10 166:23 | 238:18 240:3 | **months**  34:17 |
| 114:15 209:9 | 166:24 167:1 | 240:13 241:3 | 34:18 124:5,9 |
| 223:9 | 172:23,25 | 243:12,22 | 124:12,17 |
| **misdemeanor** | 173:2,4 | 277:12,14 | 202:18,21 |
| 261:24 | **modules**  144:1 | 288:6 | 204:6,12 |
| **misdemeanors** | 169:2 | **molina's**  4:14 | 236:11 |
| 261:23 | **mold**  75:18 | 8:23 17:25 | **moot**  94:19 |
| **misleading** | **molina**  1:6 2:19 | 28:20 57:6 | **morning**  4:5,6 |
| 276:10 | 3:14 9:7 18:17 | 101:4 106:21 | 178:9,10,20,22 |
| **missed**  62:19 | 19:7,10 20:10 | 123:13 127:12 | 179:1 |
| 69:22 70:6 | 20:15,22,25 | 132:15 178:12 | **motion**  51:7,13 |
| 181:18 186:14 | 25:7 26:14 | 190:4,7 192:14 | 52:13 159:19 |
| **misses**  44:7 | 27:10 28:7,25 | 195:12 206:6 | **motivation** |
| 45:16 61:8,10 | 29:19,23 30:6 | 212:17 241:5 | 78:4 166:7 |
| 62:25 64:25 | 30:20 31:4,20 | 242:21 248:21 | 201:10 |
| 68:6 | 40:11 55:11,21 | 276:3 278:4 | **mouth**  140:18 |
| **missing**  25:25 | 60:24 71:18 | **moment**  15:12 | 197:13 212:14 |
| 26:8 62:14,17 | 127:20,23 | 45:21 143:5 | **move**  32:3 |
| 62:18 63:2,5,7 | 132:23 133:21 | 154:4 167:17 | 53:24 121:25 |
| 63:9 83:18 | 133:22 179:17 | 185:11 191:3 | 138:13 151:21 |
| 134:6 213:10 | 179:19 180:16 | 191:24 206:11 | 153:4,10,20,21 |
| **misspelled** | 181:19,21,23 | **moments**  71:4 | 160:12 166:23 |
| 269:24 | 181:25 182:2 | **money**  92:16 | 193:4 197:6 |
| **mistake**  55:14 | 184:14 185:10 | **monitored** | 220:4 242:11 |
| 153:11 | 188:8 191:25 | 104:19 | 251:16,18 |
| **mistakes** | 193:12,20,22 | **month**  39:25 | **moved**  125:20 |
| 102:24 162:22 | 194:14,16 | 123:5 137:16 | **movement** |
| 225:14 | 196:18,21,25 | 206:5,16 | 181:23,24 |
| **misunderstan...** | 197:20,22 | 207:18 232:8 | 183:1,5 186:2 |
| 183:18 | 198:14 205:7 | 235:16,20 | **movements** |
| **mode**  160:22 | 205:20 206:1 | 236:18,24 | 185:20 |
| **module**  146:3,5 | 208:5,19,19 | 238:16,18 | **moving**  57:4 |
| 146:8,23 150:4 | 209:24 217:24 | 241:24 248:22 | 169:1,2 173:20 |
| 150:6 156:7,20 | 235:15 236:24 | 275:10 277:25 | 192:19 |

**mueller**  2:15
**multiple**  26:12
  82:10 131:7,9
  219:21
**multipurpose**
  107:16 113:22
  155:16

**n**

**n**  2:1 37:18
**nail**  27:24
  189:25
**name**  4:7 5:2
  11:17 13:2
  173:4 174:17
  174:19 286:2
  287:12
**narcotic**  76:3
  89:2,7 165:9
  218:10 233:3,4
  233:16 246:3
  257:7
**narcotics**  8:14
  8:19 14:2,9
  18:1 40:22
  42:2,14 43:24
  44:5,25 45:3,5
  47:21 58:8
  59:15 64:19
  73:17,20 76:2
  76:7,8,9 77:2,3
  81:20 82:2,14
  88:4,5,24
  90:22 91:24

92:8,16,20,21
95:18 97:20
99:14 106:15
106:17 107:1
107:12,21
108:9,14,22
109:1 111:5,20
112:1,5,13,17
117:16,22
127:17 130:25
132:21 148:5
158:2,3,14
165:18 175:23
194:23 195:2
205:9 209:4
212:22,23,24
212:25 213:5
213:10 214:21
218:15,21,22
219:2 233:11
234:9 235:15
235:20 236:23
241:9 245:1
250:18 251:1,3
251:23 253:6
253:19 254:10
254:23 255:24
256:11,19
258:2,12,24
259:9,21 260:4
260:16 261:1
261:13,14,15
262:10 263:7
264:19 265:21

266:14,18
267:5,20 268:2
268:9,22 269:5
269:12 270:10
270:16 271:14
271:21 272:15
272:25 273:7
276:8,20,25
281:10
**narrative**  27:7
**narrow**  163:20
**national**  39:5
  96:9
**nationally**
  92:25
**nationwide**
  68:6 78:8,14
  99:1
**nature**  77:5
  212:2
**navigate**
  146:18,19
**ncats**  25:6,16
  71:22,24 101:2
  205:8 206:6
  236:25 238:19
  242:1
**near**  184:22
**necessarily**
  51:15 102:22
  284:19
**necessary**
  284:13

**need**  7:5,5 15:3
  15:8 47:8 52:5
  55:1 87:6 89:7
  117:17,22
  118:18 121:4,5
  125:16 127:15
  136:19 138:14
  138:23 139:3,4
  141:10 144:2
  150:13 152:12
  155:2 167:3
  187:21 206:18
  241:10 248:10
  249:9,10
  252:13 274:11
  283:9 284:12
**needed**  44:5
  85:4 124:7
  148:4 182:6
  195:20 284:2
**needs**  41:24
  43:14 48:9
  59:17 64:15
  106:25 138:3
  139:1 147:7
  153:5 184:16
  193:13 237:25
  238:1,2 245:10
**negative**  88:20
  88:20 147:12
  148:17,24
  149:9 184:10
**neighborhoods**
  130:1

**neither** 192:2
289:12
**never** 41:5 93:9
93:12 104:11
131:15,18
136:14 143:9
150:19,24
162:19 199:14
200:6,22
245:11 279:3,5
**new** 11:4,21
14:1,5 78:11
78:15 94:12,24
95:1,2,4
162:18 173:9
196:1 240:18
283:11
**nice** 122:15
138:10 165:5
174:3 187:24
197:10 224:18
**nine** 229:1,5
231:11 275:18
275:18 276:23
277:6
**noblewood**
267:2
**non** 219:5,6,7
**nope** 151:9
**normal** 142:3
183:2 186:23
**normally** 58:17
261:19

**north** 2:4 46:1
**nose** 107:12,13
187:22 246:11
**notary** 287:20
288:15 289:5
**notation**
213:23
**note** 210:20
215:23 216:14
218:19 221:14
233:5,18
241:12 283:9
285:6 291:10
**noted** 212:8,11
212:15 214:5,7
215:9,11 217:1
217:4,6 218:22
219:20,23,25
220:2,20,22
221:25 222:4,5
222:10,19,22
222:25 223:13
223:14,15
225:14 227:15
227:25 228:3,4
228:5,7,12,15
228:16,17,19
228:20 229:1,5
229:8,10,12,20
229:22,24
230:1,7,9,11,13
230:18,20,22
230:24 231:17
232:5,16,18

233:19 234:4,6
234:21,23
236:7 237:13
237:14 242:22
242:24 244:22
244:24 245:4,5
245:16,19
249:20 251:4,4
251:20,22
253:4,4,7,20
255:4 258:4
264:19 276:17
276:20,22,25
277:8,16 287:3
**notes** 10:17
220:11 254:13
279:9
**notice** 4:23
233:5
**noticed** 211:24
**notified** 290:3
290:6
**noting** 215:13
215:17
**november** 12:9
144:9
**nowadays**
137:2
**npca** 39:12
68:10
**number** 3:10
3:19 28:11
31:23 38:24
39:13 42:18

48:22,24 53:23
65:3 68:18
70:1 103:16
136:12 141:9
142:6 185:22
201:17 216:9
217:25 235:13
235:14,19,23
237:4 242:4
248:13 276:13
276:21 279:11
279:11
**numbered** 1:18
**numbers** 47:3
48:10 54:21
122:10,22
123:18 139:18
139:18,19,20
139:25 141:16
201:20,22
204:7 207:23
208:17 212:24
221:8,20
237:17,19,20
238:11 243:23
244:5,15
246:12,18
248:6 249:19
**numerical**
238:21
**numerous** 72:5
72:12 281:11

**o**

**oath**  5:23 35:16
  70:13 74:11
  128:16 134:24
  173:24 199:6
  247:18 285:2
  287:10
**obedience**
  108:2,6,10,15
  108:21 109:2
  110:17 112:2,5
  112:14,16
  113:2 158:6,8
  159:18 160:4,7
  160:12,17,23
  161:10
**object**  6:24,25
  187:10
**objection**  103:1
  104:9 220:24
  264:15
**observation**
  51:19 132:11
**observe**  48:14
  50:8,12 52:7
  52:16 70:24
  138:5 179:25
**observed**  50:22
  50:24 55:15
  133:25 226:10
**observer**  172:1
  172:4

**observes**  131:3
**observing**
  53:18 134:4
  138:6 141:21
**obsessed**  57:12
**obtain**  66:1
  284:12
**obvious**  192:5
  201:23,24
**obviously**
  191:10 223:20
  224:22
**occasion**  43:20
  224:4
**occasionally**
  163:10
**occur**  82:17
  108:3
**occurred**  253:1
**occurs**  88:19
  96:10
**ochoa**  263:1
**october**  240:5,6
  240:9
**odd**  153:4
**odor**  49:6,7
  55:7 57:6
  60:22 62:3
  80:1,14,22
  83:8 85:22
  109:10 129:11
  129:12 149:21
  150:20 151:12
  152:3,5,7,9,14

153:12,16,17
  153:21,24
  154:1,12,14,20
  155:5,7,7
  174:21 175:2
  182:21,22
  184:5 185:13
  185:17 191:11
  191:11,16
  193:4 195:9
  196:8 198:22
  200:5,25
  215:15 223:25
  224:1,6 246:7
**odors**  61:12
  82:23 85:3,10
  85:14,16
  129:10 224:5
**offer**  18:11,14
  18:20 19:10
  38:25 81:15
  280:24 281:18
**offered**  18:7
  20:8 36:3,4
  244:3
**offering**  19:4
  19:16 20:13
  38:14,19
  281:23
**office**  29:2
  142:8 145:24
  287:17
**officer**  11:21
  16:14 126:8

128:8 145:19
  281:4,9 288:18
  290:6
**officers**  9:1
  27:8,13 118:8
  243:19 261:14
**offices**  1:21
  2:21
**official**  1:6,7,8
  39:6 288:6,7,8
**oh**  9:19 13:10
  36:20 57:13
  63:10 64:18
  68:18 72:10
  78:7 108:4
  136:12 143:9
  144:9 147:25
  170:5 181:5
  204:17 208:25
  214:15,22
  216:5 226:25
  235:3,8 239:6
  240:6 256:25
  262:20 276:16
  283:8
**oil**  97:3
**okay**  4:17 5:9
  5:11,16,18,22
  6:13,18,23 7:2
  7:3,12,16,22
  8:3,7,16,18,22
  8:25 9:4,9,15
  9:20,22 10:13
  10:20 11:9,13

**[okay - okay]**

| | | | |
|---|---|---|---|
| 11:17 12:2,6 | 43:12,17,25 | 86:11,15,21 | 128:23 129:6 |
| 12:10,19 13:7 | 44:3,12 45:4 | 87:2,8,22,24 | 129:18 130:4,8 |
| 13:9,11,15,18 | 45:10,24 46:9 | 88:9,14 89:5 | 131:1,2 132:25 |
| 14:16 15:7,20 | 46:18,21 47:4 | 89:12,16,19 | 133:7,11,18 |
| 16:19,22 17:10 | 47:11,19 48:1 | 90:7,11,14,19 | 134:8,14,17,19 |
| 17:12,19 18:2 | 48:11,24 49:9 | 91:2,6,14 93:7 | 135:8 136:20 |
| 18:5,10,16,20 | 49:13,23 50:5 | 93:13 94:1 | 137:13 138:17 |
| 19:4,9,19,20 | 50:23 51:11,17 | 95:22 96:5,16 | 141:6,18,23 |
| 20:5,13,24 | 52:5,20 53:4 | 97:6,9,17 98:4 | 142:5,15,23 |
| 21:2,17,23 | 54:4,10,19 | 98:12,25 99:3 | 143:2,17 144:6 |
| 22:3,9,15,25 | 55:23 56:2,12 | 99:11,17,22,25 | 144:10,20 |
| 23:6,15,19,23 | 56:25 57:2 | 102:2,7,19 | 145:2,5,8,13 |
| 24:3,7,12,19,23 | 58:1,8 59:3,20 | 103:19 104:1 | 146:1,4,8,13,23 |
| 25:3,10,15,18 | 60:3,9 61:6,14 | 104:12,18,21 | 146:24 147:23 |
| 25:24 26:3,10 | 62:2,7 63:10 | 104:24 105:4 | 148:10,16,23 |
| 26:19,25 27:3 | 63:15 64:21 | 105:16 106:6 | 149:3,10,13,17 |
| 27:5,20,24 | 65:6,9 66:8 | 106:11,19,24 | 150:4,5 151:3 |
| 28:3,6,12,15,19 | 67:12,24 68:1 | 107:3,10,14,24 | 151:18,23 |
| 28:22 29:13,18 | 68:24 69:7,9 | 108:1,8,17 | 152:4,8,11,20 |
| 29:22,25 30:4 | 69:15,19 70:8 | 109:5 110:7,13 | 152:24 153:9 |
| 30:9,12,17 | 70:11 71:23 | 110:21 111:13 | 153:25 154:5 |
| 31:2,5,10,15,22 | 72:1,10,18,25 | 111:25 112:7 | 155:3 156:10 |
| 32:3,12 33:2,7 | 73:4,13,15,20 | 112:15,24 | 156:11,13,16 |
| 33:23 34:12,18 | 73:23 74:5,13 | 113:9,18,20 | 156:18,22 |
| 34:25 35:12,18 | 74:18 75:1,5 | 114:1,11,19,20 | 157:8,12,21 |
| 35:23 36:2,13 | 76:11 77:5,9 | 115:12 116:8 | 158:1,8,20 |
| 36:18 37:5,11 | 77:25 78:7,13 | 116:22 117:2 | 159:22 160:2 |
| 37:20,24 38:4 | 78:20 79:5,7 | 117:20 120:12 | 161:19,24 |
| 38:10,23 39:7 | 79:19,23 80:3 | 120:20 122:8 | 162:10 164:2 |
| 39:9,18,22 | 80:8,12,16 | 123:9,18,24 | 164:12,16,22 |
| 40:1,5,10,13 | 81:8 82:4 | 124:15,20,25 | 166:6,19,23 |
| 41:8,13,16,22 | 83:12 84:7,10 | 125:7 126:10 | 167:3 168:11 |
| 42:2,10,13,19 | 84:14,18,25 | 126:14,23 | 168:19,21,21 |
| 42:22 43:2,4 | 85:8,25 86:8 | 127:3 128:18 | 168:22,22,23 |

