IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEK SCHOTT, | § § § | |
| *Plaintiff*, | § § § | 5-23-CV-00706-OLG-RBF |
| vs. | § § § | |
| BEXAR COUNTY, TEXAS, | § § § | |
| *Defendant*. | § § § § | |

**ORDER**

Before the Court are two motions. First is the Motion for Summary Judgment, filed by Defendant. *See* Dkt. No. 117. Second is the Motion for Summary Judgment on Liability, filed by Plaintiff. *See* Dkt. No. 119. The District Court referred the instant matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas on July 12, 2023. *See* Dkt. No. 16. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED THAT** the Motion for Summary Judgment, Dkt. No. 117, and the Motion for Summary Judgement on Liability, Dkt No. 119, are set for an in-person hearing on **November 5, 2025 at 1:30 P.M.** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207. The parties should arrive prepared to discuss both motions. The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing for the assigned courtroom information. The parties should also be prepared to discuss any other then-pending, ripe motions.

**IT IS SO ORDERED.**

**SIGNED** this 26th day of September, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE