**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT, <br><br> *Plaintiff*, <br><br> v. <br><br> BEXAR COUNTY, TEXAS, <br><br> *Defendant*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

**PLAINTIFF'S UNOPPOSED MOTION TO SET A ZOOM STATUS CONFERENCE**

Plaintiff Alek Schott respectfully moves this Court to set a Zoom status conference. In support of this motion, Plaintiff states as follows:

1.      On March 31, 2026, the Honorable Judge Gracia entered an Order on the Report and Recommendation and Defendant's 72(a) Objections (ECF No. 139). Among other things, Judge Garcia reviewed this Court's Report and Recommendation concerning the parties' cross-motions for summary judgment. Judge Garcia sustained some of Plaintiff's objections and overruled Defendant's. He then recommitted Defendant's motion for summary judgment to this Court for the review of two discrete issues: "(1) whether Plaintiff has presented a genuine issue of material fact on the remaining elements of his *Monell* claim—i.e., whether Plaintiff has presented triable issues on the existence of an official custom or policy of unlawfully extending stops and the policymaker's knowledge; and (2) whether the R&R's reliance on portions of [expert] Haston's report is consistent with the Order striking Haston's testimony in part (Dkt. No. 129)."

2.      Pursuant to Judge Garcia's Order, Defendant's Motion for Summary Judgment (ECF No. 117) was re-referred to this Court on April 6, 2026, via docket entry.

1

3.      Plaintiff respectfully asks the Court to set a Zoom status conference so that the parties may obtain the Court's guidance on next steps and determine if any additional briefing is needed.

4.      Plaintiff's counsel has conferred with Defendant's counsel, and Defendant does not oppose this motion.

Accordingly, Plaintiff respectfully requests that a Zoom status conference be set at the Court's earliest convenience.

Date: April 8, 2026                     Respectfully submitted,

/s/ Christen M. Hebert
Christen M. Hebert (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

Joshua A. Windham* (NC Bar No. 51071)
William R. Aronin* (NY Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert