**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| BEXAR COUNTY, TEXAS, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## NOTICE OF VACATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Attorney Charles S. Frigerio, the undersigned lead counsel for Defendants herein, advises the Court that he will be on vacation and out of the country from August 31, 2026 through and including September 14, 2026. Lead Counsel Frigerio, therefore, respectfully requests that no hearings, trials or appearances requiring his presence be scheduled during those time periods.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
Email: csf@frigeriolawfirm.com

HECTOR X. SAENZ
SBN: 17514850
Email: hxs@frigeriolawfirm.com

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
Email: Charlie@frigeriolawfirm.com
ATTORNEYS FOR BEXAR COUNTY, TEXAS,

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2026, I electronically filed the foregoing Notice of Vacation to the Court via electronic mail to the following:

Christen Mason Hebert
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701

Joshua Windham*
William R. Aronin*
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Attorneys for Plaintiff
*Admitted Pro Hae Vice

ROBERT W. PIATT III
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO