**FILED**

June 05, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ALEK SCHOTT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-23-CV-00706-OLG** |
| | § | |
| **BEXAR COUNTY, TEXAS,** | § | |
| **Defendant.** | § | |

## ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Amended Report and Recommendation—filed April 29, 2026 (R&R, Dkt. No. 141), concerning Defendant's Motion for Summary Judgment (*see* Dkt. No. 117). Defendant timely filed its objections (Dkt. No. 142), to which Plaintiff has responded (Dkt. No. 143). *See* FED. R. CIV. P. 72(b)(2).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

After de novo review, the Court finds that Defendant's objections should be and hereby are **OVERRULED**. The Court has reviewed the remainder of the Amended R&R for clear errors and

finds none. Accordingly, the Amended R&R (Dkt. No. 141) is **ADOPTED**, and, for the reasons set forth therein, Defendant's Motion for Summary Judgment (Dkt. No. 117) is **DENIED**.

The stay previously entered in this case pending resolution of Defendant's request for summary judgment (*see* Dkt. No. 139) is hereby **LIFTED**.

This case is set for **pretrial conference on Wednesday, August 19, 2026, at 10:30 a.m. The parties should consult Local Rule CV-16(f) regarding matters to be filed in advance of the pretrial conference and/or trial.**

This case is set for **jury selection and trial** on **Monday, August 24, 2026, at 9:30 a.m.**

The parties are ordered to mediate this case no later than **Wednesday, July 29, 2026.** If the parties are unable to mutually agree to a mediator on or before Thursday, June 18, 2026, each party shall submit to the Court a list of three (3) proposed mediators no later than **Wednesday, June 24, 2026.**

It is so **ORDERED**.

**SIGNED** on June _____5_____, 2026.

ORLANDO L. GARCIA
United States District Judge

2