**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT, | |
| *Plaintiff*, | |
| v. | Civil Action No. 5:23-cv-00706-OLG-RBF |
| BEXAR COUNTY, TEXAS, | |
| *Defendant*. | |

**JOINT MOTION TO RESET TRIAL DATE**

Plaintiff Alek Schott and Defendant Bexar County, Texas jointly move to reset the trial date in this matter and state as follows:

1.      This Court recently set this case for jury selection and trial starting Monday, August 24, 2026. ECF No. 146 (Order).

2.      Counsel for Defendant will be on a pre-planned international vacation from August 31, 2026 through September 14, 2026. ECF No. 144 (Notice of Vacation).

3.      Counsel for the parties have conferred and expect that, if trial in this case starts on August 24th, then trial will run into and interfere with counsel for Defendant's vacation. The parties conferred about trial availability and are available for jury selection and trial on September 21, 2026, or thereafter.

4.      The parties therefore respectfully request that the date for jury selection and trial be reset for September 21, 2026, or thereafter.

5.      Should this Court reset the date for jury selection and trial as described above, the parties also request that the pretrial conference, which is currently set for August 19, 2026, be reset to September 16, 2026.

1

6.    The parties do not file this motion for purposes of delay, nor will granting this motion prejudice either party.

Dated: June 11, 2026.

Respectfully submitted,

/s/ Charles S. Frigerio
**Charles S. Frigerio** (SBN 07477500)
**Hector X. Saenz** (SBN 17514850)
**Charles A. Frigerio** (SBN 24140090)
LAW OFFICES OF CHARLES S. FRIGERIO
Riverview Towers
111 Soledad Street, Suite 465
San Antonio, TX 78205
(210) 271-7877
csf@frigeriolawfirm.com
hxs@frigeriolawfirm.com
charlie@frigeriolawfirm.com

*Attorneys for Defendant*

/s/ Christen M. Hebert
**Christen M. Hebert** (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

**Joshua A. Windham\*** (NC Bar No. 51071)
**William R. Aronin\*** (NY State Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org

\*Admitted *pro hac vice*
*Attorneys for Plaintiff*

2

**Certificate of Service**

I certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert