**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT, | |
| *Plaintiff*, | |
| v. | Civil Action No. 5:23-cv-00706-OLG-RBF |
| BEXAR COUNTY, TEXAS, | |
| *Defendant*. | |

**ADVISORY OF NON-SETTLEMENT DURING MEDIATION**

Plaintiff Alek Schott and Defendant Bexar County, Texas, mediated this case with United States Magistrate Judge Henry J. Bemporad on April 29, 2024. That mediation did not lead to settlement.

In the wake of the Court's summary-judgment ruling, the parties conferred regarding the possibility of further mediation. The parties' respective positions have not changed and involve non-monetary issues, which make future mediation futile.

Dated: June 11, 2026.

/s/ Charles S. Frigerio
**Charles S. Frigerio** (SBN 07477500)
**Hector X. Saenz** (SBN 17514850)
**Charles A. Frigerio** (SBN 24140090)
LAW OFFICES OF CHARLES S. FRIGERIO
Riverview Towers
111 Soledad Street, Suite 465
San Antonio, TX 78205
(210) 271-7877
csf@frigeriolawfirm.com;
hxs@frigeriolawfirm.com;
charlie@frigeriolawfirm.com
*Attorneys for Defendant*

Respectfully submitted,

/s/ Christen M. Hebert
**Christen M. Hebert** (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

**Joshua A. Windham\*** (NC Bar No. 51071)
**William R. Aronin\*** (NY Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org; waronin@ij.org
\*Admitted *pro hac vice*
*Attorneys for Plaintiff*

1

**Certificate of Service**

I certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert

1