**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT BEXAR COUNTY'S OPPOSED
MOTION TO CONTINUE TRIAL SETTING**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

NOW COMES **BEXAR COUNTY**, the sole remaining Defendant in the above styled and numbered cause, and files this its Opposed Motion to Reset the September 21, 2026 jury trial setting and would respectfully show unto the Court the following:

**I.**

Sheriff Javier Salazar is scheduled to be at the Major County Sheriffs of America conference held in Milwaukee, Wisconsin during the week of September 21, 2026. Sheriff Salazar's flight arrives back in San Antonio the night of September 24, 2026. Sheriff Salazar has requested counsel to request a continuance of the jury trial scheduled for the week of September 21, 2026. Defense counsel was made aware of this conflict on August 7, 2026 and is now filing this motion for continuance at the request of Sheriff Salazar.

**II.**

Defendant **BEXAR COUNTY** and Sheriff Salazar know that this Court's trial setting takes precedence and respectfully requests the Court to consider rescheduling the trial date subsequent to the current setting of September 21, 2026.

Defendant Bexar County respectfully requests the Court to grant its Motion for a continuance and postpone the jury trial to a date which is convenient with this Court's Calendar subsequent to September to September 21, 2026.  This motion is not made for the purpose of delay but so that justice may be done.

Defense counsel has conferred with Plaintiff's counsel and Plaintiff is opposed to said continuance.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **BEXAR COUNTY** moves the Court to reset the jury trial setting of September 21, 2026 to a subsequent future date convenient with the Court's Calendar and for such other and further relief as Defendant may show itself justly entitled.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY:   /s/ Charles S. Frigerio
        CHARLES S. FRIGERIO
        SBN:  07477500
        Email: csf@frigeriolawfirm.com

        HECTOR X. SAENZ
        SBN:  17514850
        Email: hxs@frigeriolawfirm.com

        CHARLES A. FRIGERIO
        SBN: 24140090
        NMBN: 161626
        Email: Charlie@Frigeriolawfirm.com
ATTORNEYS FOR DEFENDANT BEXAR COUNTY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of August, 2026, I electronically filed the foregoing Defendant Bexar County's Opposed Motion for Continuance via CM/ECF which will electronically serve notice to the following:

Christen Mason Hebert          Email:  chebert@ij.org
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701

Joshua Windham          Email: jwindham@ij.org
Will Aronin          Email: waronin@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
*Attorneys for Plaintiff*


       /s/ Charles S. Frigerio
       CHARLES S. FRIGERIO