AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

ALEK SCHOTT
*Plaintiff*
v.
BEXAR COUNTY, TEXAS
*Defendant*

Case No. 5:23-CV-00706-OLG-RBF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Alek Schott .

Date: 08/20/2026

/s/ Jeff Rowes
*Attorney's signature*

Jeff Rowes, TX Bar No. 24104956
*Printed name and bar number*

816 Congress Avenue
Suite 970
Austin, TX 78701
*Address*

jrowes@ij.org
*E-mail address*

(512) 480-5936
*Telephone number*

(512) 480-5937
*FAX number*

**Certificate of Service**

I certify that on August 20, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Jeff Rowes
Jeff Rowes