**FILED**
August 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ALEK SCHOTT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-23-CV-00706-OLG** |
| | § | |
| **BEXAR COUNTY, TEXAS,** | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Defendant's Opposed Motion to Continue Trial Setting, to which Plaintiff has responded. Upon review, and in light of Plaintiff's agreement to postpone calling Sheriff Salazar as a witness until a date after September 24, 2026 (*see* Dkt. No. 151 at 1–2), the Motion (Dkt. No. 150) is **DENIED**.

It is so **ORDERED**.

**SIGNED** on August 24, 2026.

ORLANDO L. GARCIA
United States District Judge