**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**NOTICE TO THE COURT OF FILING DEFENDANT'S PRE-TRIAL ORDER PURSUANT TO RULE 16(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE CV-16f**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Pursuant to this Court's Order, Defendant **BEXAR COUNTY** files the following Local Rule 16(f) documents as follows:

1. DEFENDANT BEXAR COUNTY'S PROPOSED VOIR DIRE.
2. DEFENDANT BEXAR COUNTY'S STATEMENT OF PARTY'S DEFENSES.
3. DEFENDANT BEXAR COUNTY'S LIST OF STIPULATED FACTS.
4. DEFENDANT BEXAR COUNTY'S EXHIBIT LIST.
5. DEFENDANT BEXAR COUNTY'S WITNESS LIST.
6. DEFENDANT BEXAR COUNTY'S JURY INSTRUCTIONS AND VERDICT FORM.
7. DEFENDANT BEXAR COUNTY'S MOTION IN LIMINE.
8. DEFENDANT BEXAR COUNTY'S PROPOSED LENGTH OF JURY TRIAL.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
Email: csf@FrigerioLawFirm.com

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
**LEAD COUNSEL**

HECTOR X. SAENZ
SBN: 17514850

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
ATTORNEYS FOR DEFENDANT
**BEXAR COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2026, I electronically filed the foregoing Defendant Bexar County's Rule 16(f) Pre-Trial Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO