## 1. DEFENDANT BEXAR COUNTY'S PROPOSED VOIR DIRE

(A) THOSE JURORS WHO HAVE STATED ON THE JUROR QUESTIONNAIRE THAT THEY OR THEIR SPOUSE ARE RETIRED, PLEASE STATE YOUR FORMER OCCUPATION.

(B) THOSE JURORS WHO HAVE STATED ON THEIR JUROR QUESTIONNAIRE THAT EITHER THEY OR THEIR SPOUSE IS A CIVIL SERVANT, PLEASE STATE THE TYPE OF WORK YOU PERFORM.

(C) DO ANY MEMBERS OF THE JURY PANEL HAVE FAMILY MEMBERS WHO ARE PRESENTLY OR FORMERLY EMPLOYED BY BEXAR COUNTY?

(1) PLEASE STATE WHAT THEIR POSITION IS/WAS AS AN EMPLOYEE FOR THE COUNTY.

(2) FOR THOSE MEMBERS OF YOUR FAMILY WHO WERE FORMERLY EMPLOYED BY THE COUNTY, PLEASE STATE THE REASON THEY CHOSE TO LEAVE SAID EMPLOYMENT.

(D) HAS ANY MEMBER OF THE JURY PANEL OR ANY MEMBER OF YOUR FAMILY EVER BEEN EMPLOYED IN LAW ENFORCEMENT?

(E) HAS ANY MEMBER OF THE JURY PANEL OR ANY MEMBER OF YOUR FAMILY EVER FILED A COMPLAINT AGAINST A LAW ENFORCEMENT OFFICER WITH AN INTERNAL AFFAIRS UNIT OF THE POLICE DEPARTMENT?

(F) HAS ANY MEMBER OF THE JURY PANEL OR ANY MEMBER OF YOUR FAMILY EVER BEEN THE VICTIM OF A CRIME?

(G) DOES ANY MEMBER OF THE JURY PANEL POSSESS A PREJUDICE AGAINST BEXAR COUNTY FOR WHATEVER REASON, THAT COULD CAUSE YOU TO BE LESS THAN A FAIR AND IMPARTIAL JUROR?

(H) HAS ANY MEMBER OF THE JURY PANEL OR ANY MEMBER OF YOUR FAMILY EVER BEEN INVOLVED IN A LAWSUIT AGAINST BEXAR COUNTY SHERIFF'S OFFICE AND/OR BEXAR COUNTY?

(I) HAS ANY MEMBER OF THE JURY PANEL OR MEMBER OF YOUR FAMILY BEEN ARRESTED BY A LAW ENFORCEMENT OFFICER?

(J) HAS ANY MEMBER OF THE JURY PANEL OR MEMBER OF YOUR FAMILY EVER FILED A COMPLAINT AGAINST A LAW ENFORCEMENT OFFICER.

(K) HAS ANY MEMBER OF THE JURY PANEL OR MEMBER OF YOUR FAMILY EVER RECEIVED A TRAFFIC CITATION THAT AS CONTESTED IN TRAFFIC COURT.

(L) HAS ANY MEMBER OF THE JURY PANEL OR MEMBER OF YOUR FAMILY EVER FILED A COMPLAINT AGAINST A LAW ENFORCEMENT OFFICER?

(M) HAS ANY MEMBER OF THE JURY PANEL SEEN, HEARD OR READ ABOUT THE INCIDENT MADE THE BASIS OF THIS LAWSUIT IN THE NEWSPAPERS OR LOCAL NEWS?

(N) HAS ANY MEMBER OF THE JURY PANEL EVER BEEN DETAINED AND QUESTIONED BY A LAW ENFORCEMENT OFFICER.

(O) HAS ANY MEMBER OF THE JURY PANEL EVER HAD CONTACT WITH AN INTERDICTION LAW ENFORCEMENT OFFICER.

(P) HAS ANY MEMBER OF THE JURY PANEL ESPOUSE POLITICAL IDEOLOGY OF DEFUNDING THE POLICE?

(Q) HAS ANY MEMBER OF THE JURY PANEL EVER HAD THEIR CAR SEARCHED BY A K-9?

(R) HAS ANY MEMBER OF THE JURY PANEL EVER BEEN DETAINED BY A POLICE OFFICER AND LATER RELEASED AT THE SCENE?