## 2. DEFENDANT BEXAR COUNTY'S STATEMENT OF PARTY'S DEFENSES

A. Defendant Bexar County denies that it had an official policy or custom of which a Bexar County Policymaker could be charged with actual or constructive knowledge that resulted in a constitutional deprivation of Plaintiff's rights.

B. Defendant Bexar County contends that Plaintiff's March 16, 2022 traffic stop on Interstate 35 was the result of a traffic violation and lawful detention by Deputy Joel Babb assigned to the Criminal Interdiction Unit which was created to combat drug and human trafficking.

C. Defendant Bexar County contends that as a result of Plaintiff's suspicious behavior and prior intelligence received from the Laredo Fusion Law Enforcement Center Deputy Babb had reasonable suspicion to call for a K-9 to search Plaintiff's vehicle.

D. Defendant Bexar County contends that since the K-9 only found an unusable amount of Marijuana shake in the plaintiff's vehicle, Plaintiff was released with only a traffic warning.