**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**7. DEFENDANT BEXAR COUNTY'S MOTION IN LIMINE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

NOW COMES **BEXAR COUNTY**, Defendant in the above styled and numbered cause, and before commencement of the voir dire examination of the jury panel, files this, its Motion in Limine, and would respectfully show unto the Court the following:

**I.**

Defendant moves the Court to instruct counsel for the Plaintiff and through such counsel, and all Plaintiff's witnesses indirectly, to reading of pleadings, statements of the case, argument, objections before the jury, or bring to the jury's attention in any other means or manner, in any manner whatsoever, without first approaching the bench and obtaining a ruling from the prospective jurors, and jurors ultimately selected in this cause, in regard to any alleged theory of admissibility of the following matters:

1. That Plaintiff, Plaintiff's Counsel or Plaintiff's witnesses not make reference to any forensic examination of Bexar County Deputies cell phone data including the data of Deputies Babb, Molina, Gereb, and Gamboa as said evidence bears no relevance to the issues in this case. Deputies Babb and Molina have been dismissed from this case and are no longer parties. The only party to this case is Bexar County and text messages between deputies would only serve to inflame the minds of the jury against the Defendant herein and would have no probative value and therefore, said evidence's probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues and would mislead the jury and should be excluded pursuant to Federal Rules of Evidence 403.

GRANTED: ____________________ DENIED: _________________________

2. That Plaintiff, Plaintiff's Counsel or any of Plaintiff's witnesses not mention or make reference to the Institute for Justice or elaborate on the mission for the Institute of Justice as said evidence bears no probative value and is substantially outweighed by the danger of unfair prejudice pursuant to Federal Rules of Evidence 403.

GRANTED: ____________________ DENIED: _________________________

3. That Plaintiff, Plaintiff's Counsel or Plaintiff's witnesses not mention, state or allude to the jury to that Plaintiff Alek Schott sought healthcare from any healthcare provider since no healthcare provider has been designated as an expert witness in the case. Plaintiff further filed a motion to quash his psychotherapist Catherine A. Casey's records as being privileged and asserted that she would not be called as a party. Defendant assert that Plaintiff is precluded from mentioning any healthcare providers who have not been designated as witnesses under Federal Rules of Evidence 403.

GRANTED: ____________________ DENIED: _________________________

**WHEREFORE, PREMISES CONSIDERED**, Defendant herein prays that this Motion in Limine be in all particulars granted and sustained by an appropriate Order of the Court, and the Defendant herein requests that the Court instruct Plaintiff's counsel and Plaintiff, not to mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner any of the above-mentioned facts, without first obtaining the

permission of the Court outside the presence of the jury, and to further instruct and caution each and every one of Plaintiff's witnesses to strictly follow these instructions.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csf@FrigerioLawFirm.com

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
**LEAD COUNSEL**

HECTOR X. SAENZ
SBN: 17514850

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
ATTORNEYS FOR DEFENDANT
**BEXAR COUNTY TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2026, I electronically filed the foregoing Defendant Bexar County's Motion in Limine with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO