**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

ALEK SCHOTT,

*Plaintiff*,

v.

BEXAR COUNTY, TEXAS,

*Defendant*.

Civil Action No. 5:23-cv-00706-OLG-RBF

## PLAINTIFF'S EXHIBIT LIST

Plaintiff designates the below exhibits as exhibits he expects to offer or may offer at trial. This list includes video footage of criminal interdiction traffic stops and K9 deployments. The County has repeatedly argued that Plaintiff cannot prove a custom without providing examples from many other incidents. Although Plaintiff does not concede that the County's articulation of the legal standard is correct, Plaintiff does intend to use video evidence from other incidents to help prove a custom. The County produced approximately 1077 videos in discovery, and Plaintiff designates only 434 as exhibits, which means Plaintiff excluded 60% of them. And of those 434, Plaintiff intends to mostly play short clips.

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-1 | Schott Stop, Babb BWC A<br>• Subparts[1]: A1–A6 | BC000502; P001517 | Expect to use |
| P-2 | Schott Stop, Babb BWC B<br>• Subparts: B1–B2 | BC000502; P001517 | Expect to use |
| P-3 | Schott Stop, Molina BWC<br>• Subparts: A–C | BC000671; P001519 | Expect to use |
| P-4 | Schott Stop, Gereb BWC A | BC010638; P001520 | Expect to use |
| P-5 | Schott Stop, Gereb BWC B | BC010639 | Expect to use |

[1] Exhibits with file sizes exceeding the Jury Evidence Recording System's 50 MB or 500 MB limitation will be separated and provided as multiple files ("Subparts").

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-6 | Schott Stop, SPEARS Incident Summary | BC000164-168 | Expect to use |
| P-7 | Schott Stop, Warning Photo | P000001 | Expect to use |
| P-8 | Schott Warning Record | BC000172 | Expect to use |
| P-9 | Schott Stop, K9 Deployment Report | DEF BATES 4596 | Expect to use |
| P-10 | Schott Dashcam (Passing Babb) | P000002 | Expect to use |
| P-11 | Schott Dashcam (After Passing Babb) | P001522 | Expect to use |
| P-12 | Schott Dashcam (Stop) | P001523 | Expect to use |
| P-13 | Schott Stop, Incident Detail Report | BC008357 | Expect to use |
| P-14 | Schott Stop, Incident Detail Report and Activity Log | BC000161-163 | Expect to use |
| P-15 | Computer-Aided Dispatch Event Log | BC000169 | Expect to use |
| P-16 | Internal Affairs Report (2022) | BC002150-2158 | Expect to use |
| P-17 | Request for Investigation and Report for Babb | BC002161–2177 | Expect to use |
| P-18 | Internal Affairs Report (2023) | BC008302-8384 | Expect to use |
| P-19 | Schott Correspondence with Rodriguez (Ortega) | P000003 | Expect to use |
| P-20 | Babb and Gamboa Call (Subtitled) | Babb and Gamboa's Depositions (Dep. Ex. 51) | Expect to use |
| P-21 | Babb and Gamboa Call (No Subtitles) | BC00307 | Expect to use |
| P-22 | Vehicle Detection Report for LJR4135 | BC009706-9713 | Expect to use |
| P-23 | Babb's Dismissal Documents | BC011581-11588 | Expect to use |
| P-24 | WhatsApp Group Chat[2] | Forensic Examiner | Expect to use |
| P-25 | Deposition Transcript, Bexar County 30(b)(6) | Court reporter | Expect to use |
| P-26 | Notice of 30(b)(6) Deposition of Bexar County | Plaintiff served on May 16, 2024 | Expect to use |
| P-27 | Gamboa Axon Reviews | BC011994-12115 | Expect to use |
| P-28 | Gamboa Video Review Comments | BC012116 | Expect to use |
| P-29 | Babb Q1 Citations 2022 | BC008453-A | Expect to use |
| P-30 | Email re Tickets | BC008453 | Expect to use |
| P-31 | Bexar County Citation Data | BC002307 | Expect to use |
| P-32 | Flashback Data Lab Report 1, June 7, 2024 | Forensic Examiner | Expect to use |

[2] Pursuant to the Court's Confidentiality and Protective Order (Dkt. No. 40) and the agreement of the parties, Plaintiff made every reasonable effort to redact all dates of birth, social security numbers, personal addresses (excluding city and state), and the middle three-digits of all personal phone numbers.

