**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

ALEK SCHOTT,

*Plaintiff*,

v.

BEXAR COUNTY, TEXAS,

*Defendant*.

Civil Action No. 5:23-cv-00706-OLG-RBF

## PLAINTIFF'S ESTIMATED LENGTH OF TRIAL AND WITNESS LIST

Pursuant to Local Rule 16(f)(10), Plaintiff estimates that the trial will take approximately 8 to 10 full days.

Plaintiff Alek Schott *expects,* as described in Local Rule 16(f)(5), to present each of the following witnesses to testify at trial.

**Alek Schott**
c/o Plaintiff's Counsel
Christen Mason Hebert
Jeff Rowes
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701
chebert@ij.org
jrowes@ij.org
Joshua Windham
Will Aronin
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
jwindham@ij.org
waronin@ij.org

**Aaron Von Muldau**
via Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad Street, Suite 465
San Antonio, Texas 78205
(210) 271-7877

**Javier Salazar**
via Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad Street, Suite 465
San Antonio, Texas 78205
(210) 271-7877

**Joe Gereb**
via Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad Street, Suite 465
San Antonio, Texas 78205
(210) 271-7877

**Joel Babb**
7808 Dutchess Turn
San Antonio, TX 78253

**Marta Ortega**
via Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad Street, Suite 465
San Antonio, Texas 78205
(210) 271-7877

**Martin A. Molina III**
via Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad Street, Suite 465
San Antonio, Texas 78205
(210) 271-7877

**Peter Gamboa**
Bexar County Sheriff's Office
200 N. Comal Street
San Antonio, Texas 78207
(210) 335-6010

**Raymond Ochoa**
via Charles S. Frigerio
Law Offices of Charles S. Frigerio
111 Soledad Street, Suite 465
San Antonio, Texas 78205
(210) 271-7877

**Ricardo Palacios**
Palacios Accident Reconstruction, LLC
157 Lake Front Drive
Boerne, Texas 78006
(361) 701-2751
(830) 816-5015

**Tom Trusal**
Flashback Data, LLC
5508 US-290 West, Ste 350
Austin, Texas 78735
(866) 786-5700

Date: September 2, 2026

Respectfully submitted,

/s/ Christen M. Hebert

**Christen M. Hebert** (TX Bar No. 24099898)
**Jeff Rowes** (TX Bar No. 24104956)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

**Joshua A. Windham*** (NC Bar No. 51071)
**William R. Aronin*** (NY Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on September 2, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert