**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT,<br>*Plaintiff*,<br>v.<br>BEXAR COUNTY, TEXAS,<br>*Defendant*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

**VERDICT FORM**

**Question 1**
**First Claim: Unconstitutional Traffic Stop**

**Question 1(a)**

Would a reasonable officer, knowing the same facts as Deputy Babb before the traffic stop, have had reasonable suspicion that Alek Schott committed or was committing a traffic violation before starting the traffic stop?

Yes __________ No __________

If your answer to Question 1(a) is "No," please answer Question 1(b) below. If your answer to Question 1(a) is "Yes," please skip Questions 1(b) and 1(c) and proceed to Question 2 on page 3.

**Question 1(b)**

Was a Bexar County policy or custom the moving force for stopping Alek Schott without reasonable suspicion?

Yes __________ No __________

If your answer to Question 1(b) is "Yes," please answer Question 1(c) below. If your answer to Question 1(b) is "No," please skip Question 1(c) and proceed to Question 2 on page 3.

**Question 1(c)**

Did a Bexar County policymaker know, or should one have known, about the policy or custom that was the moving force for stopping Alek Schott without reasonable suspicion?

Yes __________ No __________

**Proceed to Question 2.**

**Question 2**
**Second Claim: Unconstitutional Traffic Stop Extension**

**Question 2(a)**

Would a reasonable officer, knowing the same facts as Deputy Babb, have had reasonable suspicion that Alek Schott had committed or was committing a crime other than a traffic violation when Deputy Babb extended the traffic stop beyond a traffic-enforcement mission?

Yes __________ No __________

If your answer to Question 2(a) is "No," please answer Question 2(b) below. If your answer to Question 2(a) is "Yes," please skip Questions 2(b) and 2(c) and proceed to Question 3 on page 4.

**Question 2(b)**

Was a Bexar County policy or custom the moving force for the extension of the traffic stop of Alek Schott without reasonable suspicion?

Yes __________ No __________

If your answer to Question 2(b) is "Yes," please answer Question 2(c) below. If your answer to Question 2(b) is "No," please skip Question 2(c) and proceed to Question 3 on page 4.

**Question 2(c)**

Did a Bexar County policymaker know, or should one have known, about the policy or custom that was the moving force for the extension of the traffic stop of Alek Schott without reasonable suspicion?

Yes __________ No __________

**Proceed to Question 3.**

**Question 3**
**Third Claim: Unconstitutional Search**

**Question 3(a)**

Did the dog alert provide probable cause to search Alek Schott's truck?

Yes __________ No __________

If your answer to Question 3(a) is "No," please answer Question 3(b) below. If your answer to Question 3(a) is "Yes," please skip Questions 3(b) and 3(c) and proceed to Question 4 on page 5.

**Question 3(b)**

Was a Bexar County policy or custom the moving force for the search of Alek Schott's truck without probable cause?

Yes __________ No __________

If your answer to Question 3(b) is "Yes," please answer Question 3(c) below. If your answer to Question 3(b) is "No," please skip Question 3(c) and proceed to Question 4 on page 5.

**Question 3(c)**

Did a Bexar County policymaker know, or should one have known, about the policy or custom that was the moving force the search of Alek Schott's truck without probable cause?

Yes __________ No __________

**Proceed to Question 4.**

**Question 4**
**Damages**

Do not answer the following question unless you found Bexar County liable for a constitutional violation. To have found Bexar County liable, you must have answered "Yes" to at least one of Questions 1(c), 2(c), or 3(c).

**Question 4(a)**

What sum of money, if paid now in cash, would fairly and reasonably compensate Alek Schott for the damages, if any, that you have found him to have suffered from the violation of his Fourth Amendment rights?

Answer in dollars and cents.

Answer: ________________

If your answer to Question 4(a) is blank or $0, please answer Question 4(b) below

**Question 4(b)**

If your answer to Question 4(a) is blank or "$0," you may award nominal damages against Bexar County. Alek Schott has asked for $76 in nominal damages, but you can put any small symbolic amount on the line below:

Answer: ________________