**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**NOTICE OF FILING**
**DEFENDANT BEXAR COUNTY'S AMENDED EXHIBIT LIST**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Defendant **BEXAR COUNTY** submits its Amended Exhibit List attached hereto as Exhibit D to be replaced and included as "4. DEFENDANT BEXAR COUNTY'S AMENDED EXHIBIT LIST" in its Proposed Pretrial Order with the Court under [Dkt. 156] filed on September 2, 2026.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
Email: csf@FrigerioLawFirm.com

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
**LEAD COUNSEL**

HECTOR X. SAENZ
SBN: 17514850

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
ATTORNEYS FOR DEFENDANT

**BEXAR COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2026, I electronically filed the foregoing Defendant Bexar County's Amended Exhibit List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO