**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT,<br>*Plaintiff*,<br>v.<br>BEXAR COUNTY, TEXAS,<br>*Defendant*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

**PLAINTIFF'S OPPOSED MOTION TO TAKE JUDICIAL NOTICE AND PROVIDE JURY INSTUCTION THAT DEFENDANT'S DASH AND BODY CAMERA VIDEO TIME STAMPS ARE IN THE ZULU TIME ZONE**

Plaintiff Alek Schott respectfully asks this Court to (1) take judicial notice that the timestamps in Defendant Bexar County's body and dash camera videos are in Zulu time and how converting Zulu time to Central time works; and (2) instruct the jury how to convert Zulu time into Central time. Plaintiff asked, and Defendant opposes this motion.

Plaintiff intends to show dash and body cam footage of criminal interdiction traffic stops, including the traffic stop of Plaintiff himself, and K9 deployments to help prove a policy or custom under *Monell*. All of the timestamps in those videos are in Zulu time. *See* Gereb Dep. at 221:15–20 (explaining that the video time stamps are in Zulu time); Gamboa Dep. at 226:16–18 (same). Like with any time zone, converting Zulu to Central time is easy. But without judicial notice, jurors may be confused when a video's timestamp says it's night, even when the sun is clearly shining.

Zulu time, also known as Coordinated Universal Time, is a universal time zone used by militaries, police forces, as well as the aviation and meteorological industries throughout the world. It's so people in different countries can coordinate without having to convert time zones. It "originated in the mid 1800's in England," so it's based on the time zone for London. *See* National

Oceanic and Atmospheric Administration, *Z-time (Coordinated Universal Time)*, https://www.noaa.gov/jetstream/time. Zulu time "does not change with the change for daylight savings time," even when the "local time will change." *Id*. So, midnight Zulu time "in the Central *Standard* Time is at 6:00 p.m.," (or -6 hours), "but [] occurs at 7:00 p.m. in Central *Daylight* Savings Time" (or -5 hours). *Id*. (emphasis in original). The U.S. Naval Observatory runs a .gov website that shows the official time in all U.S. time zones as well as Coordinated Universal Time. *See* https://nist.time.gov. These governmental websites are exactly the type of "sources whose accuracy cannot reasonably be questioned" which courts can take judicial notice under Federal Rule of Evidence 201(b)(2). *See U.S. Internal Revenue Serv. v. Gibbs*, 233 F. Supp. 934, 935 (W.D. Pa. 1964) (taking "judicial notice of the records of the United States Department of Commerce, Weather Bureau" to determine sunset time on a specific day). According to the Naval Observatory, Daylight Savings Time in 2022 began on March 13 and ended on November 6. https://aa.usno.navy.mil/calculated/daylightsaving?year=2022&submit=Get+Data.

Because it comes up in several contexts, courts regularly take judicial notice and accept Zulu Time. *See, e.g., United States v. Brown*, No. 3:19-CR-191-TAV-HBG, 2021 WL 6545270, at *3 n. 1 (E.D. Tenn. Dec. 22, 2021) (taking judicial notice that the timestamp from police dash camera footage was in Zulu time); *Palomo v. United States*, No. 1:96CV329, 2000 WL 33935645, at *2 n. 3 (S.D. Miss. May 31, 2000) ("ZULU time refers to coordinated universal time, or Greenwich Mean Time, which is utilized in aviation worldwide. This denotation in aviation weather reports and allows all pilots worldwide to be on the same time."); *Stiward v. United States*, 551 F. Supp. 2d 478, 485 n. 5 (E.D. La. 2008) (taking judicial notice of the effect of crossing time zones and noting that some of the times discussed in the opinion are in Zulu time).

Plaintiff therefore asks the Court to take judicial notice of the fact that the timestamps are in Zulu time, how to convert Zulu time to Central time, and the dates of daylight savings time in 2022. Plaintiff also asks that the Court instruct the jury about it too. *See* Fed. R. Evid. 201(f) ("Instructing the Jury. In a civil case, the court must instruct the jury to accept the noticed fact as conclusive."). We respectfully suggest the following instruction to the jury when the first footage from Bexar County's body and dash camera video is shown at trial:

> Footage from officer body and dashboard cameras is in Zulu time, which is also known as Coordinated Universal Time. To convert Zulu time to Central time: subtract 5 hours during daylight savings time but subtract 6 hours when it is standard time. In 2022, daylight savings time began on March 13 and ended on November 6. So if you see a video that shows a timestamp of 15:30 (or 3:30 p.m.) on June 12, 2022, that video was recorded at 10:30 a.m. on Central Daylight Time here in Texas.

## CONCLUSION

For those reasons, Plaintiff respectfully asks this Court to (1) take judicial notice that the video timestamps are in Zulu time and how converting that time zone to Central works and (2) instruct the jury how to convert Zulu time into Central time.

Date: September 14, 2026

Respectfully submitted,

/s/ Christen M. Hebert
**Christen M. Hebert** (TX Bar No. 24099898)
**Jeff Rowes** (TX Bar No. 24104956)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

**Joshua A. Windham*** (NC Bar No. 51071)
**William R. Aronin*** (NY Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on September 14, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert