**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT BEXAR COUNTY'S RESPONSE TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

NOW COMES **BEXAR COUNTY**, Defendant in the above styled and numbered cause, and files this its Response to Plaintiff's Motion to Take Judicial Notice [Dkt. 168] and would respectfully show unto the Court the following:

**I**.

Defendant Bexar County asserts that the explanation of Zulu time can be illicited through witness testimony. Defendant Bexar County does not disagree with the Zulu calculations contained in Dkt. 168.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csf@FrigerioLawFirm.com

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
**LEAD COUNSEL**

HECTOR X. SAENZ
SBN: 17514850

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
ATTORNEYS FOR DEFENDANT
**BEXAR COUNTY TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2026, I electronically filed the foregoing Defendant Bexar County's Response to Plaintiff's Motion to take Judicial Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO