**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT BEXAR COUNTY'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

NOW COMES **BEXAR COUNTY**, Defendant in the above styled and numbered cause, and files this its Objections to Plaintiff's Exhibit List [Dkt. 161] and would respectfully show unto the Court the following:

**I.**

The case at bar concerns an incident which occurred on March 16, 2022. Defendant Bexar County objects to the use of any dashcam video, body worn camera video or text messaging of any deputy or Bexar County Employee subsequent to the date of March 16, 2022. Plaintiff's burden is to show a wide-spread custom and policy under ***Monell*** which was the cause of Plaintiff's constitutional deprivation on the date in question. Dashcam video and Body worn Camera Video and text messaging subsequent to March 16, 2022 bears no relevance to the case at bar.

## II.

Defendant Bexar County objects to the following exhibits under Rule 803. Federal Rules of Evidence:

| EXHIBIT No. | EXHIBIT | OBJECTION |
|---|---|---|
| P-25 | Deposition Transcript of Bexar County 30(b)(6). | Rule 803, Federal Rules of Evidence |
| P-26 | Notice of 30(b)(6) Deposition of County. | Rule 803, Federal Rules of Evidence |
| P-32 | Flashback Data Lab Reports. | Rule 803, Federal Rules of Evidence |
| P-33 | Flashback Data Lab Reports. | Rule 803, Federal Rules of Evidence |
| P-34 | Flashback Data Lab Reports. | Rule 803, Federal Rules of Evidence |
| P-42 | Palacios Dashcam Group 1, Pass 1. | Rule 803, Federal Rules of Evidence |
| P-43 | Palacios Dashcam Group 1, Pass 2. | Rule 803, Federal Rules of Evidence |
| P-44 | Palacios Dashcam Group 1, Pass 3. | Rule 803, Federal Rules of Evidence |
| P-45 | Palacios Dashcam Group 2, Pass 4. | Rule 803, Federal Rules of Evidence |
| P-46 | Palacios Dashcam Group 2, Pass 5. | Rule 803, Federal Rules of Evidence |
| P-47 | Palacios Footage Group 2, Pass 6. | Rule 803, Federal Rules of Evidence |
| P-48 | Photos of Barrow Ditch. | Rule 803, Federal Rules of Evidence |
| P-49 | Truck Inspection Photos. | Rule 803, Federal Rules of Evidence |
| P-50 | Video of Traffic (1). | Rule 803, Federal Rules of Evidence |
| P-51 | Video of Traffic (2). | Rule 803, Federal Rules of Evidence |
| P-52 | Video of Traffic (3). | Rule 803, Federal Rules of Evidence |
| P-53 | Yellow Line and Rumble Strip Measurements. | Rule 803, Federal Rules of Evidence |
| P-54 | Captures from Schott's Dashcam. | Rule 803, Federal Rules of Evidence |
| P-55 | Palacios Resume. | Rule 803, Federal Rules of Evidence |
| P-56 | Captures from Test Group 1. | Rule 803, Federal Rules of Evidence |
| P-57 | Captures from Test Group 2. | Rule 803, Federal Rules of Evidence |
| P-58 | Chart Group 1, Pass 1-3. | Rule 803, Federal Rules of Evidence |
| P-59 | Chart for Group 2, Pass 4-6. | Rule 803, Federal Rules of Evidence |
| P-60 | Chart for passed vehicles. | |
| P-100 | Schott Texts with Lindsey Knott. | Rule 803, Federal Rules of Evidence |
| P-101 | Schott Work Emails. | Rule 803, Federal Rules of Evidence |
| P-158 | Notice of Deposition of Marta Rodriguez (Ortega). | Rule 803, Federal Rules of Evidence |
| P-159 | Order Granting Motion to Compel. | Rule 803, Federal Rules of Evidence |

| EXHIBIT NO. | EXHIBIT | OBJECTION |
|---|---|---|
| P-160 | Personal Data and Employment History for Joel Babb. | Rule 803, Federal Rules of Evidence |
| P-161 | Personal Data and Employment History for Marta Ortega. | Rule 803, Federal Rules of Evidence |
| P-162 | Receipt for Payment to BCSO. | Rule 803, Federal Rules of Evidence |
| P-164 | Schott Email with Lawyer . | Rule 803, Federal Rules of Evidence |
| P-165 | Schott Email with Professor. | Rule 803, Federal Rules of Evidence |
| P-166 | Schott Invoice and Receipt for Davis and Santos Law Firm. | Rule 803, Federal Rules of Evidence |

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csf@FrigerioLawFirm.com

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
**LEAD COUNSEL**

HECTOR X. SAENZ
SBN: 17514850

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
ATTORNEYS FOR DEFENDANT
**BEXAR COUNTY TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2026, I electronically filed the foregoing Defendant Bexar County's Objection to Plaintiff's Exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO