**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| BEXAR COUNTY, TEXAS, | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT BEXAR COUNTY'S ANSWER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

NOW COMES **BEXAR COUNTY**, Defendant in the above entitled and numbered cause and files this its Supplemental Answer to Dkt. 17 pursuant to this Court's granting of Leave to File at the Pretrial Conference held on September 16, 2026 and would respectfully show unto the Court the following:

**INTRODUCTION**

1. Defendant Bexar County admits that Plaintiff filed this lawsuit, but denies any other factual allegation contained in paragraph 1 of Plaintiff's Original Complaint.

2. Defendant Bexar County admits that Deputy Babb pulled Plaintiff over, but denies any other factual allegation contained in paragraph 2 of Plaintiff's Original Complaint.

3. Defendant Bexar County denies the allegations in paragraph 3 of Plaintiff's Original Complaint.

4. Defendant Bexar County admits that the search found no evidence of contraband, but denies any other factual allegation in paragraph 4 of Plaintiff's Original Complaint.

5. Defendant Bexar County denies the allegations contained in paragraph 5 of Plaintiff's Original Complaint.

6. Defendant Bexar County admits that Plaintiff brought a lawsuit but denies the remainder of allegations in paragraph 6 of Plaintiff's Original Complaint.

**JURISDICTION AND VENUE**

7. Defendant Bexar County admits that Plaintiff brought a lawsuit but denies the remainder of allegations in paragraph 7 of Plaintiff's Original Complaint.

8. Defendant Bexar County admits that the Court has jurisdiction.

9. Defendant Bexar County admits that venue is proper.

**THE PARTIES**

10. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff's residency contained in Paragraph 10 of Plaintiff's Original Complaint. Therefore, the allegations are denied. Defendant Bexar County denies all other allegations in paragraph 10 of Plaintiff's Original Complaint.

11. Defendant Bexar County admits that Joel Babb is a BCSO deputy. Defendant Bexar County denies all other allegations in paragraph 11 of Plaintiff's Original Complaint.

12. Defendant Bexar County admits that he conducted a "dog sniff and car search." Deputy Molina denies all other allegations contained in paragraph 12 of Plaintiff's Original Complaint.

13. Defendant Bexar County admits that Sheriff Javier Salazar is the Sheriff of Bexar County. Defendant Bexar County denies the remainder of the allegations contained in Paragraph 13 of Plaintiff's Original Complaint.

14. Defendant Bexar County admits that Bexar County is a county in Texas. Bexar County denies the remainder of the allegations contained in paragraph 14 of Plaintiff's Original Complaint.

15. Defendant Bexar County denies the allegations contained in paragraph 15 of Plaintiff's Original Complaint.

16. Defendant Bexar County denies the allegations contained in paragraph 16 of Plaintiff's Original Complaint.

## FACTUAL ALLEGATIONS

17. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

18. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

19. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

20. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

21. Defendant Bexar County denies the allegations contained in paragraph 21 of Plaintiff's Original Complaint.

22. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

23. Defendant Bexar County admits that Plaintiff was traveling north on 1-35. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 23 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

24. Defendant Bexar County admits that Plaintiff was traveling north on 1-35. Defendant Bexar County denies the remainder of the allegations contained in paragraph 24 of Plaintiff's Original Complaint.

25. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

26. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

27. Defendant Bexar County denies the allegations contained in paragraph 27 of Plaintiff's Original Complaint.

28. Defendant Bexar County denies the allegations contained in paragraph 28 of Plaintiff's Original Complaint.

29. Defendant Bexar County denies the allegations contained in paragraph 29 of Plaintiff's Original Complaint.

30. Defendant Bexar County denies the allegations contained in paragraph 30 of Plaintiff's Original Complaint.

31. Defendant Bexar County denies the allegations contained in paragraph 31 of Plaintiff's Original Complaint.

32. Defendant Bexar County denies the allegations contained in paragraph 32 of Plaintiff's Original Complaint.

33. Defendant Bexar County denies the allegations contained in paragraph 33 of Plaintiff's Original Complaint.

34. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

35. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

36. Defendant Bexar County denies the allegations contained in paragraph 36 of Plaintiff's Original Complaint.

37. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

38. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

39. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

40. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint. Therefore, the allegations are denied.

41. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

42. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

43. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

44. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

45. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

46. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

47. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

48. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

49. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

50. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

51. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

52. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

53. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

54. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

55. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

56. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

57. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

58. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

59. Defendant Bexar County denies the allegations contained in paragraph 59 of Plaintiff's Original Complaint.

60. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

61. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

62. Defendant Bexar County denies the allegations contained in paragraph 62 of Plaintiff's Original Complaint.

63. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

64. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

65. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

66. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

67. Defendant Bexar County denies the allegations contained in paragraph 67 of Plaintiff's Original Complaint.

68. Defendant Bexar County denies the allegations contained in paragraph 68 of Plaintiff's Original Complaint.

69. Defendant Bexar County denies the allegations contained in paragraph 69 of Plaintiff's Original Complaint.

70. Defendant Bexar County denies the allegations contained in paragraph 70 of Plaintiff's Original Complaint.

71. Defendant Bexar County denies the allegations contained in paragraph 71 of Plaintiff's Original Complaint.

72. Defendant Bexar County denies the allegations contained in paragraph 72 of Plaintiff's Original Complaint.

73. Defendant Bexar County denies the allegations contained in paragraph 73 of Plaintiff's Original Complaint.

74. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

75. Defendant Bexar County denies the allegations contained in paragraph 75 of Plaintiff's Original Complaint.

76. Defendant Bexar County denies the allegations contained in paragraph 76 of Plaintiff's Original Complaint.

77. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

78. Defendant Bexar County denies the allegations contained in paragraph 78 of Plaintiff's Original Complaint.

79. Defendant Bexar County denies the allegations contained in paragraph 79 of Plaintiff's Original Complaint.

80. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

81. Defendant Bexar County denies the allegations contained in paragraph 81 of Plaintiff's Original Complaint.

82. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

83. Defendant Bexar County denies the allegations contained in paragraph 83 of Plaintiff's Original Complaint.

84. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

85. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

86. Defendant Bexar County denies the allegations contained in paragraph 86 of Plaintiff's Original Complaint.

87. Defendant Bexar County denies the allegations contained in paragraph 87 of Plaintiff's Original Complaint.

88. Defendant Bexar County admits that the deputies did not find drugs or evidence of another crime. Defendant Bexar County denies the remainder of the allegations contained in paragraph 88 of Plaintiff's Original Complaint.

89. Defendant Bexar County denies the allegations contained in paragraph 89 of Plaintiff's Original Complaint.

90. Defendant Bexar County denies the allegations contained in paragraph 90 of Plaintiff's Original Complaint.

91. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

92. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

93. Defendant Bexar County denies the allegations contained in paragraph 93 of Plaintiff's Original Complaint.

94. Defendant Bexar County denies the allegations contained in paragraph 94 of Plaintiff's Original Complaint.

95. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

96. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

97. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

98. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

99. Defendant Bexar County denies the allegations contained in paragraph 99 of Plaintiff's Original Complaint.

100. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

101. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

102. Defendant Bexar County denies the allegations contained in paragraph 102 of Plaintiff's Original Complaint.

103. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

104. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

105. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

106. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

107. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

108. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

109. Defendant Bexar County denies the allegations contained in paragraph 109 of Plaintiff's Original Complaint.

110. Defendant Bexar County denies the allegations contained in paragraph 110 of Plaintiff's Original Complaint.

111. Defendant Bexar County denies the allegations contained in paragraph 111 of Plaintiff's Original Complaint.

112. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

113. Defendant Bexar County denies the allegations contained in paragraph 113 of Plaintiff's Original Complaint.

114. Defendant Bexar County denies the allegations contained in paragraph 114 of Plaintiff's Original Complaint.

115. Defendant Bexar County denies the allegations contained in paragraph 115 of Plaintiff's Original Complaint.

116. Defendant Bexar County denies the allegations contained in paragraph 116 of Plaintiff's Original Complaint.

117. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

118. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

119. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

120. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

121. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

122. Defendant Bexar County denies the allegations contained in paragraph 122 of Plaintiff's Original Complaint.

## INJURY TO PLAINTIFF

123. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

124. Defendant Bexar County denies the allegations contained in paragraph 124 of Plaintiff's Original Complaint.

125. Defendant Bexar County denies the allegations contained in paragraph 125 of Plaintiff's Original Complaint.

126. Defendant Bexar County denies the allegations contained in paragraph 126 of Plaintiff's Original Complaint.

127. Defendant Bexar County denies the allegations contained in paragraph 127 of Plaintiff's Original Complaint.

128. Defendant Bexar County denies the allegations contained in paragraph 128 of Plaintiff's Original Complaint.

129. Defendant Bexar County denies the allegations contained in paragraph 129 of Plaintiff's Original Complaint.

130. Defendant Bexar County denies the allegations contained in paragraph 130 of Plaintiff's Original Complaint.

131. Defendant Bexar County denies the allegations contained in paragraph 131 of Plaintiff's Original Complaint.

132. Defendant Bexar County denies that Plaintiffs constitutional rights were violated. Deputy Molina is without knowledge or information sufficient to form a belief as to the truth of

the remainder of the allegations contained in paragraph 132 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

133. Defendant Bexar County denies that Plaintiffs constitutional rights were violated. Deputy Molina is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 133 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

134. Defendant Bexar County denies the allegations contained in paragraph 134 of Plaintiff's Original Complaint.

135. Defendant Bexar County admits that Defendant Bexar County paid for the damage to Plaintiffs truck. Defendant Bexar County is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 135 of Plaintiff's Original Complaint. Therefore, the allegations are denied.

## CAUSES OF ACTION

### Claim I

136. Defendant Bexar County incorporates and realleges its answers above.

137. Plaintiffs allegation in paragraph 137 of Plaintiff's Original Complaint 1s a legal conclusion to which an answer is not necessary.

138. Defendant Bexar County denies the allegations contained in paragraph 138 of Plaintiff's Original Complaint.

139. Defendant Bexar County denies the allegations contained in paragraph 139 of Plaintiff's Original Complaint.

140. Plaintiffs allegation in paragraph 140 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary. Defendant Bexar County denies the remainder of the allegations.

141. Defendant Bexar County denies the allegations contained in paragraph 141 of Plaintiff's Original Complaint.

142. Plaintiffs allegation in paragraph 142 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary. Defendant Bexar County denies the remainder of the allegations.

143. Defendant Bexar County denies the allegations contained in paragraph 143 of Plaintiff's Original Complaint.

144. Defendant Bexar County denies the allegations contained in paragraph 144 of Plaintiff's Original Complaint.

145. Defendant Bexar County denies the allegations contained in paragraph 145 of Plaintiff's Original Complaint.

146. Defendant Bexar County denies the allegations contained in paragraph 146 of Plaintiff's Original Complaint.

147. Plaintiffs allegation in paragraph 14 7 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary. Defendant Bexar County denies any remaining allegations.

148. Defendant Bexar County denies that Plaintiff is entitled to damages or that its rights were violated.

**Claim II**

149. Defendant Bexar County incorporates and realleges its answers above.

150. Plaintiffs allegation in paragraph 150 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary.

151. Plaintiffs allegation in paragraph 151 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary.

152. Defendant Bexar County denies the allegations contained in paragraph 152 of Plaintiff's Original Complaint.

153. Defendant Bexar County denies the allegations contained in paragraph 153 of Plaintiff's Original Complaint.

154. Defendant Bexar County denies the allegations contained in paragraph 154 of Plaintiff's Original Complaint.

155. Defendant Bexar County denies the allegations contained in paragraph 155 of Plaintiff's Original Complaint.

156. Defendant Bexar County denies the allegations contained in paragraph 156 of Plaintiff's Original Complaint.

157. Defendant Bexar County denies the allegations contained in paragraph 157 of Plaintiff's Original Complaint.

158. Defendant Bexar County denies the allegations contained in paragraph 158 of Plaintiff's Original Complaint.

159. Defendant Bexar County denies the allegations contained in paragraph 159 of Plaintiff's Original Complaint.

160. Defendant Bexar County denies the allegations contained in paragraph 160 of Plaintiff's Original Complaint.

161. Defendant Bexar County denies the allegations contained in paragraph 161 of Plaintiff's Original Complaint.

162. Defendant Bexar County denies the allegations contained in paragraph 162 of Plaintiff's Original Complaint.

163. Defendant Bexar County denies the allegations contained in paragraph 163 of Plaintiff's Original Complaint.

164. Defendant Bexar County denies the allegations contained in paragraph 164 of Plaintiff's Original Complaint.

165. Defendant Bexar County denies the allegations contained in paragraph 165 of Plaintiff's Original Complaint.

166. Defendant Bexar County denies the allegations contained in paragraph 166 of Plaintiff's Original Complaint.

167. Defendant Bexar County denies the allegations contained in paragraph 167 of Plaintiff's Original Complaint.

168. Plaintiffs allegation in paragraph 168 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary.

169. Plaintiffs allegation in paragraph 169 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary. Defendant Bexar County denies any remaining allegations.

170. Defendant Bexar County denies that Plaintiff is entitled to damages or that its rights were violated.

## Claim III

171. Defendant Bexar County incorporates and realleges its answers above.

172. Plaintiffs allegation in paragraph 172 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary.

173. Defendant Bexar County denies the allegations contained in paragraph 173 of Plaintiff's Original Complaint.

174. Defendant Bexar County denies the allegations contained in paragraph 174 of Plaintiff's Original Complaint.

175. Defendant Bexar County denies the allegations contained in paragraph 175 of Plaintiff's Original Complaint.

176. Defendant Bexar County denies the allegations contained in paragraph 176 of Plaintiff's Original Complaint.

177. Defendant Bexar County denies the allegations contained in paragraph 177 of Plaintiff's Original Complaint.

178. Plaintiffs allegation in paragraph 178 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary.

179. Plaintiffs allegation in paragraph 179 of Plaintiff's Original Complaint contains a legal conclusion to which an answer is not necessary.

180. Defendant Bexar County denies that Plaintiff is entitled to damages or that its rights were violated.

**Claim IV**

181. Defendant Bexar County incorporates and realleges its answers above.

182. Defendant Bexar County denies the allegations contained in paragraph 182 of Plaintiff's Original Complaint.

183. Defendant Bexar County denies the allegations contained in paragraph 183 of Plaintiff's Original Complaint.

184. Defendant Bexar County denies the allegations contained in paragraph 184 of Plaintiff's Original Complaint.

185. Defendant Bexar County denies the allegations contained in paragraph 185 of Plaintiff's Original Complaint.

186. Defendant Bexar County denies that Plaintiff is entitled to damages or that its rights were violated.

**PRAYER FOR RELIEF**

187. Defendant Bexar County denies that Plaintiff is entitled to damages, injunctive relief, a declaratory judgment, or any relief or compensation whatsoever, or that its rights were violated.

188. Defendant Bexar County admits that Plaintiff does not seek relief related to or arising out of any alleged property damage to its truck.

189. Defendant Bexar County further pleads any and all limitations and caps on damages that may apply to this cause of action.

**JURY DEMAND**

190. Defendant Bexar County hereby makes a demand for a jury trial.

## AFFIRMATIVE DEFENSES

191. Defendant Bexar County asserts that Plaintiff has failed to state a ***Monell*** cause of action under 42 U.S.C. § 1983, as a matter of law.

192. Defendant Bexar County trains all its deputies in accordance with the Texas Commission on Law Enforcement (TCOLE).

193. Defendant Bexar County denies that Plaintiff is entitled to declaratory, injunctive or retrospective relief as alleged in Plaintiff's Complaint.

194. Defendant Bexar County asserts that it does not have a policy, practice or custom that was the moving force behind the alleged constitutional deprivation in question.

195. Defendant Bexar County that Plaintiff is not entitled to any of the relief requested, as a matter of law.

196. Plaintiff's original complaint fails to state a claim upon which relief can be granted.

**WHEREFORE**, Defendant Bexar County demands judgment dismissing the above entitled and numbered cause, along with costs and disbursements, and further awarding all such other and further relief as the Court shall deem just, equitable and proper.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
Email: csf@frigeriolawfirm.com

HECTOR X. SAENZ
SBN: 17514850
Email: hxs@frigeriolawfirm.com

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
Email: Charlie@Frigeriolawfirm.com
ATTORNEYS FOR DEFENDANT BEXAR COUNTY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2026, I electronically filed the foregoing Defendant Bexar County's Answer via CM/ECF which will electronically serve notice to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO