**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ALEK SCHOTT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-23-CV-00706-OLG** |
| | § | |
| **BEXAR COUNTY, TEXAS,** | § | |
| **Defendant.** | § | |

# ORDER

Before the Court are Defendant Bexar County's Objections to Plaintiff's Exhibit List (Dkt. No. 171), in which Defendant purports to object to a category of unidentified exhibits. Namely, Defendant "objects to the use of any dashcam video, body worn camera video, or text messaging of any deputy or Bexar County Employee subsequent to the date of March 16, 2022," but fails to specifically identify those exhibits by number. (Dkt. No. 171 at 1.)

Accordingly, it is **ORDERED** that on or before **Thursday, September 17, 2026**, Defendant Bexar County must file a list of all Plaintiff's exhibits containing video or text messaging communications that occurred after March 16, 2022. (*See, e.g.*, Dkt. No. 171 at 2–3 (listing the 34 exhibits to which Defendant raises hearsay objections)).

**SIGNED** on September 16, 2026.

ORLANDO L. GARCIA
United States District Judge