**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEK SCHOTT, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No.: 5:23-cv-706-OLG-RBF |
| | § | |
| BEXAR COUNTY, TEXAS, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DEFENDANT BEXAR COUNTY'S RESPONSE**
**TO COURT'S ORDER [DKT 174]**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

Now Comes Bexar County, Defendant in the above entitled and numbered cause and files its response to the Court's Order of September 16, 2026 attaching a list of all Plaintiff's Exhibits containing Video or text messaging communications that occurred after March 16, 2022 regarding Defendant's objections.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
Email: csf@frigeriolawfirm.com

HECTOR X. SAENZ
SBN: 17514850
Email: hxs@frigeriolawfirm.com

CHARLES A. FRIGERIO
SBN: 24140090
NMBN: 161626
Email: Charlie@frigeriolawfirm.com

ATTORNEYS FOR BEXAR COUNTY, TEXAS,

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2026, I electronically filed the foregoing Response to the Court via electronic mail to all counsel of record.

/s/ Charles S. Frigerio
CHARLES S. FRIGERIO