| DEF OBJECTIONS TO DATES AFTER MARCH 16, 2022 | EXHIBIT NO. | EXHIBIT NO. / DESCRIPTOIN / BATES NUMBER(S) SOURCE |
|---|---|---|
| August 23, 2022 | P-63 | P-63 Babb Text Conversation 2 Forensic Examiner |
| June 9, 2023 | P-64 | P-64 Gereb Personal Text Conversation 21 Forensic Examiner |
| June 9, 2023 | P-65 | P-65 Gereb Personal Text Conversation 22 Forensic Examiner |
| September 15, 2023 | P-66 | P-66 Gereb Work Text Conversation 3 Forensic Examiner |
| February 5, 2023 | P-67 | P-67 Gamboa and Ortega Conversation 31 Forensic Examiner |
| May 26, 2023 | P-68 | P-68 Babb Text Conversation 4 Forensic Examiner |
| February 2, 2023 | P-70 | P-70 Gamboa Personal Text Conversation 19 Forensic Examiner |
| February 10, 2023 | P-71 | P-71 Gamboa Text Conversation 32 Forensic Examiner |
| November 15, 2022 | P-72 | P-72 Gamboa and Salazar Text Forensic Examiner |
| January 9, 2023 | P-73 | P-73 Gamboa and Serrato Text Forensic Examiner |
| July 17, 2023 | P-75 | P-75 Gereb Personal Text Conversation 19 Forensic Examiner |
| July 17, 2023 | P-76 | P-76 Gereb Personal Text Conversation 20 Forensic Examiner |
| October 25, 2023 | P-77 | P-77 Gereb Personal Text Conversation 9 Forensic Examiner |
| April 4, 2024 | P-78 | P-78 Gereb Work Text Conversation 2 Forensic Examiner |
| January 19, 2024 | P-79 | P-79 Gereb Work Text Conversation 4 Forensic Examiner |
| May 17, 2023 | P-91 | P-91 Molina Text Conversation 5 Forensic Examiner |
| January 4, 2023 | P-92 | P-92 Molina Text Conversation 8 Forensic Examiner |
| March 24, 2022 | P-110 | P-110 BC000624 Molina BWC BC000624 |
| March 24, 2022 | P-111 | P-111 BC000625 Molina BWC BC000625 |
| March 23, 2022 | P-112 | P-112 BC000660 Molina Subparts A-B BWC BC000660 |
| April 13, 2022 | P-113 | P-113 BC000310 Babb Dashcam BC000310 |
| March 29, 2022 | P-114 | P-114 BC000343 Babb Dashcam BC000343 |
| March 31, 2022 | P-115 | P-115 BC000365 Babb Dashcam BC000365 |
| April 4, 2022 | P-116 | P-116 BC000366 Babb Dashcam BC000366 |
| April 4, 2022 | P-117 | P-117 BC000367 Babb Dashcam BC000367 |
| March 23, 2022 | P-122 | P-122 BC000409 Babb BWC Subparts: A-B BC000409 |
| March 24, 2022 | P-123 | P-123 BC000411 Babb Dashcam Subparts: A-C BC000411 |
| March 31, 2022 | P-124 | P-124 BC000414 Babb BWC BC000414 |
| April 7, 2022 | P-125 | P-125 BC000416 Babb Dashcam BC000416 |
| April 13, 2022 | P-126 | P-126 BC000421 Babb BWC BC000421 |
| March 24, 2022 | P-127 | P-127 BC000433 Babb BWC Subparts: A-B BC000433 |
| March 21, 2022 | P-129 | P-129 BC000455 Babb Dashcam Subparts: A-E BC000455 |
| March 21, 2022 | P-132 | P-132 BC000488 Babb BWC Subparts: A-D BC000488 |
| April 4, 2022 | P-133 | P-133 BC0005 l 7 Babb BWC Subparts: A-H BC000517 |
| March 25, 2022 | P-134 | P-134 BC009814 Gereb BWC BC009814 |
| March 25, 2022 | P-135 | P-135 BC009880 Gereb Dashcam BC009880 |
| March 17, 2022 | P-136 | P-136 BC010044 Gereb BWC BC010044 |
| March 20, 2022 | P-137 | P-137 BC0 10181 Gereb Dashcam BC010181 |
| March 21, 2022 | P-138 | P-138 BC010188 Gereb Dashcam BC010188 |
| March 30, 2022 | P-142 | P-142 BC0 10511 Gereb Dashcam BC010511 |
| March 21, 2022 | P-144 | P-144 BC010757 Gereb BWC Subparts: A-D BC010757 |
| March 21, 2022 | P-145 | P-145 BC010758 Gereb BWC Subparts: A-B BC010758 |
| March 23, 2022 | P-146 | P-146 BC010761 Gereb BWC BC010761 |
| March 30, 2022 | P-150 | P-150 BC010793 Gereb BWC Subparts: A-E BC010793 |
| April 7, 2022 | P-152 | P-152 BC0 10823 Gereb BWC Subparts: A-G BC010823 |
| January 22, 2023 | P-177 | P-177 Molina Text Conversation 4 Forensic Examiner |
| August 26, 2023 | P-179 | P-179 Molina and Canales Texts Forensic Examiner |
| October 3, 2023 | P-180 | P-180 Molina and Garcia Texts Forensic Examiner |
| January 22, 2023 | P-181 | P-181 Molina and Sanchez Texts Forensic Examiner |
| March 25, 2022 | P-184 | P-184 BC000214 Babb Dashcam BC000214 |

| DEF OBJECTIONS TO DATES AFTER MARCH 16, 2022 | EXHIBIT NO. | EXHIBIT NO. / DESCRIPTOIN / BATES NUMBER(S) SOURCE |
|---|---|---|
| March 25, 2022 | P-185 | P-185 BC0002 l 5 Babb Dashcam BC000215 |
| March 28, 2022 | P-186 | P-186 BC000216 Babb Dashcam BC000216 |
| March 17, 2022 | P-205 | P-205 BC000251 Babb BWC BC000251 |
| March 23, 2022 | P-206 | P-206 BC000253 Babb Backseat BC000253 |
| March 23, 2022 | P-207 | P-207 BC000254 Babb Dashcam BC000254 |
| March 24, 2022 | P-208 | P-208 BC000257 Babb Dashcam BC000257 |
| March 24, 2022 | P-209 | P-209 BC000258 Babb BWC BC000258 |
| March 24, 2022 | P-210 | P-210 BC000259 Babb Dashcam BC000259 |
| March 24, 2022 | P-211 | P-211 BC000260 Babb BWC BC000260 |
| March 24, 2022 | P-212 | P-212 BC000261 Babb Dashcam BC000261 |
| March 24, 2022 | P-213 | P-213 BC000262 Babb BWC BC000262 |
| March 24, 2022 | P-214 | P-214 BC000263 Babb Dashcam BC000263 |
| March 24, 2022 | P-215 | P-215 BC000264 Babb BWC BC000264 |
| March 25, 2022 | P-216 | P-216 BC000265 Babb Dashcam BC000265 |
| March 25, 2022 | P-217 | P-217 BC000266 Babb BWC BC000266 |
| March 25, 2022 | P-218 | P-218 BC000267 Babb Dashcam BC000267 |
| March 25, 2022 | P-219 | P-219 BC000268 Babb Dashcam BC000268 |
| March 27, 2022 | P-220 | P-220 BC000269 Babb Dashcam BC000269 |
| March 27, 2022 | P-221 | P-221 BC000270 Babb BWC BC000270 |
| March 27, 2022 | P-222 | P-222 BC000271 Babb Dashcam BC000271 |
| March 27, 2022 | P-223 | P-223 BC000272 Babb BWC BC000272 |
| March 28, 2022 | P-224 | P-224 BC000274 Babb Dashcam BC000274 |
| March 28, 2022 | P-225 | P-225 BC000276 Babb Dashcam BC000276 |
| March 28, 2022 | P-226 | P-226 BC000277 Babb BWC BC000277 |
| March 29, 2022 | P-227 | P-227 BC000278 Babb Dashcam BC000278 |
| March 29, 2022 | P-228 | P-228 BC000280 Babb Dashcam BC000280 |
| March 29, 2022 | P-229 | P-229 BC000281 Babb BWC BC000281 |
| March 30, 2022 | P-230 | P-230 BC000282 Babb Dashcam BC000282 |
| March 30, 2022 | P-231 | P-231 BC000283 Babb Dashcam BC000283 |
| March 30, 2022 | P-232 | P-232 BC000284 Babb BWC BC000284 |
| March 30, 2022 | P-233 | P-233 BC000285 Babb Dashcam BC000285 |
| March 30, 2022 | P-234 | P-234 BC000286 Babb BWC BC000286 |
| March 30, 2022 | P-235 | P-235 BC000287 Babb BWC BC000287 |
| March 30, 2022 | P-236 | P-236 BC000288 Babb BWC BC000288 |
| March 30, 2022 | P-237 | P-237 BC000289 Babb Dashcam BC000289 |
| March 30, 2022 | P-238 | P-238 BC000290 Babb Dashcam BC000290 |
| April 5, 2022 | P-239 | P-239 BC000292 Babb Dashcam BC000292 |
| April 5, 2022 | P-240 | P-240 BC000293 Babb BWC BC000293 |
| April 6, 2022 | P-241 | P-241 BC000294 Babb Dashcam BC000294 |
| April 6, 2022 | P-242 | P-242 BC000295 Babb BWC BC000295 |
| April 6, 2022 | P-243 | P-243 BC000296 Babb Dashcam BC000296 |
| April 6, 2022 | P-244 | P-244 BC000297 Babb Dashcam BC000297 |
| April 7, 2022 | P-245 | P-245 BC000298 Babb Dashcam BC000298 |
| April 7, 2022 | P-246 | P-246 BC000300 Babb Dashcam BC000300 |
| April 8, 2022 | P-247 | P-247 BC000301 Babb Dashcam BC000301 |
| April 8, 2022 | P-248 | P-248 BC000302 Babb Backseat BC000302 |
| April 11, 2022 | P-249 | P-249 BC000303 Babb Dashcam BC000303 |
| April 11, 2022 | P-250 | P-250 BC000304 Babb BWC BC000304 |
| April 12, 2022 | P-251 | P-251 BC000306 Babb Dashcam BC000306 |
| April 12, 2022 | P-252 | P-252 BC000308 Babb Dashcam BC000308 |

| DEF OBJECTIONS TO DATES AFTER MARCH 16, 2022 | EXHIBIT NO. | EXHIBIT NO. / DESCRIPTOIN / BATES NUMBER(S) SOURCE |
|---|---|---|
| April 13, 2022 | P-253 | P-253 BC000309 Babb BWC BC000309 |
| April 13, 2022 | P-254 | P-254 BC000311 Babb BWC BC000311 |
| April 15, 2022 | P-255 | P-255 BC000312 Babb BWC BC000312 |
| April 15, 2022 | P-256 | P-256 BC000313 Babb BWC BC000313 |
| March 26, 2022 | P-257 | P-257 BC000320 Babb BWC BC000320 |
| March 28, 2022 | P-259 | P-259 BC000324 Babb BWC BC000324 |
| March 21, 2022 | P-260 | P-260 BC000327 Babb Dashcam BC000327 |
| March 23, 2022 | P-261 | P-261 BC000328 Babb Dashcam BC000328 |
| March 21, 2022 | P-273 | P-273 BC000341 Babb BWC BC000341 |
| March 21, 2022 | P-274 | P-274 BC000342 Babb Dashcam BC000342 |
| March 23, 2022 | P-275 | P-275 BC000345 Babb Dashcam BC000345 |
| March 23, 2022 | P-276 | P-276 BC000346 Babb BWC BC000346 |
| March 23, 2022 | P-277 | P-277 BC00034 7 Babb Dashcam BC000347 |
| March 25, 2022 | P-278 | P-278 BC000348 Babb BWC BC000348 |
| March 25, 2022 | P-279 | P-279 BC000349 Babb BWC BC000349 |
| March 25, 2022 | P-280 | P-280 BC000350 Babb BWC BC000350 |
| March 25, 2022 | P-281 | P-281 BC000358 Babb BWC BC000358 |
| March 28, 2022 | P-282 | P-282 BC000359 Babb BWC BC000359 |
| March 28, 2022 | P-283 | P-283 BC000361 Babb BWC BC000361 |
| March 30, 2022 | P-284 | P-284 BC000363 Babb Dashcam BC000363 |
| March 30, 2022 | P-285 | P-285 BC000364 Babb Dashcam BC000364 |
| April 6, 2022 | P-286 | P-286 BC000368 Babb Dashcam BC000368 |
| April 6, 2022 | P-287 | P-287 BC000369 Babb BWC BC000369 |
| April 6, 2022 | P-288 | P-288 BC000370 Babb BWC BC000370 |
| April 7, 2022 | P-289 | P-289 BC000371 Babb BWC BC000371 |
| April 7, 2022 | P-290 | P-290 BC000372 Babb Dashcam BC000372 |
| April 7, 2022 | P-291 | P-291 BC000373 Babb BWC BC000373 |
| April 12, 2022 | P-292 | P-292 BC000376 Babb BWC BC000376 |
| April 12, 2022 | P-293 | P-293 BC000377 Babb BWC BC000377 |
| April 12, 2022 | P-294 | P-294 BC000378 Babb BWC BC000378 |
| March 21, 2022 | P-297 | P-297 BC000387 Babb BWC BC000387 |
| March 24, 2022 | P-298 | P-298 BC000389 Babb Dashcam BC000389 |
| March 21, 2022 | P-304 | P-304 BC000402 Babb Dashcam BC000402 |
| March 21, 2022 | P-305 | P-305 BC000403 Babb BWC Subparts: A-B BC000403 |
| March 21, 2022 | P-306 | P-306 BC000404 Babb Dashcam BC000404 |
| March 21, 2022 | P-307 | P-307 BC000405 Babb BWC BC000405 |
| March 22, 2022 | P-308 | P-308 BC000406 Babb BWC BC000406 |
| March 23, 2022 | P-309 | P-309 BC000407 Babb BWC Subparts: A-B BC000407 |
| March 23, 2022 | P-310 | P-310 BC000408 Babb Dashcam Subparts: A-C BC000408 |
| March 24, 2022 | P-311 | P-311 BC000410 Babb Dashcam BC000410 |
| March 30, 2022 | P-312 | P-312 BC000412 Babb BWC BC000412 |
| March 30, 2022 | P-313 | P-313 BC000413 Babb BWC BC000413 |
| April 4, 2022 | P-314 | P-314 BC000415 Babb BWC BC000415 |
| April 7, 2022 | P-315 | P-315 BC000418 Babb BWC BC000418 |
| April 8, 2022 | P-316 | P-316 BC000419 Babb Dashcam Subparts: A-C BC000419 |
| April 8, 2022 | P-317 | P-317 BC000420 Babb Dashcam BC000420 |
| March 25, 2022 | P-318 | P-318 BC000422 Babb BWC BC000422 |
| March 24, 2022 | P-319 | P-319 BC000423 Babb BWC Subparts: A-B BC000423 |
| March 30, 2022 | P-320 | P-320 BC000424 Babb Dashcam Subparts: A-C BC000424 |
| March 24, 2022 | P-326 | P-326 BC000432 Babb Dashcam Subparts: A-C BC000432 |

| DEF OBJECTIONS TO DATES AFTER MARCH 16, 2022 | EXHIBIT NO. | EXHIBIT NO. / DESCRIPTOIN / BATES NUMBER(S) SOURCE |
|---|---|---|
| March 29, 2022 | P-327 | P-327 BC000434 Babb BWC Subparts: A-B BC000434 |
| March 29, 2022 | P-328 | P-328 BC000435 Babb Dashcam Subparts: A-B BC000435 |
| March 17, 2022 | P-332 | P-332 BC000443 Babb BWC Subparts: A-C BC000443 |
| March 30, 2022 | P-333 | P-333 BC000445 Babb BWC Subparts: A-B BC000445 |
| April 8, 2022 | P-334 | P-334 BC000448 Babb BWC Subparts: A-C BC000448 |
| March 30, 2022 | P-335 | P-335 BC000452 Babb BWC Subparts: A-C BC000452 |
| April 11, 2022 | P-338 | P-338 BC000457 Babb Dashcam • Subparts: A-D BC000457 |
| April 12, 2022 | P-339 | P-339 BC000465 Babb BWC • Subparts: A-D BC000465 |
| March 23, 2022 | P-343 | P-343 BC000473 Babb BWC • Subparts: A-D BC000473 |
| April 4, 2022 | P-344 | P-344 BC0004 7 4 Babb Dashcam • Subparts: A-F BC000474 |
| April 8, 2022 | P-345 | P-345 BC000476 Babb BWC • Subparts: A-D BC000476 |
| March 26, 2022 | P-346 | P-346 BC000495 Babb BWC • Subparts: A-H BC000495 |
| March 29, 2022 | P-348 | P-348 BC000532 Babb Dashcam • Subparts: A-R BC000532 |
| March 17, 2022 | P-349 | P-349 BC000537 Babb BWC • Subparts: A-N BC000537 |
| March 29, 2022 | P-350 | P-350 BC000538 Babb BWC • Subparts: A-R BC000538 |
| March 28, 2022 | P-355 | P-355 BC000639 Molina Dashcam BC000639 |
| March 28, 2022 | P-356 | P-356 BC000640 Molina BWC BC000640 |
| April 6, 2022 | P-357 | P-357 BC000645 Molina Dashcam BC000645 |
| April 6, 2022 | P-358 | P-358 BC000646 Molina BWC BC000646 |
| March 29, 2022 | P-363 | P-363 BC000279 Babb BWC BC000279 |
| March 26, 2022 | P-381 | P-381 BC009794 Gereb BWC BC009794 |
| March 26, 2022 | P-382 | P-382 BC009796 Gereb Dashcam Subparts: A-C BC009796 |
| March 26, 2022 | P-383 | P-383 BC009799 Gereb Backseat BC009799 |
| March 26, 2022 | P-384 | P-384 BC009800 Gereb Backseat Subparts: A-C BC009800 |
| March 24, 2022 | P-385 | P-385 BC009807 Gereb BWC BC009807 |
| March 24, 2022 | P-386 | P-386 BC009809 Gereb BWC BC009809 |
| March 24, 2022 | P-387 | P-387 BC009816 Gereb BWC Subparts: A-B BC009816 |
| March 24, 2022 | P-388 | P-388 BC009818 Gereb BWC BC009818 |
| March 24, 2022 | P-389 | P-389 BC009820 Gereb BWC Subparts: A-B BC009820 |
| March 29, 2022 | P-390 | P-390 BC009830 Gereb BWC BC009830 |
| March 29, 2022 | P-391 | P-391 BC009834 Gereb BWC BC009834 |
| March 29, 2022 | P-392 | P-392 BC009838 Gereb BWC BC009838 |
| March 30, 2022 | P-393 | P-393 BC009847 Gereb BWC BC009847 |
| March 30, 2022 | P-394 | P-394 BC009850 Gereb BWC BC009850 |
| March 25, 2022 | P-395 | P-395 BC009862 Gereb Backseat BC009862 |
| March 24, 2022 | P-396 | P-396 BC009864 Gereb Dashcam BC009864 |
| March 25, 2022 | P-397 | P-397 BC009875 Gereb Dashcam BC009875 |
| March 25, 2022 | P-398 | P-398 BC009877 Gereb Dashcam BC009877 |
| March 25, 2022 | P-399 | P-399 BC009879 Gereb Dashcam BC009879 |
| March 28, 2022 | P-400 | P-400 BC009882 Gereb Dashcam BC009882 |
| March 28, 2022 | P-401 | P-401 BC009887 Gereb Dashcam Subparts: A-C BC009887 |
| March 29, 2022 | P-402 | P-402 BC009891 Gereb Dashcam BC009891 |
| March 29, 2022 | P-403 | P-403 BC009897 Gereb Dashcam BC009897 |
| March 29, 2022 | P-404 | P-404 BC009993 Gereb Dashcam Subparts: A-C BC009993 |
| March 30, 2022 | P-405 | P-405 BC009995 Gereb Dashcam BC009995 |
| March 28, 2022 | P-406 | P-406 BC0 10021 Gereb BWC BC010021 |
| March 28, 2022 | P-407 | P-407 BC0 10023 Gereb Dash cam BC010023 |
| March 28, 2022 | P-408 | P-408 BC010025 Gereb BWC BC010025 |
| March 28, 2022 | P-409 | P-409 BC0 10026 Gereb Dash cam BC010026 |
| March 17, 2022 | P-411 | P-411 BC0 10046 Gereb BWC BC010046 |

| DEF OBJECTIONS TO DATES AFTER MARCH 16, 2022 | EXHIBIT NO. | EXHIBIT NO. / DESCRIPTOIN / BATES NUMBER(S) SOURCE |
|---|---|---|
| March 17, 2022 | P-412 | P-412 BC010050 Babb BWC BC010050 |
| March 17, 2022 | P-413 | P-413 BC0 10052 Gereb BWC BC010052 |
| March 20, 2022 | P-414 | P-414 BC010055 Gereb BWC BC010055 |
| March 20, 2022 | P-415 | P-415 BC010057 Gereb BWC BC010057 |
| March 20, 2022 | P-416 | P-416 BC010059 Gereb BWC BC010059 |
| March 20, 2022 | P-417 | P-417 BC010061 Gereb BWC BC010061 |
| March 20, 2022 | P-418 | P-418 BC0 10063 Gereb BWC BC010063 |
| March 20, 2022 | P-419 | P-419 BC0 10067 Gereb BWC BC010067 |
| March 21, 2022 | P-420 | P-420 BC010085 Gereb BWC Subparts: A-B BC010085 |
| March 21, 2022 | P-421 | P-421 BC010089 Gereb BWC BC010089 |
| March 22, 2022 | P-422 | P-422 BC0 10095 Gereb BWC BC010095 |
| March 23, 2022 | P-423 | P-423 BC010101 Gereb BWC BC010101 |
| March 23, 2022 | P-424 | P-424 BC010103 Gereb BWC BC010103 |
| March 23, 2022 | P-425 | P-425 BC010105 Gereb BWC BC010105 |
| March 24, 2022 | P-426 | P-426 BC010109 Gereb BWC BC010109 |
| March 17, 2022 | P-428 | P-428 BC0 10117 Gereb Dash cam BC010117 |
| March 17, 2022 | P-429 | P-429 BC0 10119 Gereb Dashcam BC010119 |
| March 17, 2022 | P-430 | P-430 BC010121 Gereb Dashcam BC010121 |
| March 17, 2022 | P-431 | P-431 BC010124 Gereb Dashcam BC010124 |
| March 20, 2022 | P-432 | P-432 BC0 10128 Gereb Dash cam BC010128 |
| March 20, 2022 | P-433 | P-433 BC010130 Gereb Dashcam BC010130 |
| March 20, 2022 | P-434 | P-434 BC010132 Gereb Dashcam BC010132 |
| March 20, 2022 | P-435 | P-435 BC0 10134 Gereb Dash cam BC010134 |
| March 20, 2022 | P-436 | P-436 BC010136 Gereb Dashcam BC010136 |
| March 20, 2022 | P-437 | P-437 BC0 10141 Gereb Dash cam BC010141 |
| March 21, 2022 | P-438 | P-438 BC010147 Gereb Dashcam BC010147 |
| March 23, 2022 | P-439 | P-439 BC0 10163 Gereb Dashcam Subparts: A-D BC010163 |
| March 23, 2022 | P-440 | P-440 BC0 10167 Gereb Dashcam BC010167 |
| March 23, 2022 | P-441 | P-441 BC0 10169 Gereb Dash cam BC010169 |
| March 23, 2022 | P-442 | P-442 BC0 10171 Gereb Dash cam BC010171 |
| March 24, 2022 | P-443 | P-443 BC0 1017 5 Gereb Dash cam BC010175 |
| March 24, 2022 | P-444 | P-444 BC0 10177 Gereb Dash cam BC010177 |
| March 17, 2022 | P-445 | P-445 BC010182 Gereb BWC BC010182 |
| March 22, 2022 | P-446 | P-446 BC0 10190 Gereb Dash cam BC010190 |
| March 23, 2022 | P-447 | P-447 BC0 10192 Gereb Dash cam BC010192 |
| March 30, 2022 | P-477 | P-477 BC010421 Gereb BWC BC010421 |
| March 30, 2022 | P-478 | P-478 BC0 10423 Gereb BWC BC010423 |
| March 30, 2022 | P-479 | P-479 BC0 10428 Gereb BWC Subparts: A-B BC010428 |
| April 4, 2022 | P-480 | P-480 BC010436 Gereb BWC Subparts: A-B BC010436 |
| April 4, 2022 | P-481 | P-481 BC010439 Gereb BWC BC010439 |
| April 4, 2022 | P-482 | P-482 BC010441 Gereb BWC BC010441 |
| April 4, 2022 | P-483 | P-483 BC010443 Gereb BWC BC010443 |
| April 4, 2022 | P-484 | P-484 BC010445 Gereb BWC Subparts: A-B BC010445 |
| April 4, 2022 | P-485 | P-485 BC010447 Gereb BWC BC010447 |
| April 4, 2022 | P-486 | P-486 BC0 10452 Gereb BWC BC010452 |
| April 6, 2022 | P-487 | P-487 BC0 10459 Gereb BWC BC010459 |
| April 6, 2022 | P-488 | P-488 BC010464 Gereb BWC BC010464 |
| April 7, 2022 | P-489 | P-489 BC0 10468 Gereb BWC BC010468 |
| April 7, 2022 | P-490 | P-490 BC010470 Gereb BWC BC010470 |
| March 31, 2022 | P-491 | P-491 BC010491 Gereb Backseat Subparts: A-C BC010491 |

| DEF OBJECTIONS TO DATES AFTER MARCH 16, 2022 | EXHIBIT NO. | EXHIBIT NO. / DESCRIPTOIN / BATES NUMBER(S) SOURCE |
|---|---|---|
| April 4, 2022 | P-492 | P-492 BC0 10495 Gereb Backseat BC010495 |
| March 30, 2022 | P-493 | P-493 BC010501 Gereb Dashcam BC010501 |
| March 30, 2022 | P-494 | P-494 BC010503 Gereb Dashcam BC010503 |
| March 30, 2022 | P-495 | P-495 BC0 10507 Gereb Dashcam BC010507 |
| April 4, 2022 | P-496 | P-496 BC0 10520 Gereb Dashcam BC010520 |
| April 4, 2022 | P-497 | P-497 BC010524 Gereb Dashcam BC010524 |
| April 4, 2022 | P-498 | P-498 BC010526 Gereb Dashcam BC010526 |
| April 4, 2022 | P-499 | P-499 BC010528 Gereb Dashcam BC010528 |
| April 4, 2022 | P-500 | P-500 BC010530 Gereb Dashcam BC010530 |
| April 4, 2022 | P-501 | P-501 BC010532 Gereb Dashcam BC010532 |
| April 6, 2022 | P-502 | P-502 BC010538 Gereb Dashcam BC010538 |
| April 6, 2022 | P-503 | P-503 BC010543 Gereb Dashcam BC010543 |
| April 7, 2022 | P-504 | P-504 BC010547 Gereb Dashcam BC010547 |
| April 7, 2022 | P-505 | P-505 BC0 10549 Gereb Dashcam BC010549 |
| April 7, 2022 | P-506 | P-506 BC0 10563 Gereb Dashcam BC010563 |
| April 7, 2022 | P-533 | P-533 BC010727 Gereb BWC Subparts: A-C BC010727 |
| April 12, 2022 | P-534 | P-534 BC010733 Gereb Dashcam Subparts: A-G BC010733 |
| April 15, 2022 | P-535 | P-535 BC010737 Gereb BWC Subparts: A-C BC010737 |
| March 25, 2022 | P-536 | P-536 BC010740 Gereb BWC Subparts: A-G BC010740 |
| March 25, 2022 | P-537 | P-537 BC010742 Gereb Dashcam Subparts: A-I BC010742 |
| March 28, 2022 | P-538 | P-538 BC010745 Gereb BWC Subparts: A-C BC010745 |
| March 29, 2022 | P-539 | P-539 BC010747 Gereb BWC Subparts: A-C BC010747 |
| March 24, 2022 | P-540 | P-540 BC010748 Gereb BWC Subparts: A-C BC010748 |
| March 20, 2022 | P-541 | P-541 BC010752 Gereb BWC BC010752 Subparts: A-E |
| March 17, 2022 | P-542 | P-542 BC010755 Gereb BWC BC010755 Subparts: A-D |
| March 17, 2022 | P-543 | P-543 BC010765 Gereb Dashcam BC010765 Subparts: A-D |
| March 30, 2022 | P-555 | P-555 BC0 10792 Gereb BWC Subparts: A-C BC010782 |
| April 4, 2022 | P-556 | P-556 BC010797 Gereb BWC Subparts: A-B BC010782 |
| March 30, 2022 | P-557 | P-557 BC0 10800 Gereb Dash cam Subparts: A-E BC010782 |
| April 7, 2022 | P-561 | P-561 BC010822 Gereb BWC Subparts: A-F BC010782 |
| April 12, 2022 | P-562 | P-562 BC0 10824 Gereb BWC Subparts: A-G BC010782 |
| April 7, 2022 | P-563 | P-563 BC0 10826 Gereb Dashcam Subparts: A-H BC010782 |