**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT,<br><br>*Plaintiff*,<br><br>v.<br><br>BEXAR COUNTY, TEXAS,<br><br>*Defendant*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

**JOINT STATEMENT ON AGREED AND DISPUTED**
**JURY INSTRUCTIONS AND QUESTIONS**

On September 18, 2026, counsel for Plaintiff and Defendant conferred to identify points of agreement and disagreement on the parties' proposed jury instructions and questions (ECF Nos. 156F, 156G, 163, 163-1). After conferring, the parties identified the following points of agreement and disagreement:

1. The following proposed jury instructions are undisputed:

   - **Plaintiff's proposed General Instructions (ECF No. 163 at 1–6).** These instructions are undisputed in their entirety so long as the Court adds the full text of Section 3.6 (No Inference from Filing Suit) of the Fifth Circuit's Pattern Jury Instructions (Civil Cases) (2020 ed.).

   - **Plaintiff's proposed Instruction No. 6 (Damages) (ECF No. 163 at 21–23).** These instructions are undisputed in their entirety.

   - **Plaintiff's proposed Instructions on Deliberations (ECF No. 163 at 23–24).** These instructions are undisputed in their entirety.

2. All other proposed jury instructions are disputed.

3. All proposed jury questions are disputed.

Date: September 18, 2026

Respectfully submitted,

/s/ *Charles Frigerio* (with permission)

**Charles S. Frigerio**
LAW OFFICERS OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
csf@FrigerioLawFirm.com

*Attorney for Defendant*

/s/ *Christen M. Hebert*

**Christen M. Hebert** (TX Bar No. 24099898)
**Jeff Rowes** (TX Bar No. 24104956)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

**Joshua A. Windham*** (NC Bar No. 51071)
**William R. Aronin*** (NY Bar No. 4820031)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*