**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ALEK SCHOTT,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-23-CV-00706-OLG** |
| | § | |
| **BEXAR COUNTY, TEXAS,** | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Plaintiff's Motion to Take Judicial Notice and Provide Jury Instruction that Defendant's Dash and Body Camera Video Time Stamps Are in the Zulu Time Zone (Dkt. No. 168). At the pretrial conference held on September 16, 2022, Defendant withdrew its opposition to Plaintiff's Motion, which is therefore **GRANTED**.

Accordingly, the Court shall take judicial notice that the timestamps in Defendant's dash and body camera footage are in the Zulu time zone and how to convert that time zone into Central time. The Court will also give the following jury instruction when Plaintiff first plays the footage:

> Footage from officer body and dashboard cameras is in Zulu time, which is also known as Coordinated Universal Time. To convert Zulu time to Central time: subtract 5 hours during daylight savings time but subtract 6 hours when it is standard time. In 2022, daylight savings time began on March 13 and ended on November 6. So if you see a video that shows a timestamp of 15:30 (or 3:30 p.m.) on June 12, 2022, that video was recorded at 10:30 a.m. on Central Daylight Time here in Texas.

**SIGNED** on September 18, 2026.

ORLANDO L. GARCIA
United States District Judge