# Gereb Personal Text - Conversation # 21

↗ Read
**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**
6/9/2023 15:28:41.000
I still got pc before the stop lol....

↗ Read
**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**
6/9/2023 15:28:56.000
And not their pc

↙ Read
**+1210[redacted]7624**
6/9/2023 15:29:00.000
Damn. Babb and Gereb both gonna be on the news

↙ Read
**+1210[redacted]6649**
6/9/2023 15:29:08.000
This sounds dangerously like making quotas

↙ Read
**+1210[redacted]2685**
6/9/2023 15:29:34.000
Ya, ok babb.

Mam, the only reason I stopped you is because we following a wp who I thought was you..even though you came out of your own driveway and not the wps

↗ Read
**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**
6/9/2023 15:29:46.000
Shoot i know where the line is im the sand.

↗ Read
**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**
6/9/2023 15:30:10.000
And 9/10 we never catch the wp

↙ Read
**+1210[redacted]2685**
6/9/2023 15:30:15.000
I see you tattle telling

↙ Read
**+1210[redacted]2685**
6/9/2023 15:30:38.000
The UCs said it was the wp and I found I mean made up pc

↙ Read
**+1210[redacted]2685**
6/9/2023 15:30:41.000
Eeeeeeeee

↗ Read
**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**
6/9/2023 15:30:43.000
They need to make machine guns amd ruiz bifocals

↙ Read
**+1210[redacted]7624**
6/9/2023 15:30:55.000
Get 'eh off you Gereb

↗ Read
**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**
6/9/2023 15:31:09.000
Nah i meed my pc on dash remember

↙ Read
**+1210[redacted]6649**
6/9/2023 15:31:20.000
Blow the whistle Gereb!!

↙ Read
**+1210[redacted]2685**
6/9/2023 15:31:30.000
See, there it is Gereb. I knew you would break..threw Z17 and 16 under the bus

↙ Read
**+1210[redacted]2685**
6/9/2023 15:31:33.000
Eeeeeeeee

↙ Read

PLAINTIFF'S EXHIBIT
P-64

**+1210[redacted]2685**

6/9/2023 15:31:42.000

Ok Babby

↙ Read

**+1210[redacted]2685**

6/9/2023 15:32:26.000

Gereb what is meed?

↗ Read

**Local User <Samsung GSM_SM-G998B Galaxy S21 Ultra 5G.zip (1)>**

6/9/2023 15:32:37.000

Nah i have my style which is not a 4th ammendment violation

↙ Read

**+1210[redacted]2685**

6/9/2023 15:32:44.000

Sounds like a combination of made up and need