**Gereb Personal Text - Conversation # 22**

↙ Read

**+1210[redacted]2685**

6/9/2023 15:32:02.000

Bet ur dash didn't catch it. Sounds right for interdiction deputies

PLAINTIFF'S EXHIBIT
P-65