# Babb Conversation #4

✓ Received

**Bucky (+1210[redacted]7815)**

5/26/2023 21:35:17.000

Yea he's here.

✓ Received

**Bucky (+1210[redacted]7815)**

5/26/2023 21:35:31.000

Yea he called me and helped with max

✓ Received

**Bucky (+1210[redacted]7815)**

5/26/2023 21:35:33.000

Lmfso

✓ Received

**Bucky (+1210[redacted]7815)**

5/26/2023 21:35:42.000

Alba didn't even show up thay bitch

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 20:37:29.000

PLAINTIFF'S EXHIBIT
P-68

**Babb Conversation #4**

20:29

expressnews.com



***Next Up:*** One dead in 'cold blood' killing at North Star Mall,...

A Houston businessman has filed a federal lawsuit alleging two Bexar County Sheriff's deputies conducted a "warrantless search without probable cause" during a traffic stop last year.

The complaint by Alek Schott says Bexar County uses traffic stops as a "tool to conduct searches and seizures without any reason to suspect the driver of a crime."

Schott is seeking unspecified compensatory and punitive damages against Bexar County, Sheriff Javier Salazar and deputies Joel Babb and Martin A. Molina III.

**Exclusive benefit: Share 10 articles every 30 days with anyone — paywall-free!**

**SHARE NOW**



# Babb Conversation #4

OBJ

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 20:37:33.000

Hell yea 😂

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 20:37:56.000

Babbs good
Ole interdiction

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:02:55.000

Nah we good 😌

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:03:18.000

It was some black f250 babb stopped one time on 35 that was being watched

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:03:27.000

We did everything by the book

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:18:25.000

Lmao 🤣

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:24:06.000

They say Vegas has a good department

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:24:14.000

We are good babb nothing to worry about

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:27:19.000

Yup so it's no big deal. The county gave him 7k because allegedly max scratched his truck or something

✓ Received

**Bucky (+1210[redacted]7815)**

6/4/2023 21:29:41.000

Lmfao that's what I
Told my wife. I said make a claim 🤣

✓ Received

**Bucky (+1210[redacted]7815)**

6/5/2023 10:08:39.000

I ain't worried about it.

✓ Received

**Bucky (+1210[redacted]7815)**

6/5/2023 10:08:47.000

I already saw my body camera I'm good

✓ Received

**Bucky (+1210[redacted]7815)**

6/5/2023 10:15:57.000

It's all up to the county attorney now

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 09:11:31.000

😎

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 09:11:50.000

They're just gonna try to get babb on all his interdiction techniques

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 09:15:02.000

# Babb Conversation #4

You'll be alright. Just make sure you have answers for like sitting him in the truck and just talking while you write the ticket and waiting for k9 I guess

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 09:16:40.000

That truck does have a dash cam and you can see him hit the white line his truck doesn't stay straight

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 09:27:10.000

Put that bitch in 4L

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 09:27:34.000

Tell him out it in neutral and flip it to 4L

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 10:08:41.000

Hell yea.

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 10:11:19.000

Should've used the swat truck lol

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 10:21:05.000

Idk 🤔 you can. They can probably work with the county attorney's

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 10:26:57.000

I think he's just going after the county

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 10:27:02.000

So the county covers it

✓ Received

**Bucky (+1210[redacted]7815)**

6/7/2023 10:27:32.000

Yup I ain't worried about it

✓ Received

**Bucky (+1210[redacted]7815)**

6/10/2023 17:47:10.000

Yea. He was like man babb asking all theses questions I said that the new interdiction ways.

✓ Received

**Bucky (+1210[redacted]7815)**

6/10/2023 17:47:17.000

He says it ain't gonna go anywhere

✓ Received

**Bucky (+1210[redacted]7815)**

6/10/2023 17:48:14.000

Just make sure you have a nice suit for court.

✓ Received

**Bucky (+1210[redacted]7815)**

6/10/2023 17:48:25.000

They don't allow uniforms

✓ Received

**Bucky (+1210[redacted]7815)**

6/10/2023 17:49:32.000

If it's federal
Court then it's at the federal court house

✓ Received

**Bucky (+1210[redacted]7815)**

9/12/2023 15:50:57.000

Have you heard anything from
The case? I heard they're asking for all of max vet records now 😨

↗ Sent

**Local User <EXTRACTION_FFS.zip>**

9/12/2023 16:04:20.000

No I have not heard anything

# Babb Conversation #4

↙ Received
**Bucky (+1210[redacted]7815)**
9/14/2023 19:04:47.000
No he hasn't

↙ Received
**Bucky (+1210[redacted]7815)**
9/14/2023 19:06:47.000
I don't even know what's going on in this case. But this week they been asking for all kinds of shit on max even his vet records from when he first came to county

↙ Received
**Bucky (+1210[redacted]7815)**
9/14/2023 19:07:08.000
Man that dude been getting way to many calls on him lately

↙ Received
**Bucky (+1210[redacted]7815)**
1/26/2024 11:23:00.000
Good. I was hoping they didn't fire your ass

↙ Received
**Bucky (+1210[redacted]7815)**
1/26/2024 13:36:59.000
They still asking for more of max records

↗ Sent
**Local User <EXTRACTION_FFS.zip>**
2/1/2024 13:53:34.000
Did you get an email notifying you about that pretrial I don't have access to my email so can you please do me a favor and take a picture of it or something and send it to me so I can see it

↗ Sent
**Local User <EXTRACTION_FFS.zip>**
2/1/2024 13:53:47.000
And if it's cool, I'll call you back later. I'm gonna be finishing up lunch here in a bit and I'll give you a call.

↙ Received
**Bucky (+1210[redacted]7815)**
2/1/2024 13:54:03.000
You're not on the email

↗ Sent
**Local User <EXTRACTION_FFS.zip>**
2/1/2024 13:54:25.000
So they called everybody to pretrial except me

↗ Sent
**Local User <EXTRACTION_FFS.zip>**
2/1/2024 13:54:34.000
What in the fuck

↙ Received
**Bucky (+1210[redacted]7815)**
2/1/2024 13:54:37.000
Yup and strawberry

↙ Received
**Bucky (+1210[redacted]7815)**
2/1/2024 13:54:50.000
They're trying to see how he ran max before me

↗ Sent
**Local User <EXTRACTION_FFS.zip>**
2/1/2024 13:55:17.000
Oh OK so it's just for that part of the case so they'll probably be another pretrial for my part

↗ Sent
**Local User <EXTRACTION_FFS.zip>**
2/1/2024 13:55:25.000
That's such fucking trash they're talking to Strawberry

↙ Received
**Bucky (+1210[redacted]7815)**
2/1/2024 13:56:08.000
Yup like it don't matter. Different handlers and schools we went too too

↙ Received
**Bucky (+1210[redacted]7815)**
2/1/2024 13:56:15.000
We ain't gonna be the same

↗ Sent
**Local User <EXTRACTION_FFS.zip>**

# Babb Conversation #4

2/1/2024 14:02:13.000

This shit is so retarded like I said, meanwhile, while this is going

↗ Sent

**Local User <EXTRACTION_FFS.zip>**

2/1/2024 14:02:21.000

Our agency is trying to hit me with dishonesty and saying some dumb shit about my dash cam