**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ALEK SCHOTT,<br>*Plaintiff*,<br>v.<br>BEXAR COUNTY, TEXAS,<br>*Defendant*. | Civil Action No. 5:23-cv-00706-OLG-RBF |

**PLAINTIFF'S NOTICE OF FILING**
**DEMONSTRATIVES PRESENTED DURING TRIAL**

Pursuant to Rule 107(c) of the Federal Rules of Evidence, Plaintiff hereby submits a record of his demonstratives presented during trial to be entered into the record.

Plaintiff's attached demonstratives are as follows:

- (2026.09.21) Plaintiff's Demonstrative (opening presentation)
- (2026.09.22) Plaintiff's Demonstrative (prepared in court)
- (2026.09.23) Plaintiff's Demonstrative (prepared in court)
- (2026.09.28) Plaintiff's Demonstrative (closing presentation)

Plaintiff's video demonstratives will be provided via USB and are as follows:

- (2026.09.22) Plaintiff's Demonstrative 1
- (2026.09.22) Plaintiff's Demonstrative 2
- (2026.09.22) Plaintiff's Demonstrative 3
- (2026.09.22) Plaintiff's Demonstrative 4
- (2026.09.22) Plaintiff's Demonstrative 5
- (2026.09.22) Plaintiff's Demonstrative 6
- (2026.09.22) Plaintiff's Demonstrative 7
- (2026.09.22) Plaintiff's Demonstrative 8
- (2026.09.22) Plaintiff's Demonstrative 9
- (2026.09.22) Plaintiff's Demonstrative 10
- (2026.09.22) Plaintiff's Demonstrative 11
- (2026.09.22) Plaintiff's Demonstrative 12
- (2026.09.22) Plaintiff's Demonstrative 13
- (2026.09.22) Plaintiff's Demonstrative 14
- (2026.09.22) Plaintiff's Demonstrative 15
- (2026.09.22) Plaintiff's Demonstrative 16
- (2026.09.22) Plaintiff's Demonstrative 17

- (2026.09.22) Plaintiff's Demonstrative 18
- (2026.09.22) Plaintiff's Demonstrative 19
- (2026.09.23) Plaintiff's Demonstrative 1
- (2026.09.23) Plaintiff's Demonstrative 2

Date: September 28, 2026 Respectfully submitted,

/s/ Christen M. Hebert
**Christen M. Hebert** (TX Bar No. 24099898)
**Jeff Rowes** (TX Bar No. 24104956)
Institute for Justice
816 Congress Avenue, Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

**Joshua A. Windham*** (NC Bar No. 51071)
**William R. Aronin*** (NY Bar No. 4820031)
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jwindham@ij.org
waronin@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on September 28, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert