

# Sheriff

Sheriff

Gamboa

Sheriff

Gamboa

Gereb

Babb

Sheriff

Gamboa

Gereb

Babb

Molina

# Rule #1

## Don’t pull someone over without a real reason to believe they broke the law.

# Rule #2

## Don’t hold someone longer than that reason allows . . .

# Rule #2

Don’t hold someone longer than that reason allows, unless you have a real reason to suspect another crime.

# Rule #3

## Don’t search someone’s car without a real reason to believe there is evidence of a crime inside.

# 1. Real reason to stop

1. Real reason to stop
2. Real reason to hold

1. Real reason to stop
2. Real reason to hold
3. Real reason to search


ELC/AFO






2022-03-16 T19:47:32Z
AXON FLEET 2 X54021451


2022-03-16 T16:47:56Z
AXON BODY 2 X81490009




2022-03-16 T16:26:46Z
AXON BODY 2 X81490009


2022-03-16 T16:52:37Z
AXON BODY 2 X81469735


2022-03-16 T16:52:37Z
AXON BODY 2 X81469735







# K9 UNIT BEXAR COUNTY SHERIFF'S OFFICE

RECORD STATUS - COMPLETE/NEEDS APPROVAL

## K-9 DEPLOYMENT DETAIL REPORT

| | | | |
|---|---|---|---|
| TYPE | Exterior Vehicle Scenting | AGENCY # | N/A |
| STARTED | 3/16/2022 11:49 AM ENDED 3/16/2022 11:52 AM | REFERENCE # | T-2231612461 |
| LOCATION | 16406 IH 35 S NB San Antonio, TX | | |
| ORIG/ REQ. AGENCY | Bexar County Sheriff's Office | ENTERED BY | Martin Molina |
| HIGHEST CHARGE LEVEL | | # OF ARRESTS | 0 |

**ACTIVITIES (1)**

**1 Narcotics-Exterior Vehicle Sniff** Marti

| | | |
|---|---|---|
| 11:49 AM | Loc Type: [Vehicle] | Overall: [Alert and indication] |
| Specific Loc: [] | | Alert Given: [YES] Indi Substantiated: |
| Distractions: [] | | CONI |

**ACTIVITY FINDS (1)**

**Marijuana (1.00 Trace Amount)** Loc: []

Descr: []

Loc. Time: [3/16/2022 11:49:00 AM] Cash Val: [0.0000] Field test Pos: [N/A] Lab: []

**TRAINING FIND ITEMS (0)**

**RECORD NOTES (1)**

[NARRATIVE] Martin Molina On or about Wednesday, March, 16th 2022 at approximately 11:49 AM at 16406 IH 35 S NB, I, Deputy Martin Molina did deploy K9 Max 2 in relation to a Exterior Vehicle Scenting. During the course of this deployment, K9 Max 2 was directed to perform the following tasks:

(1) Narcotics / Exterior Vehicle Sniff

| | | | | |
|---|---|---|---|---|
| Officer's Digital Signature | Martin Molina [Digitally Signed: 3/16/2022 12:48:24 PM] | Callout: [NO] | UOF: [NO] | Demonstration: [NO] |
| Approving Signature | | Warrant by K9: [NO] | | Warrant #: [N/A] |

ACTIVITY FINDS (1)
Marijuana (1.00 Trace Amount)
Descr: []

# Timeline

# Timeline

**Stop of Alek**
March 16, 2022

# Timeline

**Stop of Alek**
March 16, 2022

**Alek complains**
March 18, 2022

# Timeline


First investigation approves stop
April 2022
Stop of Alek
March 16, 2022
Alek complains
March 18, 2022

# Timeline

**Stop of Alek**
March 16, 2022

**Alek complains**
March 18, 2022

**First investigation approves stop**
April 2022

**Babb promoted to instructor**
July 2022

# Timeline


Stop of Alek
March 16, 2022
Alek complains
March 18, 2022
First investigation approves stop
April 2022
Babb promoted to instructor
July 2022
Alek sues
June 1, 2023

# Timeline

**Stop of Alek**
March 16, 2022

**Alek complains**
March 18, 2022

**First investigation approves stop**
April 2022

**Babb promoted to instructor**
July 2022

**Alek sues**
June 1, 2023

**Sheriff investigates Babb, again**
June 12, 2023

# Timeline


Stop of Alek
March 16, 2022
Alek complains
March 18, 2022
First investigation approves stop
April 2022
Babb promoted to instructor
July 2022
Alek sues
June 1, 2023
Sheriff investigates Babb, again
June 12, 2023
Babb is fired
June 2024







