
Pue Road 3/24/22