# Molina's K9 Deployment Reports
## March 2022

Total Alerts:
12

Measurable Drugs:
3 25%

Trace Drugs:
7 58%

No Drugs:
2