| | | | |
|---|---|---|---|
| 168:25 169:25 | 203:2,16,24 | 235:18,23 | 276:8 277:10 |
| 170:16,21 | 204:2,9,25 | 236:6,10,17 | 277:14,19,20 |
| 171:3,4,7,16,24 | 205:16,19,25 | 237:11,23 | 277:24 278:2,3 |
| 172:3,6,14,23 | 206:5,9,13,21 | 238:9,13,23 | 278:24 279:12 |
| 173:2,6,7 | 206:25 207:2,5 | 239:2,18,19,23 | 280:5,8,13,21 |
| 174:15,23 | 207:16,20,21 | 240:1,8,17 | 280:24 281:17 |
| 175:10 176:4 | 208:2,3,12,14 | 241:8,11,12,19 | 281:22 282:9 |
| 176:23 177:8 | 208:15,21 | 241:22 242:2 | 282:12,16,19 |
| 177:22 178:5 | 209:12 210:2,6 | 242:15,19 | 282:25 283:5 |
| 178:12,15,25 | 210:10,12,20 | 243:13,18,21 | 283:10,15,18 |
| 179:3,11,15,24 | 210:23 211:5 | 244:14,21 | 283:25 284:10 |
| 180:3,8,16,19 | 211:11,13 | 245:13,22 | 284:16,23 |
| 180:23 181:1,8 | 212:3,6,9,14 | 246:5,17,19,24 | 285:13,14,17 |
| 181:13 182:13 | 213:4,5,8,12,18 | 247:4,9 248:17 | **old**   12:17 |
| 183:12,19,23 | 214:15 215:19 | 248:24 249:6 | 101:18 122:6 |
| 184:4 185:20 | 215:22 216:2,5 | 249:11,14 | 188:15 |
| 185:25 186:11 | 216:9,13,17,20 | 250:1,5,8,17 | **older**   98:20 |
| 187:9,16 188:7 | 217:17,21 | 251:3,5,19,22 | **olg**   1:5 288:5 |
| 188:11,13,18 | 218:14,19,23 | 252:3,6,10,19 | **once**   55:25 83:9 |
| 189:1,15,23 | 219:6,10,15 | 252:25 253:16 | 105:17 109:3 |
| 190:2 191:3,19 | 220:4,12,15,15 | 254:10,20 | 110:10 116:18 |
| 192:5,10,11,17 | 220:17 222:9 | 255:8,11,16 | 164:20 181:17 |
| 192:21 193:6 | 223:2,8,11 | 256:25 257:5 | 195:18 |
| 193:16,25 | 224:3,13,24 | 257:10 260:13 | **ones**   49:2 51:2 |
| 194:6 195:7,11 | 225:8,10,19,24 | 261:4,18 262:2 | 77:6 124:1,19 |
| 195:24 196:6 | 226:3,11,20 | 263:19 264:15 | 142:13 203:1 |
| 196:11,15 | 227:3,19,22 | 264:18 265:8 | 203:18,19,21 |
| 197:2,12,16,24 | 228:9 229:15 | 266:24 267:9 | 203:25 206:22 |
| 198:16,25 | 229:17 230:3 | 268:14 269:22 | 206:25 240:13 |
| 199:23 200:15 | 230:15 231:1 | 269:25 270:5,7 | 242:11 |
| 200:21 201:3,9 | 231:10,14,19 | 270:21 271:9 | **online**   72:5,13 |
| 201:12,19 | 231:21 232:7 | 272:1,7 273:20 | 72:22 73:5,15 |
| 202:9,13,16,18 | 233:2,8,13,21 | 274:6,18,22 | 145:11 |
| 202:20,23 | 234:13 235:7,9 | 275:6,10,15,23 | |

**open** 193:13 218:21,24 240:17 283:7 285:10
**opened** 164:19
**opening** 193:20
**operation** 16:15 17:23
**operations** 115:19
**opining** 9:1
**opinion** 84:10 125:20 132:8 244:16
**opinions** 8:14 18:8,10,11,14 18:16,21 19:1 19:1,3,5,10,16 19:23 20:7,9 20:13 21:4,5 21:15 30:2 35:20,24 36:4 84:15 198:13 280:25 283:2 283:13,23 284:2,8
**opportunity** 247:13 283:25 284:11,11,20
**opposed** 122:6 122:24 158:6
**opposite** 185:6
**opted** 121:20

**oral** 1:12,16 288:11,19
**orchestrated** 147:11
**order** 175:13 175:25 177:1 203:19 213:2 219:22 223:22 239:1
**organization** 68:8 85:18 139:22,23 141:11
**organizations** 44:17 62:13,20 63:3,13 64:6 64:13,16,23 65:1 68:6 101:1 138:8
**organize** 182:25 239:2
**original** 288:21
**ornate** 165:5
**ought** 125:2 127:22 137:14 137:17
**ounces** 254:25
**outcome** 289:16
**outside** 172:1,4 195:4
**overall** 46:6 48:5 249:22 250:1 254:6

263:23 265:10
**overarching** 83:20
**overcome** 151:1
**overdoses** 144:17
**overlap** 43:11
**overrides** 152:19
**oversee** 118:6,7
**overseen** 115:5
**oversight** 117:25 126:12 126:23 128:24
**overwhelming** 200:9
**own** 44:18 67:16 87:17 151:21 154:22 154:23 201:9
**owner** 53:12 110:2 173:11 189:14

**p**

**p** 2:1,1
**p.c.** 2:15
**p.m.** 1:19 134:20,21 199:3,3 209:7 213:15 216:18 218:2 219:15 223:5 247:16

247:16 284:25 284:25 285:22
**packet** 146:2
**page** 3:6,10,19 15:21,22,24 16:6 19:24,25 21:3,19,19 32:5,7,17 34:8 36:14,18,20,21 70:8 72:3 73:12 146:6,9 150:9,10 156:7 207:22 220:5 220:25 242:6 286:4 289:8
**pages** 18:7 32:15,22 33:14 144:2 146:9 249:6
**pair** 86:3 159:2
**pairing** 82:24 159:4
**pallet** 83:5
**palm** 51:7 158:13,24 159:19
**palms** 186:1
**paper** 143:22 195:20 196:2 204:3
**paragraph** 16:6 22:4 32:4 32:5,7 34:9 36:15,21,22

40:14 72:4
73:1,4 162:11
**paragraphs**
72:4
**parcel** 108:4
**parking** 180:1
**part** 32:22
71:10 76:13
83:21 88:11
99:4 108:4
126:13 147:17
152:25 162:5
162:11 169:23
170:16 175:14
191:15 195:19
237:20 239:10
**participate**
281:10
**particular**
54:23 118:16
147:24 156:24
160:10 165:2
**particularly**
113:14 117:18
134:10 135:23
139:13 140:9
155:16 187:20
245:10
**parties** 288:24
289:13
**parts** 146:2
**party** 289:3,11
**pass** 46:12
62:24 63:13

**passed** 95:16
**passing** 20:9
46:10 60:16,16
60:20
**past** 10:4 15:21
188:2,6
**paste** 16:17
**patrol** 60:4
117:17 179:19
205:9
**patrol's** 139:17
**pattern** 60:10
133:21 180:23
**paul** 118:17
**pause** 35:5
45:21 173:16
185:21 257:1
**paused** 179:15
**pawing** 53:23
**pay** 118:17
**payment** 59:1
**pending** 12:6
**people** 13:8
20:14 53:18,19
54:23 63:16
66:21 93:3
100:17 105:3
106:1 114:19
116:20 122:10
122:12 125:16
137:2 138:9
142:24,25
145:11 148:12
148:13 156:25

157:9,13
161:25 162:2,5
162:18 163:18
166:21 171:12
173:13 174:25
191:17 192:23
193:1,2 195:16
201:7 217:5,18
**people's** 66:24
279:2
**perceived**
208:23
**percent** 40:16
40:20,21 62:3
63:2,5,8,9 64:2
64:5 65:2
69:16 70:3,6
123:4,5,7
129:2 162:14
162:20 164:7,9
165:9,11,17
166:14 193:5
202:2,7,19,20
204:4,10
237:14
**percentage**
45:18 61:14
62:8 63:11
68:5,7 131:11
131:12,21
198:20 237:12
**perception**
31:8 112:19

**perfect** 46:3
150:25
**perform** 58:19
59:20 149:18
157:19 238:20
**performance**
47:18 122:1
165:21
**performed**
58:22 126:23
158:1 161:20
210:21 220:8
222:17 251:8
252:22 253:12
254:2,16 256:1
**period** 28:16,16
84:18 194:13
206:5,17
207:18 235:16
235:20 236:24
237:8 238:17
238:18 241:24
248:22 274:23
275:10,12
277:25
**permission**
153:6 155:2
157:6 174:8
**person** 104:3
111:18,22,24
113:25 122:4
126:3 141:12
145:6 180:4
287:12

personal
  125:19,20
personally
  287:8
personnel
  121:10 135:21
perspective
  136:16 244:8
pertained  7:17
  24:22
pertinent  19:3
  32:23 35:24
peter  118:17
phase  111:20
phases  108:25
  109:7,10 110:8
phonetic  46:1
phrase  199:11
  204:11
phrased  24:20
  201:14
phrasing
  199:10
physically
  87:23
pick  80:10 81:9
picks  67:20
  157:5
picture  35:7,9
  106:23 117:21
  156:11,12
  197:10 233:3
pie  122:11,13
  122:23 123:12

piece  102:17
  110:12
pile  143:22
pinpoint
  195:17 196:7
pizza  184:19
place  85:18
  136:23 151:6
  157:17 174:17
  200:6,7
placed  66:19
  104:20 157:3
  211:18 225:16
placeholder
  178:3
placements
  106:12
places  66:21
  98:14
placing  223:24
  223:25
plaintiff  1:3,17
  2:2 4:8 12:1
  288:3
plaintiff's
  30:24
plant  78:24
  94:5 97:5
platform  145:1
play  83:8,12
  84:21 88:18
  153:13 154:14
  174:11 178:8
  178:19 179:5

188:3 192:10
  192:15 193:8
  194:3
played  156:17
  174:13 178:9
  178:10 179:14
  181:15 185:24
  187:15 188:4
  188:25 190:1
  190:17 192:13
  192:20 193:10
  194:5 196:19
  197:9
playing  156:14
plays  207:6
please  6:2,11
  7:1 54:19
  179:6 233:1
plug  273:22
plummets
  203:6
plus  39:14
pocket  59:11
  168:1,20
  169:13 180:13
pockets  171:13
point  6:25 7:1
  17:19 23:11
  63:1 66:5
  72:25 77:1
  81:2 83:16
  84:2 89:5
  93:13 94:19
  97:24 98:16

111:2,4 134:8
  147:25 149:16
  163:1 164:13
  166:20 167:6
  167:14,18
  168:7 170:18
  182:1 183:6
  186:17 190:23
  192:6 193:12
  193:19 194:17
  196:23 197:16
  197:23 198:4
  199:14 200:17
  221:22 281:13
  282:14
pointers  81:2
points  48:20
  49:11 82:20
  181:20,22
poison  127:23
poisonings
  144:17
police  8:23
  16:13,13 39:5
  39:8,15 45:25
  50:24 72:7,14
  73:20 84:20
policies  278:15
policy  24:8,9
  114:25 136:25
pondering  9:24
poop  217:16
poor  63:21
  215:13

popped   10:6
portion   126:19
  179:8,10
  187:11 281:20
portions   31:8
position   37:6,9
  116:19 135:23
  157:3 200:21
  201:1
positive   66:14
  67:7,10,14,21
  70:1,2 129:1,5
  129:8,16
  148:18,24
  182:2 184:10
  252:17
positives   44:7
  45:16 61:8
  65:19 66:9
  67:23 68:7,11
  69:10 140:16
possibility   54:3
possible   55:10
  57:10,10 96:23
  117:3 118:3
  161:20 166:1
  226:5,7 282:16
possibly   19:12
  29:18 168:4
  170:24
post   44:19,22
  63:19 84:18
  92:22

potential   78:8
  211:9
pouch   59:11
pounds   269:24
practical   94:14
  95:24
practice   91:10
  92:20,25 93:2
  93:4,6,7 94:23
  95:17 106:7
  116:9,10
  138:18 183:16
practiced
  128:13
practices   40:8
  41:20 96:21
  115:4 261:13
  280:17,22
  281:1,19
pray   81:1
  82:11 83:8,25
precise   46:14
prefer   65:6,8
preference
  250:9
preparation
  249:12
prepare   7:12
  49:4 112:12,13
prepared   85:21
prescription
  76:18
presence   152:3
  152:7,9,14

191:16
present   48:25
  49:1,4 92:23
presentation
  48:13
presented
  94:13
pressure
  183:23,25
  184:9
presumptive
  255:7
pretty   15:6
  24:8 38:10
  53:18,25 88:23
  136:9 177:19
  266:25
prevent   104:13
preventing
  90:17
previous
  198:23 251:14
previously   3:18
  178:1 204:17
  204:23 205:2
  206:11 239:10
  239:10
prey   82:25
  109:9
primary   85:11
  109:8 167:19
  167:19 168:5
primes   170:17

principles   40:7
  41:19 145:15
  169:6
printed   143:7,9
printout
  143:23 146:17
prior   11:24
  13:22 68:14
  145:22 176:1
  190:3 191:3,24
  204:6,12 206:1
  208:5,7 218:8
  282:23,24
priority   137:10
  137:11
prisons   76:23
  90:22
private   38:19
proactive   136:7
  136:21
probable   16:12
  98:16 195:18
probably   5:9
  10:11 13:8
  39:14 48:22
  49:7 51:2
  52:19 61:3
  62:19,24,25
  65:21 83:4
  84:12 104:5
  105:11 109:14
  111:16 118:7
  120:8 125:5
  137:19 140:12

179:2,3 216:13
226:15,17
279:1
**problem**  63:1
67:22 120:22
120:23 127:4,6
127:6,9,15
134:6,7 141:21
**problems**
117:10 132:17
139:11 163:24
163:25 221:2
**procedure**  1:24
4:21 285:7
**proceeding**
14:3 289:14
**proceedings**
285:22
**process**  83:14
85:11 102:15
102:15 135:8
136:7,8 159:11
**produce**  8:4
10:13,17 83:25
89:21
**produced**  1:16
9:14 26:14,17
72:5,12,12
73:1,5,16,24
74:6,14 120:11
120:16 274:1
**producing**  37:1
123:16 135:11
282:2

**production**
90:10
**productions**
72:6,14,18
73:10
**products**
144:15
**professional**
21:4,5,8 27:21
73:5,16
**proficiency**
45:9 56:9 64:2
101:14 107:5
201:15 203:6
**proficient**  48:7
105:9 201:17
203:4
**program**  42:21
115:11,17
118:9 122:21
139:17
**programs**  72:6
72:13 122:11
142:7
**project**  58:3
**promise**  51:24
130:20
**promote**  82:14
**promoted**
82:19
**promotions**
144:14
**prompted**
172:8

**proof**  91:11
92:20 93:8
94:6 95:18
96:11
**proofed**  96:23
**proofing**  90:15
90:16,17 91:6
97:22 207:10
210:21 211:6,8
211:12
**propensity**
211:9,9
**proper**  117:25
119:14 126:25
131:6 141:15
165:19
**properly**  118:6
118:23 119:1
147:11 163:22
163:23
**protocol**
126:25 136:23
**proved**  287:9
**provide**  18:25
19:1 24:16
32:21 87:13
175:1 201:5
**provided**  7:14
9:13,16 18:22
22:20 24:11
25:22 27:22
28:10,13 33:14
124:2,10,12
129:13 176:5

284:3,6
**provides**  37:24
155:24
**provisions**  1:24
**public**  287:20
288:15 289:5
**publications**
21:8
**pull**  43:22
44:10 47:24
143:25 146:11
151:17 152:4
248:21 249:19
280:10
**pulled**  44:5
126:1 150:19
247:25
**pulling**  49:5
127:14 151:12
193:1
**pulls**  179:20
181:21
**punishment**
88:20,20
147:13 148:17
148:19,24
149:4,9 184:10
**purchased**  84:5
85:15
**purely**  19:7
**purpose**  106:20
106:21 107:4
107:19 108:1
109:1 113:15

121:5,9,13
127:13 195:11
195:13
**purposes**
107:20 108:1
287:14
**pursuant** 1:23
289:1
**pursuit** 12:16
**push** 114:6
191:8
**pushed** 182:19
**pushing** 49:7
**put** 48:15 59:10
83:6 92:1
93:11,23 97:1
97:3 130:10
131:8 140:17
160:10 161:3
166:21 170:22
173:12 180:13
186:15 207:7
209:13 211:16
212:14 223:2
224:6,11
232:23 233:4
252:7 261:4,17
275:15 276:15
**puts** 179:20
**putting** 52:1
171:13 264:15

**q**

**qualifications**
4:24 116:10
123:4
**qualified** 119:2
**qualify** 95:8
106:18 270:22
**quantity**
200:24 256:21
269:24
**quarter** 136:19
**question** 6:2,11
6:20,24,25
9:11 17:6 30:1
31:15,18 34:6
34:25 66:8
67:5 68:4 69:9
71:4 92:18
103:4,5 104:1
107:1 119:5
127:24 130:19
133:19 136:22
144:3,7,23
146:1 148:16
150:9 157:10
159:16 164:2
167:4 169:14
170:13,14
172:24 179:9
200:16 201:4
210:23,25
211:17 223:17
232:19 246:1

257:16,18
261:5,6,7
277:5 280:7
281:17 283:20
284:10,18,19
**questioning**
162:19
**questions** 6:18
19:12,18 32:20
70:15 94:14
135:2 145:1,3
171:21,22
226:15 280:7
285:5,19
**quick** 5:22 15:6
119:25 172:24
199:1 266:25
284:23
**quite** 27:17
31:14 55:5
127:11 136:15
162:7 218:13
223:1
**quote** 105:3

**r**

**r** 2:1 37:18
**rabbit** 86:22
94:21 106:2
**rabbits** 86:19
**radio** 182:2
**raised** 5:12
**raises** 17:6

**ran** 106:4
187:23 188:2
209:25
**range** 28:17
34:21,22 60:15
60:16,17 62:20
**rapidly** 138:13
**rare** 123:23
**rarely** 47:3
**rate** 61:14,15
129:1
**rather** 38:14
**rbf** 1:5 288:5
**reaction** 97:19
117:6 199:25
237:18
**reactive** 136:8
136:9,18,21
**read** 16:10,16
22:11 49:5
72:11 75:19
147:7 150:21
164:3 167:5
176:12 209:24
218:17 220:14
220:16 223:21
240:12 257:7,9
260:25 282:21
283:3 287:1
291:9
**reading** 9:23
77:1 217:13
**reads** 36:22
250:15

**ready** 15:13,14
112:14 170:9
179:21 206:14
206:15
**real** 50:21
66:16,25 67:14
68:2 129:7
144:24 149:7
162:20 165:17
187:20 222:2
238:8
**reality** 150:24
155:22 221:16
**realize** 16:23
67:13 182:23
237:13
**realized** 25:25
**really** 43:13
52:15 60:9
64:24 67:4
70:23 71:6
79:3 84:4
86:21 116:23
117:22 121:1,3
121:24 122:14
122:16 124:18
137:4,13 139:4
139:9 141:21
142:6 155:17
177:15 181:2
185:15 186:20
189:6 191:7,8
210:25 223:20
262:4 274:13

279:14 281:17
**realm** 52:14
**rear** 161:3
**reason** 7:8
20:22 48:22,24
103:16 120:17
158:11 171:20
180:5 185:5
235:11 274:2
274:14 279:25
283:1 286:4
291:11
**reasonable**
255:6
**reasons** 81:25
176:6 289:8
290:10
**recall** 9:17 11:6
27:18 31:9
60:24
**recast** 192:6
**recasting** 193:2
**receipt** 289:6
291:17
**receive** 31:10
31:18 148:18
157:19 167:21
177:3
**received** 4:23
10:14 18:24
19:6,15 21:6
21:18,24 24:1
24:18 26:12
30:14 35:23

180:18 282:7
284:15
**receiving**
135:13 181:3
**recent** 39:24
122:6,23 124:1
124:3,19 203:5
203:25 205:25
**recently** 94:12
144:16
**recess** 70:10
134:20 199:3
247:16 284:25
**reciting** 290:9
**reckoning**
96:10
**recognize**
70:12 74:10
128:16 134:23
173:23 178:8
198:21 199:5
205:4 247:18
285:2
**record** 1:24
4:12,18 6:3
31:16 35:11,13
35:14 70:12
74:8,10 108:17
121:25 128:14
128:16 134:19
134:22 138:8
139:10 156:18
158:25 173:18
173:20,23

178:18 179:6,8
182:11 194:11
199:4,23 207:7
208:4 215:24
238:10 239:9
240:1 246:15
247:17 248:18
252:21 257:4
260:11 264:9
264:11 266:23
272:8 285:6,21
288:19
**recorded** 212:4
225:22 235:14
**recording**
233:17
**recordkeeping**
121:7 221:3,12
237:22 238:3
250:24
**records** 22:10
28:7,23 29:3,3
84:4,16 119:21
119:24 120:6
120:11,15,17
121:9,13,17
122:6,6 123:13
124:3,15 125:1
126:16,16
128:1,7,19
130:12 135:4
135:22 136:11
136:13,15,19
136:24 138:9

138:19,21
139:7 140:24
199:1 201:16
201:18 202:21
202:24 203:16
203:24 285:8
**recount** 179:2
**recreational**
78:10 95:10,15
98:19
**reference** 20:20
23:11 25:24
28:6 34:9,20
40:13 72:1
100:6 153:9
164:6 183:6
201:13 218:7
218:11
**referenced**
291:6
**references** 20:7
36:14 92:17
205:12
**referencing**
20:24
**reflect** 115:13
279:24,25
**reflected** 61:17
121:4
**reflection**
74:15 145:13
190:22,25
194:16 196:13

**reflections**
192:3
**refractory**
98:14
**refresher** 5:22
**regard** 94:24
**regarding**
27:14
**regardless**
137:15 160:4
**register** 276:11
**registration**
289:24 290:19
**regular** 136:24
**regulation**
78:15
**reinforce** 87:18
99:5,6,18
100:2 131:12
131:13,15
132:3 149:8
161:7 162:12
162:13 163:8
164:7,24
165:19
**reinforced** 80:1
83:10 131:19
165:7
**reinforcement**
83:15 86:5,18
99:10 107:8
147:9 159:3
163:12 184:11

**reinforcements**
87:15,16
165:24
**reinforcer**
84:23 86:10,12
86:24 109:13
110:11 153:3
153:14,15
154:15 159:10
167:7,19
**reinforces**
89:13
**reinforcing**
83:13 86:9,12
87:15 88:11
131:22 164:1
164:17 165:1
**rejoined**
214:14
**related** 16:11
289:13
**relationship**
43:8 51:18
**relationships**
111:12
**relative** 142:12
**relatively** 280:3
**reliability**
102:16 103:8
119:22 127:7
128:20 136:5
**reliable** 101:8
122:5 126:18
126:24,25

134:2,2 135:15
**reliably** 126:20
**relied** 7:20
21:14 32:8
33:15 34:1
36:9 282:2
**relieve** 59:12
**relying** 22:19
32:9 205:14
278:10
**remain** 153:12
**remains** 39:24
75:16 85:23
**remark** 239:12
**remediated**
127:5
**remediating**
134:12
**remediation**
37:1,8 40:13
40:14 41:17,25
42:11 43:2,3,9
43:14,16 44:8
47:24 48:9
103:24 120:19
127:2,8 130:16
**remember**
10:24 13:2
23:17 70:17
71:1 133:1
135:6 165:1
182:20 188:16
201:15 203:1
204:1,2 239:6

**rene**  263:1
**repeat**  6:22
  170:19 171:2
**repeated**  44:7
  45:16 61:8,10
  64:25 68:6
  89:17
**repeatedly**
  61:11 89:19
**repeating**  14:6
**repetitive**
  161:25 214:11
**report**  3:11
  7:20,23 8:3,4,8
  8:18 9:10,12
  10:9,15,15
  14:24 15:19
  16:3 17:15,22
  17:24 18:6
  19:25 26:17
  27:16,25 29:22
  30:2 31:19,24
  32:1,16 33:14
  33:16 34:2
  35:21,21 36:4
  36:10 49:9
  70:9 72:1
  123:16 198:5,8
  198:12 202:2,9
  204:11 205:12
  208:20 211:18
  212:6 240:20
  240:20 243:16
  250:15 251:4

  253:7 258:5
  279:8,23 280:7
  280:9 282:2,13
  282:17,23
  283:13,16,20
  283:23 284:8
  284:13
**reported**  1:21
**reporter**  4:17
  4:24 6:3,7
  35:12 37:16,19
  72:8,10 90:25
  91:2 134:19
  152:9,11
  173:21 174:18
  178:5 186:6,8
  186:11,13
  194:12 195:22
  195:24 248:3
  248:13,17
  285:17 288:15
**reporter's**  3:7
  288:11
**reports**  3:14
  17:2 26:4,10
  26:12,14,18,22
  27:6,13,22
  28:3 29:8
  137:9 206:20
  206:22 238:17
  239:24,25
  240:2,13 244:9
  248:22 249:9
  277:17 278:4,7

  278:10 279:3
**represent**  4:8
  148:13 248:20
**representation**
  146:18
**requested**
  20:16,18 289:3
  289:10
**research**  75:22
**reserve**  285:18
  285:20
**residue**  92:7
**resolve**  139:6
**resolved**  12:4
  13:9 163:25
**resources**
  117:5 118:19
**respect**  138:22
  281:10
**response**  58:5
  79:25 80:15
  132:20,22
  183:11,22
**responsible**
  36:23,24 37:6
**rest**  17:15
  176:3 191:21
**restart**  183:16
**restrain**  184:2
**restraint**
  184:11
**result**  167:16
  169:3

**results**  44:9
**resume**  15:22
  16:3 33:9,15
  33:18 35:21
  73:25
**retiring**  34:13
**retrieve**  99:21
**retriever**  51:4,5
  52:19 57:11
  86:19 158:12
**retrieving**
  99:24
**return**  291:13
  291:16
**returned**  289:6
  289:7 290:11
**returning**
  28:10
**returns**  157:5
**review**  6:16
  9:16 10:14
  20:2 27:25
  29:20 30:21
  71:18,23 120:6
  125:2,6 126:5
  128:19 135:14
  136:4 139:7,10
  240:12 290:7
  291:7
**reviewed**  7:14
  9:13 24:3,23
  25:11,21 27:13
  28:4 29:23,25
  32:8 71:21

**[reviewed - right]**                                          Page 57

| | | | |
|---|---|---|---|
| 138:20 198:8 | **rewards** 84:21 | 93:14,17,21 | 169:5,9,11 |
| 202:21 206:22 | 86:10 99:6,15 | 94:18,25 96:7 | 170:17 171:9 |
| 214:1 224:25 | 108:20 111:2 | 96:13,25 97:11 | 171:14 173:22 |
| 249:11 282:14 | 150:2 | 98:20 101:2,5 | 175:13,25 |
| 285:8 | **rid** 98:20 | 101:24 102:8 | 176:9,18,21 |
| **reviewing** | **right** 4:16 6:16 | 102:11,11,25 | 178:13,15 |
| 22:22 125:1,15 | 7:8 8:5 10:21 | 103:8,11,11,14 | 179:22 180:23 |
| 125:23 126:16 | 12:19 13:20 | 104:22 106:12 | 181:6,10 182:4 |
| 131:3 135:4 | 14:23 15:15,22 | 106:22 110:16 | 182:11 184:21 |
| 136:24 211:25 | 15:25 16:3 | 110:24 112:1 | 184:22,24 |
| 226:8 | 18:8 21:9 22:7 | 114:12 118:13 | 185:14,18,23 |
| **reviews** 26:18 | 22:11 25:1,19 | 119:6,12,17,21 | 188:23 190:5 |
| 128:1 130:11 | 26:8 32:10,15 | 120:4 121:15 | 190:18 191:1 |
| **revise** 282:17 | 33:10 34:13 | 122:25 123:7 | 194:2,7,9,15,17 |
| 283:2 | 37:3 38:15 | 125:23 126:18 | 194:20 196:13 |
| **revised** 282:22 | 39:1 42:5,5 | 128:4 129:21 | 196:17,21 |
| 282:24 | 49:10,25 50:3 | 130:25 132:16 | 197:3,11,14,17 |
| **reward** 58:12 | 51:1 53:5 54:9 | 132:21 133:11 | 197:21 198:10 |
| 66:12 85:11 | 56:19 57:20,24 | 133:13,16 | 199:8,10 202:2 |
| 86:5,10,11,13 | 58:2,4,13 | 134:17 135:9 | 203:14,14,17 |
| 86:18 88:12 | 59:18,22 60:17 | 135:13,15,25 | 205:23 206:10 |
| 89:1,22 99:5 | 60:18 61:20,25 | 136:7,18 | 206:16 207:22 |
| 109:8 130:23 | 62:17,18 64:5 | 138:16 140:17 | 207:24 208:19 |
| 149:8,11,13 | 68:25 69:2,5 | 142:19,20 | 209:1,4,7,17 |
| 162:25 166:8 | 70:4,20 71:12 | 143:4,15,18 | 211:21,23 |
| 167:7,19 168:5 | 72:16 73:7 | 146:2 147:14 | 212:16 213:13 |
| **rewarded** | 75:3 76:4 78:9 | 148:1 150:21 | 213:15 214:7 |
| 149:18 197:17 | 78:14,14 79:13 | 151:9,9 152:9 | 214:17,25 |
| 197:19 | 80:6,17 81:15 | 152:21 154:3,3 | 215:2,5 216:19 |
| **rewarding** | 82:5 85:1,12 | 154:22 156:13 | 217:1,5 218:3 |
| 100:1,3 102:25 | 86:2 88:2,7,16 | 156:20 158:3,4 | 218:5,8,12 |
| 103:20 104:6 | 88:22 89:10,25 | 158:9 159:2,23 | 219:16,20,22 |
| 128:3 130:21 | 90:5 91:15,21 | 160:5,22 161:5 | 219:23,25 |
| 131:4 150:1 | 92:1,8,25 | 164:17 165:10 | 220:2,20 |

**[right - run]**                                                    Page 58

| | | | |
|---|---|---|---|
| 222:11,13,14 | 252:1,4,7 | 280:15,17 | **rob**  118:16 |
| 222:17,22 | 253:2,4,7,10,12 | 282:3 284:23 | **robert**  5:3 |
| 223:13,15,18 | 253:14,17,20 | 285:4 | **rod**  186:12 |
| 225:1 227:4,8 | 254:2,14,21 | **rigid**  162:3 | **role**  16:15 |
| 227:12,13,15 | 255:17,21,22 | **risk**  184:24 | 83:12 88:10 |
| 227:17,23 | 256:1,3,6,9,11 | **ritual**  55:3 | 117:15 134:10 |
| 228:1,5,7,10,15 | 256:17,19,20 | 58:21 59:4,16 | 134:11 144:10 |
| 228:17,19 | 257:20,20,22 | 59:17,20 60:8 | 152:16 160:19 |
| 229:4,6,8,12,18 | 257:25 258:5 | 60:9 111:14 | 183:13 |
| 229:20,22,24 | 258:10,14,16 | 112:8,10,11 | **roll**  13:14 83:5 |
| 230:1,7,9,11,13 | 258:22 259:1,4 | 155:12,24 | **room**  4:11 |
| 230:16,18,22 | 259:7,11,14,19 | 156:1,25 157:7 | 88:21 108:18 |
| 230:24 231:3 | 259:22 260:1,2 | 157:9,13,16,21 | 131:8 132:7 |
| 231:14,17,22 | 260:4,14,16,18 | 158:1 160:19 | 147:7 163:18 |
| 231:24 232:1,3 | 260:20,23 | 160:21 161:12 | 166:21 174:4 |
| 232:5,8,10,12 | 261:7,8,10,24 | 161:13,19,20 | **rope**  57:20,22 |
| 232:16,18 | 262:7,8,10,16 | 161:22 162:5 | 276:16 |
| 233:22,24 | 262:18,21 | 169:23 170:6,8 | **rough**  9:14 |
| 234:1,4,6,11,17 | 263:1,5,19,21 | 170:17,20 | 10:1 123:19 |
| 234:21,23 | 263:23,24 | 171:2,6 179:25 | 202:12 |
| 236:2,10,15,20 | 264:21 265:2,4 | 180:23 181:7 | **roughly**  206:5 |
| 237:1 238:5,21 | 265:6,10,23,25 | 183:16 | **round**  223:6 |
| 238:24 239:7 | 266:3,6,9,12,14 | **rituals**  111:9 | **row**  151:4 |
| 239:15 240:17 | 266:16,19,20 | 111:12 112:6 | 207:9 274:1,7 |
| 240:18,20 | 266:21 267:3,5 | 113:22 155:16 | **rubber**  57:17 |
| 241:6,9,20 | 267:7,10,12,14 | 156:4,4 157:1 | 57:19 |
| 242:5,19,22,24 | 267:18,20 | 179:25 180:10 | **rule**  155:15 |
| 243:4 244:19 | 268:9,14,16,20 | 183:14 | 164:3 289:1 |
| 244:20,22 | 268:23 269:16 | **road**  2:4 33:20 | **rules**  1:23 68:8 |
| 245:1,5,8,20 | 269:20 270:7,8 | 87:11 105:6 | 68:9 150:10,11 |
| 246:22 247:3 | 270:16 273:12 | 163:3 184:18 | 150:15,16 |
| 247:21 248:11 | 273:21 274:10 | 185:7 | 162:7 285:7 |
| 249:12,14,21 | 275:5,15,25 | **roadside**  166:3 | **run**  39:14 |
| 251:8,11,20,23 | 276:9 278:7 | 185:3 | 68:13 106:2 |

123:18 141:11
141:12,19
164:14 201:20
242:20 246:17
**running** 47:22
184:3 187:19
**runs** 122:22
**rush** 36:16

**s**

**s** 1:22 2:1,20,21
287:24
**sacred** 118:24
**saenz** 2:20 4:15
**safe** 102:4
**safety** 81:24
82:18 127:14
184:24
**sake** 236:13
**salazar** 1:7
288:7
**sales** 236:1
**samples** 94:11
94:11
**samwise** 58:1
**san** 1:2,23 2:23
288:2
**santa** 16:13
**sat** 94:13
133:22 137:6
175:11
**save** 17:5,11,13
**saved** 16:23

**saves** 204:18
**saw** 19:2 30:23
49:9,10 174:15
175:11 183:1
189:5 199:23
282:25
**saying** 14:6
17:22 40:25
41:6,14 51:9
63:7 65:9 67:9
69:21,24 70:7
113:6 119:19
122:19 149:23
152:13 169:14
175:12 188:7
188:19 200:15
**says** 21:4 22:5
50:2 72:4 73:4
111:14 150:14
167:25 174:3
182:2 185:18
198:5 202:2
207:9 241:5
250:1,13 254:7
264:2
**sbarron** 2:17
**sbcglobal.net**
2:24 291:2
**scale** 46:21,25
47:22 48:4
60:20
**scenario** 45:6
48:6 64:3
108:14,15

110:15
**scenarios** 92:23
129:24 134:3
**scene** 9:2 20:23
112:25 182:14
183:7 184:13
**scent** 60:24
107:6 153:2
**schedule** 15:25
16:3 78:6
94:19,20 166:2
**scheduling**
114:17
**school** 46:1
235:6
**schott** 1:3 4:8
18:3 179:17
205:22 232:8
237:1 238:20
288:3 291:4
**schott's** 181:19
206:7
**scratch** 9:10
**scratching**
82:16
**screen** 146:12
181:10 190:25
207:7 247:25
**scroll** 248:12
249:7 274:21
**scrolled** 249:3
**scrolling**
156:13

**seal** 287:17
**seam** 181:11
**search** 69:22
107:7 111:5
155:5 157:5
174:3 191:21
193:14 195:21
210:1 218:16
221:5,6 225:20
232:21 245:25
**searched** 126:2
175:15
**searches** 46:7
68:20 104:15
104:17 173:5
210:7,8,9
**searching** 87:7
100:22,22,22
107:8 165:2,22
**seat** 96:17
**second** 4:7
29:21,23,25
31:13,20 47:12
79:8 100:24
122:8 125:1
156:19 163:7
170:16 173:16
185:23 186:1
189:21 192:8
192:10 205:3
232:21 251:14
256:23
**secondary**
138:23

| | | | |
|---|---|---|---|
| **seconds** 122:13 | 152:21 156:1 | 227:14 229:1 | 178:7 193:18 |
| 156:16 189:17 | 157:16 158:18 | 231:10 234:20 | 194:23 196:24 |
| 190:6,13 | 164:14,15 | 235:12 236:1 | 197:25 239:21 |
| 191:24,24 | 166:25 167:3 | 240:3,15,23 | 239:22 245:11 |
| **section** 21:20 | 169:7 172:10 | 241:14,17 | 285:12 |
| 26:7 31:24 | 172:23 173:2 | 242:16,16 | **sees** 109:9 |
| 144:16 | 173:13 174:4 | 248:6,9 249:3 | 112:13 113:12 |
| **sector** 139:20 | 179:15 181:10 | 249:22,23,24 | **segment** 146:5 |
| **see** 7:22 12:19 | 181:18 182:18 | 250:3,18,25 | 146:23 150:4,6 |
| 19:24 20:3 | 185:13 187:13 | 251:2 252:2,17 | 156:19 162:10 |
| 21:21 22:5 | 187:14,17 | 252:17 254:20 | 166:24 167:1 |
| 23:5 27:24 | 188:3 189:25 | 261:19 264:5 | 172:23,25 |
| 28:6 30:17 | 190:22,24,24 | 274:1 275:7,7 | 173:3 181:20 |
| 35:7,10 56:2 | 191:1,12 192:8 | 275:17,18 | 181:25 |
| 57:5 64:18 | 192:14 194:3 | 276:20 277:4 | **segments** 169:2 |
| 65:9,15 68:18 | 194:16,19 | 282:9,10 283:7 | 179:5 |
| 69:24 70:7,24 | 196:12,15 | **seeing** 75:21 | **seized** 90:22 |
| 72:2 76:16 | 200:15 205:21 | 123:22 129:19 | **selection** 87:11 |
| 78:7 84:25 | 207:6,14,17 | 231:13 | 163:23 |
| 97:2,17 98:4 | 208:4 209:15 | **seek** 153:17,18 | **self** 5:4 24:9 |
| 99:23 107:15 | 209:20 210:20 | **seeking** 177:13 | **sell** 72:20 272:2 |
| 113:6,23 | 210:25 211:21 | **seem** 251:25 | **semen** 75:20 |
| 118:22 120:9 | 211:22,22 | **seemed** 71:4 | **semi** 100:22 |
| 122:3,10 124:2 | 212:19,22,25 | **seems** 27:2 | **semicolon** |
| 124:6 127:5,12 | 213:5,9,23 | 44:18 125:22 | 16:10 |
| 127:13 128:10 | 215:7,9,11 | 126:14 165:21 | **seminars** 38:16 |
| 132:3,13 133:1 | 216:22,22,24 | 243:5 | **send** 15:4 |
| 133:2,2,4 | 216:24,25 | **seen** 15:16 | 130:16 248:1 |
| 134:4 136:19 | 217:4,24 218:7 | 44:22 50:16,19 | 248:11 279:18 |
| 138:9 139:14 | 218:20 219:6 | 54:11,12 56:19 | **sending** 119:3 |
| 141:7,21 146:9 | 219:24 220:17 | 56:21 82:8 | **sense** 4:19 6:4,8 |
| 147:7,8,25 | 220:22 222:6,6 | 93:1 118:2 | 6:22 8:10 |
| 149:23 150:5 | 222:10,21 | 121:3 171:8,12 | 25:10 28:12,16 |
| 150:18 152:20 | 223:8,11 226:1 | 171:13 172:6 | 28:19 49:14 |

58:6 68:4 89:3
101:22 107:1
109:10 110:24
115:5 126:12
144:20 145:18
146:3 159:25
190:3,15
**senses** 138:2
**sent** 252:15
291:14
**sentence** 22:5
36:22 155:3
**separate** 112:8
116:5,5
**separates**
161:15
**sequence**
175:10
**sergeant** 16:14
115:18 136:14
**series** 44:24,24
46:2 67:19
**serious** 120:22
127:11
**served** 288:23
**service** 8:24
16:13
**services** 11:18
12:2 37:22,24
37:25 38:14,15
38:20,20
**servitude**
161:10

**session** 108:2
108:11 209:12
210:14
**sessions** 106:14
235:21 236:7
**set** 12:9 30:22
64:11 67:16
68:9 69:5
100:20 111:6
128:24 129:23
130:1,6 134:3
203:24 225:13
**setting** 38:13
157:22
**settled** 173:17
**settles** 174:20
**settling** 210:3
**setup** 138:11
**seven** 220:8,9
231:11 234:14
275:18,23
276:23 277:6
**several** 26:5
**shake** 245:11
245:12 246:2
271:3
**shape** 81:6
106:1
**sheet** 207:8,9
209:14 240:18
248:7 274:1,15
287:24 291:11
**sheets** 279:16
279:19,23,24

**sheldahl** 1:13
1:16 3:4,11 4:1
4:5 5:3,13
41:24 70:12
74:9 108:17
128:15 134:23
199:5 279:21
286:2 287:1,4
287:9 288:12
288:17 291:5
**sheriff** 184:18
**sheriff's** 24:8
29:1 34:12
37:14 42:3
43:18 125:11
142:8 145:19
145:24 243:19
**shift** 110:23
139:5 142:4
238:23
**shifted** 78:6
**shooting** 123:6
**short** 53:17
**shortcut** 65:23
**shorthand** 1:21
288:14
**shortly** 77:14
**shot** 123:4
**shoulder**
174:23 175:4,5
175:9,12,17
176:1 177:3
**shove** 59:11

**show** 6:15,17
44:9 110:3
131:18 138:10
140:2 143:2
147:2 159:11
170:24 177:22
177:24 188:17
204:14 248:7
273:25
**showing** 211:9
**shown** 94:10
288:24
**shows** 50:25
53:12 219:4
233:6
**side** 14:20,21
14:22 48:17
94:15 117:17
175:22,22,23
182:3 184:16
184:21 185:7
187:19 203:19
203:21 209:18
**sides** 108:18
**sign** 72:23
290:9 291:12
**signal** 158:13
**signals** 50:11
**signature** 3:6
241:20 245:7
246:21 251:11
252:3 253:14
254:4,18
255:16 256:3

| | | | |
|---|---|---|---|
| 256:13 257:22 | **simple** 151:4 | **sitting** 18:13 | **sketch** 10:23 |
| 258:7,16,18,19 | 238:3 | 49:25 51:3,12 | 44:23 |
| 259:3,16,24 | **simpler** 95:11 | 62:20 75:5 | **skill** 155:18 |
| 260:6,20 | 207:12 | 82:4,16 89:20 | **skip** 29:6 |
| 261:10 262:12 | **simplistic** | 133:16 160:22 | 118:20 155:11 |
| 262:24 264:23 | 238:3 | 160:23 191:5 | 155:12 188:1 |
| 265:6,14,25 | **simply** 59:25 | 191:25 204:9 | **skipped** 187:18 |
| 266:8,16,22 | 135:18,23 | **situation** 43:17 | **slide** 43:15 44:8 |
| 267:7,12,22 | 160:7 163:25 | 51:21 68:23 | 101:18 |
| 268:4,16,25 | **single** 22:2 | 98:5 111:25 | **slides** 57:8 |
| 269:7,14 | 34:19 43:1 | 126:4 127:1 | **slippery** 153:6 |
| 270:12 271:9 | 48:6 60:7 | 130:15 165:18 | 154:8 174:24 |
| 271:16 272:10 | 71:11 104:15 | 172:7 | 175:24 |
| 272:19 273:2,9 | 104:17 105:20 | **situations** | **slope** 153:7 |
| 273:18 286:1 | 106:11 113:15 | 152:18 165:16 | 154:8 174:25 |
| 287:2 289:2,5 | 116:16,17 | 165:19 172:20 | 175:24 |
| 289:8,20 | 138:11 176:7 | **six** 18:8,10,16 | **slow** 106:3 |
| 290:11 | 176:16 177:14 | 18:20 19:6,11 | 109:15 189:15 |
| **signatured** | 225:2 | 38:9 46:3 | **slower** 152:13 |
| 263:21 | **sir** 173:22 | 47:22 60:17 | **slowly** 153:1 |
| **signatures** | 235:7 247:18 | 105:6,23 209:9 | **small** 141:24 |
| 277:21 | 248:21 257:3 | 210:14,18 | 270:25 |
| **signed** 263:3 | **sit** 17:16 49:22 | 213:15 215:1,4 | **smaller** 115:25 |
| 291:19 | 50:2,19 51:7 | 220:9 221:5 | 116:1 139:23 |
| **significant** | 51:12 110:17 | 230:5,16 231:3 | 139:25 |
| 278:22 | 111:6 132:21 | 231:11,22 | **smarter** 53:21 |
| **signifies** 80:21 | 158:13,17,22 | 232:10 233:22 | **smell** 155:7,7 |
| 80:21 | 159:19,23,23 | 236:7 275:18 | 188:9 |
| **signify** 80:23 | 160:9,10 161:3 | 275:23 276:23 | **smoke** 106:3 |
| **similar** 68:23 | 161:6 202:14 | 277:5 | **snapshot** 71:2 |
| 115:21 247:3 | 224:24 282:12 | **size** 115:11,21 | **sniff** 40:21 46:5 |
| **similarity** | **site** 236:4 | 143:6 | 55:6,18 58:25 |
| 102:13 | **sits** 66:11 160:9 | **skeptical** | 59:9,15,22 |
| | 181:25 189:11 | 105:16 | 60:1,5,21 63:3 |

**[sniff - spend]**                                                    Page 63

| | | | |
|---|---|---|---|
| 63:19 77:2 | 232:12 233:24 | 190:25 193:11 | **space** 49:6 |
| 111:15 131:4 | 234:17 235:18 | 208:25 214:10 | 195:5 |
| 140:6 155:7 | 235:19 237:4,5 | 217:10 226:25 | **sparse** 39:17 |
| 157:7 159:5,9 | 237:6,15 | 228:21 230:4 | **spatter** 75:19 |
| 159:9 160:3 | **snow** 281:11 | 231:20 233:8 | **speak** 6:6,7,21 |
| 170:5,10 | **sole** 144:12 | 235:14 245:8 | 85:19 |
| 171:11 176:3 | **soledad** 1:22 | 246:24 261:20 | **speaking** 45:2 |
| 179:18,21 | 2:22 | 262:21,23 | 85:8 115:8 |
| 180:6 182:7,25 | **solid** 110:11 | 268:22 275:4 | 182:13 194:22 |
| 184:8 187:8,24 | **solution** 149:7 | 284:4 | 195:12 |
| 187:25 195:8 | 163:7,7 | **sort** 41:13 | **spears** 26:21,23 |
| 195:21 218:5 | **solutions** | 54:22 61:4 | **special** 115:19 |
| 237:7 | 289:23 290:17 | 90:1 96:22 | **species** 78:23 |
| **sniffed** 48:13 | 291:23 | 127:6 136:22 | **specific** 38:24 |
| **sniffing** 87:6 | **somebody** 79:3 | 149:6 150:15 | 60:10 71:7 |
| 140:11 165:22 | 104:19 116:12 | 166:15 170:12 | 80:12 95:13 |
| 174:20 187:20 | 117:22 118:3 | 172:8 283:15 | 101:16 209:25 |
| 209:25 | 125:25,25 | **sorts** 26:15 | 264:9 |
| **sniffles** 229:5 | 139:17 161:14 | 100:23 102:10 | **specifically** |
| **sniffling** 93:21 | 172:1 181:4 | **sound** 43:9 | 16:11 30:11 |
| **sniffs** 25:14 | 219:3 277:15 | 142:20 179:13 | 115:1 |
| 62:2 66:10 | **someday** | 194:9 245:23 | **specifics** 79:2 |
| 68:24 166:2 | 138:15 | **sounds** 14:8 | **specifying** |
| 195:1 207:10 | **somewhat** | 31:5 40:1 | 217:22 |
| 210:8,9,10,14 | 98:14 | 46:18 61:24 | **spectrum** 41:13 |
| 213:19 215:4,5 | **soon** 88:23 | 91:18 98:25 | 41:23 62:8 |
| 216:22 219:18 | 94:19 | 99:12 103:5 | **speculation** |
| 220:9 222:16 | **sorry** 16:17 | 133:12 165:14 | 128:9 |
| 223:11 224:9 | 29:7 30:19 | 232:23 | **speed** 12:16 |
| 227:8,25 | 32:6 43:19 | **source** 60:22 | 15:20 144:6 |
| 228:12 229:1 | 46:16 57:14 | 195:8 196:8 | **spell** 176:25 |
| 229:20 230:7 | 72:12 104:16 | 200:5 | **spend** 37:5 |
| 230:18 231:5 | 119:1,8 168:21 | **south** 5:12 | 100:10 |
| 231:10,24 | 172:25 189:21 | 12:15 | |

| | | | |
|---|---|---|---|
| **spending** 38:7 | **stares** 147:18 | **state** 1:20 14:3 | 129:25,25 |
| **spent** 33:20 | 148:1 | 14:4 78:10 | 131:18 162:15 |
| 34:15 235:13 | **staring** 82:15 | 95:9,13,15 | 196:2 232:8 |
| **spoke** 65:21 | 147:16,21 | 98:14,18 | 234:10 237:1 |
| **sports** 72:21 | 149:25 150:2 | 195:19 261:21 | 238:19 281:18 |
| **spot** 163:8 | **start** 15:15 | 287:6,21 | **stopping** 90:17 |
| **spreadsheet** | 21:17 22:4 | 288:15 290:2 | **stops** 281:3,5 |
| 210:11 217:22 | 46:23 59:21 | **stated** 1:24 | 281:15,24 |
| **spreadsheets** | 66:17 75:10 | 55:18 237:24 | **storage** 75:18 |
| 3:16 | 80:13,20 90:9 | **statement** | **story** 53:7,17 |
| **stage** 12:7 | 100:17 101:18 | 290:9 | **straight** 60:4,5 |
| 110:23,24 | 105:14,14,16 | **statements** | **strategy** 224:11 |
| 150:12 153:9 | 105:19 129:19 | 205:15 | **streaming** |
| 162:24 167:22 | 131:23 134:9 | **states** 1:1 77:18 | 72:21 |
| 168:3,23 | 157:17,17 | 77:25 78:9 | **streamline** |
| **stamp** 239:3 | 159:7,8 162:2 | 142:7 288:1 | 32:19 |
| **stand** 17:15 | 163:14 179:12 | **static** 182:16 | **street** 1:22 2:22 |
| 81:1 | 179:21 184:9 | **stay** 106:1 | 76:25 77:16 |
| **standard** 44:11 | 187:13 189:24 | **staying** 163:5 | 94:16 97:25 |
| 44:13 45:17 | 196:17 207:21 | **stays** 153:2 | 100:21 101:15 |
| 64:5 65:2,14 | 208:15 209:1 | **stealing** 53:5 | 113:2 131:13 |
| 69:2 81:8 | 241:23 249:14 | **steeped** 120:8 | 131:15 162:13 |
| 92:19 105:1 | **started** 61:6 | **step** 47:2 54:15 | 164:1,7,14 |
| 107:22 112:24 | 85:22 86:3 | 59:11 62:12 | 165:17,24 |
| 155:15 162:17 | 115:16 166:3 | 65:25 130:15 | 166:9 289:23 |
| 177:15 188:11 | 180:1 209:6 | **stephen** 2:14 | 290:18 |
| **standards** | 213:14 214:25 | 4:13 15:3 35:2 | **streets** 43:23 |
| 27:21 44:14,20 | **starting** 79:19 | 35:4 214:16 | 44:4,6 47:21 |
| 44:22 92:22 | 180:6 242:9 | **sterile** 67:3 | 47:24 95:20 |
| 205:9 | 248:25 | **steve** 114:15 | 110:24 127:9 |
| **stands** 200:14 | **starts** 58:3 | 214:13 257:2 | **strike** 247:10 |
| **stare** 147:10 | 100:14 130:12 | **stop** 20:2 24:18 | **strikes** 92:6 |
| 148:17 149:16 | 166:6 189:11 | 71:19,21 87:21 | **strong** 250:9 |
| 149:22 150:1 | 189:11 | 91:4 126:1 | |

**stronger**
  283:23
**strongly**  155:16
**structure**  18:6
  47:5 100:6,20
  103:23 104:10
  114:21 209:25
  226:1
**structured**
  104:13 110:1
  224:23
**struggles**  139:3
**stuck**  123:11
**student**  41:4
  75:8
**students**
  144:22
**studies**  94:22
**study**  92:9,17
  92:19 94:8
**stuff**  50:8 75:25
  81:24 90:10
  96:18 116:7
  121:8,23
  123:22 125:9
  125:15 127:17
  137:23 139:8
  165:3,6 182:17
  182:19 224:19
  270:4
**stupid**  151:14
**stupidproofing**
  150:20 151:2
  151:13,25

  152:5,13,17
  191:16 192:9
**styled**  1:18
**styles**  57:23
  175:18
**submit**  17:8
**submitted**
  25:16
**suboxone**  76:17
**subscribed**
  287:12 290:13
**substance**
  79:17,20 83:6
  91:8,19 99:21
  99:24 129:11
  153:17 198:22
  211:2 246:8,10
  290:8
**substances**
  68:19,20,22
  76:4 79:9,12
  88:6,10 90:18
  129:9
**substantial**
  22:10,13,21
  23:3 32:1
  271:8
**substantially**
  22:17,18
**substantiate**
  141:4
**substantiated**
  246:12

**subtle**  176:19
**success**  63:11
  198:21
**successful**  59:1
  74:24 159:10
**sufficient**  41:3
  60:6 61:16
**sugar**  90:24
  91:1,4
**suite**  1:22 2:5
  2:10,16,22
**sum**  235:12
  282:6,9
**summaries**
  27:7
**summarize**
  179:5,16
  181:17
**summarizes**
  32:25
**summarizing**
  217:4
**summary**  26:21
  32:17,21 33:13
**super**  24:20
  137:10
**superlatives**
  164:11 165:13
**supervising**
  116:17
**supervision**
  26:18 127:22
  135:3 142:4

**supervisor**
  93:22 115:9,16
  115:18 116:2,3
  116:5,10,16,20
  117:7,9,11
  118:2,4 119:1
  119:7,9,20
  120:5 125:2
  126:5,11,24
  128:1,19
  130:11 131:2
  135:23,24
  136:13 137:14
  138:19,25
  139:11,14
  140:25 226:8
  226:12
**supervisors**
  118:23 125:1
  135:4
**supplemental**
  29:8
**supplementing**
  282:13 283:12
**supplied**  30:10
  85:18
**support**  57:9
  154:25
**supporting**
  98:23 134:12
**suppose**  51:23
  51:24 61:23
  69:25 88:24,25
  93:20 112:2

128:7 159:17
**supposed** 53:10
76:8 111:1
112:4 135:21
155:20 274:4
**suppression**
14:2,14
**supreme** 98:15
**sure** 14:7 18:13
19:17 20:6
33:22 35:2
40:25 47:20
48:23 49:23
50:9 51:10
54:16 55:12,19
57:15 58:10
62:11,22 64:14
66:23 67:7
80:6 82:12
85:20 87:12
89:15 91:7,20
91:24 93:1,15
93:23 95:19
96:19 97:12
98:5 101:20
102:9,20 103:3
103:5,12
105:22 106:6
107:17 108:24
109:14 113:4
115:15 119:23
120:2 125:18
128:5 130:2
132:24 135:2,9

135:11,14,17
136:13 139:10
141:20 151:11
156:6,8 158:8
161:9,21 164:6
164:6 165:9,12
165:18 171:17
171:25 172:16
172:17,20
174:12 175:24
177:1 180:12
185:7 189:16
191:17 193:5
199:20 203:11
208:6,9,24
224:16 225:25
232:20 242:6
243:1,2,25
246:9 248:5,9
250:6,20,22
257:8 270:23
275:3 276:9
280:19 282:18
283:14
**surprised**
33:22
**suspect** 12:14
130:13 225:20
225:25
**suspect's** 180:2
**suspected**
129:4
**suspicious**
129:20

**swat** 11:6 13:1
16:15 17:23
37:2
**sweden** 75:20
**sworn** 1:18 4:2
37:9 38:18
288:18 290:13
**syndrome**
118:17,22,25
**system** 45:25
46:12 47:12
48:5,21 60:14
61:17 85:12
99:3,10,14,25
109:8 168:6
**systems** 162:25

**t**

**tab** 178:2
204:16 238:25
239:4
**table** 97:18
**tables** 202:10
**tactics** 37:2
**tainted** 92:16
**take** 9:15 10:10
14:23 15:12
35:5 54:1,15
64:4 65:25
72:24 75:2
83:5 102:10
111:17 114:5
118:18 119:15
127:22 141:2

143:18 144:2
146:6,10 149:6
151:15 153:15
154:12 159:13
162:18 186:16
199:1 202:15
205:2 206:11
209:23 213:3
218:14 221:22
226:25 239:15
256:25 284:23
**taken** 1:18
145:19 289:15
**takes** 50:7 60:3
144:20 153:3
172:1
**talk** 7:25 15:13
53:1 57:14
75:6 90:13
100:8 163:3
184:8 243:11
243:15,18
**talked** 13:19
31:11,23,25
32:5,7 33:10
64:25 68:5
75:10 78:7
79:12 82:4
89:25 90:14
91:14 99:12
100:9,19,24
102:23 103:19
106:16 129:2
130:22 140:15

142:18 256:22
**talking** 20:25
23:12 24:9
25:25 26:20,21
27:5,7 30:15
52:23 55:19
58:12 60:13
68:24 70:19
78:24 85:11
90:9 99:4
100:18 110:17
124:23,25
127:21 130:12
130:22 135:3
154:9 159:8
164:10,10
165:13 167:23
170:14 183:13
184:9 191:18
202:10 220:25
237:7,25
241:24 248:23
258:18 278:21
**talks** 243:6
**tap** 177:20
**tape** 185:12
**tapping** 50:20
50:20 177:17
192:14 193:3
**task** 58:19
110:10 111:24
157:19 171:2
181:12 183:11
183:20 185:8

185:16 219:2
**tasks** 110:18
113:7 219:5,6
**taught** 161:25
163:5 192:23
**teach** 59:23
94:10 108:23
108:25 151:1
156:25,25
157:7 221:12
**teaches** 59:24
**teaching**
149:21 152:2
157:9
**team** 39:12,19
41:17,24 42:11
42:13,14 43:21
44:4 45:8,19
47:7,8,21
51:20 52:4,16
60:7 70:24
71:13 100:16
101:17 122:5
128:25 129:4
130:16 132:4
135:9 139:6,15
139:21
**team's** 71:15
127:7
**teams** 37:1,8
38:21,24 39:10
40:14 43:5
65:11 119:21
128:20 134:11

134:12,12,12
135:14 183:9
**tease** 168:1,8
169:13,21
170:7 171:7,8
**teasing** 168:19
170:14 171:10
**tech** 35:6
142:24
**technique**
186:24
**techniques**
83:25
**technology**
138:15 207:6
**tell** 8:7 9:9,10
12:8,13 28:7
41:17 43:8
44:3 53:7 56:7
56:21 59:9
62:8 69:20
76:25 88:1
93:7 97:18
101:22 104:12
104:25 108:22
108:23 109:5
112:17 118:15
121:17 126:15
129:11 137:1
142:19 153:14
153:19,23
154:10,16,20
155:19 158:15
160:9,11,20

161:22 177:21
181:4,17
183:14 190:6
190:20 192:1,4
195:17 209:16
209:23 212:19
213:9 214:17
216:7 217:4,12
217:17 224:14
233:1 235:10
244:11 250:11
270:18 279:3
280:14 282:19
**telling** 163:16
180:14 198:14
**tells** 55:4
278:16
**template** 17:1
**ten** 9:20 62:19
62:23 68:24
69:13,14 70:3
131:8 132:7
163:18 206:5
206:16 207:18
231:11 235:16
235:20 236:11
236:13,24
238:16,18
241:24 248:22
275:10 276:23
277:6,25
**tend** 44:19
76:14 83:2

| | | | |
|---|---|---|---|
| **tends** 101:17 | 277:14,15 | 271:16 272:10 | 68:3 71:16 |
| **tenth** 46:15 | **testified** 4:2 | 273:9,18 | 76:7 77:12 |
| **term** 26:23 | 13:22 14:8 | 277:10,16 | 78:13 83:17 |
| 59:4 65:24 | **testify** 7:9 | **tests** 44:24 | 90:9 113:1 |
| 67:6 130:9 | 170:16 | 273:2 | 116:8 119:15 |
| 140:16 210:24 | **testifying** 5:23 | **texas** 1:1,9,20 | 120:10 121:11 |
| **terminology** | 11:15 12:20,23 | 1:23 2:11,16 | 123:11 125:22 |
| 66:14 243:5 | 13:19 145:22 | 2:19,23 261:21 | 131:25 132:18 |
| **termites** 75:18 | **testimony** | 288:1,9,16 | 138:5 140:6 |
| **terms** 54:21 | 14:17 200:11 | 289:22,24 | 144:18 152:19 |
| 55:12,13,13 | 281:18,23 | 290:2,18 | 155:8,18 |
| 57:15 61:7 | 285:12 288:19 | **text** 16:9 17:4 | 175:14 178:21 |
| 65:4,19 76:24 | 291:9,17 | 147:6 167:5 | 179:2,24 180:4 |
| 79:7,11 84:18 | **testing** 45:6 | 174:1,3 264:10 | 180:15 182:21 |
| 95:17 99:3 | 49:18 87:12 | **th** 290:4 | 183:2 185:18 |
| 114:20 119:21 | 152:20 245:5 | **thank** 6:14 32:3 | 198:4 210:9 |
| 124:20 128:18 | 245:16,19,19 | 36:12 45:4 | 221:7 235:18 |
| 128:23 133:11 | 246:3 251:7,8 | 107:24 130:19 | 238:6 241:6 |
| 138:19 237:11 | 252:6 253:12 | 133:18 144:6 | 245:17 278:21 |
| 237:12 238:16 | 254:1,2,16 | 150:4 200:15 | 279:10 283:15 |
| 238:16 251:7 | 255:19 256:1 | 214:22 222:9 | **things** 15:15 |
| 277:10 282:1 | 256:13 257:20 | 240:6,11 | 24:17 33:5 |
| **terribly** 224:10 | 258:7,16 259:3 | 273:20 276:6 | 37:15 48:19 |
| 233:6 | 259:13,24 | 280:4 | 51:1 53:11,13 |
| **terrier** 81:4 | 260:6,18 261:8 | **thanks** 35:8 | 54:22 55:5 |
| **test** 63:24 64:3 | 262:12,20,21 | 46:14 162:7 | 59:13 60:14,19 |
| 65:13 68:12,14 | 262:21,22 | 214:14 222:13 | 61:2 80:18,19 |
| 241:16 245:12 | 263:19 264:21 | **thc** 79:1 | 81:24 86:9,16 |
| 245:15 252:17 | 265:4,14,23 | **theory** 98:10 | 87:3 94:15 |
| 252:22 255:7 | 266:8,16 267:7 | 137:18 163:15 | 99:12 100:20 |
| 272:18,19 | 267:14,22 | **thing** 7:6 34:20 | 100:23 102:11 |
| **tested** 132:4 | 268:4,14,25 | 44:1 52:10 | 103:7,10,13 |
| 163:23 245:10 | 269:7,14 | 57:19 58:8,11 | 122:12,19 |
| 252:7 277:13 | 270:12 271:9 | 58:23 59:14,25 | 125:17 127:15 |

| | | | |
|---|---|---|---|
| 128:11 131:24 | 102:22 104:24 | 237:24 239:1,5 | 156:8 203:10 |
| 137:9,11 | 107:18 109:17 | 239:7 240:5 | 210:14 213:19 |
| 138:23 140:5 | 111:3 115:20 | 243:10 245:9 | 215:4 219:18 |
| 140:23 142:25 | 115:25 116:14 | 249:10 257:12 | 220:9 223:8 |
| 144:6,13,14,15 | 116:15 119:23 | 269:19 271:8 | 225:22 230:18 |
| 150:8 151:1 | 121:12,17 | 275:19 277:11 | 231:10 254:25 |
| 159:24 160:8 | 125:2,4,8 | 277:20 278:13 | 275:17,22 |
| 161:15 163:4 | 126:7 128:9 | 279:16 280:14 | 276:22 277:4,4 |
| 175:19 177:8 | 134:17 135:16 | 281:4 284:24 | 277:12 |
| 177:20 189:17 | 138:21,22 | 285:15 | **threshold** |
| 195:18 211:10 | 139:6,22 140:2 | **thinking** | 41:23 61:18 |
| 211:25 212:5 | 140:20 142:21 | 110:15 158:12 | 63:22 129:2 |
| 224:4,9 225:3 | 143:3 144:9 | 169:10 220:13 | **thresholds** |
| 278:13,22 | 145:15 151:8 | **thinks** 87:6 | 141:15 |
| **think** 7:4 9:23 | 152:1 156:2 | 116:12 195:9 | **throckmorton** |
| 11:8 15:22 | 157:2 159:16 | **thoroughly** | 289:23 290:18 |
| 18:23 20:5 | 162:4,24 | 22:23 | **throw** 111:22 |
| 22:1 23:4 24:1 | 166:11 170:25 | **thought** 19:2 | **thumb** 125:13 |
| 24:8 29:9,14 | 172:3 175:11 | 24:13 67:9 | **thumbed** |
| 31:1,15 32:6 | 177:6,7,10 | 77:10 127:21 | 123:24 |
| 32:13,25 35:22 | 180:1 181:3 | 137:4 141:15 | **thunder** 53:5 |
| 36:6,6,18 41:5 | 182:14,15 | 143:12 183:14 | **ticket** 262:1 |
| 41:10 45:2 | 183:12,18 | 186:13 200:11 | **tie** 83:6 |
| 47:17 49:2 | 185:12,20,23 | 216:13 249:16 | **time** 12:24 |
| 52:17 54:8 | 188:14,22 | **thousands** | 24:17 31:4 |
| 55:9 56:12 | 193:8 197:22 | 24:21,21 | 34:15,21 38:6 |
| 57:5 60:24 | 198:15,16 | **thread** 128:21 | 38:10 42:21,25 |
| 64:9,12 71:8 | 199:16,19,20 | **three** 11:9,10 | 43:1 44:10 |
| 73:11 78:25 | 200:10 201:12 | 14:9 31:5 | 47:6 53:14 |
| 84:14 90:14 | 201:24 212:4 | 39:24 46:11 | 54:7 55:15,18 |
| 94:1,17,18 | 212:20 215:20 | 47:9 60:15 | 57:4 59:21,25 |
| 95:10,23 99:13 | 216:6,7 217:12 | 62:19,23 77:17 | 60:8 62:4 63:2 |
| 100:6 101:14 | 219:12 221:15 | 77:21 105:7,9 | 63:6,8,9 64:5 |
| 101:23 102:17 | 223:7 227:3 | 105:12,17 | 69:16 70:3,24 |

82:20 83:3
86:22 98:16,19
100:9 101:18
106:16 114:7
114:11 115:3
115:16 121:2
123:5 125:8,13
125:15 127:8
133:21 140:24
143:21 144:2
144:19 159:14
163:11,13
165:1 167:18
169:18 180:24
180:25 182:1
185:6 188:21
192:6 194:13
198:5 204:18
209:1,1,6,7
213:3,11,22
214:25,25
218:14 222:6,7
223:4 224:6,22
226:25 238:7
247:21 265:9
275:2,12
276:12,13
278:17,20
291:18

**timeframe**
291:8

**timeframes**
100:19

**timeline** 55:2
55:20,22 133:1
134:6

**times** 5:16
10:21 13:25
42:16 58:24
70:22 136:12
141:3 155:5
157:15 164:1
164:23,24
166:12,17
179:2 182:22
211:25 276:3,5
276:6,18,21,22
276:25 277:13

**timestamps**
24:17

**tire** 102:10
192:15

**tired** 7:5

**title** 5:2,3,5
26:25 73:12
142:19,21

**today** 4:9,18
5:2,6 6:15 7:9
8:1 17:16
18:13 19:19,21
44:17 75:6
90:15 112:5
115:19 119:4
122:2 163:2
200:21 204:10
224:24 282:12
283:18,22

**today's** 7:13

**together** 30:19
52:8 86:3
132:4,5 183:9
207:17

**token** 202:6

**told** 49:15
111:6 153:4,22
183:14 200:12

**tongue** 43:19

**took** 10:11
53:19 159:13

**tool** 147:12
166:5

**top** 207:9
224:16 249:3
274:21

**topic** 128:23

**toss** 121:23

**tossed** 219:3

**total** 9:23 69:4
207:12 235:13
235:14,19,23
282:6,9

**totally** 10:8
52:20 111:18
161:1 170:12
182:8 221:10
275:21

**towards** 60:22
151:6,20
181:24 186:2

**towed** 66:24

**towel** 83:9

**toy** 65:23
108:21,22
109:2,3,6,11
110:18,19,19
164:18 168:1
168:20 169:21
170:1,7,25
171:7,9 172:8
172:11,12,13
197:17,20

**toys** 57:11,23
108:20 111:2
167:25 168:7,8
169:12,13
170:15 171:12

**trace** 193:25
197:2 198:6,9
241:13 245:3
251:7,25 253:9
253:22 254:13
254:25 255:3,5
255:14 256:6
257:10,12,13
258:4,14 259:1
259:11,21
260:4,16 261:7
262:18 263:9
263:13,16,18
265:22 266:5
266:18 267:5
267:14,20
268:2,11,22,22
269:5,12,20

| | | | |
|---|---|---|---|
| 270:5,10,18 | 119:1 130:24 | 100:18 102:15 | 176:16 177:15 |
| 271:7,14,23 | 132:5,20 | 103:14,18,24 | 180:11 184:8 |
| 272:6,7,15,25 | 159:18 163:23 | 104:11,13,21 | 191:15 198:23 |
| 273:7,16 277:3 | 198:20 | 104:24 105:2 | 199:1 203:6 |
| 277:7 | **trainer** 53:20 | 105:17 106:9 | 205:8,13 |
| **traces** 252:2 | 115:10 135:24 | 106:14,24 | 206:20,22 |
| **track** 111:24 | 136:16 137:21 | 108:2,2,3,6,9 | 208:4,20 209:3 |
| 113:25 135:20 | 138:25 139:2 | 112:1,8,17 | 209:4,12,22 |
| 140:25 | 141:20 226:18 | 113:2 117:18 | 210:3,14 |
| **tracking** 107:5 | 226:19 238:1 | 118:5,18,20,23 | 211:19 212:17 |
| 111:15,16,21 | **training** 3:12 | 119:3,3,4,4,6 | 212:22 214:21 |
| 158:7 | 21:6 28:7,22 | 119:10,14 | 218:22 219:5,6 |
| **traffic** 20:2 | 29:3 32:10,14 | 120:19 121:8,9 | 222:14 224:23 |
| 24:18 126:1 | 32:22 33:25 | 121:14 126:16 | 226:10,17 |
| 131:18 281:3,5 | 36:25,25 37:1 | 127:18,19 | 230:16 235:13 |
| 281:15,18,23 | 37:7,7 38:3 | 128:10,12 | 235:15,20 |
| **trail** 111:17 | 40:2 43:9 47:2 | 129:23 134:3 | 236:4,7,12,24 |
| **trailer** 12:17 | 47:15,17 48:2 | 134:13,13 | 237:8 238:1,17 |
| **train** 43:1 47:6 | 48:3 54:2 56:3 | 136:15 138:3,6 | 239:25 250:18 |
| 66:25 81:17 | 61:11,24 66:6 | 138:12,22,22 | 250:20 278:4 |
| 82:22 88:9 | 66:17,18,20,20 | 138:24 139:5 | 278:10,18 |
| 97:20 98:2,6 | 66:21 67:15,16 | 139:12 140:3 | 279:9 281:6 |
| 103:15,17 | 68:3 70:19 | 140:13 141:10 | **trainings** 36:2 |
| 108:10 118:15 | 71:15,23 72:5 | 142:16,20 | 42:7 112:3 |
| 150:1 163:24 | 72:6,7,13,13,14 | 145:16 149:15 | 212:24 213:6 |
| 171:15 211:2 | 72:15,20,21,23 | 149:15,17 | 213:10 225:6 |
| **trained** 38:21 | 73:5,6,16,18 | 150:12,25 | 226:12 234:9 |
| 38:25 56:8 | 74:16,20,23 | 153:10,10 | 281:7 |
| 58:13 66:2,22 | 79:11 81:12,12 | 164:5 167:16 | **transcript** |
| 68:13 76:3 | 83:13 88:25 | 167:22 168:3 | 29:23 30:1 |
| 77:15,20 79:17 | 91:23 92:1,20 | 168:21,22,23 | 31:20 283:1,4 |
| 88:6 90:22 | 93:11,20,23 | 168:24 169:3,6 | 288:18 289:7 |
| 96:24 98:7,15 | 97:2 99:3,8,14 | 169:14 171:1 | 290:6 291:6,19 |
| 110:16 118:23 | 100:5,7,8,10,15 | 175:18 176:8 | |

[transcripts - under]                                    Page 72

| transcripts | 172:24 179:5 | turnaround | u |
|---|---|---|---|
| 29:19 | 181:17 185:22 | 56:7 | |
| **translate**  95:24 | 186:15 189:20 | **turns**  175:2 | **u.s.**  62:14 |
| **travis**  290:1 | 189:25 190:15 | **tv**  155:21 | 195:25 |
| **treat**  41:4 | 192:24 193:3 | **tweak**  90:7 | **uh**  29:10 59:7 |
| 64:20 75:8 | 195:16 207:2 | **twice**  68:16 | 61:1 63:25 |
| 196:1 | 243:22 245:12 | 281:11 | 75:14 81:3 |
| **tremendous** | 247:20 255:6 | **twister**  43:19 | 100:11 121:22 |
| 54:20 | 281:15 | **two**  25:13 | 204:24 246:14 |
| **trend**  98:25 | **trying**  19:13 | 28:16 31:16 | **ultimately** |
| **trial**  12:9 | 33:21 34:18 | 39:2,9 47:10 | 13:10 58:25 |
| **trick**  90:1 | 35:1 47:7 58:2 | 62:14 68:11 | 59:13 99:25 |
| **tricky**  92:5 | 61:19 64:21 | 69:4,12,13 | 186:24 |
| **tried**  192:3 | 66:1 69:9 | 70:3,6 101:12 | **umbrella**  98:22 |
| **tries**  147:9 | 81:22 90:1 | 116:4 121:3 | **un**  98:6 |
| 181:20 | 95:14 97:13 | 123:7 156:8,9 | **unable**  155:4 |
| **trip**  151:6 | 100:1 114:4,17 | 159:24 179:9 | **unassigned** |
| **trouble**  175:21 | 122:18 131:22 | 195:1 203:10 | 90:18 91:8 |
| **truck**  192:4 | 182:5 184:1,2 | 210:13 213:18 | 256:21,22 |
| **true**  93:19 | 188:14 192:6 | 215:4 216:6 | 257:6 |
| 112:20 287:3 | 192:18,22 | 220:9 225:23 | **unclear**  6:21 |
| 288:19 | 194:11 199:20 | 229:3,8 231:10 | 31:16 67:4 |
| **trump**  78:15 | 212:24 220:14 | 231:24 234:17 | **uncomfortable** |
| **trust**  235:8 | 223:21 224:8 | 256:21 270:18 | 19:4 |
| **truth**  198:14 | 228:22 244:2 | 271:6 275:17 | **uncommon** |
| **truthfully**  7:9 | 252:21 277:11 | 275:22 276:22 | 82:6,7 93:25 |
| **try**  6:7,11,22 | 278:18,19,19 | 277:4,4,12 | 195:16 272:3 |
| 34:6 35:18 | 281:16 | **type**  98:1 | **under**  5:23 |
| 41:7,10 54:2 | **tug**  83:8 154:14 | **types**  36:2 | 16:6 21:3,19 |
| 54:15 66:5,6 | 171:14 | 72:22 73:19 | 23:2 26:6 |
| 66:12 67:22 | **turn**  15:21 18:7 | 140:10 | 35:16 38:2 |
| 81:20 96:2 | 19:24 21:19 | | 70:13 74:11 |
| 103:4 131:19 | 150:5 175:20 | | 92:22 98:1,22 |
| 146:6 156:9,14 | 281:15 | | 125:13 128:16 |

134:24 142:3
149:9 173:23
187:22 199:5
209:22 247:18
270:25 285:2,6
287:10,17
**underlying**
16:15
**underneath**
12:17
**underscores**
22:9
**understand**
5:25 8:25 14:7
16:25 19:13
22:15 33:21
34:20 35:15
40:25 47:11
50:16 86:4
99:9 102:3
107:25 116:24
117:14,17,18
138:3 152:4
155:4,17
167:15 169:13
174:9 177:1
180:6 184:20
221:10,13
226:13 227:11
238:15 243:10
244:15 246:14
246:20 250:25
**understanding**
5:19 8:13

25:17 29:2
41:19 49:23
55:13 78:23,25
110:9 117:13
142:9 156:1
162:21 170:4
170:13 196:6
200:11 218:13
218:23
**understands**
155:19 171:16
**understood**
21:2 67:7
135:2 170:15
182:8 280:4
284:7
**undirected**
195:5
**unfocused**
187:12
**unfortunately**
50:24 67:1
117:3 120:21
121:6 132:18
189:6
**uniform**   279:8
**unimportant**
121:1,18
**uninitiated**
155:18
**unintentional**
52:21,24 54:4
54:6,12 55:14
56:14,17,22

57:10 58:11,16
102:24 103:13
**unintentionally**
50:10
**unit**   84:20
93:22 114:22
115:4,9 116:5
116:11,17
117:7,9,11
118:4 120:5
124:25 125:2
126:5,7,11
127:21 128:1
128:18 130:11
131:2 135:3,4
136:23 137:14
137:21 138:18
139:11 140:24
141:24 142:2,9
142:12,13
226:8,11 257:8
**united**   1:1
142:7 288:1
**units**   140:1
269:17 270:1
**university**   73:6
73:9 94:9
**unknown**   95:22
96:13
**unpack**   56:16
147:20 153:8
**unsafe**   102:8
**unsubstantiat...**
129:16 130:9

130:13 140:19
140:22
**unsubstantiat...**
129:20
**unusual**   76:18
137:7 180:4
182:20 188:12
261:23 279:2
**upper**   51:7
201:23,24
**upward**   159:19
181:23
**use**   5:6 16:12
17:1 44:19
46:12 47:1
48:5 62:13
64:6 65:2,4
66:9,20 68:6
91:12 110:12
113:22 125:8
129:17 130:9
130:24 139:18
148:12 154:12
158:16 195:14
204:10 207:23
210:24 211:6
236:14 241:4
245:14
**used**   12:17
26:23 55:11,21
61:7 64:10
67:6 108:20
161:19 204:11
215:15 218:10

224:7 233:3
236:2 264:11
291:19
**useful**  122:4,15
122:21
**uses**  46:2 54:21
76:14 117:19
241:3 243:5
**using**  57:15
66:14 107:12
107:13 109:8
136:20 239:5
242:21 243:2,9
263:23 270:24
**usually**  82:14
111:18 137:7
145:6 172:10
233:2 255:5
270:4 278:21
**utah**  39:8,15
44:19,22 63:19
92:22,24 94:24
**utilize**  45:25
67:18 122:12
**utilized**  12:14
284:3,5
**utilizing**  241:1

**v**

**v**  1:4 288:4
291:4
**vague**  280:3
**valley**  12:15

**value**  93:12
139:23,25
140:12
**variable**  55:5
59:6 81:13
162:25
**variety**  45:6,7
80:18
**various**  72:12
72:22
**vary**  42:1
**vast**  176:7
**vega's**  16:15
**vehicle**  25:14
30:24 60:4
113:17 137:6
164:20 180:2
185:19 194:1
195:4,15 206:7
261:14
**vehicles**  93:21
140:8 182:19
225:22 281:13
**vendor**  72:19
84:5,19 85:2,9
**venues**  140:11
140:12
**verbally**  50:2
**verify**  291:9
**veritext**  289:23
290:17 291:14
291:23
**veritext.com**
291:15

**version**  17:7
155:21
**versus**  112:5,16
112:18 128:12
160:16 195:25
239:24
**video**  6:17,17
30:19,20,22,23
30:25 31:3,4
72:6,14,18
73:10 147:2,4
147:7,17
156:11,17,19
156:23 167:3,5
174:3,11,13,14
175:10 178:4,7
178:8,19 179:9
179:14 180:17
181:15 184:21
185:24 187:15
188:4,25 190:1
190:7,17
191:23 192:13
192:20 193:10
193:19 194:5
194:20 196:19
196:20,23
197:9
**videos**  23:15,23
24:4 25:6,8,10
25:15 30:21
31:6 71:19,21
71:22,23,24,24
135:5 143:10

147:8 173:12
173:13
**view**  48:5 94:23
108:8 138:18
160:25 163:21
166:12 189:6
233:9 261:1
**violation**  77:19
**virginia**  2:5
**visibly**  169:21
**vocabulary**
24:15 54:21,24
54:24,25 55:20
56:17 57:6
75:11 132:14
132:15 241:1,5
**vocal**  118:16
**voice**  220:13

**w**

**w**  2:17
**wait**  262:20
**waiting**  96:17
**walk**  11:13
26:19 208:16
244:14
**walking**  171:5
189:16
**wall**  215:14
**wander**  181:21
**wandering**
184:25
**want**  5:5 6:18
14:7 16:9 20:6

**[want - ways]**

| | | | |
|---|---|---|---|
| 22:15 43:5 | 185:2,3,7 | **wants** 184:14 | 112:16 115:4 |
| 45:23 46:22 | 189:16,17 | 187:7 | 130:10 132:19 |
| 47:11 50:15,15 | 190:10,14 | **war** 83:8 | 134:16 138:17 |
| 51:7 52:15,25 | 195:16 197:5 | **warrant** 196:4 | 139:5 148:23 |
| 55:12 56:16 | 198:25 204:14 | **warrants** 20:2 | 151:22 152:1 |
| 57:15 64:24 | 207:17,23 | **wash** 92:12 | 154:13 156:3 |
| 65:16 71:6,14 | 208:6,8,15,24 | **watch** 147:2 | 157:21 158:21 |
| 79:8 81:7 | 209:17 210:7 | 157:15 174:2 | 161:14 162:1 |
| 82:14 83:6 | 210:24 211:6 | 178:16,20 | 162:16,17 |
| 87:18 88:4,9 | 212:14 221:20 | 180:16 181:13 | 163:9,9,9,10,17 |
| 90:15 91:19,24 | 238:9 241:23 | 187:11 190:10 | 163:17,21 |
| 91:25 94:21 | 242:5 244:6 | 197:5 | 165:15 170:4 |
| 96:6,13,20 | 245:14,23 | **watched** 132:9 | 170:13 171:16 |
| 97:11 98:20 | 247:9 248:8 | 156:18 178:20 | 171:19,20 |
| 99:5,7 114:21 | 249:7 250:9 | 178:22 179:1,6 | 175:7 177:16 |
| 115:1 122:25 | 264:11 274:13 | 179:9,16 | 180:19,20,20 |
| 127:23 137:16 | 276:10 280:5,9 | 181:16 185:25 | 181:3 185:5,6 |
| 138:9 140:17 | 282:17 283:7 | 187:16 189:1 | 187:21,23 |
| 147:2 151:8,9 | 285:6 | 191:7 193:11 | 193:7 195:18 |
| 151:15,17,19 | **wanted** 7:22 | 194:7 | 199:16 201:14 |
| 151:21 153:20 | 16:19,24 18:25 | **watching** 53:24 | 203:4 218:8 |
| 153:23 154:10 | 21:11 36:13,14 | 133:19 194:14 | 223:4,21 226:3 |
| 154:16,17,20 | 65:18 67:7 | **way** 5:13,20 | 226:6 228:23 |
| 155:2 156:6,14 | 75:1 97:20 | 6:22 18:23 | 233:13 238:4 |
| 158:15 162:21 | 104:3 135:1 | 20:24 26:15 | 241:25 242:21 |
| 163:2 164:13 | 142:15 146:24 | 33:9,24 35:18 | 246:2,13 249:1 |
| 165:25 166:24 | 147:16 150:8 | 42:17 49:13 | 254:8 255:9 |
| 167:18 168:2,3 | 162:6 173:12 | 59:23 62:12 | 262:5 278:15 |
| 168:9,12,15 | 174:1 187:24 | 64:9 65:4 80:9 | 279:18 283:5 |
| 169:5,6,11 | 201:19 211:2 | 84:15 85:17 | **ways** 31:17 |
| 171:22 172:13 | 237:17 278:3 | 91:6,18 96:22 | 38:15 42:20 |
| 175:1,6 177:1 | 282:9 284:21 | 97:4 98:6 99:9 | 62:14 64:12 |
| 177:2,5,6 | **wanting** 170:10 | 99:20 103:4 | 102:24 137:1 |
| 179:8 183:5 | | 107:15 109:9 | 149:1 191:18 |

| | | | |
|---|---|---|---|
| **we've** 30:15 | **went** 9:9 43:20 | 204:16,21,24 | 188:5 195:23 |
| 40:17 52:23 | 98:17,18 123:1 | 205:1 208:1,3 | 195:25 208:2 |
| 58:11 65:21 | 123:3,21 | 214:16,17 | 221:2 286:2 |
| 90:14 92:2 | 124:15 137:5 | 221:10,22,24 | 288:17,20,24 |
| 95:8 99:3,12 | 144:9 187:6 | 235:1,5 239:4 | 290:3,4,7,9,10 |
| 101:14,14 | 188:8 213:14 | 239:14 247:14 | 290:11 291:8 |
| 102:23 110:17 | 225:5,12 | 247:17,23 | 291:10,12,18 |
| 128:13 130:12 | 226:14 235:5 | 248:4,10,15,20 | **witnessed** 11:7 |
| 241:24 248:22 | 278:3 279:22 | 256:25 257:4,6 | **wolf** 186:17 |
| 250:7 260:9,10 | 282:2 | 266:24 273:21 | **wonder** 220:13 |
| 275:11 276:22 | **western** 1:1 | 273:25 274:6,9 | **wonderful** 51:5 |
| **wearing** 54:7 | 288:1 | 274:10,19,22 | 121:2 |
| **web** 73:12 | **wheel** 177:17 | 275:21,22 | **wondering** |
| **website** 143:24 | 186:2 187:22 | 279:15,21 | 32:18 84:21 |
| 143:25 146:14 | 188:1,8,9 | 285:1,15,21 | 101:20 179:24 |
| 146:20 | **white** 40:23,24 | **window** 187:21 | 184:12 187:12 |
| **weeds** 52:25 | 83:5,8 | 194:14 | **wood** 41:9 |
| 90:8 | **whoops** 275:17 | **wisconsin** 14:4 | **woodrow** 16:15 |
| **week** 38:8 | **wifi** 173:17 | **wise** 115:22 | **word** 49:14 |
| 44:17 100:13 | **willing** 261:25 | **wish** 121:23 | 80:6 129:17 |
| 105:2,8,9,13,18 | **windham** 2:3 | 190:19,19 | 146:25 147:1 |
| 105:20,20,23 | 3:5 4:4,7 15:3 | 224:14 | 151:25 152:1 |
| 106:9 107:22 | 15:7,10 35:5 | **withhold** 88:22 | 186:9,14 211:6 |
| 127:17 137:3 | 35:11,14 37:21 | 88:23 89:8 | 222:6,7 |
| 137:16 236:19 | 70:11 72:9,11 | 99:6 | **words** 124:11 |
| 236:23 | 74:9 91:6 | **withholding** | 131:21 136:21 |
| **weekly** 36:25 | 103:2 104:12 | 89:13 | 140:17 144:21 |
| 37:7 38:3,7 | 114:3,7,11,14 | **witness** 1:17 | 154:12 192:24 |
| 42:7 209:3 | 114:18,20 | 3:6 13:13 | 212:14 |
| **weeks** 121:3 | 128:15 134:22 | 37:17,20 91:1 | **work** 5:20 |
| **weight** 255:13 | 152:12 173:19 | 91:3 104:10 | 23:21 38:13 |
| 255:13 257:11 | 173:22 177:25 | 152:10 174:14 | 40:18 42:3,4 |
| **welcome** 90:7 | 178:6 188:7 | 174:19 186:7 | 43:18 60:22 |
| 211:7 280:10 | 196:4 199:4 | 186:10,12,15 | 65:17 66:2,25 |

67:3 90:3
91:10,19 94:16
98:9,11 105:10
107:1,6 108:4
109:1,1,2
114:18 116:1
130:15 131:12
137:7 142:24
148:4 151:20
156:5 162:19
172:22 183:2
184:13 185:5,6
185:9 186:22
186:23 187:2
195:6 207:4
211:17 225:14
226:2 228:22
246:11
**worked**  23:18
23:19 68:15
75:22 77:15
106:3
**working**  26:16
34:9,21 60:23
98:22 106:2
107:6 142:4
182:6,13 183:9
224:18
**workings**  118:9
**works**  45:13
98:9 99:10
100:1 101:21
108:22 110:9
130:22 186:25

**workshops**
38:16
**world**  42:17
66:16,25 67:14
68:2 81:8
129:7,8 194:23
195:2,3
**worn**  30:17,19
30:20 128:6
**worries**  114:16
**worse**  51:6
**worth**  25:13
263:14,14
289:24 290:18
**wright**  1:20
2:15 288:14
289:22
**write**  8:8,19
236:17 279:8
284:13
**writing**  7:20
8:7 9:9,12 10:8
24:10 31:19
32:1 33:16
34:1 36:9 47:3
48:19 217:18
217:19,19
243:15 250:14
**written**  35:20
74:5,14
**wrong**  32:6
41:18 67:4,20
77:1 99:13
105:1 125:22

129:22 130:9
131:24 149:12
152:19,22
154:3,4,17
172:25 174:23
179:7 183:15
200:22 212:20
238:5 239:6
247:2 250:11
**wrote**  10:9
29:22 199:24
202:9 218:13
279:11

| x |
| --- |

**x**  2:20 289:3

| y |
| --- |

**yeah**  8:21 9:23
9:24 10:6,25
11:4 13:2,6,14
13:16 16:21
17:14 19:13
33:4 34:3 35:9
37:19 50:20
54:19 56:20
57:13,24 58:23
61:22 62:24
65:12,12 67:2
69:8 70:7
76:21 80:15
81:22 82:1
84:9 86:7 87:1
87:2 90:6 92:9
92:14 97:12,15

103:5 105:10
105:19,25
108:19 109:18
109:23 110:6
112:19 114:3
114:14,16,18
115:6 118:17
120:7 122:25
126:7 129:19
134:10 135:19
139:13 141:2
146:6,16,19,21
147:5 149:1
154:24 155:6
156:6 158:19
161:13 162:9
164:19,25
165:14 170:2,3
170:18 172:18
175:5 176:9
177:5,19
180:25 184:23
185:2 189:8,24
190:12 192:16
195:1 196:16
201:16 203:15
208:23,24
210:4 213:23
214:20,22
216:11,21
217:21 221:19
222:5,21
224:20 225:4
230:7 231:8,9

**[yeah - zoom]**                                        Page 78

232:20 237:10
239:22,22
240:24 241:2
242:3 245:6
247:1,14 248:3
250:4,22
257:17 264:13
265:5 271:6
272:19 274:8
276:16 277:18
277:23 280:9
**year**   11:1,4
28:15,16 39:14
102:1 121:21
122:1
**years**   11:24
25:13 33:20
37:5,10 39:23
77:17,17,21
95:9 122:24
123:7 203:10
203:10
**yep**   204:21
242:8
**yesterday**
29:21 31:11

**z**

**zero**   45:12
**zoom**   2:14

Texas Rules of Civil Procedure

Part II, Section 9, Evidence and Discovery

Rule 203

203.1 Signature and Changes.

(a) Deposition transcript to be provided to
witness. The deposition officer must provide the
original deposition transcript to the witness for
examination and signature. If the witness is
represented by an attorney at the deposition, the
deposition officer must provide the transcript to
the attorney instead of the witness.

(b) Changes by witness; signature. The witness may
change responses as reflected in the deposition
transcript by indicating the desired changes, in
writing, on a separate sheet of paper, together
with a statement of the reasons for making the
changes. No erasures or obliterations of any kind
may be made to the original deposition transcript.
The witness must then sign the transcript under
oath and return it to the deposition officer. If
the witness does not return the transcript to the
deposition officer within 20 days of the date the
transcript was provided to the witness or the

witness's attorney, the witness may be deemed to have waived the right to make the changes.

(c) Exceptions. The requirements of presentation and signature under this subdivision do not apply:

(1) if the witness and all parties waive the signature requirement;

(2) to depositions on written questions; or

(3) to non-stenographic recordings of oral depositions.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.