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-33 | Flashback Data Lab Report 2, June 27, 2024 | Forensic Examiner | Expect to use |
| P-34 | Flashback Data Lab Report 3, August 19, 2024 | Forensic Examiner | Expect to use |
| P-35 | Labeled Photo of Road | P001516 | Expect to use |
| P-36 | Schott Dashcam Group 1, Pass 1 (Remain in Lane) | P001524 | Expect to use |
| P-37 | Schott Dashcam Group 1, Pass 2 (Drive on Yellow Line) | P001525 | Expect to use |
| P-38 | Schott Dashcam Group 1, Pass 3 (Cross Yellow Line) | P001526 | Expect to use |
| P-39 | Schott Dashcam Group 2, Pass 4 (Remain in Lane) | P001530 | Expect to use |
| P-40 | Schott Dashcam Group 2, Pass 5 (Drive on Yellow Line) | P001531 | Expect to use |
| P-41 | Schott Dashcam Group 2, Pass 6 (Cross Yellow Line) | P001532 | Expect to use |
| P-42 | Palacios Dashcam Group 1, Pass 1 | P001527 | Expect to use |
| P-43 | Palacios Dashcam Group 1, Pass 2 | P001528 | Expect to use |
| P-44 | Palacios Dashcam Group 1, Pass 3 | P001529 | Expect to use |
| P-45 | Palacios Dashcam Group 2, Pass 4 | P001530 | Expect to use |
| P-46 | Palacios Dashcam Group 2, Pass 5 | P001531 | Expect to use |
| P-47 | Palacios Footage Group 2, Pass 6 | P001535 | Expect to use |
| P-48 | Photos of Barrow Ditch | P001479-1484 | Expect to use |
| P-49 | Truck Inspection Photos | P001464-1478 | Expect to use |
| P-50 | Video of Traffic (1) | P001537 | Expect to use |
| P-51 | Video of Traffic (2) | P001538 | Expect to use |
| P-52 | Video of Traffic (3) | P001539 | Expect to use |
| P-53 | Yellow Line and Rumble Strip Measurements | P001488-1489, 1492, 1495 | Expect to use |
| P-54 | Captures from Schott's Dashcam | P001496-1504 | Expect to use |
| P-55 | Palacios Resume | Appendix A to Palacios Report | May use |
| P-56 | Captures from Test Group 1 | P001505-1512 | Expect to use |
| P-57 | Captures from Test Group 2 | P001513-1515 | Expect to use |
| P-58 | Chart for Group 1, Pass 1-3 | Palacios Report, p. 8 | Expect to use |
| P-59 | Chart for Group 2, Pass 4-6 | Palacios Report, p. 10 | Expect to use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-60 | Chart for Passed Vehicles | Palacios Report, p. 14 | Expect to use |
| P-61 | All BCSO Handler K9 Deployment Reports (all dates) | DEF BATES 3926-5363 | Expect to use |
| P-62 | All BCSO Handler K9 Deployment Trace Reports (all dates) | Various | Expect to use |
| P-63 | Babb Text Conversation 2 | Forensic Examiner | Expect to use |
| P-64 | Gereb Personal Text Conversation 21 | Forensic Examiner | Expect to use |
| P-65 | Gereb Personal Text Conversation 22 | Forensic Examiner | Expect to use |
| P-66 | Gereb Work Text Conversation 3 | Forensic Examiner | Expect to use |
| P-67 | Gamboa and Ortega Conversation 31 | Forensic Examiner | Expect to use |
| P-68 | Babb Text Conversation 4 | Forensic Examiner | Expect to use |
| P-69 | Bexar County's Answers to Second Set of Interrogatories | County served on July 11, 2024 | Expect to use |
| P-70 | Gamboa Personal Text Conversation 19 | Forensic Examiner | Expect to use |
| P-71 | Gamboa Text Conversation 32 | Forensic Examiner | Expect to use |
| P-72 | Gamboa and Salazar Text | Forensic Examiner | Expect to use |
| P-73 | Gamboa and Serrato Text | Forensic Examiner | Expect to use |
| P-74 | Gereb Car Position Drawing | Forensic Examiner | Expect to use |
| P-75 | Gereb Personal Text Conversation 19 | Forensic Examiner | Expect to use |
| P-76 | Gereb Personal Text Conversation 20 | Forensic Examiner | Expect to use |
| P-77 | Gereb Personal Text Conversation 9 | Forensic Examiner | Expect to use |
| P-78 | Gereb Work Text Conversation 2 | Forensic Examiner | Expect to use |
| P-79 | Gereb Work Text Conversation 4 | Forensic Examiner | Expect to use |
| P-80 | Interdiction Course Certifications for Joel Babb | BC011512-11570 | Expect to use |
| P-81 | K9 Deployment Record for Pue Road Stop (March 24, 2022) | DEF BATES 4585 | Expect to use |
| P-82 | LEO Training, Criminal M.A.P.P. Training | Forensic Examiner | Expect to use |
| P-83 | LEO Training, Social Media and Open Source Investigations | Forensic Examiner | Expect to use |
| P-84 | Molina K9 Certifications | BC007604-7607 | Expect to use |
| P-85 | Molina K9 Deployment Trace Reports Matched with SPEARS Reports (May 2021-March 2022) | Various | Expect to use |
| P-86 | Molina K9 Deployments Reports (May 2021-March 2022) | Various | Expect to use |
| P-87 | Molina K9 Reliability & Experience Analysis | BC009012-9013 | Expect to use |
| P-88 | Molina K9 Training Reports (all dates) | BC001939-2098 | Expect to use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-89 | Molina K9 Training Reports<br>(May 2021-March 2022) | BC002005-2069 | Expect to use |
| P-90 | Molina Overall K9 Deployment Statistics | BC009694-9705 | Expect to use |
| P-91 | Molina Text Conversation 5 | Forensic Examiner | Expect to use |
| P-92 | Molina Text Conversation 8 | Forensic Examiner | Expect to use |
| P-93 | Withdrawn | | |
| P-94 | Withdrawn | | |
| P-95 | Motor Vehicle Criminal Interdiction Conference Agenda | BC011512-11569; Gamboa's Deposition (Dep. Ex. 73) | Expect to use |
| P-96 | Organized Crime Division Phone List | Forensic Examiner | Expect to use |
| P-97 | Patrol Vehicle Records | DEF BATES 5683-5909 | Expect to use |
| P-98 | Photos from Chesapeake Site Visit | P000187-201 | Expect to use |
| P-99 | Withdrawn | | |
| P-100 | Schott Texts with Lindsey Knott | P000043 | Expect to use |
| P-101 | Schott Work Emails | P000202-205 | Expect to use |
| P-102 | SPEARS Incident Summary for BC009814 Gereb BWC | BC002404-2405 | Expect to use |
| P-103 | SPEARS Report for Shepherd Road Stop (March 16, 2022) | BC002980 | Expect to use |
| P-104 | SPEARS Report for Pue Road Stop (March 24, 2022) | BC003176 | Expect to use |
| P-105 | Statement of Work Rev. 4 | Forensic Examiner | Expect to use |
| P-106 | Weekly Reports and Emails | BC012120-12212 | Expect to use |
| P-107 | BC000184 Babb BWC | BC000184 | Expect to use |
| P-108 | BC000555 Molina Dashcam | BC000555 | Expect to use |
| P-109 | BC000583 Molina BWC | BC000583 | Expect to use |
| P-110 | BC000624 Molina BWC | BC000624 | Expect to use |
| P-111 | BC000625 Molina BWC | BC000625 | Expect to use |
| P-112 | BC000660 Molina BWC<br>• Subparts: A–B | BC000660 | Expect to use |
| P-113 | BC000310 Babb Dashcam | BC000310 | Expect to use |
| P-114 | BC000343 Babb Dashcam | BC000343 | Expect to use |
| P-115 | BC000365 Babb Dashcam | BC000365 | Expect to use |
| P-116 | BC000366 Babb Dashcam | BC000366 | Expect to use |
| P-117 | BC000367 Babb Dashcam | BC000367 | Expect to use |
| P-118 | BC000385 Babb BWC | BC000385 | Expect to use |
| P-119 | BC000390 Babb Dashcam | BC000390 | Expect to use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-120 | BC000396 Babb Dashcam | BC000396 | Expect to use |
| P-121 | BC000401 Babb Dashcam | BC000401 | Expect to use |
| P-122 | BC000409 Babb BWC<br>• Subparts: A–B | BC000409 | Expect to use |
| P-123 | BC000411 Babb Dashcam<br>• Subparts: A–C | BC000411 | Expect to use |
| P-124 | BC000414 Babb BWC | BC000414 | Expect to use |
| P-125 | BC000416 Babb Dashcam | BC000416 | Expect to use |
| P-126 | BC000421 Babb BWC | BC000421 | Expect to use |
| P-127 | BC000433 Babb BWC<br>• Subparts: A–B | BC000433 | Expect to use |
| P-128 | BC000441 Babb Dashcam<br>• Subparts: A–C | BC000441 | Expect to use |
| P-129 | BC000455 Babb Dashcam<br>• Subparts: A–E | BC000455 | Expect to use |
| P-130 | BC000472 Babb BWC<br>• Subparts: A–D | BC000472 | Expect to use |
| P-131 | BC000485 Babb Dashcam<br>• Subparts: A–E | BC000485 | Expect to use |
| P-132 | BC000488 Babb BWC<br>• Subparts: A–D | BC000488 | Expect to use |
| P-133 | BC000517 Babb BWC<br>• Subparts: A–H | BC000517 | Expect to use |
| P-134 | BC009814 Gereb BWC | BC009814 | Expect to use |
| P-135 | BC009880 Gereb Dashcam | BC009880 | Expect to use |
| P-136 | BC010044 Gereb BWC | BC010044 | Expect to use |
| P-137 | BC010181 Gereb Dashcam | BC010181 | Expect to use |
| P-138 | BC010188 Gereb Dashcam | BC010188 | Expect to use |
| P-139 | BC010210 Gereb BWC | BC010210 | Expect to use |
| P-140 | BC010253 Gereb BWC | BC010253 | Expect to use |
| P-141 | BC010333 Gereb BWC<br>• Subparts: A–C | BC010333 | Expect to use |
| P-142 | BC010511 Gereb Dashcam | BC010511 | Expect to use |
| P-143 | BC010632 Gereb BWC | BC010632 | Expect to use |
| P-144 | BC010757 Gereb BWC<br>• Subparts: A–D | BC010757 | Expect to use |
| P-145 | BC010758 Gereb BWC<br>• Subparts: A–B | BC010758 | Expect to use |
| P-146 | BC010761 Gereb BWC<br>• Subparts: A–D | BC010761 | Expect to use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-147 | BC010769 Gereb BWC<br>• Subparts: A–B | BC010769 | Expect to use |
| P-148 | BC010772 Gereb BWC<br>• Subparts: A–C | BC010772 | Expect to use |
| P-149 | BC010776 Gereb BWC<br>• Subparts: A–C | BC010776 | Expect to use |
| P-150 | BC010793 Gereb BWC<br>• Subparts: A–E | BC010793 | Expect to use |
| P-151 | BC010807 Gereb BWC<br>• Subparts: A–F | BC010807 | Expect to use |
| P-152 | BC010823 Gereb BWC<br>• Subparts: A–G | BC010823 | Expect to use |
| P-153 | BC010831 Gereb BWC<br>• Subparts: A–E | BC010831 | Expect to use |
| P-154 | Transfer Order, Babb (April 2021) | BC000693 | May use |
| P-155 | Transfer Order, Gereb (April 2021) | BC006177 | May use |
| P-156 | Transfer Order, Gereb (July 2020) | BC006178 | May use |
| P-157 | Duties and Responsibilities of Criminal Interdiction Unit | County produced during Gamboa's Deposition (Dep. Ex. 74) | May use |
| P-158 | Notice of Deposition of Marta Rodriguez (Ortega) | Plaintiff served on February 13, 2024 | May use |
| P-159 | Order Granting Motion to Compel | Dkt. No. 59 | May use |
| P-160 | Personal Data and Employment History for Joel Babb | BC000685-863 | May use |
| P-161 | Personal Data and Employment History for Marta Ortega | BC006251 | May use |
| P-162 | Receipt for Payment to BCSO | P001542 | May use |
| P-163 | Schott Cell Phone Call Records | P000207 | May use |
| P-164 | Schott Email with Lawyer | P000078–79 | May use |
| P-165 | Schott Email with Professor | P00064 | May use |
| P-166 | Schott Invoice and Receipt for Davis and Santos Law Firm | P000080–81 | May use |
| P-167 | Schott Texts with Celine Liron | P000033 | May use |
| P-168 | Schott Travel Records | P000208-211 | May use |
| P-169 | Screenshot from Babb BWC a LP Entry | BC000502; Dep. Ex. 45 | May use |
| P-170 | Screenshot from Babb BWC at 004 | BC000502; Dep. Ex. 44A | May use |
| P-171 | Texas Transportation Code § 545.60(a) | P001462-1463 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-172 | Traffic Stop Report Examples | Various | May use |
| P-173 | Babb Car Position Drawing | Babb's Deposition (Dep. Ex. 43) | May use |
| P-174 | Herrera K9 Training Certifications | BC007586-7603 | May use |
| P-175 | Molina K9 Deployment Reports (all dates) | Various | May use |
| P-176 | Molina K9 Deployment Trace Reports (all dates) | Various | May use |
| P-177 | Molina Text Conversation 4 | Forensic Examiner | May use |
| P-178 | Schott Stop, Molina Dashcam | BC000605 | May use |
| P-179 | Molina and Canales Texts | Forensic Examiner | May use |
| P-180 | Molina and Garcia Texts | Forensic Examiner | May use |
| P-181 | Molina and Sanchez Texts | Forensic Examiner | May use |
| P-182 | SPEARS Summary Report for IH 35 S. Stop (March 2022) | BC002346-2347 | May use |
| P-183 | BC000204 Babb Dashcam | BC000204 | May use |
| P-184 | BC000214 Babb Dashcam | BC000214 | May use |
| P-185 | BC000215 Babb Dashcam | BC000215 | May use |
| P-186 | BC000216 Babb Dashcam | BC000216 | May use |
| P-187 | BC000225 Babb Dashcam | BC000225 | May use |
| P-188 | BC000226 Babb BWC | BC000226 | May use |
| P-189 | BC000227 Babb Dashcam | BC000227 | May use |
| P-190 | BC000228 Babb BWC | BC000228 | May use |
| P-191 | BC000229 Babb Dashcam | BC000229 | May use |
| P-192 | BC000230 Babb BWC | BC000230 | May use |
| P-193 | BC000231 Babb Dashcam | BC000231 | May use |
| P-194 | BC000232 Babb BWC | BC000232 | May use |
| P-195 | BC000234 Babb Dashcam | BC000234 | May use |
| P-196 | BC000235 Babb BWC | BC000235 | May use |
| P-197 | BC000236 Babb Dashcam | BC000236 | May use |
| P-198 | BC000240 Babb Dashcam | BC000240 | May use |
| P-199 | BC000242 Babb BWC | BC000242 | May use |
| P-200 | BC000246 Babb Dashcam | BC000246 | May use |
| P-201 | BC000247 Babb BWC | BC000247 | May use |
| P-202 | BC000248 Babb Dashcam | BC000248 | May use |
| P-203 | BC000249 Babb Dashcam | BC000249 | May use |
| P-204 | BC000250 Babb BWC | BC000250 | May use |
| P-205 | BC000251 Babb BWC | BC000251 | May use |
| P-206 | BC000253 Babb Backseat | BC000253 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-207 | BC000254 Babb Dashcam | BC000254 | May use |
| P-208 | BC000257 Babb Dashcam | BC000257 | May use |
| P-209 | BC000258 Babb BWC | BC000258 | May use |
| P-210 | BC000259 Babb Dashcam | BC000259 | May use |
| P-211 | BC000260 Babb BWC | BC000260 | May use |
| P-212 | BC000261 Babb Dashcam | BC000261 | May use |
| P-213 | BC000262 Babb BWC | BC000262 | May use |
| P-214 | BC000263 Babb Dashcam | BC000263 | May use |
| P-215 | BC000264 Babb BWC | BC000264 | May use |
| P-216 | BC000265 Babb Dashcam | BC000265 | May use |
| P-217 | BC000266 Babb BWC | BC000266 | May use |
| P-218 | BC000267 Babb Dashcam | BC000267 | May use |
| P-219 | BC000268 Babb Dashcam | BC000268 | May use |
| P-220 | BC000269 Babb Dashcam | BC000269 | May use |
| P-221 | BC000270 Babb BWC | BC000270 | May use |
| P-222 | BC000271 Babb Dashcam | BC000271 | May use |
| P-223 | BC000272 Babb BWC | BC000272 | May use |
| P-224 | BC000274 Babb Dashcam | BC000274 | May use |
| P-225 | BC000276 Babb Dashcam | BC000276 | May use |
| P-226 | BC000277 Babb BWC | BC000277 | May use |
| P-227 | BC000278 Babb Dashcam | BC000278 | May use |
| P-228 | BC000280 Babb Dashcam | BC000280 | May use |
| P-229 | BC000281 Babb BWC | BC000281 | May use |
| P-230 | BC000282 Babb Dashcam | BC000282 | May use |
| P-231 | BC000283 Babb Dashcam | BC000283 | May use |
| P-232 | BC000284 Babb BWC | BC000284 | May use |
| P-233 | BC000285 Babb Dashcam | BC000285 | May use |
| P-234 | BC000286 Babb BWC | BC000286 | May use |
| P-235 | BC000287 Babb BWC | BC000287 | May use |
| P-236 | BC000288 Babb BWC | BC000288 | May use |
| P-237 | BC000289 Babb Dashcam | BC000289 | May use |
| P-238 | BC000290 Babb Dashcam | BC000290 | May use |
| P-239 | BC000292 Babb Dashcam | BC000292 | May use |
| P-240 | BC000293 Babb BWC | BC000293 | May use |
| P-241 | BC000294 Babb Dashcam | BC000294 | May use |
| P-242 | BC000295 Babb BWC | BC000295 | May use |
| P-243 | BC000296 Babb Dashcam | BC000296 | May use |
| P-244 | BC000297 Babb Dashcam | BC000297 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-245 | BC000298 Babb Dashcam | BC000298 | May use |
| P-246 | BC000300 Babb Dashcam | BC000300 | May use |
| P-247 | BC000301 Babb Dashcam | BC000301 | May use |
| P-248 | BC000302 Babb Backseat | BC000302 | May use |
| P-249 | BC000303 Babb Dashcam | BC000303 | May use |
| P-250 | BC000304 Babb BWC | BC000304 | May use |
| P-251 | BC000306 Babb Dashcam | BC000306 | May use |
| P-252 | BC000308 Babb Dashcam | BC000308 | May use |
| P-253 | BC000309 Babb BWC | BC000309 | May use |
| P-254 | BC000311 Babb BWC | BC000311 | May use |
| P-255 | BC000312 Babb BWC | BC000312 | May use |
| P-256 | BC000313 Babb BWC | BC000313 | May use |
| P-257 | BC000320 Babb BWC | BC000320 | May use |
| P-258 | BC000322 Babb BWC | BC000322 | May use |
| P-259 | BC000324 Babb BWC | BC000324 | May use |
| P-260 | BC000327 Babb Dashcam | BC000327 | May use |
| P-261 | BC000328 Babb Dashcam | BC000328 | May use |
| P-262 | BC000330 Babb Dashcam | BC000330 | May use |
| P-263 | BC000331 Babb BWC | BC000331 | May use |
| P-264 | BC000332 Babb Dashcam | BC000332 | May use |
| P-265 | BC000333 Babb BWC | BC000333 | May use |
| P-266 | BC000334 Babb Dashcam | BC000334 | May use |
| P-267 | BC000335 Babb BWC | BC000335 | May use |
| P-268 | BC000336 Babb Dashcam | BC000336 | May use |
| P-269 | BC000337 Babb BWC | BC000337 | May use |
| P-270 | BC000338 Babb Dashcam | BC000338 | May use |
| P-271 | BC000339 Babb BWC | BC000339 | May use |
| P-272 | BC000340 Babb BWC | BC000340 | May use |
| P-273 | BC000341 Babb BWC | BC000341 | May use |
| P-274 | BC000342 Babb Dashcam | BC000342 | May use |
| P-275 | BC000345 Babb Dashcam | BC000345 | May use |
| P-276 | BC000346 Babb BWC | BC000346 | May use |
| P-277 | BC000347 Babb Dashcam | BC000347 | May use |
| P-278 | BC000348 Babb BWC | BC000348 | May use |
| P-279 | BC000349 Babb BWC | BC000349 | May use |
| P-280 | BC000350 Babb BWC | BC000350 | May use |
| P-281 | BC000358 Babb BWC | BC000358 | May use |
| P-282 | BC000359 Babb BWC | BC000359 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-283 | BC000361 Babb BWC | BC000361 | May use |
| P-284 | BC000363 Babb Dashcam | BC000363 | May use |
| P-285 | BC000364 Babb Dashcam | BC000364 | May use |
| P-286 | BC000368 Babb Dashcam | BC000368 | May use |
| P-287 | BC000369 Babb BWC | BC000369 | May use |
| P-288 | BC000370 Babb BWC | BC000370 | May use |
| P-289 | BC000371 Babb BWC | BC000371 | May use |
| P-290 | BC000372 Babb Dashcam | BC000372 | May use |
| P-291 | BC000373 Babb BWC | BC000373 | May use |
| P-292 | BC000376 Babb BWC | BC000376 | May use |
| P-293 | BC000377 Babb BWC | BC000377 | May use |
| P-294 | BC000378 Babb BWC | BC000378 | May use |
| P-295 | BC000384 Babb BWC | BC000384 | May use |
| P-296 | BC000386 Babb BWC | BC000386 | May use |
| P-297 | BC000387 Babb BWC | BC000387 | May use |
| P-298 | BC000389 Babb Dashcam | BC000389 | May use |
| P-299 | BC000392 Babb BWC | BC000392 | May use |
| P-300 | BC000394 Babb BWC<br>• Subparts: A–B | BC000394 | May use |
| P-301 | BC000395 Babb BWC<br>• Subparts: A–B | BC000395 | May use |
| P-302 | BC000397 Babb BWC | BC000397 | May use |
| P-303 | BC000399 Babb Dashcam<br>• Subparts: A–B | BC000399 | May use |
| P-304 | BC000402 Babb Dashcam | BC000402 | May use |
| P-305 | BC000403 Babb BWC<br>• Subparts: A–B | BC000403 | May use |
| P-306 | BC000404 Babb Dashcam | BC000404 | May use |
| P-307 | BC000405 Babb BWC | BC000405 | May use |
| P-308 | BC000406 Babb BWC | BC000406 | May use |
| P-309 | BC000407 Babb BWC<br>• Subparts: A–B | BC000407 | May use |
| P-310 | BC000408 Babb Dashcam<br>• Subparts: A–C | BC000408 | May use |
| P-311 | BC000410 Babb Dashcam | BC000410 | May use |
| P-312 | BC000412 Babb BWC | BC000412 | May use |
| P-313 | BC000413 Babb BWC | BC000413 | May use |
| P-314 | BC000415 Babb BWC | BC000415 | May use |
| P-315 | BC000418 Babb BWC | BC000418 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| | • Subparts: A–B | | |
| P-316 | BC000419 Babb Dashcam<br>• Subparts: A–C | BC000419 | May use |
| P-317 | BC000420 Babb Dashcam | BC000420 | May use |
| P-318 | BC000422 Babb BWC | BC000422 | May use |
| P-319 | BC000423 Babb BWC<br>• Subparts: A–B | BC000423 | May use |
| P-320 | BC000424 Babb Dashcam<br>• Subparts: A–C | BC000424 | May use |
| P-321 | BC000425 Babb Dashcam<br>• Subparts: A–D | BC000425 | May use |
| P-322 | BC000426 Babb Dashcam<br>• Subparts: A–D | BC000426 | May use |
| P-323 | BC000427 Babb Dashcam<br>• Subparts: A–C | BC000427 | May use |
| P-324 | BC000429 Babb Dashcam<br>• Subparts: A–C | BC000429 | May use |
| P-325 | BC000430 Babb BWC | BC000430 | May use |
| P-326 | BC000432 Babb Dashcam<br>• Subparts: A–C | BC000432 | May use |
| P-327 | BC000434 Babb BWC<br>• Subparts: A–B | BC000434 | May use |
| P-328 | BC000435 Babb Dashcam<br>• Subparts: A–B | BC000435 | May use |
| P-329 | BC000439 Babb BWC<br>• Subparts: A–B | BC000439 | May use |
| P-330 | BC000440 Babb BWC<br>• Subparts: A–B | BC000440 | May use |
| P-331 | BC000442 Babb BWC<br>• Subparts: A–B | BC000442 | May use |
| P-332 | BC000443 Babb BWC<br>• Subparts: A–C | BC000443 | May use |
| P-333 | BC000445 Babb BWC<br>• Subparts: A–B | BC000445 | May use |
| P-334 | BC000448 Babb BWC<br>• Subparts: A–C | BC000448 | May use |
| P-335 | BC000452 Babb BWC<br>• Subparts: A–C | BC000452 | May use |
| P-336 | BC000453 Babb BWC<br>• Subparts: A–C | BC000453 | May use |
| P-337 | BC000454 Babb BWC<br>• Subparts: A–C | BC000454 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-338 | BC000457 Babb Dashcam<br>• Subparts: A–D | BC000457 | May use |
| P-339 | BC000465 Babb BWC<br>• Subparts: A–D | BC000465 | May use |
| P-340 | BC000468 Babb BWC<br>• Subparts: A–D | BC000468 | May use |
| P-341 | BC000470 Babb Dashcam<br>• Subparts: A–C | BC000470 | May use |
| P-342 | BC000471 Babb Dashcam<br>• Subparts: A–D | BC000471 | May use |
| P-343 | BC000473 Babb BWC<br>• Subparts: A–D | BC000473 | May use |
| P-344 | BC000474 Babb Dashcam<br>• Subparts: A–F | BC000474 | May use |
| P-345 | BC000476 Babb BWC<br>• Subparts: A–D | BC000476 | May use |
| P-346 | BC000495 Babb BWC<br>• Subparts: A–H | BC000495 | May use |
| P-347 | BC000499 Babb BWC<br>• Subparts: A–F | BC000499 | May use |
| P-348 | BC000532 Babb Dashcam<br>• Subparts: A–R | BC000532 | May use |
| P-349 | BC000537 Babb BWC<br>• Subparts: A–N | BC000537 | May use |
| P-350 | BC000538 Babb BWC<br>• Subparts: A–R | BC000538 | May use |
| P-351 | BC000587 Molina Dashcam | BC000587 | May use |
| P-352 | BC000588 Molina BWC | BC000588 | May use |
| P-353 | BC000603 Molina Dashcam | BC000603 | May use |
| P-354 | BC000604 Molina BWC | BC000604 | May use |
| P-355 | BC000639 Molina Dashcam | BC000639 | May use |
| P-356 | BC000640 Molina BWC | BC000640 | May use |
| P-357 | BC000645 Molina Dashcam | BC000645 | May use |
| P-358 | BC000646 Molina BWC | BC000646 | May use |
| P-359 | BC000657 Molina BWC<br>• Subparts: A–C | BC000657 | May use |
| P-360 | BC000669 Molina Backseat<br>• Subparts: A–D | BC000669 | May use |
| P-361 | BC000670 Molina Dashcam<br>• Subparts: A–E | BC000670 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-362 | BC000682 Molina BWC<br>• Subparts: A–E | BC000682 | May use |
| P-363 | BC000279 Babb BWC | BC000279 | May use |
| P-364 | BC009723 Gereb BWC<br>• Subparts: A–B | BC009723 | May use |
| P-365 | BC009727 Gereb BWC | BC009727 | May use |
| P-366 | BC009731 Gereb BWC | BC009731 | May use |
| P-367 | BC009737 Gereb BWC | BC009737 | May use |
| P-368 | BC009747 Gereb BWC | BC009747 | May use |
| P-369 | BC009749 Gereb BWC<br>• Subparts: A–C | BC009749 | May use |
| P-370 | BC009753 Gereb BWC | BC009753 | May use |
| P-371 | BC009755 Gereb BWC | BC009755 | May use |
| P-372 | BC009757 Gereb BWC | BC009757 | May use |
| P-373 | BC009761 Gereb Dashcam | BC009761 | May use |
| P-374 | BC009765 Gereb Dashcam | BC009765 | May use |
| P-375 | BC009771 Gereb Dashcam | BC009771 | May use |
| P-376 | BC009777 Gereb Dashcam | BC009777 | May use |
| P-377 | BC009779 Gereb Dashcam<br>• Subparts: A–C | BC009779 | May use |
| P-378 | BC009783 Gereb Dashcam | BC009783 | May use |
| P-379 | BC009785 Gereb Dashcam | BC009785 | May use |
| P-380 | BC009787 Gereb Dashcam | BC009787 | May use |
| P-381 | BC009794 Gereb BWC | BC009794 | May use |
| P-382 | BC009796 Gereb Dashcam<br>• Subparts: A–C | BC009796 | May use |
| P-383 | BC009799 Gereb Backseat | BC009799 | May use |
| P-384 | BC009800 Gereb Backseat<br>• Subparts: A–C | BC009800 | May use |
| P-385 | BC009807 Gereb BWC | BC009807 | May use |
| P-386 | BC009809 Gereb BWC | BC009809 | May use |
| P-387 | BC009816 Gereb BWC<br>• Subparts: A–B | BC009816 | May use |
| P-388 | BC009818 Gereb BWC | BC009818 | May use |
| P-389 | BC009820 Gereb BWC<br>• Subparts: A–B | BC009820 | May use |
| P-390 | BC009830 Gereb BWC | BC009830 | May use |
| P-391 | BC009834 Gereb BWC | BC009834 | May use |
| P-392 | BC009838 Gereb BWC | BC009838 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-393 | BC009847 Gereb BWC | BC009847 | May use |
| P-394 | BC009850 Gereb BWC | BC009850 | May use |
| P-395 | BC009862 Gereb Backseat | BC009862 | May use |
| P-396 | BC009864 Gereb Dashcam | BC009864 | May use |
| P-397 | BC009875 Gereb Dashcam | BC009875 | May use |
| P-398 | BC009877 Gereb Dashcam | BC009877 | May use |
| P-399 | BC009879 Gereb Dashcam | BC009879 | May use |
| P-400 | BC009882 Gereb Dashcam | BC009882 | May use |
| P-401 | BC009887 Gereb Dashcam<br>• Subparts: A–C | BC009887 | May use |
| P-402 | BC009891 Gereb Dashcam | BC009891 | May use |
| P-403 | BC009897 Gereb Dashcam | BC009897 | May use |
| P-404 | BC009993 Gereb Dashcam<br>• Subparts: A–C | BC009993 | May use |
| P-405 | BC009995 Gereb Dashcam | BC009995 | May use |
| P-406 | BC010021 Gereb BWC | BC010021 | May use |
| P-407 | BC010023 Gereb Dashcam | BC010023 | May use |
| P-408 | BC010025 Gereb BWC | BC010025 | May use |
| P-409 | BC010026 Gereb Dashcam | BC010026 | May use |
| P-410 | BC010040 Gereb BWC<br>• Subparts: A–B | BC010040 | May use |
| P-411 | BC010046 Gereb BWC | BC010046 | May use |
| P-412 | BC010050 Babb BWC | BC010050 | May use |
| P-413 | BC010052 Gereb BWC | BC010052 | May use |
| P-414 | BC010055 Gereb BWC | BC010055 | May use |
| P-415 | BC010057 Gereb BWC | BC010057 | May use |
| P-416 | BC010059 Gereb BWC | BC010059 | May use |
| P-417 | BC010061 Gereb BWC | BC010061 | May use |
| P-418 | BC010063 Gereb BWC | BC010063 | May use |
| P-419 | BC010067 Gereb BWC | BC010067 | May use |
| P-420 | BC010085 Gereb BWC<br>• Subparts: A–B | BC010085 | May use |
| P-421 | BC010089 Gereb BWC | BC010089 | May use |
| P-422 | BC010095 Gereb BWC | BC010095 | May use |
| P-423 | BC010101 Gereb BWC | BC010101 | May use |
| P-424 | BC010103 Gereb BWC | BC010103 | May use |
| P-425 | BC010105 Gereb BWC | BC010105 | May use |
| P-426 | BC010109 Gereb BWC | BC010109 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-427 | BC010115 Gereb Dashcam | BC010115 | May use |
| P-428 | BC010117 Gereb Dashcam | BC010117 | May use |
| P-429 | BC010119 Gereb Dashcam | BC010119 | May use |
| P-430 | BC010121 Gereb Dashcam | BC010121 | May use |
| P-431 | BC010124 Gereb Dashcam | BC010124 | May use |
| P-432 | BC010128 Gereb Dashcam | BC010128 | May use |
| P-433 | BC010130 Gereb Dashcam | BC010130 | May use |
| P-434 | BC010132 Gereb Dashcam | BC010132 | May use |
| P-435 | BC010134 Gereb Dashcam | BC010134 | May use |
| P-436 | BC010136 Gereb Dashcam | BC010136 | May use |
| P-437 | BC010141 Gereb Dashcam | BC010141 | May use |
| P-438 | BC010147 Gereb Dashcam | BC010147 | May use |
| P-439 | BC010163 Gereb Dashcam<br>• Subparts: A–D | BC010163 | May use |
| P-440 | BC010167 Gereb Dashcam | BC010167 | May use |
| P-441 | BC010169 Gereb Dashcam | BC010169 | May use |
| P-442 | BC010171 Gereb Dashcam | BC010171 | May use |
| P-443 | BC010175 Gereb Dashcam | BC010175 | May use |
| P-444 | BC010177 Gereb Dashcam | BC010177 | May use |
| P-445 | BC010182 Gereb BWC | BC010182 | May use |
| P-446 | BC010190 Gereb Dashcam | BC010190 | May use |
| P-447 | BC010192 Gereb Dashcam | BC010192 | May use |
| P-448 | BC010207 Gereb BWC<br>• Subparts: A–B | BC010207 | May use |
| P-449 | BC010212 Gereb BWC | BC010212 | May use |
| P-450 | BC010224 Gereb BWC | BC010224 | May use |
| P-451 | BC010227 Gereb BWC | BC010227 | May use |
| P-452 | BC010230 Gereb BWC | BC010230 | May use |
| P-453 | BC010233 Gereb BWC | BC010233 | May use |
| P-454 | BC010237 Babb BWC | BC010237 | May use |
| P-455 | BC010239 Gereb BWC<br>• Subparts: A–B | BC010239 | May use |
| P-456 | BC010246 Gereb BWC | BC010246 | May use |
| P-457 | BC010255 Gereb BWC | BC010255 | May use |
| P-458 | BC010258 Gereb BWC<br>• Subparts: A–B | BC010258 | May use |
| P-459 | BC010260 Gereb BWC<br>• Subparts: A–B | BC010260 | May use |
| P-460 | BC010264 Gereb BWC | BC010264 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-461 | BC010272 Gereb Backseat | BC010272 | May use |
| P-462 | BC010283 Gereb Dashcam | BC010283 | May use |
| P-463 | BC010285 Gereb Dashcam<br>• Subparts: A–B | BC010285 | May use |
| P-464 | BC010287 Gereb Dashcam | BC010287 | May use |
| P-465 | BC010299 Gereb Dashcam | BC010299 | May use |
| P-466 | BC010301 Gereb Dashcam<br>• Subparts: A–C | BC010301 | May use |
| P-467 | BC010303 Gereb Dashcam | BC010303 | May use |
| P-468 | BC010307 Gereb Dashcam | BC010307 | May use |
| P-469 | BC010311 Gereb Dashcam | BC010311 | May use |
| P-470 | BC010315 Gereb Dashcam | BC010315 | May use |
| P-471 | BC010321 Gereb Dashcam | BC010321 | May use |
| P-472 | BC010325 Gereb Dashcam<br>• Subparts: A–D | BC010325 | May use |
| P-473 | BC010329 Gereb Dashcam | BC010329 | May use |
| P-474 | BC010331 Gereb Dashcam | BC010331 | May use |
| P-475 | BC010335 Gereb Dashcam | BC010335 | May use |
| P-476 | BC010339 Gereb Dashcam | BC010339 | May use |
| P-477 | BC010421 Gereb BWC | BC010421 | May use |
| P-478 | BC010423 Gereb BWC | BC010423 | May use |
| P-479 | BC010428 Gereb BWC<br>• Subparts: A–B | BC010428 | May use |
| P-480 | BC010436 Gereb BWC<br>• Subparts: A–B | BC010436 | May use |
| P-481 | BC010439 Gereb BWC | BC010439 | May use |
| P-482 | BC010441 Gereb BWC | BC010441 | May use |
| P-483 | BC010443 Gereb BWC | BC010443 | May use |
| P-484 | BC010445 Gereb BWC<br>• Subparts: A–B | BC010445 | May use |
| P-485 | BC010447 Gereb BWC | BC010447 | May use |
| P-486 | BC010452 Gereb BWC | BC010452 | May use |
| P-487 | BC010459 Gereb BWC | BC010459 | May use |
| P-488 | BC010464 Gereb BWC | BC010464 | May use |
| P-489 | BC010468 Gereb BWC | BC010468 | May use |
| P-490 | BC010470 Gereb BWC | BC010470 | May use |
| P-491 | BC010491 Gereb Backseat<br>• Subparts: A–C | BC010491 | May use |
| P-492 | BC010495 Gereb Backseat | BC010495 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-493 | BC010501 Gereb Dashcam | BC010501 | May use |
| P-494 | BC010503 Gereb Dashcam | BC010503 | May use |
| P-495 | BC010507 Gereb Dashcam | BC010507 | May use |
| P-496 | BC010520 Gereb Dashcam | BC010520 | May use |
| P-497 | BC010524 Gereb Dashcam | BC010524 | May use |
| P-498 | BC010526 Gereb Dashcam | BC010526 | May use |
| P-499 | BC010528 Gereb Dashcam | BC010528 | May use |
| P-500 | BC010530 Gereb Dashcam | BC010530 | May use |
| P-501 | BC010532 Gereb Dashcam | BC010532 | May use |
| P-502 | BC010538 Gereb Dashcam | BC010538 | May use |
| P-503 | BC010543 Gereb Dashcam | BC010543 | May use |
| P-504 | BC010547 Gereb Dashcam | BC010547 | May use |
| P-505 | BC010549 Gereb Dashcam | BC010549 | May use |
| P-506 | BC010563 Gereb Dashcam | BC010563 | May use |
| P-507 | BC010577 Gereb BWC | BC010577 | May use |
| P-508 | BC010581 Gereb BWC | BC010581 | May use |
| P-509 | BC010587 Gereb BWC | BC010587 | May use |
| P-510 | BC010598 Gereb BWC | BC010598 | May use |
| P-511 | BC010600 Gereb BWC | BC010600 | May use |
| P-512 | BC010609 Gereb BWC<br>• Subparts: A–B | BC010609 | May use |
| P-513 | BC010611 Gereb BWC | BC010611 | May use |
| P-514 | BC010614 Gereb BWC | BC010614 | May use |
| P-515 | BC010620 Gereb BWC | BC010620 | May use |
| P-516 | BC010622 Gereb BWC | BC010622 | May use |
| P-517 | BC010624 Gereb BWC | BC010624 | May use |
| P-518 | BC010634 Gereb BWC<br>• Subparts: A–B | BC010634 | May use |
| P-519 | BC010643 Gereb Backseat<br>• Subparts: A–D | BC010643 | May use |
| P-520 | BC010650 Gereb Dashcam | BC010650 | May use |
| P-521 | BC010654 Gereb Dashcam | BC010654 | May use |
| P-522 | BC010660 Gereb Dashcam | BC010660 | May use |
| P-523 | BC010674 Gereb Dashcam | BC010674 | May use |
| P-524 | BC010676 Gereb Dashcam | BC010676 | May use |
| P-525 | BC010683 Gereb Dashcam<br>• Subparts: A–B | BC010683 | May use |
| P-526 | BC010686 Gereb Dashcam | BC010686 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-527 | BC010692 Gereb Dashcam | BC010692 | May use |
| P-528 | BC010694 Gereb Dashcam | BC010694 | May use |
| P-529 | BC010704 Gereb Dashcam | BC010704 | May use |
| P-530 | BC010706 Gereb Dashcam | BC010706 | May use |
| P-531 | BC010711 Gereb Dashcam<br>• Subparts: A–D | BC010711 | May use |
| P-532 | BC010714 Gereb BWC | BC010714 | May use |
| P-533 | BC010727 Gereb BWC<br>• Subparts: A–C | BC010727 | May use |
| P-534 | BC010733 Gereb Dashcam<br>• Subparts: A–G | BC010733 | May use |
| P-535 | BC010737 Gereb BWC<br>• Subparts: A–C | BC010737 | May use |
| P-536 | BC010740 Gereb BWC<br>• Subparts: A–G | BC010740 | May use |
| P-537 | BC010742 Gereb Dashcam<br>• Subparts: A–I | BC010742 | May use |
| P-538 | BC010745 Gereb BWC<br>• Subparts: A–C | BC010745 | May use |
| P-539 | BC010747 Gereb BWC<br>• Subparts: A–C | BC010747 | May use |
| P-540 | BC010748 Gereb BWC<br>• Subparts: A–C | BC010748 | May use |
| P-541 | BC010752 Gereb BWC<br>• Subparts: A–E | BC010752 | May use |
| P-542 | BC010755 Gereb BWC<br>• Subparts: A–D | BC010755 | May use |
| P-543 | BC010765 Gereb Dashcam<br>• Subparts: A–D | BC010765 | May use |
| P-544 | BC010766 Gereb Backseat<br>• Subparts: A–E | BC010766 | May use |
| P-545 | BC010770 Gereb BWC<br>• Subparts: A–C | BC010770 | May use |
| P-546 | BC010771 Gereb BWC<br>• Subparts: A–C | BC010771 | May use |
| P-547 | BC010773 Gereb BWC and Dashcam<br>• Subparts: A–C | BC010773 | May use |
| P-548 | BC010775 Gereb BWC<br>• Subparts: A–D | BC010775 | May use |
| P-549 | BC010777 Gereb BWC<br>• Subparts: A–C | BC010777 | May use |

| Exhibit No. | Description | Bates Number(s)/Source | Expect/May use at trial |
|---|---|---|---|
| P-550 | BC010782 Gereb Dashcam<br>• Subparts: A–F | BC010782 | May use |
| P-551 | BC010783 Gereb Dashcam<br>• Subparts: A–E | BC010783 | May use |
| P-552 | BC010784 Gereb Dashcam<br>• Subparts: A–B | BC010784 | May use |
| P-553 | BC010785 Gereb Dashcam<br>• Subparts: A–C | BC010785 | May use |
| P-554 | BC010787 Gereb Dashcam<br>• Subparts: A–D | BC010787 | May use |
| P-555 | BC010792 Gereb BWC<br>• Subparts: A–C | BC010792 | May use |
| P-556 | BC010797 Gereb BWC<br>• Subparts: A–B | BC010797 | May use |
| P-557 | BC010800 Gereb Dashcam<br>• Subparts: A–E | BC010800 | May use |
| P-558 | BC010809 Gereb Backseat<br>• Subparts: A–E | BC010809 | May use |
| P-559 | BC010811 Gereb Dashcam<br>• Subparts: A–F | BC010811 | May use |
| P-560 | BC010815 Gereb Dashcam<br>• Subparts: A–F | BC010815 | May use |
| P-561 | BC010822 Gereb BWC<br>• Subparts: A–F | BC010822 | May use |
| P-562 | BC010824 Gereb BWC<br>• Subparts: A–G | BC010824 | May use |
| P-563 | BC010826 Gereb Dashcam<br>• Subparts: A–H | BC010826 | May use |

Date: September 2, 2026

Respectfully submitted,

/s/ Christen M. Hebert

**Christen M. Hebert** (TX Bar No. 24099898)
**Jeff Rowes** (TX Bar No. 24104956)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

**Joshua A. Windham*** (NC Bar No. 51071)
**William R. Aronin*** (NY Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on September 02, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert